IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE<br><br>Defendants. | C.A. NO.: 1:19-cv-11605 |

### NOTICE OF APPEARANCE

Please enter the appearance of Patrick J. Hannon as additional counsel for the Plaintiff Gigi Kai Zi Chan in the above-captioned matter.

Dated: July 25, 2019

                                                       /s/ Patrick J. Hannon
                                                       Barbara A. Robb (BBO #639976)
                                                       Patrick J. Hannon (BBO #664958)
                                                       Lucia A. Passanisi (BBO #691189)
                                                       Hartley Michon Robb, LLP
                                                       155 Seaport Boulevard, 2nd Floor
                                                       Boston, MA 02210
                                                       (617) 723-8000
                                                       brobb@hartleymichonrobb.com
                                                       phannon@hartleymichonrobb.com
                                                       lpassanisi@hartleymichonrobb.com
                                                       Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by regular mail on July 25, 2019.

*/s/ Patrick J. Hannon*