| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE<br><br>Defendants. | C.A. NO.: 1:19-cv-11605 |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF LUCIA A. PASSANISI

Pursuant to Local Rule 83.5.2 of the United States District Court for the District of Massachusetts, please enter the notice of withdrawal of appearance of Lucia A. Passanisi for the Plaintiff Gigi Kai Zi Chan. No motions are currently pending, no trial date has been set, no evidentiary hearing has been set, and no reports, written or oral are due.

Plaintiff will continue to be represented by Attorney Patrick Hannon in the above-captioned matter.

Dated: September 16, 2019

Respectfully submitted,

*/s/ Lucia A. Passanisi*_____

**HARTLEY MICHON ROBB LLP**
Lucia A. Passanisi (BBO#691189)
155 Seaport Boulevard, 2nd Floor
Boston, MA 022100
Telephone: (617) 723-8000
Facsimile: (617) 447-2800
Email: lpassanisi@hartleymichonrobb.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to Plaintiff and those indicated as non-registered participants by regular mail on September 16, 2019.

*/s/ Lucia A. Passanisi*
Lucia A. Passanisi