UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI GAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Jamie L. Kessler of Jackson Lewis P.C. on behalf of Defendants, Wellington Management Company LLP and Charles Argyle, in the above-captioned matter.

Dated: September 24, 2019

          Respectfully Submitted,

          Defendants,
          WELLINGTON MANAGEMENT COMPANY
          LLP and CHARLES ARGYLE,

          By their attorneys,

          */s/ Jamie L. Kessler*
          Stephen T. Paterniti, BBO# 564860
          Jamie L. Kessler, BBO# 681867
          JACKSON LEWIS P.C.
          75 Park Plaza, 4th Floor
          Boston, Massachusetts  02116
          TELE: (617) 367-0025
          FACSIMILE: (617) 367-2155

## **CERTIFICATE OF SERVICE**

This hereby certifies that on September 24, 2019, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jamie L. Kessler*
Jackson Lewis, PC

4815-6289-3479, v. 1