UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI GAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Wellington Management Company LLP And Charles Argyle ("Defendants") pursuant to Federal Rule of Civil Procedure 12(b)(6), moves the Court to dismiss Plaintiff Gigi Gai Zi Chan's ("Plaintiff") Complaint in its entirety for several independent reasons.

First, Plaintiff's claims alleging discrimination and retaliation under M.G.L. c. 151B (hereinafter, "c. 151B"), should be dismissed based on (a) the general rule against extraterritorial application of statutory law; and (2) choice of law principles that weigh against application of c. 151B in this case. It is undisputed that Plaintiff is not a United States citizen, is not and was not a resident of Massachusetts during her employment, was employed in Hong Kong by a Hong Kong entity, and is bound by an employment agreement providing for the application of Hong Kong law. Accordingly, Plaintiff is not entitled to the protections of c. 151B and, thus, can bring her discrimination and retaliation claims under Hong Kong law only.

Second, if this Court chooses to address the Plaintiff's claims pursuant to Hong Kong law, Plaintiff's discrimination, harassment and retaliation claims still fail because under the relevant Hong Kong discrimination ordinances, exclusive jurisdiction over these claims lies in Hong Kong District Court, and because they are time-barred.

Finally, since Plaintiff's remaining claims are governed by the laws of Hong Kong, and most of the witnesses are in Hong Kong and the alleged injury occurred in Hong Kong, this Court should dismiss these claims on the basis of choice of law and *forum non conveniens*.

For these reasons and the reasons in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant their Motion to Dismiss Plaintiff's Complaint and dismiss this action in its entirety.

Dated:  September 24, 2019

        Respectfully Submitted,

        Defendants,

        WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,

        By their attorneys,

        */s/ Jamie L. Kessler*
        Stephen T. Paterniti, BBO# 564860
        Jamie L. Kessler, BBO# 681867
        JACKSON LEWIS P.C.
        75 Park Plaza, 4th Floor
        Boston, Massachusetts  02116
        TELE: (617) 367-0025
        FACSIMILE: (617) 367-2155

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

I hereby certify that Defendants' counsel has conferred in good faith with Plaintiff's counsel on the issues set forth in the foregoing motion prior to bringing this motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  September 24, 2019

/s/ Jamie L. Kessler
Jackson Lewis P.C.

4853-3009-9367, v. 1