UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI GAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephen T. Paterniti of Jackson Lewis P.C. on behalf of Defendants, Wellington Management Company LLP and Charles Argyle, in the above-captioned matter.

Dated: September 24, 2019

                                            Respectfully Submitted,

                                            Defendants,
                                            WELLINGTON MANAGEMENT COMPANY
                                            LLP and CHARLES ARGYLE,

                                            By their attorneys,

                                            */s/ Stephen T. Paterniti*
                                            Stephen T. Paterniti, BBO# 564860
                                            Jamie L. Kessler, BBO# 681867
                                            JACKSON LEWIS P.C.
                                            75 Park Plaza, 4th Floor
                                            Boston, Massachusetts 02116
                                            TELE: (617) 367-0025
                                            FACSIMILE: (617) 367-2155

## CERTIFICATE OF SERVICE

This hereby certifies that on September 24, 2019, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Stephen T. Paterniti*
Jackson Lewis, PC

4812-7827-0631, v. 1