IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GIGI KAI ZI CHAN,

    Plaintiff,

v.

WELLINGTON MANAGEMENT
COMPANY LLP and CHARLES ARGYLE

    Defendants.

C.A. NO.:  1:19-cv-11605

**MOTION TO EXTEND
TIME TO RESPOND TO MOTION TO DISMISS**

    Plaintiff, Gigi Kai Zi Chan, hereby moves for a 10-day extension of time, until October 18, 2019, to respond to the motion to dismiss filed by the defendants, Wellington Management Company, LLP and Charles Argyle, on September 24, 2019.

    As grounds for this motion, Plaintiff states that additional time is needed due to a family medical issue impacting her counsel.

    WHEREFORE, Plaintiff respectfully requests that the Court enlarge the time for her to file a response to the motion to dismiss until October 18, 2019.

Dated: October 8, 2019

                      GIGI KAI ZI CHAN

                      By her attorneys,

                      */s/ Patrick J. Hannon*
                      Patrick J. Hannon (BBO #664958)
                      Hartley Michon Robb LLP
                      155 Seaport Boulevard, 2nd Floor
                      Boston, MA 02210
                      phannon@hartleymichonrobb.com
                      (617) 723-8000
                      Attorneys For Plaintiff

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

      I hereby certify that Plaintiff's counsel has attempted to confer in good faith with Defendants' counsel on the issues set forth in the foregoing motion prior to bringing this motion.

                      /s/ *Patrick J. Hannon*
                      Patrick J. Hannon

## **CERTIFICATE OF SERVICE**

      I, Patrick J. Hannon, certify that on this 8th day of October 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendants by electronically serving their counsel of record.

                      /s/ *Patrick J. Hannon*
                      Patrick J. Hannon