IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT<br>COMPANY LLP and CHARLES ARGYLE<br><br>Defendants. | C.A. NO.:  1:19-cv-11605 |

**MOTION TO FURTHER EXTEND
TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff, Gigi Kai Zi Chan, hereby moves for an additional extension of one business day, until October 21, 2019, to respond to the motion to dismiss filed by the defendants, Wellington Management Company, LLP and Charles Argyle, on September 24, 2019.

As grounds for this motion, Plaintiff states that additional time is needed due to unexpected business travel that will require Plaintiff's counsel to be out of state on October 17 and 18.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge the time for her to file a response to the motion to dismiss until October 21, 2019.

Dated: October 17, 2019

                GIGI KAI ZI CHAN

                By her attorneys,

                */s/ Patrick J. Hannon*
                Patrick J. Hannon (BBO #664958)
                Hartley Michon Robb LLP
                155 Seaport Boulevard, 2nd Floor
                Boston, MA 02210
                phannon@hartleymichonrobb.com
                (617) 723-8000
                Attorneys For Plaintiff

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I hereby certify that Plaintiff's counsel has attempted to confer in good faith with Defendants' counsel on the issues set forth in the foregoing motion prior to bringing this motion.

                /s/ *Patrick J. Hannon*
                Patrick J. Hannon

## CERTIFICATE OF SERVICE

    I, Patrick J. Hannon, certify that on this 17th day of October 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendants by electronically serving their counsel of record.

                /s/ *Patrick J. Hannon*
                Patrick J. Hannon