UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI GAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Defendants hereby move, pursuant to Local Rule 7.1(b)(3), for leave to file a reply memorandum in support of their motion to dismiss. A copy of the proposed reply memorandum, is submitted herewith as Exhibit A.

As grounds for this Motion, Defendants states that a reply memorandum is necessary to address several arguments and case law in Plaintiff's Opposition.

WHEREFORE, Defendants respectfully request that their Motion be allowed.

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that Defendants' counsel has attempted to confer in good faith with Plaintiff's counsel on the issues set forth in the foregoing motion prior to filing.

Respectfully Submitted,

Defendants,
WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,

By their attorneys,

*/s/ Jamie L. Kessler*
Stephen T. Paterniti, BBO# 564860
Jamie L. Kessler, BBO# 681867
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts  02116
TELE: (617) 367-0025
FACSIMILE: (617) 367-2155

## CERTIFICATE OF SERVICE

This hereby certifies that on November 4, 2019, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jamie L. Kessler*
Jackson Lewis, PC

4822-6140-3820, v. 1