UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE ANSWER**

Defendants Wellington Management Company LLP ("WMC") and Charles Argyle ("Argyle") (jointly, "Defendants") submit this motion on an assented-to basis to request an extension of time to answer or otherwise respond to the Complaint filed by Plaintiff Gigi Gai Zi Chan in the above-captioned matter, up to and including December 31, 2019. As grounds therefor, Defendants state as follows:

1. On or about July 24, 2019, Plaintiff filed her Complaint.

2. On or about September 24, 2019, Defendants filed a motion to dismiss the Complaint in its entirety.

3. On or about December 3, 2019, the Court issued an order denying Defendants' motion to dismiss.

4. Pursuant to the Court's order, the parties will be filing a proposed scheduling order on or before Tuesday, December 17, 2019.

5. Defendants' answer to the Complaint is also currently due to be filed on Tuesday, December 17, 2019.

6. Defendants seek an extension of the answer filing by 14 days, through and including December 31, 2019, to allow them adequate time to prepare the answer.

For these reasons, Defendants request an extension to file the response to the counterclaims through and including December 31, 2019.

          Respectfully, submitted,

          Defendants,

          WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,

          By their attorneys,

          */s/ Stephen T. Paterniti*
          Stephen T. Paterniti, BBO# 564860
          Jamie L. Kessler, BBO# 681867
          JACKSON LEWIS P.C.
          75 Park Plaza, 4th Floor
          Boston, Massachusetts 02116
          TELE: (617) 367-0025
          FACSIMILE: (617) 367-2155
          stephen.paterniti@jacksonlewis.com

DATED: December 13, 2019

Assented to by:

PLAINTIFF

GIGI KAI ZI CHAN

By her attorneys,

*/s/ Patrick J. Hannon*
Barbara A. Robb (BBO # 639976)
Patrick J. Hannon (BBO # 664958)
Hartley, Michon, Robb, LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA 02210
Telephone: (617) 723-8000
brobb@hartleymichonrobb.com
phannon@hartleymichonrobb.com

## CERTIFICATE OF SERVICE

This hereby certifies that this document, filed by the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by regular mail on December 13, 2019.

/s/ Stephen T. Paterniti
JACKSON LEWIS P.C.

4841-0754-3982, v. 1