UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1, and the Court's Notice of Scheduling Conference, counsel for Defendants Wellington Management Company LLP and Charles Argyle ("Defendants") and counsel for Plaintiff Gigi Kai Zi Chan ("Plaintiff") certify that they have conferred concerning, among other things: the nature and basis of their claims and defenses, preparing an agenda for matters to be discussed at the scheduling conference and preparing a proposed pretrial schedule for the case including a plan for discovery. Counsel for the parties agree to the following deadlines:

**PROPOSED PRETRIAL SCHEDULE AND DISCOVERY PLAN**

**I.   Initial Disclosures**

January 7, 2020          Deadline for exchange of Initial Disclosures required by
                         Fed. R. Civ. P. 26(a)(1)

**II.  Fact Discovery**

June 1, 2020             Deadline for completion of all discovery.

**III.**     **Dispositive Motions**

    July 1, 2020               Deadline for filing dispositive motions, if any party determines that such a motion is appropriate.

    July 22, 2020             Deadline for filing opposition to motion for summary judgment, if any.

**VI.**     **Final Pretrial Conference**

The Parties request that a final pre-trial conference date be scheduled for September 1, 2020, or a date thereafter convenient for the Court.

### CERTIFICATIONS

Local Rule 16.1(d)(3) certifications will be filed by each of the Parties under separate cover.

Respectfully submitted,

| | |
|---|---|
| GIGI KAI ZI CHAN | WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE, |
| By her attorneys, | By their attorneys, |
| */s/ Patrick J. Hannon* | */s/ Stephen T. Paterniti* |
| Barbara A. Robb (BBO # 639976) | Stephen T. Paterniti (BBO # 564860) |
| brobb@hartleymichonrobb.com | Stephen.Paterniti@jacksonlewis.com |
| Patrick J. Hannon (BBO #664958) | Jamie L. Kessler (BBO # 681867) |
| HARTLEY MICHON ROBB, LLP | Jamie.Kessler@jacksonlewis.com |
| 155 Seaport Boulevard, 2nd Floor | JACKSON LEWIS P.C. |
| Boston, MA 02210 | 75 Park Plaza, 4th Floor |
| Tel: (617) 723-8000 | Boston, MA 02116 |
| | Tel: (617) 367-0025 |

## **CERTIFICATE OF SERVICE**

      This hereby certifies that on December 17, 2019, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                             */s/ Stephen T. Paterniti*
                                             Jackson Lewis P.C.

4811-9688-4398, v. 1