UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1, and the Court's Notice of Scheduling Conference, counsel for Defendants Wellington Management Company LLP and Charles Argyle ("Defendants") and counsel for Plaintiff Gigi Kai Zi Chan ("Plaintiff") certify that they have conferred concerning, among other things: the nature and basis of their claims and defenses, preparing an agenda for matters to be discussed at the scheduling conference and preparing a proposed pretrial schedule for the case including a plan for discovery. Counsel for the parties agree to the following deadlines:

### PROPOSED PRETRIAL SCHEDULE AND DISCOVERY PLAN

**I.   Initial Disclosures**

January 7, 2020        Deadline for exchange of Initial Disclosures required by Fed. R. Civ. P. 26(a)(1)

**II.  Fact Discovery**

June 1, 2020           Deadline for completion of all discovery.

*December 18, 2019*

D.J.

...ered as the case management
 scheduling order.
   Discovery due ___June 1, 2020___
   Dispositive Motions due __July 1, 2020__

*William A. Young*

### III. Dispositive Motions

| | |
|---|---|
| July 1, 2020 | Deadline for filing dispositive motions, if any party determines that such a motion is appropriate. |
| July 22, 2020 | Deadline for filing opposition to motion for summary judgment, if any. |

### VI. Final Pretrial Conference

The Parties request that a final pre-trial conference date be scheduled for September 1, 2020, or a date thereafter convenient for the Court.

### CERTIFICATIONS

Local Rule 16.1(d)(3) certifications will be filed by each of the Parties under separate cover.

Respectfully submitted,

| | |
|---|---|
| GIGI KAI ZI CHAN | WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE, |
| By her attorneys, | By their attorneys, |
| */s/ Patrick J. Hannon* | */s/ Stephen T. Paterniti* |
| Barbara A. Robb (BBO # 639976) | Stephen T. Paterniti (BBO # 564860) |
| brobb@hartleymichonrobb.com | Stephen.Paterniti@jacksonlewis.com |
| Patrick J. Hannon (BBO #664958) | Jamie L. Kessler (BBO # 681867) |
| HARTLEY MICHON ROBB, LLP | Jamie.Kessler@jacksonlewis.com |
| 155 Seaport Boulevard, 2nd Floor | JACKSON LEWIS P.C. |
| Boston, MA 02210 | 75 Park Plaza, 4th Floor |
| Tel: (617) 723-8000 | Boston, MA 02116 |
| | Tel: (617) 367-0025 |