UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

## DEFENDANTS' LOCAL RULE 16.1 CERTIFICATION

Defendants Wellington Management Company LLP and Charles Argyle, by their undersigned authorized representatives, and the undersigned counsel for Defendants, in accordance with Local Rule 16.1(d)(3) of the Local Rules of the United States District Court District of Massachusetts, hereby certify that they have conferred:

a) With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and

b) To consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

Wellington Management Company LLP

*/s/ Sara Martin*
By: Sara Martin
Its: Vice President and Counsel


*/s/ Charles Argyle*
Charles Argyle

By its Attorneys,

*/s/ Stephen T. Paterniti*
Stephen T. Paterniti (BBO No. 564860)
Jamie L. Kessler (BBO #681867)
JACKSON LEWIS P.C.
75 Park Plaza – 4th Floor
Boston, MA 02116
(617) 367-0025; FAX: (617) 367-2155

Dated: January 2, 2020

## CERTIFICATE OF SERVICE

This hereby certifies that on January 2, 2020 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen T. Paterniti*
Jackson Lewis, PC

4845-2621-2016, v. 1