UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

**CORPORATE DISCLOSURE STATEMENT
OF WELLINGTON MANAGEMENT COMPANY LLP**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wellington Management Company LLP discloses that it is an indirect subsidiary of Wellington Management Group LLP; it is ultimately owned 99.7% by Wellington Management Group LLP and 0.3% by Wellington Partners II LLP. No publicly held corporation owns 10% or more of Wellington Management Company LLP.

Respectfully Submitted,

Defendant,

WELLINGTON MANAGEMENT COMPANY LLP,

By its attorneys,

*/s/ Stephen T. Paterniti*
Stephen T. Paterniti, BBO# 564860
Stephen.Paterniti@jacksonlewis.com
Jamie L. Kessler, BBO# 681867
Jamie.Kessler@jacksonlewis.com
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
TEL: (617) 367-0025

Dated: January 2, 2020

## **CERTIFICATE OF SERVICE**

  This hereby certifies that on January 2, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

              */s/ Stephen T. Paterniti*
              Jackson Lewis P.C.

4822-7616-4272, v. 1