IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE<br><br>        Defendants. | C.A. NO.: 1:19-cv-11605-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Hampton M. Watson as additional counsel for the Plaintiff Gigi Kai Zi Chan in the above-captioned matter.

Dated: January 28, 2020

  /s/ Hampton M. Watson
Barbara A. Robb (BBO #639976)
Patrick J. Hannon (BBO #664958)
Hampton M. Watson (BBO #705983)
Hartley Michon Robb, LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA 02210
(617) 723-8000
brobb@hartleymichonrobb.com
phannon@hartleymichonrobb.com
hwatson@hartleymichonrobb.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by regular mail on January 28, 2020

<u>/s/ Hampton M. Watson</u>