UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI GAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Benjamin R. Davis of Jackson Lewis P.C. on behalf of Defendants, Wellington Management Company LLP and Charles Argyle, in the above-captioned matter.

Respectfully Submitted,

WELLINGTON MANAGEMENT COMPANY
LLP and CHARLES ARGYLE,

By their attorneys,

*/s/ Benjamin R. Davis*
Stephen T. Paterniti, BBO# 564860
Jamie L. Kessler, BBO# 681867
Benjamin R. Davis, BBO# 673017
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts  02116
TELE: (617) 367-0025
FACSIMILE: (617) 367-2155

Dated:  April 20, 2020

2

**CERTIFICATE OF SERVICE**

      This hereby certifies that on April 20, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                      */s/ Benjamin R. Davis*
                                                      Jackson Lewis, PC

4818-6095-5834, v. 1