# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

## JOINT MOTION TO EXTEND THE COURT'S SCHEDULING ORDER DEADLINES

Now come the parties Wellington Management Company LLP and Charles Argyle ("Defendants") and Gigi Kai Zi Chan ("Plaintiff") in the above-referenced civil action and jointly request that this Court extend all remaining deadlines set forth in the current Scheduling Order [Dkt. #26] by ninety (90) days. As grounds therefor, the parties state:

1. Under this Court's December 18, 2019 Scheduling Order, fact discovery must be completed by June 1, 2020.

2. Since the entry of the December 18, 2019 Scheduling Order, the parties have exchanged written discovery requests.

3. The parties have also been working cooperatively and diligently on ESI, and expect the document production in this matter to be voluminous.

4. The emergence of the Covid-19 pandemic and its rapid spread in Massachusetts and throughout the world, as well as the attendant social distancing requirements both within and outside this jurisdiction, has made it extremely difficult for counsel to conduct discovery in this matter.

5. In particular, Wellington Management Company LLP's Boston headquarters has been closed since March 16, 2020 and is currently anticipated not to reopen until June at the earliest, and even then, would re-open on a phased basis. Access to Wellington Management Hong Kong's offices has also been and continues to be limited. This disruption delayed discovery efforts by WMC and has made document collection by WMC extremely challenging and unlikely to be completed within the next several weeks.

6. The Covid-19 pandemic and related worldwide closures and travel restrictions has also had a particularly significant impact on the discovery in this case because key witnesses are located outside the US, including Plaintiff, who lives in France, and a number of witnesses who live in Asia.

7. In addition, individual Defendant Charles Argyle is awaiting news relating to one of his parents currently in hospice in England in terminal condition. If medical provider estimates are accurate, Mr. Argyle will need to travel to England at any point within the next several weeks.

8. As a result, the parties jointly seek 90 day extensions of the current discovery deadline and related summary judgment deadlines and trial date, as follows:

| **Litigation Event:** | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| Fact Discovery: | June 1, 2020 | September 1, 2020 |
| Rule 56 Motions Filed By: | July 1, 2020 | October 1, 2020 |
| Trial: | October 2020 | January 2021 |

WHEREFORE, for all of the above-stated reasons, and in the interests of justice, counsel for the parties request that this joint motion to extend the Court's current Scheduling Order deadlines by ninety (90) days be granted.

Respectfully submitted,

| GIGI KAI ZI CHAN | WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE, |
|---|---|
| By her attorneys, | By their attorneys, |
| */s/ Patrick J. Hannon* | */s/ Stephen T. Paterniti* |
| Barbara A. Robb (BBO # 639976) | Stephen T. Paterniti (BBO # 564860) |
| brobb@hartleymichonrobb.com | Stephen.Paterniti@jacksonlewis.com |
| Patrick J. Hannon (BBO #664958) | Sarah Walsh (BBO #664232) |
| phannon@hartleyrobbmichon.com | Sarah.Walsh@jacksonlewis.com |
| HARTLEY MICHON ROBB, LLP | JACKSON LEWIS P.C. |
| 155 Seaport Boulevard, 2nd Floor | 75 Park Plaza, 4th Floor |
| Boston, MA 02210 | Boston, MA 02116 |
| Tel: (617) 723-8000 | Tel: (617) 367-0025 |

## CERTIFICATE OF SERVICE

This hereby certifies that on April 21, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen T. Paterniti*
Jackson Lewis P.C.

4841-5576-3898, v. 1