UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI GAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Sarah W. Walsh of Jackson Lewis P.C. on behalf of Defendants, Wellington Management Company LLP and Charles Argyle, in the above-captioned matter.

Dated: April 23, 2020

                                          Respectfully Submitted,

                                          Defendants,
                                          WELLINGTON MANAGEMENT COMPANY
                                          LLP and CHARLES ARGYLE,

                                          By their attorneys,


                                          */s/ Sarah W. Walsh*
                                          Stephen T. Paterniti, BBO# 564860
                                          Jamie L. Kessler, BBO# 681867
                                          Sarah W. Walsh, BBO # 664232
                                          JACKSON LEWIS P.C.
                                          75 Park Plaza, 4th Floor
                                          Boston, Massachusetts 02116
                                          TELE: (617) 367-0025
                                          FACSIMILE: (617) 367-2155

## CERTIFICATE OF SERVICE

      This hereby certifies that on April 23, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                */s/Sarah W. Walsh*
                                                Jackson Lewis, PC