UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

**JOINT MOTION TO EXTEND THE COURT'S SCHEDULING ORDER DEADLINES**

Now come the parties Wellington Management Company LLP and Charles Argyle ("Defendants") and Gigi Kai Zi Chan ("Plaintiff") in the above-referenced civil action and jointly request that this Court extend all remaining deadlines set forth in the current Scheduling Order [Dkt. #26] by sixty (60) days. As grounds therefor, the parties state:

1. Under the present Scheduling Order fact discovery must be completed by September 1, 2020.

2. Counsel for Plaintiff has recently suffered a variety of health issues, likely related to the Covid-19 pandemic.

3. While the parties have been working cooperatively to conduct discovery, the health issues suffered by Plaintiff's counsel have caused unavoidable delay and, as such, the parties require a 60 day extension of time to complete discovery.

4. As a result, the parties jointly seek 60 day extensions of the current discovery deadline and related summary judgment deadlines and trial date, as follows:

| Litigation Event: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Fact Discovery: | September 1, 2020 | November 1, 2020 |
| Rule 56 Motions Filed By: | October 1, 2020 | December 1, 2020 |
| Trial: | January 2021 | March 2021 |

5. The parties do not anticipate requiring any additional modification of the Scheduling Order deadlines.

WHEREFORE, for all of the above-stated reasons, and in the interests of justice, counsel for the parties request that this joint motion to extend the Court's current Scheduling Order deadlines by sixty (60) days be granted.

Respectfully submitted,

GIGI KAI ZI CHAN

By her attorneys,

*/s/ Patrick J. Hannon*
Barbara A. Robb (BBO # 639976)
brobb@hartleymichonrobb.com
Patrick J. Hannon (BBO #664958)
HARTLEY MICHON ROBB, LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA 02210
Tel: (617) 723-8000

WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,

By their attorneys,

*/s/ Stephen T. Paterniti*
Stephen T. Paterniti (BBO # 564860)
Stephen.Paterniti@jacksonlewis.com
Sarah Walsh (BBO #)
Sarah.Walsh@jacksonlewis.com
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116
Tel: (617) 367-0025

**CERTIFICATE OF SERVICE**

This hereby certifies that on August 10, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen T. Paterniti*
Jackson Lewis P.C.

4841-5576-3898, v. 1