UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI GAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

DEFENDANTS' ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned sponsoring attorney hereby moves the Court to admit Attorney Beverly Garofalo pro *hac vice* for the purpose of representing Defendants Wellington Management Company LLP and Charles Argyle in the above-captioned lawsuit.  Counsel for Plaintiff Gigi Gai Zi Chan has been consulted and assents to the submission of this Motion.

In support of this Motion, the undersigned sponsoring attorney represents that:

1. The undersigned, Stephen T. Paterniti, is a Principal with the law firm of Jackson Lewis P. C., located at 75 Park Plaza, Boston, Massachusetts, 02116.  Attorney Paterniti has been a member in good standing of the following courts: Massachusetts (BBO No. 564860), 1st Circuit Court of Appeals, Connecticut, and the U.S. District Court for the District of Massachusetts.

2. Stephen T. Paterniti has verified Ms. Garofalo's active membership and good standing in Connecticut and New York by checking each court's respective website.

3. Beverly Garofalo is Partner of the law firm of Jackson Lewis, P.C., 90 State House Square, 8th Floor, Hartford, CT 06103, and email address is beverly.garofalo@jacksonlewis.com. Ms. Garofalo is a member in good standing in the following courts: Connecticut (Connecticut Bar No. 11439), U.S. District Court for the District of Connecticut (1993), and U.S. District Court for the Southern District of New York (2005).

4. Ms. Garofalo, an employment attorney with close to 30 years of experience, has extensive expertise in complex civil cases, and in particular, the types of claims at issue in this matter. Ms. Garofalo is familiar with the factual and legal issues in this matter. A trial in this matter is expected to involve a substantial number of witnesses and legal issues warranting the addition of another experienced trial attorney to the team. Defendants want Ms. Garofalo to assist Mr. Paterniti in their representation and Ms. Garofalo's admission to the bar in connection with this action would be of significant benefit to the Defendants.

5. The undersigned believes Ms. Garofalo to be of good character and knows of no reason why this Court should not grant this Motion.

6. Ms. Garofalo has never been denied admission or disciplined in accordance with Rule 83.5.3(e) of the Local Rules of this Court, and Ms. Garofalo has never been denied admission or disciplined by any other Court.

7. Beverly Garofalo has reviewed and is familiar with the Local Rules of this Court.

8. The Declaration of Beverly Garofalo in Support of Defendant's Motion for Admission *Pro Hac Vice* is filed simultaneously herewith.

9. A payment in the amount of $100.00 has been filed pursuant to L. Civ. R. 83.5.3(e).

WHEREFORE, based upon the representations stated above and the affidavit filed herewith, the undersigned requests that Attorney Beverly Garofalo be admitted *pro hac vice* before this Court as co-counsel for the Defendant.

        Respectfully submitted,

        DEFENDANTS,

        WELLINGTON MANAGEMENT
        COMPANY LLP AND CHARLES
        ARGYLE

        By their attorneys,

        */s/ Stephen T. Paterniti*
        Stephen T. Paterniti   (BBO# 564860)
        stephen.paterniti@jacksonlewis.com
        Jackson Lewis P.C.
        75 Park Plaza
        Boston, MA  02116
        T: 617-367-0025
        F: 617-367-2155

        Beverly Garofalo  (phv)**
        beverly.garofalo@jacksonlewis.com
        90 State House Square, 8th Floor
        Hartford, CT 06103
        T: (860)522-0404
        F: (860) 247-1330

October 26 2020

      ** pro hac vice pending

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that on October 26, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Stephen T. Paterniti*
Stephen T. Paterniti