UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI GAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

### AFFIDAVIT OF BEVERLY GAROFALO IN SUPPORT OF DEFENDANTS' *PRO HAC VICE* MOTION

I, Beverly Garofalo, depose and state as follows:

1. I am a resident of Connecticut and Principal at Jackson Lewis, P.C., located at 90 State House Square, 8th Floor, Hartford, CT 06103. I submit this declaration in support of the *pro hac vice* motion of the Defendants, Wellington Management Company LLP and Charles Argyle ("Defendants") to permit me to appear *pro hac vice* on its behalf in the above-captioned matter.

2. I am an attorney at law and have been a member in good standing of the Bar of the State of Connecticut since 1991. My Connecticut Bar Number is 11439. The Connecticut Statewide Grievance Committee maintains and issues certificates of good standing for attorneys admitted to the Connecticut State Bar.

3. I am also a member in good standing of the United States District Court for the District of Connecticut since 1993 and a member in good standing of the United States District court for the Southern District of New York since 2005.

4. I am a member in good standing and duly licensed and admitted to practice in every jurisdiction in which I have been admitted to practice, which are listed above.

5. I have never been suspended or disbarred in any jurisdiction in which I have been admitted to practice and there are no disciplinary actions pending against me in any federal or state court.

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

8. If admitted *pro hac vice*, I will immediately notify the Court of any matter affecting my standing at the bar of any other Court.

I declare under the penalty of perjury under the laws of the United States and the State of Massachusetts that the foregoing is true and correct.

Executed this 22nd day of October, 2020 in Hartford, Connecticut.

/s/ Beverly W. Garofalo
Jackson Lewis P.C.