## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GIGI KAI ZI CHAN

        Plaintiff,

          v.

WELLINGTON MANAGEMENT
COMPANY LLP AND CHARLES ARGYLE,

        Defendants.

Civil Action No. 19-cv-11605-WGY

## JOINT MOTION FOR ENTRY OF STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), the parties respectfully requests that this Court enter as an Order of this Court the [Proposed] Stipulated Confidentiality Agreement and Protective Order attached as Exhibit 1 (Dkt. No. 39) to protect the confidential and sensitive business, financial, medical and employment information that will be produced by the parties in the course of this litigation.  In support of their Motion, the Parties further state the following:

1.     This claim arises out of Plaintiff's employment.  In her Complaint, Plaintiff asserts claims for discrimination on the basis of sex/gender, race/national origin, pregnancy and disability and retaliation along with a claim of tortious interference against WMC and Mr. Argyle. Defendant denies the claims brought by Plaintiff.

2.     Through discovery, the parties have exchanged various records, including confidential client information,  financial data, personnel information, medical and other proprietary records.

3.     Both Plaintiff and Defendants expect to assert that some of the records requested are confidential and should not be disseminated to third parties.

4.      There is no prejudice to any party to the entry of this Motion, which is jointly sought by the parties.

For the reasons articulated, the parties respectfully requests that this Court **ALLOW** this Motion and enter as an Order of this Court the [Proposed] Stipulated Protective Order attached as Exhibit 1.

Dated:  October 30, 2020

Respectfully submitted,

GIGI KAI ZI CHAN

By her attorneys,

*/s/ Patrick J. Hannon*
Barbara A. Robb (BBO # 639976)
brobb@hartleymichonrobb.com
Patrick J. Hannon (BBO #664958)
phannon@hartleyrobbmichon.com
HARTLEY MICHON ROBB, LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA 02210
Tel:  (617) 723-8000

WELLINGTON MANAGEMENT
COMPANY LLP and CHARLES ARGYLE,

By their attorneys,

*/s/ Stephen T. Paterniti*
Stephen T. Paterniti (BBO # 564860)
Stephen.Paterniti@jacksonlewis.com
Sarah Walsh (BBO #664232)
Sarah.Walsh@jacksonlewis.com
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, MA  02116
Tel: (617) 367-0025

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 30, 2020.


/s/ Stephen T. Paterniti
JACKSON LEWIS P.C.