UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

**JOINT MOTION TO EXTEND THE COURT'S SCHEDULING ORDER DEADLINES**

Now come the parties Gigi Kai Zi Chan ("Plaintiff") and Wellington Management Company LLP and Charles Argyle ("Defendants") in the above-referenced civil action and jointly request that this Court extend the discovery deadline set forth in the current Scheduling Order [Dkt. Nos. 36, 37] by three weeks with respect to all outstanding discovery served by today, with a corresponding three-week extension of the summary judgment filing deadline. As grounds therefor, the parties state:

1. Under this Court's September 1, 2020 Scheduling Order [Dkt. No. 37], fact discovery is to be completed by November 1, 2020.

2. The emergence of the Covid-19 pandemic and its rapid spread in Massachusetts and throughout the world, as well as the attendant social distancing requirements both within and outside this jurisdiction, has caused certain difficulties and delays in completing discovery in a more expedient manner.

3. The parties have been working diligently and in good faith to complete discovery in accordance with the deadlines set under the current Scheduling Order.

4.     During this time the parties have exchanged electronically stored information and non-electronic discovery and have conducted numerous depositions but need additional time to complete outstanding discovery.

5.     Most critically, the parties have scheduled a number of remaining depositions to take place in the next three weeks.

6.     In addition, the parties are in the process of conferring about disagreement as to the deposition of the Chief Executive Officer of Wellington Management Company and need additional time to further these discussions.

7.     As a result, the parties jointly seek a three-week extension of the current discovery deadline.  The parties also seek a corresponding three-week extension of the related summary judgment deadlines to allow for sufficient time to receive transcripts of those depositions and prepare the motion.  Under this Motion, the proposed deadlines would be as follows:

| **Litigation Event:** | **Current Deadline:** | **Proposed Deadline:** |
|---|---|---|
| Discovery: | November 1, 2020 | November 23, 2020 |
| Rule 56 Motions Filed By: | December 1, 2020 | December 22, 2020 |

WHEREFORE, for all of the above-stated reasons, and in the interests of justice, counsel for the parties respectfully request that this joint motion to extend the Court's current Scheduling Order deadlines by three weeks be granted.

Dated:  November 2, 2020

Respectfully submitted,

| | |
|---|---|
| GIGI KAI ZI CHAN | WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE, |
| By her attorneys, | By their attorneys, |
| */s/ Patrick J. Hannon* | */s/ Stephen T. Paterniti* |
| Barbara A. Robb (BBO # 639976) | Stephen T. Paterniti (BBO # 564860) |
| brobb@hartleymichonrobb.com | Stephen.Paterniti@jacksonlewis.com |
| Patrick J. Hannon (BBO #664958) | Sarah Walsh (BBO #664232) |
| HARTLEY MICHON ROBB, LLP | Sarah.Walsh@jacksonlewis.com |
| 155 Seaport Boulevard, 2nd Floor | JACKSON LEWIS P.C. |
| Boston, MA 02210 | 75 Park Plaza, 4th Floor |
| Tel: (617) 723-8000 | Boston, MA 02116 |
| | Tel: (617) 367-0025 |

## **CERTIFICATE OF SERVICE**

This hereby certifies that on November 2, 2020, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen T. Paterniti*
Jackson Lewis P.C.