# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

## JOINT MOTION TO EXTEND THE COURT'S SCHEDULING ORDER DEADLINES

Now come the parties Gigi Kai Zi Chan ("Plaintiff") and Wellington Management Company LLP and Charles Argyle ("Defendants") in the above-referenced civil action and jointly request a brief extension of the current Rule 56 deadline set forth in the Scheduling Order [Dkt. Nos. 48, 49]. Specifically, the parties are seeking an extension of fourteen days (14) to March 8, 2021 in order to confer regarding confidentiality of certain exhibits and to jointly file a motion to file those exhibits under seal. The parties would then be prepared to file their Rule 56 briefs within five (5) days of the Court's ruling on any such motion. The trial date for this matter is currently scheduled for October 2021.

As grounds therefor, the parties state:

1. On December 22, 2020, the Court granted the parties' joint motion to continue the discovery and Rule 56 deadlines. Under that Order Rule 56 motions are due by February 22, 2021. [Dkt. No. 45].

2. Since that time the parties have been in discussions regarding their respective summary judgment briefs and associated exhibits. The parties have also discussed their mutual

concerns regarding the public filing of certain exhibits which may contain confidential proprietary data or otherwise highly sensitive personal data.

3. In order to address those concerns the parties have agreed to a mutual exchange of their respective briefs and exhibits in advance of filing. The goal of this exercise is to allow each party the opportunity to review the briefs and exhibits and to confer regarding attached exhibits that either party may wish to file under seal.

4. As stated above, the parties have agreed to a mutual exchange of their Rule 56 briefs. Defendants have stated that they will send Plaintiff their brief on Monday, February 22, 2021 for preliminary review; Plaintiff will share her reply with Defendants in advance of filing.

5. The parties request a brief extension of time to March 8, 2021 in order to complete this exercise and to prepare a joint motion to file certain documents under seal.

6. The parties would then be prepared to file their briefs within five (5) days upon the Court's ruling on the motion to seal.

WHEREFORE, for all of the above-stated reasons, and in the interests of justice, counsel for the parties respectfully request that this joint motion to extend the Court's current Scheduling Order deadlines by fourteen-days (14) to March 8, 2021 in order to file a Motion to Seal be granted.

Dated: February 18, 2021

Respectfully submitted,

| | |
|---|---|
| GIGI KAI ZI CHAN | WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE, |
| By her attorneys, | By their attorneys, |
| */s/ Patrick J. Hannon* | */s/ Stephen T. Paterniti* |
| Barbara A. Robb (BBO # 639976) | Stephen T. Paterniti (BBO # 564860) |
| brobb@hartleymichonrobb.com | Stephen.Paterniti@jacksonlewis.com |
| Patrick J. Hannon (BBO #664958) | Sarah Walsh (BBO #664232) |
| HARTLEY MICHON ROBB, LLP | Sarah.Walsh@jacksonlewis.com |
| 155 Seaport Boulevard, 2nd Floor | JACKSON LEWIS P.C. |
| Boston, MA 02210 | 75 Park Plaza, 4th Floor |
| Tel: (617) 723-8000 | Boston, MA 02116 |
| | Tel: (617) 367-0025 |

**CERTIFICATE OF SERVICE**

This hereby certifies that on February 18, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen T. Paterniti*
Jackson Lewis P.C.