**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GIGI KAI ZI CHAN,<br>        Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,<br>        Defendants. | Civil Action No. 19-cv-11605-WGY |

## DEFENDANTS WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE'S MOTION FOR SUMMARY JUDGMENT

Defendants Wellington Management Company LLP ("WMC" or the "Firm") and Charles Argyle, submit this Motion for Summary Judgment on all counts of Plaintiff's Complain.

Plaintiff Gigi Kai Zi Chan claims that Defendants unlawfully terminated her employment in September 2017, on account of her gender, national origin, pregnancy and in retaliation for allegedly engaging in protected activity.  In fact, the undisputed facts establish that what ultimately caused the breakdown in the employment relationship was Plaintiff's fixation on what she claimed to have been Wellington's "broken promise" to give her the responsibilities of a portfolio manager -- a position for which she had interviewed but not been hired -- and her refusal to commit to improving her overall job performance and attitude.  Accordingly, Defendants are entitled to summary judgment on all counts of the Complaint.

As additional grounds for this motion, Defendants relies upon its accompanying memorandum of law and Rule 56.1 Statement of Undisputed Facts.

Respectfully Submitted,

Defendants,

WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,

By their attorneys,

*/s/ Stephen T. Paterniti*
Stephen T. Paterniti, BBO# 564860
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
TELE: (617) 367-0025
FACSIMILE: (617) 367-2155

*/s/ Beverly Garofalo*
Beverly Garofalo
Admitted *Pro Hac Vice*
JACKSON LEWIS P.C.
90 State House Square
Hartford, Connecticut 06109
TELE: (860) 331-1535
FACSIMILE: (860) 247-1330

## **LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE**

I hereby certify that Defendants' counsel attempted to confer in good faith with Plaintiff's counsel on the issues set forth in the foregoing motion prior to bringing this motion and Plaintiff's counsel did not assent to relief requested.

I further certify that on this 22nd day of February 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen T. Paterniti*
Jackson Lewis P.C.

4849-8899-8621, v. 2