UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>        Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,<br><br>        Defendants. | Civil Action No. 19-cv-11605-WGY |

**DEFENDANTS'** ***ASSSENTED-TO*** **MOTION TO SEAL CERTAIN PORTIONS OF ITS STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Rule 7.2, and the Confidential Stipulation and Protective Order ("Stipulation and Order") (Dkt. No. 47), Defendants Wellington Management Company LLP ("WMC") and Charles Argyle (collectively "Defendants"), respectfully submit this Motion to Seal Certain Portions of Its Statement of Undisputed Material Facts. In support of this motion, Defendants state as follows:

1. On November 2, 2020, the Court entered the parties' proposed Stipulation and Order.

2. Under paragraph II.1.a. of the Stipulation and Order, any party may designate as "Confidential" any discovery material that it believes "contains non-public, proprietary, commercially sensitive, competitively sensitive, trade secret, personal information, or other confidential information."

3. Under paragraph III.9.k. of the Stipulation and Order, "[n]othing in this Order shall prevent the Designating Party, from using Confidential or Highly Confidential: Attorneys' Eyes

1

Only Discovery material that the party produced and designated as Confidential or Highly Confidential: Attorneys' Eyes Only Discovery material in connection with this action."

4. Defendants' Statement of Undisputed Material Facts includes a number of documents that were produced by Defendants in discovery that they had originally designated "Confidential" but which Defendants have now determined do not require protection under the Stipulation and Order.

5. By agreement of the parties, however, the transcripts of the depositions taken in this matter were also designated "Confidential."

6. On February 22, 2021, Plaintiff's counsel confirmed that Plaintiff is maintaining her position that a portion of her deposition testimony and related documents concerning her prior employment with Threadneedle, as well as testimony that discloses the content of communications she has subsequently had with potential employers, should be treated as "Confidential" under the Stipulation and Order.

7. Defendants may also maintain a "Confidential" designation pertaining to portions of Plaintiff's deposition testimony containing sensitive personal information about third parties.

8. Under paragraph III.8.a. the Stipulation and Order, "[a]ny party seeking to submit "Confidential" or "Highly Confidential: Attorneys' Eyes Only" or any document that discloses the substance or content of Confidential Information, shall seek to file the Confidential Information under seal, pursuant to and consistent with D. Mass. L. R. 7.2.

9. Because the parties continue to believe that some of Plaintiff's transcript of her deposition and related documents contains non-public, proprietary, commercially sensitive, competitively sensitive, trade secret, personal information, or other confidential information,

Defendants respectfully request that this Court accept the filing of with the aforementioned testimony, and any references thereto, under seal.

      10.      Plaintiff assents to the relief requested in this motion.

                                        Respectfully Submitted,
                                        Defendants,

                                        WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,

                                        By their attorneys,
                                        /s/ Stephen T. Paterniti
                                        _____
                                        Stephen T. Paterniti, BBO# 564860
                                        JACKSON LEWIS P.C.
                                        75 Park Plaza, 4th Floor
                                        Boston, Massachusetts  02116
                                        TELE: (617) 367-0025
                                        FACSIMILE: (617) 367-2155

                                        Beverly Garofalo
                                        Admitted *Pro Hac Vice*
                                        JACKSON LEWIS P.C.
                                        90 State House Square
                                        Hartford, Connecticut 06109
                                        TELE:  (860) 331-1535
                                        FACSIMILE:  (860) 247-1330

4

**CERTIFICATE OF SERVICE**

      I further certify that on this 22nd day of February 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/Stephen T. Paterniti
      Jackson Lewis P.C.

4829-3038-3069, v. 1