**This exhibit has been withheld pending court action on motion to seal**