# EXHIBIT E

Page 1

Volume:  I
Pages:  1 to 199
Exhibits:  See Index

UNITED STATES DISTRICT COURT
For the District of Massachusetts
Civil Action No. 1:19-CV-11605-WGY


                                    )
GIGI KAI ZI CHAN,                   )
            Plaintiff,              )
                                    )
        vs.                         )
                                    )
WELLINGTON MANAGEMENT COMPANY, LLP  )
and CHARLES ARGYLE,                 )
            Defendants.             )
                                    )


        ZOOM VIDEO DEPOSITION OF CHARLES
    ARGYLE, a witness called on behalf of the
    Plaintiff, taken pursuant to the Federal Rules
    of Civil Procedure, before Susan E. DiFraia,
    Certified Shorthand Reporter and Notary Public
    in and for the Commonwealth of Massachusetts,
    via Zoom Video, on October 28, 2020, commencing
    at 10:00 a.m.



Page 2

```
1
2    APPEARANCES:
3    HARTLEY MICHON ROBB
     155 Seaport Blvd
4    Boston, MA 02210
     BY: Patrick J. Hannon, Esquire
5    Tel: 617.447.2819
     E-Mail: Phannon@hartley@michonrobb.com
6    Attorney for the Plaintiff.
7
8    JACKSON LEWIS
     75 Park Plaza
9    Boston, MA 02116
     BY: Stephen T. Paterniti, Esquire
10   Tel: 617.367.0025
     E-Mail: Spaterniti@jacksonlewis.com
11   Attorney for the Defendants.
12
13
14
                    * * * * *
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
1
2                 E X A M I N A T I O N S
2    Witness                        Page
3    Charles Argyle
     Direct Examination     BY MR. HANNON          4
4
5
                   E X H I B I T S
6
     Exhibit      Description      Page
7    1            Bates DEF 00002932      4
     2            Bates DEF 00012683      4
8    3            Bates DEF 00010672      4
     4            Bates DEF 00001005      4
9    5            Bates DEF 00001971      4
     6            Bates DEF 00007568      4
10
11   (All original exhibits held by Attorney Hannon)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1              P R O C E E D I N G S
2
3           (Documents marked as Argyle
4        Exhibit 1 to 6 for identification)
5              CHARLES ARGYLE
6    a witness called for examination by counsel for
7    the Plaintiff, having been satisfactorily sworn
8    by the Notary Public, was examined and
9    testified as follows:
10             DIRECT EXAMINATION
11          BY MR. HANNON:
12   Q.  Would please state your full name.
13   A.  Charles Sean Argyle.
14   Q.  And, Mr. Argyle, have you ever had the pleasure
15      of sitting for a deposition before?
16   A.  Yes.
17   Q.  How many times?
18   A.  Once.
19   Q.  And what type of dispute did that involve?
20   A.  It was a discrimination dispute.
21   Q.  And what was your involvement in that dispute?
22   A.  I was part of the -- I wasn't named in the
23      dispute. I was part of the -- I was a manager
24      at Wellington Management in the group where
```

Page 5

```
1    there was the dispute. I don't know the right
2    terminology, I'm sorry.
3    Q.  No worries.
4        And approximately when was it that you
5    sat for a deposition in that dispute?
6    A.  I would say it was approximately 14 years ago,
7    15, 14 years ago.
8        MR. PATERNITI:  Hey, Patrick, before
9    this goes further, I just want to be
10   sure we've got stipulations on the
11   record.
12   MR. HANNON:  Sure.
13   MR. PATERNITI:  So all objections except
14   as to form and motions to strike
15   reserved and read and sign, waive the
16   notary.
17   MR. HANNON:  Agreed.
18   MR. PATERNITI:  And just to get this out
19   of the way, the standing objection that
20   I would propose for the reference to
21   Wellington so that I don't have to
22   object every time you use the word
23   "Wellington" and create a record about
24   the vagueness of the term or the
```



Page 26

1   Q. When did you first start working for Wellington
2       Management?
3   A. May 1997.
4   Q. And what position were you hired into?
5   A. I was a mutual funds analyst.
6   Q. Had you worked prior to joining Wellington
7       Management?
8   A. Yes.
9   Q. And how were you employed previously?
10  A. I was employed by Goldman Sachs International.
11  Q. Where had you been employed prior to joining
12      Wellington Management?
13  A. In London.
14  Q. And when you joined Wellington Management in
15      May of 1997, where were you located
16      geographically?
17  A. When I joined Wellington?
18  Q. Yes.
19  A. Boston.
20  Q. So you moved from London to Boston when you
21      joined Wellington Management?
22  A. I moved from London to Boston when I joined
23      Wellington Management.
24  Q. Was that for purposes of taking the job in

Page 27

1       Wellington Management or not related?
2   A. It was not related for purposes of taking a job
3       at Wellington Management.
4   Q. Okay. And for how long were you in the mutual
5       fund analyst role?
6   A. Approximately two years.
7   Q. And what was your role after that?
8   A. Relationship manager.
9   Q. And for how long were you in that position?
10  A. Approximately four years.
11  Q. And were you still in Boston for those four
12      years?
13  A. Yes.
14  Q. And what was your next role at Wellington
15      Management after relationship manager?
16  A. Business manager of the Equity Portfolio
17      Manager Group.
18  Q. Did you say business manager --
19  A. US Equity Portfolio Management Group.
20  Q. Was that role also located in Boston?
21  A. Yes.
22  Q. For how long were you in that position?
23  A. Until the beginning of 2007. Sorry, you asked
24      how long. That would be roughly three and a

Page 28

1       half years.
2   Q. To whom did you report when you were business
3       manager of US Equity Portfolio?
4   A. Brandon Swords.
5   Q. Do you know if Mr. Swords played any role in
6       choosing you for that position?
7   A. Yes.
8   Q. Had you worked with Mr. Swords prior to that
9       role?
10  A. Yes.
11  Q. How so?
12  A. Well, when I joined Wellington in 1997 as a
13      mutual fund analyst, my manager who hired me in
14      1997 was Brendan Swords.
15  Q. Following the business manager role that you
16      held up through 2007, what was your next
17      position at Wellington Management?
18  A. So either at the end of 2007 -- '6 or '7, I
19      forget when, US Equity Portfolio Management,
20      and International Equity Portfolio Management
21      combined to form Equity Portfolio Management.
22      And I was named one of three associate
23      directors of Global Equity Portfolio
24      Management.

Page 29

1   Q. When you were in the business manager role we
2       talked about a moment ago and you were
3       reporting to Mr. Swords, what was Mr. Swords
4       position at that time?
5   A. I don't know his exact title, but he was head
6       of US Equity Portfolio Management. We may have
7       used the title director or something similar
8       but --
9   Q. And when the reorganization occurred that you
10      mentioned of the combination of the -- the US
11      and the international groups, did Mr. Swords
12      become the leader of GEPM?
13  A. Yes, he did.
14  Q. Who were the other associate directors?
15  A. The other two associate directors were Adam
16      Puritz and Matthew Jensen.
17  Q. And in this associate director position you
18      described, did you have a particular geographic
19      region that you were responsible for?
20  A. Not initially.
21  Q. What was sort of the initial division of
22      responsibilities among the three associate
23      directors?
24  A. I can't recall how we -- I can't recall how





Page 46

1 she continued to work as an analyst on the
2 emerging markets team; is that correct?
3 A. At that time I think there was only one
4 emerging market team. We called it the EME
5 team, the emerging markets equity team.
6 Q. Did at some point Ms. Muniey stop serving as an
7 analyst on the EME team?
8 A. No.
9     MR. HANNON: Steve, I'm about to launch
10 into a new topic. If you want to take a
11 break, this would be a good stopping
12 point.
13 (A break was taken.)
14     MR. HANNON: Back on the record.
15 Q. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇ ▇▇▇▇▇▇▇▇▇
▇ ▇▇▇▇▇▇
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇ ▇▇▇▇▇▇

Page 47

1 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇ ▇▇▇▇▇
8 Q. How did you first come to know Gigi Chan?
9 A. We had been, for a few years, interviewing for
10 a China equity portfolio manager role. I was
11 located in Singapore at the time and probably
12 the first time I saw her name I was shown a
13 resumé with her name on top of it saying -- by
14 Henry Philip, who would have been in charge of
15 our recruiting them, then saying, This is
16 someone who you may like to meet.
17 Q. Mr. Argyle, did I hear you correctly that you
18 had been interviewing for a China portfolio
19 manager for a few years?
20 A. Yes, we'd been looking for a China equity
21 portfolio manager for a number of years.
22 Q. When did that start?
23 A. I don't remember precisely; 2009, 2010.
24 Q. And who was it that decided to start the

Page 48

1 search?
2 A. Me.
3 Q. You?
4 A. Yes.
5 Q. And why did you decide to start the search?
6 A. Because as -- I was responsible for what our
7 equity investment footprint, our Wellington
8 Management footprint, investor footprint would
9 look like in Asia in the -- in the short term
10 and hopefully long-term, and I ascertained the
11 one role that would be important in the
12 long-term would be someone who could take the
13 lead on a -- on running China equity
14 portfolios, be really kind of the focal point
15 for that initiative, hopefully lead a team and
16 lead broader collaboration with the firm from
17 that role as well.
18 Q. So when you decided to search for this role,
19 how did you go about conducting that search?
20 A. Well, that search was led by Henry Philip who
21 was in charge of recruiting in Asia, hiring in
22 2007 in anticipation of this bail-out bill out
23 in Asia, and he was responsible for strategy of
24 going about the search and looking for suitable

Page 49

1 candidates.
2 Q. And was the search successful?
3 A. The search was not successful.
4 Q. When did the search stop?
5 A. To the best of my recollection, in early 2013.
6 Q. And why did the search stop then?
7 A. Obviously seven years further along, it's hard
8 to remember exactly how close things were
9 together. But I recall we had a finalist who
10 we identified in Asia for the role and she went
11 through a number of interviews in Asia and then
12 we sent this finalist to Boston for a couple of
13 days of interviews. And she returned from
14 Boston. And unfortunately, her interviews in
15 Boston had not gone particularly well or not
16 well enough, and my recollection is that at
17 some point we regrouped and said, We really
18 have been turning over stones here for three or
19 four years, and meanwhile, Bo Muniey, who I
20 mentioned had been an analyst and in addition
21 had taken on portfolio management
22 responsibilities in the beginning of 2008 and
23 moved to Hong Kong, and was -- had now been in
24 Hong Kong for two or three years. We were, in

Page 50

1    my opinion, appropriately impressed with her
2    growth and development and potential as a
3    portfolio manager and felt that she should be
4    the -- the center point of our -- of where we
5    go and actually that we would cease to look
6    externally and that we would focus on Bo being
7    the centerpiece of our China equities strategy
8    going forward.
9    Q.  Who was involved in the decision to make
10    Ms. Muniey the centerpiece of China equities
11    strategy going forward?
12    A.  Involved in the decision?  It would have been
13    me, Tom Baxter, who by that time was in Hong
14    Kong.  Vera Trojan would have certainly been
15    informed of the decision as Bo's team leader
16    and Bo at some point, you know, Is this what
17    you want to do?
18    Q.  Anyone else?
19    A.  Not that I recall.
20    Q.  And who actually made the decision to make
21    Ms. Muniey the center of China equities
22    strategy?
23    A.  My recollection is that it was me.
24    Q.  When this decision was made, did Ms. Muniey's

Page 51

1    role change at all?
2         MR. PATERNITI:  Objection.  Go ahead.
3    A.  Not meaningfully.
4    Q.  In any way?
5    A.  I would say ever year ensuing, months,
6    quarters, her -- she would have more access or
7    more meetings with clients.
8    Q.  Any other changes to her role as a consequence
9    to this decision you've referenced?
10    A.  At some point, and the timing was not clear to
11    me, she may have had a dedicate resource, a
12    research associate.
13    Q.  Any other changes?
14    A.  None that I can recall.
15    Q.  Was there any kind of announcement at
16    Wellington where the discussion was made to
17    make Ms. Muniey the center piece of its China
18    equities strategy?
19    A.  No, that's not typically the way we do things,
20    no.
21    Q.  Was Ms. Muniey given any sort of new title or
22    anything to indicate to others that she had
23    been selected as the center piece of
24    Wellington's equities strategy?

Page 52

1    A.  I can't recall if and when we changed the
2    title.
3    Q.  So you're not sure if her title ever changed.
4    A.  I'm not -- actually not sure if her title ever
5    changed.  I presume it's changed but --
6    Q.  And you mentioned Ms. Trojan.  Why was
7    Ms. Trojan informed about this decision?
8    A.  Because Ms. Trojan -- Bo Muniey was an emerging
9    partners equity team and Ms. Trojan was the
10    portfolio manager for the emerging partners
11    equity approach who had a team of three or four
12    analysts.  I can't -- three to five at any
13    given time.  So while -- so it was -- it was
14    appropriate and -- for me to be telling
15    Ms. Trojan and seeking her feedback and
16    concerns, if any, that one of her resources
17    would be taking on additional responsibility,
18    growing responsibilities.
19    Q.  Do you recall how Ms. Trojan responded?
20    A.  I believe Ms. Trojan was excited about the
21    opportunity for Ms. Muniey to continue
22    developing in her care as a portfolio manager,
23    and clearly she was hopeful that she would
24    still get significant input from Ms. Muniey

Page 53

1    as -- with respect to her Chinese holdings and
2    her emerging market fund as a member of her
3    emerging market team.
4    Q.  Do you recall Ms. Trojan communicating that to
5    you?
6    A.  Communicating it to me verbally or --
7    Q.  In --
8    A.  Or in -- I recall it from -- I -- I -- those
9    specific words, who knows, but I recall the
10    tenor of the conversation.
11    Q.  Where did the conversation take place?
12    A.  I have no idea.
13    Q.  Do you know if it was in person or over the
14    phone?
15    A.  I'm not sure.  I was in Boston regularly but
16    could equally well have been over the phone or
17    by video, no idea.
18    Q.  Can you tell me how long it lasted.
19    A.  No.
20    Q.  Can you tell me how long you and Mrs. Trojan
21    talked about how Ms. Muniey's now being the
22    center piece of Wellington's China equities
23    strategy would impact her continued involvement
24    on the EME team.



14  (Pages 50 to 53)

Page 62

1  responsibilities; is that right?
2  A. Yes, he -- I would -- he already came with
3    those skill sets and so it's a role he played
4    in above, so he didn't need to be groom, so to
5    speak, to take on -- Asia was new to him but
6    the role, Global decision wasn't new to him
7    because he played an instrumental role in our
8    very first days in London.
9        But with respect to the day-to-day
10   supervision and oversight of investors in Asia,
11   he took on more of that show so he could focus
12   more -- for two reasons, one because the
13   overall numbers were growing; and two, so I
14   could focus on my transition in the global
15   leadership role.
16 Q. So focusing on your global leadership role,
17   that was director of GEPM, correct?
18 A. Yes.
19 Q. And what were your duties and responsibilities
20   as director of GEPM?
21 A. So the fundamental duty and responsibility was
22   to our clients to make sure that we had the
23   appropriate investment talent, both managing
24   our clients portfolios, that that talent was

Page 63

1  overseen and supervised, and that that talent
2  was appropriately resourced to perform -- to
3  maximize the odds of it surpassing our clients'
4  expectations, whether that resourcing would be
5  individual team members, whether it would be
6  technology platforms and so forth.
7        And so that's -- my job was -- I always
8  viewed my job as trying to do everything I
9  could to maximize the success of the investment
10  professionals who were in the group that I led
11  and because if we maximize their success, that
12  was success for our clients, while also
13  recognizing that we were a business, and that
14  we had to operate with budgets.  And I had been
15  an appropriate steward of the firm's resources
16  and with respect to how we all located those
17  resources and on behalf of the firm.
18 Q. Any other duties and responsibilities that you
19  had as director of GEPM?
20 A. No, I think -- well, generic
21  responsibility of -- I mean, the buck stopped
22  here.  I mean, I was -- so I was responsible
23  for -- for the department of professionals who
24  managed hundreds of billions of dollars on

Page 64

1  behalf of our clients.
2 Q. And in terms of the individuals that reported
3   to you when you were director of GEPM,
4   Mr. Baxter reported to you; is that correct?
5 A. Yes.
6 Q. Terry Burgess?
7 A. Yes.
8 Q. Erin Murphy?
9 A. Yes.
10 Q. And then was it Maureen --
11 A. Maureen Pettirossi, P-E-T-T-I-R-O-S-S-I.
12 Q. Am I right that Mr. Baxter had the
13   responsibility for GEPM professionals in Asia?
14 A. That broadly defines his responsibility, yes.
15   There were a couple of -- of others as well.
16 Q. He had some hold over investment professionals
17   in Boston; is that right?
18 A. I can't remember if he had hold over
19   responsibilities, but there was a couple of --
20   there was -- there was a couple of members of
21   our Japan -- our Japan equity team was split
22   between Boston and Tokyo, for example, so he
23   was responsible for the entire team rather than
24   splitting it between folks in Boston and Tokyo.

Page 65

1  So for example, that's what I was referring to
2  in my comment.
3 Q. And, Mr. Burgess, what if any geographical
4   region did he have responsibility for within
5   GEPM?
6 A. It varied over the years.
7 Q. Okay.  Let's talk about when you first became
8   director of GEPM.  At that point in time what
9   was the geographical responsibilities of
10   Mr. Burgess?
11 A. I believe, if my memory is right, when I became
12   director of GEPM, Mr. Burgess was in London and
13   responsible for our equity investment
14   professionals in London.  I also think, if my
15   memory is right, he was also responsible for
16   some of our equity investment professionals in
17   Radnor, which is that small office outside of
18   Philadelphia that I mentioned.
19 Q. Did Mr. Burgess' geographical responsibilities
20   change at some point subsequent to that?
21 A. Yes, at some point, I can't remember the exact
22   month or year, but at some point Mr. Burgess
23   returned to the United States.  He actually
24   retained, I think, if my memory is right,



coverage of London for a little bit thereafter until we came up with another plan.
Q. And Erin Murphy, what was her role when you took over as director of GEPM?
A. So she was in -- she was one of the associate directors in the United States, in Boston when I took over as director of GEPM.
Q. And Mrs. Pettirossi?
A. Again, I can't remember exactly when she moved into the role but what she did, whether it was prior of 1-1-2013 or after, her role was entirely focused in the US.
Q. So going back to Ms. Chan, do you remember interviewing her in connection with the search for a China equities portfolio manager?
A. Not very clearly.
Q. What do you recall about interviewing her for that role?
A. I recall that -- whether it was on her resumé or whether she brought it up in conversation that she had said and was somewhat proud of the fact that she had been -- I don't know the word she used but she certainly had been on television, Bloomberg television, I believe --

in her professional capacity as an investment professional in the Thread Needle, talking about the Chinese markets, and I recall being struck by that because I thought her presentation skills and articulation were -- were not particularly strong.
Q. Do you recall anything else about your interview with Ms. Chan?
A. No specifics.
Q. Anything else generally.
A. I mean, I -- whether it's because I recall it or not, you know -- you know, she was not -- you know, she was not a candidate for the role.
Q. Was that a recommendation that you made, that she wasn't a right fit for the role?
A. Yes.
Q. To whom did you make that recommendation?
A. I would have told the HR recruiting manager who was Henry Philip who then when we sat down, we would talk about the different candidates so, for all intents and purposes, to myself.
Q. Were you the decisionmaker with respect to that -- to the hiring of that role?
A. Mr. Baxter would also have been involved, but I

believe that I was -- for that portfolio manager role and that team leader role specifically that we had been searching for for, you know, three years-plus, that that was my decision.
Q. You mentioned earlier that there was a finalist for the China equities portfolio manager role that had some interviews in Boston that didn't go well. Did I hear that correctly?
A. Well, I may have used those words. It certainly didn't go well enough.
Q. Okay. Who was that candidate?
A. I think I recall her name but that's dangerous so I won't guess as to what her name was because maybe that would be wrong.
Q. Well, what do you think her name was, recognizing you're not sure if it's accurate?
A. It might not be accurate. [redacted].
Q. Recognizing that you might not have the name right, what do you recall the candidate's background was?
A. I don't -- she was a China equity portfolio manager, I think she was based in Hong Kong, I think. I can't remember where she worked.

Haven't thought about it for a long time so --
Q. Okay. Do you recall how long she had been serving as a portfolio manager?
A. No.
Q. And with respect to the impact of those Boston interviews on her candidacy, how did you hear that, that the Boston interviews had not gone well enough?
A. How did I hear? I would have heard from Henry Philip. How specifically I would have heard from Henry Philip I'm not sure, but we had a feedback collection tool and most of the feedback would have gone in there and we would have reviewed that and decided how to proceed.
Q. About the Boston interviews in terms of why they did not go well?
A. I don't recall anything.
Q. Okay. And was it Wellington that decided not to make an offer to the candidate or did the candidate decide not to pursue the position?
A. Wellington decided not to make the offer to the candidate. That's my memory.
Q. Am I right that sometime subsequent to that Wellington again began having discussions --

MAGNA LEGAL SERVICES

1    actually describing -- strike that.
2         In connection with the search for this
3    portfolio manager we've been talking about, am
4    I right that Wellington decided that it did not
5    want to offer Ms. Chan that position?
6         MR. PATERNITI:  Objection.  Go ahead.
7    A.  In connection with the role we've been talking
8    about?
9    Q.  (By Mr. Hannon)  Correct.
10   A.  Yes, Wellington made the decision that we did
11   not want to proceed with Mrs. Chan's candidacy
12   for that role.
13   Q.  Were you interested at that time in hiring her
14   as an analyst?
15   A.  Yes, I believe that was something we considered
16   and was part of their potential path that we --
17   that we talked about.
18   Q.  And in talking about that, was there a
19   particular team or spot within Wellington
20   Management that you were considering hiring
21   Mrs. Chan as an analyst for?
22   A.  Not that I recall.  At the time of deciding not
23   to pursue her portfolio management candidacy to
24   be a portfolio manager, when we raised the

1    possibility of, I wonder if she would be an
2    analyst, at that time I don't think we
3    identified the team.
4    Q.  Do you recall if you or anyone else at
5    Wellington Management conveyed to Ms. Chan the
6    interest in potentially hiring her as an
7    analyst?
8    A.  No, I -- I -- I don't recall.  I don't recall
9    personally having that conversation.  I don't
10   know about others.
11   Q.  But at some point later in time, there was a
12   decision to offer Mrs. Chan a role as an
13   analyst; is that right?
14   A.  Well, as an interim step which was to -- to
15   interview Ms. Chan for a role as an analyst.
16   Q.  How did that interview come about to your
17   knowledge?
18   A.  To my knowledge, that was a process that Tom
19   Baxter led.
20   Q.  Do you know how that process came about in
21   terms of if someone reached out to Ms. Chan or
22   if Ms. Chan reached back out to Wellington?
23   A.  I have no idea.
24   Q.  Okay.  But at some point in time you know there

1    was a hiring process with respect to Mrs. Chan
2    focused on potentially bringing her on board as
3    an analyst; is that right?
4    A.  Yes, there was a hiring process, a series of
5    interviews focused on potentially bringing
6    Ms. Chan to Wellington as an equity research
7    analyst.
8    Q.  And was there a particular spot on a particular
9    team that Wellington was looking to fill at
10   that time?
11   A.  There were many spots on many teams that we
12   were looking to fill at any point in time.
13   Q.  Okay.  Okay.  Including equity research
14   analysts.
15   A.  Including equity research analysts.
16   Q.  With someone with experience with China
17   equities.
18   A.  At that time I don't recall the China options
19   that we had.
20   Q.  Do you recall if there were multiple roles at
21   that time that were a potential fit for
22   Ms. Chan?
23   A.  I don't recall if there were multiple roles.
24   Q.  But she ultimately landed on the EMO team with

1    Mr. Matiko; is that right?
2    A.  That's correct.
3    Q.  At the time that Mrs. Chan was being
4    interviewed for the equity research analyst
5    role, was Wellington actively seeking an
6    analyst to join Mr. Matiko's EMO team?
7    A.  I don't believe so.
8    Q.  How was the decision made to have Ms. Chan join
9    Mr. Matiko's team?
10   A.  So we went -- Tom Baxter led this interview
11   process with -- you know, working closely with
12   human resources.  We, Wellington, thought
13   Ms. Chan was a strong candidate, interesting
14   candidate for our Hong Kong office in
15   particular.  And Mr. Matiko -- and I don't know
16   how or where in this process this came up,
17   Mr. Matiko mentioned that he had known Ms. Chan
18   from the emerging markets conference circuit,
19   that's not an official term but that's just --
20   and if she was to join the firm, he would be
21   interested in having her on his team.
22   Q.  So it's your recollection that --
23   A.  That is my recollection.  I was not involved in
24   most of those conversations.



Page 78

1  Q.  (By Mr. Hannon)  Isn't that a step back
2     career-wise?
3  A.  No.
4  Q.  But fair to say you understood that while
5     Ms. Chan in the short term was to become an
6     analyst, that she aspired long-term to become a
7     portfolio manager; is that fair to say?
8  A.  I don't think that's fair to say.  I don't
9     recall in that conversation in the interview
10    for her role as an equity analyst whether --
11    discussing whether she wanted or not to be a
12    portfolio manager in the long-term.
13  Q.  In the course of the hiring process in this
14    analyst role we've been discussing, do you
15    recall having any communications with her about
16    the culture at Wellington Management?
17  A.  I don't recall.
18  Q.  Do you recall telling Ms. Chan that she would
19    be judged at Wellington Management based upon
20    her talent and her abilities?
21  A.  I don't recall.
22  Q.  Sorry if I asked this question before but just
23    to be clear, you were the one who made the
24    decision to hire Ms. Chan; is that right?

Page 79

1  A.  That's not how I depicted it.
2  Q.  I'm sorry?
3  A.  That's not how I would describe it.
4  Q.  How would you describe it?
5  A.  I would describe it as Mr. Baxter making the
6    decision to hire Ms. Chan and -- well, I'm just
7    leaving it there.
8  Q.  So it was Mr. Baxter's decision to hire her.
9  A.  That's how I would describe it.
10  Q.  But the role she was hired for was to support
11    Mr. Matiko's team, right?
12  A.  That's correct.
13  Q.  Mr. Matiko didn't report to Mr. Baxter, did he?
14  A.  No, not at that time.
15  Q.  So can you explain to me why it is that
16    Mr. Baxter is deciding to hire someone to work
17    on a team that doesn't report in to him?
18  A.  Because Mr. Baxter was in Hong Kong, Mr. Baxter
19    was passionate and charged, empowered with
20    continuing this evolution of our investment
21    presence in Asia, Mr. Baxter was the one who
22    was saying, I'm putting my neck on the line and
23    I think we should hire her and have her be part
24    of our platform and I'll make sure that to the

Page 80

1    best of his abilities she'll be -- we can
2    maximize the success in Hong Kong, whether
3    that's working for Mr. Matiko or someone else.
4       This, as you identified, wasn't for a
5    specific role initially, how that -- Ms. Chan,
6    that role working with Mr. Matiko, how it
7    evolved over time was not clear to me but
8    obviously that did happen over time. But the
9    driver of this decision was Mr. Baxter in
10    Hong Kong.
11  Q.  Who made the decision to terminate Ms. Chan?
12  A.  The decision to terminate Ms. Chan's employment
13    was made by me.
14  Q.  And why did you decide to terminate her
15    employment?
16  A.  She was not appropriately performing the duties
17    which she was hired to do and was currently
18    meant to be doing on the emerging market
19    opportunities team.  She was not -- she
20    demonstrated no ability to accept feedback that
21    would allow her to grow within the organization
22    and have greater impact and ultimately I had a
23    budget to operate within, even if she wasn't
24    going to work out with Mr. Matiko, I had a

Page 81

1    budget to work with and -- and it didn't make,
2    in my opinion, given all the feedback we had of
3    Ms. Chan and her performance over the previous
4    roughly three years, and that's not investment
5    performance, that's broad performance in every
6    aspect of her role, it didn't make sense to
7    continue with her employment.
8  Q.  Any other reasons you decided to terminate her
9    employment?
10  A.  I think that captures it.
11       MR. HANNON:  Steve, I'm not sure when
12    you want to break for lunch.  I know
13    it's sitting there in the room with you.
14    But now is a logical spot to break for
15    me if this works on your end.
16       MR. PATERNITI:  That's great.  Yes, that
17    would be terrific.
18       (Recess taken)
19  Q.  (By Mr. Hannon)  Mr. Argyle, did Gigi Chan ever
20    explain to you that she was being treated
21    unfairly at Wellington because she was a
22    female?
23  A.  Not that I recall.
24  Q.  Did Ms. Chan ever communicate to you that she



Page 86

1   Q. Was there anything in that audio recording that
2      surprised you, that you didn't think had
3      transpired but heard did?
4   A. The audio recording surprised me because that
5      was made without any knowledge by me.
6   Q. Okay. Aside from the existence of the audio
7      recording, anything about the substance of the
8      audio recording that surprised you or was
9      otherwise inconsistent with your recollection
10     of what transpired at that meeting?
11  A. Not meaningfully.
12  Q. Do you recall hearing on that audio recording
13     that Ms. Chan said to you, "Just because I'm
14     female, just because I'm Chinese doesn't mean
15     that people can talk down at me. That's what
16     I've said every single time"?
17  A. I recall that statement was said once in the
18     context of a 70-minute audio recording.
19  Q. Do you recall that Mrs. Chan had made that
20     comment before you listened to the audio
21     recording?
22  A. I can't remember.
23  Q. On November 2, 2016, when you heard Ms. Chan
24     say those words, what is your understanding

Page 87

1      that she meant by that?
2          MR. PATERNITI: Objection. He said he
3          didn't remember.
4   A. I can't remember.
5   Q. (By Mr. Hannon) You can't remember what you
6      understood her to mean by that?
7          MR. PATERNITI: Objection. Go ahead.
8   A. No, I can't -- I can't remember what I
9      understood her to mean by that.
10  Q. (By Mr. Hannon) Do you have an understanding
11     today as to what she meant by that?
12  A. I -- no. I don't know what she meant by that.
13  Q. When Ms. Chan said to you, "Just because I'm
14     female, just because I'm Chinese, doesn't mean
15     that people can talk down at me. That's what
16     I've said every single time," was it true that
17     that's what she had said to you on previous
18     occasions?
19  A. I don't recall.
20  Q. Now, there had been previous occasions where
21     you had communications with Ms. Chan about her
22     experience at Wellington Management, right?
23  A. I spoke to Ms. Chan roughly every six months,
24     yes, about her employment at Wellington

Page 88

1      Management and her performance, her
2      observations, yes.
3   Q. Let's work backwards a little bit. So we
4      talked about the meeting you with her in Hong
5      Kong on November 2, 2016. How long had it been
6      prior to that when you had last spoken with
7      Ms. Chan?
8   A. I believe I spoke to Ms. Chan in -- I don't
9      know the exact date. But in June of that same
10     year we had a -- a week at Wellington we called
11     Investor Palooza where all our investors come
12     from all around the world for a week or a few
13     days of investor presentations and content and
14     so forth, and I believe she and I talked at
15     some point during that week or close to it when
16     she was in Boston.
17  Q. And was that one conversation or multiple
18     conversations you had with Ms. Chan during that
19     week?
20  A. I -- I don't recall.
21  Q. Do you recall at least one conversation during
22     that time span?
23  A. I don't recall a conversation with her that
24     week, but I know from the recording in Hong

Page 89

1      Kong that I acknowledged in that recording that
2      the last time we spoke was in June which would
3      have at the Investment Palooza.
4   Q. Okay.
5   A. I probably had eight to ten meetings a day,
6      five days a week for over a decade.
7   Q. Fair enough. So besides what you heard on that
8      recording of your November 2, 2016, meeting
9      with Ms. Chan, do you have any independent
10     recollection of anything you and Ms. Chan
11     discussed during Investor Palooza in June of
12     2016?
13  A. No.
14  Q. Prior to Investment Palooza in June of 2016, do
15     you have any understanding as to when the
16     previous occasion had been on which you had a
17     conversation with Ms. Chan?
18  A. I believe she and I had a conversation when she
19     was in -- in fact, I know she and I had a
20     conversation when she was in Boston in December
21     2015, I believe it was the beginning of
22     December 2015. I believe that was our prior
23     conversation to that June. I can't recall.
24  Q. What, if anything, do you remember about the



Page 90

1  conversation you had with Ms. Chan in the fall
2  of 2015 in Boston?
3  A. I believe her stridently demanding that she be
4  the -- a portfolio be launched as soon as
5  possible in a fund structure as soon as
6  possible, that she had client access, that she
7  had exactly the same level of client access as
8  Bo Muniey. And I recall that I said -- and
9  because -- I recall her saying, "I demand you
10  launch a fund, I demand that I have the same
11  client access as Bo Muniey, I demand that you
12  tell GEPM." And I recall saying, "At
13  Wellington you do not demand anything in that
14  context."
15        I also recall, and I think it was in
16  that conversation, that we would regularly talk
17  about travel, and I think she was en route to
18  Antarctica. She and I got along quite well
19  when we discussed travel.
20  Q. Do you recall anything else about your December
21  2015 conversation with Ms. Chan?
22  A. Not specifically, no. I recall that much of
23  the conversation was around her eagerness and
24  demand to get in front of clients with respect

Page 91

1  to her China growth approach, which had still
2  to be launched.
3  Q. Do you recall Mrs. Chan referencing that she
4  was an Asian female during that conversation?
5  A. I don't recall.
6  Q. Do you know that she did?
7  A. I can neither confirm nor didn't.
8  Q. Now, in December of 2015, had a decision been
9  made as to whether or not Wellington Management
10  was going to support the launch of an approach
11  for Ms. Chan?
12  A. So the way I would characterize it right now is
13  a decision had been made by me that I would
14  support the launch of an investment approach by
15  Ms. Chan. There were steps that needed to be
16  taken to reach the conclusion what -- which you
17  just described, that Wellington was supportive
18  of launching an approach by Ms. Chan.
19  Q. And why had you decided that you were going to
20  support the launch of such an approach?
21  A. I had such -- decided to support the launch of
22  such an approach because I was struggling with
23  how to integrate Ms. Chan into the firm, with
24  how Ms. Chan should be integrated into the

Page 92

1  firm, with how Ms. Chan could become a greater
2  part of our investment dialogue and debate. It
3  was clearly of the utmost importance to her
4  that she had her -- her own fund.
5        And my great hope was that in her having
6  her own fund, that would -- or approach -- it
7  ended up being a fund, that would enable her to
8  be able to have her -- have something specific
9  for her to engage in the conversation and the
10  dialogue of the firm, so she could say to other
11  investors at Wellington, These are my top three
12  holdings, and this is why I hold them, this is
13  what I sold today, this is what I bought today.
14  This is a company I have and the reason why I
15  have it in my portfolio.
16        So the reason I decided I was supportive
17  in launching her approach is because I believed
18  this was an opportunity to try and help her be
19  more successful in integrating with the broader
20  dialogue and debate of the firm and she was
21  struggling with that.
22  Q. When did you reach the conclusion that Ms. Chan
23  was struggling with that?
24  A. There's no specific day, specific moment.

Page 93

1  Q. What led you to believe as of December 2015
2  that Ms. Chan was struggling with that?
3  A. Feedback, conversations along the way, personal
4  observations, conversations -- conversations
5  with her, just -- and by that point well over a
6  decade of experience in the role or equivalent
7  roles, my role, that would be.
8  Q. So you said one source was your personal
9  observations, what personal observations had
10  you made as of December 2015 concerning
11  Ms. Chan's ability to contribute at Wellington
12  Management?
13  A. She wasn't an active member of -- she wasn't
14  particularly active in the dialogue on an
15  ongoing basis. She wasn't -- she could have
16  had more impact on the emerging market
17  opportunities team, and her sole focus, her
18  whole distraction, I would say, actually was
19  this, Well, I want to launch a fund. I want to
20  launch a fund. I want to launch a fund. So I
21  thought maybe we could get rid of that
22  distraction.
23  Q. What permanent observations had you made of
24  Ms. Chan as of December 2015 that led her to



| | |
|---|---|
| Page 94 | Page 95 |

Page 94

1  believe that her sole distraction was I want to
2  launch a fund?
3          MR. PATERNITI: Objection. Go ahead.
4  A. The conversations I had with her and the
5     conversations others had with her, but again, I
6     don't remember the specifics.
7  Q. (By Mr. Hannon) Can you recall any
8     conversations you had had with Ms. Chan prior
9     to December 2015 that had led you to believe
10    that her sole distraction was, quote, I want to
11    launch a fund?
12 A. So I can't recall specific -- I know we had
13    conversations with Ms. Chan, but I can't recall
14    specific conversations, as I said earlier. I
15    had many, many meetings. And would say that it
16    was my impression that her sole distraction was
17    launching a fund. Whether that was her sole
18    distraction or not, who knows.
19 Q. But can you recall anything that Ms. Chan said
20    to you that led you to form that belief prior
21    to 2017?
22 A. I don't remember anything specific, but the
23    tenor of our conversations was always that she
24    felt as if she was an experienced portfolio

Page 95

1  manager and that she should have the
2  opportunity to launch a fund at Wellington, and
3  pretty much every conversation began and ended
4  there.
5  Q. How many conversations were there prior to --
6  A. I --
7  Q. Let me just finish the question so the record
8     is clear.
9          How many conversations were there prior
10    to December 2015 that you had with Ms. Chan
11    concerning her possibly launching an investment
12    approach?
13 A. I do not know.
14 Q. Do you recall when the first one was?
15 A. No.
16 Q. Do you recall at some point in time Ms. Chan
17    presented at a Philosophy and Process panel?
18 A. I recall that she did. I don't recall the
19    presentation because I wasn't there.
20 Q. And do you know how her presentation at the
21    Philosophy and Process panel came about?
22 A. No.
23 Q. Did you know she was presenting before she did?
24 A. Not that I recall.

Page 96

1  Q. Do you know how the particular panel that she
2     presented to was created?
3  A. How the panel was created?
4  Q. Yes.
5  A. She presented to the Asia Pacific Philosophy
6     and Process panel, which as we globalized, was
7     put together by Cheryl Duckworth who was senior
8     manager of managers in the region. We had a
9     Philosophy and Process panel already. It was
10    predominately in Boston and Cheryl thought as
11    we continued to empower the regions that it
12    would be a good idea to have a local Asia
13    Philosophy and Process panel. I had -- have no
14    idea of when I became aware of it, but that's
15    how that panel came about.
16 Q. So you believe that it was Ms. Duckworth's
17    idea?
18 A. The Asia Pacific Philosophy and Process panel?
19 Q. Yes.
20 A. I believe it was Ms. Duckworth's idea. Perhaps
21    it was Tom Baxter's idea. But it was certainly
22    not an idea out of Asia.
23 Q. Do you know if Mr. Swords played any role in
24    the establishment of the Asia Pacific

Page 97

1  Philosophy and Process panel?
2  A. I have no idea.
3  Q. I'm sorry, is it Process and Philosophy or
4     Philosophy and Process?
5  A. It's Philosophy and Process.
6  Q. Okay. If I refer to it as the Philosophy and
7     Process panel, will you understand I mean the
8     Philosophy and Process panel?
9  A. Yes, I will.
10 Q. I think you indicated a moment ago that there
11    was an existing Philosophy and Process panel
12    prior to the creation of the Asia Pacific
13    Philosophy and Process panel. Did I hear that
14    right?
15 A. Correct.
16 Q. And the existing panel, where did that reside,
17    was that all over the world, just in Boston?
18 A. I can't recall where every member of that panel
19    was located. But I think it's fair to say it
20    was certainly predominately individuals in
21    Boston.
22 Q. Was that limited to GEPM?
23 A. I can't remember.
24 Q. Was there any sort of policy or practice in



1    terms of who would present at the Philosophy
2    and Process panel?
3  A.  No, there was no policy or practice,
4    experienced analysts presented, less
5    experienced portfolio managers presented,
6    sometimes analysts whether or not they were
7    portfolio managers presented.
8  Q.  And who decided when these Philosophy and
9    Process meetings took place?
10 A.  The Philosophy and Process panel.
11 Q.  So your understanding is some of the members
12   themselves of the Philosophy and Process and
13   Philosophy and Process panel would invite some
14   of the members to come and present?
15 A.  My understanding is that the members of the
16   panel could certainly reach out to people and
17   say, When are you going to come present?
18       It's really not something I got involved
19   with regularly, for individuals to say, I think
20   it's a good idea that you go and present and
21   listen to what the committee has for you so you
22   can continue to get some feedback and develop.
23   So I would say it was a two-way street, would
24   be my understanding.

1  Q.  So were there occasions where you suggested or
2    recommended that someone present to one of the
3    Philosophy and Process panels at Wellington
4    Management?
5  A.  Me, singularly me?
6  Q.  Yes.
7  A.  I don't recall doing that.  I would usually
8    leave that to my associate directors.  It's
9    possible I did.  I don't recall.
10 Q.  When you were an associate director, did you
11   make any such recommendation or suggestion?
12 A.  I can't remember whether we had a Philosophy
13   and Process panel when I was associate
14   director.  So I can't recall doing so.
15 Q.  I think you said earlier as of 2015 -- 2015 you
16   believed Ms. Chan could have more impact on the
17   EMO team.  Did I hear that correctly?
18 A.  Yes, I think you heard that correctly.
19 Q.  And what caused you to believe as of December
20   2015 that she could be having more impact on
21   that team?
22 A.  The most singular thing would be Greg Matiko's
23   feedback but also conversations with my
24   associate directors that work with Mr. Matiko

1    and so forth.
2  Q.  What do you recall about the feedback
3    Mr. Matiko had provided to you as of December
4    2015 that led you to believe that Ms. Chan
5    could be having more of an impact?
6  A.  I don't recall the specifics.
7  Q.  Do you recall anything generally?
8  A.  Generally that -- my general recollection would
9    be that the quality of her analysis of initial
10   securities, stocks, were good.  But the
11   quantity, the flow, the output and the
12   engagement with them left room for improvement.
13   I would say, the other thing I would say there
14   was -- I'll just leave it there.
15 Q.  Are you certain that Mr. Matiko had expressed
16   those views to you prior to December 2015?
17 A.  I don't know if I'm certain, but I believe that
18   was the case.
19 Q.  You mentioned that aside from feedback from
20   Mr. Matiko, you would have also gotten feedback
21   from others concerning Ms. Chan's impact on the
22   EMO team.  Did I hear that correctly?
23 A.  Yes.
24 Q.  Besides Mr. Matiko, who else did you receive

1    feedback concerning that subject prior to
2    December 2015?
3  A.  Prior to -- I can't remember all the dates, but
4    the observations of my associate directors on
5    the ground would have been important.  So I
6    think by that point Erin Murphy was in London
7    having replaced Terry Burgess, who we talked
8    about earlier, with a little bit of a gap in
9    between the two of them and at some point
10   Philip Fan was working with Greg Matiko.  This
11   is one of at least 25 or 26 teams I was working
12   with, so I can't keep everybody straight.  And
13   that would have valuable feedback as well.
14 Q.  "Valuable feedback."  Do you recall actually
15   receiving such feedback from those individuals
16   prior to December 2015 concerning --
17 A.  I was always receiving feedback from these
18   individuals -- sorry to interrupt.  I recall
19   receiving feedback from those individuals.
20   It's hard for me to pinpoint dates five or six
21   years ago.
22 Q.  So you can't say what feedback you received
23   prior to December 2015 prior to feedback you
24   received prior to that date?



Page 102

1    MR. PATERNITI: Objection, go ahead.
2  A. No, not sitting here with -- not sitting here
3     today.
4  Q. Going back to the Asia Pacific Philosophy and
5     Process panel that Ms. Chan presented to.  At
6     some point in time did you hear that Ms. Chan
7     had some complaints about what transpired
8     during her presentation?
9  A. I can't recall whether I ever heard the term
10    "complaint."  I heard that Ms. Chan was unhappy
11    with how it went and with the feedback she
12    received.
13 Q. And who'd you hear that from?
14 A. I can't recall whether it was Mr. Baxter or
15    Ms. Duckworth.
16 Q. Do you recall speaking to Ms. Chan about the
17    subject?
18 A. I don't recall speaking to her about the
19    subject specifically.
20 Q. Ever?
21 A. I don't recall speaking to her about that
22    specific subject.  That doesn't mean it didn't
23    happen.  I just don't recall it.  I had very
24    little to do -- I had nothing to do with the

Page 103

1     Asia Pacific Philosophy and Process panel.
2  Q. It's fair to say that Ms. Chan's response to
3     the Asia Philosophy and Process panel caused
4     some headaches for a number of individuals at
5     Wellington Management.
6     MR. PATERNITI: Objection.
7  A. I don't know how you would define a number of
8     headaches or whether that's a relative term or
9     an absolute term.  I don't recall it causing me
10    a headache.
11 Q. Was that something that you felt you needed to
12    get involved in dealing with?
13 A. I don't believe so, no.
14 Q. You mentioned that you're not sure who you
15    heard about Ms. Chan's complaints or
16    dissatisfaction with the panel from, but
17    regardless of what the source was that you
18    heard it from, what was your understanding as
19    to what Ms. Chan's dissatisfaction was?
20 A. The one thing that I can recall today that she
21    was most dissatisfied with is that she received
22    presentation -- she received feedback on her
23    presentation style, skills, if you will, that
24    she didn't like.

Page 104

1  Q. Was your understanding that she felt as though
2     she had been treated disrespectfully?
3  A. I don't recall if that was my understanding.
4  Q. Was it your understanding that she complained
5     that she wouldn't have been treated that way if
6     she were a man?
7  A. I don't recall that being my understanding.
8  Q. What was your view of Ms. Chan's reaction?
9  A. I wasn't in the Asia Philosophy and Process
10    panel so my view is that a local -- that
11    we had sufficient local talent, management
12    talent to deal with the situation.
13 Q. Did you think that Ms. Chan was overreacting?
14 A. I wasn't in the room in the Asia Philosophy and
15    Process panel, I didn't see her receive the
16    feedback and I didn't -- wasn't involved in her
17    reaction, so I can't comment on whether she was
18    overreacting or not.
19 Q. So would it be fair to say that you did not
20    form an opinion one way or another as to
21    whether or not Ms. Chan's reaction was
22    appropriate?
23 A. I think it's fair to say that it was a pattern
24    of Ms. Chan failing to be able to digest here

Page 105

1     and act upon any feedback but --
2  Q. Okay.  We'll get to any other incidents in a
3     moment but just finishing up with respect to
4     the Asia Pacific Philosophy and Process panel
5     we've been talking about.
6     Did you ever form an opinion one way or
7     another as to whether or not Ms. Chan's
8     reaction to that particular event was or was
9     not reasonable?
10 A. I mean, I have an opinion that Ms. Chan feels
11    it was -- that irrespective how it was
12    communicated, that she did not believe that she
13    should have even been getting feedback on her
14    presentation skills whether they were good, bad
15    or indifferent, and I strongly believed that
16    that is not an appropriate stance, and that any
17    professional should be willing to receive
18    feedback, digest feedback and if necessary
19    assimilating feedback on any style of their
20    interaction.
21 Q. So it sounds like you formed an opinion.
22 A. I formed an opinion that Ms. Chan thought she
23    should not have gotten any feedback on her
24    presentation skills, irrespective of whether

MAGNA
LEGAL SERVICES

Page 126

1  A. That's correct.
2  Q. And Mr. Boselli refers to her as a train wreck.
3  A. That's what Mr. Burgess writes. I don't know
4     if that's what Mr. Boselli said.
5  Q. And the section on Ms. Chan concludes, "Would
6     not hire her. Thinks we should not have."
7        Do you see that?
8  A. Yes.
9  Q. How did you react to this feedback from
10    Mr. Boselli in September of 2015 when you
11    received it?
12 A. Well, the feedback went to Mr. Burgess then
13    apparently on to me, so I don't remember.
14 Q. Did you agree with it?
15 A. I don't remember how I reacted to the feedback
16    and I don't know -- I clearly did not fully
17    agree with it because I completely put my kind
18    of -- some of my internal capital on the line
19    just a few months later in backing Ms. Chan and
20    supporting Ms. Chan to launch an investment
21    approach called China Growth.
22 Q. And what part of what's written here with
23    respect to Ms. Chan is it that shows not a good
24    fit? Was that consistent with the feedback you

Page 127

1     received from Mr. Matiko at that time?
2  A. I don't recall.
3  Q. In September of 2015 do you recall what, if
4     any, feedback you had received from Mr. Matiko
5     concerning Ms. Chan's contributions to EMO?
6  A. As of this specific date, I don't recall.
7  Q. Do you recall if things were going well with
8     respect to Ms. Chan's participation in EMO as
9     of that date?
10 A. As I think I tried to describe earlier, my
11    recollection is generally things were going
12    fine with respect to Ms. Chan's work on
13    individual stocks, but the quantity of her
14    output was not where Mr. Matiko desired for one
15    of his -- or hoped for one of his team
16    analysts. That's my recollection.
17 Q. Sharing with you another one -- PDF here, this
18    one is titled 10-1-15 e-mail and for the record
19    this is the first page Bates No. DEF, 00010672.
20    We'll call this Exhibit 3. It's a bit of a
21    long e-mail exchange but -- so you can take a
22    few minute to review it. Take a -- and then
23    I'll ask you a few questions.
24 A. Can I just ask you a question.

Page 128

1  Q. Sure thing.
2  A. Will you be going through the entire e-mail
3     chain or --
4        MR. PATERNITI: It doesn't matter. Just
5        read it all.
6  A. Okay.
7  Q. (By Mr. Hannon) Here we go. And let met start
8     with the e-mail from Mr. Burgess to you on
9     October 1, 2015. That's on the third page of
10    the documentation. It's the e-mail that begins
11    regarding China Growth and Chan.
12 A. Yes.
13 Q. Do you see that? Do you see where it says,
14    "Apparently the following things have her
15    feeling very unwelcome there."
16       Do you see that?
17 A. Yes.
18 Q. Do you recall that being an issue in or around
19    October of 2015, Ms. Chan not feeling welcome
20    in the Hong Kong office?
21 A. I recall her not feeling as integrated as she
22    wished she was. I don't recall her feeling
23    unwelcome.
24 Q. In the fourth numbered paragraph it begins,

Page 129

1     "She has broken down with Greg a few times,
2     very disappointed and down."
3        Do you see that?
4  A. Yes.
5  Q. Is that consistent with your recollection that
6     in the October 2015 time frame that Ms. Chan as
7     of that point had become emotional in some of
8     her conversations with Greg Matiko?
9  A. I don't know.
10 Q. The paragraph goes on, "He would rather not
11    deal with what is becoming an HR personnel
12    headache."
13       Do you see that?
14 A. Yes, I see that.
15 Q. Is that consistent with what Mr. Matiko
16    conveyed to you concerning his feelings about
17    dealing with Ms. Chan's complaints about her
18    treatment at Wellington?
19       MR. PATERNITI: Objection.
20 A. I don't recall Mr. Matiko ever saying words
21    like this to me.
22 Q. (By Mr. Hannon) If you could scroll up to the
23    second page of the document, there's an e-mail
24    from you back to Mr. Burgess still on October



1 contribution.
2 A. One of the bullets does say the focus should be
3   on alpha in China Growth in EMO.  And the only
4   way one generates alpha in EMO is by having a
5   meaningful contribution.  So I guess I don't
6   understand the premise of the question.
7 Q. So your testimony is, is that was your way of
8   telling her you want her to improve her
9   contribution to EMO?
10 A. These were my notes for the conversation and
11   I'm telling you that based on my notes for the
12   conversation is likely, I can't remember,
13   how I articulated -- I can't remember how I
14   would have articulated precisely around
15   importance of her ongoing focus on EMO, but
16   this would have been sufficient for my notes
17   for the meeting to remind myself, not
18   necessarily that I would have needed reminding
19   but -- to stress to Gigi, Ms. Chan, that
20   focusing on her role and responsibility in EMO
21   was still critically important.
22 Q. Who was brought out of the EMO team to replace
23   Ms. Chan when she was terminated?
24    MR. PATERNITI:  Objection.  Go ahead.

1 A. I don't recall who was brought onto the EMO
2   team when she was terminated because Mr. Matiko
3   used it as an opportunity to think about how
4   the team could be structured differently and
5   obviously it would have Henry Philip and then
6   Adam Puritz who arrived in Hong Kong in
7   December 2017 would have worked with Mr. Matiko
8   on that.
9    But my understanding is, and by this
10   point this was now one of 45 teams that I was
11   working with, was that we actually were
12   investing in an investment science group and
13   Greg Matiko was one of the first individuals to
14   bring in an investment scientist onto his team
15   and also started working with a research
16   associate from our -- our early career group.
17   So it wasn't a one-for-one replacement.  It was
18   replaced and Greg used it as an opportunity
19   to -- kind of different skill sets in different
20   ways.
21 Q. So you said there was a research associate and
22   who else?
23 A. I believe that it was a research associate that
24   was -- we -- I mentioned a long time ago -- it

1   seems like a long time ago, early this morning,
2   about a reorganization of the investment
3   platform at the end of 2017, that created
4   Investment Boutique.  Another group we created
5   was called Investment Science.  And one of the
6   roles within Investment Science were embedded
7   in investment, scientists on portfolio
8   management teams which -- and Greg Matiko was
9   one of the first to -- first portfolio managers
10   to embrace that opportunity.  And I think -- I
11   know, and I think he also brought on a research
12   associate onto the team as well.
13 Q. When was the research associate brought on the
14   team?
15 A. I don't know.  Like I said, this was one of 45
16   teams and, you know, in my role, a big part of
17   my role is knowing -- is delegating.
18 Q. Do you have any understanding as to why the
19   analyst wasn't brought on the team following
20   Ms. Chan's termination?
21    MR. PATERNITI:  I'm sorry, the question
22   cut out on my end.  Can you red read it
23   or --
24 Q. (By Mr. Hannon)  Do you have an understanding

1   as to why an analyst wasn't brought onto the
2   EMO team after Ms. Chan's termination?
3 A. Because that's what Adam Puritz and Greg
4   Matiko -- they decided to go in a different
5   direction --
6 Q. Just finishing up with Exhibit 4 here which is
7   the document titled 12-1-15 e-mail.  Take a
8   look at the very top of the page, e-mail from
9   Mr. Matiko to you on December 1, 2015.  Do you
10   see that?
11 A. Yes.
12 Q. He says, "I feel bad you have to deliver this
13   kind of message as I'm sure it will not be easy
14   for her to receive.  Joke aside, you will want
15   to have some tissues ready."
16    Do you see that?
17 A. Yes.
18 Q. And what was your understanding that he meant
19   by "you will want to have some tissues ready"?
20 A. That she may cry.
21 Q. Did she?
22 A. I don't recall.
23 Q. Was it typical when you were having discussions
24   with analysts in GEPM for them to cry?

Page 150

1   A. Not typical but it's -- it's -- it would happen
2       multiple times a year.
3   Q. We were talking earlier about individuals who
4       have provided you feedback about Ms. Chan's
5       alleged struggles with feedback and you
6       referring Philip Fan in that conversation.
7       What, if any, feedback did you receive from
8       Mr. Fan concerning that subject?
9   A. I don't remember specific feedback from Mr. Fan
10      concerning the subject. What I do recall, what
11      I do recall is he felt the emerging markets
12      team, meaning Greg, could be getting a lot more
13      out of Gigi with respect to quantity of her
14      work, and that she wasn't engaging with them as
15      much as she could be.
16          And I would say also apropos the exhibit
17      you showed us earlier, the -- if I remember a
18      score of 5 in a couple of categories. A
19      scoring of 5 from a fellow team member is very
20      low. That's something that -- in a team,
21      that's a very low score. So that's the type of
22      thing that would initiate further
23      conversations, What's going on here?
24   Q. Okay. Can you recall anything else about

Page 151

1       feedback you received from Mr. Fan concerning
2       Ms. Chan.
3   A. That sums it up.
4   Q. So do you recall a specific occasion in which
5       you spoke to Mr. Fan about Ms. Chan's
6       collaboration with the EMO team?
7   A. No, but it would have -- I would recall it
8       being on more than one occasion. I mentioned
9       earlier that I try to go to Asia twice a year,
10      I would try to go to London four times a year.
11      That was aspirational, sometimes it was three
12      times. Mr. Fan was in London for some of this
13      time and Hong Kong for some of this time and I
14      would always try to meet with every investor in
15      GEPM in those offices, and, you know, I'm --
16      confirm the calendars always match up, but
17      sometimes they didn't, so it was on more than
18      one occasion.
19   Q. You also mentioned Ms. Duckworth as being a
20      source of information regarding Ms. Chan's
21      alleged struggles with accepting feedback.
22      What did you learn from Ms. Duckworth
23      concerning that subject?
24   A. So Ms. Duckworth and I used to speak every two

Page 152

1       or three weeks. As I mentioned she was the
2       senior kind of manager of managers of the
3       region, albeit she was not in portfolio
4       management, and in the region, I mean the Asia
5       Pacific region and in the course of those
6       conversations and maybe in e-mails as well, she
7       would highlight individuals or other things
8       that she was concerned about and certainly
9       around the Asia Philosophy and Process, she and
10      I would have talked about Gigi -- I'm sorry,
11      Ms. Chan, you know, and perhaps on other
12      occasions as well.
13   Q. And what do you recall about those
14      conversations?
15   A. I recall that Ms. Duckworth was not optimistic
16      about how things were working out with
17      Ms. Chan, about how Ms. Chan was responding to
18      feedback, for example, the Philosophy and
19      Process and Philosophy and Process panel and --
20      well, actually I don't know whether it was from
21      Ms. Duckworth or from Tom Baxter or Henry
22      Philip, they would kind of all be responsible
23      for all -- how the -- I think it was still
24      called the early morning meeting was going then

Page 153

1       and how there was diminishing engagement,
2       rather than increasing engagement.
3           But it is hard to pass out what was from
4       Ms. Duckworth, what was from Tom Baxter, what
5       was from Henry Philip, but I would have regular
6       conversations every week with each one of them.
7   Q. And what is your understanding as to what
8       Ms. Duckworth's opportunities were to interact
9       with Ms. Chan?
10   A. Well, I mean, Ms. Duckworth was based in
11      Singapore but I was in Hong Kong frequently.
12      So I didn't analyze Ms. Duckworth's travel with
13      the Philosophy and Process -- there was a
14      Philosophy and Process panel in her early
15      morning meeting, and just managing
16      professional -- investor professionals, which
17      she did for at least a decade.
18   Q. Was Ms. Duckworth responsible for managing
19      Ms. Chan?
20   A. No, but she was our senior manager on the
21      investment platform in the region. We weren't
22      using the term investment platform then.
23   Q. And specifically relative to the Asia Pacific,
24      Philosophy and Process panel, did Ms. Duckworth



Page 162

1  A.  I can't -- I am now aware, so yes, I was aware.
2      But, you know, I had forgotten.  But I am now
3      aware.  Not because of your question but --
4  Q.  Okay.  So in preparation for your testimony
5      today you saw something that reminded you
6      referring to that?
7  A.  Yes, that reminded me, yes.
8  Q.  Okay.  And what do you recall now about what
9      that potential opportunity was?
10        MR. PATERNITI:  Objection.
11  A.  No, I know -- I know, I believe based on --
12      there was some -- I don't know how to
13      characterize it, early stage initial
14      conversation about potentially an Asia growth
15      mandate.
16  Q.  (By Mr. Hannon)  And was that pursued?
17  A.  No.
18  Q.  Why not?
19  A.  So I don't know if there was a reason it wasn't
20      pursued on the client side but from my
21      perspective, why it wasn't pursued or wouldn't
22      have been pursued is Ms. Chan was running China
23      Growth.  See -- she seemed to be finding it
24      either very hard or she was just completely

Page 163

1  unwilling to balance managing China Growth with
2  her responsibilities on the emerging market
3  opportunities portfolio supporting a
4  significant book of business running north of
5  $3 million for our clients versus the million
6  dollars in capital in China Growth and adding
7  yet another approach to the mix when she was
8  failing to meet her day-to-day responsibilities
9  as it was, would not have been a rationale
10  business decision.
11  Q.  Well, am I right that one of the things you
12      considered doing was simply taking her off the
13      EMO team?
14  A.  Considered when?
15  Q.  In 2016 you considered the possibility that
16      given other potential work for Ms. Chan to do
17      potentially simply taking her off the EMO team,
18      right?
19        MR. PATERNITI:  Objection.
20  A.  So I don't recall considering that in 2016.
21  Q.  (By Mr. Hannon)  What do you recall considering
22      then?
23  A.  I recall considering --
24        MR. PATERNITI:  Objection.

Page 164

1  A.  -- it in 2017.
2  Q.  And when you considered it in 2017, was that
3      just with respect to the Pacific Asia growth
4      fund that Mr. Pender was interested in?
5        MR. PATERNITI:  Objection.
6  A.  No, I believe -- I'm not -- I don't recall that
7      fund being part of that thought process.
8  Q.  (By Mr. Hannon)  What was part of that thought
9      process?
10  A.  Part of that thought was we had hired Ms. Chan
11      to be a team analyst on the emerging markets
12      opportunities team, we -- we subsequently
13      launched China Growth with the hope that in
14      some way facilitating increased integration,
15      dialogue and debate with her investment peers,
16      including her emerging market opportunities
17      peers.
18        We hoped that McLaughlin, a team member
19      of the EMO, was still basically how she was
20      going to be paid and a big part of how she was
21      going to be evaluated, that clearly she showed
22      no interest in that being how she should be
23      evaluated and what she wanted to do; that that
24      was no longer working, and that that was an

Page 165

1  untenable situation from some certain points
2  forward; and that, therefore, what's next, and
3  that decision was mine.
4        And I had resource constraints.  I was
5  managing to a head count target and I'm
6  thinking, Do I effectively spin out Gigi,
7  Ms. Chan, into a team of one, and that how I
8  want to spend part of my budget versus
9  otherwise I could spend my budget on head
10  count.  And I have to be, it's my
11  responsibility, as the head of Global Equity
12  Portfolio Management to be a steward of the
13  firm's capital, to be a steward of the firm's
14  resources, and with that responsibility that
15  means I have to make some tough decisions now
16  and again.
17        Charles, you're actually falling into
18  the trap that investors fall into when they've
19  got the stock too long.  You've got to the
20  point where a decision needs to be made, and
21  that's not an appropriate allocation of the
22  firm's resources, so therefore we're not going
23  to go down that path of having Ms. Chan be a
24  separate team; we're going to part ways.



Page 166

1  Q. Did you think she wouldn't succeed as this --
2     as a spin-out team?
3  A. I was not sufficiently convinced that she would
4     succeed as a spin-out team.
5  Q. But there were opportunities for such a spin
6     out, correct?
7  A. I don't know what you mean by "opportunities."
8  Q. We've talked about the investment approach that
9     Mr. Pender was interested in, right?
10 A. There may have been -- I've seen many, many
11    clients, institutional clients engage in many
12    conversations, some of which last for years and
13    don't come to anything.  So there may have been
14    opportunities, there may not be opportunities,
15    and I today rely on 15 years of judgment with
16    respect to the business case and with respect
17    to the individual, and make a decision.
18 Q. In addition to the vehicle that Mr. Pender was
19    interested in, there was also interest in a
20    potential mandate with mid shank -- Min Shang,
21    M-I-N, S-H-A-N-G; is that right?
22       MR. PATERNITI:  Objection.
23 A. Yes, there was conversations around a potential
24    mandate with Min Shang.

Page 167

1  Q. (By Mr. Hannon)  And that was something Alex
2     Quian had surfaced, correct?
3  A. I believe he surfaced it.  I was certainly on
4     point with it.
5  Q. And Wellington made the decision not to pursue
6     that, correct?
7  A. Correct.
8  Q. And is that the same reason why Wellington
9     decided not to pursue the potential opportunity
10    with Mr. Pender?
11       MR. PATERNITI:  Objection.
12 A. Yes and -- so yes, Mrs. Clan was finding it --
13    that she didn't want to or she was finding it
14    very difficult to balance her responsibilities
15    as an emerging market opportunities team
16    analyst with being a China Growth manager.  Min
17    Shang was -- knowing that Wellington had an
18    approach like that, and adding a second Asia
19    growth or their portfolio management growth
20    where she was a fiduciary to those clients
21    seemed inconsistent or would be inconsistent
22    with the feedback we were providing at the
23    time.
24       And frankly, by this point in time we

Page 168

1     had reached the point as was made very clear in
2     an e-mail from me, if she could fulfill her
3     responsibilities on American market
4     consistencies advertised, then the China Growth
5     portfolio would be closer.  I mean, that was
6     made very clear to me.  So adding a different
7     mandate made no sense.
8        Furthermore, it was clear at that point
9     to me and to Ms. Chan from our conversation and
10    from an e-mail with her that, you know, she had
11    to have a change in how she perceived her role
12    and her engagement with the firm, her attitude,
13    to sum it all up in one word, and I'm not going
14    to engage in a fiduciary relationship with a
15    client telling them this is the portfolio
16    manager, when that portfolio manager might not
17    be here six to 12 months from now.
18       Furthermore the same portfolio manager
19    or the same individual, Ms. Chan was telling me
20    constantly her phone was ringing with offers to
21    go elsewhere very clearly, as a threat to me,
22    saying, Hey, I don't have to be here, I could
23    go anywhere I want.
24       So I actually believed it would have not

Page 169

1     been my fiduciary responsibility to pursue the
2     opportunity with Min Shang or with Ms. Chan.
3  Q. You mentioned balancing responsibilities.  Now
4     one thing that happened in late 2016 is
5     Ms. Chan had a child, right?
6  A. Had a child, you said?
7  Q. Yes.
8  A. Yes.
9  Q. And when you spoke to her on November 2, 2016,
10    she was actually eight months pregnant at that
11    time, right?
12 A. I don't know how many months pregnant she was,
13    but she was pregnant.
14 Q. And you recognized that a very short time
15    thereafter she was going to be going on
16    maternity leave, right?
17 A. I believe she went on maternity leave in mid
18    December.
19 Q. And what was it -- was it your understanding
20    that she wasn't going to work while on
21    maternity leave?
22 A. I certainly feel as if I impressed upon her
23    that there was no requirement for her to work
24    while on maternity leave.  She intimated that



1    she might, to which I reiterated, Well, we're
2    not going to ask you to do that.
3  Q.  So fair to say at least while she was on
4    maternity leave, you had no expectation that
5    she would be contributing to the EMO team; is
6    that fair to say?
7  A.  That is fair to say.
8  Q.  And when she came back from maternity leave,
9    was it your intent then to monitor her
10    performance to see if there had been any
11    improvement based on the discussion you had
12    with her in November?
13  A.  So from the discussion I had with her in
14    December there was -- were a -- in November and
15    early December there were a few weeks left
16    before she went to maternity leave, and then
17    she came back in early April, so clearly -- but
18    again, this term "performance," it's so easy to
19    construe it in our business, because there's so
20    many things that can be measured in
21    performance.
22        Her performance, the single word summed
23    up what needed to be changed in terms of
24    performance was her attitude.  Was she going to

1    bring an attitude of engagement?  Was she going
2    to bring an attitude of how Gigi Chan can help
3    Wellington, help our clients or not?  And
4    that's frankly what we were hoping that we
5    might see as a shift in attitude.
6  Q.  And when she returned from maternity leave, did
7    you see any shift in attitude?
8  A.  No, actually I would say personally, and I'll
9    just use me as an example.  So I sent her an
10    e-mail, I'm sure you know, in late November, or
11    mid to late November, and in that e-mail it
12    very clearly stated saying, you know, I look
13    forward to her acknowledging and responding to
14    this e-mail.  And her response basically to
15    excuse my language was effectively the middle
16    finger.  And in many ways that reflects her
17    attitude when she returned.
18  Q.  How did she give you the middle finger?
19  A.  There was no intent to acknowledge or respond
20    to that e-mail.
21  Q.  How do you know there was no intent to?
22  A.  Because she had a few weeks before she went on
23    maternity leave and she had a few weeks when
24    she came back from maternity leave and there

1    were no actions that responded -- in response
2    to the e-mail.
3  Q.  How do you know that?
4  A.  And I believe -- and I also believe she told --
5    I can't remember whether it was Henry or Greg,
6    that she had no intent to respond to the
7    e-mail.
8  Q.  So did you reach out to Ms. Chan and ask her
9    what was going on?
10  A.  I -- I had a large group, team on the ground, I
11    asked my team what was going on, but I didn't
12    reach out to her.  The ball was in her court.
13  Q.  So in terms of projecting her attitude upon
14    return for maternity leave, what did you to do
15    that?
16  A.  I'm sorry, we lost a couple of words there.
17    Can you ask the question again.
18  Q.  Sure.  And I'm going to change it a little bit
19    to asked a better one.
20        In terms of trying to assess Ms. Chan's
21    attitude upon her return from maternity leave,
22    what do you do?
23  A.  As I said, I had a team on the ground and there
24    was feedback coming from -- the feedback came

1    from the team on the ground.  How exactly it
2    came, I can't remember but --
3  Q.  Okay.
4  A.  -- I think we also very clearly told her, we
5    had said in the middle of the conversation in
6    the middle of the year, we put that time frame
7    out there.
8  Q.  I'm sorry, put what time frame out there?
9  A.  We just said if things don't turn around, we'll
10    have a very different conversations the middle
11    of the year.
12  Q.  You think it was the middle of the year, not
13    the end of the year?
14  A.  Yes.
15  Q.  Back to my question.  So you indicated that you
16    got information from your people on the ground
17    to try to assess any changes to Ms. Chan's
18    attitude upon her return from maternity leave.
19    What information did you get in that regard?
20  A.  I got -- so the information I got or the most
21    important information I got was from
22    Mr. Matiko, Greg Matiko saying that there had
23    not been sufficient enough change in engaging
24    with the emerging market opportunities team.



Page 174

1  Q. Did he quantify for you at all in terms of what
2     her engagement was on the EMO?
3  A. No, but this -- I mean, you're talking about
4     two professionals in a small office who work
5     pretty much side by side. I don't think there
6     was any need to quantify his judgment. It's
7     not a quantifiable characteristic in my
8     opinion.
9        MR. HANNON: Okay. Now is a fine.
10       (Recess taken)
11  Q. (By Mr. Hannon) Mr. Argyle, am I right that at
12     some point Ms. Chan was making preparations to
13     have meetings with clients regarding potential
14     investment in the China Growth fund?
15       MR. PATERNITI: Objection. Go ahead.
16  A. I believe she was preparing for that, yes.
17  Q. (By Mr. Hannon) And was that something that
18     you supported at the time?
19  A. Not anything I was going to get in the way of.
20     I mean, it was -- it was early given her
21     investment approach, but if that transpired,
22     great.
23  Q. Why do you say "great"?
24  A. Well, because that was -- so I can't remember

Page 175

1     the exact timing, but obviously there was that
2     conversation in the end of 2015 when -- and
3     then I put, you know, part of my reputation on
4     the line by backing her fund and at some point
5     in that spring or summer for the client to be
6     interested in China Growth or potentially
7     interested, was certainly attractive, it wasn't
8     a case of why I was supportive of the fund, but
9     it certainly wasn't a negative.
10  Q. And those meetings were ultimately canceled; is
11     that right?
12  A. I don't know if that's accurate because I don't
13     know if the meetings ever existed.
14  Q. Okay. But do you recall Ms. Chan complaining
15     to you in June of 2016 about the cancellation
16     of her anticipated marketing meetings?
17  A. I don't recall her complaining to me in the --
18     I think you said June of 2016, but I am aware
19     that she complained whether it was to me or to
20     Mr. Baxter, I can't recall.
21  Q. Do you know if you and Mr. Matiko ever
22     discussed Ms. Chan's complaints concerning that
23     topic?
24  A. I don't know.

Page 176

1  Q. Now, what was GRG or what is GRG?
2  A. So GRG, I think earlier on you asked me what is
3     the function, so GRG is another function within
4     Wellington and importantly that's our
5     client-facing function. So I would say the two
6     core roles in GRG, there are many others, but
7     the two core roles would be relationship
8     managers who are working with our existing
9     client, making sure they are content and hoping
10     to grow that business potential currently and
11     then business developers who are out there
12     seeking new business with new clients.
13  Q. And did you ever have any communications with
14     GRG concerning Ms. Chan's China Growth fund?
15  A. I'm sure I did. I don't remember them or -- we
16     would regularly talk about new investment
17     approaches, what investment approaches -- I
18     said, What's coming, what's going, so the
19     changes on the investment platform essentially
20     with respect to investment approaches that GRG
21     might talk to our clients about. What I did
22     never do is direct GRG what to talk to our
23     clients about.
24  Q. And you were aware that Ms. Chan had been

Page 177

1     involved in some sort of dry-run presentations
2     with GRG; is that right?
3  A. Yes.
4  Q. Had you actually been present for one or more
5     of those?
6  A. I think I was present for one of them. I
7     mentioned that when she was here -- not here.
8     For Investor Palooza Saturday and I believe I
9     was present in one of those presentations.
10  Q. And do you recall anything about that
11     presentation?
12  A. I don't recall much about that presentation,
13     anything really.
14  Q. Did you have a sense of it went well, it went
15     poorly?
16  A. I don't recall whether it was -- I just don't
17     recall.
18  Q. We spoke earlier about your November 2, 2016,
19     meeting with Ms. Chan. What did you do to
20     prepare for that meeting?
21  A. November 2 -- oh -- that meeting was just after
22     our annual feedback process so I looked at --
23     probably, I don't recall specifically, but the
24     feedback, the self-review, feedback from

MAGNA ▶
LEGAL SERVICES

1    Mr. Matiko about how it was going because there
2    were concerns there, and would have spoken to
3    Mr. Baxter and all -- some of that -- none of
4    that is really from memory, most of that is
5    just, you know, that's what I would have done.
6  Q. Okay.  How much -- how about any folks in human
7    resources, did you coordinate with anyone in
8    human resources in advance of your November 2,
9    2016, meeting with Ms. Chan?
10 A. I believe I did.
11 Q. Why?
12 A. Because I would -- sorry.  I would -- so
13    firstly, our human resources department had
14    relationship managers dedicated to the
15    function.  So there was a relationship manager,
16    Christine Sacada (phonetic) who was dedicated
17    to Investment Boutiques.  She may have worked
18    with one of the other investment groups as
19    well, who I had worked with for well over ten
20    years and was in all my leadership meetings
21    with.  So there was an element of just talking
22    to her about a lot of different things and then
23    whenever -- whenever we were going to have a
24    particularly tough conversation with an analyst

1    or portfolio manager, that certainly had words
2    to the effect of if we don't see things
3    improving by the middle of next year, we'll be
4    having a specific conversation, we would try to
5    make sure that human resources are in the loop
6    on these.
7  Q. When you were preparing for your November 2,
8    2016, meeting with Ms. Chan, was it your belief
9    that this might be a step prior to termination?
10 A. It was my great hope that I could get through
11    to Ms. Chan that we want to be -- and I truly
12    wanted her to be successful at Wellington and
13    these are the steps she needed to take to be
14    successful at Wellington.  So it was my great
15    hope that this was not leading to termination,
16    that this would actually lead to hopefully
17    years of success that would help me look good,
18    too, because it would reflect my backing on
19    her.  But it was my -- I was aware that we were
20    reaching to a fork in the road, so to speak.
21    We were going go one way or the other.
22 Q. I'm showing you 10/25/16 e-mail in the chat.
23    This will be Exhibit No. 5 and for the record,
24    this is -- first page is Bates stamp, DEF

1    0001971.  Take your time, Mr. Argyle, let me
2    know when you're done and I'll ask you a few
3    questions.
4  A. Okay.
5  Q. Do you recognize this e-mail exchange?
6  A. Actually, I recall some of the earlier e-mails.
7    Just in responding to the question I do recall
8    the e-mails beginning with Tom Baxter in
9    October 19 saying, for what it's worth, I had
10    forgotten about the e-mail from Karen Tang.
11 Q. Okay well, that's the one I want to ask you
12    about, so that's the e-mail at the top of the
13    page, right?
14 A. Yes.
15 Q. Am I right that you asked Ms. Tang to provide
16    you some talking points for your conversation
17    with Ms. Chan?
18 A. She offered to do that.  I don't see anywhere
19    where I initially asked, but she offered to do
20    that and I said it would be great.  She was a
21    relatively new employee in our head of Asia
22    human resources and presumably wanted to
23    encourage her and build a relationship with
24    her.

1  Q. Well, if you look at the second page of the
2    documentation, there's an e-mail from Ms. Tang
3    to you on October 20th, 2016, at 6:40 a.m., do
4    you see that?
5  A. Yes.
6  Q. And in the second sentence she writes, "I
7    haven't forgotten about our conversation in
8    Boston and will be drafting some peak points
9    for you when you come out in early November."
10    Do you see that?
11 A. Yes, I do.
12 Q. Do you know what she's referring to there by
13    "our conversation in Boston"?
14 A. I can't recall.
15 Q. Was there a time when Ms. Chiang -- Tang was in
16    Boston prior to October 20, 2016?
17 A. I don't recall, but it would appear so.
18 Q. Okay.  You don't have a sense if that was in
19    connection with Investment Palooza Saturday or
20    after it or --
21 A. No, I have no recollection.
22 Q. Okay.
23 A. If it had been with the Palooza Saturday, it
24    would have been coincidental because Karen Tang



Page 182

1    is in HR which is not part of --
2    Q. Understood.
3        So I'm going to have you scroll up -- or
4    back to the first page and with respect to the
5    speaking points, there's a section there on
6    Performance. Do you see that?
7    A. Yes.
8    Q. And in the second bullet, which is a paragraph
9    that ends with a parenthetical that reads,
10   "Please confirm." "Trying to build a case
11   where the performance issues are systemic and
12   nonattributable to any other life events."
13       Do you see that?
14   A. Yes.
15   Q. What did you understand Ms. Tang to mean when
16   she wrote "Trying to build a case where the
17   performance issues are systemic and not
18   attributable to any other life events"?
19   A. I'm not sure.
20   Q. Did you ever ask her to clarify what she meant?
21   A. I have -- I don't recall.
22   Q. Did you generally follow Ms. Tang's advice?
23   A. I would -- I don't think there was any --
24   generally -- Ms. Tang, if my memory was

Page 183

1    correct, was relatively new to Wellington and I
2    don't think there was any generally or
3    ungenerally about it. I think she was just
4    trying to be helpful.
5    Q. Okay. But my question is, did you follow her
6    suggestions?
7    A. I have no idea.
8    Q. We talked just prior to lunch about the
9    discussion to terminate Ms. Chan's employment
10   and you said that decision was made by you.
11   When did you make that decision?
12   A. When did I make a decision to terminate her
13   employment? Early June 2017.
14   Q. And how did that decision come about?
15   A. Mr. Matiko had reached the conclusion that
16   there had been no change or certainly not a
17   sufficient change in attitude with respect to
18   the engagement from the emerging market
19   opportunity, his team, which left me with a
20   decision to make, as I described earlier, is
21   this -- how am I going to allocate the firm's
22   resources, the department's resources?
23       I reached the conclusion that this would
24   be an inappropriate allocation of the firm's

Page 184

1    resources, that -- and ultimately that
2    conversation took place in Boston, as I said,
3    in early June. That's my recollection.
4    Q. Let's take a look at a document and see if that
5    might help a bit. So I put here in the chat a
6    document titled, 6-23-17. Exhibit 6. The
7    first page is DEF, 00007568?
8    A. Sorry, I'm done.
9    Q. You're done?
10   A. Yes.
11   Q. Okay. If you can look at the first e-mail in
12   the chain, so the last page, the bottom of the
13   page. E-mail from Ms. Sacada (phonetic) to
14   Karen Tang copying you, do you see that?
15   A. Yes.
16   Q. And she references a conversation between you
17   and Ms. Sacada (phonetic) that apparently took
18   place on June 1, 2017, or around that time; do
19   you see that?
20   A. Yes.
21   Q. Do you recall that conversation?
22   A. No, not specifically, no.
23   Q. Anything generally?
24   A. No, Kristin and I would meet every two weeks.

Page 185

1    I didn't describe them as biweekly meetings,
2    but that's how often we met.
3    Q. Scroll up to the next e-mail, so this is
4    Ms. Tang's e-mail to Ms. Sacada (phonetic) on
5    June 1, that begins, "Hi, Kristen, thank you
6    for your e-mail."
7        Do you see that?
8    A. Yes.
9    Q. And in the first large paragraph Ms. Tang
10   purports to describe information she got from
11   Mr. Matiko and Mr. Philip, do you see that?
12   A. Yes.
13   Q. Is that same information you got from
14   Mr. Matiko and Mr. Philip in early 2017 with
15   respect to their recent interactions with
16   Ms. Chan?
17   A. I believe it would be consistent with the
18   feedback. And again, I mentioned earlier that
19   this is why it's consistent with what I
20   mentioned earlier, that she had mentioned that
21   there was no interest whatsoever in responding
22   to the November 2016 e-mail because she didn't
23   agree with it. It was clearly many, many
24   pieces of feedback.

MAGNA ►
LEGAL SERVICES

Page 200

```
 1                          CERTIFICATE
 2
      COMMONWEALTH OF MASSACHUSETTS)
 3    SUFFOLK, SS.                 )
 4
                   I, Susan E. DiFraia, Certified
 5    Shorthand Reporter and Notary Public in and for
      the Commonwealth of Massachusetts, hereby
 6    certify that:
 7                   CHARLES ARGYLE, the person whose
      deposition is hereinbefore set forth, was by me
 8    satisfactorily identified by means of a
      Massachusetts driver's license, and was duly
 9    sworn to testify to the truth and nothing but
      the truth by me and that the foregoing
10    transcript is a true and accurate transcription
      of my stenotype notes to the best of my
11    knowledge, skill, and ability.
12                   I further certify that I am not
      related to any of the parties in this matter by
13    blood or marriage and that I am in no way
      interested in the outcome of this matter.
14
                   IN WITNESS WHEREOF, I have hereunto
15    set my hand and affixed my notarial seal this
      10th day of November 2020.
16
17
            Susan DiFraia
18
                          Notary Public
19                        My commission expires
                          11/17/2025
20
21              ***********************
22
      THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES
23    NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY
      MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
24    DIRECTION OF THE CERTIFYING REPORTER.
```



Chan v. Wellington
19-cv-11605-WGY
Charles Argyle Errata Sheet
Page **1** of **3**

| Page | Line | Change From | Change To | Reason |
|------|------|-------------|-----------|--------|
| 15 | 4 | "accept" | "September" | Accuracy |
| 19 | 22 | "functioning" | "functions" | Accuracy |
| 21 | 14 | Insert "equity" after Global | Should read: "Global Equity Portfolio Management" | Accuracy |
| 23 | 10 | "than" | "if" Should read, "more frequent if needed" | Accuracy |
| 23 | 12 | "account" | "current" Should read: "current activities" | Accuracy |
| 28 | 18 | " '6 or '7" | 2006 | Completeness – memory of witness is 2006 |
| 28 | 21 | Insert "Global" | Should read: "Global Equity Portfolio Management" | Accuracy |
| 32 | 6 | Entities | Equities | Accuracy |
| 33 | 11 | "investments" | "investors" | Accuracy |
| 34 | 6 | "before" | "after" | Accuracy |
| 35 | 6 | Add a period after region. | Should read: "…in the region. From a Singapore regulatory perspective,…" | Accuracy |
| 37 | 22 | "Muniey" | Meunier *name needs to be changed throughout transcript* | Accuracy |
| 38 | 21 | "short interview" | "short term view" | Accuracy |
| 38 | 22 | "agent" | "Asian | Accuracy |
| 38 | 23 | "securing" | "securities | Accuracy |
| 38 | 24 | "her" | "our" | Accuracy |
| 45 | 20 | Delete "five to" | "first three years" | Accuracy |
| 48 | 22 | "bail-out" | "build out" | Accuracy |
| 52 | 9 | "partners" | "marketing" Should read: "marketing equities analyst" | Accuracy |
| 52 | 10-11 | "partners" | Should read: "emerging marketing equity approach" | Accuracy |
| 57 | 23 | "Trakna" | "Traquina" | Accuracy |
| 61 | 13 | "success" | "succession" | Accuracy |
| 61 | 13 | "site" | "side" | Accuracy |
| 61 | 16 | "success" | "succession" | Accuracy |
| 61 | 20 | "exceed" | "succeed" | Accuracy |
| A | 21 | "exceed" | "succeed" | Accuracy |

Chan v. Wellington
19-cv-11605-WGY
Charles Argyle Errata Sheet
Page **2** of **3**

| 62 | 11 | "show" | *"So…so…"* | Accuracy |
|---|---|---|---|---|
| 63 | 16 | "all located" | "allocated" | Accuracy |
| 75 | 22 | "permanently" | "personally" | Accuracy |
| 76 | 5 | "I'll ask you a question"<br><br>"limited: | "I'll answer your question | Completeness |
| 76 | 9 | "and" GEPM | "in" GEPM | Accuracy |
| 77 | 11 | "fill" | "philosophy" | Accuracy |
| 80 | 2 | "the" | "her" | Accuracy |
| 90 | 12 | "GEPM" | "GRG" | Accuracy |
| 96 | 22 | | *delete "not"<br>Should read: "But it was certainly an idea out of Asia." | Accuracy |
| 111 | 12 | | Add "Boselli"<br>Should read: "John Boselli" | Accuracy |
| 121 | 24 | "subject" | "subjective"<br>Should read: "That's a subjective field" | Accuracy |
| 122 | 11-16 | "anyone" | Any one<br>[*meaning a specific idea*] | Accuracy |
| 143 | 13 | "heads" | "he's" | Accuracy |
| 144 | 1 | "successor" | "success" | Accuracy |
| 152 | 2 | | Delete "kind of"<br>Should read: "senior manager of managers" | Accuracy |
| 153 | 3 | "pass" | "parse" | Accuracy |
| 153 | 11 | | Delete "I"<br>Should read: "…but was in Hong Kong frequently" | Accuracy |
| 156 | 1 | "limited" | "limitless" | Accuracy |
| 157 | 22 | "inappropriate" | "appropriate" | Accuracy |
| 157 | 22 | "one" | "her" | Accuracy |
| 158 | 9 | "packing" | "managing" | Accuracy |
| 159 | 16 | "security" | "strategy" | Accuracy |
| 159 | 17 | "construct portfolio security" | "conduct portfolio strategy" | Accuracy |
| 163 | 5 | "million" | "billion" | Accuracy |
| 164 | 18 and 21 | "McLaughlin" | "We had made clear"<br><br>Full sentence should read: "We hoped that we had made clear, as a team member of the EMO, was still basically how she was going to be | Accuracy |

| | | | | |
|---|---|---|---|---|
| | | | paid and a big part of how she was going to be evaluated." Next sentence: "That clearly she showed…" | |
| 165 | 9 | "otherwise" | "other ways" | Accuracy |
| 167 | 3 | "I" | "He" Should read: "He was certainly on point…" | Accuracy |
| 167 | 19 | "growth" | "approach" | Accuracy |
| 168 | 2 | | Add "not" Should read: "if she could *not* fulfill" | Accuracy |
| 168 | 3 | "American market" | "emerging markets" | Accuracy |
| 168 | 4 | "consistencies advertised" | "opportunities" Should read: "emerging marketing opportunities, then the China Growth" | Accuracy |
| 168 | 5 | "Closer" | "Closed" Should read: "portfolio would be closed." | Accuracy |
| 170 | 19 | "construe" | "misconstrue" | Accuracy |
| 178 | 16 | "Scada" | "Scordato" | Accuracy |
| 184 | 13 | "Scada" | "Scordato" | Accuracy |
| 184 | 24 | "Kristin" | "Christine" | Accuracy |
| 192 | 1 | "Held" | "Helfer" | Accuracy |
| 193 | 9 | "and" | "as" | Accuracy |
| 195 | 22 | "we're still" | "Global Equity Portfolio Management" | Accuracy |
| | | | | |
| | | | | |
| | | | | |

- *Note: change the spelling of "Brandon" to "Brendan" throughout*