# EXHIBIT K

ORIGINAL

Page 1

```
                      Volume:    I
                      Pages:  1 to 154
                      Exhibits:  See Index
           UNITED STATES DISTRICT COURT
         For the District of Massachusetts
         Civil Action No. 1:19-CV-11605-WGY
```

                                                    )
GIGI KAI ZI CHAN,                                   )
       Plaintiff,                                )
                                                    )
   vs.                                              )
                                                    )
WELLINGTON MANAGEMENT COMPANY LLP and)
CHARLES ARGYLE,                                     )
       Defendants.                               )
                                                    )

      ZOOM VIDEO DEPOSITION OF MAXENCE VINOT, a witness called on behalf of the Defendants, taken pursuant to the Federal Rules of Civil Procedure, before Susan E. DiFraia, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, via Zoom Video, on November 12, 2020, commencing at 7:10 a.m.



```
Page 116
 1         so I've seen this before and I've seen worse than
 2         that, so I'm not -- you know, I'm -- so now -- I
 3         mean, I don't know what you qualify as offensive
 4         or -- but it's clearly not a bar where, you know, a
 5         group of women would go just to have a drink.  It's
 6         a bar for -- for men.
 7   Q.    Okay.  Did anything occur while you were there that
 8         you thought was improper or offensive?
 9   A.    I don't recall.
10   Q.    Other than that occasion, did you have occasion to
11         socialize with anyone at the firm, and that's
12         Wellington Management Hong Kong or its affiliates?
13   A.    I don't recall.
14   Q.    Did your wife associate with work friends when she
15         was working at Wellington Management Hong Kong,
16         outside of work?
17              MR. HANNON:  Objection.  Do not disclose any
18         conversations you've had with your wife.  So
19         if you have a response to that question
20         based upon something else other than what
21         your wife told you in confidence, you may
22         answer it.
23   A.    Correct me if I'm not talking properly, I'm talking,
24         Patrick Hannon, there are -- she was attending
```



```
 1                        CERTIFICATE
 2
         COMMONWEALTH OF MASSACHUSETTS)
 3       SUFFOLK, SS.                 )
 4
                 I, Susan E. DiFraia, Certified Shorthand
 5       Reporter and Notary Public in and for the
         Commonwealth of Massachusetts, hereby certify that:
 6
                 MAXENCE VINOT, the person whose
 7       deposition is hereinbefore set forth, was by me
         satisfactorily identified by means of a
 8       Massachusetts driver's license, and was duly sworn
         to testified to the truth and nothing but the truth
 9       by me and that the foregoing transcript is a true
         and accurate transcription of my stenotype notes to
10       the best of my knowledge, skill, and ability.
11               I further certify that I am not related
         to any of the parties in this matter by blood or
12       marriage and that I am in no way interested in the
         outcome of this matter.
13
                 IN WITNESS WHEREOF, I have hereunto set
14       my hand and affixed my notarial seal this 16th day
         of December 2020.
15
16
              _Susan DiFraia_____
17
                                    Notary Public
18                                  My commission expires
                                    December 2025
19
20
                     *********************
21
22       THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT
         APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS
23       UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE
         CERTIFYING REPORTER.
24
```

