**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,<br><br>　　　　　Defendants. | Civil Action No. 19-cv-11605-WGY |

**DEFENDANTS' MOTION FOR LEAVE TO**
**AMEND THEIR ANSWER TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), Defendants Wellington Management Company LLP and Charles Argyle ("Defendants") hereby move to amend their Answer to Plaintiff's Complaint ("Answer"). Specifically, Defendants seek leave to amend their Answer for the limited purpose of adding the following two Affirmative Defenses: (1) workers compensation exclusivity pursuant to the Massachusetts Workers' Compensation Act, G. L. c. 152, § 1(7A); and (2) the after-acquired evidence doctrine. Plaintiff will not suffer any prejudice as a result of the addition of these two Affirmative Defenses. In further support of this motion, Defendants rely on their contemporaneously-filed memorandum of law.

Respectfully Submitted,

WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,

By their attorneys,

*/s/Stephen T. Paterniti*
Stephen T. Paterniti, BBO# 564860
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts  02116
TELE: (617) 367-0025
FACSIMILE: (617) 367-2155

Beverly Garofalo
Admitted *Pro Hac Vice*
JACKSON LEWIS P.C.
90 State House Square
Hartford, Connecticut 06109
TELE:  (860) 331-1535
FACSIMILE:  (860) 247-1330

Dated:  March 2, 2021

**LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE**

I hereby certify that Defendants' counsel attempted to confer in good faith with Plaintiff's counsel on the issues set forth in the foregoing motion prior to bringing this motion and Plaintiff's counsel did not assent to relief requested.

I further certify that on this 2nd day of March 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen T. Paterniti*
Jackson Lewis P.C.

4842-0519-2158, v. 1