# EXHIBIT 2

**Wellington Global Management Ltd**
32F, One Exchange Square
Central
Hong Kong

*An Equal Opportunity Employer* It is the policy of Wellington Global Management Ltd to provide equal employment opportunity to all qualified persons without regard to race, age, color, sex, sexual orientation, religion, national origin, ancestry, handicap, veteran or marital status.

APPLICATION FOR EMPLOYMENT *(Please Print All Sections)*

Position(s) Applied For: **EQUITY RESEARCH ANALYST**  Date of Application: **JAN 13**

Type of Position Applied For: ☑ Full Time ☐ Part Time ☐ Internship ☐ Temporary

PERSONAL INFORMATION

Name: **MS**        **CHAN**        **GIGI**        **KAI ZI**
       *Title (Mr., Mrs., Ms.)*   *Surname*     *First Name*    *Middle*

I.D. Card Number: **K856328 (4)**

Address: **A3, 10/F, GREAT GEORGE BLDG, 27 PATERSON ST,**  ( **1** ) **917 420 3137**
         **CAUSEWAY BAY, HK**  *Telephone*

E-mail address: **gkzchan@gmail.com**

All previous surnames: **—**                              Date of Birth: **REDACTED**

FORMER ADDRESSES:

If you have lived at the above address for less than six years, please list all previous addresses during that period.

( **01/12** ) to ( **10/13** ): **146 EMERALD HILL #02-10, SINGAPORE 229430**
( **09/06** ) to ( **12/11** ): **58A AMWELL STREET, LONDON EC1R 1XS, UK**
(___/___) to (___/___): _____
(___/___) to (___/___): _____
(___/___) to (___/___): _____
(___/___) to (___/___): _____

What is your citizenship? **UK & HK SAR**

Are there any restrictions or limitations on your right to employment in Hong Kong? If yes, please explain. ☐ Yes ☑ No
*(We may require a copy of your passport or other document evidencing your permission to work in Hong Kong.)*

How did you hear about this position? (advertisement, agency, employee, web site, etc.): **BROKER INTRODUCTION**

Do you see yourself as having a disability which might impact your ability to do the job for which you are applying? If yes, please explain.
☐ Yes ☑ No _____



## EDUCATION

Please list your educational background, starting with your most recent qualification through secondary school.

| Name & Location of School | Dates of Attendance | Exams Taken | Exam Results | Degree Received |
|---|---|---|---|---|
| ST. HILDA'S COLLEGE, OXFORD UNIVERSITY | 96-99 | PPE | 2:1 | BA & MA |
| COLLEGE OF LAW, LONDON | 99-00 | PGDL | COMMENDATION | PGDL |

## LANGUAGE ABILITIES

Are you fluent in any foreign languages that would assist Wellington Management in its efforts to globalize the firm?
If yes, please list the language(s) and check off your level of ability with each:

| Language | Speak | Read | Write | Translate |
|---|---|---|---|---|
| (1) MANDARIN | ✓ | ✓ | ✓ | ✓ |
| (2) CANTONESE | ✓ | ✓ | ✓ | ✓ |
| (3) FRENCH | ✓ | ✓ | ✓ | ☐ |
| (4) | ☐ | ☐ | ☐ | ☐ |

## PROFESSIONAL QUALIFICATIONS

Please list all professional qualifications:

| Description | Date Obtained | Name of Governing Body |
|---|---|---|
| CFA | MAR 04 | CFA INSTITUTE |
| IMC (UK) | DEC 00 | CFA (UK) |
| MAS M5 | SEP 11 | MAS |
| MAS M8 | JAN 12 | MAS |

As per the Securities and Futures Commission (SFC), please address the following points:

1. Were you previously or are you currently registered with the SFC? ✓ Yes ☐ No
   If yes, please provide your registration number: DON'T KNOW

2. Are you subject to a competency determination at your current position? ✓ Yes ☐ No
   If yes, have you been deemed threshold competent? YES

## EMPLOYMENT HISTORY

Please list all employment for the past 10 years including part-time. You may include verifiable volunteer work. *If you were employed through an employment agency, please include the agency contact details.* Please attach additional pages, as necessary.

Present or Last Employer: THREADNEEDLE INVESTMENTS    Telephone: (65) 6309 1088
Nature of Business: ASSET MANAGEMENT    Position Held: FUND MANAGER
Address: 3 KILLINEY ROAD #07-07, SINGAPORE    Supervisor: VANESSA DONEGAN + RAYMUNDO YU
Specific Duties: FUND MANAGER
Reason for Leaving: FIANCÉ RELOCATING    Salary: 620,000 USD TOTAL. INCL BONUS
Employed from: OCT 00 to OCT 13
Is/was employer regulated by a regulatory body? ✓ Yes ☐ No   If yes, please note the name of the regulatory body: FCA, MAS

EMPLOYMENT HISTORY *(continued)*

May we contact your past employers? ❏ Yes ❏ No

Previous Employer: _____   Telephone: (____)_____

Nature of Business: _____   Position Held: _____

Address: _____   Supervisor: _____

Specific Duties: _____

Reason for Leaving: _____   Salary: _____

Employed from: _____ to _____
                *mo/yr*              *mo/yr*
Is/was employer regulated by a regulatory body? ❏ Yes ❏ No   If yes, please note the name of the regulatory body:_____

Previous Employer: _____   Telephone: (____)_____

Nature of Business: _____   Position Held: _____

Address: _____   Supervisor: _____

Specific Duties: _____

Reason for Leaving: _____   Salary: _____

Employed from: _____ to _____
                *mo/yr*              *mo/yr*
Is/was employer regulated by a regulatory body? ❏ Yes ❏ No   If yes, please note the name of the regulatory body:_____

Previous Employer: _____   Telephone: (____)_____

Nature of Business: _____   Position Held: _____

Address: _____   Supervisor: _____

Specific Duties: _____

Reason for Leaving: _____   Salary: _____

Employed from: _____ to _____
                *mo/yr*              *mo/yr*
Is/was employer regulated by a regulatory body? ❏ Yes ❏ No   If yes, please note the name of the regulatory body:_____

Please comment on any periods of time that are unaccounted for or any gaps in employment history.
_____
_____

FITNESS AND PROPRIETY

1.  a. Have you ever been convicted of any offence involving fraud, theft, false accounting or other dishonesty or an offence (whether or not in Hong Kong) relating to companies, building societies, industrial and provident societies, credit unions, friendly societies, insurance, banking or other financial services, insolvency, consumer credit or consumer protection, money laundering, market manipulations or insider dealing?   ❏ Yes  ☑ No
    b. Are you the subject of any current criminal proceedings?   ❏ Yes  ☑ No

2.  Have you any convictions for any offences other than those listed in 1 above which are not spent, whether or not in Hong Kong (excluding traffic offences unless these resulted in a ban from driving or involved driving without insurance)?   ❏ Yes  ☑ No

3.  a. Are you, or have you ever been, the subject of any civil proceedings, arbitration or litigation, including proceedings that may lead to a court judgment or other judgment debts, in Hong Kong or elsewhere?   ❏ Yes  ☑ No
    b. Are you aware of any intention to begin such proceedings against you in the future?   ❏ Yes  ☑ No

CONFIDENTIAL

FITNESS AND PROPRIETY *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 4. | | Do you have any judgment debts made under a court order still outstanding, whether in full or in part? | ☐ Yes | ☑ No |
| 5. | | Have you ever failed to satisfy any such judgment debts within one year of the making of the order? | ☐ Yes | ☑ No |
| 6. | a. | Are you, or have you ever been, the subject of any bankruptcy proceedings, or proceedings for the sequestration of your estate? | ☐ Yes | ☑ No |
| | b. | Have you ever entered into a deed of arrangement or an individual voluntary arrangement or other agreement in favour of your creditors, or are you doing so? | ☐ Yes | ☑ No |
| 7. | | Do you have any outstanding financial obligations arising from regulated activities, which you have conducted in the past, whether in the Hong Kong or overseas? (In the case of advisers, this will include any outstanding liabilities arising from commissions paid for the sale of packaged products that have lapsed.) | ☐ Yes | ☑ No |
| 8. | | Have you ever been found guilty of conducting any unauthorised regulated activities or been investigated for possible conduct of unauthorised regulated activities? | ☐ Yes | ☑ No |
| 9. | | Are you, or have you ever been, the subject of an investigation into allegations of misconduct or malpractice in connection with any business activity? | ☐ Yes | ☑ No |
| 10. | | Have you ever, either in the Hong Kong, or elsewhere – | | |
| | a. | been refused entry to, or been dismissed or requested to resign from, any profession, vocation, office or employment, or from any fiduciary office or position of trust, whether or not remunerated? | ☐ Yes | ☑ No |
| | b. | been refused, restricted in, or had suspended, the right to carry on any trade, business or profession for which specific licence, authorisation, registration, membership or other permission is required? | ☐ Yes | ☑ No |
| | c. | been disqualified by a court from acting as a director of a company or from acting in a management capacity or conducting the affairs of any company, partnership or unincorporated association? | ☐ Yes | ☑ No |
| 11. | | In respect of activities regulated by the SFC or any other regulatory body, have you, or has any company, partnership or unincorporated association of which you are or have been a controller, director, senior manager, partner or company secretary, during your association with that entity and for a period of three years after you ceased to be associated with it, ever – | | |
| | a. | been refused, had revoked, restricted or terminated, any licence, authorisation, registration, notification, membership or other permission granted by any such body? | ☐ Yes | ☑ No |
| | b. | been criticised, censured, disciplined, suspended, expelled, fined, or been the subject of any other disciplinary or intervention action by any such body? | ☐ Yes | ☑ No |
| | c. | resigned whilst under investigation by, or been required to resign from, any such body? | ☐ Yes | ☑ No |
| | d. | decided, after making an application for any licence, authorisation, registration, notification, membership or other permission granted by any such body, not to proceed with it? | ☐ Yes | ☑ No |
| | e. | been the subject of any civil action which has resulted in a finding against you or it by a court? | ☐ Yes | ☑ No |
| 12. | | Has any company, partnership, or unincorporated association of which you are or have been a controller, director, senior manager, partner, or company secretary, in Hong Kong or elsewhere, at any time during your involvement or within one year of such an involvement – | | |
| | a. | been put into liquidation, wound up, ceased trading, had a receiver or administrator appointed or entered into any voluntary arrangement with its creditors? | ☐ Yes | ☑ No |
| | b. | been adjudged by a court liable for any fraud, misfeasance, wrongful trading or other misconduct? | ☐ Yes | ☑ No |
| | c. | been investigated or been involved in an investigation by an inspector appointed under companies or any other legislation, or required to produce documents to the government, or any other authority, under any such legislation? | ☐ Yes | ☑ No |
| | d. | been convicted of any criminal offence, censured, disciplined or publicly criticised, by any inquiry, or any governmental or statutory authority or any other regulatory body (other than as already indicated under 11(b) above)? | ☐ Yes | ☑ No |
| 13. | | Are you aware of any business interests, employment obligations, or any other situations which may conflict with the performance of the controlled functions for which approval is now sought? | ☐ Yes | ☑ No |
| 14. | | Have you ever been convicted of, or dismissed or suspended from employment for drug or alcohol abuses, or other abusive acts? | ☐ Yes | ☑ No |
| 15. | | Have you ever been dismissed, or asked to resign and resigned, from employment or a position of trust, fiduciary appointment or similar? | ☐ Yes | ☑ No |
| 16. | | Have you ever been untruthful in any dealings with any regulatory body, or unwilling to comply with such body's regulatory requirements or with other legal, regulatory and professional obligations and ethical standards? | ☐ Yes | ☑ No |

CONFIDENTIAL

FITNESS AND PROPRIETY *(continued)*

If you have answered yes to any of the above questions, please provide additional details below. *(Please attach additional pages, as necessary.)*

READ CAREFULLY BEFORE SIGNING

[✓] By checking this box, I certify that all statements made by me on this application are true and complete to the best of my knowledge and that I have withheld nothing which, if disclosed, would affect this application unfavorably. I understand that any false statement or misrepresentation of this application may be grounds for the withdrawal of an offer or, if employment has commenced, summary dismissal.

Type Name: GIGI KAI ZI CHAN       Date: 10·4·14

[✓] By checking this box, I authorize my previous employers, schools and other educational institutions attended by me, professional bodies of which I was or am a member and persons named by me as referees to supply to Wellington Global Management Ltd information needed to verify the statements made by me on this application and/or to comply with applicable legal and regulatory requirements in relation to my proposed employment with Wellington Global Management Ltd. I understand and accept that Wellington Global Management Ltd will undertake checks with third parties to verify the statements made by me on this application.

I also understand and accept that, once a decision has been made that on all other grounds I should be offered employment with Wellington Global Management Ltd, Wellington Global Management Ltd may ask third parties for information about me in order

to establish my fitness and propriety and that this may include enquiries of Courts and other public bodies and of credit reference agencies. I consent to the disclosure of personal information about me to third parties so far as may be necessary for the purposes

of such verification and/or vetting and/or to comply with applicable legal and regulatory requirements, including in particular the requirements of the Securities and Futures Commission. I agree that Wellington Global Management Ltd, Wellington Management Company, llp and my previous employers shall not be held liable in any respect if a job offer is not made, is withdrawn, or my employment is terminated because of false statements, omissions or answers made by me on this application.

Type Name: GIGI KAI ZI CHAN       Date: 10·4·14

I hereby acknowledge and consent to the above terms.

Signed: *[signature]*       Date: 10·4·14

WELLINGTON MANAGEMENT

172027_1                                Effective 1/07

CONFIDENTIAL                                CHAN_04279