# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GIGI KAI ZI CHAN,

        Plaintiff

vs.                CA NO. 19-CV-11605-WGY

WELLINGTON MANAGEMENT COMPANY

LLP and CHARLES ARGYLE,

        Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEOTAPED DEPOSITION OF:

GIGI KAI ZI CHAN

(Taken Remotely)

375 Route de Prades

St. Geniez d'Olt, France

October 6, 2020      9:07 a.m.

Darlene M. Coppola

Registered Merit Reporter

Certified Realtime Reporter



Page 106

1            Did he ever instruct you to buy more
2       Chinese banks?
3            A.   Yes.
4            Q.   And did you -- and I think you just
5       testified you didn't do it, correct?
6            A.   Correct.
7            Q.   So isn't that a refusal to follow an
8       instruction of a supervisor?
9            A.   No.
10           Q.   Why not?
11           A.   Because I said I would be willing to
12      do it.
13           Q.   Did you put conditions on that?
14           A.   Yes.
15           Q.   What were your conditions?
16           A.   The condition was that I thought that
17      we should seek regulatory guidance on that.
18           Q.   The -- was there an investigation into
19      these allegations of insubordination by
20      Threadneedle?
21           A.   I believe so, yes.
22           Q.   Do you know who made the allegations
23      against you?
24           A.   I don't recall.



```
                                              Page 107
 1         Q.   You don't know if it was Mark Burgess?
 2         A.   I don't recall.
 3         Q.   Were you interviewed as part of that
 4    investigation?
 5         A.   I believe so, yes.
 6         Q.   Do you know what that -- what, if any,
 7    conclusions were reached in that
 8    investigation?
 9         A.   No, I don't recall.
10         Q.   You separated from Threadneedle
11    approximately -- exactly one month after the
12    suspension letter, correct?
13         A.   Correct.
14         Q.   At what point did you retain a lawyer
15    relating to the suspension and termination of
16    your employment by Threadneedle?
17         A.   I don't recall precisely.
18         Q.   Was it as soon as you found out you
19    were suspended?
20         A.   It would have been near that time,
21    yes.
22         Q.   Why would you need a lawyer?
23         A.   To protect my rights.
24         Q.   What rights did you have at that
```



```
                                                          Page 274
    1                          CERTIFICATION
    2          I, DARLENE M. COPPOLA, a Notary Public, do hereby
    3     certify that GIGI KAI ZI CHAN, appeared remotely on
    4     the 6th day of October, 2020, and was by me duly sworn
    5     to testify to the truth and nothing but the truth as
    6     to her knowledge touching and concerning the matters
    7     in controversy in this cause; that she was thereupon
    8     examined upon her oath and said examination reduced to
    9     writing by me; and that the statement is a true record
   10     of the testimony given by the witness, to the best of
   11     my knowledge and ability.
   12              I further certify that I am not a relative or
   13     employee of counsel/attorney for any of the parties,
   14     nor a relative or employee of such parties, nor am I
   15     financially interested in the outcome of the action.
   16              WITNESS MY HAND THIS 13th day of October, 2020.
   17
   18
   19
   20
   21     DARLENE M. COPPOLA              My commission expires:
   22     NOTARY PUBLIC                   November 11, 2022
   23     REGISTERED MERIT REPORTER
   24     CERTIFIED REALTIME REPORTER
```

