# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE<br><br>Defendants. | C.A. NO.: 1:19-cv-11605 |

## AFFIDAVIT OF PATRICK J. HANNON, ESQ.

I, Patrick J. Hannon, hereby depose and state as follows:

1. I am counsel for the plaintiff in the above-referenced action.

2. The plaintiff was deposed over the course of two consecutive days, on October 6 and October 7, 2020.

3. At the time of the plaintiff's deposition, I had not conducted any depositions on behalf of the plaintiff.

4. Subsequent to the conclusion of the plaintiff's deposition on October 7, 2020, I deposed six individuals who were current or former Wellington employees (or employees of Wellington affiliates). This included Henry Philip (10/14/20), Thomas Baxter (10/16/20), Gregory Mattiko (10/21/20 and 10/22/20), Charles Argyle (10/28/20), Ray Helfer (11/9/20), and Brendan Swords (11/25/20).

5. At the time of these depositions, Defendants had not disclosed their intent to assert an affirmative defense based on "after acquired evidence" and therefore, the factual basis for that defense was not covered in any of the depositions.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2021

        */s/ Patrick J. Hannon*
        Patrick J. Hannon