IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE<br><br>Defendants. | C.A. NO.: 1:19-cv-11605 |

**UNOPPOSED MOTION TO FURTHER EXTEND
TIME TO RESPOND TO MOTION TO SUMMARY JUDGMENT**

Plaintiff, Gigi Kai Zi Chan, hereby moves for an additional 2-day extension of time, until March 31, 2021, to respond to the motion for summary judgment filed by the defendants, Wellington Management Company, LLP and Charles Argyle, on February 22, 2021.

As grounds for this motion, Plaintiff states that additional time is needed due to an unexpected family issue impacting Plaintiff's counsel. No further request for extension will be made. Defendant's counsel has assented to this request.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge the time for her to file a response to the motion for summary judgment until March 31, 2021.

Dated: March 25, 2021

                                        GIGI KAI ZI CHAN

                                        By her attorneys,

*/s/ Patrick J. Hannon*
Patrick J. Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA 02210
phannon@hmrhlaw.com
(617) 723-8000
Attorneys For Plaintiff

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that Plaintiff's counsel has conferred in good faith with Defendants' counsel on the issues set forth in the foregoing motion prior to bringing this motion.

/s/ *Patrick J. Hannon*
Patrick J. Hannon

## CERTIFICATE OF SERVICE

I, Patrick J. Hannon, certify that on this 11th day of March 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendants by electronically serving their counsel of record.

/s/ *Patrick J. Hannon*
Patrick J. Hannon