UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GIGI KAI ZI CHAN,

        Plaintiff,

           v.

WELLINGTON MANAGEMENT
COMPANY LLP and CHARLES ARGYLE

        Defendants.

C.A. NO.:  1:19-cv-11605

## **DECLARATION OF PATRICK J. HANNON, ESQ.**

I, Patrick J. Hannon, hereby depose and state under penalty of perjury:

1. I am over the age of 18 and am counsel for the Plaintiff in this matter.

2. Attached hereto at Tab A through Tab 9 and Tab 11 through Tab 48 are true and accurate copies of documents produced in discovery by the Defendants in this matter

3. Attached hereto as Tab 10 is a true and accurate copy of a document produced in discovery by the Plaintiff in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of April, 2021.

                    */s/ Patrick J. Hannon*
                    Patrick J. Hannon

# **TAB 1**

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

# TAB 2

| | |
|---|---|
| **From:** | Duckworth, Cheryl M. [cmduckworth@wellington.com] |
| **Sent:** | Thursday, January 23, 2014 12:50:27 AM |
| **To:** | Baxter, Thomas W.; Argyle, Charles; Murphy, Erin K. |
| **Subject:** | RE: Update with N[Redacted] |

Perfect.  Didn't realize that.

**From:** Baxter, Thomas W.
**Sent:** Thursday, January 23, 2014 1:11 PM
**To:** Duckworth, Cheryl M.; Argyle, Charles; Murphy, Erin K.
**Subject:** RE: Update with N[Redacted]

Thanks for sharing Cheryl.  I think we're all on the same page with regards to Bo; we actually changed her title recently from analyst to PM.

**From:** Duckworth, Cheryl M.
**Sent:** Thursday, January 23, 2014 9:58 AM
**To:** Argyle, Charles; Murphy, Erin K.; Baxter, Thomas W.
**Subject:** FW: Update with N[Redacted]

Thought you would be interested in the comments below.  I took out some of them which were just relevant to GIAs here.

**From:** Cheryl M. Duckworth [Redacted]
**Sent:** Thursday, January 23, 2014 9:50 AM
**To:** Duckworth, Cheryl M.
**Subject:** Update with N[Redacted]

He mentioned keeping Bo engaged.  Felt we should make her the China PM - even though she might be average as a PM, she is so important to the office, to Vera's team and to our China efforts.  Giving her a new title is a cheaper way to keep her.  He is afraid she will leave.

On MM, he things Thursday will become more of the anchor and is an advocate for moving his team to that day.  ideally you could make that meeting 7:30 but i said that is probably a non-started.  we discussed keeping MOnday at 7:30 so people had that as an option.  the only concern was younger people hearing multiple views from multiple people if everyone is on different days.  However, they can always listen to the replay.

Wants to role off the Corporate Governance Committee.  Wants to ideally be on ERG1 or ERG2

Sent from Evernote

DEF 00028189

# **TAB 3**

**From:**     Hardy, Rebecca [RHardy@wellington.com]
**Sent:**     Thursday, April 03, 2014 3:08:34 AM
**To:**       Baxter, Thomas W.; Argyle, Charles
**Subject:**  RE: Headcount

I will just create a new one.

-----Original Message-----
**From:** Baxter, Thomas W.
**Sent:** Thursday, April 03, 2014 02:02 AM Eastern Standard Time
**To:** Argyle, Charles; Hardy, Rebecca
**Subject:** RE: Headcount

Thinking ahead for Gigi . . . if we end up making an offer we'll need a req #.  We could just use the existing HK-based PM req for her – it's easy in the sense that it already exists in the system and we will need a quick turn-around.  But HR is actively searching for that role so we'd need to backfill the req in the system in short order.  Rebecca, any thoughts on what will work?  Thanks.

---

**From:** Argyle, Charles
**Sent:** Tuesday, April 01, 2014 2:05 AM
**To:** Murphy, Erin K.; Pettirossi, Maureen H.; Baxter, Thomas W.; Burgess, Terrence M.; Scordato, Christine A.; Hardy, Rebecca
**Subject:** Headcount

Current Maximum Headcount for GEPM Investment Professionals (excluding management team) is 126

- We are at 120 today with 5 known departures by 6/30, which will make it 115

- We have 3 known additions (B[Redacted], S[Redacted], B[Redacted]), bringing us to 118

So 8 open positions left!

- 2 of these are replacement positions on the Value Team (for J[Redacted]) and Diversified Growth (for S[Redacted])

- 2 are opportunistic PM positions (in HK and London)

4 left: here's a potential list:

- EME team: do we need to replace M[Redacted]?

- EME team: for M[Redacted] coverage if he is to focus full time on PM responsibilities

- Quality Value: Global Resource

- Growth Opps: Back-up PM for A[Redacted] on small cap

- Japan team: one more resource in Tokyo – could be junior (perhaps S[Redacted] via LAUNCH in 2015)

- Global Quality Growth: team analyst for B<sup>Redacted</sup>

- Opportunistic PM hire in Boston: still feels like we have a gap in "Eclectic Core", especially in post SJP world

- Commodities: help for D<sub>i</sub><sup>Redacted</sup> C<sup>Redacted</sup>

- Back-up PM for J<sup>Redacts</sup> O<sup>Redact</sup>

- H<sup>Redacted</sup> has begun to ruminate on the need for a dedicated resource

Also worth considering:

- Turnover likely on Small Cap Opps/Global Perspectives – we should expect at least one opening here though it will be a replacement

- Do we have any impending LAUNCH rotations that we are likely to convert into full time positions? I have no idea.

- What have I missed?  What's the latest thinking on an RA for H<sub>c</sub><sup>Redacted</sup> for example?

The four opportunistic candidates discussed this morning:

- Gigi Chan.  Not enough time to consider for permanent role, so rotational is most likely. But where?

- A<sub>c</sub><sup>Redacted</sup> P<sub>i</sub><sup>Redact</sup>. Only a candidate for B<sub>c</sub><sup>Redacted</sup> at this stage.

- Ni<sup>Redacted</sup> S<sup>Redacted</sup>. I don't think this will work out with Value team. Do we have other options?  If not with KLA, Quality Value perhaps?

- L<sup>Redacted</sup> T<sub>c</sub><sup>Redacted</sup>. Commodities is the only option.

Let's assume we hire all 4, filling gaps (even if on a rotational basis) on Quality Value, E<sup>Redacted</sup>i and Commodities and a role we simply create.  This would mean that we have no headcount for the EME team (RA or Team Analyst), Growth Opps, J<sup>Redacted</sup>h or Opportunistic hiring in Boston?  I could always go back to the Comp Committee in these cases but would likely meet with mixed success depending for which one.

Thoughts, observations please.

DEF 00028704

# TAB 4

| | |
|---|---|
| **From:** | Philip, Henry [HPhilip@wellington.com] |
| **Sent:** | Wednesday, April 02, 2014 5:50:26 PM |
| **To:** | DJHoffer@wellington.com; KDuckworth@wellington.com; PMugno@wellington.com; #Comp Team |
| **Subject:** | Offer Gigi Chan |
| **Attachments:** | Offer Template - CHAN, Gigi.xls; OLE_XLS_Icon.png; CHAN, Gigi - Resume.pdf; OLE_PDF_Icon.png |

Hi Katherine,

As per my note, here is what I have. The candidate is based in Singapore, but has only been there for the past year. Prior to that was in the UK. I am waiting for the historical data on her bonus' in the UK. The role will be in Hong Kong, initially a GEPM Team Analyst, with a view to morphing into a Portfolio Manager in due course, so we will need to relocate too. Let me know what else you need.

H

<<Offer Template - CHAN, Gigi.xls>> <<CHAN, Gigi - Resume.pdf>>

**Henry Philip**

**Wellington International Management Company Pte Ltd**
**8 Marina Boulevard, #03-01**
**Tower 1, Marina Bay Financial Centre**
**Singapore 018981**

**T: +65 6428 0106**
**E: hphilip@wellington.com**

Confidential

# **TAB 5**

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

# TAB 6

| From: | Argyle, Charles [cargyle@wellington.com] |
|---|---|
| Sent: | Thursday, October 01, 2015 7:43:26 AM |
| To: | Burgess, Terrence M. |
| CC: | Murphy, Erin K.; Baxter, Thomas W. |
| Subject: | RE: Caught up with Jun last night for dinner in Tokyo |

Hopefully tomorrow I will have a few more detailed comments out from my Asia trip but here are the investor bullets from my notes already sent to the MPs.  Gigi gets airtime below, but one thing not mentioned is that a consistent theme with respect to her assimilation into HK (and the region) has been her relentless travel: "she is never here" was the most consistent response to her name coming up in conversation.  Though never stated as directly, Bo is clearly threatened by her in some way, shape or form, which is bewildering to me.  Let's get China Growth off the ground asap.

- In particular,  there continues to be a high degree of confidence (which I share) that the majority of investors earlier in their career have a lot of long term potential (Chen, Jhun, Kwak, Wong, Balakrishnan, Peng, Soda). This is a meaningful difference to the "early years" in Asia when investors at this level provided leverage but had less upside.  What is particularly exciting, is the collaboration that is occurring at this level – and not just with one another in Asia but across the globe (most mentions: Wong, Trabocchi, Murali, Tyler Brown). The strength of these relationships being developed will pay dividends for years ahead.
- Singapore  clearly benefits from the presence of 3 robust teams (Asia ex Japan; AA and GIAs) whereas HK continues to be more individual contributors.  The illusive holy grail still remains a global, EAFE or even EM PM in Hong Kong.
- The Global Contrarian team members are more integrated with both their peers in Asia, and their own team members in Boston/London than ever before.  In conversations with Ben Chen and Jon Jhun I heard them bring up Greg, Tim and Tom more times than Paul Kim did in 5 years!  Importantly, this pertains to Jun too: a number of investors mentioned how much more open he has appeared:  "It is obvious he is trying to make an effort"
- But we cannot take assimilation for granted. Gigi Chan mentioned that "I feel as if I'm at a party where I'm not welcome" and  "there is no recognition at Wellington for what has been achieved before".  (I found myself wondering if there are lessons to be learned from Fixed Income or AA as I have heard this before in GEPM though never so directly).  Gigi is very concerned about the value of her previous China track record going stale and it was clear to me that if we don't launch an approach in the next 6-12 months we will lose her ("the phone rings all the time in HK").  In response to my direct question, she said she is not bothered about AUM, just about managing "real money".  The good news is that all is going well on EMO and she sees her own approach in addition to her responsibilities there.  One of her colleagues in HK proactively described her as "her thought process is very refreshing; independent; non-conformist; "outside the box"; not rattled by recent volatility".
- I will likely be seeking appropriate approval for China Contrarian (Oh) and China Growth (Chan) in the next few months.  An intriguing possibility might be a multi-sleeve "China Cap App" over time.  When I told Bo about the likely other strategies, I got the sense it wasn't the best news of the day for her – she asked if the timeline could be pushed out a bit.  I emphasized that this was no reflection in my confidence in her, but as we proceed further she will likely need to hear from others too – a touch of paranoia combined with a dash of territorialism.
- A big topic discussed by the HK/Singapore Board was the possibility of building a team of A-share RAs in Beijing.  I was/am more circumspect than most (on location rather than team) but respect their vision and willingness to think out of the box.  An interesting topic for CC one of these days.
- I didn't see all the GIAs but there are clearly some concerns in pockets on this front.  I did spend time with both Syn and Cherian, who are covering out-of-favor sectors in an out-of-favor region, and are finding it "hard to feel relevant ". There was recognition that this is a relationship driven business but "I can only tell PMs so many times to stay away" and "it is difficult to hold hands through difficult times when I am not physically present".  One interesting comment was "we need to be careful about the temptation to push stocks just to be relevant".
- Every time I am in Asia, it strikes me how sparse our macro coverage is of the region (India, ASEAN, Australia. Korea, Japan)

DEF 00010548

**From:** Burgess, Terrence M.
**Sent:** Thursday, October 01, 2015 7:32 AM
**To:** Argyle, Charles
**Cc:** Murphy, Erin K.; Baxter, Thomas W.
**Subject:** RE: Caught up with Jun last night for dinner in Tokyo

Regarding China Growth and Chan, I had a short catch-up with Greg Mattiko today. Erin is already on top of this so it will be redundant for her, and possibly all of you. But he is very concerned about Gigi and is asking for our help, collectively, in getting Gigi and her integration with HK to a better place. Apparently the following things have her feeling very unwelcome there:

1) Not a lot of engagement with Bo. Bo asked me when I was in HK how she could be a better "partner," and I said she needs to be a better leader in the office. Jun is not going to step into that role. And as the two woman investors in the office she should pay particular attention to Gigi. She said that travel has inhibited that (on both sides – they both travel a lot) but it seems like there could be more there. Bo has a territorial streak. Seems like a message from any of you to follow up with Bo would be great – Tom as leading the HK effort, Erin as closest to the team, Charles as our fearless leader. Someone needs to get her more engaged w/ Gigi in a positive way.

2) She apparently had a philosophy and process session that went terribly. The panel was very abrasive and did not allow her to contextualize what she does. ALWAYS two sides to every story. Gigi talks a LOT and maybe they were just asking her to give them more air time and let them help her. But Jun was very direct (not surprising) and told her she was not good at all in terms of presentation skills (maybe better off-line vs. this forum?). Apparently Cheryl Duckworth was the one that told her to "stop talking…this is a one way conversation." I highly doubt that was the exact phrase and again think it might have been more of an effort to force Gigi to listen more.

3) No one is giving her credit for her experience as a PM. Not quite sure what is meant by this, other than Gigi feels like she has to keep proving herself and people are skeptical of her skill. I told Gregg I was completely fine with that piece of the story. Everyone has to build/engender confidence and trust. Just because he had a book of business before he had to go through the same process of gaining visibility and confidence --- can't rest on the past, particularly when it happened at another firm. Same with Enderlein, or Philip Fan, etc….needs to be more resilience here on the part of Gigi and more willingness to prove herself from the ground up. Just my view. But I think that is a reasonable message for her. She kept telling me in HK that "she has done this before" in terms of her readiness for China Growth. I told her that doesn't matter much, she is still going to have to prove herself to other investors and GRG before she has any momentum; so maybe I contributed to this problem!!

4) She has broken down with Gregg a few times, very disappointed and down. Gregg said he is happy to call Bo and/or Jun and get their side of the story (stories), but asked for Erin's guidance and any help we collectively could give. He would rather not "deal with what is becoming an HR/personnel headache." I told him that is largely why we are here, so seems like we need to get on this quickly.

Again, probably old information for all of you, but the first time I heard it so thought it was worth bringing up. Seems time sensitive and important for a number of constituents.
Terry

**From:** Argyle, Charles
**Sent:** Thursday, October 01, 2015 12:16 PM
**To:** Swords, Brendan J.; Burgess, Terrence M.
**Cc:** Baxter, Thomas W.
**Subject:** RE: Caught up with Jun last night for dinner in Tokyo

Thanks for doing that. Completely agreed with respect to China Contrarian. As per my note earlier this week, this and China Growth (Chan) are very much on the list.

Tom: one thought would be to create a single China Cap App approach with underlying sleeves/composites: Oh/Chan/Bo and even possibly A-shares.

---

**From:** Swords, Brendan J.
**Sent:** Thursday, October 01, 2015 1:16 AM
**To:** Argyle, Charles; Burgess, Terrence M.
**Subject:** Caught up with Jun last night for dinner in Tokyo

Even though he has been through a rough 12-18 months of performance, he is feeling good about the team and reflective about his own lessons learned on sizing and timing.  He also mentioned China Contrarian, which I think is a good idea.  I like the timing and would love to get going. (One person's humble opinion).

WMCInternal

DEF 00010550

# **TAB 7**

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

# TAB 8

| | |
|---|---|
| **From:** | Argyle, Charles [cargyle@wellington.com] |
| **Sent:** | Monday, November 30, 2015 8:37:51 PM |
| **To:** | Mattiko, Gregory A. |
| **Subject:** | RE: Gigi Thoughts |

Thanks Greg:

Thanksgiving was very traditional so your vision of the reversal is correct. But it was also a restful weekend with the family so definitely something to be thankful for.

I am meeting with Gigi tomorrow (Tuesday) at 3:30pm EST so your email is definitely timely.  I also had a long chat with Kenny last week.

I think my conversation to her will be along the following lines:

- I have heard you that your assimilation into Wellington, and especially the Honk Kong office, could have gone a lot better. But I want to look ahead in this conversation not backwards.
- Wellington may not be for everybody.  If we are not in alignment then we owe it to ourselves to be honest with ourselves and one another.  But you have a competitive compensation package, a coveted role on a highly regarded portfolio management team and the backing of this firm to launch a new investment approach. These are all decisions I personally will be evaluated on so I have skin in the game here. I want you to know that I want you to succeed here, but I also know that the ingredients for how we define success at Wellington are far greater  than historical or future investment results. For example:
- This is a firm where giving and receiving feedback is part of the package. There is a reason for it – we really care about making our professionals better. As part of this process, we have all received feedback we didn't like to hear – or even disagreed with - but we recognize it is an important ingredient in our development.  Are you willing to embrace this?
- For example, there is a tone from you that comes across as "I have demonstrated that I have investing all figured out – why does no-one appreciate this": this "all figured out" approach is  completely counter-productive here – I presume this is not what you intend but it comes across as a lacking a key criteria for long-term success in this business: humility.
- We are launching China Growth.  But based on previous conversations with you I still struggle with whether you truly have the patience for how an institutional approach typically evolves.  I don't want complaints in 6-12 months – even 24.  The focus should be on alpha in China Growth and EMO. We are a firm that is way more focused on your long-term success rather than any short term vagaries the market or business might throw up, which most investors here find reassuring and differentiated.
- If  this is not enough, I understand; but if this is the case let's not waste anyone's time.

Most likely to be softened in the moment, but I think she needs to hear most of the above.

Really helpful context on China Contrarian and the Office.  Not sure in the moment what to do about the latter, but she couldn't be more wrong about the former. This concept of balancing out our China offerings is actually a highly appealing part of the story.  While it may not seem like it, I think there is likely to be way more traction to a GRG professional offering a CIO a broad overview of our "China platform" (Quality, Growth, Contrarian, A-shares) than simply trying to pitch a single product.

Thanks again for your thoughts as this progresses.

Charles

**From:** Mattiko, Gregory A.
**Sent:** Friday, November 27, 2015 7:28 AM

DEF 00013393

**To:** Argyle, Charles
**Subject:** Gigi Thoughts

Hi Charles,

Hope you had some turkey yesterday.  If so, we have done the complete role reversal as the Yank here going out for Korean BBQ last night and you the Brit having Turkey on the 4th Thursday in November.

Gigi has been here all week.  As you know, she is in Boston all of next week.  I have spent some time with her over the last couple of days and have a few further observations.  As you might anticipate it remains quite a fluid situation.

First off, I had a good long talk with Kenny Wednesday.  As you know, he spent some time with Gigi while in HK.  In short he claims to be a big fan of Gigi and thinks that Wellington should do everything they can to keep a talented investor like her.  He sees the same talent and potential in her that I think you and I do.  He also recognises that to come in to Wellington as an investor, a female, in Asia that the odds are not stacked in her favour necessarily and we need to have sympathy with how hard it must be for her to make it work at wellington.  Once again, I think you and I would agree with this in principal.   He also notes that she is a high-strung individual and this does not necessarily work in her favour.  He told me he would convey his thoughts to you himself, but I thought I'd mention it in case you didn't get a chance to touch base with him.

I had another (emotional) encounter with her this week.  Essentially, what I wanted to get across to her is that she is highly valued at the firm and that we all want her to succeed, and I am at the top of that list.  I also wanted to get across to her that the process of launching a fund and having it seeded will take an indefinite amount of time.   She needs to be patient.  I also said to her that I worry a lot about her emotional wellbeing, and because we don't know how long it will be until she has a product that we need to have a strategy in place to make sure her sanity remains intact while this process goes on.

I must admit that I am frustrated by a lack of "can do" attitude.  She still seems to want to blame her (perceived) misfortunes on the firm and does not seem to have much in the way of patience.  She gets set off by what I would think are the smallest things. For example, this week's drama centred around her learning that Jun Oh is launching a China Contrarian fund.  She somehow sees this as a terrible outcome because she feels that there is a high risk that Wellington will determine that we have too many China products being launched in a short window and that hers will be sidelined/delayed.  Perhaps more disturbing, she also believes that Jun Oh is launching this strategy in some way to spite or block Gigi in particular.  I pushed back on this asking if she genuinely thinks that Jun has nothing better to do than to plot against Gigi and she still seemed convinced that it is a distinct possibility.  I have a hard time deciding if this is just the irrationality of raw emotion rearing its head, or the basis of a dangerous mindset.  I'm sure she feels that she has told me this in confidence, so I wouldn't expect you to do anything with this information. I simply feel it is a relevant piece to the puzzle.

The other thing that she remains adamant about is the need for an office in HK.  She claims that she is one of the better communicators in the HK office amongst the people she works near, and that if she were to have an office she would not just run and hide in it.  I told her that Kenny had told me that he told off Bo for spending too much time in her office and that she should get out and speak to the team more.  I told her again that I thought that the prospect of her getting an office is low, as we are trying to move away from it in HK.  You just need to be aware that she has convinced herself that having an office is a cornerstone of the remedy for her woes in HK.

Her latest posture is that she is looking for Wellington to provide her a few things.  First, she doesn't want any more delays in launching a China Growth strategy.  Second, she wants an office.  She is also concerned about Wellington's commitment to growing our China presence in general.  She keeps coming up with the threat that if any of these things don't work in the way that she deems sufficient enough that there are plenty of other firms out there willing to hire someone like her.

Although I tell her that I am her number one fan, I will admit to you that my enthusiasm is beginning to wane.  I know it

has been difficult for her but the lack of humility, tenacity, optimism and thankfulness is beginning to take its toll on me. I am still convinced that she is an excellent investor and I think she will resonate with the clients. The hard part for us is figuring out if her attitude is something that will shift in time as things settle down or a permanent feature we will be stuck dealing with for as long as she's here.

I am around all next week to discuss if you like.

Greg

DEF 00013395

# **TAB 9**

| | |
|---|---|
| **From:** | Duckworth, Cheryl M. [cmduckworth@wellington.com] |
| **Sent:** | Wednesday, April 22, 2015 10:53:01 PM |
| **To:** | Bhagwat, Niraj; Killian, Anita M.; Maguire, Daniel A.; Oh, Jun Y.; Helfer, Ray E.; Baxter, Thomas W. |
| **CC:** | Duckworth, Cheryl M. |
| **Subject:** | Start of Asian Philosophy & Process |
| **Attachments:** | 2006_01_role_of_investment_philosophy.pdf; Template.doc; 20130219 PP Questions.doc; Valone Philosophy and Process - Jim Valone - 8-14-09.doc; PhilosophyTips.doc; 1 John Averill P&P 2014.pdf; 2014 Levering PP.pdf; 1Anita Killian - P&P - 2014.pdf |

Niraj, Anita, Dan, Jun, and Ray,

Thank you for agreeing to be part of an Asian Philosophy & Process group.  As I mentioned to each of you, the goal is to help investors not yet managing a portfolio to start to develop, refine and articulate a philosophy to better work with other investors, improve stock picking and build a foundation for managing money someday (or better support those who do).  I believe an added benefit is it allows our most senior investors to interact in a more informal setting while working with our next generation of investors.  Below and attached is some background material that should be helpful for you prior to our first meeting.  It includes a paper from a consultant stressing the importance of having a Philosophy and Process, a set of questions and template we will send the investors before they come in front of the group, some tips on what a P&P is, and then 4 different examples of P&P statements.

I think a few points to emphasize:

- Each of you have very different philosophies. That's a good thing.  The goal of these sessions is for the investor to develop their own that is unique to them, not for us to impose our philosophies on them
- This group doesn't manage money so expect this to be the first time they have thought about this exercise and therefore, their views will be less formed and not well written are articulated.  That's OK. This is going to be a very iterative process for them over several years (and their career).
- We are there to ask questions, have a discussion, encourage them and leave them with food for thought. This is not a formal exercise, a test, or a review group.  We want them to view this as a group with whom they are comfortable and to which they can repeatedly reach out.

How will it work:

- Given location, we will have video b/w the 3 offices.  The investor will send to us ahead of time (it will ultimately be in the meeting invite) their written Philosophy and Process.  The first 45 minutes will be a discussion with the investor starting to explain what is written (and I will get the meeting going) and us asking questions.
- I encourage each of us to take some notes or suggestions because we will reserve the last 15 minutes to provide feedback
- Each investor will get a list of questions and a P&P template well in advance of the meeting giving themselves time to think and put thoughts on paper.
- Each investor will have the option of meeting with Tom or me beforehand to help them through the initial process

I have already asked Naveen to be the first investor with whom we work.  Others in the queue would be Tommy Wong, Gigi Chan, Jennifer Lee, Divya Balakrishnan, Lee Keen Chong, Jamie Kwak, Hiro Ueno, and Ben Chan.

Please look out for the first scheduled meeting and thanks in advance for your participation.

Best, Cheryl

Confidential   DEF 00007895

Cheryl M. Duckworth, CFA
Senior Managing Director
Wellington Management Singapore PTE LTD
8 Marina Boulevard, #03-01
Tower 1, Marina Bay Financial Center
Singapore 018981
+(65) 6428 0138 (work)
+(65) 9455 9072 (cell)

DEF 00007896

# TAB 10

| **From:** | Chan, Gigi <GChan@wellington.com> | |
|---|---|---|
| **Sent:** | Wednesday, October 7, 2015 6:56 AM | Chan 20 |
| **To:** | gkzchan@gmail.com | 10/7/20       S.Roy |
| **Subject:** | Hi Charles, | |

Hi Charles,
I wanted to talk to you about an incident which occurred a couple of weeks ago which I found unacceptable, which Greg or others may or may not have spoken to you about.

I had an Asian process and philosophy session and several things were wrong with it:
1. The fact that it happened at all - my understanding is that they are for young investors to help them find their feet - I am a fully fledged PM with a decade of experience managing money - longer than some others who were giving advice on the panel. Still, I agreed to participate to help let others understand my p+p.
2. Misunderstanding of the participants of the task at hand. The spirit of it was supposed to be to help people develop their investment thinking - instead a lot of the feedback was marketing based - could be construed as constructive criticism but not relevant. Also a few of the participants were fairly patronising - they failed to listen to what I was saying and kept insisting on something that missed the point - ie why I should not underperform in a down market. Differences in opinion were dressed up as advice as to how I should manage money more like themselves.
3. The fact that I was unable to respond to feedback. This works where the feedback is constructive - but let me read you some examples of some of the feedback that was given.
- if I were you - have you ever watched yourself present in a video?
- you put in too many words before your point, like, I suppose - which makes your points...not very effective
- do you really expect clients to give you money on the basis of these few sentences?
- I mean, you just say what every single growth manager says...saying you do it better than anyone else is just not convincing...unless you plan on having a good track record.
The effect was that of a kangaroo court.

I understand that this p+p works well in Boston and London. Where participants adhere to the spirit of it, I believe it is a good and useful thing.

But that is precisely what this incident has illustrated. The people and culture in HK are not on par with that of elsewhere in Wellington, and this process was open to abuse.

I understand that insecure people will sometimes behave unprofessionally and disrespectfully to others to bolster their own self confidence.

What I find unacceptable is that the system within which I work is one which tolerates such behaviour. One that does not ensure that I work in a respectful work environment.

I joined Wellington on 2 assumptions:
1. Wellington's Asia/China is sub scale and that Wellington was serious about growing it now
2. It is a meritocracy which is alpha focused and there is a culture of respect.

This was what I was led to believe prior to joining, having predominantly spoken to people from Boston and London.
My daily reality of it has been completely different.
What I have experienced since joining makes me doubt these assumptions.

What am I missing here? Why did you hire me?

The market in Asia is liquid and focuses on who can make money - there are plenty of firms who can raise

CHAN_06154

money off my track record and where I can put my skills to better use - managing money, leadership, marketing - etc.

If there are misunderstandings that cannot be reconciled then it is better for us not to waste each other's time any longer.

If you want me to be a change agent, then you need to give me power to effect changes.

At the very least, I need for you to ensure that:
1. Nothing like this ever happens again and
2. I have a real and proper role commensurate to my skillset and achievements to date - a fund manager of a China fund, seeded and with full support of the firm to grow it.

CONFIDENTIAL

# **TAB 11-14**

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

# TAB 15

| | |
|---|---|
| **From:** | Mattiko, Gregory A. [GAMattiko@wellington.com] |
| **Sent:** | Monday, October 31, 2016 1:19:44 AM |
| **To:** | Argyle, Charles |
| **Subject:** | Notes for Charles |

Charles,

Hope your trip to Asia was uneventful. I'm off to Taiwan with Philip and Soonki shortly. Wanted to get the notes on Gigi below out to you. In short, I think she is a good portfolio manager that needs to change some very fundamental things about her attitude if she is going to survive here. Changing some of the things I have listed below will be very difficult and require a lot so soul searching. Without changes though, I don't know how we can move forward.

Please feel free to attribute any of the below thoughts to me when you speak with her on Wednesday. I have no problem backing them up when I speak with her next week.

Let me know if you have any questions.

Greg

## Positives

- **Knows her stocks** – Gigi has the raw material to be a great portfolio manager at Wellington. I have no doubt about it. She is passionate about the job of picking stocks, and sinks her teeth into the analysis. She does not manage money in exactly the same way that I do, but it is close enough to yield the type of analysis we would need to generate alpha.
- **Has been pleasant to Philip and myself** – I can't speak for Philip necessarily (though I do speak with him frequently about the subject), but neither him nor I have had particularly bad experiences with Gigi. As noted below, this is not the case with others.
- **She communicates well with clients** – When she is talking about stocks, the market, or China in particular, she comes across as competent and passionate. Many of the verbal crutches she stumbles upon when speaking in the morning meeting or (supposedly) in internal dry-run pitches are not there. The one time a client did ask about her strategy in a meeting I attended it was clear to me that she had more difficulty speaking about her strategy than she did about stocks or markets.

## Improvements

- **Client, Firm, Self** – I think it is safe to say she has not embraced this ethos. It is my perception that she tends to put herself first in most situations. Her orientation seems to be "how can the firm help me." I have seen this in how she talks about what she expects from the firm with everything from benefits (or in her view, lack thereof), marketing, back office and management in general. The instances are numerous and have existed more-or-less since she has joined. I can understand that, after having only ever worked at one other company in her life, that finding one's feet in a new organization might take time. Eventually though, one needs to have the ability to observe and reflect upon the culture of a firm (especially in a senior position) and understand what is the best way to conduct oneself. Even as a partner of the firm, I think that nobody should be a "conformist" and that we need diversity of opinions and viewpoints. But I feel strongly that even if one does not like how things are done at an organization that the only way to improve it is to constructively address the issues over time – for the betterment of the firm. Wellington is not shy about stating that they have a long-term orientation and I think this is one of the biggest strengths, but being long-term necessitates that employees need to be long-term as well.
- **Work Ethic** – The hours she works seems light, and the amount of holiday time she has taken seems at the upper end of the boundaries. I realize this a bit of a nebulous area as wellington does not track either (so no way to prove). That said, my perception is that she is not putting an enormous amount of effort into the job.

Confidential   DEF 00020333

I'm sure she does the minimum requirement, but it is still not as high as one might expect given the situation she is in (trying to gain traction at a firm and build a book of business).

- **Contribution to team** – With Philip as the only other benchmark I can say that Gigi's relative contribution to the EMO team is low. She rarely, if ever, proactively reaches out with new ideas (something Philip does regularly). Nor does she provide written commentary about her views on companies (even ones we own), once again something Philip does consistently. At the end of last year, I tested how long it would take for Gigi to proactively reach out to me (about anything). It was several weeks of silence before I eventually reached out to her. Her attitude seems to be that her number one priority is her China portfolio and if we want her help we should ask for it. Once again, this runs afoul of the firm culture and how any normally functioning team should operate. All of this said, when we are able (and willing) to engage her she is a useful member of the team, but this is not sufficient.
- **Contribution to the firm** – Her contributions to #ILP, #Investors and in the Morning Meetings are anemic.
- **Acceptance within the firm** – Speaking to Philip last week he told me that several people approached him unexpectedly and unsolicited to tell him that they though there is a problem (or they have a problem with) with Gigi. I have also been approached my several people over time that have done the same thing. Gigi clearly did not have this perception before she joined the firm and this is something that <u>she</u> has created since her arrival. If she is going to survive at this collaborative firm, she is going to need to turn around people's perception of her. She may claim to not care about how others perceive her, but I feel very strongly that there is no way around it if she is going to be successful here. Once again, I think this is of particular importance at Wellington that places so much emphasis on collaboration. Nobody is going to collaborate with someone they don't respect.
- **Tenacity** – This is a job where things rarely go as planned. When they do, one should be grateful, but I feel one needs to always expect it to be challenging. Gigi seems to get very frustrated when things do not go the way she has expected them to go. She then seems to lack the ability to put setbacks behind her and focus on creating the outcomes she desires. She needs to be able to focus more on making outcomes happen as opposed to dwelling on lost opportunities.
- **Feedback** – It is well documented by now that Gigi has trouble taking on feedback. How and if something like this can be changed is beyond me. That said, the lack of ability to take on feedback – and importantly, make adjustments – will surely limit her progression at Wellington (or anywhere for that matter).
- **Confidence** – I think at the heart of Gigi's areas for improvement is a lack of confidence. I think this is seen in her constant reference to her previous track record, her lack of ability to take on feedback, and her "what can you (or the firm) do for me" orientation. I think if she had more confidence in herself she would be able to take a longer-term view to her career and fit right in at Wellington. I think she doesn't know how good she has it as Wellington is one of the few firms out there that gives employees the luxury of having that long-term orientation. Gigi does a good job at projecting confidence but because it is not genuine, it comes of awkwardly and turns people off.

DEF 00020334

# **TAB 16**

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

# TAB 17

| **From:** | Argyle, Charles [cargyle@wellington.com] |
|---|---|
| **Sent:** | Thursday, May 04, 2017 7:56:06 AM |
| **To:** | Philip, Henry |
| **CC:** | Baxter, Thomas W.; Puritz, Adam T. |
| **Subject:** | RE: GRG |

I think some combination of Greg, me and you needs to sit down with her (in person or via VC) and ascertain where her head is at.  As mentioned I am hoping to discuss next steps with Greg next week – perhaps you should join the call too.

Realistically, I doubt there is a long term home for her on the EMO team, other than the vaguest of affiliations perhaps. Greg deserves clarity here (from her and us) so he can move on one way or the other.

Then the key questions with respect to Gigi become:
Are we willing to put that disappointment aside?  I could get there
If so, are we confident enough that there has been a genuine response to the other areas of feedback identified in the November meeting (and subsequent email) to back her if we proceed on a stand alone basis with China Growth (and related)?  I have no idea...this is key
Is the investment acumen there?  I think so, yes.

With respect to speaking to Alex's prospects, if they are truly just exploratory conversations at this stage, then why not. We know she can be effective in these settings, and I think the more we do to make her feel part of the firm, then the higher the odds of a successful outcome.  But if/when we are at a finals stage we unambiguously need more clarity on the second bullet above.  But interested in your views.

Charles

(Copying Adam too.)

---

**From:** Philip, Henry
**Sent:** Thursday, May 04, 2017 1:33 AM
**To:** Argyle, Charles
**Cc:** Baxter, Thomas W.
**Subject:** GRG

Charles,

This topic has come up a couple of times recently and is obviously quite sensitive. There have been a couple of occasions recently whereby Gigi's strategy has been of potential interest to prospects. Alex came to me the other day on this, and Tom again on a separate opportunity today. I don't think that they are necessarily definitive mandates at this time, but they could develop into specific opportunities in due course. How do we feel about having prospects engage with her at this stage?

Happy to discuss further offline.

Henry

Confidential

# TAB 18

| | |
|---|---|
| **From:** | Philip, Henry [HPhilip@wellington.com] |
| **Sent:** | Thursday, May 25, 2017 5:12:27 AM |
| **To:** | Argyle, Charles |
| **CC:** | Puritz, Adam T. |
| **Subject:** | GC |

Hi Charles,

I had a catch-up with Gigi this afternoon. Scheduled for 30 minutes, but it lasted about 10. Not much to report, she pretty much stone-walled me. I can fill you in with more detail when we catch-up next. I asked her directly where her head was at, particularly in the context of your conversation with her prior to her maternity leave. She said "I'm fine". It was a pretty abrupt dialogue. So, not really the road to Damascus change that we were hoping for, but not totally negative either.

Henry

Confidential                                                                 DEF 00000613

# TAB 19-21

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

# TAB 21

| | |
|---|---|
| **From:** | Gigi Chan [gkzchan@gmail.com] |
| **Sent:** | Tuesday, January 14, 2014 9:21:22 PM |
| **To:** | Tom Baxter |

Hi Tom,

I hope this email finds you well.  I just had dinner with Ghislain de Charentenay from Bernstein.  I realise it has been a year since we were last in touch.  As you may have read in the press, I left Threadneedle early October last year to take a career break.  I am now looking to relocate to HK.  Are you still looking to add resources to your team?

In the meantime, I wish you the very best for 2014.

Best,
Gigi

Confidential                                                                                      DEF 00028587

# TAB 22

**From:**         Philip, Henry [HPhilip@wellington.com]
**Sent:**         Thursday, February 06, 2014 11:30:23 PM
**To:**         Sung, Monica K.
**Subject:**     FW: Catch up call with Gigi Chan

I completely forgot to do anything about this – oops!

Tom would like Gigi Chan to interview with a few folks whilst she is in the USA. We would need to help her get from New York to Boston, and I'm sure Kathleen can help with the scheduling. Can you start this ball rolling? Similar way of thinking as we have with Aditi.

Many thanks

H

---

**From:** Baxter, Thomas W.
**Sent:** Thursday, January 23, 2014 4:20 PM
**To:** Philip, Henry
**Subject:** Catch up call with Gigi Chan

Hi Henry –

I spoke with Gigi today.  She is in New York for a couple months.  Her boyfriend lives there.  The 2 of them both want to move to HK and that's where she is currently actively looking.  I was reminded why I liked her: personable but polished, long-term orientation to investing and career, highly aware of the intrapersonal side of investing.  She will be in NY through at least the end of February.  So I was thinking we should get her up to Boston, have her meet with investors there.  As you know we are interested in having Asia-based team members for global teams.  I ran the idea of being a team analyst by her and she was very open to it.  She was also saying she was keen to broaden out from just China-only investing.  We can have her meet Nicholas Choumenkovitch, Jean-Marc Berteaux, Carmen/Angeli, of course Charles and Christine Scordato and a few others.  What do you think?  If you're supportive, let's talk logistics when you're back next week.

Thanks,

Tom

Confidential                                                                        DEF 00022869

# **TAB 23-26**

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

# TAB 27

| | |
|---|---|
| **From:** | Chastain, Jean [JChastain@wellington.com] |
| **Sent:** | Tuesday, May 19, 2015 3:07:29 PM |
| **To:** | Thors, Lisa; Zuo, Haobo |
| **CC:** | Mintz, Geoffrey P. |
| **Subject:** | RE: HHMI/Redacted. Connect color |

Hi Lisa,
Thank you very much for including us on the Redacted meeting and color on Connect.

Sounds like a great trip. Hope you got to spend a few days there.

Jean

---

**From:** Thors, Lisa
**Sent:** Tuesday, May 19, 2015 2:56 PM
**To:** #GRG - Americas Institutional Group Dedicated Team; #Equity Product Management; #Hedge Fund Group; Chastain, Jean; Zuo, Haobo
**Cc:** Mattiko, Gregory A.; Hogbin, Elizabeth A; Fan, Philip; Ewing, Anne-Marie; Trojan, Vera M.; Chan, Gigi
**Subject:** HHMI - Positive annual in-person EMO meeting - May 12

Summary
- Well-received EMO portfolio review with HHMI global equities team (separate account **Redacted** so Bay Pond **Redacted**
- Discussed portfolio (China, Brazil, India, specific stocks), team, firm-wide EM equity AUM, EMO book of business, remaining pipeline and funding schedule
- Happy client; no concerns expressed
- HHMI meeting with quality European equity managers
- Rich is looking forward to Asian Summit in November

Action Items
- Follow up with Rich on pan-Asia portfolio (EM + developed)
- Follow up on EAFE strategies

Details
On May 12, Rich Pender (MD, Global Equities), Sara Edmondson (Manager – Global Equities), and Shelley West (Analyst) met with Greg Mattiko, Philip Fan, Liz Hogbin, Anne Marie Ewing, and Lisa Thors in London for an annual in-person deep dive on the EMO portfolio.  The meeting went very well, with HHMI actively engaged throughout.  No concerns were expressed by this happy client.

Book of business
- Capacity update - **Redacted**
- **Redacted** No marketing since last fall, so able to focus fully on portfolio, investment travel
- Client base is primarily US E&Fs and a few large Canadian clients, less global than originally expected, less corporate & pension than JPM book
- **Redacted**
- Stable client base; in fact many clients expressed preference for longer lock ups, which is indicative of long-term, patient investor base
- Update on status of other EME mandates at Wellington (EMSE, EMRE, EME, and Jamie Rice's pan LatAm strategy in incubation)

DEF 00012386

Team updates
- Philip fully settled in London – **Redacted**
- Gigi will remain an important team resource contributing ideas to portfolio (i.e. VIPshop), but firm is encouraging her to manage portfolios as she did before joining Wellington, with several ideas/portfolios in development, including a pan-Asia portfolio (EM+developed) that is of interest to HHMI

Portfolio
-
-

# Redacted

-

-

-
-

-

-

-

-
-
-

-

Other
Over largely social dinner at The Beast ([http://www.beastrestaurant.co.uk/](http://www.beastrestaurant.co.uk/)), we learned:
-
-

**Redacted**

-

-
-

Lisa Thors
Managing Director
Wellington Management Company LLP
280 Congress Street, Boston, MA  02210
☎ 617.951.5704
✉ lthors@wellington.com

Confidential                                                                                     DEF 00012387

Advisory services offered through Wellington Management Company, llp.

Securities offered through Wellington Management Advisers, Inc.,

an SEC-Registered Broker/Dealer, Member FINRA and SIPC[®].

Wellington Management Advisers, Inc. is an affiliate of Wellington Management Company, llp and Wellington Trust Company, na.

Not FDIC Insured – No Bank Guarantee – May Lose Value.

Confidential

DEF 00012388

# TAB 28

| From: | Pender, Rich [penderr@hhmi.org] |
|---|---|
| Sent: | Tuesday, July 26, 2016 2:36:38 PM |
| To: | 'Mattiko, Gregory A.' |
| Subject: | On another front, what's Gigi up to these days - the China product, or has she developed something pan-Asia? R |
| Attachments: | image001.jpg |

Rich

Richard A. Pender, CFA



**Redacted**

Howard Hughes Medical Institute is managing member of various limited liability companies ("LLCs") containing the name "HHMI," "Sprugos," "Private Equity Holding," â€PSGâ€, or â€œHughes Investmentâ€  and some of the LLCs may themselves perform management functions for other companies, partnerships, or other entities. Any email or other communications made or actions taken by the Howard Hughes Medical Institute with respect to or on behalf of any LLC or any such other entity are made or taken by the Howard Hughes Medical Institute solely in its capacity as managing member of the LLC. Each such LLC or other entity is separate and distinct from the Howard Hughes Medical Institute, and the Howard Hughes Medical Institute shall not under any circumstances be liable for any of the obligations of any such LLC or other entity.
.

# TAB 29

| From: | Argyle, Charles [cargyle@wellington.com] |
|---|---|
| Sent: | Monday, September 28, 2015 3:52:17 PM |
| To: | Swords, Brendan J.; Perelmuter, Phillip H.; Hynes, Jean M.; Klar, Stephen; Boudens, Michael J. |
| Subject: | Observations from Asia ex Japan |

Thought you would be interested in some thoughts from Asia (obviously some are confidential – especially the first section):

There was lots of conjecture around what the post-Ray and post-Cheryl era might look like.  Interestingly most of the former seemed to be centered around the functional role, and most of the latter around the head of office role in Singapore (no insight there unless a secret is out of the bag – but no one tested the water on that front so I don't think so).  I was asked numerous times "Are <u>you</u> thinking about this?" (I presume the "you" in this context pertains to the firm's senior leadership).

- With respect to the senior GRG role, my most interesting conversation was with Don in Seoul.  He told me that GRG in Asia is appropriately made up of Koreans, Chinese, Singaporeans, Japanese etc. and he hopes we realize that only a "westerner" could effectively lead this team.  Given history and culture, a local leader would be very difficult.
- Alex feels as if all the teams in Asia are mature enough to lead themselves and report directly to someone outside the region. I highlighted that there was no way they could all report separately to Michael, and we ended up throwing "spaghetti against the wall" with respect to head of International in London etc.  But apropos Don's point above, interesting the Alex did not advocate for single head of Asia GRG.
- T<sup>Redacted</sup> told me that she would like to be considered for the Head of Office role post Cheryl and asked what I thought.  I told her that I think she is an excellent relationship manager, but this doesn't necessarily mean she would be good in this role. I highlighted 3 additional areas that would need to be considered: her people management skills (we didn't talk much further about this); her relationship with <u>all</u> the investors (now "fine to good" according to her); and her willingness to accept that our Singapore office is likely to be a melting-pot of talent from all over Asia and the globe, and not just Singapore (I compared it to London where she had been earlier in the week – she gets it, but the jury is still out as to whether she accepts it). As a next step I advised her to seek out Cheryl, and ask her for development areas. She flat-out asked me what I thought the odds were: "Less than 50/50".  She indicated that if she does not get the job, then she hopes there are other potential roles for her that will allow her to continue growing beyond her existing responsibilities.
- N<sup>Redacted</sup> also through his hat into the ring for the same role. I told him that I wasn't convinced it would be his highest and best use.  We had a long conversation as to why he is interested to begin with. He genuinely wants to contribute more to the partnership and there are only so many ways this is possible from Singapore.  I said it is incumbent upon us to find these ways and told him that I was so pleased how he was stepping up as a Partner in multiple ways – he was genuinely touched.  With respect to Head of Office, I said that Phil may be interesting to talk to as a former (and current) equity PM now in that role.
- Also of note, Ray is clearly in favor of a local head of office in Singapore, though I am not sure he fully understands the heterogeneity there versus the relative homogeneity of HK.  Alex is also very worried that T<sup>Redacted</sup> will leave if she doesn't get the role.

Generally speaking,  the investment platform seems to be in good shape in HK and Singapore.

- In particular,  there continues to be a high degree of confidence (which I share) that the majority of investors earlier in their career have a lot of long term potential (Chen, Jhun, Kwak, Wong, Balakrishnan, Peng, Soda). This is a meaningful difference to the "early years" in Asia when investors at this level provided leverage but had less upside.  What is particularly exciting, is the collaboration that is occurring at this level – and not just with one another in Asia but across the globe (most mentions: Wong, Trabocchi, Murali, Tyler Brown). The strength of these relationships being developed will pay dividends for years ahead.
- Singapore  clearly benefits from the presence of 3 robust teams (Asia ex Japan; AA and GIAs) whereas HK continues to be more individual contributors.  The illusive holy grail still remains a global, EAFE or even EM PM in Hong Kong.

- The Global Contrarian team members are more integrated with their both their peers in Asia, and their own team members in Boston/London than ever before.  In conversations with Ben Chen and Jon Jhun I heard them bring up Greg, Tim and Tom more times than Paul Kim did in 5 years!   Importantly, this pertains to Jun too: a number of investors mentioned how much more open he has appeared:  "It is obvious he is trying to make an effort"
- But we cannot take assimilation for granted. Gigi Chan mentioned that "I feel as if I'm at a party where I'm not welcome" and  "there is no recognition at Wellington for what has been achieved before". (I found myself wondering if there are lessons to be learned from Fixed Income or AA as I have heard this before in GEPM though never so directly).  Gigi is very concerned about the value of her previous China track record going stale and it was clear to me that if we don't launch an approach in the next 6-12 months we will lose her ("the phone rings all the time in HK").  In response to my direct question, she said she is not bothered about AUM, just about managing "real money".  The good news is that all is going well on EMO and she sees her own approach in addition to her responsibilities there.  One of her colleagues in HK proactively described her as "her thought process is very refreshing; independent; non-conformist; "outside the box"; not rattled by recent volatility".
- I will likely be seeking appropriate approval for China Contrarian (Oh) and China Growth (Chan) in the next few months.  An intriguing possibility might be a multi-sleeve "China Cap App" over time.  When I told Bo about the likely other strategies, I got the sense it wasn't the best news of the day for her – she asked if the timeline could be pushed out a bit.  I emphasized that this was no reflection in my confidence in her, but as I we proceed further she will likely need to hear from others too – a touch of paranoia combined with a dash of territorialism.

# Redacted

DEF 00006682

Redacted

Confidential

# **TAB 30-31**

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

**TAB 32**

| From: | Burgess, Terrence M. [TMBurgess@wellington.com] |
|---|---|
| Sent: | Friday, October 16, 2015 9:43:13 AM |
| To: | Mattiko, Gregory A. |
| Subject: | GC |

Hi Greg –

Just wanted to follow up re our conversation about Gigi. I did have a meeting with Charles and raised some of the issues. Generally speaking I would say he had the same reaction that I did, which can be summed up as:

1) Concern over resiliency (lack of) and entitlement (building a book comes easy) and humility (OK to take feedback, none of us have it figured out). He worries, as you expressed, if we want to jump into a portfolio just yet based on some of these red flags

2) Overall things have gone pretty well for Gigi and we should reinforce that; seems this is the first bump in the road and we need to figure out what is causing her to feel so anxious. Hong Kong? No portfolio? Too much challenge? – the latter would be a tough one, as Wellington is built on that.

3) There is work to be done on both sides. Some combination of conversations from people that she trusts to get at the root of the issue, and he is happy to follow up with all of the players involved given that he knows Jun, Bo, and is getting to know Gigi; and that he has ultimate say on many of these things and might be able to provide reassurance.

4) Most importantly he and I share the sentiment that we need to help shield you from some of this. The concern (part of point 1) is that perhaps this is simply her personality and it's an ongoing issue. That would drain a lot of your time and mind-share, along with lots of others, unless we can unlock the true causes of anxiety that may or may not have easy fixes.

5) At the very least more people need to reach out and try to be part of the solution, not the problem; in HK in particular.

Bottom line is that he will likely reach out to you but he has the back story, so that you don't have to tell it to 10 different people. He also very much appreciates your balance on the issue, and your "partner-like" reaction to it --- wanting to do the right thing by Gigi but also the firm and ultimately clients.

We are on it – I hope we can get to a better place and maybe eliminate some of the red flags/concerns, on both sides!

Thanks for reaching out
Have a great weekend – how many miles this weekend? 20?
Terry

DEF 00010997

# TAB 33-34

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

# TAB 35

| From: | Mattiko, Gregory A. [GAMattiko@wellington.com] |
|---|---|
| Sent: | Friday, November 27, 2015 7:28:04 AM |
| To: | Argyle, Charles |
| Subject: | Gigi Thoughts |

Hi Charles,

Hope you had some turkey yesterday.  If so, we have done the complete role reversal as the Yank here going out for Korean BBQ last night and you the Brit having Turkey on the 4th Thursday in November.

Gigi has been here all week.  As you know, she is in Boston all of next week.  I have spent some time with her over the last couple of days and have a few further observations.  As you might anticipate it remains quite a fluid situation.

First off, I had a good long talk with Kenny Wednesday.  As you know, he spent some time with Gigi while in HK.   In short he claims to be a big fan of Gigi and thinks that Wellington should do everything they can to keep a talented investor like her.  He sees the same talent and potential in her that I think you and I do.  He also recognises that to come in to Wellington as an investor, a female, in Asia that the odds are not stacked in her favour necessarily and we need to have sympathy with how hard it must be for her to make it work at wellington.  Once again, I think you and I would agree with this in principal.  He also notes that she is a high-strung individual and this does not necessarily work in her favour.  He told me he would convey his thoughts to you himself, but I thought I'd mention it in case you didn't get a chance to touch base with him.

I had another (emotional) encounter with her this week.  Essentially, what I wanted to get across to her is that she is highly valued at the firm and that we all want her to succeed, and I am at the top of that list.  I also wanted to get across to her that the process of launching a fund and having it seeded will take an indefinite amount of time.  She needs to be patient.  I also said to her that I worry a lot about her emotional wellbeing, and because we don't know how long it will be until she has a product that we need to have a strategy in place to make sure her sanity remains intact while this process goes on.

I must admit that I am frustrated by a lack of "can do" attitude.  She still seems to want to blame her (perceived) misfortunes on the firm and does not seem to have much in the way of patience.  She gets set off by what I would think are the smallest things. For example, this week's drama centred around her learning that Jun Oh is launching a China Contrarian fund.  She somehow sees this as a terrible outcome because she feels that there is a high risk that Wellington will determine that we have too many China products being launched in a short window and that hers will be sidelined/delayed.  Perhaps more disturbing, she also believes that Jun Oh is launching this strategy in some way to spite or block Gigi in particular.  I pushed back on this asking if she genuinely thinks that Jun has nothing better to do than to plot against Gigi and she still seemed convinced that it is a distinct possibility.  I have a hard time deciding if this is just the irrationality of raw emotion rearing its head, or the basis of a dangerous mindset.  I'm sure she feels that she has told me this in confidence, so I wouldn't expect you to do anything with this information.  I simply feel it is a relevant piece to the puzzle.

The other thing that she remains adamant about is the need for an office in HK.  She claims that she is one of the better communicators in the HK office amongst the people she works near, and that if she were to have an office she would not just run and hide in it.  I told her that Kenny had told me that he told off Bo for spending too much time in her office and that she should get out and speak to the team more.  I told her again that I thought that the prospect of her getting an office is low, as we are trying to move away from it in HK.  You just need to be aware that she has convinced herself that having an office is a cornerstone of the remedy for her woes in HK.

Her latest posture is that she is looking for Wellington to provide her a few things.  First, she doesn't want any more delays in launching a China Growth strategy.  Second, she wants an office.  She is also concerned about Wellington's commitment to growing our China presence in general.  She keeps coming up with the threat that if any of these things

don't work in the way that she deems sufficient enough that there are plenty of other firms out there willing to hire someone like her.

Although I tell her that I am her number one fan, I will admit to you that my enthusiasm is beginning to wane.  I know it has been difficult for her but the lack of humility, tenacity, optimism and thankfulness is beginning to take its toll on me.  I am still convinced that she is an excellent investor and I think she will resonate with the clients.  The hard part for us is figuring out if her attitude is something that will shift in time as things settle down or a permanent feature we will be stuck dealing with for as long as she's here.

I am around all next week to discuss if you like.

Greg

DEF 00007443

# TAB 36

| **From:** | Chan, Gigi [GChan@wellington.com] |
| **Sent:** | Sunday, October 23, 2016 7:08:54 PM |
| **To:** | Mattiko, Gregory A. |
| **Subject:** | Re: November 8-10 |
| **Attachments:** | image001.jpg |

Oh and I can't make dinner on 9th either as I just saw I have a pre natal class...!

On 23 Oct 2016, at 7:00 PM, Mattiko, Gregory A. <GAMattiko@wellington.com> wrote:

> Hi Rich,
>
> All of the options below work fine for me.
>
> My preference would be to have meetings Wednesday afternoon then go to dinner.   As of now, that week is looking reasonably free so if you decide you would like one of the other options below then I can easily accommodate as well.
>
> Looking forward to hosting you guys here in my new hometown.  Are there any dietary requests?
>
> BTW – the 20-20 trip to India was good.  Will tell you about it when you get here.
>
> Regards,
> Greg
>
> ---
>
> **From:** Pender, Rich [mailto:penderr@hhmi.org]
> **Sent:** Saturday, October 22, 2016 1:30 AM
> **To:** Mattiko, Gregory A.; Chan, Gigi
> **Cc:** Watts, Kyle
> **Subject:** November 8-10
>
> Guys – we're starting to ink in the schedule, and want to make sure we have prime slots for Wellington, and also to take advantage of your gracious offer to host Kyle (Watts) and I for dinner.  We'll get to the Grand Hyatt in HK at around 4 PM on Tuesday, November 8.
>
> I have several suggests if they fit your schedule – otherwise, suggest away and we'll make sure to carve out the time slots. We want to make sure we have a couple hours for portfolio review with you, and an hour or so with Gigi discussing her new Asia-only effort:
>
> Dinner on 11/8, meetings to start the morning of 11/9
> Dinner on 11/9, meetings to start the morning of 11/10
>
> Meetings starting at around 2 PM on Wednesday 11/9, followed by dinner
>
> We know you're probably shut down due to the typhoon (actually, it's the middle of the night there, so scratch that).  But the sooner you can get back to us, the sooner we can schedule our other meetings around our Wellington visits.  I'll be in early on Monday morning Eastern Time as usual if it helps to talk directly, given the time zone differences.
>
> Rich

Confidential                                                      DEF 00026829

---

Rich

Richard A. Pender, CFA

Redacted

<image001.jpg>
Howard Hughes Medical Institute is managing member of various limited liability companies ("LLCs") containing the name "HHMI," "Sprugos," "Private Equity Holding," "PSG", or "Hughes Investment"  and some of the LLCs may themselves perform management functions for other companies, partnerships, or other entities. Any email or other communications made or actions taken by the Howard Hughes Medical Institute with respect to or on behalf of any LLC or any such other entity are made or taken by the Howard Hughes Medical Institute solely in its capacity as managing member of the LLC. Each such LLC or other entity is separate and distinct from the Howard Hughes Medical Institute, and the Howard Hughes Medical Institute shall not under any circumstances be liable for any of the obligations of any such LLC or other entity.
.

DEF 00026830

# **TAB 37-38**

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

# TAB 39

WELLINGTON MANAGEMENT COMPANY LLP

# Memorandum

TO:       Fund Approval Committee
FROM:   Liz Hogbin, Charles Argyle & Tom Baxter
RE:       Rationale/Business Case for China Growth UCITS fund
DATE:    February 23, 2016

....................................................................................................................................................................
........

## EXECUTIVE SUMMARY

We are seeking approval to create a UCITS fund to incubate and market (initially, limited marketing, and, over time, broad marketing) the China Growth strategy managed by Gigi Chan.

We think this pool will succeed because:

- Given the size of China's economy and stock market, the level of GDP growth (albeit slowing from a much higher base), the (gradual, sometimes two steps back/one step forward) reform agenda and the potential increase in the country's representation in market indices over time, China should be of interest to clients and prospects over the long-term
- The strategy is managed by a seasoned portfolio manager with a strong track record of managing an identical strategy at her previous firm; most of her former clients were ex-US (Europe and Latam)
- China equity is a large category, with $51.5B in assets under management, 105 products (up from 66 in 2012) and underperforming competitors: 11% of AUM are in China strategies with negative 3 year alpha; UCITS China funds account for $31B
- Despite the size of the market and the category, Wellington Management Funds (Global) has no China strategies in its line-up today

## BACKGROUND/POSITIONING

Clients are increasingly interested in regional and country Emerging Markets approaches, in addition to Global Emerging Markets approaches.  In part, this interest stems from a desire to have more targeted Emerging Markets exposure during times of heightened volatility and also from a concern among some that the GEM universe is too unwieldy for a single individual or team to cover.  In addition, China is the largest stock market in EM and will likely eventually account for more than 37% of the EM index.  Given this, many clients are considering or already have dedicated allocations to this country.

Gigi Chan is the lead Portfolio Manager, drawing on the broader resources of the Firm (both GEPM and GIR) for support. The approach will be identical to the China Opportunities fund approach managed by Gigi at her previous firm, except for the investment resources now available to her.  As background, Gigi has been analyzing Chinese stocks since 2000, started as a Portfolio Manager (Asia ex-Japan) in 2004 and launched the Threadneedle China Opportunities fund (a public mutual fund) in 2007.

This approach is a concentrated (30-60 stocks), high active share (85%+) China all shares long-only equity strategy.  This is a fundamental growth strategy, with top-down theme selection and bottom-up stock-picking.  The approach invests in H-shares, A-shares and US-listed Chinese companies.  The approach plans to access the A-share market via both the Connect program and also potentially access products.  While A-share exposure should  be <10% of the portfolio at inception, this exposure will likely increase over time.  Access product exposure will be limited to less than 10% of the portfolio, in compliance with UCITS guidelines.

Confidential

Memorandum
July 2014

For the proposed fund, our target market is institutional and GWM clients, primarily located in Europe and Latin America. This is consistent with the client base of Gigi's previous fund.

## PRODUCT AND STRUCTURING CONSIDERATIONS

The capacity of this strategy is estimated to be $2 Billion. The primary constraint on capacity is moratorium for smaller and mid-capitalization names. Some of these names are held in common with EMO and others are not. For instance, at $2B, 3 names approach moratorium (2 held in common with EMO and 1 not). We also looked at the impact on EMO's liquidity assuming China Growth were at $2Billion. Even with EMO at $3Billion and China Growth at $2B, the liquidity differences were marginal and within the tolerances previously described to EMO clients. (For reference, there is approximately 55% asset and 35% name overlap with EMO's China holdings as of Dec 31, 2015.)

The rationale for the proposed structure for this fund (UCITS) is that Gigi's previous fund was a UCITS fund. In addition, there is significant China equity AUM in UCITS funds (see market data below for further detail). Finally, launching a UCITS China Growth fund, targeted at non-US clients and prospects, would provide a complement to the China A-shares Cayman pool, targeted at US clients and prospects.

There are currently no other China UCITS funds in the Wellington Fund line-up. However, should one or more of the existing China strategies eventually launch in UCITS form, China Growth would be differentiated from those offerings.

As background, there is ample room for multiple Wellington approaches in the Chinese equity market, given that China now has more listed stocks than the US. China Growth is the fourth China long-only approach at Wellington, the second strategy to be approved for marketing and, subject to approval, the firm's first China UCITS fund. (To put four China strategies in context, consider that JP Morgan has 12 China strategies, with $4.5B in AUM). China Opportunities and China A-shares are strategies managed by Bo Meunier. China Contrarian is managed by Jun Oh and was recently approved by the Product Panel for incubation. China Growth is distinct from all of these approaches in terms of opportunity set and style (please see table below for comparison).

| Approach | China Growth | China A-shares | China Opportunities | China Contrarian |
|---|---|---|---|---|
| Portfolio Manager | Chan | Meunier | Meunier | Oh |
| Benchmark relative? | No | No | Yes | No |
| Number of holdings | 30-60 | 20-30 | 50-80 | 20-50 |
| Opportunity set | H-shares, A-shares B-shares, ADRs and GDRs | >85% China A-shares | China H-shares | H-shares, A-shares B-shares, ADRs and GDRs |
| Access to A-share market | Shanghai-Hong Kong Stock Connect Program | RQFII | N/A | Shanghai-Hong Kong Stock Connect Program |
| Style | Growth | Quality value | Quality value | Contrarian |

Confidential                                                                                               DEF 00004881

Memorandum
July 2014

## MARKET DATA

There are $51.5B in assets under management in China Equity funds, according to Evestment.  The number of products in the category has almost doubled since 2012, from 66 to 105.  In addition, many competitors are underperforming: 11% of AUM are in China strategies with negative 3 year alpha.

In terms of China Equity UCITS funds, there are $31B in assets under management, managed across more than 100 funds.  The top 5 funds range in size from $4.7B (Fidelity, largest) to $1.6B (GAM, 5th largest).

## GROWTH POTENTIAL

Based on feedback from GRG, we believe there is demand for this strategy and that the strategy could play a part in showcasing Wellington's broader China platform.  In particular, Gigi's strong track record managing an almost identical strategy at her previous firm should be compelling.

## TIMELINES

The urgency to initiate a pool for this strategy is based on 1) launching a vehicle for non-US clients to access a Wellington China strategy (the China A-shares vehicle is targeted at US investors) 2) providing a growth opportunity for a talented investor and 3) broadening and globalizing Wellington Management Fund's current offering.

## SEED CAPITAL (WMP ONLY)

We are seeking seed capital of $1 million for this strategy.  The rationale for the seed capital is to start a track record while simultaneously beginning targeted marketing of the fund.   As soon as we can find a sizeable client to invest in the fund, this seed capital would be returned to the Firm.

Confidential

# **TAB 40**

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

# TAB 41

| | |
|---|---|
| **From:** | Hogbin, Elizabeth A [EAHogbin@wellington.com] |
| **Sent:** | Friday, June 10, 2016 8:17:03 AM |
| **To:** | Argyle, Charles; Baxter, Thomas W. |
| **Subject:** | RE: Update on Gigi |

Just an update after speaking with Gigi today (yesterday was a holiday in HK). She is frustrated regarding not getting meetings and slightly in denial about her presentation skills. She believes that she didn't appropriately understand the briefs of these internal conversations ("I thought they wanted to know what my product was rather than how I would present it") and has been criticised for responding to feedback e.g. Product Messaging Panel told her to "speak more to the page" so then she read verbatim a few of the pages and now is being criticised.

I tried to give her the guidance below about creating success for next week's meeting but it seemed difficult for her to absorb at this moment in time.

I also mentioned that is very normal not to have meetings this early in your track record/Wellington tenure but that seemed frustrating to her as well.

She then "had to go."

Sorry not to report better news.

---

**From:** Hogbin, Elizabeth A
**Sent:** Wednesday, June 08, 2016 11:44 AM
**To:** Argyle, Charles; Baxter, Thomas W.
**Subject:** Update on Gigi

Both

Just want to let you know that I am planning to speak with Gigi tomorrow to let her know that we have been unable to schedule any marketing meetings in the US or London/EMEA in June for China Growth. I expect she will be upset/surprised. I plan to convey that the reason for not being able to get marketing meetings is twofold:
1) Limited demand for China strategies from our client base at this point in time, given the negative headlines etc.
2) GRG perception that her presentation skills need some polishing before they are comfortable taking her on the road

As you may be aware, Gigi had Rogen presentation training this week. As previously scheduled, she is going to have a "Round 2 Dry Run" in Boston with key GRG folks (Morse, Weil, Tubman, Synnestvedt) on Wednesday of Investorpalooza week. Greg Mattiko and I are going to be there. [Charles: in case you have not heard, Round 1 Dry Run went poorly from a presentation skills/inspiring confidence in GRG perspective].

I plan to give her this advice about the Round 2 meeting (please chime in if you feel otherwise):
- Pretend that this is a 1-1 prospect meeting rather than anything else
- Try to relax/get in a ready state of mind beforehand – I have a TED talk on this that Erin Murphy suggested that I will forward her
- Start the meeting by acknowledging that her last presentation did not go as well as she had hoped and thanking the group for their time
- State that she is thinking about approaching this meeting as she would a 1-1 prospect meeting, trying to make it conversational and encourage questions

Any thoughts, guidance or advice you have would be extremely welcome!

Kind regards, Liz

Confidential                                                                                               DEF 00004461

# TAB 42

| | |
|---|---|
| **From:** | Hynes, Jean M. [jmhynes@wellington.com] |
| **Sent:** | Monday, July 11, 2016 7:18:16 PM |
| **To:** | Swords, Brendan J.; Perelmuter, Phillip H. |
| **Subject:** | London thoughts |

Here is the feedback from my week in London – I have bolded some highlights.

# Redacted

DEF 00009641

# Redacted

Greg Mattiko
Wellington has Worked out excellent for Philip - big boost for him. Philips has a tendency to take risk -needs more

observation - more rope. Come across a lot of micro-cap stocks - carve out portfolio - $100-200 mm portfolio. Go to clients. London office.  When he gets to HK, he will focus on an MNPI compliance ethos. Gigi - she has gotten better since product is approved. GRG promised her meetings after investor palooza – but in the end it didn't happen b/c she didn't present well. She thinks Wellington has not respected her and not given her a fair chance. When she presents internally, it is almost acrimonious.  The irony is that she is wonderful with his clients and consultants.  Andria Weil, Tubman, Lee Cohen. Need to get her to take the long view. She is a good investor, thorough, passionate. Really looking forward to going out there.  Wellington could benefit from more EM investors - keep feeding those  strategies to HR. Relies on Rob Wydenbach, Rebecca Sykes, Ann G, Anita, Tommy. Anita and Tommy are less valuation focused. D[Redacted]h and Y[Redacted]. **results have not been as good.** Analyzing banks all macro. Y[Redacted]oesn't cover as much that he would be interested in - Latin America - tend to rely more on J[Redacted] . EE too small. More time for how J[Redacted]e invests. Doesn't know well enough how Mt[Redacted]i invests – shotgun approach - a lot mot short term positions - short term catalysts - different from Greg. Would he be good in a non-momentum environment, less bifurcation environment? But still he is one of the better one's in industry. More conviction with J[Redacted] . J[Redacted]n P[Redacted]respect for how he analyzes companies and D[Redacted] [Redacted] likes how he thinks even though he has gotten a few things wrong. Rely on process over outcome. Avoid energy. N[Redacted]nd team are a good source. C[Redacted]e C[Redacted]s very good. Coming into her own. Great attitude. Work a lot with fixed income. T[Redacted] [Redacted]n - have a hard time integrating into Wellington dialog. Make sure he keeps his voice.

# Redacted

DEF 00009643

# Redacted

Liz Hogbin
EM practice group - 19 strategies - Greg, J<sup>Redacted</sup>e (she does LATAM, Aragau), Gigi with her China group, Greg and
Philip. EMRE and EMSE. EM - more interest - uptick in
client conversations - beginning to see conversations and uptick in allocations in global managers. Weight is 11% in
Global AQWI - beginning to close underweight. Aberdeen
is having struggles b/c firm, Vontobel -PM has left but they have not stumbled yet. Why did he leave - he wanted to be a
star. $35 bb. Greg $3-5 bb - he is glad $3 bb -
feels liquidity. China equity is $50 bb as a category - some replacement opportunity. Average dedicated EM manager is
underweight China. Kent has
suggested putting Gigi, Jun and Bo together. China A is the most commercial potential short term. 40% of clients will
visit HK a year - 60% through London - will VC. 30 big
clients. US trip - move it closer to P&MD.  A<sup>Redacted</sup> s working with her++ Adnan portfolio specialist spending time in
Boston. Murali launching an India strategy. New WMF will
be a huge positive -much more efficient. Will make organization more accountable. E<sup>Reda</sup>  working - she is fantastic,
enables people well, listens well, thinks about
contributing to the team. Realize a night and day difference. To make it concrete – she joined 3 years ago - structurally
covered PMs in the office but didn't help GRG. E<sup>Red</sup>n
had her write a plan and present to F<sup>Redacted</sup>. Before there was a barrier to implement it even though nodding and
agreement - E<sup>Red</sup>n gets it done. **The former leader would email 10x
a year and 9 were about ESG that was tangential E<sup>Reda</sup>n communicates a lot and sends practical, real everyday
things that can help (GRG new structure was one such email).** One of the things she likes that Phil is doing is
community. Newsletter, random lunches. Given sped of growth. Open plan - ease of teaming - really. Greg was a polished
presenter. J<sup>Redacted</sup>e
<sup>Redacted</sup> was less - experience - she has been able to apply everything she learned from Greg to guide him. She thinks J<sub>i</sub><sup>Redacted</sup>
can grow - stepping into EM is key - needs enough track record.
R<sup>Redacted</sup>l gave them a warm B.

# Redacted

# Redacted

*Jean Hynes*

# Redacted

**From:** Hynes, Jean M.

DEF 00009645

**Sent:** Thursday, June 30, 2016 11:32 AM
**To:** Swords, Brendan J.; Perelmuter, Phillip H.
**Subject:** RE: Thank you

Yes, I will have Melissa send it to Katherine

*Jean Hynes*
*Wellington Management Co LLP*
*280 Congress Street,*
*Boston, MA 02210*
*jmhynes@wellington.com*
*617-951-5574*

---

**From:** Swords, Brendan J.
**Sent:** Thursday, June 30, 2016 4:29 PM
**To:** Hynes, Jean M.; Perelmuter, Phillip H.
**Subject:** RE: Thank you

Can you send me your schedule, so I see whom you met with.  Thx.

WMCInternal

---

**From:** Hynes, Jean M.
**Sent:** Thursday, June 30, 2016 10:50 AM
**To:** Perelmuter, Phillip H.; Swords, Brendan J.
**Subject:** FW: Thank you

# Redacted

Redacted

Confidential

# TAB 43

**From:**     Qian, Feng (Alex) [FQian@wellington.com]
**Sent:**     Tuesday, September 20, 2016 3:54:33 AM
**To:**       Hogbin, Elizabeth A
**CC:**       kyu@wellington.com; REHelfer@wellington.com; twbaxter@wellington.com;
              FQian@wellington.com; YYang@wellington.com; NNg@wellington.com; FChen@wellington.com;
              JeKong@wellington.com; KYeung@wellington.com; RYang@wellington.com;
              SWYim@wellington.com; Chan, Gigi; #GRG - China Dedicated Team; Brooks, Philip A.; Yeong,
              Brian; Curley, Jaclyn; Davies, Kate M; Pouillart, Cedric R.; Lim, Belinda
**Subject:**  Re: Potential Hong Kong Equity mandate from China

Gigi, Liz, & all,

I wanted to report that I visited [Redacted] hanghai headquarters for further discussion about this opportunity. I am pleased to share with you that the prospect likes our China Growth approach and Gigi's past investment success. They have tentatively decided to hire us as their investment advisor for this mandate, to be formally approved by their investment committee shortly (which is a required procedure). Well done, Gigi!

We have just received the draft investment advisory agreement and related documents for review and comment. Sally is working with Fiona for English translation, which will be presented to legal for review.

There is also one particular detail that I learned this morning: due to the unique structure of the Connect program, the portfolio assets actually stay onshore. As a result, the client will have to trade the portfolio themselves, following the instruction from Gigi. (**Cedric, Belinda,** can you please confirm?) the client actually is keen to give us the portfolio for full-discretionary management. But they don't think they will be able to get the assets offshore, hence the advisory model, instead of sub-advisory.

We also have a few follow-up items including:

1/ Prepare a revised model portfolio that only invests in stocks covered under the Connect program;

2. Prepare our standard investment guideline for China Growth strategy;

3/ Prepare firm introduction and strategy description materials in Chinese to support [Redacted] marketing.

They also expect that Gigi and other Wellington colleagues will present to selected roadshows and client meetings for their marketing efforts. This can be a fast-moving opportunity, with fund-raising in November/December at the earliest.

Sally, Fan Liang, and I look forward to working closely with Gigi, Liz and other colleagues towards successful closure of this opportunity.

We will reach out to you separately for more detailed discussions and follow-ups.

Thanks,

Alex

On Sep 14, 2016, at 4:36 PM, Hogbin, Elizabeth A <EAHogbin@wellington.com> wrote:

> Copying Brian Yeong as well, as he works with me on this strategy.

Alex

Thanks for your message.  This does indeed sound like something that would be potentially appropriate for Gigi to manage.  Would they invest in H-shares, as well as A-shares?  What about Chinese companies that are US listed?  If they are open to all 3, China Growth sounds like a good option; if not, some variant/customised version of China Growth.  Also, are they ok with having a growth tilt to the portfolio?

Please let us know what you need to proceed.  The marketing generic is on the portal and Jackie Curley can provide the pages with Gigi's historic track record (and the rules for sharing that with this prospect).

Kind regards, Liz

PS: Jackie/Kate when will an updated marketing generic be available? Assume next quarter?

-----Original Message-----
From: Qian, Feng (Alex)
Sent: Wednesday, September 14, 2016 9:20 AM
To: Hogbin, Elizabeth A
Cc: Chan, Gigi; #GRG - China Dedicated Team; Brooks, Philip A.
Subject: Potential Hong Kong Equity mandate from China

Hi Liz,

We have received a call earlier today from our prospect, Shanghai-based [Redacted] They currently manage third party asset totaling [Redacted], for mid- and small-size insurance companies in China. Currently all such assets are invested in China's domestic market.

With the recent development in Shenzhen-Hong Kong Connect, they want to launch a new product to be marketed to their insurance clients. The new product will invest in HK stocks under the Shanghai-HK and Shenzhen-HK Connect program. To Wellington, this will be a separate account sub-advised portfolio with full investment discretion including trading. This will be a total return portfolio (not a benchmark-relative mandate). Given Gigi's success in managing similar funds before, and her interest in taking on such an assignment, I therefore thought she might be a good investor for this opportunity.

I'd appreciate if you can confirm China Growth approach (or a customized version) would be appropriate for this opportunity. I'm traveling and have not had a chance to review the track record information and marketing generic. Sally Yim from our China team may reach out to you for assistance when needed.

Thank you for your attention. Let us know if any questions.

Best regards,

Alex
Wmcinternal

Confidential

# TAB 44

| From: | Mattiko, Gregory A. [GAMattiko@wellington.com] |
|---|---|
| Sent: | Tuesday, June 28, 2016 5:24:24 AM |
| To: | Argyle, Charles |
| Subject: | RE: Hi Charles - Gigi update |

Thanks for the feedback.  Gigi had mentioned to me that it played out exactly as you described below, but from both Erin and Liz the word is that GRG took it the other way.  Sounds like we have a simple miscommunication/misperception issue.  Gigi is out sick again today.  When I do speak with her I will take your advice and just have a positive chat with her about commitment and try to set expectations on how long it might take.   Thankfully it is only a little over a month before I land in HK, so hopefully things go smoother from then on.

**From:** Argyle, Charles
**Sent:** Tuesday, June 28, 2016 1:03 AM
**To:** Mattiko, Gregory A.
**Cc:** Argyle, Charles
**Subject:** Re: Hi Charles - Gigi update

Thanks Greg. I think I was in this meeting and believe there may be an over reaction from GRG this time - my understanding of the context was that she gets inbound calls from head hunters about taking over other funds and therefore there is presumably potential personnel turnover at other firms that we could take advantage of. I really don't think the inference was meant to be that she is a "leaver" (unless this was in a separate meeting). GRG should not be surprised that our investors get calls - I am sure it happens all the time!

Perhaps check with Liz for her perspective too. Given Gigi's tendency to over react I would tread lightly here. That said, #2 is the key question that we should all know the answer to, as clearly there is a perspective that she is not "all in". On #3 I am happy to follow up with GRG if need be.

Sent from my iPhone

On Jun 27, 2016, at 10:18 AM, Mattiko, Gregory A. <GAMattiko@wellington.com> wrote:

Morning.  Hope you had a nice weekend.

Caught up with Erin this morning.  One of the things we spoke about was the latest chapter in the Gigi saga.

Apparently, as part of her GRG presentation the other week she mentioned that she was speaking with headhunters.  I'm sure you either heard this first hand or someone has told you.  To me, this is not a surprise.  But for GRG apparently this was an important declaration that sets back her marketing campaign even more as nobody wants to risk taking a "leaver" around to clients.  I can understand this.  I can also understand that Gigi probably made her comment out of a combination of frustration and insecurity.

Either way, I feel compelled to head this one off at the pass.  Gigi is here this week (though she is off sick today).  I wanted to address a few things with her:

1.  Let her know that her choice to mention that she was being recruited in that forum has set her marketing effort back.
2.  Ask her if she is genuinely interested in staying.  I will also let her know that if she stays she should expect that raising money may take a long time.
3.  That if she intends on staying that the best way to accelerate the marketing process would be for her to go back to key people who attended that meeting and explain herself and why she are committed to making this work.

Wanted to check with you before I had this conversation.  Let me know if you object or would like to handle in a different way.

Greg

DEF 00003907

# **TAB 45**

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**

# **TAB 46**

**From:**     Oh, Jun Y. [JYOh@wellington.com]
**Sent:**     Wednesday, August 05, 2015 9:07:25 PM
**To:**       Swords, Brendan J.; Argyle, Charles; Baxter, Thomas W.; Perumal, Janet
**Subject:**  China Contrarian Fund

Brendan, Charles, and Tom,

I want to propose doing a China Contrarian Fund. This is the right time to start such a product due to the negative sentiment around China.  Furthermore, it is clear now that MSCI will include China in the major indices over the next several years, and China will become its own equity asset class, similar to Japan.

As a firm, Kent Stahl has mentioned that we have struggled to match the potential investor demand for Japan equity due to capacity constraints, and we had similar issue with EM equity before Greg Mattiko joined.  I think it makes sense for Wellington build up a suite of China-dedicated funds in advance of the future potential demand.

Of course, our team's resource capacity is a concern, but already we spend a ton of time on Chinese equity, and this new product would in effect be a carve-out of the Chinese names in Asia ex-Japan Contrarian.

As for funding, we can try tapping Wellington client base, but my guess is that interest will be muted due to all the concerns surrounding China and its economy. The other path we can take is convert the original Asia Contrarian fund, which started in 2008, into China Contrarian. The original fund has served its purpose in terms of building  track records for the two sleeves – Japan Contrarian and Asia ex Japan Contrarian.  I think there are only a handful of investors (few partners of the firm) in the fund so it might be easy to change the mandate.

Please let me know your thoughts.

Confidential                                                                                      DEF 00028591

# **TAB 47-48**

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**