# EXHIBIT P

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**