# EXHIBIT S

**(WITHHELD PURSUANT TO PROTECTIVE ORDER PENIDNG POSSIBLE MOTION TO SEAL)**