# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

GIGI KAI ZI CHAN,

             Plaintiff,

v.

WELLINGTON MANAGEMENT COMPANY
LLP and CHARLES ARGYLE,

             Defendants.

Civil Action No. 19-cv-11605-WGY

## EXHIBITS TO DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED FACTS AND RESPONSE TO PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS

Defendants Wellington Management Company LLP and Charles Argyle file this index of Defendants' exhibits submitted in support of their motion for summary judgement.

**Docket No.**

**055-1**

Exhibit A    Declaration of Henry Philip

Exhibit 1    Wellington's December 2016 Policy against Discrimination or Harassment and September 2014 Harassment Policy

Exhibit 2    Interview Feedback Summary for Plaintiff's 2013 and 2014 Interviews

Exhibit 3    Chan Employment Application

Exhibit 4    4/8/14 Offer Letter to Gigi Chan

Exhibit 5    Chan 2014 Self-Evaluation

Exhibit 6    10/7/15 Email from Gigi Chan to herself

Exhibit 7    12/8/15 Email from Thomas Baxter to Gigi Chan

Exhibit 8    5/31/16 Email from Elizabeth Hogbin to Thomas Baxter

1

Exhibit 9      6/10/16 Email from Elizabeth Hogbin to Thomas Baxter

Exhibit 10     6/21/16 Email from Elizabeth Hogbin to various Wellington individuals

Exhibit 11     8/3/16 Email from Gregory Mattiko to Charles Argyle and Terrence Burgess

Exhibit 12     8/26/16 Email from Cheryl Duckworth to various individuals at Wellington

Exhibit 13     9/1/16 Email from Gregory Mattiko to Charles Argyle

Exhibit 14     10/19/16 Email from Thomas Baxter to Charles Argyle

Exhibit 15     Gigi Chan's 2016 Self Evaluation

Exhibit 16     2016 Summary of Peer Feedback for Gigi Chan

Exhibit 17     11/22/16 Email from Charles Argyle to Gigi Chan

Exhibit 18     5/3/17 Email between Charles Argyle and Gregory Mattiko

Exhibit 19     5/4/17 Email between Charles Argyle and Henry Philip

Exhibit 20     10/19/16 Email between Alex Qian and Gigi Chan

Exhibit 21     10/15/15 Email from Thomas Baxter to Charles Argyle

Exhibit 22     6/23/17 Email from Henry Philip to Karen Tang

**055-2**

Exhibit B     Transcript – Thomas Baxter – 10/16/2020

**055-3**

Exhibit C     Transcript – Gigi Kai Zi Chan – Volume 2 – 10/7/2020

**055-4**

Exhibit D     Transcript – Gigi Kai Zi Chan – 10/6/2020

**055-5**

Exhibit E     Transcript – Charles Argyle – 10/28/2020

**055-6**

Exhibit F     Chan's Answers and Objections to Defendant's First Set of Interrogatories

**055-7**

Exhibit G     Declaration of Deborah Lombardo

| | | |
|---|---|---|
| Exhibit 1 | | Chan's Answers and Objections to Defendant's First Set of Interrogatories |
| Exhibit 2 | | Audio Recording of Charles Argyle and Thomas Baxter |
| Exhibit 3 | | Transcription of 11/2/16 conversation between Chan, Charles Argyle and Tom Baxter |
| Exhibit 4 | | 5/31/17 Audio Recording of Greg Mattiko |
| Exhibit 5 | | 5/31/17 Transcription of Conversation between GigiChan and Greg Mattiko |
| Exhibit 6 | | Withheld |
| Exhibit 7 | | Resume of Gigi Chan |

**055-8**

Exhibit H    Transcript – Henry Philip – 10/14/2020

**055-9**

Exhibit I    Transcript – Greg Mattiko – 10/21/2020

**055-10**

Exhibit J    Transcript – Greg Mattiko 10/22/2020

**055-11**

Exhibit K    Transcript - Maxence Vinot – 11/12/2020

**070**

Exhibit V    Additional Transcript – Greg Mattiko – 10/21/2020 (attached to Wellington Management Company LLP and Charles Argyle Response to Plaintiff's Local Rule 56.1 Statement of Undisputed Facts)

Respectfully Submitted,
Defendants,

WELLINGTON   MANAGEMENT   COMPANY
LLP and CHARLES ARGYLE,

By their attorneys,

*/s/ Stephen T. Paterniti*
Stephen T. Paterniti, BBO# 564860
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts  02116
TELE: (617) 367-0025
FACSIMILE: (617) 367-2155

Beverly Garofalo
Admitted *Pro Hac Vice*
JACKSON LEWIS P.C.
90 State House Square
Hartford, Connecticut 06109
TELE:  (860) 331-1535
FACSIMILE:  (860) 247-1330

Dated:  April 14, 2021

**<u>CERTIFICATE OF SERVICE</u>**

     This hereby certifies that on April 14, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                             */s/ Stephen T. Paterniti*
                                           Jackson Lewis, PC