UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,<br><br>    Defendants. | Civil Action No. 1:19-CV-11605-WGY |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1 (b)(3), Plaintiff seeks leave to file the attached proposed sur-reply memorandum in opposition to Defendants' motion for summary judgment.

As good cause for this motion, Plaintiff states that the proposed sur-reply addresses several discrete arguments raised in Defendants' reply brief, and would likely assist the Court in preparation for the upcoming oral argument.

Undersigned has conferred with counsel for Defendants regarding the relief requested herein, and Defendants' counsel has advised that they take no position.

WHEREFORE, Plaintiff respectfully requests that this motion be grated and that she be granted leave to file the proposed sur-reply brief attached hereto.

Respectfully submitted,

*/s/ Patrick J. Hannon*
Patrick J. Hannon (BBO# 664958)
Hartley Michon Robb Hannon, LLP
155 Seaport Blvd., 2nd Floor
Boston, MA 02210
P: (617) 723-8000
F: (617) 447-2800
phannon@hmrhlaw.com

**CERTIFICATE OF SERVICE**

I, Patrick J. Hannon, counsel for Plaintiff, Gigi Kai Zi Chan, hereby certify that on May 3, 2021, I caused a copy of the within document to be served upon counsel of record via filing with Court's CM/ECF system.

*/s/ Patrick J. Hannon*
Patrick J. Hannon

2