PATRICIA A. WASHIENKO (BBO 641615)
pwashienko@fwlawboston.com
BRENDAN T. SWEENEY (BBO 703992)
bsweeney@fwlawboston.com
FREIBERGER & WASHIENKO, LLC
211 Congress Street, Suite 720
Boston, Massachusetts 02110
Telephone:  617-723-0008
Fax:  617-723-0009

Attorneys for Non-Party Witness Mina Koide

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>    Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE<br><br>    Defendants. | Civ. Action No. 19-cv-11605-WGY |

## NOTICE OF APPEARANCE OF COUNSEL

Now comes the undersigned and hereby notifies the Court and parties of the entry of appearance of Patricia A. Washienko of Freiberger & Washienko LLC as counsel for non-party witness Mina Koide for the limited purpose of filing a Motion to Quash the Subpoena served by the Plaintiff, Gigi Kai Zi Chan, in the above-captioned matter.

Respectfully Submitted,

/s/ Patricia A. Washienko
Patricia A. Washienko, BBO# 641615
pwashienko@fwlawboston.com
Brendan T. Sweeney, BBO # 703992
bsweeney@fwlawboston.com

> FREIBERGER & WASHIENKO, LLC
> 211 Congress Street, Suite 720
> Boston, MA  02110
> p:  617.723.0008  f:  617.723.0009

Dated: August 25, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

> /s/ Patricia A. Washienko
> Patricia A. Washienko