# Exhibit B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>      Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE<br><br>      Defendants. | Civ. Action No. 19-cv-11605-WGY |

### **AFFIDAVIT OF PATRICIA A. WASHIENKO, ESQ. IN SUPPORT OF NON-PARTY WITNESS MINA KOIDE'S MOTION TO QUASH TRIAL SUBPOENA**

I, Patricia A. Washienko, Esq., under oath, depose and state as follows:

1. I am an attorney and a partner at the law firm Freiberger & Washienko, LLC.

2. I represent Mina Koide in her action in the Suffolk Superior Court against Wellington Management Company LLP, Wellington Management Group LLP, Brendan Swords, Charles Argyle, Cynthia Clarke, and Tama Donovan (1884CV03569).

3. On August 11, 2021, Attorney Patrick Hannon, counsel for the Plaintiff in the above-captioned action, sent to me via email a Subpoena to Testify at the Trial directed to my client Ms. Koide.

4. After receiving the Subpoena, on August 13, 2021, I spoke with Attorney Hannon concerning the Subpoena issued to Ms. Koide.

5. Attorney Hannon stated to me that he intends to elicit testimony from Ms. Koide concerning an alleged "timeline" of disparate treatment that Ms. Chan suffered following Ms. Koide's filing of a Charge of Discrimination against Wellington Management

Company LLP (and Wellington Management Group LLP, et al.) at the Massachusetts Commission Against Discrimination ("MCAD ").

Signed under the pains and penalties of perjury this 25th day of August, 2021.

                                              Patricia A. Washienko, Esq.