# Exhibit C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

GIGI KAI ZI CHAN,

      Plaintiff,

v.

WELLINGTON MANAGEMENT
COMPANY LLP AND CHARLES
ARGYLE

      Defendants.

Civ. Action No. 19-cv-11605-WGY

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion of Non-Party Witness Mina Koide to Quash the Subpoena to Testify at Trial served on her in the matter *Gigi Kai Zi Chan v. Wellington Management Company LLP and Charles Argyle*, currently pending in the U.S. District Court for the District of Massachusetts:  it is hereby ORDERED that the motion to quash is ALLOWED in its entirety.

_____
The Honorable William G. Young
District Judge, District of Massachusetts