IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>  Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE<br><br>  Defendants. | C.A. NO.: 1:19-cv-11605 |

**UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO MOTION TO QUASH**

Plaintiff, Gigi Kai Zi Chan, hereby moves for a 7-day extension of time, until September 15, 2021, to respond to the motion to quash filed by non-party Mina Koide on August 25, 2021 (DE 82).

As grounds for this motion, Plaintiff states that additional time is needed due to her counsel's family vacation.

Undersigned counsel has conferred with counsel for Ms. Koide and Defendants, and they have confirmed that they do not oppose the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge the time for her to file a response to the motion to quash until September 15, 2021.

Dated: September 8, 2021

           GIGI KAI ZI CHAN

           By her attorneys,

           */s/ Patrick J. Hannon*
           Patrick J. Hannon (BBO #664958)
           Hartley Michon Robb Hannon LLP
           155 Seaport Boulevard, 2nd Floor
           Boston, MA 02210
           phannon@hmrhlaw.com
           (617) 723-8000
           Attorneys For Plaintiff

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that Plaintiff's counsel has conferred in good faith with counsel for all interested parties on the issues set forth in the foregoing motion prior to bringing this motion.

           /s/ *Patrick J. Hannon*
           Patrick J. Hannon

## **CERTIFICATE OF SERVICE**

I, Patrick J. Hannon, certify that on this 8th day of September 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendants by electronically serving their counsel of record.

           /s/ *Patrick J. Hannon*
           Patrick J. Hannon