# EXHIBIT E

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 1:19-CV-11605-WGY

- - -

GIGI KAI ZI CHAN,                    :
                                     :
            Plaintiff,               :
                                     :
     v.                              :
                                     :
WELLINGTON MANAGEMENT COMPANY:
LLP and CHARLES ARGYLE,              :
                                     :
            Defendants.              :


- - -

AUDIO TRANSCRIPTION

- - -


Audio transcription of

conversation between GIGI CHAN, CHARLES

ARGYLE, and TOM BAXTER held on November

2, 2016.  The following was transcribed

from a file entitled "GC vs W_Recording

20161102, Charles Argyle (& Tom Baxter)."


- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 2

1              - - -
2         MS. CHAN:  Sorry.  I had a
3    bit of spillage.
4         MR. ARGYLE:  That's all
5    right.
6         MS. CHAN:  (Indiscernible.)
7         MR. ARGYLE:
8    (Indiscernible.)
9         MS. CHAN:  I think it's that
10    one that's furthest away.
11         MR. ARGYLE:  I also asked
12    Tom to come just for continuity's
13    sake because (indiscernible) the
14    last three days.
15         MS. CHAN:  That one.  Hi.
16         MR. BAXTER:  The PSATs had a
17    lot of math questions
18    (indiscernible).
19         MR. ARGYLE:  Oh, maths?
20         MR. BAXTER:  (Indiscernible)
21    about the school though.  The math
22    (indiscernible) rigorous enough
23    we're finding out.
24         MS. CHAN:  What's that?

Page 3

1         MR. BAXTER:  PSAT is like a
2    practice SAT.  It's the college
3    entrance exam in the US.
4         MS. CHAN:  Right.
5         MR. ARGYLE:  It's hell on
6    Earth.  It's not -- not -- it's
7    just a format.  Imagine A-levels
8    and the whole country taking one
9    multiple-choice test for three
10    hours.  (Indiscernible.)  But
11    fortunately they say they heavily
12    weight the --
13         MR. BAXTER:  The grade.
14         MR. ARGYLE:  -- your
15    grade -- your in-class grades.
16         MS. CHAN:  Right.
17         MR. ARGYLE:  Unlike, you
18    know, obviously A-levels are
19    A-levels (indiscernible).
20         MS. CHAN:  Yeah.
21         MR. ARGYLE:  A-levels are
22    A-levels.
23         So I want to catch up.  I
24    haven't seen you for a long time.

Page 4

1         MS. CHAN:  Yes.
2         MR. ARGYLE:  Since Investor
3    Palooza --
4         MS. CHAN:  Yes.
5         MR. ARGYLE:  -- I think.  So
6    congratulations.  I didn't
7    (indiscernible) Investor Palooza.
8         MS. CHAN:  Oh, yeah.  Thank
9    you.
10         MR. ARGYLE:  So I think what
11    I am trying accomplish today is, I
12    want to talk about backup plans --
13         MS. CHAN:  Yeah.
14         MR. ARGYLE:  -- for when
15    you're out --
16         MS. CHAN:  Yeah.
17         MR. ARGYLE:  -- which I
18    believe is early to mid-December.
19         MS. CHAN:  Yeah.  Probably
20    from mid-December onwards.
21         MR. ARGYLE:  Okay.
22         MS. CHAN:  Yeah.
23         MR. ARGYLE:  And then also I
24    wanted to share some of the

Page 5

1    feedback we've -- we've received
2    kind of --
3         MS. CHAN:  Okay.
4         MR. ARGYLE:  -- as part of
5    the -- as part of the year-end
6    process, and more broadly as well
7    because I think that's an
8    important thing to talk about.
9         MS. CHAN:  Yeah.
10         MR. ARGYLE:  Just, well, I'm
11    here face-to-face.
12         MS. CHAN:  Yup.
13         MR. ARGYLE:  Tom may chip
14    in.
15         So -- so just to -- just
16    want to make sure we're all on the
17    same page with respect to
18    maternity leave.  So it's 14 weeks
19    of paid leave.
20         MS. CHAN:  Yup.
21         MR. ARGYLE:  Legally, we
22    cannot and will not expect you to
23    work during those 14 weeks at all.
24         MS. CHAN:  Yup.



Page 6

1  MR. ARGYLE:  We would
2  like -- I'd like to know your
3  thoughts with respect to backup,
4  especially for China Growth
5  because that exists today.
6  MS. CHAN:  Yup.
7  MR. ARGYLE:  And let's start
8  there.
9  MS. CHAN:  Okay.  I -- when
10  you say illegally I cannot -- you
11  mean that I cannot --
12  MR. ARGYLE:  No.  I said
13  legally we -- we cannot require
14  you to work --
15  MS. CHAN:  Oh, no, no, no.
16  MR. ARGYLE:  -- on your
17  maternity leave.
18  MS. CHAN:  Sure.  So -- but,
19  you know, I'm happy to put on
20  trades and stuff.  I don't think
21  that would be particularly
22  onerous.  I've been on a
23  sabbatical before and managing a
24  fund.  In fact, I was out of

Page 7

1  e-mail range in the Bolivian
2  Amazon for a week so, you know,
3  that --
4  MR. ARGYLE:  Um-hm.
5  MS. CHAN:  -- posed an
6  enormous amount of problems.  So
7  particularly kind of with Hong
8  Kong being so small, I think
9  it'll -- you know, what I'm happy
10  to do is just, you know, react to
11  any news and -- and I can work
12  from home and -- and just trade
13  and do that and keep an eye on
14  things.
15  I think realistically -- I
16  mean, because -- you know, if --
17  if there had to be a named
18  backup -- I don't know -- I mean,
19  you know, Greg probably sort of
20  knows --
21  MR. ARGYLE:  Um-hm.
22  MS. CHAN:  -- the way I
23  think the most.  I -- I wouldn't
24  imagine it requiring sort of that

Page 8

1  much, you know, real backing up.
2  It's just if there was a real,
3  real, real emergency.  But as I
4  said, kind of, you know, in this
5  day and age, like, robot
6  technology's good.  I -- I
7  don't --
8  MR. ARGYLE:  Yeah.
9  MS. CHAN:  -- think it would
10  be a matter for them.  I mean,
11  obviously, I haven't had a baby
12  before so -- everyone says it
13  changes and stuff -- but I have
14  managed money since 2004.  So, you
15  know, I do know what fund
16  management entails even if I don't
17  know what having a baby entails.
18  So, you know, I think -- I think
19  it's -- it's doable would be my
20  (indiscernible).
21  MR. BAXTER:  (Indiscernible)
22  Greg would be, you know, the
23  somebody (indiscernible) --
24  MS. CHAN:  Sure.

Page 9

1  MR. BAXTER:  -- when you're
2  away.
3  MS. CHAN:  Yeah.
4  MR. BAXTER:  If Greg is that
5  person.
6  MS. CHAN:  Yeah.  No.  Which
7  I understand.  I think it's just,
8  you know, a combination of, you
9  know, he knows how I think --
10  MR. ARGYLE:  Um-hm.
11  MS. CHAN:  -- you know, he's
12  got some common holdings, you
13  know, and that -- you know, he --
14  you know, he's licensed to trade
15  and --
16  MR. BAXTER:  Um-hm.
17  MR. ARGYLE:  Yeah.
18  MS. CHAN:  -- et cetera, so,
19  you know, from a practicality
20  standpoint -- and he himself said,
21  you know, if anything kind of
22  needed to be sort of looked over
23  while I'm gone, he had offered
24  so...



Page 10

1    MR. ARGYLE: So that's fine.
2  I think — so I actually don't
3  disagree that, you know, you might
4  be fully capable of -- of
5  fulfilling the entirety of PM
6  responsibilities from, you know,
7  home with a new family and
8  everything, which is very
9  exciting. I think the other --
10  you know, obviously, the point of
11  having a — it's good to have a
12  named backup —
13    MS. CHAN: Yup, yup.
14    MR. ARGYLE: — should you
15  decide that --
16    MS. CHAN: Yup.
17    MR. ARGYLE: — it's not
18  evolving how you expected it to
19  evolve or, frankly, you know, you
20  just want to use this opportunity
21  to -- to, you know, spend time
22  with your -- with your new -- even
23  more time with your new baby. And
24  so it's good to have that cleared

Page 11

1  up anyway.
2    MS. CHAN: Yeah.
3    MR. ARGYLE: I do -- will
4  probably have to -- but we would
5  definitely have to put something
6  in writing --
7    MS. CHAN: Yes.
8    MR. ARGYLE: — just to
9  clear -- just so, you know, we're
10  all on the same page.
11    MS. CHAN: Yup.
12    MR. ARGYLE: You know,
13  I'm -- I -- I don't have concerns,
14  but we can't -- I want to be very
15  clear. We can't ask you to be --
16    MS. CHAN: Yup.
17    MR. ARGYLE: — to, you
18  know --
19    MS. CHAN: Oh, yup, yup.
20    MR. ARGYLE: — fulfill the
21  PM responsibilities when you're
22  out.
23    MS. CHAN: Yeah.
24    MR. ARGYLE: And -- and

Page 12

1  we're more than happy to come up
2  with alternative plans --
3    MS. CHAN: Yup, yup.
4    MR. ARGYLE: — if that's
5  what you wish, or if that's what
6  you wish —
7    MS. CHAN: Yeah.
8    MR. ARGYLE: -- three weeks
9  in, six weeks in, ten weeks in.
10  So...
11    MS. CHAN: Yup. Well, it
12  being only 14 weeks, that's not
13  that much time for me to change my
14  mind, to be perfectly honest
15  but -- so, you know, it's --
16  that's the plan and, you know,
17  it's -- it's -- if I leave a short
18  amount of time --
19    MR. ARGYLE: There will be
20  moments where it's going very
21  fast.
22    MS. CHAN: I'm sure. I'm
23  sure.
24    MR. ARGYLE: I do — I do --

Page 13

1    MS. CHAN: I'm sure.
2    MR. ARGYLE: We -- we have
3  not -- we've both, you know, both
4  been parents. (Indiscernible)
5  seems to go very slow, if I
6  remember those first three months
7  correctly.
8    But — but anyway, you know,
9  I think the most -- you know, it's
10  an important -- well, it's really
11  up to you how you feel but —
12    MS. CHAN: Yup.
13    MR. ARGYLE: -- you know,
14  it's a -- it's a special moment in
15  your life so --
16    MS. CHAN: Yup.
17    MR. ARGYLE: -- we don't
18  want to be --
19    MS. CHAN: Yup. And I
20  think -- I mean, to be honest,
21  compared to my old work, it's
22  actually — there's actually less
23  need for backup because, you know,
24  it's dealing with flows. And



4 (Pages 10 to 13)

1  there's -- I see no flows, so, you
2  know, it's not something that kind
3  of has to be dealt with on a daily
4  basis or whatever it is --
5        MR. ARGYLE: Um-hm.
6        MS. CHAN: -- in terms of --
7  you know, it's just really
8  reacting to news and kind of
9  making decisions but not, you
10  know, kind of client-imposed flows
11  and deadlines that have to kind of
12  happen straightaway. For that
13  reason, we always had a named
14  backup from the word go, but --
15  but, you know, and there was kind
16  of a policy as to kind of doing
17  programs whatever it is. But I
18  think it's actually much simpler
19  as it's set up as it is so...
20        MR. ARGYLE: Great. So
21  we'll probably -- so I just want
22  to -- I would -- look out for me
23  confirming that --
24        MS. CHAN: Yeah, yeah.

1        MR. ARGYLE: -- in writing
2  at some point just to make sure
3  we're all on the same page.
4        MS. CHAN: Yup.
5        MR. ARGYLE: So the other
6  thing I wanted to do is just
7  provide really this opportunity to
8  give you some feedback.
9        MS. CHAN: Um-hm.
10        MR. ARGYLE: You know, I --
11  honestly, I'm just gonna be honest
12  with you here. I read --
13        MS. CHAN: Yeah.
14        MR. ARGYLE: I read the
15  feedback on you from various
16  peers --
17        MS. CHAN: Yeah.
18        MR. ARGYLE: -- around the
19  firm. And it -- it was
20  disappointing. I'll -- I'll get
21  into more detail. There were
22  certain areas that were -- that
23  were positive. I think your
24  knowledge of the Chinese capital

1  markets and Chinese stocks --
2        MS. CHAN: Um-hm.
3        MR. ARGYLE: -- is broadly
4  not disputed. I've got to have
5  some winners and losers in every
6  single year, right?
7        MS. CHAN: Um-hm.
8        MR. ARGYLE: But still
9  your -- the way in which you
10  choose to engage with your fellow
11  professionals in various roles is
12  frankly disappointing --
13        MS. CHAN: Um-hm.
14        MR. ARGYLE: -- and
15  pervasive in the -- in the
16  feedback, and sometimes not
17  engaging. So, you know, being
18  disengaged in -- in various forums
19  and -- yeah. Just -- let me just
20  paint the picture, you know, very
21  quickly in this peer-reviewed
22  feedback we do.
23        So there's 114 investment
24  professionals in GPM. We ask, you

1  know -- and this is just one tile
2  in the mosaic. But we ask for
3  feedback in collaboration, depth,
4  idea generation, and money-making,
5  and -- and you rank, out of 114,
6  110th in collaboration, 95th on
7  depth, 111th on idea generation,
8  and 109th with respect to
9  money-making, which is obviously
10  disappointing.
11        But more disappointing for
12  me is -- is just the continual
13  discontent you seem to have
14  working here with the colleagues
15  you work with on a -- on a regular
16  basis, with the flows, and -- and
17  we're really worried about that
18  and whether -- and the
19  sustainability of that. And, you
20  know, I know you -- you are --
21  you -- and you -- and you state
22  articulately in your self-review
23  how frustrated you are.
24        MS. CHAN: Um-hm.



5 (Pages 14 to 17)

Page 18

1    MR. ARGYLE:  But GRG have
2  literally hundreds of different
3  investment approaches to go out
4  and market.  The feedback they
5  give to me is:  Why should we
6  market something where we're not
7  actually convinced -- where the PM
8  is very clear how unhappy they are
9  at this firm, and we're not
10  actually convinced whether she'll
11  be here in six months.
12    MS. CHAN:  Um...
13    MR. ARGYLE:  So I'm
14  asking --
15    MS. CHAN:  No, no.  And --
16  and I think -- I think, you know,
17  this is kind of -- I think the
18  picture that you're painting is
19  quite anachronistic because, you
20  know, I am -- you know, going into
21  the launch process and going into
22  the marketing process, you know,
23  there was -- I was 100 percent
24  constructive.  I was not

Page 19

1  dissatisfied -- well, I was -- you
2  know, I realize that as well, of
3  course, and all of my energies
4  went into -- went into, you know,
5  full steam ahead.  Whatever GRG
6  demanded I took onboard.  I was
7  constructive.  And I tried as best
8  as I could to meet their demands
9  in order to -- to get marketed.
10    Now, it's very easy to say
11  afterwards, you know, them having
12  kind of -- me having been given so
13  much conflicting feedback and --
14  or, you know, conflicting goals
15  and aims or -- I mean, you know,
16  to be honest, that marketing trip
17  was completely -- you know, before
18  then, there was no element of
19  discontent.  But, you know, after
20  that -- to GRG.  Whatever I had
21  said to you, you know, I'm
22  professional.  I kept everything
23  professional.
24    My aim was to launch the

Page 20

1  fund and to get it marketed.  All
2  of the feedback about kind of
3  taking on, you know, how to sell
4  Wellington, you know,
5  everything -- you know, I sold
6  this product before.  But of
7  course the new part was how to
8  integrate it into the platform,
9  how to make it easier for GRG to
10  sell, how to -- how to talk more
11  happily about collaboration, all
12  of those things -- there was a lot
13  of feedback on that.  All of those
14  things I kept onboard -- I took
15  onboard.  Whatever processes, you
16  know, I delivered everything kind
17  of ahead of time.  I was doing a
18  lot of stuff myself.
19    And, you know, when you've
20  put in so much effort and when
21  people just disrespect the time
22  and the work that you've put in
23  and a week before a trip is
24  scheduled just to cancel it

Page 21

1  without adequate explanation, I
2  think that is cause for discontent
3  afterwards.
4    Now, it's very easy to say
5  afterwards when the discontent
6  happened, Oh, you know, how do we
7  know she's gonna stay?
8    Well, actually, ahead of it,
9  there was absolutely -- you know,
10  whatever I had said to you I had
11  kept between us.  I had never said
12  anything to anybody else about not
13  being happy about anything.  It
14  was -- I was completely focused.
15    So, you know, I think it's
16  very easy for people to -- for
17  everyone to turn -- you know,
18  say -- not take responsibility
19  for -- for -- you know, to be
20  honest, I didn't think it was
21  handled very professionally.
22    So yes, I am unhappy.  And
23  yes, afterwards I'm unhappy.  But,
24  you know, I will definitely



|  | Page 22 |
| --- | --- |

1  emphasize that -- that when --
2  when people -- you know, when
3  you're working together with
4  somebody, with other people, they
5  have to be up-front about what the
6  steps are, what's realistic,
7  what's achievable, what the
8  possible outcomes are.  If I've
9  been kept in the dark on any of
10 those, it's hard for me to work
11 together with changing goalposts,
12 unclear goals.
13       MR. ARGYLE:  Gigi, I
14 remember a year ago -- or 11
15 months ago to be precise --
16 talking to you about, We will get
17 the fund launched.  And I put a
18 lot of capital into that, right?
19 Not dollar capital but personal
20 capital.  Right?  I have --
21 actually -- there was -- there was
22 another fund that wasn't launched
23 because your fund was launched.
24 Right?  There's only so many funds

|  | Page 23 |
| --- | --- |

1  we can launch every single --
2  every year.  All right?  So that
3  was my decision and I take
4  responsibility for that.
5       But I -- 11 months ago I was
6  very clear with you that once
7  funds are launched here, it can
8  take a long time for the assets to
9  come into the fund.
10      MS. CHAN:  I -- and -- and
11 11 months ago, if you remember, I
12 said I understand that it takes a
13 long time for assets to come in.
14 What I asked you then, and what
15 I've -- I kept on asking, was,
16 actually, it's not assets that I'm
17 asking for, it's access to
18 clients.  And the reason why it
19 takes so long to ramp up assets is
20 because it takes a long time to
21 ramp up trust with clients.  I
22 said that 11 months ago and I
23 still maintain that now.
24      And you -- and, you know,

|  | Page 24 |
| --- | --- |

1  and I was very clear about that.
2  I am completely realistic about
3  AUM.  However, I was not guided
4  along after we saw each other and,
5  you know, indeed, in the run-up to
6  when there was supposed to be a
7  marketing schedule that I was
8  gonna end up with zero client
9  meetings and to be told a week
10 before that I -- basically I have
11 to change my travel plans --
12 which, to be honest, even
13 regardless of whether there were
14 meetings or not, just as a matter
15 of professionalism and respect for
16 other people's time and energy,
17 people should be clear about kind
18 of like -- you know, how would you
19 feel if someone -- and, you know,
20 internal, of course, if -- you
21 know, it's sort of client-related,
22 but, you know, if it was just
23 internal, Oh, we decided to cancel
24 just a week in advance.

|  | Page 25 |
| --- | --- |

1       Now -- and, you know, again,
2  before then, you know, everyone
3  says afterwards, Oh, this is the
4  Wellington way or whatever.  But,
5  you know, I don't believe that it
6  was clearly communicated to me
7  before because otherwise I
8  wouldn't have planned my travel
9  schedule that way.  I wouldn't
10 have planned my life that way.
11      And, you know -- you know,
12 I'd like to see any sort of
13 e-mails or anything, you know,
14 that -- that would have, you know,
15 suggested that -- that that was an
16 outcome.  And it wasn't that way.
17      So, you know, I think
18 it's -- you know, it wasn't --
19 and -- and -- and yes, launch
20 happened with delays and also with
21 lots of operational issues
22 afterwards as well, which I had to
23 sort out, you know, but yeah, a
24 fund was launched.  But certainly,



Page 26

1  you know, the point about access
2  to clients, I have never once
3  asked for, you know, that for
4  magical AUM.  And I have always
5  emphasized how I -- I've done the
6  fundraising before.  I know how
7  long it takes.  It was always
8  about access.
9       And so it's just, you know,
10  the -- and I -- you know, I know,
11  yeah, Wellington's set up in
12  whatever way, but, you know,
13  someone somewhere is communicating
14  or not communicating with me or
15  someone somewhere is saying if
16  something is possible, then it's
17  not possible.  There's just been a
18  breakdown.
19       Now, you know, everyone says
20  it's not them.  You know, from my
21  point of view it's just -- what I
22  know is I've been -- I've been
23  told XYZ by these people, and then
24  goalposts get changed by some

Page 27

1  other people, and then, you know,
2  things don't happen.
3       So yes, I am definitely
4  upset about it now, but, you know,
5  that's a complete anachronism,
6  particulary from a GRG
7  standpoint, that I had shown any
8  unhappiness about it at all.
9  Because if I had been unhappy
10  about the way that GRG, you know,
11  was, you know, they wouldn't have
12  sort of -- you know, I mean, I was
13  working -- I was working at night,
14  I was working as being
15  (indiscernible) with myself, I was
16  doing, you know, a lot of -- you
17  know, because actually, a lot of
18  it had to be redone and, you know,
19  and stuff.  I was sending stuff,
20  chasing people, I was doing a lot
21  of it myself.  If -- if I was, you
22  know, sort of -- I definitely was
23  not disengaged then.
24       But I -- whatever's happened

Page 28

1  has definitely been extremely
2  disappointing for me and -- you
3  know, and -- you know,
4  realistically, if -- if people
5  aren't gonna treat me in an
6  up-front manner, if people aren't
7  gonna be clear with me, then it's
8  hard for me to -- to work -- to --
9  to work well with them and -- but
10  this has happened afterwards.
11       MR. ARGYLE:  So I'm just
12  gonna go through a whole lot of
13  feedback because I want to hit it,
14  and then we can come back to --
15       MS. CHAN:  Um-hm.
16       MR. ARGYLE:  -- individual
17  things.  All right?
18       MS. CHAN:  Yup.
19       MR. ARGYLE:  Gigi seems to
20  have an attitude of how can the
21  firm help me rather than how can I
22  help the firm.  Gigi does not have
23  the long-term orientation of
24  Wellington.

Page 29

1       You know, specific from
2  Greg:  I'm disappointed with her
3  contribution to the team.  Earlier
4  on this year I tested how long it
5  would be for Gigi to proactively
6  reach out to me about anything.
7  It was weeks before she reached
8  out to me on the EMO team.
9  Eventually I had to reach out to
10  her.  Her contribution to ILP
11  (indiscernible) investors in the
12  morning meeting are anemic.
13       People are coming to --
14  to -- people the whole time
15  saying:  What is the matter with
16  Gigi?  How come every time we come
17  to Hong Kong Gigi uses it as an
18  opportunity to complain?
19       I honestly think people
20  are -- are scared of you.  They
21  don't -- sometimes, you know,
22  it's -- it's -- why will we
23  provide the feedback if -- if we
24  will get debate back.  There's no



8 (Pages 26 to 29)

Page 30

1  gratefulness for the things that
2  have gone well, that have gone
3  as -- you know, as planned.  Not
4  everything does go to plan in this
5  business, but there's no
6  gratefulness for things that have
7  gone as well.  (Indiscernible.)
8  You know?
9      Global PM:  No value -- no
10  value added.  She does not -- she
11  just does not communicate.
12      GIA with high -- high
13  overlap with you:  Surprisingly
14  limited interaction with Gigi.  I
15  hope that she can learn to involve
16  GIAs more actively in her process.
17  Gigi needs to assume that people
18  are actually trying to help her.
19  She can take more initiatives to
20  share thoughts on the stocks she
21  knows.  She could -- Gigi believes
22  that Wellington and the people
23  here -- who work here do not want
24  her to succeed.

Page 31

1      Gigi is unwilling to
2  collaborate in EMM.  Gigi creates
3  the impression that she does not
4  appreciate being part of the
5  Wellington platform.
6      I didn't write any of this.
7      MS. CHAN:  I'm not
8  suggesting you did, Charles.
9      MR. ARGYLE:  No.  I know.  I
10  know.  I just want you to realize
11  that's, you know, the broad swath
12  of people who see you every day or
13  regularly don't -- that's --
14  that's a challenge for me as a --
15  as a -- as a -- you know, the
16  manager ultimately responsible for
17  GEPM.
18      MS. CHAN:  Um-hm.  I
19  don't -- you know, what I would
20  say is that it's been -- it's been
21  a really painful process launching
22  the fund.
23      MR. ARGYLE:  This -- a lot
24  of this --

Page 32

1      MS. CHAN:  And --
2      MR. ARGYLE:  -- is from
3  other investors.
4      MS. CHAN:  Of course.  A lot
5  of this is from other investors.
6      MR. ARGYLE:  A lot of this
7  is people -- people who know
8  nothing about launching a fund.
9      MS. CHAN:  Of course.  Of
10  course.  And so realistically,
11  first, a lot of my time has been
12  spent dealing with stuff which --
13  you know, to be honest, I thought
14  that resources were light where I
15  worked before.  It's not that
16  resources are light here, but I've
17  been picking up doing a quite a
18  lot of stuff that I'm supposed to
19  be getting support for, which I
20  end up doing myself.
21      Now, definitely, it's left
22  less time to do other stuff.  If
23  there was -- if I could -- you
24  know, I joined Wellington because

Page 33

1  I thought that, you know, Oh, you
2  don't have to do as much client
3  interaction.  You're focusing on
4  investing.  What I've discovered
5  since joining is that it's been
6  anything but.
7      I wish I was just focusing
8  on investing.  I wish I was just
9  thinking about stocks.  I'm doing
10  a lot of just even admin, which I
11  shouldn't be doing.  Okay?  So
12  already there's been a lot of -- a
13  lot of -- it's been draining on
14  time and resources.
15      Now, I think it's -- again,
16  it's not -- I think that's the
17  thing, is that people think, Oh,
18  well, you know, things have
19  gone -- things have really gone
20  right, like, you know, she should
21  be grateful for XYZ.  Like -- now,
22  you know, it's all to do with
23  expectations and reality, right,
24  because, you know, as I've



Page 34

1   joined -- and -- and, you know, it
2   was a fault in the guiding process
3   in my view because to join and be
4   told, Oh, yes, you know, you'll be
5   looking at managing your fund
6   right at 6 months to 12 months
7   down the --
8        MR. ARGYLE:  Where did that
9   come from?  Because that's not our
10   recollection at all.
11        MS. CHAN:  Well, that was
12   definitely said.  Okay?  Otherwise
13   I wouldn't have had that
14   expectation.  You know, there --
15   there was a whole swath of people
16   that I saw -- that was definitely
17   said.  I think it was Henry Philip
18   who said it.
19        MR. ARGYLE:  That you would
20   be managing a fund within --
21        MS. CHAN:  That you would be
22   looking at managing your fund 6 to
23   12 months.  Now, you know, I
24   arrive and then everyone says,

Page 35

1   Okay, that's not true.
2        You know, guess what.  I
3   made a decision on the basis of
4   things that I'm told.  Like, I
5   am -- I am in no position to judge
6   what information I -- I don't
7   know -- before I join, I don't
8   know Wellington.  I come and see
9   people.  People tell me stuff.
10   And on the basis of the
11   information that I'm told and --
12   and -- yeah, you know, I
13   cross-reference that with people
14   in the market -- I made a
15   decision.  I went from
16   (indiscernible) that paid less,
17   that was not immediately managing
18   money but with --
19        MR. ARGYLE:  You weren't
20   working, so you can't reference
21   this, having it pay less.
22        MS. CHAN:  No.  I had
23   another offer, another --
24        MR. ARGYLE:  Okay.

Page 36

1        MS. CHAN:  -- actual hard
2   offer that was paid more.
3        MR. ARGYLE:  Okay.
4        MS. CHAN:  Another hard
5   offer for a fund to manage.  And
6   another hard offer for setup that
7   was supported.  Now, I made the
8   decision to join Wellington on the
9   basis of the other things that I
10   was told.
11        Now -- so -- to -- you know,
12   I join and then immediately I'm
13   told, Okay, that -- you can
14   disregard that because that's
15   not -- that's not the way here,
16   that's not the way there, that's
17   not the way here.
18        Okay.  Well, you know, I
19   didn't realize I was gonna have to
20   do due diligence like I do due
21   diligence on a Chinese company.  I
22   took things that I was told at
23   face value because of what was
24   said about integrity, what was

Page 37

1   said about culture.  And, you
2   know, to arrive and then to have
3   everything -- a lot of things --
4   you know, be told that that's just
5   not the Wellington way, well
6   that's not the impression that's
7   given.
8        So I think -- you know, I
9   guess -- you know -- in future,
10   you know, for any your future
11   hiring, I would suggest that you
12   give a more realistic picture
13   of -- of what happens when you
14   join.
15        And so yes, I've arrived.  I
16   arrived and, you know, things
17   didn't happen, you know, according
18   to plan.  And not -- not just that
19   things didn't happen according to
20   plan, but that it's been a lot of
21   behavior that -- that wasn't
22   particularly professional
23   compounded with, you know, insults
24   or -- or whatever else.



MAGNA
LEGAL SERVICES

Page 38

1   You know, I -- I arrived and
2   I'm sure that, you know, people
3   are surprised by the way I am now
4   because that wasn't how I was when
5   I arrived. I'm -- you know, I'm
6   disillusioned because of
7   everything that has happened.
8   And, you know, we had a talk, you
9   know, of how things can improve.
10      Now, you know, launching the
11  fund is one piece of that. You
12  know, but there's so many more
13  other pieces. I mean, you know,
14  imagine if -- you know, what would
15  you do if you had made a decision
16  on the basis of what you're told,
17  and then in the course of the next
18  two years you're just told that
19  actually none of that, you know,
20  is what's gonna happen?
21      Yeah. Things don't go to
22  plan but I doubt you would be the
23  happiest --
24      MR. ARGYLE: Well, that

Page 39

1   isn't what you should have been
2   told. I'm not actually convinced
3   that's what you were told. It
4   certainly wasn't -- wasn't within
5   your offer letter which said
6   you're very clearly equity
7   research analyst and it certainly
8   wasn't ever our expectations that
9   that's what you would be doing.
10  So I think you've reached
11  portfolio management
12  responsibilities faster than we
13  would have expected when you were
14  hired. All right? But I can only
15  speak for myself and I wasn't in
16  every conversation with you.
17      MS. CHAN: Then you -- you
18  know, then you need to be more
19  careful about what everybody else
20  says along the way. You know, the
21  impression that was given to me
22  was that that was -- that the
23  reason why that was done was to
24  get used to things and to -- to

Page 40

1   get used to, you know, the way
2   Wellington is set up. And then it
3   was kind of -- it was 6 months --
4   yeah. It was 6 to 12 months. And
5   that was the impression that I was
6   given.
7       And as I said, you know,
8   there's -- there's got to be some
9   kind of duty of care of the
10  information that gets communicated
11  in the interview process. And I
12  mean, you know -- and then
13  afterwards, you know, it's just
14  the excuse that's given --
15  Wellington's complicated, XYZ --
16  but at the end of the day it's
17  just been that expectations and
18  reality -- I mean, there's always
19  a mismatch, but the mismatch has
20  been -- has been huge.
21      Now, add on top of that, you
22  know, some of the stuff that we've
23  talked before about, you know,
24  the -- the less-than-professional

Page 41

1   comments that I've received or
2   behaviors, et cetera, you know,
3   it -- if -- taking away that
4   you -- you know, life would have
5   been easier. But add all of that
6   on top it's -- you know, it's not
7   been easy and it's not been
8   pleasant. So, you know --
9       MR. ARGYLE: But there's
10  still this overlying feedback that
11  it's -- it always seems to be
12  about what can Wellington do for
13  Gigi rather than what can Gigi do
14  for Wellington and ultimately for
15  our clients.
16      MS. CHAN: I arrived and
17  I -- and -- and even up till six
18  months ago -- and I mean, even
19  now -- I've been working -- I
20  mean, I've been working with
21  (indiscernible) about the Chinese
22  clients or what we can do for the
23  Chinese clients. You know,
24  it's -- it's not that I'm not



Page 42

```
 1   thinking about Wellington and what
 2   to do for Wellington clients.
 3   It's just that there's been --
 4   I -- I don't think -- you know --
 5   and -- and -- yeah -- my mindset
 6   has been constructive about how
 7   to -- how to create value for
 8   clients.
 9        But, you know, when -- when
10   there's been so much distraction
11   and so much drain on -- on time
12   and energy, it's very hard to be
13   thinking about hitting all of
14   those, Oh, yeah, collaborate.  Do
15   this.  Do that.  And, you know,
16   particularly sometimes -- I mean,
17   I -- I --
18        And -- and communication is
19   a two-way thing as well.  I'm not
20   saying that it's just one way, but
21   it's just -- you know, not all the
22   communication that I've received
23   has been, you know, that friendly
24   and -- and actually I don't -- you
```

Page 43

```
 1   know, like, it's -- I don't
 2   complain all the time, but if I'm
 3   given sort of feedback always
 4   about how grateful I should be,
 5   I'm gonna be honest and say, Well,
 6   you know, it's not -- it's not as
 7   things seem.
 8        Everyone's like, Oh, yeah.
 9   You're so -- you're so -- just
10   count your lucky stars that
11   you're -- that -- well, like what
12   you just said just now.  Oh, you
13   know, you're so lucky to have
14   portfolio management so soon, so
15   quickly.
16        I mean, I -- if I had known
17   that this would have been the
18   case, I would not have chosen to
19   come here, to be perfectly honest.
20   Why would I -- why would I have
21   given up the chance to run a
22   billion-plus fund to -- to come
23   and -- and -- and be paid less
24   to -- to be expecting to run a
```

Page 44

```
 1   portfolio in a few years in the
 2   dim and distant future?  Why would
 3   I have a 7th percentile public
 4   track record --
 5        MR. ARGYLE:  Oh, it's all
 6   about you, right?
 7        MS. CHAN:  No.  And --
 8        MR. ARGYLE:  And I know --
 9   and I know it gives you a life,
10   but --
11        MS. CHAN:  And you know
12   what?  You know -- and when I
13   joined, it wasn't about me.  It
14   was about how can I fit into this
15   organization.  But, you know, when
16   the organization, when I was
17   getting treated like somebody who
18   was -- who had had one year's
19   experience, when I was getting
20   treated, you know,
21   unprofessionally, all of these
22   things, then at some point I'm
23   gonna have to assert.
24        You know, it's -- and at the
```

Page 45

```
 1   end of the day, it's not -- it's
 2   about every single individual and
 3   it's supposed to be about mutual
 4   respect.  It's not supposed to be
 5   about, you know, any one person.
 6        But, you know, what I'm
 7   saying to you is that there was
 8   never any account taken of -- you
 9   know, of anything that had been
10   said to me or expectations that
11   were said, et cetera.  And it was
12   just always like, Oh, you know,
13   this is the Wellington way.  Tough
14   luck.  Just get with the program.
15   Which, you know, given everything
16   that kind of I was led to believe
17   before I joined has been
18   disappointing.
19        Now, it's not that -- and --
20   and you're still proactively
21   working towards everything, you
22   know, but I think, you know, what
23   I would, you know, push back on
24   is -- as I say, it's just too easy
```

MAGNA
LEGAL SERVICES

Page 46

1  for this anachronistic
2  interpretation of, Oh, you know --
3  yeah, you know, we're GRG. We're
4  not gonna market her fund because
5  we don't know how long she's gonna
6  stay here.
7      Because, you know, up until
8  the point when -- when GRG -- you
9  know when people moved around
10 goalposts and just cancelled trips
11 or whatever and didn't communicate
12 clearly with complete full steam
13 ahead, complete, like, you know,
14 anything that GRG wanted, I -- I
15 was trying to provide for them. I
16 was bending over backwards to be
17 able to accommodate them. Now,
18 you know, that doesn't eat into
19 investment idea generation,
20 communication and all of this,
21 but, you know, if your efforts
22 aren't appreciated, then you're
23 not gonna be happy about it.
24      MR. ARGYLE: But a lot -- in

Page 47

1  fact, nothing what I just read was
2  from GRG, right?
3      MS. CHAN: Yes. No. So
4  I'm --
5      MR. ARGYLE: So you're --
6  again, you're anchoring --
7      MS. CHAN: Yes.
8      MR. ARGYLE: -- what I
9  said ---
10     MS. CHAN: No, no, no.
11 So --
12     MR. ARGYLE: -- at the very
13 beginning -- there's a lot more
14 here and -- and I think what you
15 have to realize is actually,
16 whether you believe it or not,
17 right -- (indiscernible) will
18 believe it -- is that two of your
19 biggest supporters -- who would be
20 myself -- which you can choose to
21 believe -- and Greg -- which I
22 think you would believe -- are
23 really worried about your future
24 here. All right?

Page 48

1      However much -- you know,
2  you -- however -- however much,
3  you know, you -- you think -- you
4  think you're the one in the right
5  and everything else has happened
6  to you rather than you -- you
7  know, and this feedback is all
8  unfair, we're really worried about
9  your future here.
10     MS. CHAN: Then -- then help
11 me fix some of those issues.
12     MR. ARGYLE: Well, what
13 we're trying to do is say that
14 some of the responsibility is
15 yours, and your -- your attitude
16 in how you deal with your
17 colleagues, your attitude with
18 respect to the firm, your -- the
19 perspective that comes across that
20 it is, you know, really what about
21 me. Right?
22     Honestly, we're tired of
23 hearing about the seven-year track
24 record at Threadneedle. You know?

Page 49

1  It's -- you're here. All right?
2  Contribute to the board platform.
3  Contribute to EMO. You know? On
4  the rare occasions you speak to
5  Greg and Philip, they really
6  appreciate your input on stocks,
7  but as Greg said, sometimes it can
8  be weeks without you contributing.
9      It's --- we're trying to
10 help right now by giving you this
11 feedback by saying there is --
12 there is an opportunity -- one
13 more probably -- opportunity for
14 you to do a turnaround with
15 respect to your attitude with how
16 you deal with your colleagues at
17 all levels, with how you engage
18 and -- in the investment dialogue,
19 and I really think there's this,
20 you know, time when you can
21 actually literally -- you'll
22 have -- obviously, your focuses
23 will be -- will be on other
24 things, but when you come back you



Page 50

1  can literally say, You know what?
2  I'm gonna -- I'm gonna be -- I'm
3  gonna have a completely new
4  attitude to this place.
5      MS. CHAN:
6  (Indiscernible) --
7      MR. ARGYLE: And honestly,
8  I'm here -- there -- there -- I --
9  I get feedback -- do you know what
10  my feedback is? Charles, you are
11  completely losing the plot on Gigi
12  Chan. You know what? You should
13  just call it a day.
14      And I'm saying, No. I'm
15  being stubborn. I'm gonna try and
16  help this one be successful.
17  I'm -- I'm betting my -- you know,
18  that's -- that's honestly the
19  feedback I get. So we're aligned
20  here. But -- but when you say
21  help you be successful, I'm trying
22  to help you be successful. But
23  you think the onus is totally on
24  us. The onus -- there's a heavy

Page 51

1  onus on you here.
2      MS. CHAN: I'm -- I didn't
3  say I think the onus was totally
4  on you, but I do think you did
5  promise that there would be at
6  least some access to clients.
7  And, you know, to say -- I mean,
8  it's just completely insulting to
9  say that, Oh, yeah, we don't care
10  about your seven-year track record
11  or we don't care about what you've
12  done before.
13      I mean, you've hired a --
14  you've hired a professional person
15  who's -- who's achieved what they
16  have achieved before. Basically,
17  it's like, you know, We don't care
18  about any -- we don't care about
19  you is what you've just said. We
20  don't care about anything that
21  you've achieved before. We're
22  just gonna treat you like --
23      MR. ARGYLE: No, Gigi. For
24  the last two years you've said, I

Page 52

1  have got this tremendous
2  seven-year track record. Look at
3  me. I'm a superstar. Basically,
4  that has --
5      MS. CHAN: No. I have -- I
6  haven't --
7      MR. ARGYLE: That is how --
8      MS. CHAN: No, no, no.
9      MR. ARGYLE: That is the
10  perspective that has come across.
11      MS. CHAN: No. I have
12  said -- I have said -- I have -- I
13  have said I don't -- I should not
14  be treated like I have no
15  experience at all and I shouldn't
16  be getting patronized because I
17  have actually had a long
18  professional history and I've got
19  a seven-year track record.
20      Just because I'm -- I look
21  young, just because I'm female,
22  just because I'm Chinese doesn't
23  mean that people can talk down at
24  me. That's what I said. Every

Page 53

1  single time I've reacted. I never
2  said any -- you know, I arrived.
3  I assumed that other people were
4  respectful. When they weren't I
5  have pushed back because --
6  actually, you know what? Even if
7  you don't have a long professional
8  history, people should be treated
9  with respect --
10      MR. ARGYLE: Agreed.
11      MS. CHAN: -- and people
12  should be treated professionally.
13      MR. ARGYLE: Agreed.
14      MS. CHAN: So the only
15  instances where I've had to say
16  I've got a seven-year track record
17  and I've been in -- my
18  professional history's been this
19  long is when I've -- when -- when
20  I've been treated badly. And --
21  and -- you know -- yeah, yeah.
22  And -- and then, Oh, yeah, I'm
23  just complaining,
24  blah-blah-blah-blah-blah. But,



Page 54

```
1    you know, essentially, you know,
2    the problem happened when I joined
3    and I was given -- okay.  How
4    would you feel and what would you
5    do if you had made a decision
6    based on false promises?  And --
7    and what Wellington's telling me
8    is just lump it.  Now --
9        MR. ARGYLE:  No, no.  We're
10   not saying -- you can leave.  All
11   right?  You don't have to stay.
12   No one's making you stay here.
13   You've told me many, many times
14   how many other opportunities are
15   out there.  So no one is telling
16   you just lump it.  I've told
17   you -- in fact, a year ago I said,
18   If you're as unhappy as you seem
19   to be, I don't understand why
20   you're here.
21       MS. CHAN:  Because I'm
22   trying to make things work.  But,
23   you know, if I have to leave, then
24   at least, you know, it -- it
```

Page 55

```
1    wouldn't make sense to not leave
2    on friendly terms.  I have -- the
3    reason why I'm talking to you --
4    I -- this is the point.  I am
5    engaging with you and I am trying
6    to make things improve.  And I --
7    I -- I don't believe you're
8    hearing me.
9        It's not that -- it's --
10   it's not at all that it's all
11   about me.  It's actually just
12   why -- why -- why has Wellington
13   decided to hire me with a big set
14   of skills and then -- and then
15   not -- well, A, not uphold your
16   end of the bargain, and, B, just
17   not let me utilize those skills.
18       And -- you know, it's
19   extremely hard when goalposts keep
20   changing.  I mean, you know,
21   it's -- yeah.  That feedback's
22   been on investors and -- I mean,
23   it's been -- the amount of time
24   that -- that I would have saved
```

Page 56

```
1    not having to, you know -- you
2    know, all of that marketing stuff
3    which, you know, frankly, I mean,
4    there weren't any client meetings
5    anyways -- all of that time that
6    could have been saved could have
7    been used to do something else.
8    All of the delays.  All of the
9    pushing through.  All -- every --
10   all of that obviously has taken
11   away time and resources from being
12   engage -- being able to engage
13   with people.  It's a daily battle.
14       Just, you know, all the
15   obstacles that there's been.  I've
16   got a list the length of my arm of
17   the things that -- that were all
18   supposed to have been done but
19   that actually then I have to do
20   myself.  And -- and, you know, how
21   anybody is supposed to have any
22   extra time to think about not just
23   investments but all this
24   communication, you know,
```

Page 57

```
1    everything, all this other stuff.
2        It's -- so -- and of course,
3    you know, everybody sees -- you
4    know, and that's the nature of
5    feedback.  Everybody sees it from
6    their perspective.  Oh, yeah.  I
7    was complaining.  You know, like,
8    she should be so grateful, you
9    know, we're so tired of hearing
10   XYZ.  But, you know, like, no one
11   in aggregate knows -- yeah, and
12   I'm trying to communicate to you
13   these were the things that I was
14   told prior to joining.
15       Not only that, but, you
16   know, as we've communicated
17   through time, you know, definitely
18   access to clients was something
19   that -- that was -- that you said
20   was possible.  And -- and then in
21   the interim that there had been
22   access but, you know, for whatever
23   reason doesn't happen.  Fine.
24   Make sure that that's
```



Page 58

1  communicated.  I mean, it's just a
2  shambles.
3       So, you know, that's --
4  yeah.  All I'm -- all I'm saying
5  is I understand that that's the
6  feedback.  You know, I'm trying to
7  give you a picture and the
8  context.  And, you know, if --
9  if -- yeah.  And I actually am
10 doing a lot on my part, and yeah,
11 it's not things that investors
12 see, but it doesn't mean that I'm
13 not thinking about clients.  It
14 doesn't mean I'm not thinking
15 about how to help Wellington.  It
16 doesn't mean any of that.  But --
17 you know, and it takes -- and it
18 definitely takes away from -- from
19 time thinking about investments.
20 I wish it didn't.
21      MR. ARGYLE:  So you don't
22 think there's anything -- any way
23 you -- you would change your
24 attitude at all when you --

Page 59

1       MS. CHAN:  Charles, it's
2  simple.  When -- when someone's --
3  when someone's motivated, when
4  someone's -- because, you know,
5  other people -- when, you know,
6  the firm that they work at had
7  been clear, had been transparent,
8  have been -- you know, I mean, a
9  partnership's two sides.  You
10 know, when -- when, you know,
11 promises have been lived up to,
12 then it's very easy to have a
13 great attitude and it's very easy
14 to come into work smiling every
15 day wanting to talk to everyone.
16 You know, when, you know, every
17 expectation that's been set has
18 been disappointed and continues to
19 be disappointed, then yeah,
20 it's -- it's hard to change.  And,
21 you know, change has to happen on
22 both sides.
23      Now, you know, since we last
24 talked, you know, we were talking

Page 60

1  about how it's -- you know,
2  there's -- you know, you promised
3  some changes on the Wellington
4  side and, you know, I promised
5  some changes.  And it was supposed
6  to be that if -- if those things
7  happened, then those changes would
8  happen in step.
9       What I'm saying to you now
10 is that, you know, if anything,
11 things have gotten worse and --
12 and, you know, therefore, you
13 know, the changes that, you know,
14 on my side accordingly just, you
15 know -- because -- you know, just
16 disappointing and depressing.
17      But it's -- as I said, if
18 the changes can happen on the
19 Wellington side, I mean, it would
20 naturally change on my side.  You
21 know, it would naturally be not
22 feel frustrating to come into work
23 and deal with stuff.  It would
24 naturally not be disappointing if

Page 61

1  I'm not disappointed that -- that
2  the expectations that were set are
3  not being met.  On both sides.
4       MR. ARGYLE:  Okay.  But just
5  to be clear -- and I look at the
6  feedback.  I see people in exactly
7  the same spot as you are launching
8  pools, getting new investment
9  products off the ground.  I see,
10 you know, women fairly distributed
11 across the feedback.  I see people
12 living in Asia -- working in Asia
13 fairly distributed across the
14 feedback.  In fact, unfairly
15 distributed across the feedback.
16 I -- to the top.  I see Asian
17 nationals distributed across the
18 feedback.  I see people of all
19 different experience levels
20 distributed across the feedback.
21 Right?
22      So the only thing that I'm
23 just totally and utterly confused
24 at is why, of all the people



Page 62

1  working at Wellington -- across
2  all asset classes, across all
3  investment approaches, across all
4  regions -- is China Growth causing
5  you so much -- causing you in
6  particular -- one broker in
7  particular on China Growth
8  compared to everything else, when
9  people are still managing to do
10 exactly what their day jobs are
11 and launch -- and collaborate
12 broadly with the firm and launch
13 new investment approaches and
14 frankly not get fussed about
15 managing whether it's a million
16 dollars in seed capital or
17 $5 million in seed capital because
18 we need a little bit more for
19 fixed income products or
20 whenever -- or whatever it might
21 be because they understand the
22 long-term picture.  And that's
23 the -- you know, so you -- so
24 your --

Page 63

1       MS. CHAN:  Oh, yeah.  No.
2  I -- I --
3       MR. ARGYLE:  -- your
4  argument makes total -- if someone
5  came in here and didn't understand
6  how the firm works and sat down
7  here, it might make sense in
8  isolation.  But relative to all
9  these other pools we're launching
10 across hundreds of -- well, across
11 multiple asset classes, it -- it
12 doesn't make sense that --
13      MS. CHAN:  Yeah.  And I --
14      MR. ARGYLE:  -- Greg Mattiko
15 was saying, I'm not getting any --
16 enough idea flow from her.
17      MS. CHAN:  Yeah.  I -- I
18 wish -- I wish I knew as well
19 why -- why this fund launch has
20 been so much more difficult
21 because it's definitely not what
22 other people have experienced.
23 I -- you know, I would like to
24 know as well.  I suspect it's

Page 64

1  working out Asia, it's -- you
2  know, the level of status
3  provision is great, but, you know,
4  people -- you know --
5       MR. ARGYLE:  We've launched
6  other pools out of Asia.  It's
7  not -- it's -- it's --
8       MS. CHAN:  Maybe so.  And --
9  but it has been -- it has been --
10 I mean, you know, to -- to
11 start -- to start products without
12 the ability to buy P-notes or
13 start -- you know, and then all
14 that --
15      MR. ARGYLE:  (Indiscernible)
16 done that.
17      MS. CHAN:  --
18 (indiscernible) all of this.  But,
19 you know, I mean --
20      MR. ARGYLE:  That's not our
21 fault that we can't buy P-notes,
22 right?
23      MS. CHAN:  Or the right
24 P-notes.  Or being able to have

Page 65

1  targeted the correct P-notes with
2  the right service provider that
3  doesn't have the additional cost
4  or -- I mean, it's just --
5  anyways.
6       MR. ARGYLE:  And it doesn't
7  take weeks and weeks of work for
8  you to figure that out, right?  It
9  shouldn't.  Was your investment
10 director affected?
11      MS. CHAN:  I don't know
12 where things have gone wrong, but
13 it hasn't been that smooth a
14 process with everything regarding
15 the launch.
16      MR. BAXTER:  One thing about
17 attitude is (indiscernible) that
18 run portfolios.  Like, just in
19 last month we've had four of
20 Greg's clients come in-house here.
21 They're in-person, in this room,
22 talking to clients.  I've had
23 several of them turn to me and
24 say, Tell me about China Growth.



Page 66

1  That's the client access.
2  That's -- these other PM teams
3  would have killed for that access.
4      MS. CHAN:  No.  It wasn't --
5  I haven't done several.  It's been
6  one.
7      MR. BAXTER:  Well, the
8  meeting was -- there's been four
9  meetings.
10     MS. CHAN:  And one -- and
11 one client has asked about China
12 Growth.
13     MR. BAXTER:  Right.  But
14 it's come up and it's clearly --
15     MS. CHAN:  Yeah.  It's
16 been -- that's been one.  And --
17 and, you know, the client
18 access -- you know -- I mean,
19 yeah.  There was a road show
20 scheduled and it was cancelled a
21 week beforehand.  I mean,
22 that's -- you know, that's the
23 kind -- you know -- you know, it
24 dedicated client access.  And it

Page 67

1  was something certainly when we
2  last talked you said -- I said it
3  was not AUM that -- you know,
4  that -- it was -- it was client
5  access.  And you said that there
6  would be client access.  You can
7  say you didn't say it, like --
8      MR. ARGYLE:  I'm not saying
9  I didn't say it.
10     MS. CHAN:  -- whatever.
11 But, you know --
12     MR. ARGYLE:  I remember
13 exactly what I said.  I said -- I
14 said there could well be
15 opportunities for you to speak to
16 clients about China in general.
17 Don't hold your breath on China
18 Growth.  Because clients are
19 interested in China.  All right?
20 Actually, most of the -- most of
21 the conversations Bo [phonetic]
22 has had with clients going back a
23 year ago was about China broadly,
24 and the frustration was that

Page 68

1  actually very little of it was
2  about her specific investment
3  approaches.
4      Our clients -- what our
5  clients are interested in talking
6  about changes by the month, by the
7  quarter.  And there's very few
8  people at most of our clients,
9  right?  So they're very small
10 investment teams at most of our
11 institutional clients.  So we
12 can't predict what they're talking
13 about.
14     If China had been a topic
15 they were interested in talking to
16 in general -- talking about in
17 general, I'm sure they'd be
18 interested in talking to you.  But
19 clearly their interest changed and
20 evolved.
21     But there's still a massive
22 disconnect here which is that, you
23 know, you -- you don't seem to
24 appreciate the opportunity you

Page 69

1  have here at Wellington.  You
2  don't recognize that there is an
3  opportunity for you to effectively
4  reengage come the spring -- if
5  there is such a word here -- you
6  know, with your peers here, with a
7  different attitude, a more
8  positive attitude, rather than the
9  attitude that's perceived today.
10     And forget the GRG side.
11 Even the investment side.  We
12 actually -- you know, there's
13 plenty of people who are very
14 successful at Wellington with not
15 much in the way of assets.  So the
16 assets somehow will -- will come.
17 But far more important is, you
18 know, what is the attitude day to
19 day.  I need someone engaged in
20 the investment dialogue and -- and
21 do they really actually seem to
22 enjoy being part of this place.
23     MS. CHAN:  Would you enjoy
24 being part of somewhere that --



Page 70

1   that made promises that it doesn't
2   keep?  And what I'm trying to say
3   to you is, you know --
4       MR. ARGYLE:  Gigi --
5       MS. CHAN:  -- at least, you
6   know --
7       MR. ARGYLE:  Gigi, what I'm
8   hearing is:  Charles, it's all
9   Wellington's fault.  My attitude
10  is entirely Wellington's fault.
11  So -- and I want you to be crystal
12  clear about that, Charles.  That's
13  what I'm hearing and that's my
14  takeaway from this meeting.  And I
15  literally have to leave in three
16  minutes.
17      Is that my right takeaway
18  from this meeting?
19      MS. CHAN:  If -- if
20  Wellington feels that it bears no
21  responsibility for having given a
22  wrong set of expectations and if
23  Wellington thinks that it doesn't
24  have any responsibility to try

Page 71

1   and -- and come good with some of
2   the expectations that -- that it
3   set, I think that -- just the way,
4   you know, agreements are made,
5   if -- if one side is given false
6   expectations, then it is customary
7   to -- to ask that side to fix it.
8       It's not to say that I --
9   you know, I am -- if I wasn't
10  constructive, I would -- you know,
11  I wouldn't be trying to explain
12  this to you.  I am trying to
13  explain this to you.
14      I -- you know, just try and
15  put yourself in my shoes.  If you
16  had made a -- made -- it's an
17  important career decision and I
18  hadn't moved for 13 years before.
19  It was not one that I took
20  lightly.  There was an actual
21  alternative that I made -- you
22  know, that I -- that I decided to
23  forgo on this basis.  You know,
24  and Wellington's like, Oh, yeah,

Page 72

1   Tough shit.  Like, you know, that
2   you chose us, not them.
3       You know, completely take
4   that -- you know, and it's not
5   that I'm not being constructive
6   about trying to fix this.  I've
7   chosen it, you know, for what it's
8   worth.  But I mean, if Wellington
9   is the place that it says it is
10  then -- then -- and, you know,
11  Wellington's just done so little.
12  And, you know -- you know, within
13  Wellington, Oh, yeah, you know, of
14  course other people, you know,
15  like, don't (indiscernible) XYZ,
16  but that's not the impression that
17  was given and there was no way in
18  me knowing that that was the way
19  it worked.  And to always say,
20  Well, this is just the Wellington
21  way is just --
22      So I mean, you know, I had
23  asked for client access before
24  and, you know, I continued to ask

Page 73

1   for client access.  You know,
2   it's -- it's --
3       MR. ARGYLE:  Well, I'm going
4   to be very clear.  All right?  All
5   right?  So I know exactly what I
6   said to you because I've given
7   this speech about 50 times.
8   There's 54 portfolio managers.
9   Probably about half of them have
10  started -- worked with me having
11  to give this speech.  So about
12  20 -- right?  So I know for a fact
13  I would have said, At Wellington
14  we're gonna evaluate you on alpha,
15  not assets because that's
16  something Charles says and that's
17  something always Charles says.
18      MS. CHAN:  Yes.
19      MR. ARGYLE:  All right?
20  Okay?  So we're gonna evaluate on
21  alpha, not assets.  All right?
22  That's good to go.  We're also
23  gonna evaluate you as somebody who
24  is a -- a part of the emoji



Page 74

1   [phonetic] market opportunities
2   team for your impact in emoji
3   market opportunities team. And
4   also we're gonna evaluate you in
5   your impact on -- of your impact
6   on the broad platform. All right?
7       So one of those is too soon
8   to be meaningful, the alpha on
9   China Growth. The other two are
10  disappointing. All right? So
11  I'll be crystal clear about it.
12      Looking forward, just to set
13  expectations, all right, I
14  wouldn't have any expectations
15  about China Growth being anything
16  other than seed capital for the
17  next three years. If you have --
18  if -- if there are -- if that's
19  disappointing to you, all right,
20  then that's -- I'm setting your
21  expectations now. Okay? And
22  that's nothing to do with --
23  that's just -- that's just the
24  reality of how things work in

Page 75

1   institutional asset managing.
2   We're -- we're not a retail asset
3   manager.
4       All right? So that's -- you
5   know, that's expectations going
6   forward today.
7       But I'm still disappointed
8   that I'm not hearing any
9   recognition from you that you
10  think you can improve your
11  attitude in engaging with your
12  peers and with those you work with
13  in all roles. GRG, back office,
14  the investment side. It just
15  doesn't seem to be there.
16      MS. CHAN: Well, I've tried
17  very, very hard. And as I said,
18  particularly, you know, the focus
19  had been on the GRG side. I just
20  tried extremely hard on the GRG
21  side. It's at the expense of some
22  of the other -- some of the other
23  aspects.
24      And -- and -- I mean, also

Page 76

1   it's, you know, I don't think -- I
2   mean, like, you know, back office
3   (indiscernible) I mean, I've
4   always been very responsive to
5   anybody that I talk to. I mean,
6   I -- on the investment side, yeah,
7   some of -- I mean, on the
8   investment side it's not always
9   that -- that -- you know, other
10  people on the -- there's not
11  always been, you know, that
12  friendly. But, you know, I do
13  respond -- when I -- when I'm
14  asked, I do respond. I'm
15  responsive and I have
16  participated --
17      MR. ARGYLE: I gave you the
18  feedback.
19      MS. CHAN: -- yes --
20      MR. ARGYLE: I gave you the
21  feedback already.
22      MS. CHAN: Yeah.
23      MR. ARGYLE: All right?
24      MS. CHAN: Yup.

Page 77

1       MR. ARGYLE: That's -- you
2   know, there's no manipulation
3   there. That's just, you know,
4   where it -- where it came out.
5   It's really disappointing --
6   irrespective of everything else,
7   that's really, really
8   disappointing, right? And I
9   would -- you know -- and -- and I
10  would advise you -- I -- that --
11  you know, you could be doing much
12  more for Greg.
13      MS. CHAN: Yup.
14      MR. ARGYLE: And both of
15  us -- both of us are hearing a lot
16  of What's up with Gigi? What's
17  going on? You know, all the time.
18  So I -- again, I'll just
19  reiterate. I believe that, you
20  know -- I know you -- you know, I
21  don't know. You give the
22  impression that -- that --
23      This is unconvincing to you,
24  but I actually want you to be



Page 78

```
 1   successful here. I have put my
 2   chips on the table on Gigi. All
 3   right? But my patience is -- is
 4   wearing thin. All right? And I
 5   think there is -- there is an
 6   opportunity for us all to start
 7   all over again with the
 8   expectations I just laid out in
 9   the spring. Or if you're really
10   this unhappy, find one of those
11   multiple other opportunities out
12   there that are gonna make you more
13   happy.
14        MS. CHAN: But then, you
15   know, please help. You know,
16   those -- those options are
17   definitely still there. But I am
18   asking for -- I mean, you know, to
19   be honest, you know, one million
20   seed capital, it's -- you know,
21   it's definitely much, much below
22   expectations.
23        I've run institutional money
24   before. It's not -- I didn't just
```

Page 79

```
 1   run retail money. I -- actually,
 2   the bulk of the money I ran was
 3   institutional. My -- the retail
 4   fund that I ran was -- was like
 5   maybe 15, 20 percent of the assets
 6   that I managed. The bulk was
 7   institutional. It's not that I'm
 8   unfamiliar with markets. It's not
 9   that I'm unfamiliar with the
10   seeding process, you know, at, you
11   know, other places. Yeah. One
12   million is a tiny amount.
13        Now, as I said, all I've --
14   all I'm asking is to be able to
15   access clients. You've hired --
16   you've hired a fund manager -- you
17   know, you're bored of hearing it,
18   but you have hired a fund manager
19   with a track record. If you want
20   that person to be able to
21   contribute to -- you know, then --
22   then just give me the ability to
23   be able to go and, you know, at
24   least build relationships with
```

Page 80

```
 1   clients so that assets can be
 2   raised.
 3        Of course it's not gonna be
 4   overnight and of course it's gonna
 5   take hard work. Now, it's -- it's
 6   just if you don't let someone do
 7   what they -- their job, do what
 8   they're good at, then -- then it's
 9   very -- it's -- it's very
10   demotivating. And that's all I've
11   asked. Just to be able to do the
12   job that -- that -- where I can
13   add value. And I can see so many
14   more ways that I can add value.
15   I -- you just --
16        MR. ARGYLE: Do you see your
17   value -- the value you can add
18   best is by being part of the
19   investment dialogue. And every
20   single day our GRG professionals
21   watch the early morning meeting.
22   And every single day our -- many
23   of our GRG professionals outside
24   the US listen -- watch the early
```

Page 81

```
 1   morning meeting. And everyone
 2   gets the minutes of the early
 3   morning meeting. And you're just
 4   not present. So no one's going,
 5   Wow. She sounds really good.
 6   They're not saying She
 7   (indiscernible) she doesn't know
 8   what she's talking about because
 9   you're not saying anything. All
10   right?
11        There's not -- right? There
12   are -- there are only so many
13   chits that our GRG professionals
14   get to spend with their clients
15   every day. We have 300 investment
16   approaches -- we do -- across
17   fixed income, asset allocation,
18   and equities. There's only so
19   many things that our GRG
20   professionals can bring to
21   clients.
22        MS. CHAN: Sure. And that's
23   why -- I mean, there's -- you
24   know, I'm still not that convinced
```



Page 82

1  that Wellington is that serious
2  about China, that -- you know, I
3  mean, there's 50 billion that
4  other firms have been able to
5  raise. You know, Wellington's
6  raised what of that amount?
7      MR. ARGYLE: Maybe -- so --
8  let's just face it. Maybe we're
9  just crap at raising money for
10 Chinese equities. Maybe we are.
11 I don't know if we are. You would
12 say we are.
13     MS. CHAN: Well, I guess the
14 numbers would say it, right? I
15 mean, it's not much compared to
16 other houses.
17     MR. ARGYLE: I have no idea
18 if it's in retail. I have no idea
19 if it's mainland. I have no idea
20 if you've got a shot. But --
21 but --
22     MS. CHAN: I mean, it's easy
23 talking (indiscernible) off the
24 back (indiscernible).

Page 83

1      MR. ARGYLE: But -- but --
2  again -- again, it's -- you don't
3  have to be here if you're that
4  unhappy, right?
5      MS. CHAN: Is that what
6  you're advising me?
7      MR. ARGYLE: What?
8      MS. CHAN: Is that what
9  you're advising me?
10     MR. ARGYLE: I'm advising --
11 I am saying unless you come back
12 with a different attitude with
13 engaging with all your
14 professionals here at Wellington
15 and actually saying, Hey, we're
16 all in this together through thick
17 and thin, you know, and I'm gonna
18 be actually grateful for the
19 things that go right rather than
20 hold people over the coals or --
21 or complain about everything that
22 goes wrong, then -- then there's
23 probably somewhere else that you
24 can be happier.

Page 84

1      MS. CHAN: Yeah. You know,
2  the key being we're in this
3  together. So -- you know, and --
4  and would you rather, you know,
5  that -- that I just don't speak up
6  about things that should be fixed
7  that aren't just directly related
8  to me but for the whole firm.
9      MR. ARGYLE: It's how you
10 speak up. All right? It's how
11 you speak up. It's not what --
12 that you do speak up or don't
13 speak up. It's how you speak up.
14 I've seen it here -- not very
15 often, but I have seen it here
16 where people have brought up very
17 valid concerns about how they've
18 decided to interact with their
19 colleagues around the firm has
20 meant that they have just been
21 unsuccessful and ultimately it
22 hasn't worked.
23     MS. CHAN: Well, I always
24 speak up in a respectful manner.

Page 85

1  I don't -- but if it's -- you
2  know, whether --
3      MR. ARGYLE: I think --
4      MS. CHAN: -- whether you
5  want to hear it or not --
6      MR. ARGYLE: -- some of the
7  feedback would be counter to that.
8      MS. CHAN: That I haven't
9  been respectful?
10     MR. ARGYLE: You know, I
11 think you think rather than, Hey,
12 here's -- here. I've identified a
13 problem. Let's try and all solve
14 it together and I'd love to be
15 part of that solution, it's pretty
16 much -- and I'm not quoting. All
17 right? But -- but it's a little
18 bit of, you know, Bozos here don't
19 have a clue what you're doing.
20     There are two -- you know,
21 both identified a problem. Both
22 are speaking up. But one is a
23 very different way of speaking up
24 than the other.



Page 86

1      MS. CHAN:  I have never said
2  the bozos here --
3      MR. ARGYLE:  No.  You've
4  never said the bozos here.  And I
5  said these aren't the exact words.
6      MS. CHAN:  Or anything -- or
7  anything along those lines.  I
8  will always try to engage
9  people -- you know, can -- can
10 anybody else look at this, can you
11 look at this.  But, you know, if
12 other people aren't taking
13 responsibility, then someone's got
14 to do something.  And I have --
15 but I've never -- I may have gone
16 away and done it myself, but I
17 have never given feedback about,
18 like --
19     MR. ARGYLE:  But honestly,
20 talking about other people taking
21 responsibility, it's really
22 important for you to take
23 responsibility for the way you
24 interact with the other

Page 87

1  professionals here.  And we're now
2  going round and round and round in
3  circles and right now it's -- it's
4  not going well.  Right?  It's
5  really, really not going well.
6      So if it's exactly the same
7  in the middle of next year or, you
8  know, not to precisely pinpoint
9  June 30th, but vaguely in the
10 middle of next year, this could
11 well, to your earlier question, be
12 a very different conversation.
13 Okay?
14     MS. CHAN:  Okay.
15     MR. ARGYLE:  Thank you for
16 your time.
17     MS. CHAN:  Thank you.
18         - - -
19 (End of audio file)
20         - - -
21
22
23
24

Page 88

1          CERTIFICATE
2
3
4      I HEREBY CERTIFY that the
5  foregoing was transcribed by me from an
6  audio file to the best of my ability.
7
8
9
   Cindy Parker
10 Dated:  January 20, 2021
11
12
13
14
15     (The foregoing certification
16 of this transcript does not apply to any
17 reproduction of the same by any means,
18 unless under the direct control and/or
19 supervision of the certifying reporter.)
20
21
22
23
24

Page 89

1          LAWYER'S NOTES
2  PAGE  LINE
3  ____  ____  _____
4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____



23  (Pages 86 to 89)

## A

**ability** 64:12
79:22 88:6
**able** 46:17 56:12
64:24 79:14,20
79:23 80:11
82:4
**absolutely** 21:9
**access** 23:17 26:1
26:8 51:6 57:18
57:22 66:1,3,18
66:24 67:5,6
72:23 73:1
79:15
**accommodate**
46:17
**accomplish** 4:11
**account** 45:8
**achievable** 22:7
**achieved** 51:15
51:16,21
**ACTION** 1:2
**actively** 30:16
**actual** 36:1 71:20
**add** 40:21 41:5
80:13,14,17
**added** 30:10
**additional** 65:3
**adequate** 21:1
**admin** 33:10
**advance** 24:24
**advise** 77:10
**advising** 83:6,9
83:10
**age** 8:5
**aggregate** 57:11
**ago** 22:14,15 23:5
23:11,22 41:18
54:17 67:23
**Agreed** 53:10,13
**agreements** 71:4
**ahead** 19:5 20:17
21:8 46:13
**aim** 19:24
**aims** 19:15

**aligned** 50:19
**allocation** 81:17
**alpha** 73:14,21
74:8
**alternative** 12:2
71:21
**Amazon** 7:2
**amount** 7:6
12:18 55:23
79:12 82:6
**anachronism**
27:5
**anachronistic**
18:19 46:1
**analyst** 39:7
**anchoring** 47:6
**and/or** 88:18
**anemic** 29:12
**anybody** 21:12
56:21 76:5
86:10
**anyway** 11:1
13:8
**anyways** 56:5
65:5
**apply** 88:16
**appreciate** 31:4
49:6 68:24
**appreciated**
46:22
**approaches** 18:3
62:3,13 68:3
81:16
**areas** 15:22
**argument** 63:4
**Argyle** 1:7,17,20
2:4,7,11,19 3:5
3:14,17,21 4:2
4:5,10,14,17,21
4:23 5:4,10,13
5:21 6:1,7,12
6:16 7:4,21 8:8
9:10,17 10:1,14
10:17 11:3,8,12
11:17,20,24
12:4,8,19,24

13:2,13,17 14:5
14:20 15:1,5,10
15:14,18 16:3,8
16:14 18:1,13
22:13 28:11,16
28:19 31:9,23
32:2,6 34:8,19
35:19,24 36:3
38:24 41:9 44:5
44:8 46:24 47:5
47:8,12 48:12
50:7 51:23 52:7
52:9 53:10,13
54:9 58:21 61:4
63:3,14 64:5,15
64:20 65:6 67:8
67:12 70:4,7
73:3,19 76:17
76:20,23 77:1
77:14 80:16
82:7,17 83:1,7
83:10 84:9 85:3
85:6,10 86:3,19
87:15
**arm** 56:16
**arrive** 34:24 37:2
**arrived** 37:15,16
38:1,5 41:16
53:2
**articulately**
17:22
**Asia** 61:12,12
64:1,6
**Asian** 61:16
**asked** 2:11 23:14
26:3 66:11
72:23 76:14
80:11
**asking** 18:14
23:15,17 78:18
79:14
**aspects** 75:23
**assert** 44:23
**asset** 62:2 63:11
75:1,2 81:17
**assets** 23:8,13,16

23:19 69:15,16
73:15,21 79:5
80:1
**assume** 30:17
**assumed** 53:3
**attitude** 28:20
48:15,17 49:15
50:4 58:24
59:13 65:17
69:7,8,9,18
70:9 75:11
83:12
**audio** 1:12,15
87:19 88:6
**AUM** 24:3 26:4
67:3
**A-levels** 3:7,18
3:19,21,22

## B

**B** 55:16
**baby** 8:11,17
10:23
**back** 28:14 29:24
45:23 49:24
53:5 67:22
75:13 76:2
82:24 83:11
**backing** 8:1
**backup** 4:12 6:3
7:18 10:12
13:23 14:14
**backwards** 46:16
**badly** 53:20
**bargain** 55:16
**based** 54:6
**basically** 24:10
51:16 52:3
**basis** 14:4 17:16
35:3,10 36:9
38:16 71:23
**battle** 56:13
**Baxter** 1:17,20
2:16,20 3:1,13
8:21 9:1,4,16
65:16 66:7,13

**bears** 70:20
**beginning** 47:13
**behavior** 37:21
**behaviors** 41:2
**believe** 4:18 25:5
45:16 47:16,18
47:21,22 55:7
77:19
**believes** 30:21
**bending** 46:16
**best** 19:7 80:18
88:6
**betting** 50:17
**big** 55:13
**biggest** 47:19
**billion** 82:3
**billion-plus**
43:22
**bit** 2:3 62:18
85:18
**blah-blah-blah...**
53:24
**Bo** 67:21
**board** 49:2
**Bolivian** 7:1
**bored** 79:17
**bozos** 85:18 86:2
86:4
**breakdown**
26:18
**breath** 67:17
**bring** 81:20
**broad** 31:11 74:6
**broadly** 5:6 16:3
62:12 67:23
**broker** 62:6
**brought** 84:16
**build** 79:24
**bulk** 79:2,6
**business** 30:5
**buy** 64:12,21

## C

**call** 50:13
**cancel** 20:24
24:23



cancelled 46:10
  66:20
capable 10:4
capital 15:24
  22:18,19,20
  62:16,17 74:16
  78:20
care 40:9 51:9,11
  51:17,18,20
career 71:17
careful 39:19
case 43:18
catch 3:23
cause 21:2
causing 62:4,5
certain 15:22
certainly 25:24
  39:4,7 67:1
CERTIFICATE
  88:1
certification
  88:15
CERTIFY 88:4
certifying 88:19
cetera 9:18 41:2
  45:11
challenge 31:14
Chan 1:4,16 2:2
  2:6,9,15,24 3:4
  3:16,20 4:1,4,8
  4:13,16,19,22
  5:3,9,12,20,24
  6:6,9,15,18 7:5
  7:22 8:9,24 9:3
  9:6,11,18 10:13
  10:16 11:2,7,11
  11:16,19,23
  12:3,7,11,22
  13:1,12,16,19
  14:6,24 15:4,9
  15:13,17 16:2,7
  16:13 17:24
  18:12,15 23:10
  28:15,18 31:7
  31:18 32:1,4,9
  34:11,21 35:22

36:1,4 39:17
  41:16 44:7,11
  47:3,7,10 48:10
  50:5,12 51:2
  52:5,8,11 53:11
  53:14 54:21
  59:1 63:1,13,17
  64:8,17,23
  65:11 66:4,10
  66:15 67:10
  69:23 70:5,19
  73:18 75:16
  76:19,22,24
  77:13 78:14
  81:22 82:13,22
  83:5,8 84:1,23
  85:4,8 86:1,6
  87:14,17
chance 43:21
change 12:13
  24:11 58:23
  59:20,21 60:20
changed 26:24
  68:19
changes 8:13
  60:3,5,7,13,18
  68:6
changing 22:11
  55:20
Charles 1:7,16
  1:20 31:8 50:10
  59:1 70:8,12
  73:16,17
chasing 27:20
China 6:4 62:4,7
  65:24 66:11
  67:16,17,19,23
  68:14 74:9,15
  82:2
Chinese 15:24
  16:1 36:21
  41:21,23 52:22
  82:10
chip 5:13
chips 78:2
chits 81:13

choose 16:10
  47:20
chose 72:2
chosen 43:18
  72:7
Cindy 88:9
circles 87:3
CIVIL 1:2
classes 62:2
  63:11
clear 11:9,15
  18:8 23:6 24:1
  24:17 28:7 59:7
  61:5 70:12 73:4
  74:11
cleared 10:24
clearly 25:6 39:6
  46:12 66:14
  68:19
client 24:8 33:2
  56:4 66:1,11,17
  66:24 67:4,6
  72:23 73:1
clients 23:18,21
  26:2 41:15,22
  41:23 42:2,8
  51:6 57:18
  58:13 65:20,22
  67:16,18,22
  68:4,5,8,11
  79:15 80:1
  81:14,21
client-imposed
  14:10
client-related
  24:21
clue 85:19
coals 83:20
collaborate 31:2
  42:14 62:11
collaboration
  17:3,6 20:11
colleagues 17:14
  48:17 49:16
  84:19
college 3:2

combination 9:8
come 2:12 12:1
  23:9,13 28:14
  29:16,16 34:9
  35:8 43:19,22
  49:24 52:10
  59:14 60:22
  65:20 66:14
  69:4,16 71:1
  83:11
comes 48:19
coming 29:13
comments 41:1
common 9:12
communicate
  30:11 46:11
  57:12
communicated
  25:6 40:10
  57:16 58:1
communicating
  26:13,14
communication
  42:18,22 46:20
  56:24
company 1:7
  36:21
compared 13:21
  62:8 82:15
complain 29:18
  43:2 83:21
complaining
  53:23 57:7
complete 27:5
  46:12,13
completely 19:17
  21:14 24:2 50:3
  50:11 51:8 72:3
complicated
  40:15
compounded
  37:23
concerns 11:13
  84:17
confirming 14:23
conflicting 19:13

19:14
confused 61:23
congratulations
  4:6
constructive
  18:24 19:7 42:6
  71:10 72:5
context 58:8
continual 17:12
continued 72:24
continues 59:18
continuity's 2:12
contribute 49:2,3
  79:21
contributing
  49:8
contribution
  29:3,10
control 88:18
conversation
  1:16 39:16
  87:12
conversations
  67:21
convinced 18:7
  18:10 39:2
  81:24
correct 65:1
correctly 13:7
cost 65:3
count 43:10
counter 85:7
country 3:8
course 19:3 20:7
  24:20 32:4,9,10
  38:17 57:2
  72:14 80:3,4
COURT 1:1
crap 82:9
create 42:7
creates 31:2
cross-reference
  35:13
crystal 70:11
  74:11
culture 37:1



**customary** 71:6

---

**D**

**daily** 14:3 56:13
**dark** 22:9
**Dated** 88:10
**day** 8:5 31:12
　40:16 45:1
　50:13 59:15
　62:10 69:18,19
　80:20,22 81:15
**days** 2:14
**deadlines** 14:11
**deal** 48:16 49:16
　60:23
**dealing** 13:24
　32:12
**dealt** 14:3
**debate** 29:24
**decide** 10:15
**decided** 24:23
　55:13 71:22
　84:18
**decision** 23:3
　35:3,15 36:8
　38:15 54:5
　71:17
**decisions** 14:9
**dedicated** 66:24
**Defendants** 1:8
**definitely** 11:5
　21:24 27:3,22
　28:1 32:21
　34:12,16 57:17
　58:18 63:21
　78:17,21
**delays** 25:20 56:8
**delivered** 20:16
**demanded** 19:6
**demands** 19:8
**demotivating**
　80:10
**depressing** 60:16
**depth** 17:3,7
**detail** 15:21
**dialogue** 49:18

69:20 80:19
**different** 18:2
　61:19 69:7
　83:12 85:23
　87:12
**difficult** 63:20
**diligence** 36:20
　36:21
**dim** 44:2
**direct** 88:18
**directly** 84:7
**director** 65:10
**disagree** 10:3
**disappointed**
　29:2 59:18,19
　61:1 75:7
**disappointing**
　15:20 16:12
　17:10,11 28:2
　45:18 60:16,24
　74:10,19 77:5,8
**disconnect** 68:22
**discontent** 17:13
　19:19 21:2,5
**discovered** 33:4
**disengaged** 16:18
　27:23
**disillusioned**
　38:6
**disputed** 16:4
**disregard** 36:14
**disrespect** 20:21
**dissatisfied** 19:1
**distant** 44:2
**distraction** 42:10
**distributed** 61:10
　61:13,15,17,20
**DISTRICT** 1:1,1
**doable** 8:19
**doing** 14:16
　20:17 27:16,20
　32:17,20 33:9
　33:11 39:9
　58:10 77:11
　85:19
**dollar** 22:19

**dollars** 62:16
**doubt** 38:22
**drain** 42:11
**draining** 33:13
**due** 36:20,20
**duty** 40:9

---

**E**

**earlier** 29:3
　87:11
**early** 4:18 80:21
　80:24 81:2
**Earth** 3:6
**easier** 20:9 41:5
**easy** 19:10 21:4
　21:16 41:7
　45:24 59:12,13
　82:22
**eat** 46:18
**effectively** 69:3
**effort** 20:20
**efforts** 46:21
**element** 19:18
**emergency** 8:3
**EMM** 31:2
**EMO** 29:8 49:3
**emoji** 73:24 74:2
**emphasize** 22:1
**emphasized** 26:5
**energies** 19:3
**energy** 24:16
　42:12
**engage** 16:10
　49:17 56:12,12
　86:8
**engaged** 69:19
**engaging** 16:17
　55:5 75:11
　83:13
**enjoy** 69:22,23
**enormous** 7:6
**entails** 8:16,17
**entirely** 70:10
**entirety** 10:5
**entitled** 1:19
**entrance** 3:3

**equities** 81:18
　82:10
**equity** 39:6
**especially** 6:4
**essentially** 54:1
**et** 9:18 41:2
　45:11
**evaluate** 73:14
　73:20,23 74:4
**Eventually** 29:9
**everybody** 39:19
　57:3,5
**Everyone's** 43:8
**evolve** 10:19
**evolved** 68:20
**evolving** 10:18
**exact** 86:5
**exactly** 61:6
　62:10 67:13
　73:5 87:6
**exam** 3:3
**exciting** 10:9
**excuse** 40:14
**exists** 6:5
**expect** 5:22
**expectation**
　34:14 59:17
**expectations**
　33:23 39:8
　40:17 45:10
　61:2 70:22 71:2
　71:6 74:13,14
　74:21 75:5 78:8
　78:22
**expected** 10:18
　39:13
**expecting** 43:24
**expense** 75:21
**experience** 44:19
　52:15 61:19
**experienced**
　63:22
**explain** 71:11,13
**explanation** 21:1
**extra** 56:22
**extremely** 28:1

55:19 75:20
**eye** 7:13
**e-mail** 7:1
**e-mails** 25:13

---

**F**

**face** 36:23 82:8
**face-to-face** 5:11
**fact** 6:24 47:1
　54:17 61:14
　73:12
**fairly** 61:10,13
**false** 54:6 71:5
**family** 10:7
**far** 69:17
**fast** 12:21
**faster** 39:12
**fault** 34:2 64:21
　70:9,10
**feedback** 5:1
　15:8,15 16:16
　16:22 17:3 18:4
　19:13 20:2,13
　28:13 29:23
　41:10 43:3 48:7
　49:11 50:9,10
　50:19 57:5 58:6
　61:6,11,14,15
　61:18,20 76:18
　76:21 85:7
　86:17
**feedback's** 55:21
**feel** 13:11 24:19
　54:4 60:22
**feels** 70:20
**fellow** 16:10
**female** 52:21
**figure** 65:8
**file** 1:19 87:19
　88:6
**find** 78:10
**finding** 2:23
**fine** 10:1 57:23
**firm** 15:19 18:9
　28:21,22 48:18
　59:6 62:12 63:6



84:8,19
**firms** 82:4
**first** 13:6 32:11
**fit** 44:14
**fix** 48:11 71:7
  72:6
**fixed** 62:19 81:17
  84:6
**flow** 63:16
**flows** 13:24 14:1
  14:10 17:16
**focus** 75:18
**focused** 21:14
**focuses** 49:22
**focusing** 33:3,7
**following** 1:18
**foregoing** 88:5
  88:15
**forget** 69:10
**forgo** 71:23
**format** 3:7
**fortunately** 3:11
**forums** 16:18
**forward** 74:12
  75:6
**four** 65:19 66:8
**frankly** 10:19
  16:12 56:3
  62:14
**friendly** 42:23
  55:2 76:12
**frustrated** 17:23
**frustrating** 60:22
**frustration** 67:24
**fulfill** 11:20
**fulfilling** 10:5
**full** 19:5 46:12
**fully** 10:4
**fund** 6:24 8:15
  20:1 22:17,22
  22:23 23:9
  25:24 31:22
  32:8 34:5,20,22
  36:5 38:11
  43:22 46:4
  63:19 79:4,16

79:18
**fundraising** 26:6
**funds** 22:24 23:7
**furthest** 2:10
**fussed** 62:14
**future** 37:9,10
  44:2 47:23 48:9

**G**
**GC** 1:19
**general** 67:16
  68:16,17
**generation** 17:4
  17:7 46:19
**GEPM** 31:17
**getting** 32:19
  44:17,19 52:16
  61:8 63:15
**GIA** 30:12
**GIAs** 30:16
**Gigi** 1:4,16 22:13
  28:19,22 29:5
  29:16,17 30:14
  30:17,21 31:1,2
  41:13,13 50:11
  51:23 70:4,7
  77:16 78:2
**give** 15:8 18:5
  37:12 58:7
  73:11 77:21
  79:22
**given** 19:12 37:7
  39:21 40:6,14
  43:3,21 45:15
  54:3 70:21 71:5
  72:17 73:6
  86:17
**gives** 44:9
**giving** 49:10
**Global** 30:9
**go** 13:5 14:14
  18:3 28:12 30:4
  38:21 73:22
  79:23 83:19
**goalposts** 22:11
  26:24 46:10

55:19
**goals** 19:14 22:12
**goes** 83:22
**going** 12:20
  18:20,21 67:22
  73:3 75:5 77:17
  81:4 87:2,4,5
**gonna** 15:11 21:7
  24:8 28:5,7,12
  36:19 38:20
  43:5 44:23 46:4
  46:5,23 50:2,2
  50:3,15 51:22
  73:14,20,23
  74:4 78:12 80:3
  80:4 83:17
**good** 8:6 10:11
  10:24 71:1
  73:22 80:8 81:5
**gotten** 60:11
**GPM** 16:24
**grade** 3:13,15
**grades** 3:15
**grateful** 33:21
  43:4 57:8 83:18
**gratefulness** 30:1
  30:6
**great** 14:20 59:13
  64:3
**Greg** 7:19 8:22
  9:4 29:2 47:21
  49:5,7 63:14
  77:12
**Greg's** 65:20
**GRG** 18:1 19:5
  19:20 20:9 27:6
  27:10 46:3,8,14
  47:2 69:10
  75:13,19,20
  80:20,23 81:13
  81:19
**ground** 61:9
**Growth** 6:4 62:4
  62:7 65:24
  66:12 67:18
  74:9,15

**guess** 35:2 37:9
  82:13
**guided** 24:3
**guiding** 34:2

**H**
**half** 73:9
**handled** 21:21
**happen** 14:12
  27:2 37:17,19
  38:20 57:23
  59:21 60:8,18
**happened** 21:6
  25:20 27:24
  28:10 38:7 48:5
  54:2 60:7
**happens** 37:13
**happier** 83:24
**happiest** 38:23
**happily** 20:11
**happy** 6:19 7:9
  12:1 21:13
  46:23 78:13
**hard** 22:10 28:8
  36:1,4,6 42:12
  55:19 59:20
  75:17,20 80:5
**hear** 85:5
**hearing** 48:23
  55:8 57:9 70:8
  70:13 75:8
  77:15 79:17
**heavily** 3:11
**heavy** 50:24
**held** 1:17
**hell** 3:5
**help** 28:21,22
  30:18 48:10
  49:10 50:16,21
  50:22 58:15
  78:15
**Henry** 34:17
**Hey** 83:15 85:11
**Hi** 2:15
**high** 30:12,12
**hire** 55:13

**hired** 39:14
  51:13,14 79:15
  79:16,18
**hiring** 37:11
**history** 52:18
  53:8
**history's** 53:18
**hit** 28:13
**hitting** 42:13
**hold** 67:17 83:20
**holdings** 9:12
**home** 7:12 10:7
**honest** 12:14
  13:20 15:11
  19:16 21:20
  24:12 32:13
  43:5,19 78:19
**honestly** 15:11
  29:19 48:22
  50:7,18 86:19
**Hong** 7:7 29:17
**hope** 30:15
**hours** 3:10
**houses** 82:16
**huge** 40:20
**hundreds** 18:2
  63:10

**I**
**idea** 17:4,7 46:19
  63:16 82:17,18
  82:19
**identified** 85:12
  85:21
**illegally** 6:10
**ILP** 29:10
**imagine** 3:7 7:24
  38:14
**immediately**
  35:17 36:12
**impact** 74:2,5,5
**important** 5:8
  13:10 69:17
  71:17 86:22
**impression** 31:3
  37:6 39:21 40:5



72:16 77:22
**improve** 38:9
55:6 75:10
**income** 62:19
81:17
**indiscernible** 2:6
2:8,13,18,20,22
3:10,19 4:7
8:20,21,23 13:4
27:15 29:11
30:7 35:16
41:21 47:17
50:6 64:15,18
65:17 72:15
76:3 81:7 82:23
82:24
**individual** 28:16
45:2
**information** 35:6
35:11 40:10
**initiatives** 30:19
**input** 49:6
**instances** 53:15
**institutional**
68:11 75:1
78:23 79:3,7
**insulting** 51:8
**insults** 37:23
**integrate** 20:8
**integrity** 36:24
**interact** 84:18
86:24
**interaction** 30:14
33:3
**interest** 68:19
**interested** 67:19
68:5,15,18
**interim** 57:21
**internal** 24:20,23
**interpretation**
46:2
**interview** 40:11
**investing** 33:4,8
**investment** 16:23
18:3 46:19
49:18 61:8 62:3

62:13 65:9 68:2
68:10 69:11,20
75:14 76:6,8
80:19 81:15
**investments**
56:23 58:19
**Investor** 4:2,7
**investors** 29:11
32:3,5 55:22
58:11
**involve** 30:15
**in-class** 3:15
**in-house** 65:20
**in-person** 65:21
**irrespective** 77:6
**isolation** 63:8
**issues** 25:21
48:11
**it'll** 7:9

---

**J**

**January** 88:10
**job** 80:7,12
**jobs** 62:10
**join** 34:3 35:7
36:8,12 37:14
**joined** 32:24 34:1
44:13 45:17
54:2
**joining** 33:5
57:14
**judge** 35:5
**June** 87:9

---

**K**

**KAI** 1:4
**keep** 7:13 55:19
70:2
**kept** 19:22 20:14
21:11 22:9
23:15
**key** 84:2
**killed** 66:3
**kind** 5:2 7:7 8:4
9:21 14:2,8,10
14:11,15,16

18:17 19:12
20:2,16 24:17
40:3,9 45:16
66:23
**knew** 63:18
**know** 3:18 6:2,19
7:2,9,10,16,18
7:19 8:1,4,15
8:15,17,18,22
9:8,9,11,13,13
9:14,19,21 10:3
10:6,10,19,21
11:9,12,18
12:15,16 13:3,8
13:9,13,23 14:2
14:7,10,15
15:10 16:17,20
17:1,20,20
18:16,20,20,22
19:2,4,11,14,15
19:17,19,21
20:3,4,5,16,19
21:6,7,9,15,17
21:19,24 22:2
23:24 24:5,18
24:19,21,22
25:1,2,5,11,11
25:13,14,17,18
25:23 26:1,3,6
26:9,10,10,12
26:19,20,22
27:1,4,10,11,12
27:16,17,18,22
28:3,3 29:1,21
30:3,8 31:9,10
31:11,15,19
32:7,13,24 33:1
33:18,20,22,24
34:1,4,14,23
35:2,7,8,12
36:11,18 37:2,4
37:8,9,10,16,17
37:23 38:1,2,5
38:8,9,10,12,13
38:14,19 39:18
39:20 40:1,7,12

40:13,22,23
41:2,4,6,8,23
42:4,9,15,21,23
43:1,6,13 44:8
44:9,11,12,15
44:20,24 45:5,6
45:9,12,15,22
45:22,23 46:2,3
46:5,7,9,13,18
46:21 48:1,3,7
48:20,24 49:3
49:20 50:1,9,12
50:17 51:7,17
53:2,6,21 54:1
54:1,23,24
55:18,20 56:1,2
56:3,14,20,24
57:3,4,7,9,10
57:16,17,22
58:3,6,8,17
59:4,5,8,10,10
59:16,16,21,23
59:24 60:1,2,4
60:10,12,13,13
60:15,15,21
61:10 62:23
63:23,24 64:2,3
64:4,10,13,19
65:11 66:17,18
66:22,23,23
67:3,11 68:23
69:6,12,18 70:3
70:6 71:4,9,10
71:14,22,23
72:1,3,4,7,10
72:12,12,13,14
72:22,24 73:1,5
73:12 75:5,18
76:1,2,9,11,12
77:2,3,9,11,17
77:20,20,20,21
78:15,15,18,19
78:20 79:10,11
79:17,21,23
81:7,24 82:2,5
82:11 83:17

84:1,3,4 85:2
85:10,18,20
86:9,11 87:8
**knowing** 72:18
**knowledge** 15:24
**known** 43:16
**knows** 7:20 9:9
30:21 57:11
**Kong** 7:8 29:17

---

**L**

**laid** 78:8
**launch** 18:21
19:24 23:1
25:19 62:11,12
63:19 65:15
**launched** 22:17
22:22,23 23:7
25:24 64:5
**launching** 31:21
32:8 38:10 61:7
63:9
**LAWYER'S**
89:1
**learn** 30:15
**leave** 5:18,19
6:17 12:17
54:10,23 55:1
70:15
**led** 45:16
**left** 32:21
**LEGAL** 1:23
**legally** 5:21 6:13
**length** 56:16
**less-than-profe...**
40:24
**letter** 39:5
**let's** 6:7 82:8
85:13
**level** 64:2
**levels** 49:17
61:19
**licensed** 9:14
**life** 13:15 25:10
41:4 44:9
**light** 32:14,16



**lightly** 71:20
**limited** 30:14
**LINE** 89:2
**lines** 86:7
**list** 56:16
**listen** 80:24
**literally** 18:2
  49:21 50:1
  70:15
**little** 62:18 68:1
  72:11 85:17
**lived** 59:11
**living** 61:12
**LLP** 1:7
**long** 3:24 23:8,13
  23:19,20 26:7
  29:4 46:5 52:17
  53:7,19
**long-term** 28:23
  62:22
**look** 14:22 52:2
  52:20 61:5
  86:10,11
**looked** 9:22
**looking** 34:5,22
  74:12
**losers** 16:5
**losing** 50:11
**lot** 2:17 20:12,18
  22:18 27:16,17
  27:20 28:12
  31:23 32:4,6,11
  32:18 33:10,12
  33:13 37:3,20
  46:24 47:13
  58:10 77:15
**lots** 25:21
**love** 85:14
**luck** 45:14
**lucky** 43:10,13
**lump** 54:8,16

**M**

**magical** 26:4
**MAGNA** 1:23
**mainland** 82:19

**maintain** 23:23
**making** 14:9
  54:12
**manage** 36:5
**managed** 8:14
  79:6
**management** 1:7
  8:16 39:11
  43:14
**manager** 31:16
  75:3 79:16,18
**managers** 73:8
**managing** 6:23
  34:5,20,22
  35:17 62:9,15
  75:1
**manipulation**
  77:2
**manner** 28:6
  84:24
**market** 18:4,6
  35:14 46:4 74:1
  74:3
**marketed** 19:9
  20:1
**marketing** 18:22
  19:16 24:7 56:2
**markets** 16:1
  79:8
**MASSACHUS...**
  1:1
**massive** 68:21
**maternity** 5:18
  6:17
**math** 2:17,21
**maths** 2:19
**matter** 8:10
  24:14 29:15
**Mattiko** 63:14
**mean** 6:11 7:16
  7:18 8:10 13:20
  19:15 27:12
  38:13 40:12,18
  41:18,20 42:16
  43:16 51:7,13
  52:23 55:20,22

56:3 58:1,12,14
  58:16 59:8
  60:19 64:10,19
  65:4 66:18,21
  72:8,22 75:24
  76:2,3,5,7
  78:18 81:23
  82:3,15,22
**meaningful** 74:8
**means** 88:17
**meant** 84:20
**meet** 19:8
**meeting** 29:12
  66:8 70:14,18
  80:21 81:1,3
**meetings** 24:9,14
  56:4 66:9
**met** 61:3
**middle** 87:7,10
**mid-December**
  4:18,20
**million** 62:15,17
  78:19 79:12
**mind** 12:14
**mindset** 42:5
**minutes** 70:16
  81:2
**mismatch** 40:19
  40:19
**moment** 13:14
**moments** 12:20
**money** 8:14
  35:18 78:23
  79:1,2 82:9
**money-making**
  17:4,9
**month** 65:19
  68:6
**months** 13:6
  18:11 22:15
  23:5,11,22 34:6
  34:6,23 40:3,4
  41:18
**morning** 29:12
  80:21 81:1,3
**mosaic** 17:2

**motivated** 59:3
**moved** 46:9
  71:18
**multiple** 63:11
  78:11
**multiple-choice**
  3:9
**mutual** 45:3

**N**

**named** 7:17
  10:12 14:13
**nationals** 61:17
**naturally** 60:20
  60:21,24
**nature** 57:4
**need** 13:23 39:18
  62:18 69:19
**needed** 9:22
**needs** 30:17
**never** 21:11 26:2
  45:8 53:1 86:1
  86:4,15,17
**new** 10:7,22,23
  20:7 50:3 61:8
  62:13
**news** 7:11 14:8
**night** 27:13
**NOTES** 89:1
**November** 1:17
**numbers** 82:14

**O**

**obstacles** 56:15
**obviously** 3:18
  8:11 10:10 17:9
  49:22 56:10
**occasions** 49:4
**offer** 35:23 36:2
  36:5,6 39:5
**offered** 9:23
**office** 75:13 76:2
**Oh** 2:19 4:8 6:15
  11:19 21:6
  24:23 25:3 33:1
  33:17 34:4

42:14 43:8,12
  44:5 45:12 46:2
  51:9 53:22 57:6
  63:1 71:24
  72:13
**okay** 4:21 5:3 6:9
  33:11 34:12
  35:1,24 36:3,13
  36:18 54:3 61:4
  73:20 74:21
  87:13,14
**old** 13:21
**onboard** 19:6
  20:14,15
**once** 23:6 26:2
**onerous** 6:22
**one's** 54:12 81:4
**onus** 50:23,24
  51:1,3
**onwards** 4:20
**operational**
  25:21
**opportunities**
  54:14 67:15
  74:1,3 78:11
**opportunity**
  10:20 15:7
  29:18 49:12,13
  68:24 69:3 78:6
**options** 78:16
**order** 19:9
**organization**
  44:15,16
**orientation** 28:23
**outcome** 25:16
**outcomes** 22:8
**outside** 80:23
**overlap** 30:13
**overlying** 41:10
**overnight** 80:4

**P**

**page** 5:17 11:10
  15:3 89:2
**paid** 5:19 35:16
  36:2 43:23



**painful** 31:21
**paint** 16:20
**painting** 18:18
**Palooza** 4:3,7
**parents** 13:4
**Parker** 88:9
**part** 5:4,5 20:7
   31:4 58:10
   69:22,24 73:24
   80:18 85:15
**participated**
   76:16
**particular** 62:6,7
**particularly** 6:21
   7:7 27:6 37:22
   42:16 75:18
**partnership's**
   59:9
**patience** 78:3
**patronized** 52:16
**pay** 35:21
**peers** 15:16 69:6
   75:12
**peer-reviewed**
   16:21
**people** 20:21
   21:16 22:2,4
   24:17 26:23
   27:1,20 28:4,6
   29:13,14,19
   30:17,22 31:12
   32:7,7 33:17
   34:15 35:9,9,13
   38:2 46:9 52:23
   53:3,8,11 56:13
   59:5 61:6,11,18
   61:24 62:9
   63:22 64:4 68:8
   69:13 72:14
   76:10 83:20
   84:16 86:9,12
   86:20
**people's** 24:16
**perceived** 69:9
**percent** 18:23
   79:5

**percentile** 44:3
**perfectly** 12:14
   43:19
**person** 9:5 45:5
   51:14 79:20
**personal** 22:19
**perspective**
   48:19 52:10
   57:6
**pervasive** 16:15
**Philip** 34:17 49:5
**phonetic** 67:21
   74:1
**picking** 32:17
**picture** 16:20
   18:18 37:12
   58:7 62:22
**piece** 38:11
**pieces** 38:13
**pinpoint** 87:8
**place** 50:4 69:22
   72:9
**places** 79:11
**Plaintiff** 1:5
**plan** 12:16 30:4
   37:18,20 38:22
**planned** 25:8,10
   30:3
**plans** 4:12 12:2
   24:11
**platform** 20:8
   31:5 49:2 74:6
**pleasant** 41:8
**please** 78:15
**plenty** 69:13
**plot** 50:11
**PM** 10:5 11:21
   18:7 30:9 66:2
**point** 10:10 15:2
   26:1,21 44:22
   46:8 55:4
**policy** 14:16
**pools** 61:8 63:9
   64:6
**portfolio** 39:11
   43:14 44:1 73:8

**portfolios** 65:18
**posed** 7:5
**position** 35:5
**positive** 15:23
   69:8
**possible** 22:8
   26:16,17 57:20
**practicality** 9:19
**practice** 3:2
**precise** 22:15
**precisely** 87:8
**predict** 68:12
**present** 81:4
**pretty** 85:15
**prior** 57:14
**proactively** 29:5
   45:20
**probably** 4:19
   7:19 11:4 14:21
   49:13 73:9
   83:23
**problem** 54:2
   85:13,21
**problems** 7:6
**process** 5:6 18:21
   18:22 30:16
   31:21 34:2
   40:11 65:14
   79:10
**processes** 20:15
**product** 20:6
**products** 61:9
   62:19 64:11
**professional**
   19:22,23 37:22
   51:14 52:18
   53:7,18
**professionalism**
   24:15
**professionally**
   21:21 53:12
**professionals**
   16:11,24 80:20
   80:23 81:13,20
   83:14 87:1
**program** 45:14

**programs** 14:17
**promise** 51:5
**promised** 60:2,4
**promises** 54:6
   59:11 70:1
**provide** 15:7
   29:23 46:15
**provider** 65:2
**provision** 64:3
**PSAT** 3:1
**PSATs** 2:16
**public** 44:3
**push** 45:23
**pushed** 53:5
**pushing** 56:9
**put** 6:19 11:5
   20:20,22 22:17
   71:15 78:1
**P-notes** 64:12,21
   64:24 65:1

**Q**
**quarter** 68:7
**question** 87:11
**questions** 2:17
**quickly** 16:21
   43:15
**quite** 18:19 32:17
**quoting** 85:16

**R**
**raise** 82:5
**raised** 80:2 82:6
**raising** 82:9
**ramp** 23:19,21
**ran** 79:2,4
**range** 7:1
**rank** 17:5
**rare** 49:4
**reach** 29:6,9
**reached** 29:7
   39:10
**react** 7:10
**reacted** 53:1
**reacting** 14:8
**read** 15:12,14

47:1
**real** 8:1,2,3,3
**realistic** 22:6
   24:2 37:12
**realistically** 7:15
   28:4 32:10
**reality** 33:23
   40:18 74:24
**realize** 19:2
   31:10 36:19
   47:15
**really** 13:10 14:7
   15:7 17:17
   31:21 33:19
   47:23 48:8,20
   49:5,19 69:21
   77:5,7,7 78:9
   81:5 86:21 87:5
   87:5
**reason** 14:13
   23:18 39:23
   55:3 57:23
**received** 5:1 41:1
   42:22
**recognition** 75:9
**recognize** 69:2
**recollection**
   34:10
**record** 44:4
   48:24 51:10
   52:2,19 53:16
   79:19
**redone** 27:18
**reengage** 69:4
**reference** 35:20
**regarding** 65:14
**regardless** 24:13
**regions** 62:4
**regular** 17:15
**regularly** 31:13
**reiterate** 77:19
**related** 84:7
**relationships**
   79:24
**relative** 63:8
**remember** 13:6



22:14 23:11 67:12
**reporter** 88:19
**reproduction** 88:17
**require** 6:13
**requiring** 7:24
**research** 39:7
**resources** 32:14 32:16 33:14 56:11
**respect** 5:17 6:3 17:8 24:15 45:4 48:18 49:15 53:9
**respectful** 53:4 84:24 85:9
**respond** 76:13,14
**responsibilities** 10:6 11:21 39:12
**responsibility** 21:18 23:4 48:14 70:21,24 86:13,21,23
**responsible** 31:16
**responsive** 76:4 76:15
**retail** 75:2 79:1,3 82:18
**right** 2:5 3:4,16 16:6 22:18,20 22:24 23:2 28:17 33:20,23 34:6 39:14 44:6 47:2,17,24 48:4 48:21 49:1,10 54:11 61:21 64:22,23 65:2,8 66:13 67:19 68:9 70:17 73:4 73:5,12,19,21 74:6,10,13,19 75:4 76:23 77:8 78:3,4 81:10,11

82:14 83:4,19 84:10 85:17 87:3,4
**rigorous** 2:22
**road** 66:19
**robot** 8:5
**roles** 16:11 75:13
**room** 65:21
**round** 87:2,2,2
**run** 43:21,24 65:18 78:23 79:1
**run-up** 24:5

**S**
**sabbatical** 6:23
**sake** 2:13
**sat** 3:2 63:6
**saved** 55:24 56:6
**saw** 24:4 34:16
**saying** 26:15 29:15 42:20 45:7 49:11 50:14 54:10 58:4 60:9 63:15 67:8 81:6,9 83:11,15
**says** 8:12 25:3 26:19 34:24 39:20 72:9 73:16,17
**scared** 29:20
**schedule** 24:7 25:9
**scheduled** 20:24 66:20
**school** 2:21
**see** 14:1 25:12 31:12 35:8 58:12 61:6,9,11 61:16,18 80:13 80:16
**seed** 62:16,17 74:16 78:20
**seeding** 79:10
**seen** 3:24 84:14

84:15
**sees** 57:3,5
**self-review** 17:22
**sell** 20:3,10
**sending** 27:19
**sense** 55:1 63:7 63:12
**serious** 82:1
**service** 65:2
**SERVICES** 1:23
**set** 14:19 26:11 40:2 55:13 59:17 61:2 70:22 71:3 74:12
**setting** 74:20
**setup** 36:6
**seven-year** 48:23 51:10 52:2,19 53:16
**shambles** 58:2
**share** 4:24 30:20
**she'll** 18:10
**shit** 72:1
**shoes** 71:15
**short** 12:17
**shot** 82:20
**show** 66:19
**shown** 27:7
**side** 60:4,14,19 60:20 69:10,11 71:5,7 75:14,19 75:21 76:6,8
**sides** 59:9,22 61:3
**simple** 59:2
**simpler** 14:18
**single** 16:6 23:1 45:2 53:1 80:20 80:22
**six** 12:9 18:11 41:17
**skills** 55:14,17
**slow** 13:5
**small** 7:8 68:9
**smiling** 59:14

**smooth** 65:13
**sold** 20:5
**solution** 85:15
**solve** 85:13
**somebody** 8:23 22:4 44:17 73:23
**someone's** 59:2,3 59:4 86:13
**soon** 43:14 74:7
**Sorry** 2:2
**sort** 7:19,24 9:22 24:21 25:12,23 27:12,22 43:3
**sounds** 81:5
**speak** 39:15 49:4 67:15 84:5,10 84:11,12,13,13 84:24
**speaking** 85:22 85:23
**special** 13:14
**specific** 29:1 68:2
**speech** 73:7,11
**spend** 10:21 81:14
**spent** 32:12
**spillage** 2:3
**spot** 61:7
**spring** 69:4 78:9
**standpoint** 9:20 27:7
**stars** 43:10
**start** 6:7 64:11,11 64:13 78:6
**started** 73:10
**state** 17:21
**STATES** 1:1
**status** 64:2
**stay** 21:7 46:6 54:11,12
**steam** 19:5 46:12
**step** 60:8
**steps** 22:6
**stocks** 16:1 30:20 33:9 49:6

**straightaway** 14:12
**stubborn** 50:15
**stuff** 6:20 8:13 20:18 27:19,19 32:12,18,22 35:9 40:22 56:2 57:1 60:23
**succeed** 30:24
**successful** 50:16 50:21,22 69:14 78:1
**suggest** 37:11
**suggested** 25:15
**suggesting** 31:8
**superstar** 52:3
**supervision** 88:19
**support** 32:19
**supported** 36:7
**supporters** 47:19
**supposed** 24:6 32:18 45:3,4 56:18,21 60:5
**sure** 5:16 6:18 8:24 12:22,23 13:1 15:2 38:2 57:24 68:17 81:22
**surprised** 38:3
**Surprisingly** 30:13
**suspect** 63:24
**sustainability** 17:19
**swath** 31:11 34:15

**T**
**table** 78:2
**take** 21:18 23:3,8 30:19 65:7 72:3 80:5 86:22
**takeaway** 70:14 70:17
**taken** 45:8 56:10



**takes** 23:12,19,20
  26:7 58:17,18
**talk** 4:12 5:8
  20:10 38:8
  52:23 59:15
  76:5
**talked** 40:23
  59:24 67:2
**talking** 22:16
  55:3 59:24
  65:22 68:5,12
  68:15,16,18
  81:8 82:23
  86:20
**targeted** 65:1
**team** 29:3,8 74:2
  74:3
**teams** 66:2 68:10
**technology's** 8:6
**tell** 35:9 65:24
**telling** 54:7,15
**ten** 12:9
**terms** 14:6 55:2
**test** 3:9
**tested** 29:4
**Thank** 4:8 87:15
  87:17
**they'd** 68:17
**thick** 83:16
**thin** 78:4 83:17
**thing** 5:8 15:6
  33:17 42:19
  61:22 65:16
**things** 7:14 20:12
  20:14 27:2
  28:17 30:1,6
  33:18,19 35:4
  36:9,22 37:3,16
  37:19 38:9,21
  39:24 43:7
  44:22 49:24
  54:22 55:6
  56:17 57:13
  58:11 60:6,11
  65:12 74:24
  81:19 83:19

84:6
**think** 2:9 4:5,10
  5:7 6:20 7:8,15
  7:23 8:9,18,18
  9:7,9 10:2,9
  13:9,20 14:18
  15:23 18:16,16
  18:17 21:2,15
  21:20 25:17
  29:19 33:15,16
  33:17 34:17
  37:8 39:10 42:4
  45:22 47:14,22
  48:3,4 49:19
  50:23 51:3,4
  56:22 58:22
  71:3 75:10 76:1
  78:5 85:3,11,11
**thinking** 33:9
  42:1,13 58:13
  58:14,19
**thinks** 70:23
**thought** 32:13
  33:1
**thoughts** 6:3
  30:20
**Threadneedle**
  48:24
**three** 2:14 3:9
  12:8 13:6 70:15
  74:17
**tile** 17:1
**till** 41:17
**time** 3:24 10:21
  10:23 12:13,18
  20:17,21 23:8
  23:13,20 24:16
  29:14,16 32:11
  32:22 33:14
  42:11 43:2
  49:20 53:1
  55:23 56:5,11
  56:22 57:17
  58:19 77:17
  87:16
**times** 54:13 73:7

**tiny** 79:12
**tired** 48:22 57:9
**today** 4:11 6:5
  69:9 75:6
**told** 24:9 26:23
  34:4 35:4,11
  36:10,13,22
  37:4 38:16,18
  39:2,3 54:13,16
  57:14
**Tom** 1:17,20 2:12
  5:13
**top** 40:21 41:6
  61:16
**topic** 68:14
**total** 63:4
**totally** 50:23 51:3
  61:23
**Tough** 45:13
  72:1
**track** 44:4 48:23
  51:10 52:2,19
  53:16 79:19
**trade** 7:12 9:14
**trades** 6:20
**transcribed** 1:18
  88:5
**transcript** 88:16
**transcription**
  1:12,15
**transparent** 59:7
**travel** 24:11 25:8
**treat** 28:5 51:22
**treated** 44:17,20
  52:14 53:8,12
  53:20
**tremendous** 52:1
**tried** 19:7 75:16
  75:20
**trip** 19:16 20:23
**trips** 46:10
**true** 35:1
**trust** 23:21
**try** 50:15 70:24
  71:14 85:13
  86:8

**trying** 4:11 30:18
  46:15 48:13
  49:9 50:21
  54:22 55:5
  57:12 58:6 70:2
  71:11,12 72:6
**turn** 21:17 65:23
**turnaround**
  49:14
**two** 38:18 47:18
  51:24 59:9 74:9
  85:20
**two-way** 42:19

**U**

**ultimately** 31:16
  41:14 84:21
**Um** 18:12
**Um-hm** 7:4,21
  9:10,16 14:5
  15:9 16:2,7,13
  17:24 28:15
  31:13
**unclear** 22:12
**unconvincing**
  77:23
**understand** 9:7
  23:12 54:19
  58:5 62:21 63:5
**unfair** 48:8
**unfairly** 61:14
**unfamiliar** 79:8
  79:9
**unhappiness**
  27:8
**unhappy** 18:8
  21:22,23 27:9
  54:18 78:10
  83:4
**UNITED** 1:1
**unprofessionally**
  44:21
**unsuccessful**
  84:21
**unwilling** 31:1
**uphold** 55:15

**upset** 27:4
**up-front** 22:5
  28:6
**use** 10:20
**uses** 29:17
**utilize** 55:17
**utterly** 61:23

**V**

**v** 1:6
**vaguely** 87:9
**valid** 84:17
**value** 30:9,10
  36:23 42:7
  80:13,14,17,17
**various** 15:15
  16:11,18
**view** 26:21 34:3
**vs** 1:19

**W**

**want** 3:23 4:12
  5:16 10:20
  11:14 13:18
  14:21 28:13
  30:23 31:10
  70:11 77:24
  79:19 85:5
**wanted** 4:24 15:6
  46:14
**wanting** 59:15
**wasn't** 22:22
  25:16,18 37:21
  38:4 39:4,4,8
  39:15 44:13
  66:4 71:9
**watch** 80:21,24
**way** 7:22 16:9
  25:4,9,10,16
  26:12 27:10
  36:15,16,17
  37:5 38:3 39:20
  40:1 42:20
  45:13 58:22
  69:15 71:3
  72:17,18,21



85:23 86:23
ways 80:14
wearing 78:4
week 7:2 20:23
24:9,24 66:21
weeks 5:18,23
12:8,9,9,12
29:7 49:8 65:7
65:7
weight 3:12
Wellington 1:7
20:4 25:4 28:24
30:22 31:5
32:24 35:8 36:8
37:5 40:2 41:12
41:14 42:1,2
45:13 55:12
58:15 60:3,19
62:1 69:1,14
70:20,23 72:8
72:13,20 73:13
82:1 83:14
Wellington's
26:11 40:15
54:7 70:9,10
71:24 72:11
82:5
went 19:4,4
35:15
weren't 35:19
53:4 56:4
we'll 14:21
we're 2:23 5:16
11:9 12:1 15:3
17:17 18:6,9
46:3,3 48:8,13
48:22 49:9
50:19 51:21
54:9 57:9 63:9
73:14,20,22
74:4 75:2,2
82:8 83:15 84:2
87:1
we've 5:1,1 13:3
40:22 57:16
64:5 65:19

whatever's 27:24
winners 16:5
wish 12:5,6 33:7
33:8 58:20
63:18,18
women 61:10
word 14:14 69:5
words 86:5
work 5:23 6:14
7:11 13:21
17:15 20:22
22:10 28:8,9
30:23 54:22
59:6,14 60:22
65:7 74:24
75:12 80:5
worked 32:15
72:19 73:10
84:22
working 17:14
22:3 27:13,13
27:14 35:20
41:19,20 45:21
61:12 62:1 64:1
works 63:6
worried 17:17
47:23 48:8
worse 60:11
worth 72:8
wouldn't 7:23
25:8,9 27:11
34:13 55:1
71:11 74:14
Wow 81:5
write 31:6
writing 11:6 15:1
wrong 65:12
70:22 83:22
www.MagnaL...
1:24
W_Recording
1:19
_____
X
XYZ 26:23 33:21
40:15 57:10

72:15
_____
Y
yeah 3:20 4:8,13
4:16,19,22 5:9
8:8 9:3,6,17
11:2,23 12:7
14:24,24 15:13
15:17 16:19
25:23 26:11
35:12 38:21
40:4 42:5,14
43:8 46:3 51:9
53:21,21,22
55:21 57:6,11
58:4,9,10 59:19
63:1,13,17
66:15,19 71:24
72:13 76:6,22
79:11 84:1
year 16:6 22:14
23:2 29:4 54:17
67:23 87:7,10
years 38:18 44:1
51:24 71:18
74:17
year's 44:18
year-end 5:5
young 52:21
yup 5:12,20,24
6:6 10:13,13,16
11:11,16,19,19
12:3,3,11 13:12
13:16,19 15:4
28:18 76:24
77:13
_____
Z
zero 24:8
ZI 1:4
_____
$
$5 62:17
_____
1
1:19-CV-11605...

1:2
100 18:23
109th 17:8
11 22:14 23:5,11
23:22
110th 17:6
111th 17:7
114 16:23 17:5
12 34:6,23 40:4
13 71:18
14 5:18,23 12:12
15 79:5
_____
2
2 1:18
20 73:12 79:5
88:10
2004 8:14
2016 1:18
20161102 1:20
2021 88:10
_____
3
30th 87:9
300 81:15
_____
5
50 73:7 82:3
54 73:8
_____
6
6 34:6,22 40:3,4
624-6221 1:23
_____
7
7th 44:3
_____
8
866 1:23
_____
9
95th 17:6

