UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE<br><br>　　　　Defendants. | Civ. Action No. 19-cv-11605-WGY |

**AFFIDAVIT OF MINA KOIDE IN SUPPORT OF HER MOTION FOR RECONSIDERATION AND/OR FOR PROTECTIVE ORDER**

I, Mina Koide, under oath, depose and state as follows:

1. I am the Plaintiff in the matter *Mina Koide v. Wellington Management Company LLP et al.*, 1884-CV-03569E, currently pending in the Suffolk Superior Court.

2. I am not a party to the above-captioned action.

3. In contemplating litigation against Wellington, I consulted with Attorney Katherine Michon, Attorney Hannon's law partner, and thereby formed an attorney-client relationship with her.

4. I did not and do not give consent to the disclosure of confidential information.

Signed under the pains and penalties of perjury this 21st day of September, 2021.

_____
Mina Koide