# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

## DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE COMPARISON EVIDENCE REGARDING THE TREATMENT OF NON-SIMILARLY SITUATED WELLINGTON EMPLOYEES

Defendants Wellington Management Company LLP ("Wellington")[1] and Charles Argyle[2] ("Defendants") respectfully move *in limine* to exclude any evidence regarding the treatment of other Wellington employees not similarly situated to Gigi Kai Zi Chan ("Plaintiff"). Such evidence should be excluded as both irrelevant and unfairly prejudicial. As additional support, Defendants rely on their Memorandum of Law in support of this motion.

---

[1] Plaintiff was employed by Wellington Management Hong Kong ("WMHK"). However, Wellington is not contesting co-employment for purposes of this litigation.

[2] Charles Argyle timely moved for summary judgment on the only count asserted against him, Count 6, which purported to allege a cause of action for tortious interference. The Court ruled as follows: "As to Counts 5 and 6 the motions are allowed insofar as they are duplicative of discrimination counts, but to the extent there is evidence of tortious interference summary judgment is denied." See Dkt. No. 77. Due to the lack of any evidence of tortious interference, the claim against Mr. Argyle should be dismissed prior to trial, but he joins in this motion because as of the date of the filing of this motion, he remains named as a Defendant on the docket.

        Respectfully Submitted,

        WELLINGTON MANAGEMENT
        COMPANY and CHARLES ARGYLE,

        By their attorneys,

        */s/ Stephen T. Paterniti*
        Stephen T. Paterniti, BBO# 564860
        JACKSON LEWIS P.C.
        75 Park Plaza, 4th Floor
        Boston, Massachusetts  02116
        TELE: (617) 367-0025
        FACSIMILE: (617) 367-2155

        Beverly Garofalo
        Admitted Pro Hac Vice
        JACKSON LEWIS P.C.
        90 State House Square
        Hartford, Connecticut 06109
        TELE:  (860) 331-1535
        FACSIMILE: (860) 247-1330

Dated: September 28, 2021

## **LOCAL RULE 7.1 – CERTIFICATION**

Pursuant to Local Rule 7.1, on September 24, 2021, counsel for the parties conferred by phone in a good-faith effort to resolve or narrow the issues addressed in Defendants' motion.  Plaintiff's counsel indicated that he would not agree to the relief requested in the motion.

        */s/ Stephen T. Paterniti*
        Jackson Lewis P.C.

## **CERTIFICATE OF SERVICE**

      This hereby certifies that on September 28, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                          */s/ Stephen T. Paterniti*
                                          Jackson Lewis P.C.

4816-9536-9981, v. 1