# EXHIBIT A

# Employment Research Corporation

August 25, 2021

Ms. Beverly W. Garofalo
Jackson Lewis P.C.
90 State House Square
8th Floor
Hartford, CT 06103

Re: *Gigi Kai Zi Chan v Wellington Management Company LLP and Charles Argyle*

Dear Ms. Garofalo,

You asked us to evaluate the labor market for occupations relevant to Gigi Kai Zi Chan, based on her experience and qualifications, following her separation from Wellington Management Hong Kong (Wellington) on September 12, 2017. You also asked us to evaluate her job search subsequent to her separation. The following report provides information about job opportunities in Ms. Chan's occupation and labor markets, comments on Ms. Chan's job search efforts, and evaluates labor market conditions in relevant geographic areas.

## I.   Background

### Laura R. Steiner, MBA

I am the vice president of Employment Research Corporation, a firm located in Ann Arbor, Michigan, that specializes in employment and wage and hour research. I obtained my Master of Business Administration (MBA) from Yale University. I have over 20 years' experience in project management, research design, survey research, analysis, and consulting. My papers relating to the mitigation of damages were presented at the American Board of Vocational Experts and the American Rehabilitation Economics Association and published in their journals. I have prepared mitigation reports using help wanted data and consulted to vocational rehabilitation experts and economists on the use of help wanted data in over 300 employment matters. My Curriculum Vitae, list of cases testified in the past four years, and rates charged are included in Appendix A.

### Malcolm S. Cohen, Ph.D.

I am the president of Employment Research Corporation, a firm located in Ann Arbor, Michigan, that specializes in employment research. I obtained a Ph.D. in Economics from MIT, with specialties in Econometrics and Labor Economics. After graduating from MIT, I worked for the U.S. Bureau of Labor Statistics in Washington, D.C. I have taught at the University of Maryland, the University of Michigan, and the University of Minnesota. The classes I have taught include Statistics, Economics, Labor Market Information, Human Resource Management and Econometrics. I was the Director of the Institute of Labor and Industrial Relations at the University of Michigan from 1980 to 1993. I was Chairman of the Program for Human Resource Development at the University of Michigan, a Rackham graduate certificate program, which was initially located in the Vocational Education

# Employment Research Corporation

department within the School of Education. I have done extensive research on labor market issues, new hires, labor shortages and labor market information. I have written over 50 articles and books on related topics including two books on the measurement of labor shortages in the United States and international labor markets. I have been a consultant in over 1,000 audits or cases and testified over 300 times. I have presented papers relating to measuring employment mitigation at three professional associations. I consulted with the World Health Organization on identifying global labor shortages of medical personnel. I have lectured at the University of Michigan Law School, Duke Law School, Nevada State Bar Association, the Institute for Continuing Legal Education at the University of Michigan, the American Bar Association, American Inns of Court, and various other legal groups. I have served as an expert to the EEOC and U.S. Department of Labor in discrimination cases, as well as directed many research projects sponsored by government agencies. My Curriculum Vitae, list of cases testified in the past four years, and rates charged are included in Appendix A.

## II.    Documents reviewed:

We reviewed the following information in preparing our report:

1) Complaint dated July 24, 2019.

2) Supplemental Answer to Interrogatory Number 13, dated July 27, 2021.

3) Answers and Objections to Defendant Wellington Management Company LLP's First Set of Interrogatories, dated September 24, 2020.

4) Response to Request Number 26, Tax Documents Relating to Ms. Chan's Employment at Wellington Management, marked DEF 00030049 – 30095.

5) Report of Frank J. Carr, Appendix A-O and Exhibits 1-8, dated August 2, 2021.

6) Documents relating to Ms. Chan's Employment at Wellington Management Company, marked CHAN_SUPP000001-000031.

7) Deposition of Ms. Chan dated October 6, 2020.

8) Continued deposition of Ms. Chan dated October 7, 2020.

9) Job search emails produced in discovery.

10) Ms. Chan's LinkedIn profile, Exhibit 7.

11) Ms. Chan's resume, Exhibit 8, marked CHAN_0512.

12) Offer letter from Wellington Global Investment Management LTD, marked CHAN_04381 – 04388.

13) Documents from Threadneedle, Exhibit 2, DEF00012438-12441, File named No. 2-Chan 4816-1008-8399 v.1.pdf.

14) Market data from Wilson HCG blog at https://www.profileasia.com/en/blog/2018/02/profile-asset-management-market-update-2018 and https://www.profileasia.com/blog/2017/04/profile-asset-management-market-update.

# ☑ Employment Research Corporation

15) Information from the U.S. Bureau of Labor Statistics on unemployment rates in the U.S. and metropolitan areas of New York, San Francisco, and Boston, 2017-2020 and selected months in 2021.

16) Information from the U.S. Bureau of Labor Statistics on unemployment rates for Financial occupational groups in the U.S., 2017-2020, Table 25, retrieved from http://www.bls.gov/cps/tables.htm.

17) Average duration of unemployment from the U.S. Bureau of Labor Statistics and U.S. Census Bureau Current Population Survey, 2017-2020, retrieved from https://www.bls.gov/cps/tables.htm and from U.S. Census Bureau, Microdata Access System, https://data.census.gov/mdat/#/ and https://DataFerrett.census.gov.

18) Information from the U.S. Bureau of Labor Statistics on the 2018 Standard Occupational Classification System https://www.bls.gov/soc/2018/major_groups.htm.

19) Counts and listings of help-wanted advertisements for Financial Managers and Financial analysts in selected US and International labor markets including source URL and full ad text, from September 12, 2017 to present from Gartner TalentNeuron.

20) Cohen, Malcolm S., and Robert Solow, "The Behavior of Help-Wanted Advertising" *Review of Economics and Statistics* XLIX, vol. 1 (February 1967):108-10.

21) Cohen, Malcolm S. (1995*), Labor Shortages as America Approaches the Twenty-first Century*, Ann Arbor, MI: University of Michigan Press.

22) Cohen, Malcolm S., and Zaidi Mahmood. *Global Skill Shortages*. Edward Elgar Publishers, UK 2002.

## III.    Ms. Chan's Background

Ms. Chan was hired in 2014 as an Equity Research Analyst for Wellington in Hong Kong.[1] According to a 2015 document, she also had an officership level of Vice President.[2] In 2016, the year before her separation on September 12, 2017, Ms. Chan's cash basis total compensation was USD 644,676.[3,4]

According to her resume, prior to working for Wellington, Ms. Chan worked for Columbia Threadneedle Investments in London and Singapore from 2000-2013.[5] In a 2012 Columbia Threadneedle company document, Ms. Chan was listed as a Fund Manager[6] specializing in energies and utilities in the Hong Kong and China markets.[7]

---

[1] CHAN_04381.

[2] 2015 Year End Compensation document, dated November 30, 2015, marked CHAN_SUPP000003.

[3] Separation date from DEF 00030054.

[4] 2016 earnings from CHAN_SUPP000002.

[5] Ms. Chan's resume marked CHAN_05512.

[6] Documents from Threadneedle, Exhibit 2, DEF00012438-12441, dated December 31, 2012.

[7] Documents from Threadneedle, Exhibit 2, DEF00012438-12441, dated December 31, 2012.

# Employment Research Corporation

According to her Resume and Answers to Interrogatories,[8] Ms. Chan obtained a Bachelor of Arts and a Master of Arts in Philosophy, Politics and Economics from Oxford University.[9] She also holds a Postgraduate Diploma in Law from The University of Law (formerly The College of Law).[10] She was awarded multiple certifications and professional licensing including Chartered Financial Analyst (CFA) Charterholder.[11]

According to the Complaint, Ms. Chan is of Chinese descent, and is a citizen of the United Kingdom.[12] According to her resume, Ms. Chan is also a citizen of Hong Kong and is fluent in Chinese (Cantonese and Mandarin), English, and French, and speaks basic Spanish and German.[13]

It is our understanding that following her separation from Wellington in September of 2017, Ms. Chan has not been employed.

## IV.   Ms. Chan's Job Search

We reviewed Ms. Chan's documented job search, including her Answers to Interrogatories, Supplemental Answers to Interrogatories, and copies of emails, along with her deposition testimony. In our review of Ms. Chan's job search, we identified numerous issues that could have negatively impacted her success in finding replacement employment.

1. **Ms. Chan did not start her job search until over a year after her separation and searched for just three opportunities per year on average in the first three years following her separation.** Ms. Chan separated from Wellington on September 12, 2017, but her first documented job search application was over a year later, in November, 2018. In an email reply to a recruiter on October 29, 2018, she represented that she had been taking a break in looking for work.[14] Even after she began looking for a job, she had periods of three to six months with no documented applications, despite her testimony that she spent approximately 10 hours per week on her job search (See Figure 1).[15]

---

[8] Plaintiff Gigi Kai Zi Chan's Answers and Objections to Defendant Wellington Management Company LLP's First Set of Interrogatories.

[9] Answers to Interrogatories p. 2; Resume.

[10] Answers to Interrogatories p. 2; Resume.

[11] Answers to Interrogatories pp. 2 to 3.

[12] Complaint, p. 1.

[13] Resume marked CHAN_05512.

[14] Email dated October 29, 2018, marked CHAN_04651.

[15] Ms. Chan's Deposition 10/6/2020, p 133.

# 📈 Employment Research Corporation

Figure 1. Reported Applications Per Month, September 2017 to July 2021



Source: Answers to interrogatories, p 18 and Supplementary Answers to Interrogatories p 3

Beginning in 2021, it is our understanding that Ms. Chan moved back to Hong Kong and reached out to some of her previous contacts, with a total of 8 contacts in March-July of 2021. Comparing her reported job search activity for the first 3 years following her separation (September 2017-August 2020) she indicated that she pursued a total of 9 listed applications (three per year on average), compared with 11 listed applications in the past year (approximately one per month) (September 2020-July 2021).

2. **At times, there were significant gaps with Ms. Chan's follow-up with recruiters.** Ms. Chan indicated in her Answers to Interrogatories that she communicated with recruiting firms.[16] According to her deposition, some of these communications led to her listed applications.[17] However, her responses were not always timely. On July 9, 2018, Ms. Chan was sent an email from a recruiter at Spencer Stuart Hong Kong about potential opportunities.[18] Ms. Chan did not reply until October 29, 2018, almost four months later.[19] Even earlier, on April 26, 2018, Ms. Chan was sent an email from another recruiter at Heidrick & Struggles, Hong Kong, about a "Lead PM role" with Franklin Templeton.[20] Again she did not reply until October 25, 2018, six months later, writing "My apology for not replying earlier. I was taking a break having left Wellington one year ago. I am now looking if there would be any interesting opportunities based in HK."[21]

3. **Salary and location requirements communicated to recruiters may have limited the available opportunities for Ms. Chan.** In a November 2018 letter to one recruiter, Ms. Chan wrote "Just to be clear, in terms of comps, the discussions I am currently having are around USD 1m at 15% tax rate (HK)."[22] In a November 2018 email to another recruiter, Ms. Chan wrote "I will only consider the offer if the comps are 400k +400k bonus + profit sharing (for which I need some

---

[16] Answers to Interrogatories pp 17-18 and Supplemental Answers to Interrogatories p 2.

[17] Deposition 10/6/2020 pp 141 to 142.

[18] Email to Ms. Chan from Monique Ho, Spencer Stuart Hong Kong, dated July 9, 2018, marked CHAN_04651.

[19] Email from Ms. Chan to Monique Ho, Spencer Stuart Hong Kong, dated October 29, 2018, marked CHAN_04651.

[20] Email to Ms. Chan from Steven McCrindle, Heidrick & Struggles, Hong Kong, dated April 26, 2018, marked CHAN_04728.

[21] Email from Ms. Chan to Steven McCrindle, Heidrick & Struggles, marked CHAN_04727.

[22] Email marked CHAN_04518.

# ☑ Employment Research Corporation

historical data.) I am currently discussing opportunities around USD1m (with 15% tax rate) in HK and equivalent in net comp in Europe."[23]

Similarly, in December 2018, Ms. Chan wrote to a recruiter "Before we move further I would like to know what sort of compensation level [company] is prepared to offer. I am currently having discussions between USD800k and USD1m."[24] The recruiter replied, "I doubt they could match 800k or 1m USD package."[25] This was the end of their documented exchange until Ms. Chan wrote back two and half years later, in July of 2021, saying "I just moved back to Hong Kong. I am actively looking for a PM role."[26]

Regarding location requirements, Ms. Chan also indicated in her deposition that she did not always pursue opportunities with recruiters, due to their locations (e.g., Dubai or Shanghai).[27]

4. **Ms. Chan's listed job search has been focused on positions such as Portfolio Managers, Fund Managers, Equity Portfolio Manager, Head of China Strategy, and similar level positions**.[28] She does not appear to have applied to Equity Research Analyst or similar positions.

5. **Ms. Chan does not appear to have updated her LinkedIn profile. Examining her LinkedIn profile, it appears to be static since her separation from Wellington in 2017.** Although she does have a photo and resume, she has no additional comments or activities which would improve her searchability and demonstrate that she is still active in the labor market.[29]

6. **Ms. Chan moved out of the primary labor market areas for her occupation.** It is our understanding that Ms. Chan moved to France and has only recently returned to Hong Kong.[30] This would have limited her opportunities to network in person or be available on short notice for in-person interviews in locations where employers would be likely to have offices, and where Ms. Chan had worked or received offers previously such as Hong Kong, Singapore, the United Kingdom, and the United States.

In comparison, we also evaluated Ms. Chan's job search in 2014, prior to being hired by Wellington. Email conversations show follow-up to emails typically occurred within a few days.[31] Specifically, she sent and replied to emails, did professional networking, and followed up more consistently. As one example, Ms. Chan was initially not selected for a position she applied for at Wellington, but she continued to communicate and reach out to professional contacts. She was eventually offered the Equity Research Analyst position at Wellington that she accepted.[32]

---

[23] Email marked CHAN_04696.

[24] Email marked CHAN_04634.

[25] Email marked CHAN_04636.

[26] Email marked CHAN_SUPP00548.

[27] Deposition 10/6/2020 pp 130-131 and 141.

[28] Answers to interrogatories, p 18 and Supplementary Answers to Interrogatories p 3.

[29] Chan – Linked In.pdf.

[30] Ms. Chan's deposition page 19, Email marked CHAN_SUPP00548.

[31] Email marked CHAN_05746.

[32] Emails marked CHAN_06370, CHAN_0637, CHAN_06429 and CHAN_06459.

# Employment Research Corporation

In summary, Ms. Chan's post-Wellington job search had numerous issues as discussed above which could have negatively affected her success in finding replacement employment, including large gaps with no reported applications, failure to consistently follow up in a timely manner, moving out of the primary labor markets for her occupation, failure to apply for positions similar to the position she held with Wellington, and setting salary requirements above what she was making previously. Ms. Chan's Interrogatory Answers show that during the first three years following her separation, she applied to fewer than ten opportunities. Recently Ms. Chan has moved back to Hong Kong and appears to have increased her job search activities.

## V. Analysis of Available Ads for Selected Occupations

To demonstrate the availability of potential job openings relevant to someone with Ms. Chan's qualifications, we reviewed help-wanted advertisements for Financial Managers and Financial and Investment Analysts from September 12, 2017 to present. We chose these occupations because they include her position of Equity Research Analyst as well as her previous experience as a Fund Manager, and jobs she searched for such as Portfolio Manager.

Although Ms. Chan had indicated in her deposition that she was conducting an international job search,[33] we limited the search to the following geographic areas to illustrate the types of opportunities available to Ms. Chan. The Complaint indicates Ms. Chan is of Chinese descent and is a resident of the United Kingdom. Prior to working for Wellington, Ms. Chan worked for Columbia Threadneedle Investments. According to her resume, the location of her work was listed as London/Singapore. At the time she was hired by Wellington, Ms. Chan was living in the United States.[34] Ms. Chan reported that she had been considering an alternative offer in the United States at that time.[35] Ms. Chan moved to Hong Kong when she took the job in 2014 and remained there through the time of her separation in 2017. According to her deposition, she moved to France in February of 2018.[36] In terms of her job search following her separation, Ms. Chan primarily applied for positions in Hong Kong and London, although she said that she was open to an international job search.

In our ad search, we focused on the following labor market areas:

- Hong Kong, SAR, China
- Singapore
- London, United Kingdom
- Boston, MA; New York, NY; San Francisco, CA; United States.

Help-wanted advertisements have been used as an indicator of the labor market for more than 50 years. Dr. Malcolm Cohen has used help-wanted advertising as a job shortage indicator in his

---

[33] Deposition pp 145 to 146.

[34] The Complaint states that she was living in the United States at the time of her hire. Her offer letter was sent to her at an address in New York City.

[35] Email marked Chan_05881-05883.

[36] Ms. Chan's deposition, p. 19.

# Employment Research Corporation

research.[37] Historically, persons using help-wanted advertising in research would do library research and access current and previous advertisements from newspapers, magazines, trade journals, and other sources using print publications and archives, such as microfiche. Over time, more help-wanted advertisements became available online and fewer in print sources.

Gartner TalentNeuron (formerly WANTED Analytics) has compiled a database of over four billion global help-wanted advertisements going back to the year 2005 by scraping content from over 65,000 online sources. These sources include large job boards such as Monster.com and CareerBuilder.com, as well as corporate recruiting sites and specialized sources such as efinancialcareers. Ads in the Gartner TalentNeuron database contain the original full text of the ad as well as the originating URL (Internet address). Jobseekers would have access to the sites where the ads were posted, including general job boards such as CareerBuilder and Monster, and aggregators such as Indeed.com.

Using a computer algorithm, Gartner TalentNeuron codes each ad by occupation. The occupations are those used in the Standard Occupational Classification (SOC) system. This system is used by U.S. government statistical agencies to classify workers into occupational categories. As previously mentioned, at Wellington, Ms. Chan worked as an Equity Research Analyst. This job title would be coded in the TalentNeuron database in SOC occupations of Financial Managers or Financial and Investment Analysts. Table 1 shows the U.S. Bureau of Labor Statistics definition for each of the occupations.[38] Help wanted ads for other countries were coded using the US Occupational classification system.

Table 1: Occupation Codes and Descriptions

| Occupation Code (US) | Occupation name (US) | Description |
|---|---|---|
| 11-3031 | Financial Managers | Plan, direct, or coordinate accounting, investing, banking, insurance, securities, and other financial activities of a branch, office, or department of an establishment. |
| 13-2051 | Financial and Investment Analysts | Conduct quantitative analyses of information involving investment programs or financial data of public or private institutions, including valuation of businesses. |

Ms. Chan had specialized experience within these broad categories. Note that for these occupations, it is our experience that many of these types of opportunities would not always be posted on job boards. However, our ad research demonstrates specific advertised opportunities in the selected labor markets during the relevant time period.

---

[37] Cf. "The Behavior of Help-Wanted Advertising" with Robert Solow. *Review of Economics and Statistics* XLIX, vol. 1 (February 1967):108-10.

[38] Bureau of Labor Statistics, 2018 Standard Occupational Classification System https://www.bls.gov/soc/2018/major_groups.htm.

# ✓ Employment Research Corporation

Based on her reported job search as well as her educational background and experience at Wellington and previous employers, we further limited the ads using keywords. See Appendix B for keywords used to select and remove titles.

Gartner TalentNeuron de-duplicates identical ads by month; however, an ad for the same position could be advertised in different sources or in different months. Similarly, an ad can be for more than one opening. Using computer queries, we took these ads and further de-duplicated by poster name, ad title, and city, by quarter. If the same ad was posted twice in one quarter, it was only included once. We removed ads that were identified as being from Wellington. Where the same employer or poster advertised for different positions or for the same position in different locations or time periods, these ads were not considered to be duplicates. Furthermore, while Ms. Chan may not necessarily be qualified for every position, the ads are an indicator of the labor market within the selected occupations and geographic areas.

Table 2 shows the counts of ads in the selected occupations during the relevant time periods, by location.

Table 2: Counts of Selected Ads for Financial Managers and Financial Analysts with Selected Keywords by Location and Quarter, September 12, 2017 to July 28, 2021

| | Year and Quarter | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2017 | | 2018 | | | | 2019 | | | |
| Location | 3rd* | 4th | 1st | 2nd | 3rd | 4th | 1st | 2nd | 3rd | 4th |
| Hong Kong, SAR, China | 53 | 216 | 259 | 280 | 214 | 122 | 132 | 165 | 127 | 118 |
| Singapore | 52 | 202 | 217 | 392 | 454 | 486 | 471 | 764 | 593 | 517 |
| London, UK | 104 | 399 | 414 | 398 | 310 | 247 | 364 | 427 | 438 | 531 |
| USA selected markets[39] | 136 | 507 | 438 | 627 | 533 | 449 | 527 | 691 | 508 | 429 |

| | Year and Quarter (Continued) | | | | | | | Total Ads |
|---|---|---|---|---|---|---|---|---|
| | 2020 | | | | 2021 | | | Sept 12, 2017 to |
| Location | 1st | 2nd | 3rd | 4th | 1st | 2nd | 3rd* | July 28, 2021 |
| Hong Kong, SAR, China | 179 | 130 | 136 | 160 | 232 | 292 | 97 | **2,912** |
| Singapore | 457 | 421 | 411 | 311 | 438 | 512 | 158 | **6,856** |
| London, UK | 367 | 220 | 253 | 339 | 452 | 450 | 156 | **5,869** |
| USA selected markets | 518 | 362 | 405 | 415 | 547 | 745 | 268 | **8,105** |

Source: Gartner TalentNeuron
* Partial Quarter

Appendices C to F list the ads with the selected keywords that were advertised in the selected occupations and locations during the time periods. Appendices C1-F1 show full ad text. The ads selected for these exhibits are from the selected occupations as coded in the Gartner TalentNeuron database. These are only an example of the types of opportunities which would have been available to someone with Ms. Chan's qualifications. Although there may be some duplicates in these postings, some postings may also be for more than one available position. Note that not

---

[39] US Metropolitan Statistical Areas included are Boston-Cambridge-Newton, New York-Newark-Jersey City; San Francisco-Oakland-Hayward.

# Employment Research Corporation

every ad displayed would be an exact match for Ms. Chan. However, the ads are illustrative of the types of opportunities in the selected labor markets and occupational categories.

## VI.  Labor Market Trends

Labor market trends can be used as indicators on how easy or difficult it is for a person in a particular occupation to find employment. Here, we will present data on the unemployment rate, duration of unemployment, and local wage information. These measures have historically been used as an indicator measuring the tightness or looseness of the labor market.[40],[41]

### A.  Unemployment Rate

The unemployment rate can be used as an indicator for jobseekers about the availability of jobs.  A lower unemployment rate indicates a more favorable market for jobseekers.

Table 3: Unemployment Rates by Country, 2010-2020

| Country | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---------|------|------|------|------|------|------|------|------|------|------|------|
| Hong Kong SAR, China | 4.3 | 3.4 | 3.3 | 3.4 | 3.3 | 3.3 | 3.4 | 3.1 | 3.0 | 3.0 | 5.8 |
| Singapore | 4.1 | 3.9 | 3.7 | 3.9 | 3.7 | 3.8 | 4.1 | 4.2 | 3.7 | 3.1 | 5.2 |
| United Kingdom | 7.8 | 8.0 | 7.9 | 7.5 | 6.1 | 5.3 | 4.8 | 4.3 | 4.0 | 3.7 | 4.3 |
| United States | 9.6 | 9.0 | 8.1 | 7.4 | 6.2 | 5.3 | 4.9 | 4.4 | 3.9 | 3.7 | 8.3 |
| France | 8.9 | 8.8 | 9.4 | 9.9 | 10.3 | 10.4 | 10.0 | 9.4 | 9.0 | 8.4 | 8.6 |

Created from: World Development Indicators
Series: Unemployment, total (% of total labor force) (modeled ILO estimate)

Except for France, the unemployment rates in the countries listed above were relatively low at the time of her separation in 2017, ranging from 3.1% - 4.4%.

Table 4 shows the unemployment rate in the United States as a whole and in the New York City Metropolitan Statistical Area, which is where Ms. Chan lived when she was hired by Wellington in 2014.[42] As shown in Table 5, the United States unemployment rate fell from 2016 to 2019. In 2017, the year of Ms. Chan's separation from Wellington, the unemployment rate in the U.S. was 4.4%. In the New York-Newark-Jersey City, NY-NJ-PA MSA it was also 4.4%. Lower unemployment rates generally indicate better conditions for jobseekers. During the period since Ms. Chan's separation in 2017, the labor market was very strong and continued to improve through 2019. The unemployment rate remained low through March 2020. While the unemployment increased in 2020 due to the COVID-19 pandemic, the rate has been declining in 2021.

---

[40] Cohen, Malcolm S. (1995), *Labor Shortages as America Approaches the Twenty-first Century*, Ann Arbor, MI: University of Michigan Press.

[41] Federal Reserve Bank of San Francisco, "What Labor Market Indicators do the FOMC members look at when making their decision", https://www.frbsf.org/education/publications/doctor-econ/2013/october/labor-market-indicators-monetary-policy-unemployment-rate/.

[42] CHAN_04381.

# 📈 Employment Research Corporation

Note that we found hundreds of ads in the second and third quarters of 2020 in the occupations of Financial Managers and Financial Analysts despite the economic downturn.

Table 4: Unemployment Rate for Selected Locations (2016 to May 2021)

| Location | 2016 Annual | 2017 Annual | 2018 Annual | 2019 Annual | 2020 Annual | 2021 Jun |
|---|---|---|---|---|---|---|
| Total United States | 4.9 | 4.4 | 3.9 | 3.7 | 8.1 | 6.1 |
| New York-Newark-Jersey City, NY-NJ-PA Metropolitan Statistical Area | 4.8 | 4.4 | 3.9 | 3.6 | 10.4 | 8.0 |

Source: U.S. Bureau of Labor Statistics, Local Area Unemployment Statistics and Current Population Survey

Unemployment data in the United States is available by occupation as well. Table 5 shows the historical unemployment rate for the United States compared with the unemployment rate for Management, Business, and Financial Operations occupations. The occupational unemployment rate has consistently been approximately half of the United States unemployment rate. By this measure, job-seekers in the Management, Business, and Financial Operations occupational group would have had an easier time finding work than the average job-seeker.

Table 5: Unemployment rate for selected occupations in the United States (2010-2020)

| Occupation | Unemployment rate (Percent) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
| All Occupations | 9.6 | 8.9 | 8.1 | 7.4 | 6.2 | 5.3 | 4.9 | 4.4 | 3.9 | 3.7 | 8.1 |
| Management, Business, and Financial Operations | 5.1 | 4.7 | 4.0 | 3.5 | 2.9 | 2.4 | 2.5 | 2.2 | 2.0 | 1.8 | 4.1 |

Source: U.S. Bureau of Labor Statistics, Current Population Survey

These lower unemployment rates in Management, Business, and Financial Operations occupations are consistent with industry recruiter information about Ms. Chan's specific sub-occupation in the Asian market. The hiring within the asset management market in Asia was forecasted to continue growing around the time of Ms. Chan's separation from Wellington. The following recruiting trends were reported in 2017 and 2018 by Wilson HCG, a leading talent solutions company that operates in over 65 countries.

Regarding the need for hiring in the asset management labor market in 2017, the publication emphasized the hiring needs for both analysts and portfolio managers:

> In research, we see a similar story as in recent years with an ongoing need for analysts across the board. China analysts are naturally in demand, though we see that it tends to be more at the senior end, senior Portfolio Managers or even CIO hiring is more active now than the last few years. This is a result of groups coming into the market and also because several insurance companies are seeking to hire from pure play asset managers.[43]

---

[43] https://www.profileasia.com/blog/2017/04/profile-asset-management-market-update.

# Employment Research Corporation

In 2018, Wilson HCG reported the following:

> We expect to see the pace of recruitment activity in 2018 continue along the same upward trajectory as it ended last year. With strong fundamentals fueling financial markets, there is no reason to think that the increasing human capital demands that we saw in asset management in Asia in the second half of 2017 – and that we still see this year – will slow.[44]

In summary, unemployment rates were relatively low in Hong Kong, Singapore, the United Kingdom, the United States, and France at the time of Ms. Chan's separation in 2017. Lower unemployment rates generally indicate better conditions for jobseekers. Unemployment in the Management, Business, and Financial Operations occupations has consistently been approximately half of the United States unemployment rate. Further, recruiting trends reported by Wilson HCG showed strong hiring demand in the asset management labor market during 2017-2018.

## B.  Duration of Unemployment

Data on the duration of unemployment is not available in all countries. However, duration of unemployment in the United States could be an indicator relevant to Ms. Chan's job search.

The Current Population Survey (CPS), a survey conducted by the U.S. Bureau of Census, provides data on duration of unemployment for certain occupational groups. According to the CPS, in 2017, the year of Ms. Chan's separation from Wellington, the median (50th percentile) duration of unemployment in the United States for unemployed persons in the Management, Business, and Financial Operations occupational group, which includes Equity Research Analyst, was 13.3 weeks. The 25th percentile was 4.5 weeks and the 75th percentile was 36.7 weeks.[45] In other words, only one in four persons had a duration of unemployment of greater than 36.7 weeks.

Table 6 shows the duration of unemployment for unemployed persons in the Management, Business, and Financial Operations occupational group for each year from 2017 to 2020.

Table 6: Duration of Unemployment for Unemployed Persons in the Management, Business, and Financial Operations occupational group in the U.S., in weeks (2017-2020)

| Year | Duration of Unemployment (Weeks) | | |
|---|---|---|---|
|  | 25th Percentile* | Median** | 75th Percentile* |
| 2017 | 4.5 | 13.3 | 36.7 |
| 2018 | 4.0 | 11.5 | 28.6 |
| 2019 | 3.8 | 11.1 | 28.9 |
| 2020 | 4.2 | 10.9 | 22.7 |

\*  Source: Census Bureau Microdata Access System, https://data.census.gov/mdat/#/ and https://DataFerrett.census.gov.

\*\* Source: U.S. Bureau of Labor Statistics and U.S. Census Bureau Current Population Survey, retrieved from http://www.bls.gov/cps/tables.htm

---

[44] https://www.profileasia.com/en/blog/2018/02/profile-asset-management-market-update-2018.

[45] U.S. Bureau of Labor Statistics and U.S. Census Bureau Current Population Survey retrieved from http://www.bls.gov/cps/tables.htm, https://data.census.gov/mdat/#/ and https://DataFerrett.census.gov.

# Employment Research Corporation

As with lower unemployment rates, lower durations of unemployment generally indicate more favorable conditions for jobseekers. Although the duration of unemployment continued to be low in 2020, this may be attributed to a large number of people who removed themselves from the workforce due to COVID-19. However, at the time of Ms. Chan's initial separation, this was not an issue.

Based on the labor market and the thousands of advertisements, it is our opinion that, given a reasonable job search, someone with Ms. Chan's experience and qualifications would be able to find replacement employment within 36.7 weeks. The median duration of unemployment was just 13.3 weeks in 2017, the year Ms. Chan separated from Wellington, with the 75th percentile duration just 36.7 weeks.

## VII.    Conclusion

Ms. Chan's qualifications include more than ten years' experience as an investment professional specializing in Asian markets, including her most recent experience at Wellington in Hong Kong. Ms. Chan obtained a Bachelor's degree and a Master's degree from Oxford University and a postgraduate diploma in Law. She is fluent in multiple languages and holds a Chartered Financial Analyst (CFA) and other professional licensing. These qualifications make her an attractive candidate in her occupation and labor markets.

Based on the documentation provided to us, Ms. Chan's job search activities varied throughout the time period since her separation. Ms. Chan's post-Wellington job search had numerous issues which could have negatively affected her ability to find replacement employment, including large gaps with no reported applications, failure to consistently follow up in a timely manner, moving out of the primary labor markets for her occupation, and setting salary requirements above what she was making previously. Ms. Chan's Interrogatory Answers show that during the first three years following her separation, Ms. Chan applied to fewer than ten opportunities. Recently Ms. Chan has moved back to Hong Kong and appears to have increased her job search activities. For the time frame since her separation, we found thousands of advertisements for jobs in Ms. Chan's occupational area and geographic region.

We examined unemployment rates in Hong Kong, Singapore, the United Kingdom, the United States, and France. The unemployment rates in these countries, with the exception of France, were relatively low at the time of Ms. Chan's separation in 2017, ranging from 3.1% - 4.4%. Lower unemployment rates generally indicate better conditions for jobseekers. During the period since Ms. Chan's separation in 2017, the labor market was very strong and continued to improve through 2019. The unemployment rate remained low through March 2020. While the unemployment increased in 2020 due to the COVID-19 pandemic, the rate has been declining in 2021. Unemployment in the Management, Business, and Financial Operations occupations has consistently been approximately half of the U.S. unemployment rate. Further, recruiting trends reported by Wilson HCG showed strong hiring demand in the Asian asset management labor market during 2017-2018.

# ✓ Employment Research Corporation

Based on the labor market and the thousands of advertisements, it is our opinion that, given a reasonable job search, someone with Ms. Chan's experience and qualifications would be able to find replacement employment within 36.7 weeks, which is the 75th percentile duration of unemployment for her occupational group.

The contents of this report represent our opinion to a reasonable degree of professional certainty. This report is based on analysis conducted by us or by members of the staff of Employment Research Corporation under our direction. We reserve the right to alter our opinion should additional information become available.

Sincerely,

Laura R. Steiner, MBA
Vice President, Employment Research Corporation

Malcolm S. Cohen, Ph.D.
President, Employment Research Corporation

☑ Employment Research Corporation

## APPENDIX A

**1 – CURRICULUM VITAE OF MS. LAURA STEINER**

**2 – CASES MS. STEINER TESTIFIED**

**3– CURRICULUM VITAE OF DR. MALCOLM S. COHEN**

**4 – CASES DR. COHEN TESTIFIED**

**5 – RATES CHARGED FOR THIS CASE**



# Employment Research Corporation

## 1 — CURRICULUM VITAE

## Laura R. Steiner

**Employment Research Corporation**
**2661 Emerald Ave**
**Ann Arbor, Michigan 48104**
**Office:  (734) 477-9040**
**Direct:  (734) 395-4223**
**lauras@employmentresearch.com**

### Current Position

Vice President, Employment Research Corporation, 2002-present
Member, Forensic JobStats, 2010-present

### Previous Positions

Director, Marketing Consulting, User Interfaces, 2000-2002
Senior Consultant, Employment Research Corporation, 1997-1999
Account Executive/Group Manager, PERT Survey Research (now MetrixLab), 1993-1997
Manager, Analysis Group, PERT Survey Research (now MetrixLab), 1992-1993
Coordinator, Ethnic Advertising and Customer Satisfaction Programs, United States Postal
   Service, Northeast Regional Headquarters, 1990-1992

### Education

MBA, Yale School of Management, 1991
BA, Comparative Literature, Magna Cum Laude, with high distinction, University of Michigan, 1987

### Legal and Economic Consulting

Managed full-scale employment audits for large corporations in various industries.  Audits included analysis of issues such as workforce, promotions, terminations, compensation and hiring.  Worked with clients to design surveys and prepare instructions to collect internal company feedback from various regional offices.

Managed review, coding and analysis of human resources documents including job applications and personnel files in OFCCP and EEOC audits and other legal matters.  Participated in negotiations with corporate, legal, and government representatives.

Prepared analyses of economic loss in cases involving premature death, injury, termination from work, and age, race, and gender discrimination. Worked on analyses for plaintiffs and defendants.

Conducted studies of employment mitigation including labor market analyses and evaluations of job market opportunities for given time periods and geographic areas.

# 📈 Employment Research Corporation

Performed occupational analyses to determine overtime exemptions under the FLSA. Studies were based on interviews, observations, surveys, and in-depth review of documents such as job descriptions, personnel files, job postings, and performance evaluations.

Calculated damages in wage and hour cases under the FLSA and other state and local labor regulations. Conducted surveys to estimate time worked, and relied on payroll data, timekeeping data, and other information to estimate unpaid wages and penalties owed to plaintiffs.

Conducted studies of route assignments and account assignments. Analyzed all routes nationwide across multiple years of data. Benchmarked results to census population data to measure employee assignments into neighborhoods of various demographic compositions. Co-directed study for the Corporation for Public Broadcasting to assess the training needs of Public Broadcasting employees through the year 2000. This study addressed a variety of issues relating to diversity including staffing, programming, and audience demographics. Study completed in 1995.

## Other Professional Experience

Presenter of "Using Help Wanted Ads to Assess Failure to Mitigate" with Malcolm Cohen at the National Association of Forensic Economics Association Western Meetings, held in conjunction with the Western Economic Association International Virtual 96th Annual conference June 27, 2021.

Author of "Using Online Help - Wanted Advertising as a Tool in Vocational Assessments" by Malcolm Cohen, Ph.D. Laura R. Steiner, MBA and Carrie Fried Thorpe, Journal of Forensic Vocational Analysis, Vol. 16, No 2. Winter 2016: 27-36, co-authored with Malcolm S. Cohen and Carrie Fried Thorpe.

Author of "WANTED Technologies: One Billion Help Wanted Advertisements Database: Uses & Limitations." presented by Malcolm Cohen, Ph.D. and Laura R. Steiner, MBA at: American Board of Vocational Experts (ABVE) 2015 Annual Conference, San Antonio, TX, March 21, 2015, co-authored with Malcolm S. Cohen.

Author of "Using Online Help-Wanted Advertising Data and Other Indicators to Access Whether a Plaintiff's Job Search was Sufficient to Mitigate Damages" by Malcolm Cohen, Ph.D. and Laura R. Steiner, MBA at: The Earnings Analyst, Official Journal of the American Rehabilitation Economics Association, vol. 13, 2013: 13-34, co-authored with Malcolm S. Cohen.

Author of "A Scientific Approach to Mitigation of Economic Damages in Discrimination and Wrongful Discharge" Presented by Malcolm Cohen, Ph.D. at: National Association of Forensic Economists (NAFE) Forensic Economics II Session at the 2012 ASSA Meeting, Chicago, IL, January 7, 2012, co-authored with Malcolm Cohen, Ph.D.

Author of "How Economic Research Can Provide a Scientific Basis for Measuring Compensation Loss and Failure to Mitigate Damages" 29th Annual Labor and Employment Law Institute, sponsored by the Institute for Continuing Legal Education, the Michigan Law Schools, the Michigan State Bar Association and the FMCS, April 1, 2004, co-authored with Malcolm Cohen, Ph.D. and Teresa Fulimeni, MA.

Member of the research team for a study of the impact of the 'New Economy' on the overtime provisions of the Fair Labor Standards Act for the U.S. Department of Labor, 2001.

Conducted usability testing and surveyed consumer perceptions of products including mobile internet, industry-specific search engines, web-based e-mail, and other high-tech consumer products among consumers in the United States, Israel, and Singapore.

# ☑ Employment Research Corporation

Conducted small- and large-scale survey research products including customer satisfaction, internal employee surveys, new product introduction, advertising awareness, and customer tracking studies. Analyzed results and presented recommendations.  Projects were completed for clients in a variety of industries including consumer products, healthcare, financial services, and technology companies.

While at the U.S. Postal Service, worked with adverting agencies on regional marketing campaigns for the Express Mail product line.

Coordinated efforts to increase customer satisfaction ratings with the Postal Service through employee training and employee interviewing.  Tracked performance through survey research and large database analysis.  Coordinated region-wide *Dale Carnegie* training of window clerks.  Guided divisional training coordinators in implementation of training and customer satisfaction measurement issues.

## Professional Affiliations

American Association for Public Opinion Research (AAPOR)

National Association of Forensic Economics (NAFE)

Society for Human Resource Management (SHRM)

# ☑ Employment Research Corporation

## 2 — CASES TESTIFIED

| Cite | Deposition Date | Trial Date | Court | Case Number | Plaintiff or Defendant | Type |
|------|-----------------|------------|-------|-------------|------------------------|------|
| Zibdea v Jones Ontario Acquisition | | 8/19/2021 | In Re Arbitration ADR Services Inc. | 19-6557 | D | Mitigation |
| Escamilla v Ono Hawaiian BBQ, Inc. | 08/02/2021 | | Superior Court of The State of California for The County of Los Angeles | BC651992 | P | Wage & Hour |
| Guzman v Marriott | 07/28/21 | | Superior Court of The State of California for The County of Riverside | PSC1601106 | D | Mitigation |
| Alvarado v Wal-mart | 07/21/21 | | USDC, Central District of California | 2:20-cv-01926-AB-KK | P | Wage & Hour |
| Bucio v ABM Industries | 01/29/2021 | | Superior Court of The State of California for The County of San Francisco | CJC-07-004502 | P | Wage & Hour |
| Christian Koszka v California State Assembly | 03/20/2019 | | Superior Court of The State of California for The County of Sacramento | 34-2016-00199407 | D | Mitigation |
| Zuniga v Alexandria Care Center | 11/19/2018 | | Superior Court of the State of California County of Los Angeles | BC529776 | P | Survey Research |
| Walden v The State of Nevada, NDOC | 12/01/2017 | | USDC, District of Nevada | 3:14-cv-00320-LRH-WGC | P | Survey Research |
| Lynda Howard v Michigan Bell | | 05/26/2016 | David Kotzian, Arbitrator | | D | Mitigation |
| Hostetler v Johnson Controls | 09/16/2015 | | USDC, Northern District of Indiana, South Bend Division | 3:15-cv-00226-JD | P | Survey Research |

 Employment Research Corporation

**3 — Curriculum Vitae**

**Malcolm S. Cohen**

**Employment Research Corporation**
**2661 Emerald Ave**
**Ann Arbor, Michigan 48104**
**Office:  (734) 477-9040**
**Direct:  (734) 645-0746**
**mc@employmentresearch.com**

## Current Position

President, Employment Research Corporation, 1997-present

## Previous Positions

Lecturer, Statistics, Human Resources Management and Human Resource Information Systems, Industrial Relations Center, Carlson School of Management, University of Minnesota, 1994-1996

Institute of Labor and Industrial Relations, University of Michigan
     Director, 1980-1993
     Co-Director of Research, 1973-1993
     Associate Director of Research, 1972-1973
     Associate Research Scientist, 1986-1994

Assistant Professor, University of Michigan, 1968-1972

Economist, U.S. Bureau of Labor Statistics, 1967-1968

## Education

Ph.D., Economics, Massachusetts Institute of Technology, 1967
B.A., Economics, Summa Cum Laude, University of Minnesota, 1963

## Professional Affiliations

National Association of Forensic Economics
American Academy of Economic and Financial Experts

## Economic and Statistical Consulting

Analyzed mitigation of efforts of individuals to find jobs in wrongful termination and other employment matters.

Prepared analyses of economic loss in cases involving wage and hour, premature death, injury, termination from work, and age, race, and gender discrimination. Worked on analyses for plaintiffs and defendants. Appeared as an expert witness in depositions and trials. Prepared affidavits, reports, and computer analyses

# ✓ Employment Research Corporation

Presented papers to the annual meetings of the National Association of Forensic Economists (NAFE), American Board of Vocational Experts (ABVE), American Rehabilitation Economic Association (AREA), North American Economics and Finance Association (NAEFA), Econometrics Society (ES), Allied Social Science Association (ASSA) and International Industrial Relations Association in Germany, Japan, and Italy.

Directed study of the impact of the New Economy on the overtime provisions of the Fair Labor Standards Act for the U.S. Department of Labor, 2001

Faculty, 29th Annual Labor and Employment Law Institute, sponsored by the Institute for Continuing Legal Education, the Michigan Law Schools, and The Michigan State Bar Association and the FMCS, 2004

Consultant to Migration Institute on Guest Workers for the U.S. Department of State, 2002

WHO Temporary Advisor, World Health Organization, 2002

Directed study for the Corporation for Public Broadcasting to assess the training needs of Public Broadcasting employees through the year 2000. Study completed in 1995

Consultant to Time-Life's *Money Magazine*, 1995

Consultant to Wage-Hour Administration on analysis of Minimum Wage Coverage, 1997 and 2000

Consultant to the Advisory Council on Unemployment Insurance, 1995

Called in as a consultant to the federal government's Cost of Living Council. The assignment involved estimating the economic impact of fringe benefit and pension plans on labor costs and employee compensation

Lecturer on occupational forecasting and career opportunities

Consultant to Washtenaw County, Michigan, to determine patterns in wage and job status by gender and race

Prepared review of human investment programs in Michigan for the Senate Fiscal Agency

Commissioned by the Secretary of Labor's Commission on Labor Quality to do a study of the US Employment Service

Consultant in data base management

Guest of Jane Pauley on the TODAY show to discuss the impact of unemployment

Research Assistant to Robert Solow while he was a member of the National Commission on Technology, Automation and Economic Progress. Wrote "The Effect of Wages on the Relative Employment of Unskilled Labor" for the Commission, which was published in its report

## Selected Publications

"Using Online Help - Wanted Advertising as a Tool in Vocational Assessments" with Laura R. Steiner and Carrie Fried Thorpe, *Journal of Forensic Vocational Analysis*, Vol. 16, No 2, Winter 2016: 27-36

# ⬈ Employment Research Corporation

"Using Online Help-Wanted Advertising Data and Other Indicators to Access Whether a Plaintiff's Job Search was Sufficient to Mitigate Damages" with Laura R. Steiner, *The Earnings Analyst, Official Journal of the American Rehabilitation Economics Association*, vol. 13, 2013: 13-34

"Measuring Global Skills Shortages" with Professor Mahmood A. Zaidi, *The Sterling Public Servant, A Global Tribute to Sylvia Ostry*. Quebec: McGill–Queen's University Press, 2004.

*Global Skill Shortages* with Professor Mahmood A. Zaidi. Cheltenham, UK: Edward Elgar Publishing, 2002.

*The "New Economy" and Its Impact on Executive, Administrative and Professional Exemptions to the Fair Labor Standards Act (FLSA)* with Don Grimes, U.S. Department of Labor, Employment Standards Administration, Wage and Hour Division, January 2001.

"Global Skill Shortages" with Mahmood A. Zaidi, *Proceedings of the Forty-eighth Annual Conference on the Economic Outlook*. Ann Arbor: Research Seminar in Quantitative Economics, University of Michigan, November 2000.

"Labor Shortages, Pay and Training in NAFTA Countries" with Mahmood A. Zaidi, *The North American Journal of Economics and Finance*, vol. 9 No. 1, (1998): 89-103.

*Labor Shortages: As America Approaches the Twenty-first Century*. Ann Arbor: University of Michigan Press, 1995.

"Labor Force Trends and Their Relationship to the Trucking Industry." *Changing Trucking to Match a Changing Work Force*. SP-979 Warrendale: Society of Automotive Engineers, November, 1993.

"Boom or Bust? Are There Skill Shortages in Professional and Executive Occupations?" *Workforce 1*, no. 1 (Spring 1992):31-7.

"The Labor Shortages of the 1990s." *The Economic Outlook for 1992, proceedings of the Thirty-ninth Annual Conference on the Economic Outlook*. Ann Arbor: Research Seminar in Quantitative Economics, University of Michigan, November 1991.

"Strategic Planning for Employment and Training." *Evaluation Forum,* no. 8 (February, 1991):15-20.

"Research Expectations in IR and HR Units: Views of Internal and External Constituencies." *Proceedings of the Industrial Relations Research Association Annual Meeting*. Madison: Industrial Relations Research Association, University of Wisconsin.

"The Role of the Employment Service" with David W. Stevens. *Investing in People, A Strategy to Address America's Workforce Crisis*. Washington, DC: Commission on Workforce Quality and Labor Market Efficiency, US Department of Labor, September 1989.

"Developing A Wage Record Archive: Some Implementation Issues." *The Feasibility of a National Wage Record Database: Four Working Papers*. Washington, DC: Northeast-Midwest Institute, January 1989.

"Unions and Jobs: The US Auto Industry--Comment" with George A. Fulton. *Journal of Labor Research* VIII, no. 3 (Summer 1987):307-10.

# Employment Research Corporation

"The Economic Outlook for the Metropolitan Areas of Michigan" with George A. Fulton and Donald R. Grimes. *The Economic Outlook for 1987, proceedings of the Thirty-fourth Annual Conference on the Economic Outlook*. Ann Arbor: Research Seminar in Quantitative Economics, University of Michigan, November 1986.

"Structural/Frictional vs. Deficient Demand Unemployment: Comment" with Arthur R. Schwartz and Donald R. Grimes. *American Economic Review* 76, vol. 1 (March 1986):268-72.

"Deriving Labor Turnover Rates from Administrative Records." *Record Linkage Techniques--1985*. Washington, DC: US Department of Treasury, Internal Revenue Service, December 1985.

"New Hires by Industry and Area" with Arthur R. Schwartz. *The Economic Outlook for 1984, proceedings of the Thirty-first Annual Conference on the Economic Outlook*. Ann Arbor: Research Seminar in Quantitative Economics, University of Michigan, November 1983.

*Methodology for Determining Whether There are Sufficient Workers Available in Various Occupations: An Aid in the Certification of Immigrants*, with Arthur R. Schwartz. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, July 1982.

"New Measures of Labor Turnover" with Arthur R. Schwartz. *Monthly Labor Review* 103, vol. 11 (November 1980):9-13.

*A Study of On-Line Use of Job Information in Employment Service Local Offices*. 2 vols. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, October 1975.

"The LMIS Model: An Econometric Model of Local Urban Labor Markets" with C. Russell Hill and Harold T. Shapiro. *1974 Proceedings of the Business and Economic Statistics Section - American Statistical Association*. Washington, DC: American Statistical Association, 1974.

*On the Feasibility of a Labor Market Information System*, 3 vols. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, July 1974.

"A Life Cycle Model of the Household's Time Allocation" with Frank P. Stafford. *Annals of Economic and Social Measurement* 3, vol. 3 (July 1974):447-62.

"A Model of Work Effort and Productive Consumption" with Frank P. Stafford. *Journal of Economic Theory* 7, vol. 3 (March 1974):333-47.

"A Monte Carlo Study of Complex Finite Distributed Lag Structures" with Robert Gillingham and Dale Heien. *Annals of Economic and Social Measurement 2*, vol. 1 (February 1973):53-63.

"Area Employment Conditions and Labor Force Participation: A Microstudy" with Robert I. Lerman and Samuel A. Rea, Jr. *Journal of Political Economy* 79, vol. 5 (September-October 1971):1153-63.

"Sex Differences in Compensation." *Journal of Human Resources* VI, no. 4 (Fall 1971):434-47.

"Labor Market Information Project." *Statistical Reporter* no. 72-1 (July 1971):2-4.

"The Behavior of Help-Wanted Advertising: A Reply" with Robert Solow. *Review of Economics and Statistics* LII, vol. 4 (November 1970):442-3.

# ⬙ Employment Research Corporation

*A Micro Model of Labor Supply*, with Samuel A. Rea, Jr. and Robert I. Lerman. Washington, DC: US Department of Labor, Bureau of Labor Statistics, 1970.

"Quantitative Methods: Models and Simulation - A Summary of Techniques." Proceedings of the 1969 Annual Forum, Association for Institutional Research. Chicago: Association for Institutional Research, 1970.

"The Direct Effects of Federal Manpower Programs in Reducing Unemployment." Journal of Human Resources IV, vol. 4 (Fall 1969):491-507.

"Married Women in the Labor Force." *Monthly Labor Review* 92, vol. 10 (October 1969):31-5.

"Micro Data in Manpower Study." *Monthly Labor Review* 92, vol. 4 (April 1969):53-4.

"The Micro Approach to Manpower Research." *Proceedings of the Twenty-First Annual Winter Meeting, Industrial Relations Research Association*. Madison: Industrial Relations Research Association, University of Wisconsin, 1969.

"The Behavior of Help-Wanted Advertising" with Robert Solow. *Review of Economics and Statistics* XLIX, vol. 1 (February 1967):108-10.

"Variability by Skill in Cyclical Unemployment" with William H. Gruber. *Monthly Labor Review* 90, vol. 8 (August 1967):8-11.

"The Effect of Wages on the Relative Employment of Unskilled Labor." *Adjusting to Change. Appendix Volume III, Technology and the American Economy, The Report of the National Commission on Technology, Automation, and Economic Progress*. Washington, DC: US Government Printing Office, 1966.

"Labor Unions and the Antitrust Strawman." *Labor Law Journal* (February 1963):201-15.

## Papers Presented at National and International Professional Associations

"Using Help Wanted Ads to Assess Failure to Mitigate" Presented at the National Association of Forensic Economics Association Western Meetings held in conjunction with the Western Economic Association International Virtual 96th Annual conference June 27, 2021, co-authored by Malcolm S. Cohen and Laura R. Steiner.

"FELA/Railroad Workers: Calculating Economic Damages" – an all-day boot camp conducted for the American Rehabilitation Economics Association (AREA), Austin, TX, June 21, 2018.

"One Billion Help Wanted Advertisements Database: Uses and Limitations" presented to The American Rehabilitation Economics Associate (AREA), Austin, TX, June 22, 2018.

"FELA/Railroad Workers: A Case Analysis from an Economic Perspective" presented to the American Rehabilitation Economics Association, (AREA), Reno, Nevada, June 5, 2015

"WANTED Technologies: One Billion Help Wanted Advertisements Database: Uses & Limitations." Presented by Malcolm Cohen, Ph.D. at: American Board of Vocational Experts (ABVE) 2015 Annual Conference, San Antonio, TX, March 21, 2015, co-authored by Malcolm S. Cohen and Laura R. Steiner

# ☑ Employment Research Corporation

"A Scientific Approach to Mitigation of Economic Damages in Discrimination and Wrongful Discharge" presented by Dr. Cohen to National Association of Forensic Economists (NAFE) Forensic Economics II Session at the 2012 ASSA Meeting, Chicago, IL, January 7, 2012, co-authored by Malcolm S. Cohen and Laura R. Steiner

"FELA/Railroad Workers: A Case Analysis from an Economic Perspective" presented to the American Rehabilitation Economics Association, (AREA), Chicago, IL, June 13, 2009

"Executive Compensation – The Bubble has Burst" seminar presented with Arnstein and Lehr LLP, Chicago, IL at the American Bar Association Conference, Key West, FL, March 27, 2009

"Choosing a Measure of Worklife" presented to the American Rehabilitation Economics Association, (AREA), Pittsburgh, PA, May 17, 2008

"Globalization, Skill Shortages and Surpluses in Selected Countries" session title: Can Labor Markets of the Network Economy Cope with Economic Shocks and World Political Uncertainty International Industrial Relations Association, 13th World Congress, Frankfurt, Germany, June 30, 2003

"Global Skill Shortages in the 21st Century" with Mahmood Zaidi, Carlson School of Management, University of Minnesota at the International Industrial Relations Association 12th World Congress, Tokyo, Japan, May 29, 2000.

"Labor Shortages and Pay Across National Borders" with Mahmood Zaidi, Carlson School of Management, University of Minnesota at the International Industrial Relations Association 11th World Congress, Bologna, Italy, September 23, 1998.

"Labor Shortages, Pay and Training in North America" with Mahmood Zaidi, Carlson School of Management, University of Minnesota at the Industrial Relations Research Association and The North American Economics and Finance Association joint session in Chicago, IL, January 3, 1998.

"Pay and Shortages" with Mahmood Zaidi, International Industrial Relations Association Study Group on Pay Systems, New Orleans, LA, January, 1997.

"Economic Conditions in the Construction Industry." Sheet Metal Contractors Association, Detroit, Nov. 18, 1992.

"The Future of the Trucking Industry: Labor Force Trends." Society of Automotive Engineers, Truck and Bus Meeting, Toledo, November 17, 1992.

"Measuring Engineering Shortages." Conference on "Engineers in America's Future: Shortage or Surplus?" Sponsored by the Engineering Manpower Commission of the American Association of Engineering Societies, Washington, DC, September 11, 1991.

"Measurement of Labor Shortages." Industrial Relations Research Association, 43rd annual meeting (joint session with the North American Economics and Finance Association), Washington, DC, December 28, 1990.

"Strategic Planning for Employment and Training." National Employment Service/Labor Market Information Directors' Conference, Dearborn, Michigan, May 2-4, 1990.

"Labor, Leisure and Amenities over the Day" with Frank P. Stafford. Econometric Society, New Orleans, December 27, 1971.

# ⟋ Employment Research Corporation

"The Effects of Family Income and Area Employment Conditions on Labor Force Participation--A Micro Study" with Robert I. Lerman and Samuel A. Rea, Jr. Annual Meeting of the Allied Social Science Associations, New York, December 30, 1969.

## Other Teaching and Related Experience

Taught seminar in Quantitative Economics, a second-year graduate course covering applied topics in econometrics, University of Maryland, Spring 1968.

Taught Intermediate Micro, Macro Economic Theory, Human Capital, and Labor Economics, in the Department of Economics, University of Michigan, 1968-80.

Chairman, Management Information System Team, a team charged with responsibility for determining the University of Michigan's management information requirements, 1969.

Chairman of the Program for Human Resource Development at the University of Michigan, a Rackham graduate certificate program, varied terms, 1975-88. The program was initially located in the Vocational Education Department within the School of Education from 1976-1978.

Adjunct Research Scientist in the Urban Technological Environmental Planning Department, 1986-89.

Labor Economist, US Bureau of Labor Statistics, Washington, DC, 1967-68.

## Other Selected Papers Presented

Speaker at Labor and Employment Law Section, State Bar of Nevada, Las Vegas, Nevada, April 8, 2011

"How Economic and Statistical Research Can Provide a Scientific Basis for Testimony in Mitigation and Discrimination Cases," presented at Cleveland Inns of Court February 10, 2011

"Avoiding Employment Audits and Class Actions in an Era of Increased Enforcement" presented by ALI-ABA, January 26, 2011

" Measuring Labor Shortages and Surpluses" presented at the Midwest Innovation Initiative: Innovations in Labor Market Information – Institute for Work & the Economy, Chicago, IL July 21, 2009

"Measuring Labor Shortages" presented at the Labor Shortages and Comprehensive Immigration Reform Conference – Employment Policy Institute Economic Policy Institute Shortages Conference, Washington, DC, May 20, 2009

"The Comprehensive Employment Audit" presented to Livingston Area Human Resource Association (LAHRA), May 20, 2008

"Conducting an Employment Audit" presented to Greater Ann Arbor Society for Human Resource Management (GAASHRM), January 9, 2007

"The Comprehensive Employment Audit" seminar presented with Arnstein and Lehr LLP, Chicago, IL , June 21, 2006

"How Not to Lie with Statistics, Using Statistics in Discrimination Cases" presented to the Miller & Martin Academy, Atlanta, GA, February 2006

# Employment Research Corporation

"How Economic Research Can Provide a Scientific Basis for Measuring Compensation Loss and Failure to Mitigate Damages" 29th Annual Labor and Employment Law Institute, sponsored by the Institute for Continuing Legal Education, the Michigan Law Schools, the Michigan State Bar Association and the FMCS, April 1, 2004

"Cross Country Institutions and Outcomes" (discussant). National Bureau of Economic Research, Inc. Universities Research Conference on Labor in the Global Economy, Cambridge, MA, May 12, 2001.

"The Employment Effects of Environmental Protection — A comment," University Of Michigan School of Natural Resources Conference on the Effect of Environmental Hazards on Minorities, January 24, 1993.

"Employment Prospects for Michigan." Venture Capitol Seminar, Grand Rapids, October 15, 1992.

"Labor Shortages: Myth or Reality?" The Staffing Industry Executive Forum, Chicago, June 2, 1992.

"Grand Rapids Growth: A Forecast for the Future." Economic Club of Grand Rapids (guest of honor and speaker), Grand Rapids, Michigan, January 13, 1992.

"Workforce Trends 1988-2000." Conference on "Economy 1990/2010," sponsored by the Southeast Michigan Council of Governments, Detroit, Michigan, April 16, 1991.

"Labor Force Trends in the Year 2000." University of Michigan Alumni Association, Ann Arbor, Michigan, November 20, 1990.

"Future Labor Force Trends." Taubman Company Employee Conference, Detroit, Michigan, October 4, 1990.

"Causes and Cures of Labor Shortages." Conference sponsored by the New Jersey Business and Industry Association and the Hon. Frank Lautenberg, Newark, NJ, October 2, 1990.

"Computers and the Public Employment Service of the Future." Conference on "Job Placement Technology for the 1990s." Sponsored by the US Department of Labor, Employment and Training Administration, Marina Del Rey, California, July 25, 1990.

"The Impact of Future Economic Trends on Labor." Walter and May Reuther Family Education Center, On3away, Michigan, February 1990.

"The Outlook for Muskegon." Chamber of Commerce breakfast, Muskegon, Michigan, May 19, 1988.

"What's Hot and What's Not in Today's Job Market." Wayne Counselor Academy, Flat Rock, Michigan, November 18, 1987.

"Alternatives to a Public Employment Service." Conference on "Work and the US Economy in the Year 2000." Sponsored by the US Department of Labor and the University of Southern California, Los Angeles, May 21, 1987.

"The Outlook for Southeast Michigan." Detroit Association for Business Economists, Dearborn, Michigan, February 28, 1985.

"Career Alternatives for Advanced Degree Holders." Rackham Graduate School conference on "Graduate Employment Opportunities." University of Michigan, Ann Arbor, February 11, 1984.

# ☑ Employment Research Corporation

"Economics of Information" (panelist). American Society for Information Science, Boulder, Colorado, November 1971.

"The Outputs of the Labor Market Information Project." Second Annual Research and Reports Conference, United States Employment Service, Milwaukee, Wisconsin, October 1971.

"Manpower Planning and the 1970 Census." Southeastern Michigan Census Users Conference, Detroit, Michigan, June 1971.

"Micro Data and Labor Market Information." Michigan International Association of Personnel in Employment Security, Ann Arbor, Michigan, May 1971.

"Microdata Requirements and Public Policy" (discussant). National Bureau of Economic Research Workshop Series on the Computer and Applied Econometrics, Workshop on the Use of Microdata Sets in Economic Analysis, at the Brookings Institution, Washington, DC, October 22, 1970.

"The Micro Approach to Manpower Planning." International Manpower Seminar sponsored by the US Department of Labor, Washington, DC, June 1970.


## Other Publications

"Study on the Feasibility of Using Labor Market Information for Alien Labor Certification Determination." In a joint edition of *Labor Notes* and *Labor Market Inform-the-Nation*. Washington, DC: National Governors' Association Center for Policy Research Training and Employment Program; and Interstate Conference of Employment Security Agencies, Inc., December 1990.

*Occupational Employment Forecasts for the Flint SMSA, 1985-1986*, with Arthur R. Schwartz and Donald R. Grimes. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, September 1985.

"US Labor Turnover: Analysis of a New Measure" with Arthur R. Schwartz. In *A Summary of ESP Results: Selected Research and Data by State*. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, March 1981.

"A Time-Series Forecasting Model of New Hires in California" with Alan Kett. In *Proceedings of the Employment Service Potential Meeting*. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, September 1979.

"A Feasibility Study of the Data Needed to Evaluate the Targeted Jobs Tax Credit Program" with Robert C. Bressan. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, August 1979.

*A Time Series Forecasting Model of New Hires in California*, with Alan Kett. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, July 1979.

"Estimates of State New Hire Rates" with Arthur R. Schwartz. In *Proceedings of the Employment Service Potential Conference*. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, November 1978.

*Civilian Labor Force, Employment and Unemployment Forecasts, Michigan, East and Central Major Areas*, with Harold T. Shapiro, Arthur R. Schwartz, and Alan Kett. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, June 1977.

# ☑ Employment Research Corporation

*Civilian Labor Force, Employment and Unemployment Forecasts, Southeast Michigan*, with Harold T. Shapiro, George A. Fulton, and Arthur R. Schwartz. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, June 1977.

*Civilian Labor Force, Employment and Unemployment Forecasts, Michigan, Western Major Areas*, with Harold T. Shapiro, Arthur R. Schwartz, and Alan Kett. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, June 1977.

*Civilian Labor Force, Employment and Unemployment Forecasts, State of Michigan*, with Harold T. Shapiro and George A. Fulton. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, May 1977.

*Civilian Labor Force, Employment and Unemployment Forecasts: Multi-County Balance of State Areas*, with Harold T. Shapiro, Arthur R. Schwartz, Alan Kett, and Philip Mirowski. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, May 1977.

*Wage and Salary Forecast, Michigan*, with Arthur R. Schwartz. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, November 1976.

*Civilian Labor Force, Employment and Unemployment Forecasts: Allocation to Prime Sponsors*. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, June 1976.

*Technical Appendix for An Econometric Model of a Local Urban Labor Market: The Jackson SMSA*. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, August 1, 1976.

*Civilian Labor Force, Employment and Unemployment Forecasts for the Flint SMSA*. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, December 2, 1975.

*An Econometric Model of a Local Urban Labor Market: The Flint SMSA*. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, December 2, 1975.

*An Econometric Model of a Local Urban Labor Market: The Denver, Colorado SMSA. Ann Arbor: Institute of Labor and Industrial Relations, University of Michigan, March 30, 1975.*

☑ Employment Research Corporation

## 4 - CASES TESTIFIED IN PAST FOUR YEARS

| Cite | Deposition Date | Trial Date | Court | Case Number | Plaintiff or Defendant | Type |
|---|---|---|---|---|---|---|
| Zibdea v Jones Ontario Acquisition LLC | 08/05/2021 | | In Re Arbitration ADR Services Inc. | 19-6557 | D | Mitigation |
| Martins v Flowers Baking Co | 08/04/2021 | | United States District Court for the Middle District of Florida Tampa Division | 8:16-cv-03145-MSS-JSS | P | Wage & Hour |
| Stapleton v Union Pacific Railroad Co | 07/23/2018 | 05/24/2021 | United States District Court for The Northern District of Illinois | 1:16-cv-00889 | P | Economic Loss |
| Mathew Belobradich v Centennial Home Group | 05/06/2021 | | State of Michigan in the Oakland County Circuit Court | 19-177853-NO | P | Economic Loss |
| Emily Patalan v Timothy Patalan | 04/23/2021 | | State of Michigan in the Washtenaw County Circuit Court | 20-000196-DM | P | Divorce |
| Plaintiffs in Flint Water Crisis v Veolia | 04/06/2021 | | United States District Court Eastern District of Michigan Southern Division | 5:16-cv-10444-JEL- MKM | D | Economic Loss |
| The St. Louis Police Leadership et al v City of St. Louis | 02/17/2021 | | Missouri Circuit Court Twenty-Second Judicial Circuit (St. Louis City) | 1622-CC00779 | P | Economic Loss |
| Bucio v ABM Industries | 02/01/2021 | | Superior Court of The State of California for The County of San Francisco | CJC-07-004502 | P | Wage & Hour |
| The St. Louis Police Leadership et al v City of St. Louis | 11/03/2020 | | Missouri Circuit Court Twenty-Second Judicial Circuit (St. Louis City) | 1522-CC00235 | P | Economic Loss |
| Rachael DeMeio v PPG Industries Inc | 07/06/2020 | | United States District Court for the Western District of Pennsylvania | 2:18-cv-00260-DSC-MPK | D | Mitigation |
| Hinton v Harris County | 03/05/2020 | | United States District Court Southern District of Texas Houston Division | 4:18-cv-00912 | P | Economic Loss |
| Michele Lizzio v GMRI, Inc. d/b/a LongHorn Steakhouse | | 02/27/2020 | United States District Court Western District of North Carolina Charlotte Division | 3:18-cv-592 | D | Mitigation |
| Oldershaw v Davita Healthcare et al | 02/11/2020 03/27/2018 | | United States District Court for the District of Colorado | 1:15-cv-01964-JLK-NYW | P | Wage & Hour |
| Steere v Molina | 02/07/2020 | | State of Michigan in the Circuit Court for the County of Oakland | 2018-1700018-CD | D | Mitigation |
| William Lavelle III v Illinois Bell Company | | 09/20/2019 | State of Illinois Human Rights Commission | 2007CN3494 | D | Economic Loss |
| Simpson/McKee v Northville Moose Lodge, et al | | 09/18/2019 | State of Michigan in the Circuit Court for the County of Wayne | 17-013425-NP | D | Economic Loss |
| James Taylor v Norfolk Southern Railway | 04/02/2019 | 09/03/2019 | The Circuit Court of Cook County, Illinois | 2016-L-065020 | P | Economic Loss |
| Jane Doe 1-5 v City of Chicago | 09/03/2019 | | USDC for the Northern District of Illinois Eastern Division | 18-cv-03054 | D | Economic Loss |

# 📈 Employment Research Corporation

| Cite | Deposition Date | Trial Date | Court | Case Number | Plaintiff or Defendant | Type |
|---|---|---|---|---|---|---|
| Schweihs v Chase Home Finance | 05/24/2019 | | Circuit Court of Cook County, Illinois | 2017-L-006030 | P | Economic Loss |
| Hudgins et al v Total Quality Logistics LLC | 05/15/2019 | | USDC for the Northern District of Illinois Eastern Division | 1:16-cv-07331 | D | Wage & Hour |
| Michael Hays v Wisconsin Central | 04/24/2019 | | The Circuit Court of Cook County, Illinois County Department, Law Division, Sixth District | 2016 L 66065 | P | Economic Loss |
| Toya Banks v Imran Ali | 07/10/2018 | 04/08/2019 | The Circuit Court of Cook County, Illinois | 2016-L-008301 | P | Economic Loss |
| Pruitt v Genentech | 09/21/2018 | 04/04/2019 | United States District Court for The Eastern District of California | 2: 17-cv-00822 JAM AC | D | Mitigation |
| Soto v Envision | 02/21/2019 | | Superior Court of The State of California County of San Bernardino - San Bernardino | CIVDS1414104 | P | Wage & Hour |
| Sabrina Schroeder v Dixie Freight | 02/12/2019 | | The Court of common Pleas of Lucas County, Ohio General Division | CI-2017-3005 | P | Economic Loss |
| Guinn v Norfolk Southern Railroad | 12/28/2018 | | USDC The Northern District of Georgia, Atlanta Division | 1:18-cv-03119-AT | P | Injury |
| Haydar v Amazon Corporate LLC et al | 12/19/2018 | | USDC Eastern Districts of Michigan, Southern Division | 2:16-cv-13662 | D | Mitigation |
| Ress v Turano Bakery | 10/17/2018 | | The Circuit Court of Cook County, Illinois | 2016-L-008337 | D | Mitigation |
| Kenneth Tripp v Union Pacific Railroad Co | 09/28/2018 10/10/2018 | | The Circuit Court of Cook County, Illinois County Department | 16 L 001767 | P | Economic Loss |
| Hudgins et al v Total Quality Logistics LLC | 07/11/2018 | | United States District Court for the Northern District of Illinois Eastern Division | 1:16-cv-07331 | D | Wage & Hour |
| Mejia et al v Roussos Construction Inc et al | 01/16/2018 | 05/24/2018 | The Superior Court of California, County of Sacramento | 34-2016-00190824 | P | Wage & Hour |
| Frappied v Affinity Gaming Black Hawk | 05/23/2018 | | United States District Court for the District of Colorado | 17-cv-01294-RM-NYW | D | Mitigation |
| Hubert v The Board of Education of the City of Chicago | 05/04/2018 | | The Circuit Court of Cook County, Illinois | 16 L 1507 | D | Mitigation |
| Cones et al v PAREXEL International et al | 05/01/2018 | | United States District Court for the Southern District of California | 16-cv-03084-L-BGS | P | Wage & Hour |
| Redwine v St Charles | | 03/15/2018 | The Circuit Court of The State of Oregon for The County of Deschutes | 13CV1620 | D | Mitigation |
| Squire Patton Boggs (US) LLP v Republic Services Inc | 03/05/2018 | | Cuyahoga County Court of Common Pleas | CV-16-870257 | D | Mitigation |
| Hoffer v Chevron | 02/09/2018 | | Superior Court of the State of California for the County of Los Angeles - Central District | BC637501 | D | Mitigation |

# Employment Research Corporation

| Cite | Deposition Date | Trial Date | Court | Case Number | Plaintiff or Defendant | Type |
|---|---|---|---|---|---|---|
| Jacob Eitel v Wisconsin Central Ltd | 01/08/2018 | | The Circuit Court of Cook County, Illinois | 2015 L 008248 | P | Economic Loss |
| De La Haye / Young v Board of Trustees | 11/08/2017 | | Circuit Court of Cook County, Illinois, County Dept, Law Division | 2015L005531 2015L004348 | D | Economic Loss |
| Odom v Steelcase | 10/30/2017 | | Circuit Court of Cook County, Illinois, County Dept, Law Division | 11-L-3367 | D | Economic Loss |
| Grzebyk v Auto Club Insurance Assoc. | 08/04/2017 | | State of Michigan, Oakland County Circuit Court | 2015-148519-NF | P | Economic Loss |

# Employment Research Corporation

## 5 — RATES

Dr. Malcolm Cohen rate is $550 per hour

Ms. Laura Steiner / Ms. Teresa Fulimeni rate is $385

Senior Analyst rate is $350 per hour

Analyst rate is $275 per hour