# EXHIBIT B

Occupation: 11-3031 Financial Managers

Date: 9/13/2017

Title: GCB Assistant Vice President Problem Management

Original Title: HK - GCB - Assistant Vice President, Problem Management

Poster: CITI

City: Hong Kong, HK

KW in Text:

KW in Title: President,

ID: 29538

Ad Job Board(s): eFinancialCareers

Content Description:

HK - GCB - Assistant Vice President, Problem Management HK - GCB - Assistant Vice President, Problem Management - Primary Location: HK,Hong Kong,Hong Kong - Education: Bachelor's Degree - Job Function: Program/Project Management - Schedule: Full-time - Shift: Day Job - Employee Status: Regular - Travel Time: No - Job ID: 17055642 Description - Assist in devising methods and procedures in obtaining, maintaining and updating large sets of service tracking data including collection, coding and tabulation - Study and analyze client voices and generate regular management reports - Provide leadership responsibility in development and maintenance of client voices database and user interface tools including internal web applications - Assist in development, implementation and management of the complaint governance strategy and policy / procedure / guidelines to meet customer satisfaction, internal and external requirements - Evaluate complaint activities in terms of quality, scope and methodology and making appropriate recommendations and enhancement - Conduct root cause analysis, assist in development and implementation of effective remedial actions and long term solutions - Monitor trends, timely escalate and highlight risk factors to management - Conduct comprehensive audits to ensure compliance with the complaint policy and standards - Support in Client Excellence Communications and promotion through webpage, poster, newsletter write-ups and campaign rollout Qualifications - Degree holder in Quality Management, Finance, Statistics or related disciplines - 7 years working experience in service quality management or market research, preferably in banks or financial institutions - Knowledge of and ability to perform quantitative analysis and data management techniques including database and spreadsheet applications - Ability to apply advanced analysis methodologies, interpret and present findings in a clear, concise manner, including the creation and use of tables, charts and graphics to summarize results - Excellent critically thinking and analysis skills, problem solving capacities - Excellent written & spoken English & Chinese (Cantonese & Putonghua) - Good attitude, strong interpersonal & communication skills - Able to work under pressure & meet deadlines - Strong in Excel, Access and proficiency in the use of MS Office

URL: https://www.efinancialcareers.co.uk/jobs-Hong_Kong-Hong_Kong-HK_-_GCB_-_Assistant_Vice_President_Problem_Management.id02167177?query=cGFnZT0yOSZwYWdlU2l6ZT0yNCZzZWFyY2hNb2RlPURFRkFVTFRfU0VBUkNOIJmpvYlNlYXJjaElkPU9UVTNPRGMyUTBNeVJqSkJNemRGUTBFNFJVUkVSVGt5TXpSlJFTXhRVVV1TVRRVd05qSTNOOekl3TWprME55NHhNRGMxT0RJek1URTAmZmlsdGVyR3JvdXBBb3JJtLmxvY2F0aW9uUmFkaXVzPURJU1RBTkNFX0ZPVVImlsdGVyR3JvdXBBb3JJtLmxvY2F0aW9uUmFkaXVzVW5pdD1NSUxFUyZmaWx0ZXJIcm91cE1uZGF0ZVBvc3RlZD1PVEhFUiUiZmaWx0ZXJIcm91cE5uZGF0ZVBvc3RlZFVhbHVlc3dlZD10cnVlJmZpbHRlckdyb3VwRm9ybS5sb2NhdGlvbnM9MTgxOTczMA%3D%3D

Prepared by Employment Research Corporation. Source: Gartner TalentNeuron.