# EXHIBIT C



U.S. BUREAU OF LABOR STATISTICS

# Standard Occupational Classification



## 2018 Standard Occupational Classification System

NOTE: The information on this page relates to the 2018 SOC, please see the 2010 SOC System for information on the previous version of the SOC.

Each occupation in the 2018 SOC is placed within one of these 23 major groups:

- 11-0000  Management Occupations
- 13-0000  Business and Financial Operations Occupations
- 15-0000  Computer and Mathematical Occupations
- 17-0000  Architecture and Engineering Occupations
- 19-0000  Life, Physical, and Social Science Occupations
- 21-0000  Community and Social Service Occupations
- 23-0000  Legal Occupations
- 25-0000  Educational Instruction and Library Occupations
- 27-0000  Arts, Design, Entertainment, Sports, and Media Occupations
- 29-0000  Healthcare Practitioners and Technical Occupations
- 31-0000  Healthcare Support Occupations
- 33-0000  Protective Service Occupations
- 35-0000  Food Preparation and Serving Related Occupations
- 37-0000  Building and Grounds Cleaning and Maintenance Occupations
- 39-0000  Personal Care and Service Occupations
- 41-0000  Sales and Related Occupations
- 43-0000  Office and Administrative Support Occupations
- 45-0000  Farming, Fishing, and Forestry Occupations
- 47-0000  Construction and Extraction Occupations
- 49-0000  Installation, Maintenance, and Repair Occupations
- 51-0000  Production Occupations
- 53-0000  Transportation and Material Moving Occupations
- 55-0000  Military Specific Occupations

[Expand All]

## 11-0000  Management Occupations

- 11-1000  Top Executives
    - 11-1010  Chief Executives
        - 11-1011  Chief Executives
    - 11-1020  General and Operations Managers
        - 11-1021  General and Operations Managers
    - 11-1030  Legislators
        - 11-1031  Legislators
- 11-2000  Advertising, Marketing, Promotions, Public Relations, and Sales Managers
    - 11-2010  Advertising and Promotions Managers
        - 11-2011  Advertising and Promotions Managers
    - 11-2020  Marketing and Sales Managers
        - 11-2021  Marketing Managers
        - 11-2022  Sales Managers
    - 11-2030  Public Relations and Fundraising Managers
        - 11-2032  Public Relations Managers
        - 11-2033  Fundraising Managers
- 11-3000  Operations Specialties Managers
    - 11-3010  Administrative Services and Facilities Managers
        - 11-3012  Administrative Services Managers
        - 11-3013  Facilities Managers
    - 11-3020  Computer and Information Systems Managers
        - 11-3021  Computer and Information Systems Managers
    - 11-3030  Financial Managers
        - 11-3031  Financial Managers
    - 11-3050  Industrial Production Managers
        - 11-3051  Industrial Production Managers
    - 11-3060  Purchasing Managers
        - 11-3061  Purchasing Managers
    - 11-3070  Transportation, Storage, and Distribution Managers
        - 11-3071  Transportation, Storage, and Distribution Managers
    - 11-3110  Compensation and Benefits Managers
        - 11-3111  Compensation and Benefits Managers

- 11-3120  Human Resources Managers
    - 11-3121  Human Resources Managers
- 11-3130  Training and Development Managers
    - 11-3131  Training and Development Managers
- 11-9000  Other Management Occupations
    - 11-9010  Farmers, Ranchers, and Other Agricultural Managers
        - 11-9013  Farmers, Ranchers, and Other Agricultural Managers
    - 11-9020  Construction Managers
        - 11-9021  Construction Managers
    - 11-9030  Education and Childcare Administrators
        - 11-9031  Education and Childcare Administrators, Preschool and Daycare
        - 11-9032  Education Administrators, Kindergarten through Secondary
        - 11-9033  Education Administrators, Postsecondary
        - 11-9039  Education Administrators, All Other
    - 11-9040  Architectural and Engineering Managers
        - 11-9041  Architectural and Engineering Managers
    - 11-9050  Food Service Managers
        - 11-9051  Food Service Managers
    - 11-9070  Entertainment and Recreation Managers
        - 11-9071  Gambling Managers
        - 11-9072  Entertainment and Recreation Managers, Except Gambling
    - 11-9080  Lodging Managers
        - 11-9081  Lodging Managers
    - 11-9110  Medical and Health Services Managers
        - 11-9111  Medical and Health Services Managers
    - 11-9120  Natural Sciences Managers
        - 11-9121  Natural Sciences Managers
    - 11-9130  Postmasters and Mail Superintendents
        - 11-9131  Postmasters and Mail Superintendents
    - 11-9140  Property, Real Estate, and Community Association Managers
        - 11-9141  Property, Real Estate, and Community Association Managers
    - 11-9150  Social and Community Service Managers
        - 11-9151  Social and Community Service Managers
    - 11-9160  Emergency Management Directors
        - 11-9161  Emergency Management Directors
    - 11-9170  Personal Service Managers
        - 11-9171  Funeral Home Managers
        - 11-9179  Personal Service Managers, All Other
    - 11-9190  Miscellaneous Managers
        - 11-9199  Managers, All Other

## 13-0000  Business and Financial Operations Occupations

- 13-1000  Business Operations Specialists
    - 13-1010  Agents and Business Managers of Artists, Performers, and Athletes
        - 13-1011  Agents and Business Managers of Artists, Performers, and Athletes
    - 13-1020  Buyers and Purchasing Agents
        - 13-1021  Buyers and Purchasing Agents, Farm Products
        - 13-1022  Wholesale and Retail Buyers, Except Farm Products
        - 13-1023  Purchasing Agents, Except Wholesale, Retail, and Farm Products
    - 13-1030  Claims Adjusters, Appraisers, Examiners, and Investigators
        - 13-1031  Claims Adjusters, Examiners, and Investigators
        - 13-1032  Insurance Appraisers, Auto Damage
    - 13-1040  Compliance Officers
        - 13-1041  Compliance Officers
    - 13-1050  Cost Estimators
        - 13-1051  Cost Estimators
    - 13-1070  Human Resources Workers
        - 13-1071  Human Resources Specialists
        - 13-1074  Farm Labor Contractors
        - 13-1075  Labor Relations Specialists
    - 13-1080  Logisticians and Project Management Specialists
        - 13-1081  Logisticians
        - 13-1082  Project Management Specialists
    - 13-1110  Management Analysts
        - 13-1111  Management Analysts
    - 13-1120  Meeting, Convention, and Event Planners
        - 13-1121  Meeting, Convention, and Event Planners
    - 13-1130  Fundraisers
        - 13-1131  Fundraisers
    - 13-1140  Compensation, Benefits, and Job Analysis Specialists

- 13-1141  Compensation, Benefits, and Job Analysis Specialists
- 13-1150  Training and Development Specialists
  - 13-1151  Training and Development Specialists
- 13-1160  Market Research Analysts and Marketing Specialists
  - 13-1161  Market Research Analysts and Marketing Specialists
- 13-1190  Miscellaneous Business Operations Specialists
  - 13-1199  Business Operations Specialists, All Other
- 13-2000  Financial Specialists
  - 13-2010  Accountants and Auditors
    - 13-2011  Accountants and Auditors
  - 13-2020  Property Appraisers and Assessors
    - 13-2022  Appraisers of Personal and Business Property
    - 13-2023  Appraisers and Assessors of Real Estate
  - 13-2030  Budget Analysts
    - 13-2031  Budget Analysts
  - 13-2040  Credit Analysts
    - 13-2041  Credit Analysts
  - 13-2050  Financial Analysts and Advisors
    - 13-2051  Financial and Investment Analysts
    - 13-2052  Personal Financial Advisors
    - 13-2053  Insurance Underwriters
    - 13-2054  Financial Risk Specialists
  - 13-2060  Financial Examiners
    - 13-2061  Financial Examiners
  - 13-2070  Credit Counselors and Loan Officers
    - 13-2071  Credit Counselors
    - 13-2072  Loan Officers
  - 13-2080  Tax Examiners, Collectors and Preparers, and Revenue Agents
    - 13-2081  Tax Examiners and Collectors, and Revenue Agents
    - 13-2082  Tax Preparers
  - 13-2090  Miscellaneous Financial Specialists
    - 13-2099  Financial Specialists, All Other

# 15-0000  Computer and Mathematical Occupations

- 15-1200  Computer Occupations
  - 15-1210  Computer and Information Analysts
    - 15-1211  Computer Systems Analysts
    - 15-1212  Information Security Analysts
  - 15-1220  Computer and Information Research Scientists
    - 15-1221  Computer and Information Research Scientists
  - 15-1230  Computer Support Specialists
    - 15-1231  Computer Network Support Specialists
    - 15-1232  Computer User Support Specialists
  - 15-1240  Database and Network Administrators and Architects
    - 15-1241  Computer Network Architects
    - 15-1242  Database Administrators
    - 15-1243  Database Architects
    - 15-1244  Network and Computer Systems Administrators
  - 15-1250  Software and Web Developers, Programmers, and Testers
    - 15-1251  Computer Programmers
    - 15-1252  Software Developers
    - 15-1253  Software Quality Assurance Analysts and Testers
    - 15-1254  Web Developers
    - 15-1255  Web and Digital Interface Designers
  - 15-1290  Miscellaneous Computer Occupations
    - 15-1299  Computer Occupations, All Other
- 15-2000  Mathematical Science Occupations
  - 15-2010  Actuaries
    - 15-2011  Actuaries
  - 15-2020  Mathematicians
    - 15-2021  Mathematicians
  - 15-2030  Operations Research Analysts
    - 15-2031  Operations Research Analysts
  - 15-2040  Statisticians
    - 15-2041  Statisticians
  - 15-2050  Data Scientists
    - 15-2051  Data Scientists
  - 15-2090  Miscellaneous Mathematical Science Occupations
    - 15-2099  Mathematical Science Occupations, All Other