UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP AND CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

**DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE FROM EVIDENCE THE STRAY REMARKS OF ANY PERSON WHO WAS NOT A DECISIONMAKER WITH RESPECT TO PLAINTIFF'S TERMINATION**

Defendants Wellington Management Company LLP ("Wellington")[1] and Charles Argyle[2] ("Defendants") respectfully move *in limine* to preclude any evidence of allegedly discriminatory comments or opinions of any person who was not a decisionmaker with respect to Gigi Kai Zi Chan's ("Plaintiff") separation from Wellington. Even if the ambiguous statements of certain non-decisionmakers had been made, they are irrelevant on the only question before the jury: whether Wellington terminated Plaintiff in September 2017 for discriminatory or retaliatory reasons. As additional support, Defendants rely on their Memorandum of Law in support of this motion.

---

[1] Plaintiff was employed by Wellington Management Hong Kong ("WMHK"). However, Wellington is not contesting co-employment for purposes of this litigation.

[2] Charles Argyle timely moved for summary judgment on the only count asserted against him, Count 6, which purported to allege a cause of action for tortious interference. The Court ruled as follows: "As to Counts 5 and 6 the motions are allowed insofar as they are duplicative of dis-crimination counts, but to the extent there is evidence of tortious interference summary judgment is denied." See Dkt. No. 77.

Respectfully Submitted,

WELLINGTON MANAGEMENT COMPANY
and CHARLES ARGYLE,

By their attorneys,

*/s/ Stephen T. Paterniti*
Stephen T. Paterniti, BBO# 564860
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts  02116
TELE: (617) 367-0025
FACSIMILE: (617) 367-2155

Beverly Garofalo
Admitted Pro Hac Vice
JACKSON LEWIS P.C.
90 State House Square
Hartford, Connecticut 06109
TELE:  (860) 331-1535
FACSIMILE: (860) 247-1330

Dated: September 28, 2021

## LOCAL RULE 7.1 – CERTIFICATION

Pursuant to Local Rule 7.1, on September 24, 2021, counsel for the parties conferred by phone in a good-faith effort to resolve or narrow the issues addressed in Defendants' motion. Plaintiff's counsel indicated that he would not agree to the relief requested in the motion.

*/s/ Stephen T. Paterniti*
Jackson Lewis P.C.

## **CERTIFICATE OF SERVICE**

This hereby certifies that on September 28, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen T. Paterniti*
Jackson Lewis P.C.

4830-7935-5388, v. 1