# EXHIBIT A

```
                UNITED STATES DISTRICT COURT

                  DISTRICT OF MASSACHUSETTS

                              No. 1:19-cv-11605-WGY


GIGI KAI ZI CHAN,
         Plaintiff

vs.


WELLINGTON MANAGEMENT COMPANY, LLP, et al
         Defendants


                        *********


                 For Zoom Hearing Before:
                 Judge William G. Young


                     Summary Judgment


              United States District Court
              District of Massachusetts (Boston)
              One Courthouse Way
              Boston, Massachusetts 02210
              Wednesday, May 5, 2021


                        *******


           REPORTER: RICHARD H. ROMANOW, RPR
                 Official Court Reporter
              United States District Court
      One Courthouse Way, Room 5510, Boston, MA 02210
              bulldog@richromanow.com
```

1         Very early on in her tenure, you know, Wellington
2    was interested in having her run -- Wellington is
3    interested in finding ways for her to, you know have her
4    own, quote, "have her own product," and she's succeeding
5    in that, and yet after she complains they hold her back.
6    After she complains, yes, they let her launch her fund,
7    but they don't give her client access.  And then they
8    have this meeting in November 2016 where she's told "You
9    know what?  You're not going to get client access until
10   we know that you've proven yourself as being committed
11   to Wellington."  And a jury can find that all of that
12   stems from the fact that she complains, she complained
13   again and again and again and again to the point they
14   simply got sick of it and they wanted her to stop, and
15   she refused to do so.
16         THE COURT:  All right, here's the order of the
17   Court.
18         The motion to dismiss Counts 5 and 6 is allowed --
19   not dismiss, summary judgment is allowed on Counts 5 and
20   6 insofar as, um, they are duplicative of the
21   discrimination counts since exclusivity is given to the
22   Massachusetts antidiscrimination statute.  Now to the
23   extent that there may be evidence of tortious
24   interference other than discrimination, summary judgment
25   is denied.  Counts 1 through 4 are likewise denied.  And

1   the case will stand for trial.
2          Let me say this.  This is an extremely thin case.
3   Don't for a moment think that by denying summary
4   judgment this Court thinks that this is a strong case.
5   It is not a strong case.  It is a weak case.  And I say
6   that simply because I think counsel on both sides should
7   assess the situation.  It properly -- given the
8   allegations -- given the evidence here, albeit it weak,
9   summary judgment is properly denied.
10         Now, when is this case on for trial?
11         MR. HANNON:  I think it's October.
12         THE COURT:  October.  All right.  Well that's the
13  order of the Court and we'll leave it on the running
14  trial list as it now stands.
15         Thank you very much.  We'll recess.
16         (Ends, 2:20 p.m.)

C E R T I F I C A T E

     I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER, do hereby certify that the foregoing record is a true and accurate transcription of my stenographic notes before Judge William G. Young, on Wednesday, May 5, 2021, to the best of my skill and ability.


/s/ Richard H. Romanow 05-19-21
_____
RICHARD H. ROMANOW    Date