# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GIGI KAI ZI CHAN,

        Plaintiff

vs.                CA NO. 19-CV-11605-WGY

WELLINGTON MANAGEMENT COMPANY

LLP and CHARLES ARGYLE,

        Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VIDEOTAPED DEPOSITION OF:

GIGI KAI ZI CHAN

(Taken Remotely)

375 Route de Prades

St. Geniez d'Olt, France

October 6, 2020      9:07 a.m.

Darlene M. Coppola

Registered Merit Reporter

Certified Realtime Reporter



Page 123

1    Q.   So you identify an opportunity that
2    you pursued with Franklin Templeton in 2018.
3    And that was for a portfolio manager position,
4    head of China, correct?
5    A.   Correct.
6    Q.   And based upon your interrogatory
7    answers -- and we'll identify these later, but
8    based upon your interrogatory answers, that
9    appears to be the first position after
10   September 2017 in which -- for which you
11   actually applied; is that accurate?
12   A.   That's accurate, yes.
13   Q.   Did you engage in any efforts to look
14   for a job between September 2017 and the time
15   that you became aware of the Franklin
16   Templeton opportunity in 2018?
17   A.   I did, yes.
18   Q.   Why -- why did you have no
19   applications to a single position for a full
20   year?
21   A.   Because there had been no market
22   movements.
23   Q.   What does that mean?  There were no
24   openings?



Page 124

```
 1            A.    There were no openings for roles --
 2            Q.    So -- go ahead.  For what kind of
 3      roles?
 4            A.    For roles that were commensurate with
 5      my experience.
 6            Q.    And when you say roles commensurate
 7      with your experience, you are looking for
 8      portfolio manager or fund manager positions,
 9      correct?
10            A.    Portfolio manager positions primarily,
11      yes.
12            Q.    Are there any nonportfolio manager
13      positions -- opportunities that you have
14      applied for or pursued in any manner since
15      September 2017?
16            A.    I have considered analyst positions
17      also.
18            Q.    Have you submitted any applications
19      for any analyst positions since September
20      2017?
21            A.    No.
22            Q.    The fact of the matter is your job
23      search includes a parameter that you're not
24      interested in pursuing any opportunities less
```



Page 140

```
 1      recruiters since September 2017?
 2          A.   Not at this moment --
 3          Q.   Have --
 4          A.   -- but --
 5          Q.   -- have any of these recruiters
 6      presented any opportunities to you?
 7          A.   Some of them, yes.
 8          Q.   How many -- how many opportunities
 9      would you say have been presented to you since
10      September 2017, again, an estimate?
11          A.   I don't recall at this precise moment.
12          Q.   Did DAMAC Group present you with any
13      opportunities?
14          A.   Yes.
15          Q.   What opportunity did they present you
16      with?
17          A.   An asset manager opportunity.
18          Q.   With what entity or firm?
19          A.   With DAMAC Group itself.
20          Q.   So they're not -- they're not a
21      recruiter?
22          A.   It was a recruiter operating within
23      DAMAC Group itself.
24          Q.   So DAMAC is not just a recruiting
```



Page 141

```
 1      firm.  It's actually an investment firm?
 2           A.   Correct.
 3           Q.   What happened with that opportunity?
 4           A.   It is not an opportunity that I found
 5      attractive.
 6           Q.   Why not?
 7           A.   Location.
 8           Q.   Where was the location?
 9           A.   Dubai.
10           Q.   What was the compensation?
11           A.   I didn't ask.
12           Q.   Did DMO Group present you with any
13      opportunities?
14           A.   I don't recall.
15           Q.   Egon Zehnder, have they presented you
16      with any opportunities?
17           A.   I don't recall.
18           Q.   Do you recall any opportunities
19      presented to you by any of these other
20      recruiting firms or firms you have listed in
21      your answers to interrogatories?
22           A.   Heidrick and Struggles presented the
23      Franklin Templeton opportunity.
24           Q.   At the bottom of page 18?
```



Page 142

1      A.   That's correct.  And as we just saw,
2  Russell Reynolds presented the Power Corp. --
3  is it on there -- presented a -- the Power
4  Corp. opportunity.
5      Q.   I'm sorry.  The Power Corp.
6  opportunity?
7           I'm -- I'm not seeing that on your
8  list.  Is that not -- is that not on the list
9  on page 18?
10     A.   That's not on the list on page 18.
11     Q.   Did any of these recruiting firms
12 present you with any other opportunities that
13 you can recall?
14     A.   Sorry.  I just said Lawbrook presented
15 the Carmignac opportunity, didn't I or did I?
16     Q.   I don't recall that, so thank you.
17          That was -- Norbrook presented that?
18     A.   Lawbrook.
19     Q.   Lawbrook.  I'm sorry.  Yes.  Okay.
20     A.   And that's all I recall right now.
21     Q.   So these other applications on the
22 bottom of page 18 -- again, I'm sorry for not
23 speaking into the screen.
24          The other applications on page 18 that



Page 143

1      you've identified did not come through
2      recruiting firms, these opportunities?
3           A.   They did, but I can't recall right
4      this moment matching which one with which.
5           Q.   EGF Asset Management opportunity as a
6      portfolio manager, where was the location of
7      that job?
8           A.   Hong Kong.
9           Q.   Were all of these opportunities
10     identified on page 18 located in Hong Kong?
11          A.   No.
12          Q.   Which ones were located in Hong Kong?
13          A.   Franklin Templeton, EGF Asset
14     Management, Blackrock, Schroders, Principle
15     Finance, and Vontobel, I believe.
16          Q.   And Q8 Investment is located where?
17     Where was that opportunity?
18          A.   London.
19          Q.   And Alliance Bernstein, where is that
20     opportunity located?
21          A.   That was -- it was potentially China,
22     but potentially Hong Kong.  It was open.
23          Q.   Did any of these applications lead to
24     interviews?



```
1        A.    Yes.
2        Q.    Which ones?
3        A.    Franklin Templeton, Carmignac, and
4    Schroders.
5        Q.    Did you -- did any of these
6    applications lead to job offers?
7        A.    No.
8        Q.    Did any of these applications -- I'm
9    sorry.
10             Did you -- did you choose to not
11   pursue any of these applications after you
12   submitted them?
13       A.    No.
14       Q.    What geographic restrictions do you
15   have on your job search since September 2017?
16             MR. HANNON:  Objection to form.
17   You may answer.
18       A.    A preference to Hong Kong and London.
19   BY MR. PATERNITI:
20       Q.    Have you -- are there any geographic
21   restrictions you place on your job search?
22             MR. HANNON:  Objection to form.
23   You may answer.
24       A.    Not restrictions as such, no.
```



```
                                              Page 145
 1     BY MR. PATERNITI:
 2         Q.   I thought I -- I thought you had
 3     testified -- maybe I misheard you.  I thought
 4     you testified earlier that you did not pursue
 5     an opportunity because it was located in
 6     Beijing.  Did I mishear you?
 7         A.   You misheard me.
 8         Q.   Why is it that you did not pursue that
 9     Beijing opportunity?
10              MR. HANNON:  Objection to form
11     you may answer.
12         A.   It wasn't in Beijing.
13     BY MR. PATERNITI:
14         Q.   I see.
15         A.   It was in Shanghai.
16         Q.   Shanghai.
17              Why is it that you didn't pursue it?
18         A.   I also gave you a second reason from
19     before, which was that I didn't -- that
20     combined with the location, it also didn't
21     have very much scope for growth.
22         Q.   I see.
23              So your job search, you're testifying,
24     is essentially worldwide in scope; is that
```



1    A.   This work would entail looking at
2    markets and seeing where the -- and being --
3    keeping up to date on what's happening in
4    markets and communicating, potentially, with
5    industry contacts, talking about markets,
6    thinking about what's happening, and really
7    just responding and keeping abreast of
8    movements.
9    Q.   When you say "the market," are you
10   talking about the equity -- the stock
11   markets?
12   A.   Both the stock markets and the job
13   market.
14   Q.   I see, okay.
15        Okay.  Let me move on from this topic.
16   I may have some follow-up questions for you
17   after that -- no.  Before I move on, have
18   you -- have you -- is this the -- on page 18
19   of your interrogatory answers, is this the
20   exhaustive list of every position you've
21   applied for?
22   A.   To the best of my recollection, yes.
23   Q.   Are you not qualified to perform any
24   other position than portfolio manager?



```
 1        A.   I'm qualified -- I am qualified to
 2   perform other positions, yes.
 3        Q.   What other positions are you qualified
 4   to perform commensurate with your experience,
 5   in your estimation?
 6        A.   Oh, commensurate with my experience.
 7   A portfolio manager position is -- or an
 8   analyst role is really the only thing that I
 9   am really qualified to do, in my opinion.
10        Q.   You're not qualified to be a chief
11   investment officer somewhere or work for a
12   chief investment officer?
13        A.   Yes, yes, I would be -- could
14   potentially do that, yes.
15        Q.   And there are a number of financial
16   advisory companies out there, correct, that
17   would serve as a client representative to
18   interview and decide where to invest an
19   institution's money, correct?
20        A.   Financial advisory firms?  Correct,
21   there are financial advisory firms.
22        Q.   And you're qualified to do that,
23   aren't you?
24        A.   I believe to advise retail clients,
```



Page 274

1                    CERTIFICATION
2          I, DARLENE M. COPPOLA, a Notary Public, do hereby
3     certify that GIGI KAI ZI CHAN, appeared remotely on
4     the 6th day of October, 2020, and was by me duly sworn
5     to testify to the truth and nothing but the truth as
6     to her knowledge touching and concerning the matters
7     in controversy in this cause; that she was thereupon
8     examined upon her oath and said examination reduced to
9     writing by me; and that the statement is a true record
10    of the testimony given by the witness, to the best of
11    my knowledge and ability.
12             I further certify that I am not a relative or
13    employee of counsel/attorney for any of the parties,
14    nor a relative or employee of such parties, nor am I
15    financially interested in the outcome of the action.
16             WITNESS MY HAND THIS 13th day of October, 2020.
17
18
19
20
21    DARLENE M. COPPOLA              My commission expires:
22    NOTARY PUBLIC                   November 11, 2022
23    REGISTERED MERIT REPORTER
24    CERTIFIED REALTIME REPORTER

