# EXHIBIT B

| | |
|---|---|
| **From:** | Gigi Chan <gkzchan@gmail.com> |
| **Sent:** | Monday, October 29, 2018 10:23 AM |
| **To:** | MHo@SpencerStuart.com |
| **Subject:** | RE: Catch up |

Hi Monique,

I hope you are doing well. My apologies for not replying earlier. I was taking a break having left Wellington one year ago. I am now looking if there would be any interesting opportunities based in HK. Let me know if you are free to meet end of this week or early next week.

Best,
Gigi

**From:** MHo@SpencerStuart.com <MHo@SpencerStuart.com>
**Sent:** Monday, July 9, 2018 6:07 AM
**To:** gkzchan@gmail.com
**Subject:** Catch up

Hi Gigi,

Hope this email finds you well. It has been a while since we last spoke and I was hoping to see if you might be available for a quick catch up. I was hoping to get your views on a couple of projects that we working on. I tried to call your mobile (9209 6900) and wasn't able to leave a message.

Also noted on Linkedin that you have left Wellington – starting your own shop? Do let me know when might be a good time to speak and what would be the best number to reach you at.

Best,

**Monique Ho**
**Spencer Stuart** Hong Kong

T +852 2514 7765 | M +852 9415 0707
Email | Hong Kong office
www.spencerstuart.cn



Executive Search | Board Services | Succession Planning | Executive Assessment | Leadership Advisory Services

This message is a private communication. It may contain information that is privileged or confidential. If you are not the intended recipient, please do not read, copy or use it, and do not disclose it to others. Please notify the sender of the delivery error by replying to this message, and then delete it and any attachments from your system. Thank you.