# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLINGTON MANAGEMENT<br>COMPANY LLP and CHARLES ARGYLE,<br><br>   Defendants. | Civil Action No. 1:19-CV-11605-WGY |

**PLAINTIFF GIGI KAI ZI CHAN'S
SUPPLEMENTAL ANSWER TO INTERROGATORY NUMBER 13**

Pursuant to Fed. R. Civ. P. 26 and 33, Plaintiff Gigi Kai Zi Chan ("Plaintiff") submits the following supplemental interrogatory answer concerning efforts she has made to find employment since September 24, 2020 (the date of her previous interrogatory answer on this subject). The following supplemental answer is based on information reasonably available to Plaintiff as of the date of this response. Plaintiff reserves the right, consistent with the applicable Rules, to revise, amend, correct, supplement, modify, or clarify her objections and answers to the Interrogatories as appropriate.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO: 13:**

State whether Plaintiff has made any efforts to seek new employment or to enter into any business, independent contractor or consulting relationship with any person or entity since September 2017. If so, state:

   (a) The name and address of each potential employment, person, or entity, to which Plaintiff made application, including the date of each such application and the position for which application was made;
   (b) The name and address of any employment agency, career counselor or other employment recruiter with whom Plaintiff had contact, including, in addition, the date such contact was made and the nature of the contact;

(c) Describe in complete detail any other efforts Plaintiff made, which are not identified in response to the preceding subparagraph of this interrogatory, to obtain employment or to enter into any business, independent contractor or consulting relationship; and
(d) Identify each and every document reflecting or relating to Plaintiff's efforts to seek new employment, or to enter into any business, independent contractor or consulting relationship.

**Continuing Objection:** Plaintiff continues to object to this interrogatory to the extent that it is overly broad and that the burden imposed by this interrogatory is not proportional to the needs of this case, exceeding the scope of discovery under Fed. R. Civ. P. 26, particularly insofar as subpart (d) seeks identification of cumulative and redundant documents and information that is not relevant to any fact in material dispute.

**Supplemental Answer:** Subject to and without waiving the foregoing objections, since September 24, 2020 Plaintiff has continued to make reasonably diligent efforts to obtain comparable employment. These efforts have included monitoring movement of China PMs among peer group using a combination of network, financial websites (eg, Bloomberg, Morningstar, Citywire) and asset management company websites to identify potential employment opportunities. Plaintiff has also continued to communicate with numerous recruiters to identify potential comparable employment opportunities. In addition to the firms identified in her prior answer, Plaintiff has communicated with the following recruiting firms:

> PER
> Apollo Search Partners
> eFinancial Careers
> Korn Ferry

The following table identifies the specific opportunities for which Plaintiff formally applied:

| Potential Employer | Date of Application | Position Sought |
|---|---|---|
| Unknown (via Executive Access) | July 16, 2021 | Equity Portfolio Manager |
| Maven Securities | July 16, 2021 | Portfolio Manager |
| Essence International Financial Holding Ltd | July 16, 2021 | Portfolio Manager |
| OFI Group | June 13, 2021 | Chinese Equity (A+H) Fund Manager |
| CLSA | May 3, 2021 | Head of China Strategy |
| Unknown (via SP Consulting) | June 13, 2021 | Equity Portfolio Manager, China Equities |
| Segantii Capital Management | April 12, 2021 | Portfolio Manager |
| Mirae | March 19, 2021 | China Portfolio Manager |
| Millenium | November 24, 2020 | Portfolio Manager |
| CPP Investment Board | November 13, 2020 | Senior Portfolio Manager, China |
| Unknown (via Spencer Stuart) | November 7, 2020 | Emerging Market Portfolio Manager |

Plaintiff has also pursued several potential job opportunities via brokers that agreed to forward her CV. Those firms are Schonfeld, Polymer Capital Management, UBS, Point 72 and Harvest Fund Management. The introduction to Point 72 resulted in a recent interview.

Plaintiff reserves the right to supplement, revise or otherwise amend this answer as discovery proceeds.

Signed and sworn under the pains and penalties of perjury this 27th day of July 2021.

_____
Gigi Kai Zi Chan

As to objections:

*/s/ Patrick J. Hannon*
Patrick J. Hannon (BBO# 664958)
Hartley Michon Robb, LLP
155 Seaport Blvd., 2nd Floor
Boston, MA 02210
P: (617) 723-8000
F: (617) 447-2800
phannon@hartleymichonrobb.com

## **CERTIFICATE OF SERVICE**

I, Patrick J. Hannon, counsel for Plaintiff, Gigi Kai Zi Chan, hereby certify that on July 27, 2021, I caused a copy of the within document to be served by email upon counsel of record.

*/s/ Patrick J. Hannon*
Patrick J. Hannon

5