# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GIGI KAI ZI CHAN,

       Plaintiff,

       v.

WELLINGTON MANAGEMENT
COMPANY LLP and CHARLES ARGYLE

       Defendants.

C.A. NO.:  1:19-cv-11605

## **EXPERT REPORT OF FRANK CARR**

## I.   **INTRODUCTION**

1.     My name is Frank Carr. I am a consultant specializing in employment and compensation for executives in the financial services industry, and particularly in the investment management subsector. My consulting work often includes performing an analysis of various compensation structures, and I am frequently retained as an expert witness to opine as to the value of lost wages and/or earnings capacity in various types of disputes.

2.     I am a graduate of Williams College (Williamstown, MA) where I received a Bachelor of Arts degree in Political Economy. I have previously held FINRA licenses, Series 3, 6 and 63. I currently hold the Compensation Studies Certificate from the School of Industrial and Labor Relations at Cornell University. My complete CV is attached as Exhibit 1.

3.     I provide my consulting services through Centennial Advisory Group LLC, which I formed in 2004 and have since served as its Managing Partner. In addition to expert witness services, I provide advice and career consulting services to individual clients, with a concentration in the financial services industry, and within the various segments of the investment management industry. The client base that I serve includes professionals in the fields of investment management, wealth management, mutual funds, private equity, hedge funds, and other financial-services sectors. In addition to the United States, I have worked with clients in Hong Kong, Sweden, Germany, the United Kingdom and Brazil.

4.     Prior to founding Centennial, I myself worked in the financial services industry, serving as chief financial officer for a private investment firm that included a hedge fund and a Commodity Trading Advisor (CTA). At the beginning of my career, I spent eight years in commercial bank lending, initially with Citigroup in their Wall Street Commodities division and later as a banker to the feature film and TV industries as a Vice President at European American Bank in New York.

5.      In addition, I have more than 20 years of experience as an executive search consultant in the Financial Services and Investment Management industries, having started in 1997 as a member of the Financial Services practice at LAI Ward Howell, a top 10 U.S. executive search firm which was later acquired by TMP Worldwide (owners of Monster.com). I have also been a Managing Director in the Global Asset Management practice at A.T. Kearney Executive Search, also a top 10 U.S. search firm.   My executive search experience includes working with mutual fund companies, institutional asset managers, wealth managers, hedge funds, and other investment industry organizations.

6.      I have particular experience understanding, evaluating, and valuing compensation structures that include various forms of incentive compensation, particularly for professionals managing investment funds. In my capacity as a consultant, I have advised more than 400 clients across the financial services industry on compensation matters. My services have included helping clients understand the value of different compensation packages and their components, evaluating the amount of compensation that a particular candidate could expect or require, and advising clients on structuring compensation packages to their advantage.

7.      Through my work as a career and executive search consultant, I am also familiar with the hiring and compensation practices and reputations of many of the major investment and wealth management firms across the financial services industry, including Wellington.

8.      I am being compensated for my time for this engagement at the rate of $350 per hour for research and report writing and at the rate of $450 per hour for testimony at deposition or trial.

9.      A list of the cases in which I have testified at trial or by deposition during the last 4 years is attached hereto as Exhibit 2.

10.     Exhibit 3 lists the documents containing facts or data that I have considered in forming the opinions that I express in this report.

## II.     Summary of Opinions

11.     I was retained by Gigi Chan's counsel in this matter to perform an analysis of the economic damages sustained by Ms. Chan as a result of her alleged unlawful termination by Wellington Management Company ("Wellington") in September 2017.

12.     As explained below, my analysis utilized alternative models in order to account for factual disputes that I anticipate will ultimately be decided by the jury. Model A reflects instances where resolution of the factual dispute would result in a lower estimation of Ms. Chan's damages. Model B reflects instances where Ms. Chan's damages would be higher. The primary resulting difference between Models A and B is that the Model B scenarios include faster asset growth for the funds or investment products analyzed, as compared with the Model A scenarios.

13.     The following chart reflects my opinion, to a reasonable degree of professional certainty, as to the economic damages that Ms. Chan has suffered as a consequence of the alleged unlawful termination of her employment[1]:

| Period | Model A | Model B |
|---|---|---|
| Loss through 12/31/21 | $4,422,826 | $4,896,834 |
| Loss after 12/31/21 (through age 60) | $37,115,885 | $42,333,713 |
| Loss after 12/31/21 (through age 65) | $46,198,697 | $51,843,541 |

---

[1] As noted below, these figures do not take into account the additional compensation that Ms. Chan would have earned if she had she become a partner at Wellington.

### III.   Methodology and Assumptions

14.     My opinion is based on my education, training and experience, as well as the information I have obtained from the documents identified in Exhibit 3 and my interview of Ms. Chan.

15.     As reflected in Exhibit 4, I have calculated the compensation and benefits that Ms. Chan would have received from Wellington on an annual basis from her termination until her expected retirement at age of either 60 or 65.[2]

16.     In performing my calculation, I have considered the following components of Ms. Chan's annual compensation and benefits:

   A.     **Salary**. At the time of her termination, Ms. Chan was receiving a base salary of $251,613.[3] (CHAN 12-13). In my experience, firms such as Wellington typically either keep base salary constant or provide salary increases generally equal to the rate of inflation, if not higher. Based on salary data produced by Wellington (DEF 27931) the evidence reflects that Wellington follows this same practice, and generally keeps base salary constant as other components of compensation may increase. Accordingly, my calculation assumes that Ms. Chan's base salary would have remained constant at $251,613 for the duration of her employment.

---

[2] The expected work life ages of 60 and 65 are based upon the 2011 work of Gary R. Skoog, James E. Ciecka, and Kurt V. Kreuger, entitled "The Markov Process Model of Labor Force Activity: Extended Tables of Central tendency, Shape Percentile Points, and Bootstrap Standard Errors. (See Appendix A, Skoog Ciecka Kreuger Labor Force Activity 2011). This paper by Skoog, Ciecka and Kreuger is widely used and accepted by forensic economists and compensation professionals. The work life assumptions for Ms. Chan are based on Table 34 (page 213) and take her current age of 42 (with the "Initially Inactive" assumption), and add the Mean remaining work life figure of 17.93 (resulting in age 60), as well as the 75th percentile figure of 23 years, which results in the age 65 assumption. (See Appendix B, Skoog Ciecka Kreuger Table 34 Masters Prof Degree).

[3] Unless otherwise stated, all figures in this report are stated un U.S dollars. I use an exchange rate of 1 USD to 7.75 HKD (Hong Kong Dollars).

**B.**     **Incentive**. Like most investment firms, Wellington pays its investors a portion of the fees generated by the investments they manage as a form of incentive compensation. At Wellington, incentive compensation is determined twice per year for each fund through a two-stage process. (See Mattiko Deposition pp. 174-193.) In the first stage, an "incentive pool" would be generated as a portion of the management and performance fees paid to Wellington by the investors in each fund. As described below, Wellington charges fees to its clients as a percentage of AUM (Assets Under Management), and for certain products such as hedge funds, Wellington would also charge a fee based on investment profits. Thus, there would be more money available for the "incentive pool" for a given fund as the fund acquired more AUM, and in certain cases, as the fund generated more profits. To determine what percentage of the fees to assign as the incentive pool, Wellington would consider how much "alpha" the fund had generated in the relevant half-year measuring period (Mattiko Deposition, supra). Alpha is a specialized term in the investment field referring to the relative performance of a fund or investment against its reference benchmark, often a published index such as the S&P 500. If the fund generated more alpha, a greater percentage of the fees would be assigned to the "incentive pool." Utilizing this framework, my calculation considers the various assets that Ms. Chan was likely to manage during her tenure at Wellington and estimates the incentive compensation that she was likely to receive from those investments on an annual basis. I explain these calculations in more detail below.

**C.**     **Corporate Bonus**. Another component of Ms. Chan's compensation during her tenure at Wellington was known as the "corporate bonus."  The evidence demonstrates that Wellington utilizes the corporate bonus as a means of boosting the annual compensation of investors new to the firm, managing nascent investment products, or whose incentive

6

compensation is falling short for reasons otherwise unrelated to the quality of their work. In my experience, this is a common practice for employers in the financial services industry, as investors performing at a satisfactory level generally expect their compensation to increase on a year-over-year basis, or at least remain flat in years of slow or negative asset growth and/or challenging market conditions. Failing to meet that expectation can often result in investors leaving to join competitors. Further, the evidence confirms that Wellington typically established corporate bonus amounts to ensure that investors they hoped to retain received reasonable year-over-year growth on their compensation, often at or near double-digits. (DEF 28677-78). As my calculations are based on a scenario in which Wellington chose to retain Ms. Chan instead of firing her, it is my opinion that Wellington would have utilized the corporate bonus so as to provide Ms. Chan with year-over-year growth on her annual earnings (base salary plus bonus/incentive) of no less than 3.5%[4] from 2015 onward.[5]

**D.** **Housing**. Ms. Chan's benefits included a housing stipend of up to $77,419 per year (DEF 31139). As Ms. Chan was utilizing the full amount of this stipend at the time of her termination, my calculation assumes that she would have continued to do so until her retirement.

**E.** **Pension**. Ms. Chan's benefits also included a pension contribution equal to 15% of her annual compensation, with a cap at $29,935 (CHAN 10). As Ms. Chan's base salary alone was enough to reach this cap, my calculation assumes that Ms. Chan would have received the full amount of available pension contribution each year.

---

[4] This is equal to the wage and salary inflation rate of 3.5% as published by the U.S. Bureau of Labor Statistics in June 2021. (See Appendix C).

[5] DEF 28677-78 indicates that Ms. Chan's boss, Charles Argyle, projected at the time of making the decision on the amount of Ms. Chan's corporate bonus for 2015 (2.4 million HKD) that it would result in a 9.4% year-over-year total compensation increase from 2014 to 2015 on an accrued basis.

17.     For purposes of calculating incentive compensation, I examined four asset products that Ms. Chan was either managing at the time she was terminated or was reasonably likely to manage in the near future:

      **A.**     **EMO**.  Ms. Chan was one of several investors working on Wellington's Emerging Markets Opportunities Fund ("EMO") led by Greg Mattiko. From 2014 through 2016, Ms. Chan received an average of 8.7% of the EMO incentive pool (INT 04).[6] While that allocation dipped to 4% for the first half of 2017, I understand that there is a factual dispute as to whether that reduction was the result of unlawful discrimination or some other reason unrelated to Ms. Chan's performance. As it is not my role to resolve that dispute, I have adopted a reduced EMO incentive share of 4.44% for purposes of my calculations, as it presents a conservative "floor" to estimate the EMO incentive that Ms. Chan would have continued to receive had she not been terminated (See DEF 22240). For similar reasons, my calculations further assume that Ms. Chan's share of the incentive pool[7] would have been reduced by another 50% beginning in 2023 based upon growth of Ms. Chan's Pan Asia Growth investment strategy, bringing it to 2.2% for the remainder of her employment. Based on my experience, I believe these are reasonable and conservative estimates, particularly given the overlap between EMO and Ms. Chan's other strategies, where Ms. Chan would continue to provide market commentary and investment ideas for the EMO portfolio.

      **B.**     **China Growth**. Wellington launched the China Growth Fund in July 2016, with Ms. Chan serving as Portfolio Manager and plans for it to grow to $2 Billion of AUM. (See DEF

---

[6] Mr. Mattiko estimated in November 2015 that Ms. Chan's percentage allocation would tick up over time from 10% (DEF 8153).

[7] As Wellington produced a report showing the actual amount of the EMO incentive pool through the first half of 2020 (INT 04) I have utilized those numbers for calculating Ms. Chan's incentive in the relevant years. For future years, I have utilized the average allocation pool over the time period for which information has been provided.

1212, DEF 4879, DEF 3496). The fund employed the same strategy that Ms. Chan had successfully developed at her prior employer—Threadneedle—and which had proven extremely successful, generating an average of 4.9% in alpha over a multi-year period as stated within internal Wellington documents such as DEF 4667. To determine expected AUM in China Growth on a yearly basis, I looked at AUM growth for similarly situated Wellington investors. In my experience, looking to comparators is a reliable means of estimating AUM growth—particularly when those investors are able to utilize the Wellington corporate resources and are part of the same investment platform. Here, I found three investors particularly comparable—Greg Mattiko, Dirk Enderlein, and Niraj Bhagwat. I understand that each of these three investors came to Wellington within the same six-year time period as Ms. Chan, and all successfully launched funds within a short period after starting at Wellington. For example, I am informed that Mr. Mattiko had run an emerging markets fund at JP Morgan for several years before joining Wellington, and launched the Emerging Markets Opportunities Fund within the same year he joined Wellington, 2012. I also understand that Mr. Bhagwat managed or co-managed a fund focused on emerging markets for UBS for several years prior to joining Wellington in 2009, and launched a fund focused on Asian emerging markets (Asian Opportunities) by 2010 at Wellington. Mr. Enderlein had run a fund at Allianz for close to 10 years, and after joining Wellington in 2010 launched Wellington's Strategic European Equity Fund in 2011. Ms. Chan, similarly, sought to launch the China Growth Fund at Wellington after having established a multi-year public investment track record with her China Opportunities Fund at Threadneedle.

The documentary evidence shows that, coupled with Wellington's money-raising apparatus, Mr. Mattiko, Mr. Enderlein, and Mr. Bhagwat were able to raise large AUM within just a few years of launching their funds at Wellington—on average going over $2 billion by

year five. (DEF 20136-40). To err on the side of being conservative, I have assumed that Ms.

Chan's AUM raise would have taken on the longer end of this spectrum, and therefore assumed

that it would have required six years of marketing to reach the $2 billion goal. Given Ms. Chan's

track record, Wellington's extensive resources for raising money, the general growth of

investment in China,[8] the comparator evidence, and my experience in the industry, it is my

opinion that this is a reasonable assumption. As I understand that there is a factual dispute as to

whether Wellington would have chosen to delay marketing China Growth in order to "incubate"

the approach, I have calculated AUM under alternative scenarios. In Model A, I have assumed

that Wellington would not have actively sought outside investment until approximately 2019,

whereas in Model B, I have assumed that Wellington would have supported Ms. Chan's efforts

to raise AUM in 2017. Under both scenarios, I calculate that it would take six years of marketing

to reach the $2 billion goal, with the amount of AUM being raised generally accelerating every

two years. Once the fund reaches the goal of $2 billion, I assume that aggressive marketing

efforts would diminish or cease,[9] and that the fund will increase every five years on average as a

result of medium- to longer-term positive investment performance and additional incremental

investments made by existing clients. Embedded within my assumptions are years of both

positive and negative investment performance.

Relying on Wellington's own internal memoranda DEF 4879, I understand that the

standard management fee for the China Growth fund was 1% of AUM, with a discount of twenty

basis points being offered on the first $200MM invested. To determine the percentage of the

---

[8] See, e.g., "Wellington Management plans Asia expansion targeting growing wealth in China and wider region (April 5, 2021), Yahoo! Finance (originally published in South China Morning Post), https://finance.yahoo.com/news/wellington-management-plans-asia-expansion-093000210.html?guccounter=1
[9] Based on my experience and knowledge of the investment industry, it is unlikely that a marketing effort for a fund would diminish entirely. This assumption reflects an attempt to err on the conservative side in my projection.

China Growth management fee that would be allocated to the incentive pool, I have used the EMO fund as a comparator. This is appropriate in my opinion given the evidence that AUM and alpha were the primary factor used in setting the incentive pool, and the evidence strongly suggests that China Growth, based on Ms. Chan's prior track record, would have matched or exceeded the alpha generated by the EMO Fund.[10] Utilizing the information contained in DEF 20136 and INT 04, an average of roughly 10% of the management fees earned by the EMO fund were allotted to its incentive pool. Accordingly, I have assumed the same allocation with respect to China Growth.

Finally, for purposes of determining Ms. Chan's share of the China Growth incentive pool, I have relied on evidence that Wellington allows portfolio managers to pay themselves up to 70% of the pool amount (Mattiko Deposition; INT 04; DEF 5683; DEF 31215). As Ms. Chan was to be the only investment professional working on this strategy full time, it is reasonable to conclude that she would have paid herself the full 70% each period.

Based on the foregoing, I have prepared the China Growth calculations reflected on Exhibit 5.

### C.   <u>Pan Asia Growth</u>.

In addition to China Growth, Ms. Chan was also working to launch a Pan Asia Growth fund at the time of her termination from Wellington. Although the concept had not yet been launched, it is my opinion that Ms. Chan would have likely launched the strategy by 2018 if her employment had not been terminated.  This opinion is informed by my review of the evidence—

---

[10] The EMO Fund's alpha was +2.1% over 2015-2017 and since inception is + 1.5% according to data on Wellington's website. See https://www.wellingtonfunds.com/en-sg/institutional/funds/emerging-markets-opportunities-fund/usd-s-acc-4r59/ (factsheet). In addition to her record of 4.9% alpha at Threadneedle, Ms. Chan's alpha as of September 2017 was +3.7% inception to date (DEF 0000001-03).

which confirms that (1) Wellington wanted Ms. Chan to develop investment strategies that would be of potential interest to its clients, (2) a significant Wellington client, ███████████ ████████████████████ had shown serious interest in the strategy, (3) the strategy was potentially very lucrative for Wellington given the capacity such a fund would have, and (4) the strategy would have filled a gap in both Wellington's offerings and those provided by competitors (See, e.g., CHAN 358-62). While growth oriented "Asia ex Japan" strategies are offered by a number of firms (investing across Asian countries but not in Japan), Ms. Chan's proposed fund was a growth-oriented strategy for Asia **including** Japan, which is a less common strategy and would have fewer competing products.

While I understand that there is evidence to suggest that ██████ would have served as an anchor investor to help launch the Pan Asia Growth fund in 2018, I believe that factual determination is best left for the jury. Accordingly, I have modeled the Pan Asia Growth fund using alternative launch scenarios. In Model A, I have assumed that the fund is launched using internal Wellington seed money to establish a public track record. As such track records are typically viewed in the industry based on one, three and five year performance numbers, I have estimated in Model A that Pan Asia Growth would develop a three-year track record using its seed funding. The fund would then utilize that track record over the following two years to raise its initial outside capital, and then, with a five-year track record in place, begin aggressively raising outside capital at a pace mirroring China Growth. In Model B, I assume that ██████ would have invested in 2018, obviating the need for establishing an initial track record with seed funding, and therefore allowing for more rapid AUM growth over the first several years of the fund's launch.

In performing these calculations, I have used a target AUM of $2 Billion. This estimate is conservative, as the Pan Asia Growth strategy would have a much higher capacity than the China Growth strategy, because it allowed for investment in all of the Asian markets, not just China. Further, I note there is record evidence that Wellington generally sought to develop funds with several billion dollars of AUM (DEF 20136)

While Ms. Chan had not previously managed this particular strategy, I understand it was analogous to a strategy that she had successfully employed at Threadneedle, which achieved 2.8% annualized outperformance. Given this past experience, the success Ms. Chan had shown in her paper portfolio (see DEF 3938), and undisputed evidence of Ms. Chan's knowledge and skill as an investor, it is reasonable in my opinion to estimate that Pan Asia Growth would have performed either equal to or greater than the EMO Fund, and therefore would have enjoyed similar AUM growth and generated a similar investment team allocation of 10% of the fees generated.

For purposes of determining the management fee for Pan Asia Growth, I have assumed that the standard fee would be 1%, which appears to be the typical management fee charged by Wellington for similar funds. As with China Growth, I have assumed that Wellington would have offered a discount on the first $200MM of investment. To calculate that discount, I utilized the discount pricing being offered to ███, as reflected in CHAN 358-62, and calculated it in manner so as to provide the highest discount, therefore resulting in the most conservative estimate of management fees.

Based on the foregoing, I have prepared the Pan Asia Growth calculations reflected on Exhibit 6.

**D.**　　　　██████.

At the time of Ms. Chan's termination, Wellington also had a potentially lucrative opportunity for Ms. Chan to serve as investment advisor for ████████████████████████. According to Ms. Chan, the ████████ (a/k/a Southbound Connect) opportunity was a new product idea initiated by ████████'s subsidiary company which would allow investors in mainland China to participate in some of the leading stocks traded in Hong Kong, such as Tencent Holdings. By investing their money directly in a mainland-Chinese intermediary— ████████—which could invest in Hong Kong securities more efficiently, mainland Chinese customers would gain otherwise prohibitive access to this key market. (See DEF 3911, DEF 4585, DEF 9512-15, DEF 23311). ████████ viewed the product as an attractive way to offer higher return products to its clients, and as a powerful alternative to the more limited and sometimes problematic guaranteed products which offered a relatively low, fixed-rate return.

Ms. Chan explained that due to certain regulatory requirements, she would manage the accounts through a so called "model portfolio" whereby she would transmit all the buys and sells through ████████, who would execute the trades on behalf of the investor clients. While the fixed component of the management fee (0.5%) would be lower than some Wellington products, the profit margin from Wellington's perspective could be potentially quite lucrative as ████████ would handle all the trading, custody, and investor reporting expenses. Moreover, the fee arrangement that Wellington had discussed with ████████ (see DEF 9513), would pay Wellington an additional 10% of all returns above a baseline "hurdle" rate of 8% returns each year, meaning that in exceptionally good years Wellington's fee income could be very high. The potential asset growth for this product would involve the significant demand among individual Chinese investors to access the Hong Kong equity market in an efficient manner.

14

Given the evidence that I have reviewed, and my knowledge of the investment industry, it is my opinion that Ms. Chan would have launched this strategy by the end of 2017 if her employment had not been terminated. As internal Wellington documents project initial AUM growth of $100MM in the first year (DEF 9513), I have performed my calculations using that assumption, with additional investment of 100MM per year until asset growth reaches $750MM, at which time I assume no additional outside capital, and project further AUM growth based solely on performance. The assumptions are conservative in my opinion, as the evidence reflects that there is a large market for this type of investment vehicle, with Wellington garnering interest from another firm—██████████—to employ the same strategy. (DEF 17346, DEF 20840).

The additional assumptions and estimates used in my calculation of the ██████ incentive are as follows:

- The management fee is 0.50% per year, and the performance fee is equal to 10% of investment profits once annual investment returns exceed 8%. (DEF 9513).

- There is no "high water mark" which means that a negative performance year would not affect or deduct from Wellington's ability to earn the full 10% performance fee in the following year, subject to clearing the 8% return hurdle each year.

- The team share of the management and performance fees is equal to 10% (consistent with EMO, China Growth and Pan Asia Growth) and the payout to the portfolio manager (Ms. Chan) of the resulting bonus pool is equal to 70%.

- As a methodology to predict the future returns on the ██████ accounts managed by Ms. Chan, I determined the actual performance for the HSCEI[11] for the past 5 years, using the performance of the Hang Seng China Enterprises Index ETF (Stock Code 282) and the total return of the index itself as published by the Hang Seng Investment organization (See Appendix D HSCEI ETF 20210531_etf_h_shares_en). I also used the performance of the HSCEI ETF as published by fundsupermart.com (See Appendix E Hang Seng China Enterprises Index ETF _ Returns). Table 1 below shows the results for

---

[11] The Hang Seng China Enterprises Index (HSCEI) is a stock index reflecting the performance of 50 H-share Chinese mainland securities that are listed in Hong Kong. H-shares represent a class of ordinary share regulated by PRC law but subscribed for and traded in Hong Kong dollars. For distinction, A-shares are onshore listings quoted in yuan renminbi. In my opinion, the HSCEI serves as the best proxy for the returns of Hong Kong listed Chinese stocks, as it does not include US listed Chinese stocks.

the three sources for 2016 through 2020. For 2021, I took the average of the year-to-date figures as of May 31 and annualized the result for the full year.

- Based on Ms. Chan's growth bias and concentrated portfolio approach, I have added 200 basis points of performance in positive years, and I have subtracted 200 basis points of return (increased the loss) in losing years for the index. Historically, as discussed above Ms. Chan's Threadneedle fund had typically beaten the underlying index by up to 500 basis points. To be conservative, however, I have used 200 basis points as the appropriate margin, which results in a lower amount of incentive fee.

| Table 1. Hang Seng Index | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 YTD |
|---|---|---|---|---|---|---|
| HSCEI ETF (FSM) | 1.87% | 17.72% | -9.29% | 13.14% | -3.07% | As of 5/31/2021 |
| HSCEI Total Return Index HKD | 1.06% | 29.12% | -10.29% | 14.13% | 0.33% | 1.98% |
| HSCEI ETF - HKD Counter 2828 | 0.22% | 27.96% | -10.93% | 13.30% | -1.04% | 1.62% |
| Average | 1.05% | 24.93% | -10.17% | 13.52% | -1.26% | 4.32% |
| G. Chan 200 bps Beta | 3.05% | 26.93% | -12.17% | 15.52% | -3.26% | 6.32% |

- I have included the actual results of Table 1 in my &#9608;&#9608;&#9608;&#9608; projections for 2018 through 2021 and I have used a repeating pattern of these six annual return figures (2016 to 2021) to illustrate future projected returns for Ms. Chan's &#9608;&#9608;&#9608;&#9608; accounts.

- While I recognize that future HSCEI investment returns will not exactly match the figures I am using, the methodology that I have employed here provides a reasonable and reliable estimation when compared to other market research data. For example, future volatility in the HSCEI, and the average return for the six-year repeating index pattern, at 5.40%, is well within the long-term Asian equity market return predictions of 7.0% per year published by Blackrock in their Capital Markets Assumptions report. See Table 2 below. (Also see Appendix F Blackrock Cap Mkt Assumptions May 2021)

Table 2. Blackrock Capital Markets Assumptions May 2021

| Asset Class | 5-year | 10-year | 15-year | 20-year |
|---|---|---|---|---|
| China Broad Market Equities | 5.30% | 6.40% | 7.50% | 8.30% |
| China A Shares | 6.80% | 6.60% | 6.30% | 6.10% |
| Emerging Large Cap Equities | 6.80% | 7.40% | 8.00% | 8.50% |
| Average of Returns | 6.30% | 6.80% | 7.27% | 7.63% |

Source: https://www.blackrock.com/institutions/en-us/insights/charts/capital-market-assumptions

Based on the foregoing, I have prepared the ▪▪▪▪▪▪ calculations reflected on Exhibit 7.

18.     While I have not prepared specific lost earnings computations for other possible investment approaches that Ms. Chan may have developed over her career at Wellington, there is evidence that other opportunities were available.  This includes a Hong Kong equity strategy on behalf of the ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪, which is the sovereign wealth fund of ▪▪▪▪▪▪ (see DEF 19619, DEF 7238, DEF 4999, DEF 3449), as well as a potential combined ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ (DEF 2397). In my opinion, the presence of these additional opportunities confirms that Ms. Chan had significant earning potential over the course of her career at Wellington and that the losses that I have calculated are a reliable estimate–even if one or more of the particular investment strategies I have modeled did not come to fruition.

19.     Similarly, my opinion in this matter is also informed by the additional earning potential that would be incident to Ms. Chan potentially becoming a Wellington partner. While it is difficult to predict when Ms. Chan would have been considered for partner, there is no question that her annual earnings would have been substantially higher if she had become one. For example, I have reviewed public records from the divorce of Wellington portfolio manager ▪▪▪▪▪▪▪▪▪, which show that Wellington partners are paid annual cash distributions in four principal components: 1) salary; 2) incentive compensation; 3) return on capital; and 4) merit distribution. The records further reflect that ▪▪▪▪ received more than $20,000,000 in incentive compensation in 2008, and a return on capital and merit distribution of more than $26,000,000 in 2008, or over $46,000,000 in total compensation for 2008. In all, Mr. ▪▪▪▪ Wellington partnership was valued by a factfinder at $80,956,975. (See Appendices G and H).

17

20.     While I do not have data to confirm if other Wellington partners were compensated more or less than Mr. ████ the figures from the ████ divorce case confirm that incentive compensation of $20 million per year, and $46 million in total compensation in a single year, were achievable at Wellington. The fact that the total value of my projections for Ms. Chan's entire remaining career earnings at Wellington are within the same ballpark as what Mr. ████ was compensated in 2008 alone confirms to me that my estimates are not unreasonably high—if anything, they are quite conservative.

21.     As I understand that trial in this matter is expected to take place in late-2021, I have calculated Ms. Chan's "back pay" damages through 12/31/2021. I have further assumed that Ms. Chan—who has been unable to find a comparable position since her termination—will not have done so by time of trial. Accordingly, I have assumed that Ms. Chan will not have any earnings to offset her backpay damages.[12]

22.     In estimating Ms. Chan's potential future earnings, I have taken into account the reputational harm likely caused by Ms. Chan's firing from Wellington. In the field of executive search and recruitment, Wellington has a reputation as a prestigious employer that provides high levels of compensation and job satisfaction. I first became aware of Wellington's culture and reputation shortly after I entered the executive search field in 1997. In numerous conversations that I held with my bosses at Ward Howell International and other industry contacts, I was advised not even to attempt to recruit a candidate from Wellington, as it would be a futile endeavor. In those conversations and throughout my career as an executive search professional

---

[12] See Plaintiff's Interrogatory Answer 13.

my bosses and industry contacts have uniformly reported to me that executives never leave Wellington, as they are paid very well.

23.    It is my opinion to a reasonable degree of professional certainty that most investment industry recruiters also share this view and would thus be highly suspect of Ms. Chan, based on her status today, as a potential job candidate. Indeed, the perception of M. Chan's candidacy would be worse because she not only left Wellington, but was FIRED by Wellington. Employers and other recruiters in my industry would be likely to assume solely from the fact of Ms. Chan's firing that she must have a major flaw. For this reason, as impressive as it is to be hired by Wellington, it is my professional opinion that it is even more destructive to one's investment career to be fired by Wellington.

24.    Further, while Ms. Chan's experience and strong track record as an investor in the Chinese market (and other Asian markets) would make her a valuable asset to many investment teams, her experience as a portfolio manager largely works against her, as firms tend to be reluctant to hire experienced PMs to fill lesser roles—the concern being that they are unlikely to stay long term and will simply jump ship once a more appropriate job opportunity becomes available. Accordingly, there are numerous headwinds facing Ms. Chan in her efforts to find new employment.

25.    While I anticipate that Ms. Chan will eventually be able to find new employment, it is my professional opinion that it will not be comparable to her position at Wellington. Based on my more than 20 years of experience as a professional recruiter in this field, I would expect that Ms. Chan will be forced to accept a significant reduction in compensation, and perhaps even responsibilities. Further, while I expect that Ms. Chan's talents and abilities would result in her eventually being able to increase her earnings, I do not anticipate that they will ever return to the

level that she would have earned at Wellington. From my perspective, and based on my experience, there is simply no viable career path for Ms. Chan that puts her back on track to the earnings she could expect working at Wellington.

26.     As a means of projecting potential replacement earnings for Ms. Chan, I constructed Table 3 using data from leading industry news service Institutional Investor, namely the All-Asia Buy-Side Compensation Ranking 2018 and the All-America Buy-Side Compensation Ranking 2018. (See Appendices I and J) I have used Institutional Investor compensation surveys in several of my previous expert reports, and I believe the organization is a valid and trustworthy source of compensation data.

27.     My methodology for determining Ms. Chan's potential replacement compensation is as follows:

- Calculate average total compensation for Research Analysts at Asian and American mutual fund firms using all asset levels listed.

- My assumption is that Ms. Chan would obtain a replacement job at the average Research Analyst compensation level in 2022. That assumption is reasonable given the market forces described above, which put Ms. Chan at a significant disadvantage in negotiating terms of compensation.

- As the data was published in 2018, I have rolled the number forward to 2022 using the wage and salary inflation rate of 3.5% as published by the U.S. Bureau of Labor Statistics in June 2021. (See Appendix C ).

- I followed the same methodology for the more senior position of PM (portfolio manager)/ Research Analyst and for Portfolio Manager.

- As specified in Table 4, my assumption is that Ms. Chan would compensated for five years at the level of a Research Analyst, at which time I assume that she would be able to negotiate higher compensation at the PM/Research Analyst level specified in the Institutional Investor compensation report. With inflation, her starting compensation would be $537,280.

- After an additional five years, or in 2032, I estimate that Ms. Chan would again be able to increase her compensation to the level of Portfolio Manager as specified in the Institutional Investor compensation report. With inflation, her starting compensation in 2032 would be $2,032,481.

- Table 4 calculates the present value of the projected replacement compensation in the same fashion as with Ms. Chan's projected lost Wellington compensation.

- These results are included in Exhibit 4 – Gigi Chan – Consolidated Lost Earnings Projections – Model A and Model B case Scenarios.

## IV.    CONCLUSIONS

28.    My full calculations utilizing the above-described methodology and assumptions are reflected in Exhibit 4.

29.    I reserve the right to update or modify this analysis should additional information become available to me.

Respectfully submitted,

Frank Carr
Managing Partner
Centennial Advisory Group
frank@centadvisory.com
1-203-344-9531


Dated: August 2, 2021

# EXHIBIT 1

# FRANK J. CARR, CPRW

203-344-9531 (office) ♦ 203-249-7244 (mobile)
frank@centadvisory.com | www.centadvisory.com

---

## EXECUTIVE COMPENSATION, HIRING & EMPLOYMENT
### Executive Recruiter – Career Consultant – Expert Witness

**EDUCATION AND CERTIFICATIONS**

**Cornell University,** Ithaca, NY
School of Industrial and Labor Relations - Compensation Studies Certificate

**World at Work – Total Rewards Association**, Member

**Chartered Alternative Investment Analyst (CAIA) Association**
- Passed Level I of the CAIA program, covering hedge funds, private equity, real estate and commodities

**Certified Professional Resume Writer (CPRW)**, Professional Association of Resume Writers & Career Coaches

**Lawyer Monthly Expert Witness Award –** Financial Planning 2020
https://expertwitnessawards.lawyer-monthly.com/winners-edition/46/

**Global Law Experts –** Recommended Employment Expert Witness, New York 2020
https://www.globallawexperts.com/CompanyProfile.aspx?PID=6738

**Williams College,** Williamstown, MA
- B.A. Political Economy, 1978
- Courses in political science, economics, finance, banking and statistics
- Sports Editor, THE WILLIAMS RECORD

**Securities Licenses:** (previously held) FINRA Series 3, Series 6 & Series 63; NY, NJ, & CT Life and Health Insurance

**CURRENT CAREER EXPERIENCE**

    

**Centennial Advisory Group, LLC,** Tarrytown, NY                              2004– Present
***Founder and Managing Partner***
Manage all day-to-day activities of this independent executive search and consulting firm focused on recruiting executive and manager-level talent across multiple job functions within the Financial Services and Investment Management industries.

- In addition to search mandates, advise executives on career path options, compensation and provide resume writing and editing services as a Certified Professional Resume Writer
- Provide Expert Witness services on matters involving employment, compensation, hiring practices and lost earnings.
- Have prepared expert reports for both plaintiffs and defendants for matters before Federal, State and County courts and in American Arbitration Association, JAMS and FINRA arbitration matters in jurisdictions including New York, New Jersey, Connecticut, Massachusetts, Texas, Florida, California, Ohio, Wisconsin, Minnesota and in the High Court of Singapore.

Centennial Advisory Group is a specialist in recruiting and consulting for the financial services industry, formed in 2004. Centennial was named "Recruitment Firm of the Year" for 2009 by Hedge Fund Manager Week magazine. In 2011, Mr. Carr also became affiliated with MJE Advisors, a specialist investment industry recruiting firm. Prior to forming Centennial, he had been a Managing Director in the New York office of Diversified Search, a Philadelphia based firm ranked in 2018 as the fifth best executive search firm by CEO World magazine; and a Managing Director in the Global Asset Management practice at A.T. Kearney Executive Search, a top 10 U.S. search firm, starting in 1999. He began his search career at LAI Ward Howell which was later acquired by TMP Worldwide (owners of Monster.com). Mr. Carr's recruiting experience covers a broad range of job functions within financial services, asset management, wealth management, banking and brokerage.

Mr. Carr has authored several articles for **The Financial Times, FundFire, Ignites**, **HedgeWorld**, **The MFA Reporter and FINalternatives.com,** and he has been quoted in publications such as **FundFire**, **Ignites**, **Bloomberg News**, **CNN Money**, **Absolute Return**, and **Hedge Fund Manager Week**. He has also served as both a moderator and panelist at conferences and events sponsored by **The Managed Funds Association**, **EuroMoney**, **InfoVest21**, **Columbia Business School**, and **CAIA**, the Chartered Alternative Investment Analyst Association.

Prior to entering executive search, Mr. Carr was Chief Financial Officer of The Marevista Fund, a Connecticut-based private investment firm which included a hedge fund and a Commodity Trading Advisor (CTA). He managed the accounting and compliance functions as well as the offering and sales process for the firm's investment units, including registration with the Commodity Futures Trading Commission and obtained his FINRA Series 3 license as part of the process. Mr. Carr had spent eight years in commercial bank lending, initially with Citigroup in their Wall Street Commodities division and later was a lender to the feature film and TV industries, while employed as a Vice President at European American Bank in New York. His clients included independent feature film producers, television program producers and TV station owners. Mr. Carr's commercial banking experience includes: secured and unsecured revolving credit facilities and term loans, international trade finance (documentary and standby letters of credit & banker's acceptance financing), foreign exchange credit lines, plus acquisition and project financing.

## ADDITIONAL CAREER EXPERIENCE

**Diversified Search, Inc.,** New York, NY                                          2002 – 2004
*Managing Director, Financial Services and Asset Management Practice*
- Established hedge fund industry recruiting practice in New York office.
- Brought six new clients into the firm in the first 18 months
- Established brand identity for the firm through creation and sponsorship of Infovest 21's Hedge Fund Compensation study; moderated hedge fund conference panels and had numerous articles published

**A.T. Kearney Executive Search**, Stamford, CT                                    1999 – 2002
*Managing Director, Financial Services and Asset Management Practice*
- Joined the firm with two partners from TMP to establish the firm's asset management recruiting practice.
- Designed and wrote all marketing materials for the asset management practice and hedge fund sub-practice

**TMP Worldwide,** Stamford, CT                                                    1997 – 1999
A leading publicly traded multi-division executive recruiting firm – owners of Monster.com
    **LAI Ward Howell International,** Stamford, CT
    *Principal, Financial Services and Asset Management Practice* (1998 - 1999)

    **Ward Howell International**, Stamford, CT
    *Associate, Financial Services Practice* (1997 – 1998)
- Developed new client relationships (Nuveen Investments) and supported other partners in executing searches for firms such as Barclays Global Investors, Bear Stearns Asset Management, Commercial Union Asset Management, Fleet Private Bank, Partner Re and Prudential Investments
- Responsible for executing search assignments from initial research, strategy, candidate interviews & profiles through compensation advisory and final negotiations between client and candidate

**Northway Associates,** Riverside, CT                                                     1995 – 1997
*Business and Financial Consultant*
- Business plan creation and negotiation of private financing transactions
- Created budgets, cash flow projections and designed financing terms to assist client in raising in excess of $1 million in private equity for an underwater salvage operation near Juneau, Alaska.
- Successfully negotiated a $5 million multi-property commercial mortgage restructure with Shawmut Bank, with client benefit of $3.7 million.

**Northwestern Mutual Life / Robert W. Baird & Co., Inc.** New York, NY            1994 – 1995
*Insurance Agent and Investment Representative*
- Sold Mutual Funds, Life and Disability Insurance, Annuities and Group Health Insurance
- Earned FINRA Licenses: Series 6 & 63

**The Marevista Fund, L.P.,** Greenwich, CT                                             1992 – 1994
*Chief Financial Officer*
- Responsible for all administration, accounting, financial reporting and regulatory matters for this hedge fund and registered Commodity Pool Operator
- Primary interface with the firm's accountants and auditors to prepare monthly investment performance reports and annual audited financial statements
- Managed investor subscription documents and all addition/redemption activities
- Obtained FINRA Series 3 license (Commodity Futures & Options) and prepared compliance files for NFA audits.
- Managed the firm's Prime Broker relationships with Bear Stearns and Morgan Stanley
- Created new Commodity Trading Advisor, obtained CFTC approval and initiated and closed a $1 million sub advisor contract with Commodities Corporation (now Goldman Sachs Hedge Fund Strategies)
- Designed and wrote all marketing materials and investment performance calculations

**Sherwood Productions,** New York, NY                                                  1988 - 1992
*Vice President*
Worked on tax advantaged funding projects for this independent film producer

**European American Bank,** New York, NY                                               1983 -1987
*Vice President, Entertainment & Media Lending*
- Corporate banker to independent feature film producers, TV producers and TV station owners
- Analyzed financial statements, film production documents and TV episode sales reports
- Negotiated specialized, secured bank loan agreements with borrowers and bank's outside legal counsel
- Managed the collateral process through UCC-1 and mortgage filings with the U.S. Copyright Office
- Negotiated and managed assignment of film and TV proceeds with distributors such as 20th Century Fox, Universal Pictures, MGM, Columbia Pictures, ABC Television and leading home video companies.

**Security Pacific Bank,** New York, NY                                                 1981 – 1983
*Assistant Vice President, Corporate Lending Officer*
- Provided loans and banking services to middle market manufacturing companies
- Analyzed manufacturers with complex deferred revenue/ revenue recognition issues such as Harris Corp.
- Initiated new corporate lending relationship with F.W. Woolworth and Kinney Shoes

**Citibank, N.A.,** New York, NY                                                        1978 – 1981
*Account Officer, Commodities Lending Division*
- Successfully completed Citibank's Management Training Program in Accounting and Corporate Finance courses taught by NYU graduate school professors
- Analyzed financial statements, loan agreements, plus collateral documentation and daily market value
- Lead bank lending officer on $200 million+ of credit lines for customers in crude oil and precious metals trading and distribution, commodities import/export and imported consumer specialty foods



Centennial
Advisory Group

# Frank Carr Presentations, Publications and Press Quotes (2001 to Present)

**Bloomsburg University of Pennsylvania, Zeigler College of Business** (Prof. Victoria Geyfman), Presentation on Private Credit / Direct Lending, March 2019

**Leveraged Buyout of WTTV**, case study co-author with Professor Victoria Geyfman, Bloomsburg University of Pennsylvania, Zeigler College of Business and Matti Prima, paper presented at The Institute for Business and Finance Research, Global Conference on Business and Finance, May 2019

**Hedge Funds Need Elite Distribution Teams to Compete**, Fund Fire, a Financial Times Service, November 2014

**Compensation Rising for Institutional Asset Management Sales Pros,** Fund Fire, a Financial Times Service, April 2014

**The Ultimate Hedge Fund COO**, The MFA Reporter, May 2009

**Capital Introduction – Where Are We Now?** FINalternatives, July 2007

**The Ultimate Hedge Fund Salesperson**, The MFA Reporter, January 2006

**The Ultimate Hedge Fund CFO**, Reuters HedgeWorld.com, June 2003

**The Care and Feeding of Your Human Capital: How Much Should You Pay for Asset Gathering & Retention,** The MFA Reporter, March 2001

**Hedge Fund Hiring Trends**, Fund Fire, a Financial Times Service, April 2020, Carr quote

**DE Shaw Implements Non-Competes Amid Hedge Fund Talent War,** Fund Fire, a Financial Times Service, April 11, 2019, Carr quote

**Millennium, Citadel, Two Sigma Grow Ranks as Hiring Picks Up,** Fund Fire, a Financial Times Service, April 10, 2019, Carr quote

**Bridgewater's Public Succession Plan Ups Pressure on Peers,** Fund Fire, a Financial Times Service, March 10, 2017, Carr quote

**Managers to Increase Compliance Spend in 2015,** FundFire, September 29, 2014, Carr quote

**Fund Hiring Blitz Targets Sales, Alt Pros**, Ignites, August 13, 2014, Carr quote

**Institutional Marketers Understaffed, Unloved**, FundFire, November 20, 2013, Carr quote



Centennial
AdvisoryGroup

In the matter of Gigi Chan v. Wellington

Exhibit 2

Testimony Given by Frank Carr in the Four Years Preceding July 2021

Cases:

1. *Eckhardt v. American Family Mutual Insurance Company*, No. 18-cv-1213 (Dane County Circuit Court, Wisconsin) (deposition testimony).

2. *Pletcher v. Pletcher*, No. 18 D 00-64-05 (Superior Court, Orange Cty., Calif.) (deposition testimony).

3. *Mehra v. L Capital Asia Advisors*, Suit No. 242 of 2016 (High Court of Republic of Singapore) (court testimony).

4. *O'Brien v. Chirino*, No. L-86-19 (Superior Court, Union Cty., N.J.) (deposition testimony).

5. *Namoos v. Synenberg*, No. CV 17 881380 (Cuyahoga Cty., Ohio Ct. of Common Pleas) (deposition testimony).



Centennial
AdvisoryGroup

In the matter of Gigi Chan v. Wellington

Exhibit 3

1. Defendant's Responses to Plaintiff's Interrogatories
2. Plaintiff's Answers to Wellington's Interrogatories
3. CHAN 3112 April 2014 email W Comps
4. DEF 3746 January 2013 email China PM role
5. DEF 27411, 27412 (April 2014 email; Excel – Offer Template Chan)
6. DEF 4667 Memorandum – Formalization of Gigi Chan's Role on Emerging Markets Opportunities team 12 June 2015
7. DEF 29080 (Excel – Performance Summary)
8. DEF 29081 (Excel – Performance Summary)
9. DEF 22011 (Excel – Threadneedle Factsheet)
10. DEF 22015 (Excel – Threadneedle Factsheet)
11. CHAN 5881 (Email thread with Matthews offer)
12. DEF 31091 (Employment Application)
13. ECF Doc. 1-3 (Offer Letter)
14. CHAN 12-13 Employee Compensation Summary
15. CHAN 14-15 Year End Compensation Summary 30 November 2015
16. DEF 31125 (Housing)
17. DEF 31139 (Housing)
18. DEF 5991-92 December 2014 Pay Record
19. DEF 538 (Excel - Final Pay)
20. CHAN 33 Sep 2016 payslip
21. CHAN 26 Mar 2017 payslip
22. DEF 537 Sep 2017 payslip
23. DEF 6359 Sep 2017 payslip
24. DEF 17470 Termination Letter
25. Mattiko Deposition pp. 174-193
26. Swords Deposition pp. 86-94
27. CHAN 10 Year-end Compensation Summary 01 December 2014
28. DEF 28677-78 November 2015 Charles Argyle email

29. Interrogatory Answer 04 OEM Allocation History
30. DEF 5683 November 2015 incentives email
31. DEF 8153 November 2015 incentives email
32. DEF 22240 August 2017 incentives email
33. DEF 27159 October 2016 incentives email
34. DEF 27218 October 2016 incentives email
35. CHAN 106 GEPM Investment teams & assets as of 31 Dec 2013
36. DEF 18672 August 2017 incentives email
37. DEF 20136-40 Wellington Management Company, LLP AUM & ABR Managed by Investor Location  31 Oct 2017
38. CHAN 0007 (incentive compensation payment)
39. CHAN 0009-10 (incentive compensation payment)
40. DEF 1212 February 2016 Memorandum Fund Approval Committee
41. DEF 4879 February 2016 Memorandum Capital Commitments Committee
42. DEF 14828 January 2016 Product Panel Meeting Notes
43. CHAN 2400, 2401 (November 2016 email; Excel - Gigi C China Model)
44. CHAN 2421 China Growth holding summary 7-26-16
45. CHAN 2427-28 China Growth account daily change 7-26-16
46. CHAN 2765, 2766 (July 2016 email; Excel - Gigi C China Model)
47. DEF 00000001-3 China Growth account daily change appraisal 9-12-17
48. DEF 3496-3503 Account WMF China Growth (LU) – In Progress Status
49. DEF 00003848-49 (China Growth Account Daily Change 7-14-15)
50. DEF 3850-51 China Growth Account Daily Change 11-30-15
51. DEF 5866-5885 Investing in China / Wellington Management
52. DEF 6669, 66670 (April 2016 email; Excel - Gigi C China Model)
53. DEF 8902-07 Gigi C China Model (June-Dec 2015)
54. DEF 8908 Summary of Portfolio Characteristics (1-26-16)
55. DEF 9611 (Excel – China Growth 12-31-15)
56. DEF 9676-79 (May 2016 email – China Growth)
57. DEF 11569 Equity Manager Holding Summary Report 1-13-16
58. DEF 11571 Equity Manager Holding Summary Report 11-08-2016
59. DEF 12556 (Excel - China Growth July 2016)
60. DEF 15243 May 2017 email China Growth
61. DEF 16084-90 January 2016 New Product Working Group and Product Panel Review Sheet – China Growth Strategy
62. DEF 17371 (Excel – China Growth portfolio 12-31-15)
63. DEF 18567-68 Memorandum Capital Commitments Committee 25 February 2016
64. DEF 19490-96 (Wellington Management Company, LLP Manager Book of Business and Performance Summary 30 September 2016
65. DEF 22668 (Excel - China Growth Mar-May 2016)

66.   DEF 12556 (Excel – Gigi C China Model)
67.   DEF 22668 (Excel – Gigi C China Model May 2016)
68.   DEF 10499 (June 2016 email Sharon Chan)
69.   DEF 15243 May 2017 email Performance for 84C4
70.   CHAN 358-62 Memorandum Briefing Memo: ████████████████████ 10
        November 2016
71.   CHAN 2775 (Excel – Gigi Chan P. Asia Model 8 Nov 2016)
72.   CHAN 2411 Equity Manager Holding Summary Report P. Asia Mod. 7-25-16
73.   CHAN 2414-16 Account Daily Change Appraisal P. Asia Mod. 7-25-16
74.   CHAN 2420 Equity Manager Holding Summary Report P. Asia Mod. 7-26-16
75.   CHAN 2424-26 Account Change Daily Appraisal P. Asia Mod. 7-26-16
76.   CHAN 2703, 2704 (April 2015 email; Excel – China Portfolio, Pan Asia Portfolio)
77.   CHAN 2705, 2706 (April 2015 email; Excel – China Portfolio, Pan Asia Portfolio)
78.   CHAN 2713, 2714 (May 2015 email; Excel – China Portfolio, Pan Asia Portfolio)
79.   CHAN 2718, 2719 (May 2015 email; Excel – China Portfolio, Pan Asia Portfolio)
80.   CHAN 2772, 2773 (November 2016 email; Excel – Gigi Chan P-Asia Mod.)
81.   CHAN 2774, 2775 (November 2016 email; Excel – Gigi Chan P-Asia Mod 8 Nov.
        2016)
82.   CHAN 2777, 2778 (November 2016 email; Excel – Pan Asia)
83.   DEF 3938 Gigi Chan P-Asia Mod / MSCI All Country Asia
84.   DEF 6864, 6866 (August 2015 email; Excel - EME Approaches Aug. 7, 2015)
85.   DEF 6984 Products Under Development
86.   DEF 9215 Excel – Emerging Markets Equity Approaches
87.   DEF 12174-76 Account Change Daily Appraisal P-Asia Mod 8-23-17
88.   DEF 13569-74, 1380 November 2016 email, Asia Growth theme bubble
89.   DEF 23505-07 Account Change Daily Appraisal P-Asia Mod 6-25-17
90.   DEF 26348 June 2015 email Re: Descriptive names for your paper portfolios
91.   DEF 11806, 11810 (May 2016 email; Excel – Emerging Markets Equity)
92.   CHAN 6127, 6128 (May 2017 email; Excel – ████████ model portfolio)
93.   CHAN 6130, 6132 (May 2017 email; Excel – ████████ model portfolio)
94.   DEF 23311 (November 2016 email – ████████ )
95.   DEF 3911 Sept 2016 email – Potential Hong Kong Equity mandate from China
96.   DEF 4585 Sept 2016 email – Re: Potential Hong Kong Equity mandate from China
97.   DEF 9512 Sept 2016 email – Re: Potential Hong Kong Equity mandate from China
98.   DEF 14 January 2017 email – ████████
99.   DEF 26724 April 2017 email Product Panel Follow-up China Growth and India
        Opportunities
100. DEF 17346 Oct 2016 email – ████████
101. DEF 20840 Oct 2016 email – ████████
102. DEF 2397 May 2015 email ████████

103. DEF 3449 June 2017 email
104. DEF 4999 May 2017 email
105. DEF 7238 June 2017 email
106. DEF 19619 June 2017 email
107. DEF 14740 GEPM Offsite notes Asian Smaller co fund
108. DEF 9346 Memorandum 4 November 2015 Product Panel Meeting Notes
109. DEF 28862 Feb 2015 email SH-HK Connect
110. DEF 14740 Memorandum - GEPM Offsite Notes
111. DEF 18938 (Powerpoint - GEPM 2017 Managing Director Nominations)
112. DEF 27577 (Powerpoint – GEPM 2015 Managing Director Nominations)
113. DEF 27641 May 2014 email – Draft text for MPs
114. DEF 27931 (Excel - Global Equity Portfolio Management Accrual-Based Compensation Summary)
115. INT 03 GEPM Dual Analysts/Portfolio Managers 2014 – 2017
116. All documents identified in Appendix to report.
117. Any other documents identified in report.

**Exhibit 4. Gigi Chan - Consolidated Lost Earnings Projections - Model A Case and Model B Case Scenarios**

| Year | Age | Base Salary | Corp Bonus Loss Range | EMO Bonus | Housing Allowance | Pension Contribution | China Growth Bonus (A) | China Growth Bonus (B) | Pan Asia Bonus (A) | Pan Asia Bonus (B) | ███ Bonus | Gross Loss Model A | Gross Loss Model B | Replacement Comp | Net Loss Model A | Net Loss Model B | PV Loss Model A | PV Loss Model B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | 38 | $75,147 | $367,789 to $395,789 | $125,863 | $23,264 | $0 | $0 | $28,000 | $0 | $0 | $0 | $620,063 | $620,063 | $0 | $620,063 | $620,063 | $620,063 | $620,063 |
| 2018 | 39 | $251,613 | $328,517 to $428,267 | $102,949 | $77,419 | $29,935 | $0 | $84,000 | $0 | $15,750 | $17,500 | $907,684 | $907,684 | $0 | $907,684 | $907,684 | $907,684 | $907,684 |
| 2019 | 40 | $251,613 | $139,187 to $368,437 | $82,081 | $77,419 | $29,935 | $28,000 | $217,000 | $0 | $40,250 | $98,210 | $935,696 | $935,696 | $0 | $935,696 | $935,696 | $935,696 | $935,696 |
| 2020 | 41 | $251,613 | $0 to $330,282 | $103,938 | $77,419 | $29,935 | $84,000 | $427,000 | $0 | $61,250 | $87,500 | $964,688 | $1,038,656 | $0 | $964,688 | $1,038,656 | $964,688 | $1,038,656 |
| 2021 | 42 | $251,613 | $0 to $191,460 | $89,017 | $77,419 | $29,935 | $217,000 | $742,000 | $15,750 | $82,250 | $122,500 | $994,695 | $1,394,735 | $0 | $994,695 | $1,394,735 | $994,695 | $1,394,735 |
| | | | Back Pay Calculations | | | | | | | | | | | Total Back Pay Loss | | | $4,422,826 | $4,896,834 |
| | | | Front Pay Calculations | | | | | | | | | | | | | | | |
| 2022 | 43 | $251,613 | $0 | $89,017 | $77,419 | $29,935 | $427,000 | $1,162,000 | $40,250 | $197,750 | $157,500 | $1,072,735 | $1,965,235 | $289,823 | $782,912 | $1,675,412 | $772,865 | $1,653,911 |
| 2023 | 44 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $742,000 | $1,372,000 | $71,750 | $407,750 | $902,055 | $2,119,281 | $3,085,281 | $299,967 | $1,819,314 | $2,785,314 | $1,772,973 | $2,714,284 |
| 2024 | 45 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,162,000 | $1,372,000 | $197,750 | $722,750 | $236,250 | $1,999,476 | $2,734,476 | $310,466 | $1,689,010 | $2,424,010 | $1,624,815 | $2,331,880 |
| 2025 | 46 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,372,000 | $1,372,000 | $407,750 | $1,142,750 | $678,600 | $2,861,826 | $3,596,826 | $321,332 | $2,540,494 | $3,275,494 | $2,412,573 | $3,110,563 |
| 2026 | 47 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,372,000 | $1,372,000 | $722,750 | $1,352,750 | $296,429 | $2,794,655 | $3,424,655 | $332,579 | $2,462,076 | $3,092,076 | $2,308,098 | $2,898,699 |
| 2027 | 48 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,372,000 | $1,442,000 | $1,142,750 | $1,352,750 | $299,248 | $3,217,474 | $3,497,474 | $537,280 | $2,680,194 | $2,960,194 | $2,480,331 | $2,739,451 |
| 2028 | 49 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,372,000 | $1,521,000 | $1,352,750 | $1,352,750 | $311,641 | $3,439,867 | $3,588,867 | $556,085 | $2,883,782 | $3,032,782 | $2,634,489 | $2,770,608 |
| 2029 | 50 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,442,000 | $1,512,000 | $1,352,750 | $1,352,750 | $1,674,306 | $4,872,532 | $4,942,532 | $575,548 | $4,296,984 | $4,366,984 | $3,875,142 | $3,938,275 |
| 2030 | 51 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,512,000 | $1,512,000 | $1,352,750 | $1,422,750 | $373,841 | $3,642,067 | $3,712,067 | $595,692 | $3,046,375 | $3,116,375 | $2,712,054 | $2,774,372 |
| 2031 | 52 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,512,000 | $1,512,000 | $1,352,750 | $1,492,750 | $900,994 | $4,169,220 | $4,309,220 | $616,541 | $3,552,679 | $3,692,679 | $3,122,206 | $3,245,242 |
| 2032 | 53 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,512,000 | $1,582,000 | $1,422,750 | $1,492,750 | $393,440 | $3,731,666 | $3,871,666 | $2,032,481 | $1,699,185 | $1,839,185 | $1,474,134 | $1,595,591 |
| 2033 | 54 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,512,000 | $1,652,000 | $1,492,750 | $1,492,750 | $397,181 | $3,805,407 | $3,945,407 | $2,103,618 | $1,701,789 | $1,841,789 | $1,457,446 | $1,577,345 |
| 2034 | 55 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,582,000 | $1,652,000 | $1,492,750 | $1,492,750 | $413,629 | $3,891,855 | $3,961,855 | $2,177,244 | $1,714,611 | $1,784,611 | $1,449,582 | $1,508,762 |
| 2035 | 56 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,652,000 | $1,652,000 | $1,492,750 | $1,562,750 | $2,222,241 | $5,770,467 | $5,840,467 | $2,253,448 | $3,517,019 | $3,587,019 | $2,935,233 | $2,993,603 |
| 2036 | 57 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,652,000 | $1,652,000 | $1,492,750 | $1,632,750 | $496,184 | $4,044,410 | $4,184,410 | $2,332,319 | $1,712,091 | $1,852,091 | $1,410,539 | $1,525,881 |
| 2037 | 58 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,652,000 | $1,722,000 | $1,562,750 | $1,632,750 | $1,195,854 | $4,814,080 | $4,954,080 | $2,413,950 | $2,400,130 | $2,540,130 | $1,952,017 | $2,065,879 |
| 2038 | 59 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,652,000 | $1,792,000 | $1,632,750 | $1,632,750 | $522,197 | $4,210,423 | $4,350,423 | $2,498,438 | $1,711,985 | $1,851,985 | $1,374,483 | $1,486,884 |
| 2039 | 60 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,722,000 | $1,792,000 | $1,632,750 | $1,632,750 | $527,163 | $4,285,389 | $4,355,389 | $2,585,883 | $1,699,506 | $1,769,506 | $1,346,954 | $1,402,433 |
| | | | | | | | | Earnings Loss | Age 60 | | | | | | | | $37,115,885 | $42,333,713 |
| 2040 | 61 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,792,000 | $1,792,000 | $1,632,750 | $1,702,750 | $555,942 | $4,384,168 | $4,454,168 | $2,676,389 | $1,707,779 | $1,777,779 | $1,336,141 | $1,390,908 |
| 2041 | 62 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,792,000 | $1,792,000 | $1,632,750 | $1,772,750 | $3,227,562 | $7,055,788 | $7,195,788 | $2,770,063 | $4,285,725 | $4,425,725 | $3,310,057 | $3,418,185 |
| 2042 | 63 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,792,000 | $1,862,000 | $1,702,750 | $1,772,750 | $658,534 | $4,556,760 | $4,696,760 | $2,867,015 | $1,689,745 | $1,829,745 | $1,288,317 | $1,395,058 |
| 2043 | 64 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,792,000 | $1,932,000 | $1,772,750 | $1,772,750 | $1,543,330 | $5,511,556 | $5,651,556 | $2,967,361 | $2,544,195 | $2,684,195 | $1,914,885 | $2,020,256 |
| 2044 | 65 | $251,613 | $0 | $44,509 | $77,419 | $29,935 | $1,862,000 | $1,932,000 | $1,772,750 | $1,772,750 | $693,058 | $4,731,284 | $4,801,284 | $3,071,218 | $1,660,066 | $1,730,066 | $1,233,412 | $1,285,421 |
| | | | | | | | Cumulative | Earnings Loss | Age 65 | | | | Cumulative PV Front Pay Loss | | | | $46,198,697 | $51,843,541 |

Present Value = Risk free rate of 1.30% - U.S. Treasury 10 year note as of 7.21.2021 - https://www.treasury.gov/resource-center

Exhibit 5. Gigi Chan Projected Compensation - China Growth Fund - Model A Case and Model B Case Scenarios

| Year End | Age | Model A Assets US$ | Model B Assets US$ | Model A Mgmt Fee* | Model B Mgmt Fee* | Model A Incentive Pool | Model B Incentive Pool | Model A PM Bonus | Model B PM Bonus |
|---|---|---|---|---|---|---|---|---|---|
| 2015 | 36 | - | Model portfolio | went live on | June 1, 2015 | | | | |
| 2016 | 37 | $1,000,000 | $1,000,000 | $0 | $0 | $0 | $0 | $0 | $0 |
| 2017 | 38 | $1,000,000 | $100,000,000 | $0 | $400,000 | $0 | $40,000 | $0 | $28,000 |
| 2018 | 39 | $1,000,000 | $200,000,000 | $0 | $1,200,000 | $0 | $120,000 | $0 | $84,000 |
| 2019 | 40 | $100,000,000 | $500,000,000 | $400,000 | $3,100,000 | $40,000 | $310,000 | $28,000 | $217,000 |
| 2020 | 41 | $200,000,000 | $800,000,000 | $1,200,000 | $6,100,000 | $120,000 | $610,000 | $84,000 | $427,000 |
| 2021 | 42 | $500,000,000 | $1,400,000,000 | $3,100,000 | $10,600,000 | $310,000 | $1,060,000 | $217,000 | $742,000 |
| 2022 | 43 | $800,000,000 | $2,000,000,000 | $6,100,000 | $16,600,000 | $610,000 | $1,660,000 | $427,000 | $1,162,000 |
| 2023 | 44 | $1,400,000,000 | $2,000,000,000 | $10,600,000 | $19,600,000 | $1,060,000 | $1,960,000 | $742,000 | $1,372,000 |
| 2024 | 45 | $2,000,000,000 | $2,000,000,000 | $16,600,000 | $19,600,000 | $1,660,000 | $1,960,000 | $1,162,000 | $1,372,000 |
| 2025 | 46 | $2,000,000,000 | $2,000,000,000 | $19,600,000 | $19,600,000 | $1,960,000 | $1,960,000 | $1,372,000 | $1,372,000 |
| 2026 | 47 | $2,000,000,000 | $2,000,000,000 | $19,600,000 | $19,600,000 | $1,960,000 | $1,960,000 | $1,372,000 | $1,372,000 |
| 2027 | 48 | $2,000,000,000 | $2,200,000,000 | $19,600,000 | $20,600,000 | $1,960,000 | $2,060,000 | $1,372,000 | $1,442,000 |
| 2028 | 49 | $2,000,000,000 | $2,200,000,000 | $19,600,000 | $21,600,000 | $1,960,000 | $2,160,000 | $1,372,000 | $1,512,000 |
| 2029 | 50 | $2,200,000,000 | $2,200,000,000 | $20,600,000 | $21,600,000 | $2,060,000 | $2,160,000 | $1,442,000 | $1,512,000 |
| 2030 | 51 | $2,200,000,000 | $2,200,000,000 | $21,600,000 | $21,600,000 | $2,160,000 | $2,160,000 | $1,512,000 | $1,512,000 |
| 2031 | 52 | $2,200,000,000 | $2,200,000,000 | $21,600,000 | $21,600,000 | $2,160,000 | $2,160,000 | $1,512,000 | $1,512,000 |
| 2032 | 53 | $2,200,000,000 | $2,400,000,000 | $21,600,000 | $22,600,000 | $2,160,000 | $2,260,000 | $1,512,000 | $1,582,000 |
| 2033 | 54 | $2,200,000,000 | $2,400,000,000 | $21,600,000 | $23,600,000 | $2,160,000 | $2,360,000 | $1,512,000 | $1,652,000 |
| 2034 | 55 | $2,400,000,000 | $2,400,000,000 | $22,600,000 | $23,600,000 | $2,260,000 | $2,360,000 | $1,582,000 | $1,652,000 |
| 2035 | 56 | $2,400,000,000 | $2,400,000,000 | $23,600,000 | $23,600,000 | $2,360,000 | $2,360,000 | $1,652,000 | $1,652,000 |
| 2036 | 57 | $2,400,000,000 | $2,400,000,000 | $23,600,000 | $23,600,000 | $2,360,000 | $2,360,000 | $1,652,000 | $1,652,000 |
| 2037 | 58 | $2,400,000,000 | $2,600,000,000 | $23,600,000 | $24,600,000 | $2,360,000 | $2,460,000 | $1,652,000 | $1,722,000 |
| 2038 | 59 | $2,400,000,000 | $2,600,000,000 | $23,600,000 | $25,600,000 | $2,360,000 | $2,560,000 | $1,652,000 | $1,792,000 |
| 2039 | 60 | $2,600,000,000 | $2,600,000,000 | $24,600,000 | $25,600,000 | $2,460,000 | $2,560,000 | $1,722,000 | $1,792,000 |
| | | | | Cumulative | Incentive Bonus | Age 60 | | $25,550,000 | $29,134,000 |
| | | | | | | | | | |
| 2040 | 61 | $2,600,000,000 | $2,600,000,000 | $25,600,000 | $25,600,000 | $2,560,000 | $2,560,000 | $1,792,000 | $1,792,000 |
| 2041 | 62 | $2,600,000,000 | $2,600,000,000 | $25,600,000 | $25,600,000 | $2,560,000 | $2,560,000 | $1,792,000 | $1,792,000 |
| 2042 | 63 | $2,600,000,000 | $2,800,000,000 | $25,600,000 | $26,600,000 | $2,560,000 | $2,660,000 | $1,792,000 | $1,862,000 |
| 2043 | 64 | $2,600,000,000 | $2,800,000,000 | $25,600,000 | $27,600,000 | $2,560,000 | $2,760,000 | $1,792,000 | $1,932,000 |
| 2044 | 65 | $2,800,000,000 | $2,800,000,000 | $26,600,000 | $27,600,000 | $2,660,000 | $2,760,000 | $1,862,000 | $1,932,000 |
| | | | | Cumulative | Incentive Bonus | Age 65 | | $34,580,000 | $38,444,000 |

* Management fee = 0.8% for first $200 million, 1.0% thereafter; (See DEF 4879)

Team Incentive Pool at 10.0% of management fee revenue

PM incentive bonus at 70% of incentive pool

**Exhibit 6. Gigi Chan Projected Compensation - Pan Asia Growth Fund - Model A and Model B Case Scenarios**

| Year End 30-Jun | Age | Model A Assets US$ | Model B Assets US$ | Model A Mgmt Fee | Model B Mgmt Fee | Model A Incentive Pool | Model B Incentive Pool | Model A Incentive Bonus | Model B Incentive Bonus |
|---|---|---|---|---|---|---|---|---|---|
| 2015 | 36 | | | *Model portfolio* | *started Mid 2015* | | | | |
| 2016 | 37 | | | | | | | | |
| 2017 | 38 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 2018 | 39 | $1,000,000 | $50,000,000 | $0 | $225,000 | $0 | $22,500 | $0 | $15,750 |
| 2019 | 40 | $1,000,000 | $100,000,000 | $0 | $575,000 | $0 | $57,500 | $0 | $40,250 |
| 2020 | 41 | $1,000,000 | $150,000,000 | $0 | $875,000 | $0 | $87,500 | $0 | $61,250 |
| 2021 | 42 | $50,000,000 | $200,000,000 | $225,000 | $1,175,000 | $22,500 | $117,500 | $15,750 | $82,250 |
| 2022 | 43 | $100,000,000 | $500,000,000 | $575,000 | $2,825,000 | $57,500 | $282,500 | $40,250 | $197,750 |
| 2023 | 44 | $200,000,000 | $800,000,000 | $1,025,000 | $5,825,000 | $102,500 | $582,500 | $71,750 | $407,750 |
| 2024 | 45 | $500,000,000 | $1,400,000,000 | $2,825,000 | $10,325,000 | $282,500 | $1,032,500 | $197,750 | $722,750 |
| 2025 | 46 | $800,000,000 | $2,000,000,000 | $5,825,000 | $16,325,000 | $582,500 | $1,632,500 | $407,750 | $1,142,750 |
| 2026 | 47 | $1,400,000,000 | $2,000,000,000 | $10,325,000 | $19,325,000 | $1,032,500 | $1,932,500 | $722,750 | $1,352,750 |
| 2027 | 48 | $2,000,000,000 | $2,000,000,000 | $16,325,000 | $19,325,000 | $1,632,500 | $1,932,500 | $1,142,750 | $1,352,750 |
| 2028 | 49 | $2,000,000,000 | $2,000,000,000 | $19,325,000 | $19,325,000 | $1,932,500 | $1,932,500 | $1,352,750 | $1,352,750 |
| 2029 | 50 | $2,000,000,000 | $2,000,000,000 | $19,325,000 | $19,325,000 | $1,932,500 | $1,932,500 | $1,352,750 | $1,352,750 |
| 2030 | 51 | $2,000,000,000 | $2,200,000,000 | $19,325,000 | $20,325,000 | $1,932,500 | $2,032,500 | $1,352,750 | $1,422,750 |
| 2031 | 52 | $2,000,000,000 | $2,200,000,000 | $19,325,000 | $21,325,000 | $1,932,500 | $2,132,500 | $1,352,750 | $1,492,750 |
| 2032 | 53 | $2,200,000,000 | $2,200,000,000 | $20,325,000 | $21,325,000 | $2,032,500 | $2,132,500 | $1,422,750 | $1,492,750 |
| 2033 | 54 | $2,200,000,000 | $2,200,000,000 | $21,325,000 | $21,325,000 | $2,132,500 | $2,132,500 | $1,492,750 | $1,492,750 |
| 2034 | 55 | $2,200,000,000 | $2,200,000,000 | $21,325,000 | $21,325,000 | $2,132,500 | $2,132,500 | $1,492,750 | $1,492,750 |
| 2035 | 56 | $2,200,000,000 | $2,400,000,000 | $21,325,000 | $22,325,000 | $2,132,500 | $2,232,500 | $1,492,750 | $1,562,750 |
| 2036 | 57 | $2,200,000,000 | $2,400,000,000 | $21,325,000 | $23,325,000 | $2,132,500 | $2,332,500 | $1,492,750 | $1,632,750 |
| 2037 | 58 | $2,400,000,000 | $2,400,000,000 | $22,325,000 | $23,325,000 | $2,232,500 | $2,332,500 | $1,562,750 | $1,632,750 |
| 2038 | 59 | $2,400,000,000 | $2,400,000,000 | $23,325,000 | $23,325,000 | $2,332,500 | $2,332,500 | $1,632,750 | $1,632,750 |
| 2039 | 60 | $2,400,000,000 | $2,400,000,000 | $23,325,000 | $23,325,000 | $2,332,500 | $2,332,500 | $1,632,750 | $1,632,750 |
| | | | | | | **Cumulative Incentive Bonus at Age 60** | | **$20,231,750** | **$23,569,000** |
| | | | | | | | | | |
| 2040 | 61 | $2,400,000,000 | $2,600,000,000 | $23,325,000 | $25,325,000 | $2,332,500 | $2,532,500 | $1,632,750 | $1,772,750 |
| 2041 | 62 | $2,400,000,000 | $2,600,000,000 | $23,325,000 | $25,325,000 | $2,332,500 | $2,532,500 | $1,632,750 | $1,772,750 |
| 2042 | 63 | $2,600,000,000 | $2,600,000,000 | $24,325,000 | $25,325,000 | $2,432,500 | $2,532,500 | $1,702,750 | $1,772,750 |
| 2043 | 64 | $2,600,000,000 | $2,600,000,000 | $25,325,000 | $25,325,000 | $2,532,500 | $2,532,500 | $1,772,750 | $1,772,750 |
| 2044 | 65 | $2,600,000,000 | $2,600,000,000 | $25,325,000 | $25,325,000 | $2,532,500 | $2,532,500 | $1,772,750 | $1,772,750 |
| | | | | | | **Cumulative Incentive Bonus at Age 65** | | **$28,745,500** | **$32,432,750** |

Mgmt Fee = First $25 M - 0.90%; Next $50 M - 0.70%; $75 M to $200 M - 0.60%; over $200 M - 1.0% - (See CHAN358-62)

Incentive pool at 10.0% of management fee revenue

PM incentive bonus at 70% of incentive pool

**Exhibit 7. Gigi Chan Projected Compensation -** ▮▮▮▮▮

| Year End | Age | Projected Assets | Mgmt Fee | Projected Performance | Profit Over Hurdle | Bonus Pool | PM Bonus |
|---|---|---|---|---|---|---|---|
| 2015 | 36 | | | | | | |
| 2016 | 37 | | | | | | |
| 2017 | 38 | | | | | | |
| 2018 | 39 | $100,000,000 | $250,000 | -12.17% | $0 | $25,000 | $17,500 |
| 2019 | 40 | $200,000,000 | $750,000 | 15.52% | $6,530,000 | $140,300 | $98,210 |
| 2020 | 41 | $300,000,000 | $1,250,000 | -3.26% | $0 | $125,000 | $87,500 |
| 2021 | 42 | $400,000,000 | $1,750,000 | 6.32% | $0 | $175,000 | $122,500 |
| 2022 | 43 | $500,000,000 | $2,250,000 | 3.05% | $0 | $225,000 | $157,500 |
| 2023 | 44 | $600,000,000 | $2,750,000 | 26.93% | $101,365,000 | $1,288,650 | $902,055 |
| 2024 | 45 | $750,000,000 | $3,375,000 | -12.17% | $0 | $337,500 | $236,250 |
| 2025 | 46 | $863,025,000 | $4,032,563 | 15.52% | $56,617,178 | $969,428 | $678,600 |
| 2026 | 47 | $830,857,823 | $4,234,707 | -3.26% | $0 | $423,471 | $296,429 |
| 2027 | 48 | $879,133,330 | $4,274,978 | 6.32% | $0 | $427,498 | $299,248 |
| 2028 | 49 | $901,671,919 | $4,452,013 | 3.05% | $0 | $445,201 | $311,641 |
| 2029 | 50 | $1,140,040,153 | $5,104,280 | 26.93% | $188,143,767 | $2,391,866 | $1,674,306 |
| 2030 | 51 | $996,192,986 | $5,340,583 | -12.17% | $0 | $534,058 | $373,841 |
| 2031 | 52 | $1,145,461,555 | $5,354,136 | 15.52% | $75,172,074 | $1,287,134 | $900,994 |
| 2032 | 53 | $1,102,765,372 | $5,620,567 | -3.26% | $0 | $562,057 | $393,440 |
| 2033 | 54 | $1,166,839,576 | $5,674,012 | 6.32% | $0 | $567,401 | $397,181 |
| 2034 | 55 | $1,196,754,171 | $5,908,984 | 3.05% | $0 | $590,898 | $413,629 |
| 2035 | 56 | $1,513,131,084 | $6,774,713 | 26.93% | $249,715,926 | $3,174,631 | $2,222,241 |
| 2036 | 57 | $1,322,208,318 | $7,088,349 | -12.17% | $0 | $708,835 | $496,184 |
| 2037 | 58 | $1,520,326,701 | $7,106,338 | 15.52% | $99,772,979 | $1,708,364 | $1,195,854 |
| 2038 | 59 | $1,463,657,713 | $7,459,961 | -3.26% | $0 | $745,996 | $522,197 |
| 2039 | 60 | $1,548,700,919 | $7,530,897 | 6.32% | $0 | $753,090 | $527,163 |
| | | | | | | | **$12,324,464** |
| | | | | | | | |
| 2040 | 61 | $1,588,405,401 | $7,942,027 | 3.05% | $0 | $794,203 | $555,942 |
| 2041 | 62 | $2,008,220,948 | $8,991,566 | 26.93% | $371,164,660 | $4,610,803 | $3,227,562 |
| 2042 | 63 | $1,754,828,893 | $9,407,625 | -12.17% | $0 | $940,762 | $658,534 |
| 2043 | 64 | $2,017,770,712 | $9,431,499 | 15.52% | $126,160,723 | $2,204,757 | $1,543,330 |
| 2044 | 65 | $1,942,559,888 | $9,900,827 | -3.26% | $0 | $990,083 | $693,058 |
| | | | | | | | |
| | **Totals** | | | | | | **$19,002,890** |

HSCEI Total Return index plus 200 bp Chan outperformance - add 200 bp of underperformance in down years

Incentive Fee = 10% of annual profits above an 8% hurdle rate; no high water mark factor for losing years

Once assets reach $750 million, subsequent asset increases based only on prior year performance - no new outside capital

PM Bonus equals 70% PM share of 10.0% team share of: mgmt fee plus profit fee

# EXHIBIT 8

**Table 3. Gigi Chan Replacement Compensation Market Data**

**All-Asia Buy-Side Compensation - Institutional Investor 2018**

**Mutual Funds**

| Asset Level | Portfolio Manager | | Total Comp | PM/ Research Analyst | | Total Comp | Research Analyst | | Total Comp |
|---|---|---|---|---|---|---|---|---|---|
| | Base | Variable | | Base | Variable | | Base | Variable | |
| $1 Billion to $2.49 Billion | $107,087 | $75,093 | $182,180 | $139,010 | $193,660 | $332,670 | $76,603 | $53,848 | $130,451 |
| $2.5 Billion to $4.99 Billion | $187,847 | $252,122 | $439,969 | $138,053 | $199,781 | $337,834 | $123,386 | $138,773 | $262,159 |
| $5 Billion to $9.99 Billion | $102,035 | $127,830 | $229,865 | $114,497 | $58,864 | $173,361 | $79,530 | $44,314 | $123,844 |
| $10 Billion or Greater | $1,329,384 | $2,541,692 | $3,871,076 | $77,362 | $109,380 | $186,742 | $96,711 | $52,172 | $148,883 |
| | | | | | | | | | |
| **All-America Buy-Side Compensation - Institutional Investor 2018** | | | | | | | | | |
| **Mutual Funds** | | | | | | | | | |
| Less Than $10 Billion | | | | $198,750 | $242,500 | $441,250 | $112,802 | $116,688 | $229,490 |
| $10 Billion to $29.9 Billion | $229,574 | $1,356,329 | $1,585,903 | $155,898 | $208,774 | $364,672 | $164,609 | $160,517 | $325,126 |
| $30 billion to $74.9 Billion | $255,000 | $855,000 | $1,110,000 | $237,763 | $300,084 | $537,847 | $164,882 | $251,088 | $415,970 |
| $75 Billion or greater | $262,083 | $1,108,333 | $1,370,416 | $271,250 | $508,125 | $779,375 | $192,359 | $262,949 | $455,308 |
| | | | | | | | | | |
| **Average Total Comp** | | | **$1,255,630** | | | **$394,219** | | | **$261,404** |

| Phase I Average | $261,404 |
|---|---|

| Phase II Average | $394,219 |
|---|---|

| Phase III Average | $1,255,630 |
|---|---|

**Table 4. Gigi Chan Projected Replacement Compensation**

| Year End | Age | Analyst / PM Compenation | Present Value |
|---|---|---|---|
| 2018 | 39 | $0 | |
| 2019 | 40 | $0 | |
| 2020 | 41 | $0 | |
| | | **Phase I** | |
| 2021 | 42 | $0 | |
| 2022* | 43 | $289,823 | $286,104 |
| 2023 | 44 | $299,967 | $292,317 |
| 2024 | 45 | $310,466 | $298,666 |
| 2025 | 46 | $321,332 | $305,152 |
| 2026 | 47 | $332,579 | $311,779 |
| | | **Phase II** | |
| 2027** | 48 | $537,280 | $497,215 |
| 2028 | 49 | $556,085 | $508,013 |
| 2029 | 50 | $575,548 | $519,046 |
| 2030 | 51 | $595,692 | $530,318 |
| 2031 | 52 | $616,541 | $541,836 |
| | | **Phase III** | |
| 2032*** | 53 | $2,032,481 | $1,763,285 |
| 2033 | 54 | $2,103,618 | $1,801,580 |
| 2034 | 55 | $2,177,244 | $1,840,706 |
| 2035 | 56 | $2,253,448 | $1,880,682 |
| 2036 | 57 | $2,332,319 | $1,921,526 |
| 2037 | 58 | $2,413,950 | $1,963,257 |
| 2038 | 59 | $2,498,438 | $2,005,894 |
| 2039 | 60 | $2,585,883 | $2,049,458 |
| **Cumulative Comp** | **Age 60** | **$22,832,693** | **$19,316,832** |
| | | | |
| 2040 | 61 | $2,676,389 | $2,093,967 |
| 2041 | 62 | $2,770,063 | $2,139,443 |
| 2042 | 63 | $2,867,015 | $2,185,907 |
| 2043 | 64 | $2,967,361 | $2,233,380 |
| 2044 | 65 | $3,071,218 | $2,281,883 |
| **Cumulative Comp** | **Age 65** | **$48,119,319** | **$30,251,412** |

*Equals 2018 figure of $285,635 increased at 3.5% per year

**Equals 2018 figure of $349,291 increased at 3.5% per year to 2027

**Equals 2018 figure of $1,255,630 increased at 3.5% per year to 2032

Source: U.S. BLS Employment Cost Index Summary as of June 2021

# APPENDIX A

*Journal of Forensic Economics* 22(2), 2011, pp.165-229
© 2011 by the National Association of Forensic Economics

# The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors

Gary R. Skoog, James E. Ciecka and Kurt V. Krueger[*]

## Abstract

This paper updates the Skoog-Ciecka (2001) worklife tables, which used 1997-1998 data, and the Krueger (2005) worklife tables, which used 1998-2004 data. The present paper uses data generated by the methodology Krueger devised in his 2003 PhD dissertation. We have pooled the data beginning January 2005 and continuing through December 2009, a period of five years, using observations matched a year apart. Thus, we have roughly four times the data in the first of the previous studies, and about that of the second. We chose this period for a variety of reasons, including recency, business cycle and trend considerations. The result is the most current and disaggregated set of worklife tables, along with extended probability calculations and statistical measures available to forensic economists.

## I. Introduction

Worklife expectancy within the Markov model remains the current paradigm employed by forensic economists to calculate time in and out of the labor force resulting from mortality and transitions into and out of activity. Its use is commonly dated to Smith (1982) and the Bureau of Labor Statistics *Bulletin 2135*, which announced the change from the conventional model; but the model goes back much earlier. Two living states, active and inactive, are employed and continue to be used in the worklife tables that are in most common use.

This paper updates the Skoog-Ciecka (2001a and 2001b) worklife tables, which used 1997-1998 data, and the Krueger (2004) worklife tables, which used 1998–2004 data. The present paper estimates probability mass functions introduced by Skoog and Ciecka (2001a and 2002) with data generated by the methodology in Krueger (2003). We have pooled the data beginning January 2005 and continuing through December 2009, a period of five years, using observations matched one year apart. Thus, we have roughly four times the data

[*]Gary R. Skoog, Department of Economics, DePaul University, Chicago, and Legal Econometrics, Inc., Glenview, IL; James E. Ciecka, Department of Economics, DePaul University, Chicago; Kurt V. Krueger, Senior Economist, John Ward Economics, Prairie Village, KS. Supplemental data material is available at www.JournalofForensicEconomics.com.

Authors wish to thank Edward Foster for several astute observations that improved this paper. Three referees provided valuable comments that enhanced readability and content. We also are grateful to NAFE session participants at the ASSA meeting in 2011 for their comments. We thank Nancy Eldredge for her excellent work as Production Editor for our paper.

in the first of the previous studies, and about that of the second. We chose this period for a variety of reasons, including recency, business cycle, and trend considerations. The result is the most current and disaggregated set of worklife tables, along with extended probability calculations and statistical measures, available to forensic economists.

The paper is organized as follows. Section II contains a discussion of period and cohort tables, business cycles, and trends. Section III explains notation and recursions used to calculate worklife expectancies and other distributional characteristics of time in the labor force. Our data set and its properties are discussed in Section IV. Section V is the heart of the paper. It contains worklife expectancy tables and many other characteristics of time in the labor force by gender, age, and education. Section VI is a brief conclusion. The paper ends with an appendix analyzing pooled labor force activity data when trends may be present in the data. We prove the theorem: ignoring trend in data pooled across several years results in unbiased estimates of what would be trend-corrected transition probabilities at the mid-point of a sample.

## II. Methodology and Commentary on Markov Worklife Expectancy Issues

We adopt the Markov model[1] applied to Current Population Survey (CPS) data[2] as our methodological vehicle. The building blocks of the Markov model are survival probabilities, taken from the latest U.S. Life Table, and transition probabilities, depicting the probability of ending up in the active state ($A$), conditional on having been in the active or inactive state ($I$) in the previous year.[3] These probabilities are denoted by ${}^A p_x^A$ and ${}^I p_x^A$, respectively, for a person age $x$ in a particular sex-education group. Letting $pp_x$ denote the age $x$ labor force participation rate, these quantities are connected by the Balance Equation:

$$pp_{x+1} = pp_x \, {}^A p_x^A + (1 - pp_x) \, {}^I p_x^A \,.$$

Thus, given a starting participation at an age at which a group enters the labor force, the pair of transition probabilities at this and all later ages determines that group's participation rates. The reverse is not true—roughly transition rates provide twice the information that participation rates do. Nevertheless, over time, participation rates rise when either rates of entry into activity from activity (${}^A p_x^A$) or from inactivity (${}^I p_x^A$) rise, and fall in the opposite circumstances. Participation rates have received more attention than transition rates in the general economics literature and in the popular press, especially when changes in behavior are alleged to have occurred.

---

[1]The papers in the references by Smith (1982 and 1986), Ciecka, Donley, and Goldman (2000), Skoog and Ciecka (2001a, 2001b, and 2002), Millimet, Nieswiadomy, Ryu, and Slottje (2003), and Krueger (2004) all use this model.

[2]The monthly CPS data is discussed in Ciecka, Donley, and Goldman (2000) and Krueger (2004). We follow Krueger's methodology and matching algorithms, working with the outgoing rotation samples.

[3]We use capital letters $A$ and $I$ when we condition on survival. Later, we use lower case $a$ and $i$ when transition probabilities are adjusted downward to allow for mortality probability.



(Source: Bell and Miller, 2005)

Figure 1. Life Expectancy at Age Zero by Gender and Calendar Year

*The Period Assumption: No Extrapolation of Trends in Mortality or Transition Probabilities (or Labor Force Participation)*

*Bulletin 2254*, the last Bureau of Labor Statistics (BLS) worklife expectancy table, began with the words "It is estimated that if mortality conditions and labor force entry and exit rates held constant at levels observed in 1979 to 1980 ...." (p. 1)
This statement makes it clear that the BLS worklife methodology did not attempt to estimate trends in either mortality or in transition probabilities. We call this the *period assumption*, or equivalently, the constancy benchmark. We make the same assumptions about the constancy of mortality and transition probabilities in this paper.

Regarding mortality, the analogous actuarial construct is that of a *period* life table. We use the most recent such table, the U.S. life table, here the 2006 table, released June 28, 2010.[4] Although we do not use them in this paper, we note that from time to time the Social Security Administration publishes *cohort* life tables; the most recent are found in Study No. 120 with mortality projected to 2100 (Bell and Miller, 2005). A graphical depiction of the projection of these trends on life expectancy at birth is produced in Figure 1.[5] Past

---

[4]This table can be found at http://www.cdc.gov/nchs/data/nvsr/nvsr58/nvsr58_21.pdf.
[5]Cohort tables typically reflect mortality probabilities from a series of period tables for past years and projections of future mortality. For example, for a newborn in 1980, the mortality probability in a cohort table at age 10 may be the mortality probability for a 10-year-old person taken from a period table for 1990 when the newborn from 1980 would be 10 years old. There will be no period

mortality improvements cited in Study 120 include those due to improved medical care, sanitation, diet, vehicle safety, and the general standard of living. Study 120 anticipates future trends in mortality that will be influenced by factors (not necessarily all life enhancing) such as new diagnostic, surgical, and life sustaining techniques; misuse of drugs and prevalence of smoking; environmental pollutants and new diseases; health education and people assuming personal responsibility for their health; violence; and society's willingness to pay for health care. Finally, Study No. 120 notes various periods over the twentieth century when mortality changed at different rates for different subpopulations, and observes that the relatively larger mortality improvements have been for those under 65. The study projects that mortality reductions for the aged will be relatively greater than in the past, based on cause of death data for heart disease, cancer, vascular disease, violence, respiratory disease, diabetes mellitus, and other causes.

Similarly, the BLS, macroeconomists, labor economists, demographers, and others project future labor force participation. Every two years, the BLS issues labor force projections, the most recent of which are from November 2009 and contain projections of participation rates to 2018. Nevertheless, the BLS chose *not* to incorporate labor force projections into its worklife expectancy methodology. The BLS chose not to attempt to project changes in future transition probabilities or (per the Balance Equation) labor force participation rates. We agree with that decision, and we discuss our reasons in the next several paragraphs.

Two general sources of changes over time might be considered—movement during business cycles and the effects of long-term trends. To be useful, worklife tables need to apply throughout the business cycle, especially since cycles are dated well after the fact, and projecting when any current cycle might end should be left to business economists. One objection to forecasting trends is that, in the simpler demographic life tables as discussed above, cohort tables where this has been done have *not* met market tests, i.e., they have not been generally used or become generally accepted. Even if the market were to accept mortality projections, in light of the economic theory discussed below, it is not at all clear in which direction the associated "trend corrections" for labor force participation would or should take us. With no *a priori* argument for bias associated with maintaining the status quo or period assumption, we elect to maintain it. We treat business cycles first and long-run trends in labor force participation next. In an appendix, we provide econometric results which permit the interpretation and justification for our averaging methodology, viz., that it is robust to trends, in the sense that, whether trends exist or not, our methods acknowledge and capture their value at our sample mid-point, and then sensibly decline to project them into the future.

*Business Cycle Expansions and Contractions*

*Bulletin 2254* clearly states that the business cycle must be sensibly incorporated in the selection of the time period for the data used.

---

tables available beyond a certain age (approximately age 30 for a person born in 1980), and future mortality must be projected to complete a cohort table.

> The multi-state working life table model is extremely sensitive to rapid changes in rates of labor force entry or withdrawal. Tables based on a recessionary period, during which labor force exits increase, present a very bleak picture of lifetime labor force involvement. Conversely, those calculated during periods of rapid recovery or expansion tends to overstate the average degree of lifetime labor force attachment. To avoid the problems caused by the cyclical swings of the early 1980's, the current study rests on data from a somewhat earlier but less turbulent period, 1979 to 1980. (p. 2)

*Bulletin 2254* and previous BLS studies, as well as the Ciecka, et al. papers which carried on the BLS tradition during the 1990s, continued to use only one year's matched data (generated from two consecutive years of data). Krueger (2004) pooled several years' data, which included years of expansion and the 2001 contraction; and Millimett et.al. (2003) pooled data from 1992 to 2000.

The National Bureau of Economic Research (NBER) has a Business Cycle Dating Committee which officially determines peaks and troughs in U.S. economic activity; it determines when recessions begin and end. It has recently determined[6] that the last U.S. contraction began in December 2007 and ended in June 2009. Therefore, from January 2005 through November 2007 our data contained 12+12+11=35 months of expansion, followed by 1+12+5=18 months of contraction, followed by seven months of expansion. We thus have 42 months of expansion and 18 of contraction, a ratio of 2.33 to 1. From 1854 through 2009 there have been 33 business cycles; the averages over business cycles are 42 months of expansion and 16 months of contraction. So, our data are very representative of historical experience, although the most recent cycle's 18-month contraction is the largest since the Great Depression. Consequently our sample contains both expansion and contraction, in appropriate proportions, and so our choice of data has reasonably neutralized any business cycle bias. Finally, labor force entry and withdrawal may be related to unemployment rates. We note that there is close agreement between the unemployment rate of 5% in our sample period whereas the unemployment rate throughout the latest business cycle (March 2001 to December 2007) was 5.2%.

### Long-Run Trends and Economic Theory

All of the factors influencing the decline in mortality indirectly influence labor force participation (LFP) in the sense that as more years are lived, more consumption must be financed from earned income, savings, and interest accumulated. Other mortality factors, e.g., those affecting health, also affect LFP directly, since health (and wealth) are well known determinants of labor supply. Without incorporating mortality projections, it already appears inappropriate and inconsistent to independently project LFP changes.

Labor force participation reflects individual choice; consequently many additional factors unrelated to mortality changes will partially cause LFP changes. Examples include culture/changing social mores, incentives to work,

---

[6]See http://www.nber.org/cycles/cyclesmain.html.

returns to education and experience, and the overall level of productivity of the economy. Included among incentives are income tax rates, penalties for the early election of Social Security, rewards for the delayed election of Social Security and the ease, and success with which Social Security disability may be claimed. Recent shocks in the stock market (affecting wealth and retirement decisions) and continuing globalization (discouraging workers with lesser skills) are likely responsible for increasing LFP in some groups and decreasing LFP in others. Projecting how these underlying factors and social policies will change is a daunting challenge. Further, we do not observe any such comprehensive efforts.

It is important to realize that economic theory suggests that the results of change do not imply a bias in maintaining the assumption of no change. There are many factors, operating to increase as well as decrease LFP, and the question is empirical. For example, secularly increasing wealth results in lower labor supply and earlier retirement—leisure is a superior good. More education and higher wages imply a higher opportunity cost of leisure, implying the opposite LFP effect. Despite the greater pension reduction for age 62 retirements which began in 2000, the average age at which Social Security has been elected has remained virtually unchanged. While fewer workers are covered by defined benefit programs (postponing retirement and thereby increasing LFP), the increased relative value of Social Security disability benefits for low wage earners may decrease LFP.

There is widespread interest among economists generally in labor force participation, but that interest is primarily concerned with aggregates. We can write the economy-wide $LFP_t = \sum_i pct_t^i LFP_t^i$ for groups $i$ at time $t$, where $pct_t^i$ is the percent of the labor force in group $i$ at time $t$. Over time, $LFP_t$ changes both because the composition of the groups, the $pct_t^i$ changes (e.g., baby boomers aging), and because participation within groups, $LFP_t^i$ changes (e.g., cohort effects—some generations "work harder"). The popular press and many economic studies focus on $LFP_t$, whereas it is the $LFP_t^i$ which is of most interest to forensic economists.

To appreciate the effects of trend, cycle, and aggregation, the following chart is instructive (Daly and Regev, 2007). The long term decline of prime age males appears to have stabilized as does the upward trend of prime age females. Trends for the young have come and gone, and participation for the aggregate of older men and women appears to be increasing. None of these graphs disaggregate by education level or activity status, making them of limited use for forensic economists. Nonetheless, they suggest the desirability of calculating new worklife tables from time to time.

When we pool several years of data so that the business cycle averages out, the possibility remains that there are trends in the sample data. This issue could not arise when only one year's matched data were used. Statistical theory indicates that it is appropriate to estimate with an average when the data come from the same distribution—a condition which is violated in general if trends are present. Our statistical theory developed in the appendix provides

us with the natural multi-period analogue of the period assumption for life tables—use the pooled data, interpreting it per the appendix as the values at the sample midpoint.



Source: Daly and Regev (2007) CPS, seasonally adjusted data. Note: Shaded areas represent recessions. Beginning in 1994, data reflect the introduction of a major redesign of the Survey. Additional adjustments to population controls were incorporated into the data in January of various years. These changes can affect comparability with data for previous periods.

Figure 2. Participation Rates by Major Segments of Labor Force

## III. Notation and Recursions for the Markov (Increment-Decrement) Model[7]

Let $x$ denote a person's exact age with $BA$ being the youngest age at which labor force activity can occur. Everyone must have either left the labor force or died by truncation age $TA$. Let $m \in \{a,i\}$, and $n \in \{a,i,d\}$ where $a$ denotes active in the labor force, $i$ denotes inactive, and $d$ the death state. The transition probability $^m p_x^n$ denotes the probability that a person in state $m$ at age $x$ will be in state $n$ at age $x + 1$. Any person alive, whether in state $a$ or $i$, at age $TA - 1 = 110$ transitions to state $d$ at age $TA$. We assume that mortality probability and activity status are independent, i.e., $^a p_x^d = {}^i p_x^d = {}^. p_x^d$. Transition probabilities incorporate mortality, and the only restrictions on them are that $^m p_x^n \ge 0$, $^a p_x^a + {}^a p_x^i + {}^. p_x^d = 1$ and $^i p_x^a + {}^i p_x^i + {}^. p_x^d = 1$.

---

[7]See Krueger (2004) for a comprehensive list of almost 100 references on worklife expectancy, the Markov Model, and many other labor-force related topics in economics, demography, and actuarial science.

$YA_{x,m}$ denotes the random variable of future time in the labor force for a person who is in state $m$ at age $x$, and $p_{YA}(x,m,y)$ measures the probability that a person in state $m$ at age $x$ will accumulate $y$ additional years in the labor force. That is, $p_{YA}(x,m,y)$ measures the probability that $YA_{x,m} = y$; and the set of $p_{YA}(x,m,y)$ for all possible values of $y$, constitutes the probability mass function (pmf) for $YA_{x,m}$. The pmf ultimately depends on the transition probabilities ${}^m p_x^n$ which are primitive to the Markov model. Transitions between states are assumed to occur at the mid-point between ages.[8]

Recursions defining $p_{YA}(x,m,y)$ consist of global conditions, boundary conditions, and main recursions. Global conditions (1a)–(1d) refer to extreme values of $y$ and $x$ as well as conditions that hold at all ages. Boundary conditions (2a)–(2c) deal with probabilities of future activity being either 0 or .5 of a year. Main recursions (3a)–(3b) capture probabilities of future activity for $y$ years exceeding values defined by the boundary conditions (Skoog and Ciecka 2002).

*Years of Activity Probability Mass Functions for $YA_{x,m} = y$ for $m \in \{a,i\}$ with Mid-Year Transitions*

**Global Conditions**

(1a) $\qquad p_{YA}(x,a,y) = p_{YA}(x,i,y) = 0$ if $y < 0$ or $y > TA - x - .5$.

(1b) $\qquad p_{YA}(TA,a,0) = p_{YA}(TA,i,0) = 1$

(1c) $\qquad {}^a p_x^d = {}^i p_x^d = {}^\cdot p_x^d$ for $x = BA,...,TA - 1$

(1d) $\qquad {}^a p_{TA-1}^d = {}^i p_{TA-1}^d = 1$

**Boundary Conditions for $x = BA,...,TA - 1$**

(2a) $\qquad p_{YA}(x,a,0) = 0$

(2b) $\qquad p_{YA}(x,a,.5) = {}^a p_x^d + {}^a p_x^i p_{YA}(x+1,i,0)$

---

[8]Other transition points are possible. For example, we might think of transitions between states occurring at the end of the year (beginning of year). The pmf based on end-of-year (beginning-of-year) transitions is one-half unit to the right (left) of its mid-year transitions counterpart. Therefore, the mean and all percentile points increase (decrease) one-half year as we move from mid-year to end-of-year (beginning-of-year) transitions; but the variance, standard deviation, skewness, and kurtosis remain unchanged. When starting inactive, pmf's for activity do not depend on the time of transitions; therefore all measures of activity are the same under mid-year, beginning-of-year, and end-of-year timing assumptions.

(2c)                     $p_{YA}(x,i,0) = {}^{i}p_{x}^{d} + {}^{i}p_{x}^{i} p_{YA}(x+1,i,0)$

**Main Recursions for** $x = BA,\ldots,TA-1$

(3a) $p_{YA}(x,a,y) = {}^{a}p_{x}^{a} p_{YA}(x+1,a,y-1) + {}^{a}p_{x}^{i} p_{YA}(x+1,i,y-.5)$ ,$y = 1.5, 2.5,\ldots, TA-x-.5$

(3b) $p_{YA}(x,i,y) = {}^{i}p_{x}^{a} p_{YA}(x+1,a,y-.5) + {}^{i}p_{x}^{i} p_{YA}(x+1,i,y)$ , $y = 1,2,\ldots, TA-x$

   Global condition (1a) says that future years of activity cannot be negative nor can they exceed $TA-x-.5$ years. The latter condition holds because everyone alive at age $x$ dies or leaves the labor force prior to age $TA$. Since everyone has died prior to age $TA$, the probability of zero active, or inactive, time at age $TA$ is 1.00 as expressed in (1b). Global condition (1c) expresses the assumption that transition to the death state does not depend on activity status. The last global condition, (1d) says that every person alive at age $TA-1$ transitions to the death state.
   Boundary condition (2a) expresses the impossibility of no future time in the labor force if a person were active at age $x$ since at least .5 of a year of activity must accrue before any mid-year transition can occur. Condition (2b) gives the probability that a currently active person accumulates exactly one-half year of activity by either dying at age $x+.5$ or by transitioning to inactive and remaining inactive thereafter. Boundary condition (2c) gives the probability an inactive person accumulates no additional labor force time by either transitioning to the death state or remaining inactive after age $x$.
   The remaining probability mass values are defined by the main recursions. The right-hand side of (3a) is the sum of two terms that contribute to the probability that currently active person age $x$ will accumulate $y$ years of future activity: (1) The first term ${}^{a}p_{x}^{a} p_{YA}\left(x+1,a,y-1\right)$ is the product of two factors. $p_{YA}\left(x+1,a,y-1\right)$ is the probability that a person active at age $x+1$ will have $y-1$ years of future activity and, when multiplied by ${}^{a}p_{x}^{a}$, adds another year of activity at age $x$. (2) The second term ${}^{a}p_{x}^{i} p_{YA}\left(x+1,i,y-.5\right)$ also is the product of two factors. The latter factor $p_{YA}\left(x+1,i,y-.5\right)$ is the probability that a person inactive at age $x+1$ will have $y-.5$ years of future activity and, when multiplied by ${}^{a}p_{x}^{i}$ yields an additional one-half year of activity at age $x$. The second factors in both terms aggregate sample paths resulting from remaining active for $y-1$ years and $y-.5$ years from age $x+1$, respectively; and their respective multipliers ${}^{a}p_{x}^{a}$ and ${}^{a}p_{x}^{i}$ induce an additional one whole year and one-half year of activity, respectively. The right-hand side of (3b) is the sum of two terms that contribute to the probability that an inactive person age $x$ will accumulate $y$ years of activity: (1) The first term ${}^{i}p_{x}^{a} p_{YA}\left(x+1,a,y-.5\right)$ is the product of two factors. $p_{YA}\left(x+1,a,y-.5\right)$ is the probability that a person active at age $x+1$ will have $y-.5$ years of future activity and, when multiplied by ${}^{i}p_{x}^{a}$, yields an

additional one-half year of activity at age $x$ since the transition to activity occurs at midyear. (2) The second term ${}^i p_x^i p_{YA}(x+1,i,y)$ also is the product of two factors. The latter factor $p_{YA}(x+1,i,y)$ is the probability that a person inactive at age $x+1$ will have $y$ years of future activity and, when multiplied by ${}^i p_x^i$, adds no additional activity at age $x$.

Our goal is to find the exact probability distribution of the years of activity random variable $YA_{x,m}$ within the context of the Markov model and then compute its characteristics. The foregoing recursions not only accomplish that task, but they do so in a computationally efficient manner. Once transition probabilities have been estimated, these recursions yield the exact distribution of $YA_{x,m}$ in a few seconds of computer time. The computational efficiency itself is remarkable when one considers the number of sample paths of activity, inactivity, and death that could occur; and each path makes its own contribution to the pmf of $Y_{x,m}$. In general, $2^{TA-x}-1$ sample paths can occur for a person currently age $x$. For example, if we consider a person age $x=20$, then there are $2^{111-20}-1$, or approximately $2.4759 \times 10^{27}$ paths to consider. Half that many paths are possible for a person age 21, and half again as many for a person age 22, and so on.[9]

We calculate characteristics of $YA_{x,m}$ with the following formulae:

The expected value of $YA_{x,m}$ (i.e., worklife expectancy or average years of labor force activity) for people in state $m$ (active or inactive) at age $x$ is defined by[10]

(4a)          $$E(YA_{x,m}) \equiv WLE_{x,m} = \sum_y y p_{YA}(x,m,y) = {}^m e_x^a .$$

The median value $y_{med}$ of $YA_{x,m}$ possess the property that

(4b)          $$\Pr(YA_{x,m} \leq y_{med}) \geq .50 \text{ and } \Pr(YA_{x,m} \geq y_{med}) \geq .50 ,$$

and the mode $y_{mode}$ of $YA_{x,m}$ is the value of $YA_{x,m}$ that fulfills the inequality

(4c)          $$p_{YA}(x,m,y_{mode}) \geq p_{YA}(x,m,y) \text{ for all values of } y.$$

The variance, standard deviation, skewness, and kurtosis are defined by

---

[9]Of course, some paths occur with very low probability as, for example, the probability of a very old person reentering the labor force after being inactive.

[10]Worklife expectancy for people initially active also can be computed in the following manner: Assume ${}^a l_x$ actives at age $x$ and ${}^i l_x = 0$ inactives. Use the recursions ${}^a l_{x+1} = {}^a p_x^a {}^a l_x + {}^i p_x^a {}^i l_x$ and ${}^i l_{x+1} = {}^a p_x^i {}^a l_x + {}^i p_x^i {}^i l_x$ from age $x+1$ to age $TA-1$. Then, $WLE_{x,a} = (1/{}^a l_x) \sum_{j=x}^{TA-1} .5({}^a l_j + {}^a l_{j+1})$ gives worklife expectancy at age $x$ with mid-year transitions for initial actives. For those initially inactive, we use the same recursions; but we start the process by assuming that there are ${}^i l_x$ inactives at age $x$ and ${}^a l_x = 0$. Then $WLE_{x,i} = (1/{}^i l_x) \sum_{j=x}^{TA-1} .5({}^a l_j + {}^a l_{j+1})$ gives worklife expectancy at age $x$ with mid-year transitions for initial inactives.

(4d) $$V(YA_{x,m}) = \sum_y (y - {}^m e_x^a)^2 \, p_{YA}(x,m,y) \,,$$

(4e) $$SD(YA_{x,m}) = \sqrt{V(YA_{x,m})} \,,$$

(4f) $$SK(YA_{x,m}) = (1 / SD(YA_{x,m}))^3 \sum_y (y - {}^m e_x^a)^3 \, p_{YA}(x,m,y) \,, \text{ and}$$

(4g) $$KU(YA_{x,m}) = (1 / SD(YA_{x,m}))^4 \sum_y (y - {}^m e_x^a)^4 \, p_{YA}(x,m,y) \,.$$

Cumulative probabilities occur at values of $YA_{x,m}$ where

(4h) $$\Pr(YA_{x,m} \le y_\alpha) \ge \alpha \ \text{ and } \ \Pr(YA_{x,m} \ge y_\alpha) \ge 1 - \alpha$$

for $\alpha = .10, .25, .75, .90$.

## IV. Data Period and Calculation of Labor Force Transition Probabilities

We utilize the U.S. labor force experience during 2005 to 2009 in our empirical work. The BLS estimates U.S. labor force participation using the Current Population Survey (CPS). The annual, non-seasonally adjusted, U.S. labor force participation rates from 2005 to 2009 are shown in Table 1. According to the Bureau of Economic Analysis, real GDP growth was 3.1% in 2005, 2.7% in 2006, 2.1% in 2007, 0.4% in 2008, and -2.4% in 2009. From 2005 to 2009, male and female labor force participation rates distinctly fell at ages 16 to 19 years. In general, male participation rates through age 49 declined during 2005 to 2009 while male labor force participation rates at ages 50 and over increased. For females, labor force participation changes were mixed during 2005 to 2009 for ages 20 to 49 and then increasing in every age group starting at age 50. Fitting with a long-term trend, the labor force participation rate for males ages 16 and over continues in its slow decline during 2005 to 2009. Female labor force participation rates for ages 16 and over have been flat since the mid-1990s. The average U.S. labor force experience from 2005 to 2009 does not present empirical anomalies which would noticeable impact worklife expectancy estimates.

Using the monthly outgoing rotations[11] of the CPS from January 2005 through December 2009, we were able to match 74.3% of CPS respondents' one-year-apart records of their labor force status (471,722 matching person-records). As shown in Table 2, the labor force participation and unemployment rates in the matched sample for persons ages 16 and over are the same as the

---

[11]Outgoing rotations refer to persons answering the 4th and 8th interviews in the CPS eight interview survey sequence. Usage of the out-going rotations (a) ensures that persons are not counted more than once and (b) allows the matched sample to be weighted to represent the labor force experience of the entire U.S. population. The data selection and weighting process is presented in detail in Krueger (2004).

BLS published averages from January 2005 to December 2009. In Table 3, we show the differences between the BLS and matched sample labor force participation rates by age and gender.

Table 1

BLS Published Estimates of Labor Force Participation Rates, by Gender, Age, and Years

| Age Group | Males | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2005-07 | 2008-09 |
| 16 to 19 years | 43.2 | 43.7 | 41.1 | 40.1 | 37.3 | 42.7 | 38.7 |
| 20 to 24 years | 79.1 | 79.6 | 78.7 | 78.7 | 76.2 | 79.1 | 77.5 |
| 25 to 29 years | 90.8 | 90.6 | 91.3 | 90.2 | 88.9 | 90.9 | 89.6 |
| 30 to 34 years | 92.7 | 92.9 | 93.1 | 92.9 | 91.8 | 92.9 | 92.4 |
| 35 to 39 years | 92.6 | 92.9 | 93.0 | 92.7 | 92.5 | 92.8 | 92.6 |
| 40 to 44 years | 91.6 | 91.2 | 91.6 | 91.8 | 90.9 | 91.5 | 91.4 |
| 45 to 49 years | 89.3 | 89.8 | 89.8 | 89.7 | 88.7 | 89.6 | 89.2 |
| 50 to 54 years | 85.9 | 86.1 | 86.4 | 86.2 | 86.1 | 86.1 | 86.2 |
| 55 to 59 years | 77.6 | 77.7 | 77.8 | 78.8 | 78.0 | 77.7 | 78.4 |
| 60 to 64 years | 58.0 | 58.6 | 59.2 | 59.9 | 60.9 | 58.6 | 60.4 |
| 65 to 69 years | 33.6 | 34.4 | 34.3 | 35.6 | 36.3 | 34.1 | 36.0 |
| 70 to 74 years | 20.7 | 21.6 | 21.2 | 21.9 | 22.5 | 21.2 | 22.2 |
| 75 years and over | 9.4 | 9.5 | 10.0 | 10.4 | 10.3 | 9.6 | 10.4 |
| 16 and over | 73.3 | 73.5 | 73.2 | 73.0 | 72.0 | 73.3 | 72.5 |

| Age Group | Females | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2005-07 | 2008-09 |
| 16 to 19 years | 44.2 | 43.7 | 41.5 | 40.2 | 37.7 | 43.1 | 39.0 |
| 20 to 24 years | 70.1 | 69.5 | 70.1 | 70.0 | 69.6 | 69.9 | 69.8 |
| 25 to 29 years | 74.0 | 75.2 | 74.9 | 75.9 | 75.2 | 74.7 | 75.6 |
| 30 to 34 years | 73.9 | 73.6 | 74.1 | 74.4 | 74.8 | 73.9 | 74.6 |
| 35 to 39 years | 74.6 | 74.6 | 74.0 | 75.2 | 75.0 | 74.4 | 75.1 |
| 40 to 44 years | 76.8 | 77.1 | 77.0 | 77.1 | 76.8 | 77.0 | 77.0 |
| 45 to 49 years | 77.7 | 77.2 | 77.2 | 77.2 | 77.3 | 77.4 | 77.3 |
| 50 to 54 years | 74.0 | 74.7 | 74.7 | 74.8 | 74.7 | 74.5 | 74.8 |
| 55 to 59 years | 65.6 | 66.7 | 66.6 | 67.7 | 68.4 | 66.3 | 68.1 |
| 60 to 64 years | 45.8 | 47.0 | 47.9 | 48.7 | 49.9 | 46.9 | 49.3 |
| 65 to 69 years | 23.7 | 24.2 | 25.7 | 26.4 | 26.6 | 24.5 | 26.5 |
| 70 to 74 years | 12.8 | 13.1 | 14.0 | 14.3 | 15.0 | 13.3 | 14.7 |
| 75 years and over | 4.5 | 4.4 | 4.8 | 5.2 | 5.3 | 4.6 | 5.3 |
| 16 and over | 59.3 | 59.4 | 59.3 | 59.5 | 59.2 | 59.3 | 59.4 |

Table 2

Comparison of Matched CPS Sample and BLS Estimates of Labor Force Participation and Unemployment Rates, by Gender, 2005-09

| | Labor Force Participation Rate | | Unemployment Rate | |
|---|---|---|---|---|
| | BLS | Matched CPS | BLS | Matched CPS |
| Males | 73.2% | 73.2% | 5.1% | 5.1% |
| Females | 59.3 | 59.3 | 4.9 | 4.9 |
| All | 66.1 | 66.1 | 5.0 | 5.0 |

Table 3
Comparison of Matched CPS Sample and BLS Estimates of Labor Force
Participation Rates, by Gender and Age

| Age Group | Males | | Females | |
|---|---|---|---|---|
| | BLS | Matched | BLS | Matched |
| 16 to 19 years | 42.0 | 41.7 | 42.4 | 42.1 |
| 20 to 24 years | 79.0 | 79.0 | 69.9 | 69.9 |
| 25 to 29 years | 90.7 | 90.6 | 75.0 | 75.1 |
| 30 to 34 years | 92.9 | 93.1 | 74.0 | 74.0 |
| 35 to 39 years | 92.8 | 92.8 | 74.6 | 74.5 |
| 40 to 44 years | 91.5 | 91.6 | 77.0 | 77.0 |
| 45 to 49 years | 89.7 | 89.7 | 77.3 | 77.4 |
| 50 to 54 years | 86.2 | 86.2 | 74.6 | 74.6 |
| 55 to 59 years | 77.9 | 78.1 | 66.7 | 66.8 |
| 60 to 64 years | 58.9 | 58.8 | 47.4 | 47.3 |
| 65 to 69 years | 33.9 | 33.7 | 24.4 | 24.9 |
| 70 to 74 years | 21.4 | 21.4 | 13.5 | 13.5 |
| 75 years and over | 9.8 | 9.6 | 4.7 | 4.6 |
| 16 and over | 73.2 | 73.2 | 59.3 | 59.4 |

Using the matched person records from the CPS, we are able to estimate the average size of the U.S. non-institutional population by age, gender and eight educational levels by their labor force status at one-year-apart intervals $^iN_x^i, ^iN_x^a, ^aN_x^i, ^aN_x^a$. In order to compute transition probabilities, we also require the input of the proportion of persons dying between ages $x$ and $x + 1$, $q_x$, and the number of survivors in the population at each age $x$, $l_x$, which is computed from $q_x$. Since survivor data are not available by the last state participation before death or by education, we rely on the *U.S. Life Tables 2006* (Arias, 2010) that gives survivor data by gender and age.

Mortality data are published for exact ages $x$, and they represent the probability of survival from one exact age to the next age. However, since the CPS population activity data are based on surveyed age reported in integers values only, age in the CPS has an expected value as $x + \frac{1}{2}$. Therefore, when we compute the transition probabilities, we re-center the survey data to exact ages by taking the average of the surveyed population size across the range of $x \pm \frac{1}{2}$ by averaging two consecutive ages in the survey data (e.g., for exact age 17 transition probabilities, we use the average survey data for ages 16.5 and 17.5). Using the identities in equations (5a)-(5d), the four transition probabilities computed from the survey data for exact age $x$ are:

$$(5a) \qquad ^ip_x^i \equiv \left[\frac{^iN_{x-1}^i + ^iN_x^i}{^iN_{x-1} + ^iN_x}\right] \times (1 - \cdot p_x^d)$$

$$(5b) \qquad ^ip_x^a \equiv \left[\frac{^iN_{x-1}^a + ^iN_x^a}{^iN_{x-1} + ^iN_x}\right] \times (1 - \cdot p_x^d)$$

(5c)
$$^a p_x^i \equiv \left[ \frac{^a N_{x-1}^i + {}^a N_x^i}{^a N_{x-1} + {}^a N_x} \right] \times (1 - {}^\cdot p_x^d)$$

(5d)
$$^a p_x^a \equiv \left[ \frac{^a N_{x-1}^a + {}^a N_x^a}{^a N_{x-1} + {}^a N_x} \right] \times (1 - {}^\cdot p_x^d).$$

## V. Worklife Expectancies and Other Distributional Characteristics of Time in the Labor Force

Skoog and Ciecka (2001b) provided tables for the following educational categories:

(1) those with less than high school,
(2) high school or a GED grouped together,
(3) some college,
(4) bachelor's degree,
(5) graduate degree, and
(6) all educational groupings combined.

Krueger (2004) provided tables for the following educational categories:

(1) those with less than high school,
(2) high school or a GED grouped together,
(3) some college,
(4) bachelor's degree or better, and
(5) all educational groupings combined.

Since the publication of previous tables, we have learned through our work and the work of others [12] that those who attained a GED should be separated from those who earned a high school diploma. We find that having a GED adds to worklife expectancy compared to those without a high school diploma, but that a high school diploma adds more to worklife expectancy than a GED. Further, those attending college but not earning a BA degree ("some college, no degree") may be divided into those earning an academic associates degree and those with no degree. Finally, those attaining a college degree can usefully be divided into those earning a bachelor's degree, a master's degree, and those earning a PhD or a professional degree.

Our ability to provide these detailed breakouts without suffering an increase in the standard errors of our estimates depends on our ability to exploit more than a year of data. Indeed, the proof of this assertion is in the size of the associated standard errors, which generally are not reported.[13] We show those standard errors in our tables, and sample size is the determinant as to whether

---

[12]See Cameron and Heckman (1993), Heckman and Rubinstein (2001) and an unpublished paper of our own.
[13]The major exception has been Skoog and Ciecka (2004), but standard errors of the mean also appeared in Millimet, Nieswiadomy, Ryu, and Slottje, (2003).

they will be small. It is important to recognize that there are two notions of standard error, one small and one large; and we report both, although they refer to very different concepts. The standard error with which we estimate the mean or the median of additional years of activity is very small, attesting to a small "known error rate." However, the standard error (the square root of the variance) in the population years of additional activity is intrinsically much larger—one might die tomorrow or in 50 years, and one might retire in advance of or in arrears of a traditional age such as 65.[14]

Tables 4-35 contain our main results.[15] We utilize eight educational groups:

(1) zero to 12 years of education but no high school diploma or GED,
(2) GED but no high school diploma,
(3) high school diploma but no college,
(4) some college but no degree,
(5) associate's degree but no bachelor's degree,
(6) bachelor's degree but no master's or higher degree,
(7) master's degree but no professional degree or PhD, and
(8) professional degree or PhD.

Tables 4-11 are for initially active men by the foregoing eight education groups. Tables 12-19 are for initially inactive men separated into the same educational groups. Tables 20-27 are for initially active women and Tables 28-35 for initially inactive women by education. Tables 36 and 37 contain worklife expectancies for men and women by education but without regard to initial labor force status. Tables begin at age 16 for groups (1) and (2), at age 17 for group (3), at age 18 for group (4), at age 19 for group (5), at age 20 for group (6), at age 22 for group (7), and at age 24 for group (8).[16] Tables end at age 75 for all educational groups.

To illustrate the results reported in Tables 4-35, consider 35-year-old men with bachelor's degrees but without graduate degrees in Table 9. Such men have worklife expectancies of 27.52 years. The median additional time in the labor force is 28.50 years, and the mode is 29.50 years. The distribution of additional labor force time shows negative skewness with a value of $-.63$ as would typically be the case when the mode exceeds the median which exceeds the mean (WLE).[17] Kurtosis is 4.06 indicating a pmf that has more probability

---

[14]We can, of course, estimate this standard error of the sample standard derivation, so that our estimate of this notion of standard error in turn has a standard error.

[15]We use CPS data and U.S. life tables as previously described and formulae (5a)-(5d) to estimate transition probabilities. Recursions (1a)-(1d), (2a)-(2c), and (3a)-(3b) combined with estimated transition probabilities produce estimated probability mass functions for years of labor market activity. We then apply formulae (4a)-(4h) to generate the estimated characteristics in Tables 4-35.

[16]In regard to worklife expectancies, there is less than 5% difference between 0 to 8th grade versus 0 to 12th grade; no difference for 0 to 1 years of college versus people with some college; 2% or less difference between Associates Academic and Associates Vocational; and, with its relatively lower sample sizes, a 4% difference between professional and PhD degrees.

[17]The relationship between skewness and the mean, median, and mode is not always as expected when we deal with discrete random variables. Consider a binomial random variable for the number of times a "two" appears on six rolls of a die. The probabilities are .33490, .40188, .20094, .05358, .00804, .00064, and .00002 for 0,1,2,3,4,5,6, "twos" respectively. The mean, median, and

mass around its peak and in its tails, but less probability mass between the peak and tails, than a normally distributed random variable. The standard deviation is 7.34 years. This is the standard deviation of additional time in the labor force—the usual measure of dispersion around the mean. Table 9 also shows the 10th (18.50 years), 25th (23.50 years), 75th (32.50 years), and 90th (35.50 years) percentile points. The interpretation is, for example, that only 25% (i.e., $1 - .75$) of 35-year-old men with bachelor's degrees will be in the labor force for 32.50 years or more. We use Table 38 to illustrate the detailed calculations that underlie the forgoing results, keeping in mind that a table similar to Table 38 underlies each single row in Tables 4-35. Columns A and B of Table 38 comprise the pmf for 35-year-old active men with bachelor's degrees as illustrated in Figure 3. Column C is the accumulation of the probabilities in Column B, and we note the sum is 1.0000. Entries in Column A and C that yield the 10th, 25th, 50th, 75th, and 90th percentile points, as well as the mode, are highlighted (see 4b, 4c, and 4h). Column D contains the products of $y$ and $p_{YA}(x,m,y)$; and their sum, worklife expectancy, is highlighted on the bottom of Column D (see 4a). Columns E, F, and G develop the variance (4d), standard deviation (4e), skewness (4f), and kurtosis (4g), all highlighted at the bottom of the table.



Source: Computed with CPS data and U.S. life tables as previously described and formulae (5a)-(5d) to estimate transition probabilities. Recursions (1a)-(1d), (2a)-(2c), and (3a)-(3b) combined with estimated transition probabilities produce estimated probability mass function.

Figure 3. Probability Mass Function for Active Men Age 35 with BA Degrees

modal number of "twos" are exactly 1.00000; but the skewness is .730297 (using 4a,4b, 4c, and 4f). Given the equality of the mean, median, and mode, we might expect skewness to be zero. Said differently, given that skewness is positive, we might expect the mean to exceed the median and the median to exceed the mode. However, although this random variable is highly positively skewed, its mean, median and mode are all equal to each other.

Bootstrap estimates of worklife expectancies and their standard errors are shown in the last two columns of Tables 4-35.[18] Each bootstrap estimate is based on our CPS matched sample sizes by age, gender, educational attainment, labor force status, and an assumed sample size of 10,000 for mortality. We used 100 bootstrap replications for each row in Tables 4-35. Continuing to use 35-year-old initially active men with bachelor's degrees as an illustration, Table 9 shows 27.55 as the bootstrap estimate of worklife expectancy, a number quite close to the reported mean of 27.52 years. The bootstrap standard error of the worklife expectancy is .29 years. We draw a sharp distinction between the standard deviation of years of activity (7.34 years) and the standard error of estimated worklife (.29). The former refers to variation in years of activity itself while the latter measures variation in the sample mean (worklife expectancy). Said differently, years of time in the labor force can differ from worklife by several years, but there is little variation in the estimate of worklife.

Tables 36 and 37 contain worklife expectancies, bootstrap worklife expectancies and bootstrap standard errors for men and women by age and education but without regard to initial labor force status.[19] We can think of these worklife expectancies as weighted averages of their age, gender, education, and initial status counterparts where the weights are participation rates for initial actives and one minus participation rates for inactives. Bootstrap standard errors are based on 100 replications and our CPS matched sample sizes.

We conclude our tabulated results with some comparisons between our current work and two commonly used worklife studies. Table 39 contains worklife expectancies for initially active and initially inactive men and women with less than high school educations taken from Skoog and Ciecka (2001b), Krueger (2004), and the present study.[20] Worklife expectancies in the present study for initially active men exceed those reported by Skoog-Ciecka; the range being approximately .3 years to 1.4 years depending on age. Relative to Krueger, the present study has worklife expectancies approximately .6 years

[18]The bootstrap procedure begins with our estimates of transition and mortality probabilities and the exact sample sizes used to generate transition probabilities from our CPS samples and a conservative sample size of 10,000 for mortality probabilities. (10,000 must be a conservative estimate of sample size for mortality probabilities at most ages since mortality probabilities are based on the size of the US population at various ages.) We generate a bootstrap sample of transition probabilities for each age of the same size as our CPS samples and a bootstrap sample of mortality probabilities for each age. We then compute bootstrap replicates of transition and mortality probabilities for each age and use these replicates to calculate estimated probability mass functions for actives and inactives and distributional characteristics as previously described. The foregoing procedure was repeated 100 times. The mean and standard deviation of worklife expectancy are reported in the last two columns on Tables 4-35. The bootstrap was applied to each table anew since each table is based on its own set of transition probabilities. See Skoog and Ciecka (2004) for a discussion of bootstrap estimates and empirical results based on 1997-98 data.

[19]Assume $^a l_x$ actives and $^i l_x$ inactives at age $x$. Use the recursions $^a l_{x+1} = {}^a p_x^a \cdot {}^a l_x + {}^i p_x^a \cdot {}^i l_x$ and $^i l_{x+1} = {}^a p_x^i \cdot {}^a l_x + {}^i p_x^i \cdot {}^i l_x$ from age $x+1$ to age $TA - 1$. Then, $WLE_x = [1/(l_x + l_x)] \sum_{t=1}^{TA-1} .5 ({}^a l_t + {}^i l_t + {}^a l_{t+1})$ gives worklife expectancy at age $x$ without regard to initial labor force state.

[20]Educational groups differ in Skoog and Ciecka (2001b), Krueger (2004), and the present study. However, the less-than-high-school group is substantially the same in all three papers (see Table 39 for comparisons). In addition, the Bachelor's-degree group used by Skoog and Ciecka and the present paper coincide and comparisons are presented in Table 40.

smaller to .9 years larger. For initially inactive men with less than high school, the present paper has bigger worklife expectancies than Skoog-Ciecka by as much as approximately 1.8 years for men in their late 30s. Relative to Krueger, differences range from −.8 years to .3 years. For initially active women with less than high school, worklife expectancies in the present study differ from Skoog-Ciecka by −.8 years to .6 years; the range relative to Krueger is −.3 years to .7 years. For inactive women, the range is −1.1 years to .8 years with Skoog-Ciecka and −.5 years to .8 years relative to Krueger.

Table 40 shows worklife expectancies for initially active and initially inactive men and women with Bachelor's, but not higher, degrees as reported by Skoog-Ciecka and in the present study. For initially active men, the present study contains worklife expectancies uniformly smaller than Skoog-Ciecka but the range is only approximately zero to −.3 years. Almost all of the differences in worklife expectancies are negative for initially inactive men with a range of approximately .1 year to −1.2 years. Falling worklife expectancies for men are contrasted with increasing worklife expectancies for women in Table 40. Women's worklife expectancies increased at all ages for both initially active and inactive women with increases being in the range of 1.0 to 1.5 years from the youngest ages to approximately age 60.

## VI. Conclusion

We produced extended tables of labor force activity by age and gender based on the Markov model. Tables contain three measures of central tendency (mean or worklife expectancy, median, and mode), three measures of shape (standard deviation, skewness, and kurtosis), and four percentile points (10th, 25th, 75th, and 90th). Tables also contain bootstrap estimates of worklife and their standard errors. The pooled matched sample data, upon which our results are based, yield estimates of participation rates and unemployment rates that are in close agreement with their nationally reported counterparts, thereby providing a measure of consistency of our sample data and nationally reported labor force statistics. We discussed the relationship between our empirical work and period and cohort tables, business cycles, and trends. We also proved a new theorem: pooling data across several years but ignoring trend still produces unbiased estimates of what would be trend-corrected transition probabilities at the mid-point of a sample. We believe this work is the most current and disaggregated set of worklife tables, along with extended probability calculations and statistical measures, available to forensic economists.

Table 4
Characteristics for Initially Active Men with 0-12 Years of Education,
No Diploma, No GED

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 34.65 | 35.50 | 37.50 | 10.10 | -0.50 | 3.46 | 21.50 | 28.50 | 41.50 | 46.50 | 34.66 | 0.41 |
| 17 | 34.18 | 34.50 | 36.50 | 10.03 | -0.49 | 3.43 | 21.50 | 28.50 | 41.50 | 46.50 | 34.19 | 0.41 |
| 18 | 33.70 | 34.50 | 36.50 | 9.94 | -0.47 | 3.40 | 20.50 | 27.50 | 40.50 | 45.50 | 33.71 | 0.41 |
| 19 | 33.19 | 33.50 | 35.50 | 9.85 | -0.46 | 3.36 | 20.50 | 27.50 | 40.50 | 45.50 | 33.20 | 0.42 |
| 20 | 32.66 | 33.50 | 35.50 | 9.75 | -0.44 | 3.32 | 20.50 | 26.50 | 39.50 | 44.50 | 32.67 | 0.41 |
| 21 | 32.08 | 32.50 | 34.50 | 9.64 | -0.42 | 3.27 | 19.50 | 26.50 | 38.50 | 43.50 | 32.09 | 0.42 |
| 22 | 31.47 | 32.50 | 34.50 | 9.53 | -0.40 | 3.22 | 19.50 | 25.50 | 38.50 | 42.50 | 31.47 | 0.41 |
| 23 | 30.81 | 31.50 | 33.50 | 9.41 | -0.37 | 3.16 | 18.50 | 24.50 | 37.50 | 42.50 | 30.83 | 0.40 |
| 24 | 30.11 | 30.50 | 32.50 | 9.30 | -0.34 | 3.10 | 17.50 | 24.50 | 36.50 | 41.50 | 30.12 | 0.40 |
| 25 | 29.37 | 29.50 | 31.50 | 9.20 | -0.32 | 3.05 | 17.50 | 23.50 | 35.50 | 40.50 | 29.37 | 0.39 |
| 26 | 28.61 | 29.50 | 30.50 | 9.09 | -0.29 | 3.00 | 16.50 | 22.50 | 35.50 | 39.50 | 28.62 | 0.38 |
| 27 | 27.85 | 28.50 | 31.50 | 8.99 | -0.27 | 2.95 | 16.50 | 21.50 | 34.50 | 38.50 | 27.86 | 0.38 |
| 28 | 27.08 | 27.50 | 30.50 | 8.89 | -0.25 | 2.90 | 15.50 | 21.50 | 33.50 | 37.50 | 27.10 | 0.37 |
| 29 | 26.31 | 26.50 | 30.50 | 8.79 | -0.22 | 2.86 | 14.50 | 20.50 | 32.50 | 37.50 | 26.32 | 0.37 |
| 30 | 25.52 | 26.50 | 29.50 | 8.70 | -0.20 | 2.83 | 13.50 | 19.50 | 31.50 | 36.50 | 25.54 | 0.37 |
| 31 | 24.74 | 25.50 | 28.50 | 8.60 | -0.18 | 2.79 | 13.50 | 18.50 | 30.50 | 35.50 | 24.76 | 0.36 |
| 32 | 23.97 | 24.50 | 27.50 | 8.50 | -0.16 | 2.76 | 12.50 | 18.50 | 30.50 | 34.50 | 23.99 | 0.36 |
| 33 | 23.19 | 23.50 | 26.50 | 8.41 | -0.13 | 2.73 | 11.50 | 17.50 | 29.50 | 33.50 | 23.22 | 0.36 |
| 34 | 22.41 | 22.50 | 25.50 | 8.31 | -0.11 | 2.70 | 11.50 | 16.50 | 28.50 | 32.50 | 22.44 | 0.35 |
| 35 | 21.63 | 22.50 | 24.50 | 8.21 | -0.09 | 2.67 | 10.50 | 15.50 | 27.50 | 31.50 | 21.65 | 0.35 |
| 36 | 20.85 | 21.50 | 23.50 | 8.11 | -0.07 | 2.65 | 9.50 | 15.50 | 26.50 | 31.50 | 20.86 | 0.34 |
| 37 | 20.06 | 20.50 | 22.50 | 8.01 | -0.05 | 2.63 | 9.50 | 14.50 | 25.50 | 30.50 | 20.07 | 0.34 |
| 38 | 19.28 | 19.50 | 21.50 | 7.90 | -0.02 | 2.61 | 8.50 | 13.50 | 24.50 | 29.50 | 19.29 | 0.33 |
| 39 | 18.50 | 18.50 | 21.50 | 7.80 | 0.00 | 2.60 | 7.50 | 12.50 | 24.50 | 28.50 | 18.52 | 0.34 |
| 40 | 17.74 | 18.50 | 20.50 | 7.68 | 0.02 | 2.59 | 7.50 | 12.50 | 23.50 | 27.50 | 17.76 | 0.34 |
| 41 | 16.99 | 17.50 | 19.50 | 7.56 | 0.04 | 2.58 | 6.50 | 11.50 | 22.50 | 26.50 | 17.01 | 0.34 |
| 42 | 16.27 | 16.50 | 18.50 | 7.43 | 0.07 | 2.58 | 6.50 | 10.50 | 21.50 | 25.50 | 16.29 | 0.32 |
| 43 | 15.59 | 15.50 | 17.50 | 7.28 | 0.09 | 2.59 | 5.50 | 10.50 | 20.50 | 24.50 | 15.61 | 0.32 |
| 44 | 14.94 | 15.50 | 16.50 | 7.11 | 0.12 | 2.60 | 5.50 | 9.50 | 19.50 | 24.50 | 14.96 | 0.32 |
| 45 | 14.31 | 14.50 | 16.50 | 6.94 | 0.15 | 2.62 | 4.50 | 9.50 | 19.50 | 23.50 | 14.32 | 0.32 |
| 46 | 13.70 | 13.50 | 15.50 | 6.77 | 0.18 | 2.65 | 4.50 | 8.50 | 18.50 | 22.50 | 13.71 | 0.32 |
| 47 | 13.10 | 13.50 | 14.50 | 6.58 | 0.21 | 2.68 | 4.50 | 8.50 | 17.50 | 21.50 | 13.11 | 0.30 |
| 48 | 12.51 | 12.50 | 13.50 | 6.39 | 0.25 | 2.72 | 3.50 | 7.50 | 16.50 | 20.50 | 12.52 | 0.31 |
| 49 | 11.93 | 11.50 | 13.50 | 6.20 | 0.29 | 2.77 | 3.50 | 7.50 | 16.50 | 20.50 | 11.95 | 0.30 |
| 50 | 11.36 | 11.50 | 12.50 | 6.00 | 0.33 | 2.83 | 3.50 | 6.50 | 15.50 | 19.50 | 11.36 | 0.30 |
| 51 | 10.80 | 10.50 | 11.50 | 5.80 | 0.38 | 2.90 | 3.50 | 6.50 | 14.50 | 18.50 | 10.81 | 0.30 |
| 52 | 10.25 | 9.50 | 10.50 | 5.60 | 0.44 | 2.98 | 2.50 | 6.50 | 13.50 | 17.50 | 10.25 | 0.28 |
| 53 | 9.69 | 9.50 | 9.50 | 5.40 | 0.50 | 3.06 | 2.50 | 5.50 | 13.50 | 16.50 | 9.68 | 0.28 |
| 54 | 9.13 | 8.50 | 8.50 | 5.21 | 0.57 | 3.16 | 2.50 | 5.50 | 12.50 | 16.50 | 9.13 | 0.28 |
| 55 | 8.58 | 8.50 | 7.50 | 5.02 | 0.64 | 3.27 | 2.50 | 4.50 | 11.50 | 15.50 | 8.57 | 0.26 |
| 56 | 8.02 | 7.50 | 6.50 | 4.84 | 0.71 | 3.38 | 2.50 | 4.50 | 10.50 | 14.50 | 8.02 | 0.24 |
| 57 | 7.47 | 6.50 | 5.50 | 4.67 | 0.79 | 3.49 | 1.50 | 3.50 | 10.50 | 13.50 | 7.47 | 0.24 |
| 58 | 6.91 | 6.50 | 4.50 | 4.52 | 0.86 | 3.61 | 1.50 | 3.50 | 9.50 | 13.50 | 6.90 | 0.23 |
| 59 | 6.38 | 5.50 | 3.50 | 4.37 | 0.92 | 3.72 | 1.50 | 3.50 | 8.50 | 12.50 | 6.36 | 0.23 |
| 60 | 5.93 | 5.50 | 3.50 | 4.23 | 0.99 | 3.83 | 1.50 | 2.50 | 8.50 | 11.50 | 5.91 | 0.22 |
| 61 | 5.51 | 4.50 | 2.50 | 4.09 | 1.04 | 3.93 | 1.50 | 2.50 | 7.50 | 11.50 | 5.50 | 0.21 |
| 62 | 5.16 | 4.50 | 1.50 | 3.96 | 1.08 | 4.01 | 0.50 | 2.50 | 7.50 | 10.50 | 5.15 | 0.21 |
| 63 | 4.87 | 3.50 | 0.50 | 3.84 | 1.11 | 4.07 | 0.50 | 1.50 | 7.50 | 10.50 | 4.87 | 0.21 |
| 64 | 4.65 | 3.50 | 0.50 | 3.72 | 1.12 | 4.11 | 0.50 | 1.50 | 6.50 | 9.50 | 4.64 | 0.20 |
| 65 | 4.48 | 3.50 | 0.50 | 3.59 | 1.14 | 4.15 | 0.50 | 1.50 | 6.50 | 9.50 | 4.46 | 0.21 |
| 66 | 4.30 | 3.50 | 0.50 | 3.46 | 1.16 | 4.19 | 0.50 | 1.50 | 6.50 | 9.50 | 4.26 | 0.23 |
| 67 | 4.10 | 3.50 | 0.50 | 3.33 | 1.18 | 4.21 | 0.50 | 1.50 | 5.50 | 8.50 | 4.03 | 0.25 |
| 68 | 3.90 | 3.50 | 0.50 | 3.21 | 1.19 | 4.21 | 0.50 | 1.50 | 5.50 | 8.50 | 3.85 | 0.28 |
| 69 | 3.74 | 2.50 | 0.50 | 3.09 | 1.20 | 4.18 | 0.50 | 1.50 | 5.50 | 8.50 | 3.67 | 0.28 |
| 70 | 3.57 | 2.50 | 0.50 | 2.98 | 1.19 | 4.13 | 0.50 | 1.50 | 5.50 | 7.50 | 3.52 | 0.29 |
| 71 | 3.41 | 2.50 | 0.50 | 2.86 | 1.18 | 4.03 | 0.50 | 1.50 | 4.50 | 7.50 | 3.36 | 0.28 |
| 72 | 3.28 | 2.50 | 0.50 | 2.74 | 1.14 | 3.91 | 0.50 | 1.50 | 4.50 | 7.50 | 3.23 | 0.27 |
| 73 | 3.17 | 2.50 | 0.50 | 2.61 | 1.10 | 3.79 | 0.50 | 1.50 | 4.50 | 7.50 | 3.09 | 0.28 |
| 74 | 3.05 | 2.50 | 0.50 | 2.46 | 1.08 | 3.71 | 0.50 | 1.50 | 4.50 | 6.50 | 2.96 | 0.30 |
| 75 | 2.88 | 2.50 | 0.50 | 2.31 | 1.06 | 3.65 | 0.50 | 1.50 | 4.50 | 6.50 | 2.76 | 0.30 |

Table 5
Characteristics for Initially Active Men with GED, No Diploma

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|-------|------|-------|-------|-------|-------|-------|------|
| 16 | 35.50 | 36.50 | 37.50 | 10.09 | -0.57 | 3.67 | 22.50 | 29.50 | 42.50 | 47.50 | 35.45 | 0.35 |
| 17 | 35.03 | 35.50 | 36.50 | 10.03 | -0.56 | 3.64 | 22.50 | 29.50 | 41.50 | 46.50 | 34.98 | 0.35 |
| 18 | 34.54 | 35.50 | 36.50 | 9.96 | -0.54 | 3.60 | 21.50 | 28.50 | 41.50 | 46.50 | 34.48 | 0.35 |
| 19 | 34.02 | 34.50 | 35.50 | 9.88 | -0.53 | 3.55 | 21.50 | 28.50 | 40.50 | 45.50 | 33.97 | 0.35 |
| 20 | 33.53 | 34.50 | 35.50 | 9.78 | -0.51 | 3.51 | 20.50 | 27.50 | 40.50 | 45.50 | 33.48 | 0.35 |
| 21 | 32.86 | 33.50 | 34.50 | 9.69 | -0.48 | 3.45 | 20.50 | 27.50 | 39.50 | 44.50 | 32.80 | 0.34 |
| 22 | 32.14 | 32.50 | 33.50 | 9.59 | -0.46 | 3.39 | 19.50 | 26.50 | 38.50 | 43.50 | 32.09 | 0.33 |
| 23 | 31.43 | 32.50 | 32.50 | 9.49 | -0.43 | 3.33 | 19.50 | 25.50 | 38.50 | 42.50 | 31.38 | 0.33 |
| 24 | 30.69 | 31.50 | 32.50 | 9.38 | -0.40 | 3.27 | 18.50 | 25.50 | 37.50 | 41.50 | 30.65 | 0.32 |
| 25 | 29.94 | 30.50 | 31.50 | 9.28 | -0.38 | 3.22 | 17.50 | 24.50 | 36.50 | 41.50 | 29.90 | 0.32 |
| 26 | 29.21 | 29.50 | 30.50 | 9.18 | -0.36 | 3.17 | 17.50 | 23.50 | 35.50 | 40.50 | 29.17 | 0.32 |
| 27 | 28.48 | 29.50 | 29.50 | 9.08 | -0.33 | 3.13 | 16.50 | 22.50 | 34.50 | 39.50 | 28.44 | 0.32 |
| 28 | 27.76 | 28.50 | 29.50 | 8.97 | -0.31 | 3.10 | 15.50 | 22.50 | 34.50 | 38.50 | 27.72 | 0.31 |
| 29 | 27.06 | 27.50 | 28.50 | 8.85 | -0.29 | 3.07 | 15.50 | 21.50 | 33.50 | 37.50 | 27.02 | 0.31 |
| 30 | 26.35 | 26.50 | 27.50 | 8.73 | -0.27 | 3.04 | 14.50 | 20.50 | 32.50 | 36.50 | 26.31 | 0.31 |
| 31 | 25.66 | 26.50 | 26.50 | 8.61 | -0.25 | 3.02 | 14.50 | 20.50 | 31.50 | 36.50 | 25.60 | 0.31 |
| 32 | 24.96 | 25.50 | 25.50 | 8.48 | -0.22 | 2.99 | 13.50 | 19.50 | 30.50 | 35.50 | 24.91 | 0.32 |
| 33 | 24.23 | 24.50 | 24.50 | 8.35 | -0.20 | 2.97 | 13.50 | 18.50 | 30.50 | 34.50 | 24.18 | 0.31 |
| 34 | 23.48 | 23.50 | 23.50 | 8.23 | -0.18 | 2.94 | 12.50 | 18.50 | 29.50 | 33.50 | 23.43 | 0.30 |
| 35 | 22.75 | 23.50 | 22.50 | 8.11 | -0.15 | 2.92 | 12.50 | 17.50 | 28.50 | 32.50 | 22.69 | 0.30 |
| 36 | 22.01 | 22.50 | 22.50 | 7.98 | -0.12 | 2.90 | 11.50 | 16.50 | 27.50 | 31.50 | 21.96 | 0.31 |
| 37 | 21.27 | 21.50 | 21.50 | 7.85 | -0.09 | 2.88 | 10.50 | 16.50 | 26.50 | 30.50 | 21.22 | 0.31 |
| 38 | 20.52 | 20.50 | 20.50 | 7.73 | -0.06 | 2.87 | 10.50 | 15.50 | 25.50 | 30.50 | 20.47 | 0.30 |
| 39 | 19.76 | 19.50 | 20.50 | 7.60 | -0.03 | 2.85 | 9.50 | 14.50 | 25.50 | 29.50 | 19.71 | 0.30 |
| 40 | 19.03 | 19.50 | 19.50 | 7.47 | 0.00 | 2.84 | 9.50 | 13.50 | 24.50 | 28.50 | 18.97 | 0.29 |
| 41 | 18.28 | 18.50 | 18.50 | 7.34 | 0.03 | 2.82 | 8.50 | 13.50 | 23.50 | 27.50 | 18.24 | 0.29 |
| 42 | 17.53 | 17.50 | 17.50 | 7.21 | 0.07 | 2.81 | 8.50 | 12.50 | 22.50 | 26.50 | 17.48 | 0.28 |
| 43 | 16.78 | 16.50 | 16.50 | 7.08 | 0.11 | 2.81 | 7.50 | 11.50 | 21.50 | 25.50 | 16.73 | 0.28 |
| 44 | 16.04 | 15.50 | 15.50 | 6.94 | 0.15 | 2.80 | 6.50 | 11.50 | 20.50 | 24.50 | 16.00 | 0.27 |
| 45 | 15.30 | 15.50 | 14.50 | 6.81 | 0.18 | 2.80 | 6.50 | 10.50 | 20.50 | 23.50 | 15.27 | 0.26 |
| 46 | 14.57 | 14.50 | 14.50 | 6.68 | 0.22 | 2.81 | 5.50 | 9.50 | 19.50 | 23.50 | 14.54 | 0.26 |
| 47 | 13.83 | 13.50 | 13.50 | 6.55 | 0.26 | 2.82 | 5.50 | 8.50 | 18.50 | 22.50 | 13.80 | 0.26 |
| 48 | 13.11 | 12.50 | 12.50 | 6.41 | 0.30 | 2.84 | 4.50 | 8.50 | 17.50 | 21.50 | 13.07 | 0.27 |
| 49 | 12.43 | 12.50 | 11.50 | 6.27 | 0.34 | 2.87 | 4.50 | 7.50 | 16.50 | 20.50 | 12.38 | 0.27 |
| 50 | 11.75 | 11.50 | 12.50 | 6.12 | 0.38 | 2.90 | 3.50 | 7.50 | 15.50 | 19.50 | 11.71 | 0.26 |
| 51 | 11.10 | 10.50 | 12.50 | 5.98 | 0.42 | 2.95 | 3.50 | 6.50 | 15.50 | 18.50 | 11.04 | 0.26 |
| 52 | 10.48 | 10.50 | 11.50 | 5.82 | 0.46 | 3.01 | 3.50 | 5.50 | 14.50 | 17.50 | 10.42 | 0.26 |
| 53 | 9.93 | 9.50 | 10.50 | 5.65 | 0.51 | 3.09 | 2.50 | 5.50 | 13.50 | 17.50 | 9.87 | 0.25 |
| 54 | 9.42 | 9.50 | 9.50 | 5.46 | 0.56 | 3.18 | 2.50 | 5.50 | 12.50 | 16.50 | 9.34 | 0.24 |
| 55 | 8.94 | 8.50 | 8.50 | 5.27 | 0.61 | 3.30 | 2.50 | 4.50 | 12.50 | 15.50 | 8.88 | 0.24 |
| 56 | 8.47 | 8.50 | 7.50 | 5.09 | 0.67 | 3.43 | 2.50 | 4.50 | 11.50 | 15.50 | 8.40 | 0.22 |
| 57 | 8.01 | 7.50 | 8.50 | 4.90 | 0.73 | 3.59 | 1.50 | 4.50 | 10.50 | 14.50 | 7.93 | 0.21 |
| 58 | 7.56 | 7.50 | 7.50 | 4.71 | 0.81 | 3.77 | 1.50 | 4.50 | 10.50 | 13.50 | 7.51 | 0.23 |
| 59 | 7.11 | 6.50 | 6.50 | 4.54 | 0.89 | 3.96 | 1.50 | 3.50 | 9.50 | 13.50 | 7.06 | 0.22 |
| 60 | 6.66 | 6.50 | 5.50 | 4.37 | 0.99 | 4.18 | 1.50 | 3.50 | 8.50 | 12.50 | 6.61 | 0.23 |
| 61 | 6.21 | 5.50 | 5.50 | 4.21 | 1.09 | 4.40 | 1.50 | 3.50 | 8.50 | 11.50 | 6.15 | 0.21 |
| 62 | 5.73 | 4.50 | 4.50 | 4.07 | 1.19 | 4.62 | 1.50 | 2.50 | 7.50 | 11.50 | 5.67 | 0.21 |
| 63 | 5.28 | 4.50 | 3.50 | 3.95 | 1.28 | 4.83 | 1.50 | 2.50 | 7.50 | 10.50 | 5.24 | 0.20 |
| 64 | 4.88 | 3.50 | 2.50 | 3.83 | 1.38 | 5.04 | 0.50 | 2.50 | 6.50 | 10.50 | 4.84 | 0.21 |
| 65 | 4.45 | 3.50 | 1.50 | 3.75 | 1.46 | 5.17 | 0.50 | 1.50 | 6.50 | 9.50 | 4.40 | 0.22 |
| 66 | 4.13 | 3.50 | 0.50 | 3.69 | 1.51 | 5.23 | 0.50 | 1.50 | 5.50 | 9.50 | 4.09 | 0.24 |
| 67 | 3.92 | 2.50 | 0.50 | 3.66 | 1.53 | 5.15 | 0.50 | 1.50 | 5.50 | 9.50 | 3.90 | 0.25 |
| 68 | 3.80 | 2.50 | 0.50 | 3.65 | 1.51 | 4.92 | 0.50 | 1.50 | 5.50 | 9.50 | 3.77 | 0.26 |
| 69 | 3.77 | 2.50 | 0.50 | 3.67 | 1.44 | 4.50 | 0.50 | 1.50 | 5.50 | 9.50 | 3.74 | 0.29 |
| 70 | 3.82 | 2.50 | 0.50 | 3.71 | 1.30 | 3.95 | 0.50 | 1.50 | 5.50 | 9.50 | 3.81 | 0.33 |
| 71 | 3.96 | 2.50 | 0.50 | 3.74 | 1.11 | 3.33 | 0.50 | 0.50 | 6.50 | 10.50 | 3.94 | 0.36 |
| 72 | 4.28 | 3.50 | 0.50 | 3.70 | 0.87 | 2.77 | 0.50 | 1.50 | 6.50 | 10.50 | 4.18 | 0.41 |
| 73 | 4.50 | 3.50 | 0.50 | 3.55 | 0.68 | 2.46 | 0.50 | 1.50 | 7.50 | 9.50 | 4.33 | 0.42 |
| 74 | 4.48 | 3.50 | 0.50 | 3.33 | 0.56 | 2.34 | 0.50 | 1.50 | 7.50 | 9.50 | 4.29 | 0.45 |
| 75 | 4.40 | 3.50 | 0.50 | 3.07 | 0.47 | 2.33 | 0.50 | 1.50 | 6.50 | 8.50 | 4.16 | 0.43 |

**Skoog, Ciecka & Krueger**                                          185

Table 6
Characteristics for Initially Active Men with High School Diploma

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|----------|--------|------|------|-------|------|-------|-------|-------|-------|-------|------|
| 17 | 39.45 | 40.50 | 42.50 | 9.77 | -0.99 | 4.79 | 27.50 | 34.50 | 45.50 | 50.50 | 39.47 | 0.35 |
| 18 | 38.72 | 40.50 | 41.50 | 9.68 | -0.97 | 4.73 | 26.50 | 33.50 | 45.50 | 49.50 | 38.75 | 0.35 |
| 19 | 38.00 | 39.50 | 41.50 | 9.58 | -0.95 | 4.66 | 26.50 | 33.50 | 44.50 | 48.50 | 38.02 | 0.35 |
| 20 | 37.28 | 38.50 | 40.50 | 9.47 | -0.92 | 4.58 | 25.50 | 32.50 | 43.50 | 47.50 | 37.30 | 0.34 |
| 21 | 36.60 | 37.50 | 39.50 | 9.34 | -0.90 | 4.50 | 24.50 | 31.50 | 42.50 | 46.50 | 36.62 | 0.33 |
| 22 | 35.90 | 37.50 | 39.50 | 9.21 | -0.86 | 4.41 | 24.50 | 31.50 | 42.50 | 46.50 | 35.94 | 0.33 |
| 23 | 35.18 | 36.50 | 38.50 | 9.07 | -0.83 | 4.31 | 23.50 | 30.50 | 41.50 | 45.50 | 35.21 | 0.33 |
| 24 | 34.43 | 35.50 | 37.50 | 8.94 | -0.79 | 4.21 | 22.50 | 29.50 | 40.50 | 44.50 | 34.46 | 0.33 |
| 25 | 33.64 | 34.50 | 36.50 | 8.82 | -0.76 | 4.10 | 22.50 | 28.50 | 39.50 | 43.50 | 33.68 | 0.33 |
| 26 | 32.84 | 33.50 | 35.50 | 8.70 | -0.72 | 4.00 | 21.50 | 28.50 | 38.50 | 42.50 | 32.87 | 0.33 |
| 27 | 32.04 | 33.50 | 34.50 | 8.59 | -0.69 | 3.90 | 20.50 | 27.50 | 37.50 | 41.50 | 32.06 | 0.32 |
| 28 | 31.22 | 32.50 | 33.50 | 8.48 | -0.66 | 3.81 | 20.50 | 26.50 | 36.50 | 40.50 | 31.25 | 0.32 |
| 29 | 30.40 | 31.50 | 33.50 | 8.37 | -0.63 | 3.73 | 19.50 | 25.50 | 35.50 | 40.50 | 30.42 | 0.32 |
| 30 | 29.57 | 30.50 | 32.50 | 8.27 | -0.59 | 3.65 | 18.50 | 24.50 | 35.50 | 39.50 | 29.59 | 0.32 |
| 31 | 28.74 | 29.50 | 31.50 | 8.16 | -0.56 | 3.57 | 17.50 | 24.50 | 34.50 | 38.50 | 28.76 | 0.32 |
| 32 | 27.90 | 28.50 | 30.50 | 8.06 | -0.53 | 3.50 | 17.50 | 23.50 | 33.50 | 37.50 | 27.93 | 0.32 |
| 33 | 27.07 | 27.50 | 29.50 | 7.96 | -0.50 | 3.44 | 16.50 | 22.50 | 32.50 | 36.50 | 27.08 | 0.31 |
| 34 | 26.22 | 27.50 | 28.50 | 7.86 | -0.47 | 3.37 | 15.50 | 21.50 | 31.50 | 35.50 | 26.24 | 0.31 |
| 35 | 25.37 | 26.50 | 27.50 | 7.76 | -0.44 | 3.31 | 14.50 | 20.50 | 30.50 | 34.50 | 25.38 | 0.30 |
| 36 | 24.51 | 25.50 | 26.50 | 7.66 | -0.41 | 3.26 | 14.50 | 19.50 | 29.50 | 33.50 | 24.52 | 0.30 |
| 37 | 23.66 | 24.50 | 25.50 | 7.57 | -0.38 | 3.20 | 13.50 | 19.50 | 28.50 | 32.50 | 23.66 | 0.29 |
| 38 | 22.81 | 23.50 | 24.50 | 7.47 | -0.35 | 3.16 | 12.50 | 18.50 | 27.50 | 31.50 | 22.81 | 0.29 |
| 39 | 21.97 | 22.50 | 23.50 | 7.36 | -0.32 | 3.11 | 12.50 | 17.50 | 26.50 | 30.50 | 21.97 | 0.29 |
| 40 | 21.14 | 21.50 | 22.50 | 7.25 | -0.29 | 3.07 | 11.50 | 16.50 | 25.50 | 29.50 | 21.13 | 0.29 |
| 41 | 20.31 | 20.50 | 21.50 | 7.14 | -0.25 | 3.04 | 10.50 | 15.50 | 25.50 | 28.50 | 20.31 | 0.28 |
| 42 | 19.50 | 19.50 | 20.50 | 7.02 | -0.22 | 3.00 | 10.50 | 15.50 | 24.50 | 28.50 | 19.49 | 0.28 |
| 43 | 18.70 | 19.50 | 19.50 | 6.89 | -0.18 | 2.98 | 9.50 | 14.50 | 23.50 | 27.50 | 18.69 | 0.28 |
| 44 | 17.92 | 18.50 | 18.50 | 6.75 | -0.14 | 2.95 | 8.50 | 13.50 | 22.50 | 26.50 | 17.91 | 0.27 |
| 45 | 17.14 | 17.50 | 18.50 | 6.61 | -0.10 | 2.93 | 8.50 | 12.50 | 21.50 | 25.50 | 17.12 | 0.27 |
| 46 | 16.36 | 16.50 | 17.50 | 6.47 | -0.05 | 2.91 | 7.50 | 12.50 | 20.50 | 24.50 | 16.35 | 0.26 |
| 47 | 15.58 | 15.50 | 16.50 | 6.33 | 0.00 | 2.90 | 7.50 | 11.50 | 19.50 | 23.50 | 15.58 | 0.27 |
| 48 | 14.81 | 14.50 | 15.50 | 6.18 | 0.05 | 2.90 | 6.50 | 10.50 | 18.50 | 22.50 | 14.81 | 0.26 |
| 49 | 14.04 | 14.50 | 14.50 | 6.03 | 0.10 | 2.90 | 5.50 | 10.50 | 17.50 | 21.50 | 14.05 | 0.26 |
| 50 | 13.29 | 13.50 | 13.50 | 5.88 | 0.16 | 2.91 | 5.50 | 9.50 | 17.50 | 20.50 | 13.29 | 0.25 |
| 51 | 12.54 | 12.50 | 12.50 | 5.72 | 0.22 | 2.92 | 4.50 | 8.50 | 16.50 | 19.50 | 12.55 | 0.26 |
| 52 | 11.80 | 11.50 | 11.50 | 5.57 | 0.28 | 2.95 | 4.50 | 7.50 | 15.50 | 19.50 | 11.82 | 0.25 |
| 53 | 11.09 | 10.50 | 10.50 | 5.41 | 0.35 | 2.99 | 4.50 | 7.50 | 14.50 | 18.50 | 11.10 | 0.25 |
| 54 | 10.39 | 10.50 | 9.50 | 5.24 | 0.42 | 3.04 | 3.50 | 6.50 | 13.50 | 17.50 | 10.41 | 0.24 |
| 55 | 9.71 | 9.50 | 8.50 | 5.08 | 0.49 | 3.10 | 3.50 | 6.50 | 12.50 | 16.50 | 9.73 | 0.25 |
| 56 | 9.04 | 8.50 | 7.50 | 4.92 | 0.56 | 3.17 | 2.50 | 5.50 | 12.50 | 15.50 | 9.06 | 0.25 |
| 57 | 8.39 | 7.50 | 7.50 | 4.76 | 0.64 | 3.25 | 2.50 | 4.50 | 11.50 | 14.50 | 8.40 | 0.24 |
| 58 | 7.75 | 7.50 | 6.50 | 4.61 | 0.71 | 3.34 | 2.50 | 4.50 | 10.50 | 14.50 | 7.77 | 0.25 |
| 59 | 7.16 | 6.50 | 5.50 | 4.46 | 0.78 | 3.44 | 1.50 | 3.50 | 9.50 | 13.50 | 7.18 | 0.24 |
| 60 | 6.61 | 5.50 | 4.50 | 4.32 | 0.84 | 3.54 | 1.50 | 3.50 | 9.50 | 12.50 | 6.63 | 0.24 |
| 61 | 6.11 | 5.50 | 3.50 | 4.18 | 0.91 | 3.65 | 1.50 | 2.50 | 8.50 | 11.50 | 6.12 | 0.24 |
| 62 | 5.67 | 4.50 | 2.50 | 4.04 | 0.96 | 3.75 | 1.50 | 2.50 | 7.50 | 11.50 | 5.69 | 0.25 |
| 63 | 5.30 | 4.50 | 2.50 | 3.90 | 1.01 | 3.84 | 0.50 | 2.50 | 7.50 | 10.50 | 5.35 | 0.24 |
| 64 | 4.98 | 4.50 | 1.50 | 3.78 | 1.05 | 3.91 | 0.50 | 2.50 | 7.50 | 10.50 | 5.03 | 0.24 |
| 65 | 4.72 | 3.50 | 0.50 | 3.65 | 1.08 | 3.96 | 0.50 | 1.50 | 6.50 | 9.50 | 4.76 | 0.22 |
| 66 | 4.49 | 3.50 | 0.50 | 3.53 | 1.10 | 3.99 | 0.50 | 1.50 | 6.50 | 9.50 | 4.53 | 0.25 |
| 67 | 4.28 | 3.50 | 0.50 | 3.41 | 1.12 | 4.00 | 0.50 | 1.50 | 6.50 | 9.50 | 4.31 | 0.26 |
| 68 | 4.09 | 3.50 | 0.50 | 3.30 | 1.13 | 3.99 | 0.50 | 1.50 | 5.50 | 8.50 | 4.13 | 0.27 |
| 69 | 3.92 | 3.50 | 0.50 | 3.18 | 1.13 | 3.95 | 0.50 | 1.50 | 5.50 | 8.50 | 3.95 | 0.27 |
| 70 | 3.74 | 2.50 | 0.50 | 3.07 | 1.12 | 3.88 | 0.50 | 1.50 | 5.50 | 8.50 | 3.78 | 0.28 |
| 71 | 3.60 | 2.50 | 0.50 | 2.95 | 1.09 | 3.78 | 0.50 | 1.50 | 5.50 | 7.50 | 3.59 | 0.29 |
| 72 | 3.48 | 2.50 | 0.50 | 2.83 | 1.06 | 3.67 | 0.50 | 1.50 | 5.50 | 7.50 | 3.49 | 0.31 |
| 73 | 3.37 | 2.50 | 0.50 | 2.68 | 1.03 | 3.60 | 0.50 | 1.50 | 4.50 | 7.50 | 3.37 | 0.33 |
| 74 | 3.20 | 2.50 | 0.50 | 2.52 | 1.02 | 3.56 | 0.50 | 1.50 | 4.50 | 6.50 | 3.20 | 0.35 |
| 75 | 2.99 | 2.50 | 0.50 | 2.38 | 1.02 | 3.51 | 0.50 | 1.50 | 4.50 | 6.50 | 3.00 | 0.34 |

186                    JOURNAL OF FORENSIC ECONOMICS

Table 7
Characteristics for Initially Active Men with Some College, No Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | 38.88 | 40.50 | 41.50 | 9.60 | -1.00 | 4.89 | 27.50 | 34.50 | 45.50 | 49.50 | 38.86 | 0.35 |
| 19 | 38.25 | 39.50 | 41.50 | 9.49 | -0.98 | 4.82 | 26.50 | 33.50 | 44.50 | 48.50 | 38.23 | 0.35 |
| 20 | 37.59 | 38.50 | 40.50 | 9.37 | -0.96 | 4.74 | 26.50 | 32.50 | 43.50 | 48.50 | 37.57 | 0.35 |
| 21 | 36.96 | 38.50 | 39.50 | 9.25 | -0.93 | 4.66 | 25.50 | 32.50 | 43.50 | 47.50 | 36.94 | 0.35 |
| 22 | 36.30 | 37.50 | 38.50 | 9.12 | -0.90 | 4.55 | 25.50 | 31.50 | 42.50 | 46.50 | 36.29 | 0.35 |
| 23 | 35.60 | 36.50 | 38.50 | 8.98 | -0.86 | 4.44 | 24.50 | 30.50 | 41.50 | 45.50 | 35.60 | 0.34 |
| 24 | 34.88 | 35.50 | 37.50 | 8.85 | -0.82 | 4.31 | 23.50 | 30.50 | 40.50 | 44.50 | 34.88 | 0.33 |
| 25 | 34.13 | 35.50 | 36.50 | 8.73 | -0.78 | 4.19 | 23.50 | 29.50 | 40.50 | 44.50 | 34.12 | 0.33 |
| 26 | 33.34 | 34.50 | 36.50 | 8.61 | -0.74 | 4.07 | 22.50 | 28.50 | 39.50 | 43.50 | 33.33 | 0.32 |
| 27 | 32.51 | 33.50 | 35.50 | 8.51 | -0.70 | 3.95 | 21.50 | 27.50 | 38.50 | 42.50 | 32.50 | 0.32 |
| 28 | 31.67 | 32.50 | 34.50 | 8.41 | -0.67 | 3.84 | 20.50 | 26.50 | 37.50 | 41.50 | 31.66 | 0.32 |
| 29 | 30.82 | 31.50 | 33.50 | 8.31 | -0.63 | 3.73 | 20.50 | 26.50 | 36.50 | 40.50 | 30.81 | 0.31 |
| 30 | 29.97 | 30.50 | 32.50 | 8.22 | -0.60 | 3.63 | 19.50 | 25.50 | 35.50 | 39.50 | 29.95 | 0.31 |
| 31 | 29.10 | 29.50 | 31.50 | 8.13 | -0.56 | 3.53 | 18.50 | 24.50 | 34.50 | 38.50 | 29.09 | 0.30 |
| 32 | 28.23 | 28.50 | 30.50 | 8.04 | -0.53 | 3.44 | 17.50 | 23.50 | 33.50 | 37.50 | 28.22 | 0.30 |
| 33 | 27.35 | 28.50 | 29.50 | 7.95 | -0.50 | 3.36 | 16.50 | 22.50 | 32.50 | 36.50 | 27.35 | 0.30 |
| 34 | 26.49 | 27.50 | 28.50 | 7.86 | -0.47 | 3.28 | 16.50 | 21.50 | 31.50 | 35.50 | 26.48 | 0.30 |
| 35 | 25.62 | 26.50 | 27.50 | 7.78 | -0.43 | 3.21 | 15.50 | 20.50 | 30.50 | 34.50 | 25.61 | 0.30 |
| 36 | 24.74 | 25.50 | 26.50 | 7.69 | -0.40 | 3.14 | 14.50 | 20.50 | 30.50 | 34.50 | 24.74 | 0.30 |
| 37 | 23.87 | 24.50 | 25.50 | 7.60 | -0.37 | 3.08 | 13.50 | 19.50 | 29.50 | 33.50 | 23.87 | 0.29 |
| 38 | 23.00 | 23.50 | 24.50 | 7.51 | -0.34 | 3.02 | 12.50 | 18.50 | 28.50 | 32.50 | 22.99 | 0.29 |
| 39 | 22.13 | 22.50 | 23.50 | 7.42 | -0.31 | 2.97 | 12.50 | 17.50 | 27.50 | 31.50 | 22.13 | 0.30 |
| 40 | 21.28 | 21.50 | 23.50 | 7.32 | -0.28 | 2.92 | 11.50 | 16.50 | 26.50 | 30.50 | 21.27 | 0.29 |
| 41 | 20.42 | 20.50 | 22.50 | 7.22 | -0.25 | 2.87 | 10.50 | 15.50 | 25.50 | 29.50 | 20.41 | 0.29 |
| 42 | 19.58 | 20.50 | 21.50 | 7.11 | -0.21 | 2.83 | 9.50 | 14.50 | 24.50 | 28.50 | 19.57 | 0.29 |
| 43 | 18.75 | 19.50 | 20.50 | 7.00 | -0.18 | 2.79 | 9.50 | 14.50 | 23.50 | 27.50 | 18.74 | 0.29 |
| 44 | 17.94 | 18.50 | 19.50 | 6.88 | -0.14 | 2.75 | 8.50 | 13.50 | 22.50 | 26.50 | 17.92 | 0.29 |
| 45 | 17.14 | 17.50 | 18.50 | 6.75 | -0.11 | 2.72 | 7.50 | 12.50 | 21.50 | 25.50 | 17.12 | 0.29 |
| 46 | 16.35 | 16.50 | 17.50 | 6.61 | -0.07 | 2.70 | 7.50 | 11.50 | 20.50 | 24.50 | 16.33 | 0.28 |
| 47 | 15.56 | 15.50 | 16.50 | 6.48 | -0.03 | 2.67 | 6.50 | 11.50 | 20.50 | 23.50 | 15.54 | 0.28 |
| 48 | 14.78 | 14.50 | 15.50 | 6.34 | 0.02 | 2.66 | 6.50 | 10.50 | 19.50 | 22.50 | 14.76 | 0.27 |
| 49 | 14.03 | 14.50 | 14.50 | 6.19 | 0.06 | 2.65 | 5.50 | 9.50 | 18.50 | 22.50 | 14.00 | 0.27 |
| 50 | 13.29 | 13.50 | 13.50 | 6.04 | 0.10 | 2.65 | 5.50 | 9.50 | 17.50 | 21.50 | 13.26 | 0.27 |
| 51 | 12.56 | 12.50 | 12.50 | 5.88 | 0.15 | 2.65 | 4.50 | 8.50 | 16.50 | 20.50 | 12.52 | 0.27 |
| 52 | 11.86 | 11.50 | 11.50 | 5.72 | 0.20 | 2.66 | 4.50 | 7.50 | 15.50 | 19.50 | 11.82 | 0.26 |
| 53 | 11.17 | 10.50 | 10.50 | 5.55 | 0.25 | 2.69 | 3.50 | 7.50 | 14.50 | 18.50 | 11.13 | 0.26 |
| 54 | 10.51 | 10.50 | 9.50 | 5.38 | 0.30 | 2.72 | 3.50 | 6.50 | 14.50 | 17.50 | 10.47 | 0.25 |
| 55 | 9.88 | 9.50 | 8.50 | 5.20 | 0.35 | 2.76 | 3.50 | 5.50 | 13.50 | 16.50 | 9.84 | 0.25 |
| 56 | 9.26 | 8.50 | 7.50 | 5.02 | 0.41 | 2.80 | 2.50 | 5.50 | 12.50 | 16.50 | 9.22 | 0.24 |
| 57 | 8.65 | 8.50 | 6.50 | 4.84 | 0.47 | 2.86 | 2.50 | 4.50 | 11.50 | 15.50 | 8.61 | 0.23 |
| 58 | 8.06 | 7.50 | 6.50 | 4.67 | 0.53 | 2.93 | 2.50 | 4.50 | 11.50 | 14.50 | 8.02 | 0.23 |
| 59 | 7.50 | 7.50 | 5.50 | 4.50 | 0.59 | 3.00 | 1.50 | 4.50 | 10.50 | 13.50 | 7.46 | 0.22 |
| 60 | 6.97 | 6.50 | 4.50 | 4.33 | 0.64 | 3.08 | 1.50 | 3.50 | 9.50 | 12.50 | 6.92 | 0.22 |
| 61 | 6.47 | 5.50 | 4.50 | 4.15 | 0.70 | 3.17 | 1.50 | 3.50 | 9.50 | 12.50 | 6.42 | 0.22 |
| 62 | 6.00 | 5.50 | 3.50 | 3.99 | 0.75 | 3.27 | 1.50 | 2.50 | 8.50 | 11.50 | 5.95 | 0.24 |
| 63 | 5.59 | 4.50 | 3.50 | 3.82 | 0.80 | 3.38 | 1.50 | 2.50 | 7.50 | 10.50 | 5.53 | 0.24 |
| 64 | 5.23 | 4.50 | 2.50 | 3.65 | 0.86 | 3.50 | 0.50 | 2.50 | 7.50 | 10.50 | 5.19 | 0.23 |
| 65 | 4.89 | 4.50 | 2.50 | 3.48 | 0.91 | 3.62 | 0.50 | 2.50 | 6.50 | 9.50 | 4.84 | 0.25 |
| 66 | 4.55 | 3.50 | 1.50 | 3.32 | 0.96 | 3.75 | 0.50 | 1.50 | 6.50 | 9.50 | 4.51 | 0.24 |
| 67 | 4.24 | 3.50 | 1.50 | 3.17 | 1.01 | 3.88 | 0.50 | 1.50 | 6.50 | 8.50 | 4.23 | 0.26 |
| 68 | 3.97 | 3.50 | 0.50 | 3.03 | 1.06 | 4.01 | 0.50 | 1.50 | 5.50 | 8.50 | 3.94 | 0.28 |
| 69 | 3.74 | 3.50 | 0.50 | 2.88 | 1.11 | 4.15 | 0.50 | 1.50 | 5.50 | 7.50 | 3.70 | 0.26 |
| 70 | 3.49 | 2.50 | 0.50 | 2.73 | 1.16 | 4.30 | 0.50 | 1.50 | 4.50 | 7.50 | 3.45 | 0.28 |
| 71 | 3.23 | 2.50 | 0.50 | 2.61 | 1.21 | 4.40 | 0.50 | 1.50 | 4.50 | 6.50 | 3.19 | 0.29 |
| 72 | 3.03 | 2.50 | 0.50 | 2.49 | 1.24 | 4.46 | 0.50 | 1.50 | 4.50 | 6.50 | 2.99 | 0.29 |
| 73 | 2.86 | 2.50 | 0.50 | 2.37 | 1.26 | 4.47 | 0.50 | 0.50 | 4.50 | 6.50 | 2.80 | 0.33 |
| 74 | 2.69 | 2.50 | 0.50 | 2.26 | 1.27 | 4.41 | 0.50 | 0.50 | 3.50 | 5.50 | 2.65 | 0.37 |
| 75 | 2.57 | 1.50 | 0.50 | 2.16 | 1.24 | 4.28 | 0.50 | 0.50 | 3.50 | 5.50 | 2.51 | 0.34 |

**Skoog, Ciecka & Krueger**                    187

Table 8
Characteristics for Initially Active Men with Associate's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|----------|--------|------|------|-------|------|-------|-------|-------|-------|-------|------|
| 19 | 40.12 | 41.50 | 42.50 | 9.71 | -0.98 | 5.06 | 28.50 | 35.50 | 46.50 | 50.50 | 40.12 | 0.32 |
| 20 | 39.27 | 40.50 | 41.50 | 9.60 | -0.95 | 4.95 | 27.50 | 34.50 | 45.50 | 49.50 | 39.28 | 0.32 |
| 21 | 38.46 | 39.50 | 40.50 | 9.49 | -0.91 | 4.84 | 27.50 | 33.50 | 44.50 | 49.50 | 38.47 | 0.33 |
| 22 | 37.68 | 38.50 | 40.50 | 9.36 | -0.87 | 4.72 | 26.50 | 32.50 | 43.50 | 48.50 | 37.67 | 0.32 |
| 23 | 36.90 | 37.50 | 39.50 | 9.23 | -0.83 | 4.59 | 25.50 | 32.50 | 42.50 | 47.50 | 36.88 | 0.32 |
| 24 | 36.09 | 37.50 | 38.50 | 9.11 | -0.78 | 4.45 | 24.50 | 31.50 | 42.50 | 46.50 | 36.08 | 0.32 |
| 25 | 35.27 | 36.50 | 37.50 | 8.99 | -0.73 | 4.32 | 24.50 | 30.50 | 41.50 | 45.50 | 35.26 | 0.32 |
| 26 | 34.44 | 35.50 | 36.50 | 8.87 | -0.69 | 4.20 | 23.50 | 29.50 | 40.50 | 44.50 | 34.43 | 0.32 |
| 27 | 33.60 | 34.50 | 35.50 | 8.77 | -0.65 | 4.08 | 22.50 | 28.50 | 39.50 | 43.50 | 33.59 | 0.32 |
| 28 | 32.75 | 33.50 | 34.50 | 8.66 | -0.61 | 3.97 | 21.50 | 27.50 | 38.50 | 42.50 | 32.73 | 0.32 |
| 29 | 31.88 | 32.50 | 33.50 | 8.57 | -0.57 | 3.86 | 21.50 | 27.50 | 37.50 | 41.50 | 31.87 | 0.32 |
| 30 | 31.02 | 31.50 | 32.50 | 8.47 | -0.53 | 3.76 | 20.50 | 26.50 | 36.50 | 40.50 | 31.00 | 0.31 |
| 31 | 30.15 | 30.50 | 31.50 | 8.38 | -0.50 | 3.67 | 19.50 | 25.50 | 35.50 | 40.50 | 30.14 | 0.31 |
| 32 | 29.27 | 29.50 | 30.50 | 8.29 | -0.46 | 3.58 | 18.50 | 24.50 | 34.50 | 39.50 | 29.25 | 0.30 |
| 33 | 28.37 | 28.50 | 29.50 | 8.21 | -0.42 | 3.50 | 17.50 | 23.50 | 33.50 | 38.50 | 28.36 | 0.30 |
| 34 | 27.48 | 28.50 | 28.50 | 8.12 | -0.39 | 3.42 | 17.50 | 22.50 | 32.50 | 37.50 | 27.46 | 0.30 |
| 35 | 26.58 | 27.50 | 27.50 | 8.04 | -0.35 | 3.35 | 16.50 | 21.50 | 31.50 | 36.50 | 26.57 | 0.30 |
| 36 | 25.69 | 26.50 | 26.50 | 7.96 | -0.32 | 3.28 | 15.50 | 20.50 | 31.50 | 35.50 | 25.68 | 0.30 |
| 37 | 24.81 | 25.50 | 25.50 | 7.88 | -0.29 | 3.22 | 14.50 | 19.50 | 30.50 | 34.50 | 24.80 | 0.30 |
| 38 | 23.93 | 24.50 | 24.50 | 7.79 | -0.26 | 3.17 | 13.50 | 19.50 | 29.50 | 33.50 | 23.92 | 0.30 |
| 39 | 23.06 | 23.50 | 23.50 | 7.70 | -0.22 | 3.12 | 12.50 | 18.50 | 28.50 | 32.50 | 23.05 | 0.30 |
| 40 | 22.21 | 22.50 | 22.50 | 7.60 | -0.19 | 3.07 | 12.50 | 17.50 | 27.50 | 31.50 | 22.19 | 0.30 |
| 41 | 21.36 | 21.50 | 21.50 | 7.50 | -0.15 | 3.03 | 11.50 | 16.50 | 26.50 | 30.50 | 21.36 | 0.30 |
| 42 | 20.52 | 20.50 | 20.50 | 7.39 | -0.11 | 2.99 | 10.50 | 15.50 | 25.50 | 29.50 | 20.52 | 0.30 |
| 43 | 19.68 | 19.50 | 20.50 | 7.29 | -0.08 | 2.95 | 10.50 | 14.50 | 24.50 | 28.50 | 19.67 | 0.30 |
| 44 | 18.84 | 19.50 | 19.50 | 7.18 | -0.04 | 2.92 | 9.50 | 14.50 | 23.50 | 27.50 | 18.83 | 0.30 |
| 45 | 18.00 | 18.50 | 18.50 | 7.07 | 0.00 | 2.89 | 8.50 | 13.50 | 22.50 | 26.50 | 17.99 | 0.30 |
| 46 | 17.17 | 17.50 | 17.50 | 6.96 | 0.04 | 2.87 | 7.50 | 12.50 | 21.50 | 25.50 | 17.17 | 0.31 |
| 47 | 16.35 | 16.50 | 16.50 | 6.84 | 0.09 | 2.85 | 7.50 | 11.50 | 20.50 | 25.50 | 16.35 | 0.30 |
| 48 | 15.55 | 15.50 | 15.50 | 6.72 | 0.13 | 2.84 | 6.50 | 10.50 | 20.50 | 24.50 | 15.54 | 0.30 |
| 49 | 14.76 | 14.50 | 14.50 | 6.59 | 0.17 | 2.84 | 6.50 | 10.50 | 19.50 | 23.50 | 14.76 | 0.31 |
| 50 | 13.98 | 13.50 | 13.50 | 6.45 | 0.22 | 2.85 | 5.50 | 9.50 | 18.50 | 22.50 | 13.99 | 0.29 |
| 51 | 13.22 | 13.50 | 12.50 | 6.31 | 0.27 | 2.86 | 4.50 | 8.50 | 17.50 | 21.50 | 13.23 | 0.29 |
| 52 | 12.48 | 12.50 | 11.50 | 6.17 | 0.32 | 2.89 | 4.50 | 8.50 | 16.50 | 20.50 | 12.48 | 0.28 |
| 53 | 11.77 | 11.50 | 10.50 | 6.01 | 0.37 | 2.92 | 3.50 | 7.50 | 15.50 | 19.50 | 11.77 | 0.28 |
| 54 | 11.10 | 10.50 | 9.50 | 5.85 | 0.43 | 2.97 | 3.50 | 6.50 | 14.50 | 18.50 | 11.10 | 0.28 |
| 55 | 10.44 | 10.50 | 8.50 | 5.68 | 0.49 | 3.03 | 3.50 | 6.50 | 14.50 | 17.50 | 10.45 | 0.28 |
| 56 | 9.80 | 9.50 | 7.50 | 5.52 | 0.55 | 3.10 | 2.50 | 5.50 | 13.50 | 17.50 | 9.81 | 0.28 |
| 57 | 9.19 | 8.50 | 6.50 | 5.35 | 0.61 | 3.18 | 2.50 | 5.50 | 12.50 | 16.50 | 9.20 | 0.28 |
| 58 | 8.61 | 8.50 | 5.50 | 5.18 | 0.67 | 3.27 | 2.50 | 4.50 | 11.50 | 15.50 | 8.61 | 0.28 |
| 59 | 8.06 | 7.50 | 5.50 | 5.01 | 0.73 | 3.36 | 2.50 | 4.50 | 11.50 | 14.50 | 8.06 | 0.27 |
| 60 | 7.52 | 6.50 | 4.50 | 4.85 | 0.80 | 3.46 | 1.50 | 3.50 | 10.50 | 14.50 | 7.51 | 0.28 |
| 61 | 6.99 | 6.50 | 6.50 | 4.70 | 0.85 | 3.57 | 1.50 | 3.50 | 9.50 | 13.50 | 7.00 | 0.28 |
| 62 | 6.54 | 5.50 | 5.50 | 4.55 | 0.91 | 3.68 | 1.50 | 2.50 | 9.50 | 12.50 | 6.56 | 0.28 |
| 63 | 6.15 | 5.50 | 4.50 | 4.39 | 0.97 | 3.80 | 1.50 | 2.50 | 8.50 | 12.50 | 6.17 | 0.29 |
| 64 | 5.79 | 4.50 | 3.50 | 4.23 | 1.03 | 3.92 | 1.50 | 2.50 | 8.50 | 11.50 | 5.80 | 0.28 |
| 65 | 5.44 | 4.50 | 2.50 | 4.09 | 1.09 | 4.04 | 0.50 | 2.50 | 7.50 | 11.50 | 5.43 | 0.29 |
| 66 | 5.09 | 4.50 | 1.50 | 3.96 | 1.14 | 4.12 | 0.50 | 1.50 | 7.50 | 10.50 | 5.07 | 0.30 |
| 67 | 4.77 | 3.50 | 0.50 | 3.84 | 1.18 | 4.17 | 0.50 | 1.50 | 6.50 | 10.50 | 4.73 | 0.30 |
| 68 | 4.57 | 3.50 | 0.50 | 3.72 | 1.21 | 4.19 | 0.50 | 1.50 | 6.50 | 9.50 | 4.53 | 0.30 |
| 69 | 4.32 | 3.50 | 0.50 | 3.61 | 1.24 | 4.15 | 0.50 | 1.50 | 6.50 | 9.50 | 4.31 | 0.31 |
| 70 | 4.08 | 3.50 | 0.50 | 3.53 | 1.24 | 4.04 | 0.50 | 1.50 | 5.50 | 9.50 | 4.09 | 0.33 |
| 71 | 3.92 | 2.50 | 0.50 | 3.45 | 1.20 | 3.83 | 0.50 | 1.50 | 5.50 | 9.50 | 3.95 | 0.34 |
| 72 | 3.83 | 2.50 | 0.50 | 3.37 | 1.12 | 3.53 | 0.50 | 1.50 | 5.50 | 9.50 | 3.80 | 0.38 |
| 73 | 3.80 | 2.50 | 0.50 | 3.28 | 1.01 | 3.21 | 0.50 | 1.50 | 5.50 | 8.50 | 3.74 | 0.41 |
| 74 | 3.85 | 2.50 | 0.50 | 3.14 | 0.88 | 2.94 | 0.50 | 1.50 | 5.50 | 8.50 | 3.81 | 0.46 |
| 75 | 3.76 | 2.50 | 0.50 | 2.96 | 0.79 | 2.77 | 0.50 | 1.50 | 5.50 | 8.50 | 3.65 | 0.44 |

Table 9
Characteristics for Initially Active Men with Bachelor's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 40.07 | 41.50 | 42.50 | 9.07 | -1.33 | 6.30 | 29.50 | 36.50 | 45.50 | 49.50 | 40.12 | 0.30 |
| 21 | 39.53 | 40.50 | 42.50 | 8.92 | -1.31 | 6.23 | 29.50 | 35.50 | 45.50 | 48.50 | 39.57 | 0.30 |
| 22 | 38.83 | 40.50 | 41.50 | 8.77 | -1.27 | 6.11 | 28.50 | 35.50 | 44.50 | 48.50 | 38.87 | 0.30 |
| 23 | 38.06 | 39.50 | 40.50 | 8.62 | -1.22 | 5.95 | 28.50 | 34.50 | 43.50 | 47.50 | 38.11 | 0.30 |
| 24 | 37.31 | 38.50 | 39.50 | 8.48 | -1.17 | 5.79 | 27.50 | 33.50 | 42.50 | 46.50 | 37.34 | 0.30 |
| 25 | 36.51 | 37.50 | 38.50 | 8.34 | -1.12 | 5.61 | 26.50 | 32.50 | 41.50 | 45.50 | 36.54 | 0.30 |
| 26 | 35.67 | 36.50 | 37.50 | 8.22 | -1.07 | 5.44 | 25.50 | 31.50 | 40.50 | 44.50 | 35.70 | 0.29 |
| 27 | 34.80 | 35.50 | 36.50 | 8.10 | -1.02 | 5.26 | 25.50 | 30.50 | 39.50 | 43.50 | 34.83 | 0.29 |
| 28 | 33.92 | 34.50 | 35.50 | 7.99 | -0.97 | 5.09 | 24.50 | 30.50 | 38.50 | 42.50 | 33.95 | 0.29 |
| 29 | 33.03 | 33.50 | 34.50 | 7.89 | -0.92 | 4.92 | 23.50 | 29.50 | 37.50 | 41.50 | 33.06 | 0.29 |
| 30 | 32.12 | 32.50 | 33.50 | 7.79 | -0.87 | 4.76 | 22.50 | 28.50 | 37.50 | 40.50 | 32.16 | 0.29 |
| 31 | 31.20 | 32.50 | 33.50 | 7.70 | -0.82 | 4.60 | 21.50 | 27.50 | 36.50 | 39.50 | 31.24 | 0.29 |
| 32 | 30.28 | 31.50 | 32.50 | 7.60 | -0.77 | 4.45 | 20.50 | 26.50 | 35.50 | 38.50 | 30.32 | 0.29 |
| 33 | 29.36 | 30.50 | 31.50 | 7.52 | -0.72 | 4.31 | 20.50 | 25.50 | 34.50 | 37.50 | 29.40 | 0.29 |
| 34 | 28.44 | 29.50 | 30.50 | 7.43 | -0.68 | 4.18 | 19.50 | 24.50 | 33.50 | 36.50 | 28.48 | 0.29 |
| 35 | 27.52 | 28.50 | 29.50 | 7.34 | -0.63 | 4.06 | 18.50 | 23.50 | 32.50 | 35.50 | 27.55 | 0.29 |
| 36 | 26.59 | 27.50 | 28.50 | 7.25 | -0.59 | 3.94 | 17.50 | 22.50 | 31.50 | 34.50 | 26.63 | 0.29 |
| 37 | 25.67 | 26.50 | 27.50 | 7.17 | -0.54 | 3.83 | 16.50 | 21.50 | 30.50 | 34.50 | 25.71 | 0.29 |
| 38 | 24.76 | 25.50 | 26.50 | 7.08 | -0.50 | 3.73 | 15.50 | 20.50 | 29.50 | 33.50 | 24.79 | 0.29 |
| 39 | 23.85 | 24.50 | 25.50 | 6.99 | -0.45 | 3.64 | 14.50 | 19.50 | 28.50 | 32.50 | 23.88 | 0.29 |
| 40 | 22.93 | 23.50 | 24.50 | 6.90 | -0.41 | 3.54 | 14.50 | 19.50 | 27.50 | 31.50 | 22.96 | 0.29 |
| 41 | 22.03 | 22.50 | 23.50 | 6.81 | -0.36 | 3.45 | 13.50 | 18.50 | 26.50 | 30.50 | 22.06 | 0.29 |
| 42 | 21.13 | 21.50 | 22.50 | 6.71 | -0.31 | 3.37 | 12.50 | 17.50 | 25.50 | 29.50 | 21.16 | 0.29 |
| 43 | 20.23 | 20.50 | 21.50 | 6.62 | -0.27 | 3.30 | 11.50 | 16.50 | 24.50 | 28.50 | 20.26 | 0.29 |
| 44 | 19.34 | 19.50 | 20.50 | 6.52 | -0.22 | 3.22 | 10.50 | 15.50 | 23.50 | 27.50 | 19.37 | 0.29 |
| 45 | 18.45 | 18.50 | 19.50 | 6.42 | -0.17 | 3.16 | 9.50 | 14.50 | 22.50 | 26.50 | 18.48 | 0.29 |
| 46 | 17.56 | 17.50 | 18.50 | 6.32 | -0.12 | 3.11 | 9.50 | 13.50 | 21.50 | 25.50 | 17.60 | 0.29 |
| 47 | 16.69 | 16.50 | 17.50 | 6.21 | -0.06 | 3.06 | 8.50 | 12.50 | 20.50 | 24.50 | 16.72 | 0.29 |
| 48 | 15.82 | 15.50 | 16.50 | 6.10 | -0.01 | 3.02 | 7.50 | 11.50 | 19.50 | 23.50 | 15.85 | 0.29 |
| 49 | 14.96 | 15.50 | 15.50 | 5.99 | 0.04 | 3.00 | 7.50 | 11.50 | 18.50 | 22.50 | 14.99 | 0.28 |
| 50 | 14.12 | 14.50 | 14.50 | 5.86 | 0.10 | 2.98 | 6.50 | 10.50 | 17.50 | 21.50 | 14.16 | 0.28 |
| 51 | 13.30 | 13.50 | 13.50 | 5.73 | 0.16 | 2.97 | 5.50 | 9.50 | 16.50 | 20.50 | 13.34 | 0.28 |
| 52 | 12.50 | 12.50 | 12.50 | 5.59 | 0.22 | 2.98 | 5.50 | 8.50 | 16.50 | 19.50 | 12.54 | 0.27 |
| 53 | 11.72 | 11.50 | 11.50 | 5.45 | 0.28 | 3.00 | 4.50 | 7.50 | 15.50 | 18.50 | 11.77 | 0.28 |
| 54 | 10.97 | 10.50 | 10.50 | 5.30 | 0.35 | 3.03 | 4.50 | 7.50 | 14.50 | 17.50 | 11.01 | 0.27 |
| 55 | 10.23 | 9.50 | 9.50 | 5.15 | 0.42 | 3.08 | 3.50 | 6.50 | 13.50 | 17.50 | 10.27 | 0.27 |
| 56 | 9.52 | 9.50 | 8.50 | 5.00 | 0.50 | 3.14 | 3.50 | 5.50 | 12.50 | 16.50 | 9.56 | 0.26 |
| 57 | 8.82 | 8.50 | 7.50 | 4.84 | 0.57 | 3.22 | 2.50 | 5.50 | 11.50 | 15.50 | 8.88 | 0.26 |
| 58 | 8.16 | 7.50 | 6.50 | 4.69 | 0.65 | 3.31 | 2.50 | 4.50 | 11.50 | 14.50 | 8.20 | 0.27 |
| 59 | 7.53 | 6.50 | 6.50 | 4.53 | 0.72 | 3.42 | 2.50 | 4.50 | 10.50 | 13.50 | 7.58 | 0.26 |
| 60 | 6.94 | 6.50 | 5.50 | 4.38 | 0.80 | 3.54 | 1.50 | 3.50 | 9.50 | 12.50 | 6.99 | 0.26 |
| 61 | 6.39 | 5.50 | 4.50 | 4.22 | 0.88 | 3.67 | 1.50 | 3.50 | 8.50 | 12.50 | 6.44 | 0.25 |
| 62 | 5.87 | 5.50 | 3.50 | 4.07 | 0.95 | 3.81 | 1.50 | 2.50 | 8.50 | 11.50 | 5.93 | 0.25 |
| 63 | 5.42 | 4.50 | 2.50 | 3.93 | 1.02 | 3.94 | 1.50 | 2.50 | 7.50 | 10.50 | 5.47 | 0.28 |
| 64 | 5.03 | 4.50 | 1.50 | 3.79 | 1.07 | 4.06 | 0.50 | 2.50 | 7.50 | 10.50 | 5.07 | 0.26 |
| 65 | 4.70 | 3.50 | 1.50 | 3.66 | 1.12 | 4.17 | 0.50 | 1.50 | 6.50 | 9.50 | 4.73 | 0.27 |
| 66 | 4.43 | 3.50 | 0.50 | 3.53 | 1.16 | 4.26 | 0.50 | 1.50 | 6.50 | 9.50 | 4.45 | 0.27 |
| 67 | 4.21 | 3.50 | 0.50 | 3.40 | 1.19 | 4.32 | 0.50 | 1.50 | 6.50 | 8.50 | 4.18 | 0.26 |
| 68 | 4.00 | 3.50 | 0.50 | 3.28 | 1.21 | 4.37 | 0.50 | 1.50 | 5.50 | 8.50 | 3.98 | 0.27 |
| 69 | 3.81 | 3.50 | 0.50 | 3.16 | 1.23 | 4.39 | 0.50 | 1.50 | 5.50 | 8.50 | 3.78 | 0.25 |
| 70 | 3.65 | 2.50 | 0.50 | 3.04 | 1.24 | 4.38 | 0.50 | 1.50 | 5.50 | 7.50 | 3.64 | 0.27 |
| 71 | 3.49 | 2.50 | 0.50 | 2.93 | 1.25 | 4.34 | 0.50 | 1.50 | 4.50 | 7.50 | 3.48 | 0.29 |
| 72 | 3.33 | 2.50 | 0.50 | 2.82 | 1.24 | 4.25 | 0.50 | 1.50 | 4.50 | 7.50 | 3.31 | 0.31 |
| 73 | 3.20 | 2.50 | 0.50 | 2.71 | 1.22 | 4.11 | 0.50 | 1.50 | 4.50 | 7.50 | 3.17 | 0.33 |
| 74 | 3.07 | 2.50 | 0.50 | 2.60 | 1.18 | 3.94 | 0.50 | 1.50 | 4.50 | 7.50 | 3.05 | 0.35 |
| 75 | 2.94 | 2.50 | 0.50 | 2.48 | 1.13 | 3.72 | 0.50 | 0.50 | 4.50 | 6.50 | 2.93 | 0.32 |

**Skoog, Ciecka & Krueger**                    189

Table 10
Characteristics for Initially Active Men with Master's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 40.70 | 41.50 | 42.50 | 9.25 | -1.37 | 6.25 | 30.50 | 36.50 | 46.50 | 50.50 | 40.72 | 0.32 |
| 23 | 40.18 | 41.50 | 41.50 | 9.08 | -1.34 | 6.14 | 29.50 | 36.50 | 45.50 | 49.50 | 40.19 | 0.32 |
| 24 | 39.53 | 40.50 | 41.50 | 8.92 | -1.30 | 6.01 | 29.50 | 35.50 | 45.50 | 48.50 | 39.54 | 0.31 |
| 25 | 38.63 | 39.50 | 40.50 | 8.79 | -1.24 | 5.81 | 28.50 | 34.50 | 44.50 | 47.50 | 38.64 | 0.31 |
| 26 | 37.73 | 38.50 | 39.50 | 8.66 | -1.19 | 5.63 | 27.50 | 33.50 | 43.50 | 47.50 | 37.74 | 0.31 |
| 27 | 36.83 | 37.50 | 38.50 | 8.55 | -1.14 | 5.45 | 26.50 | 32.50 | 42.50 | 46.50 | 36.85 | 0.30 |
| 28 | 35.94 | 36.50 | 37.50 | 8.43 | -1.10 | 5.29 | 25.50 | 32.50 | 41.50 | 45.50 | 35.95 | 0.30 |
| 29 | 35.03 | 35.50 | 36.50 | 8.32 | -1.05 | 5.13 | 25.50 | 31.50 | 40.50 | 44.50 | 35.04 | 0.31 |
| 30 | 34.13 | 35.50 | 35.50 | 8.21 | -1.01 | 4.98 | 24.50 | 30.50 | 39.50 | 43.50 | 34.14 | 0.30 |
| 31 | 33.23 | 34.50 | 34.50 | 8.11 | -0.96 | 4.83 | 23.50 | 29.50 | 38.50 | 42.50 | 33.24 | 0.30 |
| 32 | 32.33 | 33.50 | 33.50 | 8.00 | -0.92 | 4.69 | 22.50 | 28.50 | 37.50 | 41.50 | 32.34 | 0.30 |
| 33 | 31.42 | 32.50 | 32.50 | 7.90 | -0.87 | 4.56 | 21.50 | 27.50 | 36.50 | 40.50 | 31.44 | 0.30 |
| 34 | 30.52 | 31.50 | 31.50 | 7.80 | -0.83 | 4.43 | 20.50 | 26.50 | 35.50 | 39.50 | 30.53 | 0.30 |
| 35 | 29.61 | 30.50 | 30.50 | 7.70 | -0.79 | 4.30 | 20.50 | 25.50 | 34.50 | 38.50 | 29.61 | 0.30 |
| 36 | 28.69 | 29.50 | 29.50 | 7.61 | -0.74 | 4.17 | 19.50 | 24.50 | 33.50 | 37.50 | 28.69 | 0.30 |
| 37 | 27.77 | 28.50 | 28.50 | 7.51 | -0.70 | 4.05 | 18.50 | 23.50 | 32.50 | 36.50 | 27.77 | 0.30 |
| 38 | 26.84 | 27.50 | 27.50 | 7.42 | -0.65 | 3.94 | 17.50 | 22.50 | 31.50 | 35.50 | 26.85 | 0.30 |
| 39 | 25.92 | 26.50 | 26.50 | 7.33 | -0.61 | 3.82 | 16.50 | 21.50 | 30.50 | 34.50 | 25.92 | 0.30 |
| 40 | 24.99 | 25.50 | 25.50 | 7.24 | -0.56 | 3.71 | 15.50 | 20.50 | 29.50 | 33.50 | 25.00 | 0.30 |
| 41 | 24.07 | 24.50 | 24.50 | 7.14 | -0.51 | 3.60 | 15.50 | 20.50 | 28.50 | 32.50 | 24.08 | 0.30 |
| 42 | 23.15 | 23.50 | 23.50 | 7.05 | -0.46 | 3.50 | 14.50 | 19.50 | 27.50 | 31.50 | 23.16 | 0.30 |
| 43 | 22.25 | 22.50 | 22.50 | 6.95 | -0.41 | 3.40 | 13.50 | 18.50 | 26.50 | 30.50 | 22.25 | 0.30 |
| 44 | 21.35 | 21.50 | 21.50 | 6.84 | -0.36 | 3.30 | 12.50 | 17.50 | 25.50 | 29.50 | 21.35 | 0.30 |
| 45 | 20.45 | 20.50 | 20.50 | 6.74 | -0.31 | 3.22 | 11.50 | 16.50 | 25.50 | 28.50 | 20.45 | 0.30 |
| 46 | 19.55 | 19.50 | 19.50 | 6.63 | -0.26 | 3.13 | 10.50 | 15.50 | 24.50 | 27.50 | 19.56 | 0.30 |
| 47 | 18.67 | 18.50 | 18.50 | 6.52 | -0.21 | 3.06 | 10.50 | 14.50 | 23.50 | 26.50 | 18.67 | 0.30 |
| 48 | 17.79 | 17.50 | 17.50 | 6.41 | -0.15 | 2.99 | 9.50 | 13.50 | 22.50 | 25.50 | 17.79 | 0.30 |
| 49 | 16.91 | 17.50 | 16.50 | 6.30 | -0.10 | 2.93 | 8.50 | 12.50 | 21.50 | 24.50 | 16.91 | 0.30 |
| 50 | 16.04 | 16.50 | 15.50 | 6.19 | -0.05 | 2.88 | 7.50 | 11.50 | 20.50 | 23.50 | 16.05 | 0.29 |
| 51 | 15.18 | 15.50 | 14.50 | 6.07 | 0.01 | 2.84 | 7.50 | 11.50 | 19.50 | 22.50 | 15.19 | 0.29 |
| 52 | 14.34 | 14.50 | 13.50 | 5.95 | 0.06 | 2.81 | 6.50 | 10.50 | 18.50 | 21.50 | 14.34 | 0.29 |
| 53 | 13.51 | 13.50 | 12.50 | 5.82 | 0.12 | 2.78 | 5.50 | 9.50 | 17.50 | 20.50 | 13.52 | 0.29 |
| 54 | 12.70 | 12.50 | 11.50 | 5.69 | 0.17 | 2.77 | 5.50 | 8.50 | 16.50 | 20.50 | 12.71 | 0.29 |
| 55 | 11.91 | 11.50 | 10.50 | 5.56 | 0.23 | 2.77 | 4.50 | 7.50 | 15.50 | 19.50 | 11.92 | 0.29 |
| 56 | 11.14 | 10.50 | 9.50 | 5.42 | 0.28 | 2.78 | 4.50 | 7.50 | 14.50 | 18.50 | 11.16 | 0.30 |
| 57 | 10.41 | 10.50 | 8.50 | 5.28 | 0.34 | 2.80 | 3.50 | 6.50 | 13.50 | 17.50 | 10.42 | 0.29 |
| 58 | 9.71 | 9.50 | 7.50 | 5.12 | 0.40 | 2.84 | 3.50 | 5.50 | 13.50 | 16.50 | 9.73 | 0.29 |
| 59 | 9.05 | 8.50 | 6.50 | 4.97 | 0.45 | 2.89 | 2.50 | 5.50 | 12.50 | 15.50 | 9.06 | 0.28 |
| 60 | 8.42 | 8.50 | 8.50 | 4.81 | 0.51 | 2.95 | 2.50 | 4.50 | 11.50 | 14.50 | 8.44 | 0.29 |
| 61 | 7.83 | 7.50 | 8.50 | 4.64 | 0.56 | 3.02 | 2.50 | 4.50 | 10.50 | 14.50 | 7.85 | 0.30 |
| 62 | 7.29 | 6.50 | 7.50 | 4.47 | 0.62 | 3.11 | 1.50 | 3.50 | 10.50 | 13.50 | 7.30 | 0.30 |
| 63 | 6.79 | 6.50 | 6.50 | 4.30 | 0.68 | 3.22 | 1.50 | 3.50 | 9.50 | 12.50 | 6.78 | 0.29 |
| 64 | 6.35 | 5.50 | 5.50 | 4.12 | 0.74 | 3.34 | 1.50 | 3.50 | 8.50 | 11.50 | 6.35 | 0.28 |
| 65 | 5.93 | 5.50 | 4.50 | 3.93 | 0.81 | 3.49 | 1.50 | 2.50 | 8.50 | 11.50 | 5.94 | 0.28 |
| 66 | 5.53 | 4.50 | 3.50 | 3.75 | 0.89 | 3.66 | 1.50 | 2.50 | 7.50 | 10.50 | 5.52 | 0.29 |
| 67 | 5.11 | 4.50 | 2.50 | 3.59 | 0.97 | 3.82 | 1.50 | 2.50 | 7.50 | 10.50 | 5.08 | 0.27 |
| 68 | 4.69 | 3.50 | 2.50 | 3.44 | 1.05 | 3.97 | 0.50 | 1.50 | 6.50 | 9.50 | 4.64 | 0.26 |
| 69 | 4.30 | 3.50 | 1.50 | 3.30 | 1.12 | 4.10 | 0.50 | 1.50 | 5.50 | 8.50 | 4.26 | 0.27 |
| 70 | 4.00 | 3.50 | 0.50 | 3.17 | 1.17 | 4.19 | 0.50 | 1.50 | 5.50 | 8.50 | 3.98 | 0.28 |
| 71 | 3.77 | 2.50 | 0.50 | 3.04 | 1.22 | 4.25 | 0.50 | 1.50 | 5.50 | 8.50 | 3.73 | 0.29 |
| 72 | 3.51 | 2.50 | 0.50 | 2.93 | 1.25 | 4.22 | 0.50 | 1.50 | 4.50 | 7.50 | 3.46 | 0.28 |
| 73 | 3.26 | 2.50 | 0.50 | 2.84 | 1.24 | 4.07 | 0.50 | 1.50 | 4.50 | 7.50 | 3.21 | 0.32 |
| 74 | 3.16 | 2.50 | 0.50 | 2.76 | 1.16 | 3.77 | 0.50 | 0.50 | 4.50 | 7.50 | 3.05 | 0.36 |
| 75 | 3.14 | 2.50 | 0.50 | 2.65 | 1.05 | 3.45 | 0.50 | 0.50 | 4.50 | 7.50 | 2.96 | 0.34 |

JOURNAL OF FORENSIC ECONOMICS

Table 11
Characteristics for Initially Active Men with Professional or PhD Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 41.56 | 42.50 | 43.50 | 10.10 | -1.18 | 5.22 | 29.50 | 37.50 | 48.50 | 52.50 | 41.52 | 0.39 |
| 25 | 40.83 | 42.50 | 42.50 | 9.95 | -1.15 | 5.12 | 28.50 | 36.50 | 47.50 | 51.50 | 40.80 | 0.39 |
| 26 | 40.08 | 41.50 | 41.50 | 9.80 | -1.11 | 5.02 | 27.50 | 35.50 | 46.50 | 51.50 | 40.05 | 0.38 |
| 27 | 39.34 | 40.50 | 40.50 | 9.65 | -1.08 | 4.92 | 27.50 | 34.50 | 45.50 | 50.50 | 39.30 | 0.38 |
| 28 | 38.52 | 39.50 | 39.50 | 9.53 | -1.05 | 4.80 | 26.50 | 34.50 | 44.50 | 49.50 | 38.48 | 0.37 |
| 29 | 37.64 | 38.50 | 39.50 | 9.41 | -1.01 | 4.68 | 25.50 | 33.50 | 43.50 | 48.50 | 37.61 | 0.37 |
| 30 | 36.78 | 37.50 | 38.50 | 9.30 | -0.98 | 4.57 | 25.50 | 32.50 | 42.50 | 47.50 | 36.74 | 0.37 |
| 31 | 35.89 | 36.50 | 37.50 | 9.19 | -0.94 | 4.45 | 24.50 | 31.50 | 41.50 | 46.50 | 35.85 | 0.37 |
| 32 | 34.99 | 35.50 | 36.50 | 9.08 | -0.91 | 4.33 | 23.50 | 30.50 | 40.50 | 45.50 | 34.96 | 0.37 |
| 33 | 34.10 | 35.50 | 35.50 | 8.98 | -0.87 | 4.23 | 22.50 | 29.50 | 40.50 | 44.50 | 34.07 | 0.37 |
| 34 | 33.20 | 34.50 | 34.50 | 8.88 | -0.84 | 4.12 | 21.50 | 28.50 | 39.50 | 43.50 | 33.17 | 0.38 |
| 35 | 32.30 | 33.50 | 33.50 | 8.78 | -0.80 | 4.01 | 21.50 | 27.50 | 38.50 | 42.50 | 32.26 | 0.38 |
| 36 | 31.39 | 32.50 | 32.50 | 8.69 | -0.76 | 3.91 | 20.50 | 26.50 | 37.50 | 41.50 | 31.35 | 0.38 |
| 37 | 30.47 | 31.50 | 31.50 | 8.59 | -0.73 | 3.82 | 19.50 | 26.50 | 36.50 | 40.50 | 30.44 | 0.38 |
| 38 | 29.56 | 30.50 | 30.50 | 8.50 | -0.69 | 3.72 | 18.50 | 25.50 | 35.50 | 39.50 | 29.52 | 0.38 |
| 39 | 28.64 | 29.50 | 29.50 | 8.40 | -0.66 | 3.63 | 17.50 | 24.50 | 34.50 | 38.50 | 28.61 | 0.37 |
| 40 | 27.73 | 28.50 | 28.50 | 8.30 | -0.62 | 3.54 | 16.50 | 23.50 | 33.50 | 37.50 | 27.69 | 0.38 |
| 41 | 26.82 | 27.50 | 27.50 | 8.20 | -0.58 | 3.45 | 16.50 | 22.50 | 32.50 | 36.50 | 26.78 | 0.38 |
| 42 | 25.91 | 26.50 | 26.50 | 8.09 | -0.54 | 3.36 | 15.50 | 21.50 | 31.50 | 35.50 | 25.87 | 0.37 |
| 43 | 25.01 | 25.50 | 25.50 | 7.98 | -0.50 | 3.27 | 14.50 | 20.50 | 30.50 | 34.50 | 24.97 | 0.38 |
| 44 | 24.11 | 24.50 | 24.50 | 7.87 | -0.45 | 3.19 | 13.50 | 19.50 | 29.50 | 33.50 | 24.07 | 0.38 |
| 45 | 23.21 | 23.50 | 23.50 | 7.75 | -0.41 | 3.11 | 12.50 | 18.50 | 28.50 | 32.50 | 23.17 | 0.38 |
| 46 | 22.33 | 22.50 | 22.50 | 7.63 | -0.37 | 3.03 | 12.50 | 17.50 | 27.50 | 31.50 | 22.29 | 0.38 |
| 47 | 21.44 | 21.50 | 21.50 | 7.51 | -0.32 | 2.96 | 11.50 | 16.50 | 26.50 | 31.50 | 21.40 | 0.39 |
| 48 | 20.56 | 20.50 | 20.50 | 7.39 | -0.27 | 2.89 | 10.50 | 16.50 | 25.50 | 30.50 | 20.52 | 0.38 |
| 49 | 19.70 | 19.50 | 19.50 | 7.26 | -0.23 | 2.83 | 10.50 | 15.50 | 24.50 | 29.50 | 19.66 | 0.38 |
| 50 | 18.84 | 18.50 | 18.50 | 7.13 | -0.18 | 2.76 | 9.50 | 14.50 | 23.50 | 28.50 | 18.80 | 0.38 |
| 51 | 17.98 | 18.50 | 17.50 | 7.00 | -0.13 | 2.71 | 8.50 | 13.50 | 22.50 | 27.50 | 17.94 | 0.39 |
| 52 | 17.13 | 17.50 | 16.50 | 6.86 | -0.08 | 2.65 | 8.50 | 12.50 | 21.50 | 26.50 | 17.09 | 0.39 |
| 53 | 16.29 | 16.50 | 15.50 | 6.73 | -0.02 | 2.61 | 7.50 | 11.50 | 20.50 | 25.50 | 16.25 | 0.39 |
| 54 | 15.46 | 15.50 | 14.50 | 6.59 | 0.03 | 2.56 | 6.50 | 10.50 | 20.50 | 24.50 | 15.42 | 0.39 |
| 55 | 14.64 | 14.50 | 13.50 | 6.45 | 0.08 | 2.53 | 6.50 | 10.50 | 19.50 | 23.50 | 14.60 | 0.39 |
| 56 | 13.82 | 13.50 | 12.50 | 6.31 | 0.13 | 2.50 | 5.50 | 9.50 | 18.50 | 22.50 | 13.79 | 0.40 |
| 57 | 13.03 | 12.50 | 11.50 | 6.17 | 0.18 | 2.48 | 4.50 | 8.50 | 17.50 | 21.50 | 12.99 | 0.40 |
| 58 | 12.26 | 11.50 | 10.50 | 6.02 | 0.23 | 2.46 | 4.50 | 7.50 | 16.50 | 20.50 | 12.22 | 0.40 |
| 59 | 11.51 | 11.50 | 11.50 | 5.87 | 0.27 | 2.46 | 3.50 | 7.50 | 15.50 | 19.50 | 11.48 | 0.40 |
| 60 | 10.79 | 10.50 | 8.50 | 5.72 | 0.32 | 2.45 | 3.50 | 6.50 | 14.50 | 18.50 | 10.76 | 0.40 |
| 61 | 10.11 | 9.50 | 7.50 | 5.57 | 0.37 | 2.45 | 3.50 | 5.50 | 14.50 | 17.50 | 10.06 | 0.38 |
| 62 | 9.47 | 8.50 | 6.50 | 5.40 | 0.41 | 2.45 | 2.50 | 5.50 | 13.50 | 17.50 | 9.42 | 0.38 |
| 63 | 8.87 | 8.50 | 6.50 | 5.23 | 0.45 | 2.45 | 2.50 | 4.50 | 12.50 | 16.50 | 8.81 | 0.39 |
| 64 | 8.27 | 7.50 | 5.50 | 5.07 | 0.49 | 2.46 | 2.50 | 4.50 | 11.50 | 15.50 | 8.22 | 0.39 |
| 65 | 7.70 | 6.50 | 4.50 | 4.91 | 0.52 | 2.45 | 1.50 | 3.50 | 11.50 | 14.50 | 7.64 | 0.41 |
| 66 | 7.21 | 6.50 | 3.50 | 4.74 | 0.53 | 2.45 | 1.50 | 3.50 | 10.50 | 14.50 | 7.17 | 0.43 |
| 67 | 6.80 | 6.50 | 3.50 | 4.56 | 0.54 | 2.44 | 1.50 | 3.50 | 10.50 | 13.50 | 6.78 | 0.44 |
| 68 | 6.44 | 5.50 | 2.50 | 4.38 | 0.54 | 2.42 | 1.50 | 2.50 | 9.50 | 12.50 | 6.43 | 0.45 |
| 69 | 6.12 | 5.50 | 1.50 | 4.18 | 0.52 | 2.41 | 1.50 | 2.50 | 9.50 | 12.50 | 6.09 | 0.45 |
| 70 | 5.83 | 5.50 | 0.50 | 3.97 | 0.51 | 2.40 | 0.50 | 2.50 | 8.50 | 11.50 | 5.82 | 0.45 |
| 71 | 5.57 | 5.50 | 0.50 | 3.74 | 0.49 | 2.41 | 0.50 | 2.50 | 8.50 | 10.50 | 5.59 | 0.45 |
| 72 | 5.28 | 4.50 | 0.50 | 3.50 | 0.49 | 2.44 | 0.50 | 2.50 | 7.50 | 10.50 | 5.32 | 0.45 |
| 73 | 4.96 | 4.50 | 0.50 | 3.26 | 0.50 | 2.49 | 0.50 | 2.50 | 7.50 | 9.50 | 4.97 | 0.44 |
| 74 | 4.61 | 4.50 | 3.50 | 3.02 | 0.53 | 2.55 | 0.50 | 2.50 | 6.50 | 8.50 | 4.61 | 0.45 |
| 75 | 4.21 | 3.50 | 2.50 | 2.80 | 0.57 | 2.63 | 0.50 | 1.50 | 6.50 | 8.50 | 4.18 | 0.44 |

**Skoog, Ciecka & Krueger** 191

Table 12
Characteristics for Initially Inactive Men with 0-12 Years of Education,
No Diploma, No GED

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|-------|-------|-------|-------|-------|-------|-------|------|
| 16 | 33.43 | 34.00 | 36.00 | 10.10 | -0.49 | 3.45 | 21.00 | 27.00 | 40.00 | 46.00 | 33.39 | 0.39 |
| 17 | 32.92 | 34.00 | 35.00 | 10.03 | -0.48 | 3.42 | 20.00 | 27.00 | 40.00 | 45.00 | 32.88 | 0.39 |
| 18 | 32.37 | 33.00 | 35.00 | 9.96 | -0.46 | 3.38 | 20.00 | 26.00 | 39.00 | 44.00 | 32.33 | 0.39 |
| 19 | 31.81 | 33.00 | 34.00 | 9.87 | -0.45 | 3.34 | 19.00 | 26.00 | 39.00 | 44.00 | 31.77 | 0.39 |
| 20 | 31.22 | 32.00 | 34.00 | 9.79 | -0.43 | 3.29 | 19.00 | 25.00 | 38.00 | 43.00 | 31.18 | 0.41 |
| 21 | 30.56 | 31.00 | 33.00 | 9.70 | -0.40 | 3.23 | 18.00 | 24.00 | 37.00 | 42.00 | 30.53 | 0.42 |
| 22 | 29.83 | 30.00 | 32.00 | 9.61 | -0.38 | 3.17 | 17.00 | 24.00 | 37.00 | 41.00 | 29.79 | 0.43 |
| 23 | 29.03 | 30.00 | 31.00 | 9.52 | -0.35 | 3.10 | 17.00 | 23.00 | 36.00 | 41.00 | 28.98 | 0.46 |
| 24 | 28.20 | 29.00 | 31.00 | 9.44 | -0.32 | 3.04 | 16.00 | 22.00 | 35.00 | 40.00 | 28.16 | 0.45 |
| 25 | 27.34 | 28.00 | 30.00 | 9.36 | -0.29 | 2.98 | 15.00 | 21.00 | 34.00 | 39.00 | 27.29 | 0.45 |
| 26 | 26.41 | 27.00 | 29.00 | 9.29 | -0.27 | 2.93 | 14.00 | 20.00 | 33.00 | 38.00 | 26.36 | 0.44 |
| 27 | 25.49 | 26.00 | 28.00 | 9.21 | -0.24 | 2.88 | 13.00 | 19.00 | 32.00 | 37.00 | 25.42 | 0.46 |
| 28 | 24.58 | 25.00 | 27.00 | 9.14 | -0.22 | 2.83 | 12.00 | 18.00 | 31.00 | 36.00 | 24.50 | 0.47 |
| 29 | 23.65 | 24.00 | 26.00 | 9.07 | -0.19 | 2.79 | 12.00 | 18.00 | 30.00 | 35.00 | 23.59 | 0.51 |
| 30 | 22.74 | 23.00 | 25.00 | 8.99 | -0.17 | 2.75 | 11.00 | 17.00 | 29.00 | 34.00 | 22.70 | 0.53 |
| 31 | 21.86 | 22.00 | 24.00 | 8.91 | -0.15 | 2.71 | 10.00 | 16.00 | 28.00 | 33.00 | 21.84 | 0.53 |
| 32 | 21.03 | 21.00 | 23.00 | 8.83 | -0.13 | 2.68 | 9.00 | 15.00 | 27.00 | 32.00 | 21.01 | 0.47 |
| 33 | 20.25 | 21.00 | 23.00 | 8.76 | -0.11 | 2.64 | 8.00 | 14.00 | 27.00 | 31.00 | 20.22 | 0.48 |
| 34 | 19.42 | 20.00 | 22.00 | 8.69 | -0.08 | 2.61 | 8.00 | 13.00 | 26.00 | 30.00 | 19.36 | 0.46 |
| 35 | 18.53 | 19.00 | 21.00 | 8.62 | -0.06 | 2.57 | 7.00 | 12.00 | 25.00 | 29.00 | 18.45 | 0.43 |
| 36 | 17.62 | 18.00 | 20.00 | 8.55 | -0.03 | 2.53 | 6.00 | 12.00 | 24.00 | 28.00 | 17.52 | 0.46 |
| 37 | 16.71 | 17.00 | 19.00 | 8.48 | 0.01 | 2.50 | 5.00 | 11.00 | 23.00 | 27.00 | 16.61 | 0.50 |
| 38 | 15.79 | 16.00 | 18.00 | 8.40 | 0.05 | 2.46 | 4.00 | 10.00 | 22.00 | 27.00 | 15.70 | 0.49 |
| 39 | 14.81 | 15.00 | 0.00 | 8.31 | 0.09 | 2.43 | 3.00 | 9.00 | 21.00 | 26.00 | 14.73 | 0.46 |
| 40 | 13.77 | 14.00 | 0.00 | 8.18 | 0.15 | 2.41 | 2.00 | 7.00 | 20.00 | 24.00 | 13.68 | 0.45 |
| 41 | 12.73 | 13.00 | 0.00 | 8.02 | 0.22 | 2.40 | 1.00 | 6.00 | 19.00 | 23.00 | 12.65 | 0.45 |
| 42 | 11.80 | 12.00 | 0.00 | 7.84 | 0.28 | 2.41 | 1.00 | 5.00 | 17.00 | 22.00 | 11.73 | 0.50 |
| 43 | 10.96 | 11.00 | 0.00 | 7.65 | 0.34 | 2.44 | 0.00 | 5.00 | 16.00 | 21.00 | 10.89 | 0.49 |
| 44 | 10.16 | 10.00 | 0.00 | 7.44 | 0.41 | 2.48 | 0.00 | 4.00 | 16.00 | 20.00 | 10.09 | 0.43 |
| 45 | 9.38 | 9.00 | 0.00 | 7.21 | 0.48 | 2.54 | 0.00 | 3.00 | 15.00 | 19.00 | 9.31 | 0.45 |
| 46 | 8.63 | 8.00 | 0.00 | 6.96 | 0.55 | 2.62 | 0.00 | 2.00 | 14.00 | 18.00 | 8.56 | 0.46 |
| 47 | 7.94 | 7.00 | 0.00 | 6.71 | 0.63 | 2.72 | 0.00 | 2.00 | 13.00 | 17.00 | 7.92 | 0.41 |
| 48 | 7.31 | 6.00 | 0.00 | 6.46 | 0.70 | 2.84 | 0.00 | 1.00 | 12.00 | 16.00 | 7.28 | 0.37 |
| 49 | 6.71 | 6.00 | 0.00 | 6.19 | 0.78 | 2.99 | 0.00 | 1.00 | 11.00 | 15.00 | 6.68 | 0.37 |
| 50 | 6.12 | 5.00 | 0.00 | 5.92 | 0.87 | 3.17 | 0.00 | 0.00 | 10.00 | 15.00 | 6.10 | 0.36 |
| 51 | 5.54 | 4.00 | 0.00 | 5.63 | 0.96 | 3.39 | 0.00 | 0.00 | 9.00 | 14.00 | 5.49 | 0.35 |
| 52 | 5.01 | 4.00 | 0.00 | 5.34 | 1.06 | 3.64 | 0.00 | 0.00 | 8.00 | 13.00 | 4.99 | 0.32 |
| 53 | 4.55 | 3.00 | 0.00 | 5.06 | 1.16 | 3.91 | 0.00 | 0.00 | 8.00 | 12.00 | 4.53 | 0.32 |
| 54 | 4.13 | 2.00 | 0.00 | 4.80 | 1.25 | 4.20 | 0.00 | 0.00 | 7.00 | 11.00 | 4.13 | 0.30 |
| 55 | 3.75 | 2.00 | 0.00 | 4.55 | 1.35 | 4.52 | 0.00 | 0.00 | 6.00 | 10.00 | 3.74 | 0.28 |
| 56 | 3.37 | 2.00 | 0.00 | 4.29 | 1.46 | 4.91 | 0.00 | 0.00 | 6.00 | 10.00 | 3.36 | 0.26 |
| 57 | 3.01 | 1.00 | 0.00 | 4.03 | 1.58 | 5.36 | 0.00 | 0.00 | 5.00 | 9.00 | 3.00 | 0.23 |
| 58 | 2.69 | 1.00 | 0.00 | 3.79 | 1.69 | 5.83 | 0.00 | 0.00 | 4.00 | 8.00 | 2.67 | 0.21 |
| 59 | 2.42 | 0.00 | 0.00 | 3.58 | 1.80 | 6.31 | 0.00 | 0.00 | 4.00 | 8.00 | 2.40 | 0.20 |
| 60 | 2.17 | 0.00 | 0.00 | 3.37 | 1.92 | 6.83 | 0.00 | 0.00 | 3.00 | 7.00 | 2.16 | 0.19 |
| 61 | 1.95 | 0.00 | 0.00 | 3.18 | 2.04 | 7.38 | 0.00 | 0.00 | 3.00 | 7.00 | 1.95 | 0.17 |
| 62 | 1.75 | 0.00 | 0.00 | 2.99 | 2.15 | 7.98 | 0.00 | 0.00 | 3.00 | 6.00 | 1.74 | 0.17 |
| 63 | 1.56 | 0.00 | 0.00 | 2.81 | 2.28 | 8.65 | 0.00 | 0.00 | 2.00 | 6.00 | 1.56 | 0.16 |
| 64 | 1.40 | 0.00 | 0.00 | 2.63 | 2.41 | 9.37 | 0.00 | 0.00 | 2.00 | 5.00 | 1.39 | 0.13 |
| 65 | 1.25 | 0.00 | 0.00 | 2.47 | 2.54 | 10.16 | 0.00 | 0.00 | 1.00 | 5.00 | 1.23 | 0.12 |
| 66 | 1.10 | 0.00 | 0.00 | 2.30 | 2.69 | 11.08 | 0.00 | 0.00 | 1.00 | 4.00 | 1.09 | 0.12 |
| 67 | 0.98 | 0.00 | 0.00 | 2.14 | 2.84 | 12.06 | 0.00 | 0.00 | 1.00 | 4.00 | 0.96 | 0.11 |
| 68 | 0.86 | 0.00 | 0.00 | 1.99 | 3.00 | 13.15 | 0.00 | 0.00 | 0.00 | 3.00 | 0.85 | 0.11 |
| 69 | 0.75 | 0.00 | 0.00 | 1.83 | 3.18 | 14.50 | 0.00 | 0.00 | 0.00 | 3.00 | 0.74 | 0.09 |
| 70 | 0.65 | 0.00 | 0.00 | 1.68 | 3.37 | 15.97 | 0.00 | 0.00 | 0.00 | 2.00 | 0.65 | 0.09 |
| 71 | 0.56 | 0.00 | 0.00 | 1.54 | 3.57 | 17.59 | 0.00 | 0.00 | 0.00 | 2.00 | 0.56 | 0.08 |
| 72 | 0.48 | 0.00 | 0.00 | 1.39 | 3.80 | 19.64 | 0.00 | 0.00 | 0.00 | 2.00 | 0.48 | 0.08 |
| 73 | 0.40 | 0.00 | 0.00 | 1.25 | 4.05 | 22.05 | 0.00 | 0.00 | 0.00 | 1.00 | 0.40 | 0.07 |
| 74 | 0.34 | 0.00 | 0.00 | 1.11 | 4.34 | 24.99 | 0.00 | 0.00 | 0.00 | 1.00 | 0.33 | 0.07 |
| 75 | 0.27 | 0.00 | 0.00 | 0.97 | 4.65 | 28.50 | 0.00 | 0.00 | 0.00 | 1.00 | 0.27 | 0.06 |

JOURNAL OF FORENSIC ECONOMICS

Table 13
Characteristics for Initially Inactive Men with GED, No Diploma

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|-------|-------|-------|-------|-------|-------|-------|------|
| 16 | 34.82 | 36.00 | 37.00 | 10.09 | -0.57 | 3.67 | 22.00 | 29.00 | 42.00 | 47.00 | 34.81 | 0.40 |
| 17 | 34.34 | 35.00 | 36.00 | 10.03 | -0.56 | 3.64 | 21.00 | 29.00 | 41.00 | 46.00 | 34.33 | 0.40 |
| 18 | 33.78 | 35.00 | 36.00 | 9.96 | -0.54 | 3.59 | 21.00 | 28.00 | 41.00 | 46.00 | 33.76 | 0.41 |
| 19 | 33.17 | 34.00 | 35.00 | 9.88 | -0.52 | 3.54 | 20.00 | 27.00 | 40.00 | 45.00 | 33.15 | 0.41 |
| 20 | 32.48 | 33.00 | 34.00 | 9.80 | -0.50 | 3.49 | 20.00 | 27.00 | 39.00 | 44.00 | 32.45 | 0.41 |
| 21 | 31.73 | 32.00 | 33.00 | 9.72 | -0.47 | 3.42 | 19.00 | 26.00 | 38.00 | 43.00 | 31.70 | 0.43 |
| 22 | 30.91 | 32.00 | 32.00 | 9.64 | -0.44 | 3.35 | 18.00 | 25.00 | 38.00 | 42.00 | 30.90 | 0.41 |
| 23 | 30.04 | 31.00 | 32.00 | 9.55 | -0.41 | 3.29 | 18.00 | 24.00 | 37.00 | 42.00 | 30.00 | 0.43 |
| 24 | 29.15 | 30.00 | 31.00 | 9.48 | -0.39 | 3.22 | 17.00 | 23.00 | 36.00 | 41.00 | 29.13 | 0.44 |
| 25 | 28.24 | 29.00 | 30.00 | 9.40 | -0.36 | 3.16 | 16.00 | 22.00 | 35.00 | 40.00 | 28.23 | 0.46 |
| 26 | 27.28 | 28.00 | 29.00 | 9.33 | -0.33 | 3.10 | 15.00 | 21.00 | 34.00 | 39.00 | 27.30 | 0.47 |
| 27 | 26.33 | 27.00 | 28.00 | 9.26 | -0.30 | 3.04 | 14.00 | 21.00 | 33.00 | 38.00 | 26.30 | 0.49 |
| 28 | 25.41 | 26.00 | 27.00 | 9.18 | -0.27 | 2.99 | 13.00 | 20.00 | 32.00 | 37.00 | 25.39 | 0.48 |
| 29 | 24.55 | 25.00 | 26.00 | 9.11 | -0.25 | 2.95 | 12.00 | 19.00 | 31.00 | 36.00 | 24.52 | 0.48 |
| 30 | 23.61 | 24.00 | 25.00 | 9.04 | -0.22 | 2.90 | 12.00 | 18.00 | 30.00 | 35.00 | 23.59 | 0.49 |
| 31 | 22.58 | 23.00 | 24.00 | 8.95 | -0.19 | 2.86 | 11.00 | 17.00 | 29.00 | 34.00 | 22.56 | 0.54 |
| 32 | 21.67 | 22.00 | 23.00 | 8.86 | -0.16 | 2.82 | 10.00 | 16.00 | 28.00 | 33.00 | 21.64 | 0.55 |
| 33 | 20.88 | 21.00 | 22.00 | 8.77 | -0.14 | 2.78 | 9.00 | 15.00 | 27.00 | 32.00 | 20.86 | 0.54 |
| 34 | 20.04 | 20.00 | 21.00 | 8.68 | -0.11 | 2.75 | 8.00 | 14.00 | 26.00 | 31.00 | 19.99 | 0.55 |
| 35 | 19.10 | 19.00 | 20.00 | 8.58 | -0.07 | 2.71 | 7.00 | 13.00 | 25.00 | 30.00 | 19.06 | 0.53 |
| 36 | 18.08 | 18.00 | 19.00 | 8.45 | -0.03 | 2.68 | 7.00 | 12.00 | 24.00 | 29.00 | 18.03 | 0.49 |
| 37 | 17.22 | 17.00 | 18.00 | 8.32 | 0.00 | 2.66 | 6.00 | 11.00 | 23.00 | 28.00 | 17.21 | 0.50 |
| 38 | 16.59 | 17.00 | 17.00 | 8.21 | 0.02 | 2.64 | 5.00 | 11.00 | 22.00 | 27.00 | 16.62 | 0.48 |
| 39 | 15.92 | 16.00 | 16.00 | 8.11 | 0.05 | 2.62 | 5.00 | 10.00 | 22.00 | 26.00 | 15.94 | 0.44 |
| 40 | 15.06 | 15.00 | 15.00 | 7.98 | 0.10 | 2.60 | 4.00 | 9.00 | 21.00 | 25.00 | 15.04 | 0.44 |
| 41 | 14.16 | 14.00 | 14.00 | 7.84 | 0.15 | 2.59 | 3.00 | 8.00 | 20.00 | 24.00 | 14.13 | 0.40 |
| 42 | 13.34 | 13.00 | 0.00 | 7.68 | 0.19 | 2.58 | 3.00 | 8.00 | 19.00 | 23.00 | 13.33 | 0.40 |
| 43 | 12.60 | 12.00 | 0.00 | 7.53 | 0.24 | 2.58 | 2.00 | 7.00 | 18.00 | 22.00 | 12.59 | 0.41 |
| 44 | 11.88 | 12.00 | 0.00 | 7.38 | 0.28 | 2.59 | 2.00 | 6.00 | 17.00 | 22.00 | 11.86 | 0.41 |
| 45 | 11.07 | 11.00 | 0.00 | 7.21 | 0.34 | 2.61 | 1.00 | 5.00 | 16.00 | 21.00 | 11.04 | 0.38 |
| 46 | 10.32 | 10.00 | 0.00 | 7.02 | 0.40 | 2.65 | 1.00 | 5.00 | 15.00 | 20.00 | 10.28 | 0.40 |
| 47 | 9.67 | 9.00 | 0.00 | 6.85 | 0.46 | 2.69 | 0.00 | 4.00 | 14.00 | 19.00 | 9.68 | 0.35 |
| 48 | 9.02 | 8.00 | 0.00 | 6.68 | 0.52 | 2.74 | 0.00 | 3.00 | 14.00 | 18.00 | 9.03 | 0.35 |
| 49 | 8.33 | 8.00 | 0.00 | 6.48 | 0.59 | 2.83 | 0.00 | 3.00 | 13.00 | 17.00 | 8.31 | 0.33 |
| 50 | 7.59 | 7.00 | 0.00 | 6.25 | 0.68 | 2.95 | 0.00 | 2.00 | 12.00 | 16.00 | 7.56 | 0.30 |
| 51 | 6.88 | 6.00 | 0.00 | 6.01 | 0.78 | 3.12 | 0.00 | 2.00 | 11.00 | 15.00 | 6.88 | 0.30 |
| 52 | 6.16 | 5.00 | 0.00 | 5.72 | 0.89 | 3.35 | 0.00 | 1.00 | 10.00 | 14.00 | 6.13 | 0.31 |
| 53 | 5.44 | 4.00 | 0.00 | 5.39 | 1.01 | 3.65 | 0.00 | 0.00 | 9.00 | 13.00 | 5.39 | 0.32 |
| 54 | 4.85 | 3.00 | 0.00 | 5.07 | 1.13 | 3.97 | 0.00 | 0.00 | 8.00 | 12.00 | 4.78 | 0.27 |
| 55 | 4.37 | 3.00 | 0.00 | 4.79 | 1.23 | 4.29 | 0.00 | 0.00 | 7.00 | 11.00 | 4.31 | 0.25 |
| 56 | 3.98 | 3.00 | 0.00 | 4.53 | 1.32 | 4.59 | 0.00 | 0.00 | 6.00 | 10.00 | 3.93 | 0.24 |
| 57 | 3.66 | 2.00 | 0.00 | 4.31 | 1.40 | 4.88 | 0.00 | 0.00 | 6.00 | 10.00 | 3.61 | 0.22 |
| 58 | 3.36 | 2.00 | 0.00 | 4.09 | 1.48 | 5.17 | 0.00 | 0.00 | 5.00 | 9.00 | 3.30 | 0.19 |
| 59 | 3.14 | 2.00 | 0.00 | 3.93 | 1.55 | 5.41 | 0.00 | 0.00 | 5.00 | 9.00 | 3.08 | 0.20 |
| 60 | 3.00 | 2.00 | 0.00 | 3.82 | 1.60 | 5.58 | 0.00 | 0.00 | 5.00 | 8.00 | 2.92 | 0.19 |
| 61 | 2.84 | 1.00 | 0.00 | 3.72 | 1.65 | 5.78 | 0.00 | 0.00 | 5.00 | 8.00 | 2.78 | 0.19 |
| 62 | 2.68 | 1.00 | 0.00 | 3.61 | 1.71 | 6.00 | 0.00 | 0.00 | 4.00 | 8.00 | 2.61 | 0.19 |
| 63 | 2.49 | 1.00 | 0.00 | 3.49 | 1.79 | 6.26 | 0.00 | 0.00 | 4.00 | 7.00 | 2.42 | 0.18 |
| 64 | 2.32 | 1.00 | 0.00 | 3.38 | 1.87 | 6.52 | 0.00 | 0.00 | 4.00 | 7.00 | 2.24 | 0.18 |
| 65 | 2.16 | 0.00 | 0.00 | 3.29 | 1.94 | 6.75 | 0.00 | 0.00 | 3.00 | 7.00 | 2.08 | 0.17 |
| 66 | 2.00 | 0.00 | 0.00 | 3.19 | 2.01 | 7.00 | 0.00 | 0.00 | 3.00 | 7.00 | 1.91 | 0.17 |
| 67 | 1.82 | 0.00 | 0.00 | 3.07 | 2.09 | 7.29 | 0.00 | 0.00 | 3.00 | 6.00 | 1.74 | 0.17 |
| 68 | 1.66 | 0.00 | 0.00 | 2.95 | 2.18 | 7.59 | 0.00 | 0.00 | 2.00 | 6.00 | 1.56 | 0.17 |
| 69 | 1.50 | 0.00 | 0.00 | 2.82 | 2.26 | 7.90 | 0.00 | 0.00 | 2.00 | 6.00 | 1.41 | 0.16 |
| 70 | 1.37 | 0.00 | 0.00 | 2.70 | 2.33 | 8.21 | 0.00 | 0.00 | 1.00 | 5.00 | 1.29 | 0.16 |
| 71 | 1.24 | 0.00 | 0.00 | 2.55 | 2.42 | 8.64 | 0.00 | 0.00 | 1.00 | 5.00 | 1.16 | 0.15 |
| 72 | 1.08 | 0.00 | 0.00 | 2.34 | 2.56 | 9.41 | 0.00 | 0.00 | 1.00 | 4.00 | 0.99 | 0.13 |
| 73 | 0.92 | 0.00 | 0.00 | 2.12 | 2.73 | 10.42 | 0.00 | 0.00 | 0.00 | 4.00 | 0.84 | 0.13 |
| 74 | 0.78 | 0.00 | 0.00 | 1.91 | 2.90 | 11.57 | 0.00 | 0.00 | 0.00 | 3.00 | 0.71 | 0.12 |
| 75 | 0.65 | 0.00 | 0.00 | 1.69 | 3.12 | 13.19 | 0.00 | 0.00 | 0.00 | 3.00 | 0.58 | 0.11 |

**Skoog, Ciecka & Krueger** 193

Table 14
Characteristics for Initially Inactive Men with High School Diploma

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|-------|------|-------|-------|-------|-------|-------|------|
| 17 | 38.14 | 39.00 | 41.00 | 9.81 | -0.97 | 4.73 | 26.00 | 33.00 | 45.00 | 49.00 | 38.16 | 0.34 |
| 18 | 37.37 | 39.00 | 41.00 | 9.73 | -0.95 | 4.66 | 25.00 | 32.00 | 44.00 | 48.00 | 37.39 | 0.35 |
| 19 | 36.59 | 38.00 | 40.00 | 9.63 | -0.92 | 4.57 | 25.00 | 32.00 | 43.00 | 47.00 | 36.62 | 0.35 |
| 20 | 35.80 | 37.00 | 39.00 | 9.53 | -0.89 | 4.48 | 24.00 | 31.00 | 42.00 | 46.00 | 35.82 | 0.36 |
| 21 | 34.98 | 36.00 | 38.00 | 9.42 | -0.86 | 4.38 | 23.00 | 30.00 | 41.00 | 46.00 | 35.02 | 0.39 |
| 22 | 34.16 | 35.00 | 37.00 | 9.30 | -0.82 | 4.27 | 22.00 | 29.00 | 40.00 | 45.00 | 34.19 | 0.40 |
| 23 | 33.35 | 34.00 | 36.00 | 9.19 | -0.79 | 4.16 | 22.00 | 28.00 | 39.00 | 44.00 | 33.37 | 0.38 |
| 24 | 32.54 | 34.00 | 35.00 | 9.07 | -0.75 | 4.04 | 21.00 | 28.00 | 39.00 | 43.00 | 32.55 | 0.39 |
| 25 | 31.70 | 33.00 | 35.00 | 8.97 | -0.71 | 3.93 | 20.00 | 27.00 | 38.00 | 42.00 | 31.69 | 0.38 |
| 26 | 30.85 | 32.00 | 34.00 | 8.87 | -0.67 | 3.82 | 19.00 | 26.00 | 37.00 | 41.00 | 30.86 | 0.39 |
| 27 | 29.97 | 31.00 | 33.00 | 8.78 | -0.64 | 3.72 | 18.00 | 25.00 | 36.00 | 40.00 | 29.93 | 0.39 |
| 28 | 29.05 | 30.00 | 32.00 | 8.70 | -0.60 | 3.62 | 18.00 | 24.00 | 35.00 | 39.00 | 29.00 | 0.38 |
| 29 | 28.11 | 29.00 | 31.00 | 8.63 | -0.57 | 3.53 | 17.00 | 23.00 | 34.00 | 38.00 | 28.10 | 0.37 |
| 30 | 27.16 | 28.00 | 30.00 | 8.55 | -0.53 | 3.44 | 16.00 | 22.00 | 33.00 | 37.00 | 27.16 | 0.41 |
| 31 | 26.20 | 27.00 | 29.00 | 8.48 | -0.50 | 3.36 | 15.00 | 21.00 | 32.00 | 36.00 | 26.23 | 0.48 |
| 32 | 25.26 | 26.00 | 28.00 | 8.41 | -0.47 | 3.28 | 14.00 | 20.00 | 31.00 | 35.00 | 25.30 | 0.47 |
| 33 | 24.31 | 25.00 | 27.00 | 8.33 | -0.44 | 3.21 | 13.00 | 19.00 | 30.00 | 34.00 | 24.36 | 0.49 |
| 34 | 23.36 | 24.00 | 26.00 | 8.26 | -0.41 | 3.14 | 12.00 | 18.00 | 29.00 | 33.00 | 23.34 | 0.41 |
| 35 | 22.46 | 23.00 | 25.00 | 8.18 | -0.38 | 3.08 | 11.00 | 17.00 | 28.00 | 32.00 | 22.42 | 0.40 |
| 36 | 21.55 | 22.00 | 24.00 | 8.11 | -0.35 | 3.02 | 11.00 | 17.00 | 27.00 | 31.00 | 21.51 | 0.41 |
| 37 | 20.62 | 21.00 | 23.00 | 8.03 | -0.32 | 2.96 | 10.00 | 16.00 | 26.00 | 30.00 | 20.60 | 0.40 |
| 38 | 19.69 | 20.00 | 22.00 | 7.96 | -0.28 | 2.89 | 9.00 | 15.00 | 25.00 | 29.00 | 19.68 | 0.43 |
| 39 | 18.74 | 19.00 | 21.00 | 7.88 | -0.25 | 2.83 | 8.00 | 14.00 | 24.00 | 28.00 | 18.76 | 0.41 |
| 40 | 17.81 | 18.00 | 20.00 | 7.79 | -0.21 | 2.78 | 7.00 | 13.00 | 23.00 | 27.00 | 17.85 | 0.45 |
| 41 | 16.89 | 17.00 | 19.00 | 7.70 | -0.17 | 2.72 | 6.00 | 12.00 | 22.00 | 26.00 | 16.95 | 0.41 |
| 42 | 15.96 | 16.00 | 18.00 | 7.60 | -0.12 | 2.67 | 5.00 | 11.00 | 21.00 | 25.00 | 16.00 | 0.42 |
| 43 | 15.05 | 16.00 | 17.00 | 7.50 | -0.08 | 2.62 | 4.00 | 10.00 | 20.00 | 24.00 | 15.13 | 0.42 |
| 44 | 14.16 | 15.00 | 16.00 | 7.38 | -0.02 | 2.57 | 4.00 | 9.00 | 19.00 | 23.00 | 14.21 | 0.37 |
| 45 | 13.25 | 14.00 | 0.00 | 7.26 | 0.03 | 2.53 | 3.00 | 8.00 | 18.00 | 22.00 | 13.30 | 0.40 |
| 46 | 12.34 | 13.00 | 0.00 | 7.12 | 0.10 | 2.51 | 2.00 | 7.00 | 17.00 | 21.00 | 12.39 | 0.39 |
| 47 | 11.42 | 12.00 | 0.00 | 6.96 | 0.17 | 2.49 | 1.00 | 6.00 | 16.00 | 20.00 | 11.49 | 0.40 |
| 48 | 10.54 | 11.00 | 0.00 | 6.79 | 0.24 | 2.50 | 1.00 | 5.00 | 15.00 | 19.00 | 10.58 | 0.40 |
| 49 | 9.70 | 10.00 | 0.00 | 6.60 | 0.32 | 2.53 | 0.00 | 4.00 | 14.00 | 18.00 | 9.72 | 0.40 |
| 50 | 8.86 | 9.00 | 0.00 | 6.39 | 0.41 | 2.58 | 0.00 | 4.00 | 13.00 | 17.00 | 8.84 | 0.36 |
| 51 | 8.03 | 8.00 | 0.00 | 6.15 | 0.51 | 2.68 | 0.00 | 3.00 | 12.00 | 16.00 | 8.01 | 0.30 |
| 52 | 7.23 | 7.00 | 0.00 | 5.89 | 0.61 | 2.81 | 0.00 | 2.00 | 11.00 | 15.00 | 7.21 | 0.30 |
| 53 | 6.49 | 6.00 | 0.00 | 5.62 | 0.72 | 2.98 | 0.00 | 1.00 | 10.00 | 14.00 | 6.47 | 0.31 |
| 54 | 5.81 | 5.00 | 0.00 | 5.34 | 0.83 | 3.19 | 0.00 | 1.00 | 9.00 | 13.00 | 5.80 | 0.30 |
| 55 | 5.18 | 4.00 | 0.00 | 5.05 | 0.95 | 3.44 | 0.00 | 0.00 | 8.00 | 12.00 | 5.19 | 0.27 |
| 56 | 4.62 | 3.00 | 0.00 | 4.76 | 1.06 | 3.72 | 0.00 | 0.00 | 8.00 | 11.00 | 4.63 | 0.24 |
| 57 | 4.12 | 3.00 | 0.00 | 4.49 | 1.17 | 4.03 | 0.00 | 0.00 | 7.00 | 11.00 | 4.14 | 0.23 |
| 58 | 3.69 | 2.00 | 0.00 | 4.23 | 1.28 | 4.36 | 0.00 | 0.00 | 6.00 | 10.00 | 3.72 | 0.20 |
| 59 | 3.32 | 2.00 | 0.00 | 3.99 | 1.38 | 4.69 | 0.00 | 0.00 | 5.00 | 9.00 | 3.34 | 0.20 |
| 60 | 2.99 | 1.00 | 0.00 | 3.78 | 1.48 | 5.03 | 0.00 | 0.00 | 5.00 | 8.00 | 3.00 | 0.17 |
| 61 | 2.70 | 1.00 | 0.00 | 3.57 | 1.58 | 5.39 | 0.00 | 0.00 | 4.00 | 8.00 | 2.73 | 0.18 |
| 62 | 2.44 | 1.00 | 0.00 | 3.38 | 1.67 | 5.76 | 0.00 | 0.00 | 4.00 | 7.00 | 2.46 | 0.19 |
| 63 | 2.21 | 1.00 | 0.00 | 3.20 | 1.77 | 6.13 | 0.00 | 0.00 | 4.00 | 7.00 | 2.23 | 0.18 |
| 64 | 2.01 | 0.00 | 0.00 | 3.04 | 1.86 | 6.51 | 0.00 | 0.00 | 3.00 | 6.00 | 2.03 | 0.17 |
| 65 | 1.83 | 0.00 | 0.00 | 2.88 | 1.95 | 6.91 | 0.00 | 0.00 | 3.00 | 6.00 | 1.84 | 0.16 |
| 66 | 1.65 | 0.00 | 0.00 | 2.72 | 2.05 | 7.39 | 0.00 | 0.00 | 2.00 | 6.00 | 1.66 | 0.16 |
| 67 | 1.48 | 0.00 | 0.00 | 2.56 | 2.16 | 7.92 | 0.00 | 0.00 | 2.00 | 5.00 | 1.49 | 0.15 |
| 68 | 1.32 | 0.00 | 0.00 | 2.41 | 2.28 | 8.52 | 0.00 | 0.00 | 2.00 | 5.00 | 1.34 | 0.15 |
| 69 | 1.17 | 0.00 | 0.00 | 2.24 | 2.42 | 9.26 | 0.00 | 0.00 | 1.00 | 4.00 | 1.18 | 0.14 |
| 70 | 1.01 | 0.00 | 0.00 | 2.07 | 2.57 | 10.15 | 0.00 | 0.00 | 1.00 | 4.00 | 1.02 | 0.13 |
| 71 | 0.88 | 0.00 | 0.00 | 1.90 | 2.74 | 11.20 | 0.00 | 0.00 | 1.00 | 3.00 | 0.87 | 0.12 |
| 72 | 0.75 | 0.00 | 0.00 | 1.73 | 2.92 | 12.43 | 0.00 | 0.00 | 0.00 | 3.00 | 0.75 | 0.11 |
| 73 | 0.64 | 0.00 | 0.00 | 1.56 | 3.12 | 13.92 | 0.00 | 0.00 | 0.00 | 2.00 | 0.63 | 0.09 |
| 74 | 0.53 | 0.00 | 0.00 | 1.38 | 3.36 | 15.81 | 0.00 | 0.00 | 0.00 | 2.00 | 0.52 | 0.08 |
| 75 | 0.43 | 0.00 | 0.00 | 1.21 | 3.62 | 18.01 | 0.00 | 0.00 | 0.00 | 2.00 | 0.43 | 0.08 |

Table 15
Characteristics for Initially Inactive Men with Some College, No Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|-------|-------|-------|-------|-------|-------|-------|------|
| 18 | 37.20 | 38.00 | 40.00 | 9.63 | -0.98 | 4.81 | 26.00 | 32.00 | 44.00 | 48.00 | 37.15 | 0.35 |
| 19 | 36.67 | 38.00 | 39.00 | 9.52 | -0.96 | 4.75 | 25.00 | 32.00 | 43.00 | 47.00 | 36.62 | 0.36 |
| 20 | 36.13 | 37.00 | 39.00 | 9.40 | -0.94 | 4.67 | 25.00 | 31.00 | 42.00 | 47.00 | 36.08 | 0.36 |
| 21 | 35.54 | 37.00 | 38.00 | 9.29 | -0.91 | 4.57 | 24.00 | 31.00 | 42.00 | 46.00 | 35.49 | 0.36 |
| 22 | 34.87 | 36.00 | 37.00 | 9.16 | -0.87 | 4.46 | 23.00 | 30.00 | 41.00 | 45.00 | 34.81 | 0.32 |
| 23 | 34.16 | 35.00 | 37.00 | 9.04 | -0.83 | 4.34 | 23.00 | 29.00 | 40.00 | 44.00 | 34.10 | 0.35 |
| 24 | 33.40 | 34.00 | 36.00 | 8.92 | -0.79 | 4.21 | 22.00 | 29.00 | 39.00 | 44.00 | 33.32 | 0.34 |
| 25 | 32.59 | 34.00 | 35.00 | 8.81 | -0.75 | 4.08 | 21.00 | 28.00 | 39.00 | 43.00 | 32.53 | 0.38 |
| 26 | 31.76 | 33.00 | 34.00 | 8.71 | -0.71 | 3.96 | 21.00 | 27.00 | 38.00 | 42.00 | 31.69 | 0.36 |
| 27 | 30.92 | 32.00 | 33.00 | 8.62 | -0.67 | 3.84 | 20.00 | 26.00 | 37.00 | 41.00 | 30.89 | 0.35 |
| 28 | 30.03 | 31.00 | 32.00 | 8.53 | -0.63 | 3.72 | 19.00 | 25.00 | 36.00 | 40.00 | 30.00 | 0.36 |
| 29 | 29.10 | 30.00 | 31.00 | 8.45 | -0.60 | 3.61 | 18.00 | 24.00 | 35.00 | 39.00 | 29.06 | 0.35 |
| 30 | 28.18 | 29.00 | 31.00 | 8.37 | -0.56 | 3.51 | 17.00 | 23.00 | 34.00 | 38.00 | 28.16 | 0.37 |
| 31 | 27.28 | 28.00 | 30.00 | 8.30 | -0.53 | 3.42 | 16.00 | 22.00 | 33.00 | 37.00 | 27.25 | 0.40 |
| 32 | 26.34 | 27.00 | 29.00 | 8.24 | -0.50 | 3.33 | 15.00 | 21.00 | 32.00 | 36.00 | 26.29 | 0.35 |
| 33 | 25.34 | 26.00 | 28.00 | 8.19 | -0.46 | 3.24 | 14.00 | 20.00 | 31.00 | 35.00 | 25.32 | 0.36 |
| 34 | 24.32 | 25.00 | 27.00 | 8.13 | -0.43 | 3.16 | 13.00 | 19.00 | 30.00 | 34.00 | 24.29 | 0.35 |
| 35 | 23.34 | 24.00 | 26.00 | 8.08 | -0.40 | 3.08 | 13.00 | 18.00 | 29.00 | 33.00 | 23.35 | 0.41 |
| 36 | 22.37 | 23.00 | 25.00 | 8.03 | -0.37 | 3.01 | 12.00 | 17.00 | 28.00 | 32.00 | 22.38 | 0.44 |
| 37 | 21.38 | 22.00 | 23.00 | 7.99 | -0.34 | 2.93 | 11.00 | 16.00 | 27.00 | 31.00 | 21.41 | 0.44 |
| 38 | 20.35 | 21.00 | 22.00 | 7.95 | -0.30 | 2.86 | 10.00 | 15.00 | 26.00 | 30.00 | 20.36 | 0.46 |
| 39 | 19.28 | 20.00 | 21.00 | 7.90 | -0.27 | 2.78 | 8.00 | 14.00 | 25.00 | 29.00 | 19.27 | 0.42 |
| 40 | 18.24 | 19.00 | 20.00 | 7.84 | -0.23 | 2.71 | 7.00 | 13.00 | 24.00 | 28.00 | 18.23 | 0.43 |
| 41 | 17.24 | 18.00 | 19.00 | 7.77 | -0.18 | 2.64 | 6.00 | 12.00 | 23.00 | 27.00 | 17.24 | 0.44 |
| 42 | 16.23 | 17.00 | 18.00 | 7.70 | -0.14 | 2.57 | 5.00 | 11.00 | 22.00 | 26.00 | 16.22 | 0.45 |
| 43 | 15.25 | 16.00 | 17.00 | 7.61 | -0.09 | 2.51 | 4.00 | 10.00 | 21.00 | 25.00 | 15.22 | 0.43 |
| 44 | 14.24 | 15.00 | 16.00 | 7.50 | -0.03 | 2.46 | 4.00 | 9.00 | 20.00 | 24.00 | 14.21 | 0.45 |
| 45 | 13.22 | 13.00 | 0.00 | 7.38 | 0.03 | 2.41 | 3.00 | 8.00 | 19.00 | 23.00 | 13.19 | 0.46 |
| 46 | 12.30 | 12.00 | 0.00 | 7.23 | 0.09 | 2.38 | 2.00 | 7.00 | 18.00 | 22.00 | 12.27 | 0.43 |
| 47 | 11.42 | 11.00 | 0.00 | 7.08 | 0.16 | 2.37 | 1.00 | 6.00 | 17.00 | 21.00 | 11.38 | 0.40 |
| 48 | 10.52 | 10.00 | 0.00 | 6.90 | 0.24 | 2.37 | 0.00 | 5.00 | 15.00 | 20.00 | 10.49 | 0.41 |
| 49 | 9.63 | 9.00 | 0.00 | 6.69 | 0.32 | 2.40 | 0.00 | 4.00 | 14.00 | 19.00 | 9.60 | 0.43 |
| 50 | 8.76 | 8.00 | 0.00 | 6.46 | 0.40 | 2.45 | 0.00 | 3.00 | 13.00 | 18.00 | 8.73 | 0.40 |
| 51 | 7.97 | 7.00 | 0.00 | 6.22 | 0.49 | 2.53 | 0.00 | 3.00 | 12.00 | 17.00 | 7.94 | 0.41 |
| 52 | 7.25 | 7.00 | 0.00 | 5.96 | 0.58 | 2.63 | 0.00 | 2.00 | 11.00 | 16.00 | 7.22 | 0.38 |
| 53 | 6.54 | 6.00 | 0.00 | 5.69 | 0.68 | 2.77 | 0.00 | 1.00 | 10.00 | 15.00 | 6.50 | 0.35 |
| 54 | 5.90 | 5.00 | 0.00 | 5.41 | 0.77 | 2.93 | 0.00 | 1.00 | 10.00 | 14.00 | 5.86 | 0.33 |
| 55 | 5.31 | 4.00 | 0.00 | 5.14 | 0.87 | 3.13 | 0.00 | 0.00 | 9.00 | 13.00 | 5.30 | 0.29 |
| 56 | 4.78 | 4.00 | 0.00 | 4.86 | 0.97 | 3.35 | 0.00 | 0.00 | 8.00 | 12.00 | 4.74 | 0.27 |
| 57 | 4.28 | 3.00 | 0.00 | 4.59 | 1.07 | 3.61 | 0.00 | 0.00 | 7.00 | 11.00 | 4.22 | 0.26 |
| 58 | 3.80 | 2.00 | 0.00 | 4.30 | 1.18 | 3.93 | 0.00 | 0.00 | 6.00 | 10.00 | 3.74 | 0.24 |
| 59 | 3.39 | 2.00 | 0.00 | 4.04 | 1.29 | 4.26 | 0.00 | 0.00 | 6.00 | 9.00 | 3.34 | 0.22 |
| 60 | 3.03 | 1.00 | 0.00 | 3.79 | 1.39 | 4.62 | 0.00 | 0.00 | 5.00 | 9.00 | 2.99 | 0.22 |
| 61 | 2.68 | 1.00 | 0.00 | 3.53 | 1.51 | 5.05 | 0.00 | 0.00 | 4.00 | 8.00 | 2.64 | 0.20 |
| 62 | 2.36 | 1.00 | 0.00 | 3.28 | 1.63 | 5.55 | 0.00 | 0.00 | 4.00 | 7.00 | 2.33 | 0.18 |
| 63 | 2.09 | 0.00 | 0.00 | 3.05 | 1.75 | 6.06 | 0.00 | 0.00 | 3.00 | 7.00 | 2.05 | 0.17 |
| 64 | 1.85 | 0.00 | 0.00 | 2.84 | 1.87 | 6.57 | 0.00 | 0.00 | 3.00 | 6.00 | 1.83 | 0.16 |
| 65 | 1.66 | 0.00 | 0.00 | 2.66 | 1.97 | 7.08 | 0.00 | 0.00 | 3.00 | 6.00 | 1.64 | 0.14 |
| 66 | 1.51 | 0.00 | 0.00 | 2.50 | 2.07 | 7.58 | 0.00 | 0.00 | 2.00 | 5.00 | 1.48 | 0.13 |
| 67 | 1.35 | 0.00 | 0.00 | 2.34 | 2.19 | 8.20 | 0.00 | 0.00 | 2.00 | 5.00 | 1.31 | 0.13 |
| 68 | 1.19 | 0.00 | 0.00 | 2.17 | 2.33 | 8.97 | 0.00 | 0.00 | 2.00 | 4.00 | 1.16 | 0.12 |
| 69 | 1.04 | 0.00 | 0.00 | 2.01 | 2.48 | 9.87 | 0.00 | 0.00 | 1.00 | 4.00 | 1.01 | 0.12 |
| 70 | 0.91 | 0.00 | 0.00 | 1.85 | 2.65 | 10.95 | 0.00 | 0.00 | 1.00 | 3.00 | 0.88 | 0.11 |
| 71 | 0.78 | 0.00 | 0.00 | 1.70 | 2.84 | 12.23 | 0.00 | 0.00 | 1.00 | 3.00 | 0.75 | 0.10 |
| 72 | 0.66 | 0.00 | 0.00 | 1.54 | 3.05 | 13.77 | 0.00 | 0.00 | 1.00 | 3.00 | 0.64 | 0.10 |
| 73 | 0.55 | 0.00 | 0.00 | 1.38 | 3.29 | 15.61 | 0.00 | 0.00 | 0.00 | 2.00 | 0.53 | 0.09 |
| 74 | 0.46 | 0.00 | 0.00 | 1.24 | 3.53 | 17.57 | 0.00 | 0.00 | 0.00 | 2.00 | 0.44 | 0.08 |
| 75 | 0.39 | 0.00 | 0.00 | 1.11 | 3.77 | 19.73 | 0.00 | 0.00 | 0.00 | 1.00 | 0.37 | 0.08 |

Table 16
Characteristics for Initially Inactive Men with Associate's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 38.80 | 40.00 | 41.00 | 9.77 | -0.96 | 4.96 | 27.00 | 34.00 | 45.00 | 50.00 | 38.81 | 0.38 |
| 20 | 37.77 | 39.00 | 40.00 | 9.67 | -0.92 | 4.83 | 26.00 | 33.00 | 44.00 | 49.00 | 37.77 | 0.40 |
| 21 | 36.84 | 38.00 | 39.00 | 9.56 | -0.88 | 4.71 | 25.00 | 32.00 | 43.00 | 48.00 | 36.83 | 0.39 |
| 22 | 36.05 | 37.00 | 38.00 | 9.43 | -0.84 | 4.60 | 25.00 | 31.00 | 42.00 | 47.00 | 36.03 | 0.39 |
| 23 | 35.38 | 36.00 | 38.00 | 9.30 | -0.80 | 4.47 | 24.00 | 30.00 | 41.00 | 46.00 | 35.37 | 0.39 |
| 24 | 34.60 | 36.00 | 37.00 | 9.19 | -0.75 | 4.34 | 23.00 | 30.00 | 41.00 | 45.00 | 34.59 | 0.40 |
| 25 | 33.74 | 35.00 | 36.00 | 9.08 | -0.70 | 4.21 | 22.00 | 29.00 | 40.00 | 44.00 | 33.74 | 0.37 |
| 26 | 32.87 | 34.00 | 35.00 | 8.98 | -0.66 | 4.07 | 22.00 | 28.00 | 39.00 | 43.00 | 32.87 | 0.39 |
| 27 | 31.97 | 33.00 | 34.00 | 8.90 | -0.62 | 3.95 | 21.00 | 27.00 | 38.00 | 42.00 | 31.96 | 0.37 |
| 28 | 30.98 | 32.00 | 33.00 | 8.82 | -0.57 | 3.83 | 20.00 | 26.00 | 37.00 | 41.00 | 30.97 | 0.36 |
| 29 | 29.98 | 31.00 | 32.00 | 8.74 | -0.53 | 3.72 | 19.00 | 25.00 | 36.00 | 40.00 | 29.98 | 0.42 |
| 30 | 29.00 | 30.00 | 31.00 | 8.65 | -0.49 | 3.62 | 18.00 | 24.00 | 35.00 | 39.00 | 28.98 | 0.41 |
| 31 | 28.05 | 29.00 | 30.00 | 8.57 | -0.46 | 3.53 | 17.00 | 23.00 | 34.00 | 38.00 | 28.02 | 0.43 |
| 32 | 27.22 | 28.00 | 29.00 | 8.49 | -0.43 | 3.45 | 16.00 | 22.00 | 33.00 | 37.00 | 27.16 | 0.43 |
| 33 | 26.35 | 27.00 | 28.00 | 8.42 | -0.39 | 3.37 | 15.00 | 21.00 | 32.00 | 36.00 | 26.29 | 0.41 |
| 34 | 25.38 | 26.00 | 27.00 | 8.36 | -0.36 | 3.29 | 15.00 | 20.00 | 31.00 | 35.00 | 25.35 | 0.43 |
| 35 | 24.44 | 25.00 | 26.00 | 8.30 | -0.33 | 3.22 | 14.00 | 19.00 | 30.00 | 34.00 | 24.44 | 0.43 |
| 36 | 23.51 | 24.00 | 25.00 | 8.24 | -0.30 | 3.15 | 13.00 | 18.00 | 29.00 | 33.00 | 23.54 | 0.41 |
| 37 | 22.54 | 23.00 | 24.00 | 8.20 | -0.27 | 3.09 | 12.00 | 17.00 | 28.00 | 33.00 | 22.56 | 0.40 |
| 38 | 21.52 | 22.00 | 23.00 | 8.16 | -0.23 | 3.02 | 11.00 | 16.00 | 27.00 | 31.00 | 21.53 | 0.43 |
| 39 | 20.37 | 21.00 | 22.00 | 8.12 | -0.19 | 2.94 | 10.00 | 15.00 | 26.00 | 30.00 | 20.34 | 0.41 |
| 40 | 19.19 | 20.00 | 21.00 | 8.04 | -0.15 | 2.88 | 8.00 | 14.00 | 25.00 | 29.00 | 19.20 | 0.43 |
| 41 | 18.19 | 19.00 | 20.00 | 7.95 | -0.11 | 2.82 | 7.00 | 13.00 | 24.00 | 28.00 | 18.21 | 0.42 |
| 42 | 17.35 | 18.00 | 19.00 | 7.86 | -0.08 | 2.78 | 7.00 | 12.00 | 23.00 | 27.00 | 17.37 | 0.41 |
| 43 | 16.55 | 17.00 | 18.00 | 7.78 | -0.05 | 2.74 | 6.00 | 11.00 | 22.00 | 26.00 | 16.57 | 0.38 |
| 44 | 15.68 | 16.00 | 17.00 | 7.70 | -0.01 | 2.70 | 5.00 | 10.00 | 21.00 | 25.00 | 15.69 | 0.38 |
| 45 | 14.74 | 15.00 | 16.00 | 7.61 | 0.04 | 2.65 | 4.00 | 9.00 | 20.00 | 24.00 | 14.74 | 0.37 |
| 46 | 13.84 | 14.00 | 0.00 | 7.53 | 0.08 | 2.61 | 3.00 | 9.00 | 19.00 | 23.00 | 13.84 | 0.40 |
| 47 | 12.94 | 13.00 | 0.00 | 7.44 | 0.14 | 2.57 | 2.00 | 8.00 | 18.00 | 23.00 | 12.94 | 0.41 |
| 48 | 11.95 | 12.00 | 0.00 | 7.34 | 0.21 | 2.54 | 1.00 | 6.00 | 17.00 | 21.00 | 11.98 | 0.40 |
| 49 | 10.84 | 11.00 | 0.00 | 7.21 | 0.30 | 2.54 | 0.00 | 5.00 | 16.00 | 20.00 | 10.87 | 0.39 |
| 50 | 9.69 | 9.00 | 0.00 | 7.01 | 0.41 | 2.58 | 0.00 | 4.00 | 15.00 | 19.00 | 9.71 | 0.37 |
| 51 | 8.66 | 8.00 | 0.00 | 6.78 | 0.53 | 2.67 | 0.00 | 3.00 | 13.00 | 18.00 | 8.66 | 0.36 |
| 52 | 7.74 | 7.00 | 0.00 | 6.51 | 0.64 | 2.81 | 0.00 | 2.00 | 12.00 | 17.00 | 7.72 | 0.35 |
| 53 | 6.85 | 6.00 | 0.00 | 6.20 | 0.77 | 3.01 | 0.00 | 1.00 | 11.00 | 16.00 | 6.85 | 0.34 |
| 54 | 6.04 | 5.00 | 0.00 | 5.86 | 0.89 | 3.26 | 0.00 | 0.00 | 10.00 | 14.00 | 6.03 | 0.30 |
| 55 | 5.39 | 4.00 | 0.00 | 5.55 | 1.01 | 3.52 | 0.00 | 0.00 | 9.00 | 13.00 | 5.36 | 0.26 |
| 56 | 4.85 | 3.00 | 0.00 | 5.26 | 1.11 | 3.80 | 0.00 | 0.00 | 8.00 | 12.00 | 4.80 | 0.26 |
| 57 | 4.36 | 3.00 | 0.00 | 4.98 | 1.22 | 4.10 | 0.00 | 0.00 | 7.00 | 12.00 | 4.33 | 0.27 |
| 58 | 3.93 | 2.00 | 0.00 | 4.71 | 1.32 | 4.42 | 0.00 | 0.00 | 7.00 | 11.00 | 3.89 | 0.25 |
| 59 | 3.55 | 2.00 | 0.00 | 4.46 | 1.42 | 4.76 | 0.00 | 0.00 | 6.00 | 10.00 | 3.50 | 0.23 |
| 60 | 3.22 | 1.00 | 0.00 | 4.23 | 1.52 | 5.11 | 0.00 | 0.00 | 5.00 | 9.00 | 3.17 | 0.22 |
| 61 | 2.91 | 1.00 | 0.00 | 4.01 | 1.62 | 5.48 | 0.00 | 0.00 | 5.00 | 9.00 | 2.87 | 0.21 |
| 62 | 2.63 | 1.00 | 0.00 | 3.79 | 1.72 | 5.89 | 0.00 | 0.00 | 4.00 | 8.00 | 2.59 | 0.19 |
| 63 | 2.37 | 0.00 | 0.00 | 3.59 | 1.83 | 6.33 | 0.00 | 0.00 | 4.00 | 8.00 | 2.33 | 0.18 |
| 64 | 2.13 | 0.00 | 0.00 | 3.39 | 1.94 | 6.81 | 0.00 | 0.00 | 3.00 | 7.00 | 2.10 | 0.17 |
| 65 | 1.92 | 0.00 | 0.00 | 3.20 | 2.05 | 7.31 | 0.00 | 0.00 | 3.00 | 7.00 | 1.89 | 0.16 |
| 66 | 1.73 | 0.00 | 0.00 | 3.03 | 2.16 | 7.80 | 0.00 | 0.00 | 2.00 | 6.00 | 1.70 | 0.15 |
| 67 | 1.57 | 0.00 | 0.00 | 2.87 | 2.27 | 8.31 | 0.00 | 0.00 | 2.00 | 6.00 | 1.54 | 0.15 |
| 68 | 1.40 | 0.00 | 0.00 | 2.71 | 2.39 | 8.90 | 0.00 | 0.00 | 2.00 | 5.00 | 1.37 | 0.15 |
| 69 | 1.25 | 0.00 | 0.00 | 2.55 | 2.52 | 9.54 | 0.00 | 0.00 | 1.00 | 5.00 | 1.22 | 0.14 |
| 70 | 1.12 | 0.00 | 0.00 | 2.41 | 2.63 | 10.13 | 0.00 | 0.00 | 1.00 | 4.00 | 1.09 | 0.13 |
| 71 | 1.01 | 0.00 | 0.00 | 2.27 | 2.75 | 10.79 | 0.00 | 0.00 | 1.00 | 4.00 | 0.98 | 0.12 |
| 72 | 0.88 | 0.00 | 0.00 | 2.11 | 2.91 | 11.77 | 0.00 | 0.00 | 0.00 | 4.00 | 0.86 | 0.11 |
| 73 | 0.74 | 0.00 | 0.00 | 1.92 | 3.12 | 13.20 | 0.00 | 0.00 | 0.00 | 3.00 | 0.72 | 0.10 |
| 74 | 0.61 | 0.00 | 0.00 | 1.71 | 3.41 | 15.31 | 0.00 | 0.00 | 0.00 | 2.00 | 0.59 | 0.10 |
| 75 | 0.48 | 0.00 | 0.00 | 1.49 | 3.77 | 18.27 | 0.00 | 0.00 | 0.00 | 2.00 | 0.47 | 0.09 |

**JOURNAL OF FORENSIC ECONOMICS**

Table 17
Characteristics for Initially Inactive Men with Bachelor's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|-------|-------|-------|-------|-------|-------|-------|------|
| 20 | 38.70 | 40.00 | 41.00 | 9.10 | -1.30 | 6.18 | 28.00 | 35.00 | 44.00 | 48.00 | 38.65 | 0.29 |
| 21 | 37.99 | 39.00 | 40.00 | 8.96 | -1.27 | 6.08 | 28.00 | 34.00 | 44.00 | 47.00 | 37.93 | 0.27 |
| 22 | 37.32 | 38.00 | 40.00 | 8.82 | -1.23 | 5.96 | 27.00 | 33.00 | 43.00 | 47.00 | 37.28 | 0.28 |
| 23 | 36.72 | 38.00 | 39.00 | 8.67 | -1.19 | 5.81 | 27.00 | 33.00 | 42.00 | 46.00 | 36.67 | 0.28 |
| 24 | 36.00 | 37.00 | 38.00 | 8.54 | -1.14 | 5.64 | 26.00 | 32.00 | 41.00 | 45.00 | 35.94 | 0.29 |
| 25 | 35.20 | 36.00 | 37.00 | 8.41 | -1.09 | 5.47 | 25.00 | 31.00 | 40.00 | 44.00 | 35.15 | 0.28 |
| 26 | 34.33 | 35.00 | 36.00 | 8.29 | -1.03 | 5.28 | 24.00 | 30.00 | 40.00 | 43.00 | 34.29 | 0.27 |
| 27 | 33.47 | 34.00 | 36.00 | 8.18 | -0.98 | 5.11 | 24.00 | 30.00 | 39.00 | 42.00 | 33.41 | 0.26 |
| 28 | 32.57 | 34.00 | 35.00 | 8.08 | -0.93 | 4.94 | 23.00 | 29.00 | 38.00 | 42.00 | 32.52 | 0.29 |
| 29 | 31.66 | 33.00 | 34.00 | 7.98 | -0.88 | 4.77 | 22.00 | 28.00 | 37.00 | 41.00 | 31.59 | 0.27 |
| 30 | 30.73 | 32.00 | 33.00 | 7.89 | -0.83 | 4.61 | 21.00 | 27.00 | 36.00 | 40.00 | 30.65 | 0.26 |
| 31 | 29.79 | 31.00 | 32.00 | 7.81 | -0.78 | 4.45 | 20.00 | 26.00 | 35.00 | 39.00 | 29.73 | 0.29 |
| 32 | 28.84 | 30.00 | 31.00 | 7.74 | -0.73 | 4.29 | 19.00 | 25.00 | 34.00 | 38.00 | 28.81 | 0.29 |
| 33 | 27.82 | 29.00 | 30.00 | 7.67 | -0.68 | 4.13 | 18.00 | 24.00 | 33.00 | 37.00 | 27.79 | 0.33 |
| 34 | 26.75 | 27.00 | 29.00 | 7.62 | -0.63 | 3.98 | 17.00 | 23.00 | 32.00 | 36.00 | 26.67 | 0.32 |
| 35 | 25.69 | 26.00 | 28.00 | 7.57 | -0.58 | 3.83 | 16.00 | 22.00 | 31.00 | 34.00 | 25.60 | 0.29 |
| 36 | 24.61 | 25.00 | 26.00 | 7.52 | -0.54 | 3.70 | 15.00 | 20.00 | 30.00 | 33.00 | 24.54 | 0.32 |
| 37 | 23.52 | 24.00 | 25.00 | 7.46 | -0.49 | 3.58 | 14.00 | 19.00 | 28.00 | 32.00 | 23.44 | 0.36 |
| 38 | 22.44 | 23.00 | 24.00 | 7.39 | -0.44 | 3.47 | 13.00 | 18.00 | 27.00 | 31.00 | 22.38 | 0.36 |
| 39 | 21.42 | 22.00 | 23.00 | 7.31 | -0.40 | 3.39 | 12.00 | 17.00 | 26.00 | 30.00 | 21.37 | 0.33 |
| 40 | 20.54 | 21.00 | 22.00 | 7.22 | -0.37 | 3.31 | 11.00 | 16.00 | 25.00 | 29.00 | 20.48 | 0.34 |
| 41 | 19.71 | 20.00 | 21.00 | 7.13 | -0.33 | 3.24 | 10.00 | 15.00 | 24.00 | 28.00 | 19.67 | 0.33 |
| 42 | 18.84 | 19.00 | 20.00 | 7.06 | -0.29 | 3.17 | 9.00 | 15.00 | 24.00 | 27.00 | 18.77 | 0.32 |
| 43 | 17.93 | 18.00 | 19.00 | 7.00 | -0.26 | 3.09 | 9.00 | 14.00 | 23.00 | 26.00 | 17.86 | 0.32 |
| 44 | 16.97 | 17.00 | 18.00 | 6.96 | -0.22 | 3.00 | 8.00 | 13.00 | 22.00 | 25.00 | 16.91 | 0.31 |
| 45 | 15.98 | 16.00 | 18.00 | 6.93 | -0.17 | 2.91 | 6.00 | 12.00 | 21.00 | 24.00 | 15.90 | 0.33 |
| 46 | 14.89 | 15.00 | 16.00 | 6.91 | -0.12 | 2.81 | 5.00 | 10.00 | 20.00 | 23.00 | 14.80 | 0.34 |
| 47 | 13.69 | 14.00 | 15.00 | 6.88 | -0.05 | 2.69 | 4.00 | 9.00 | 18.00 | 22.00 | 13.64 | 0.35 |
| 48 | 12.45 | 13.00 | 0.00 | 6.83 | 0.04 | 2.60 | 3.00 | 8.00 | 17.00 | 21.00 | 12.43 | 0.33 |
| 49 | 11.26 | 11.00 | 0.00 | 6.72 | 0.13 | 2.54 | 1.00 | 6.00 | 16.00 | 20.00 | 11.25 | 0.34 |
| 50 | 10.14 | 10.00 | 0.00 | 6.57 | 0.24 | 2.52 | 0.00 | 5.00 | 15.00 | 19.00 | 10.12 | 0.35 |
| 51 | 9.04 | 9.00 | 0.00 | 6.37 | 0.36 | 2.56 | 0.00 | 4.00 | 13.00 | 17.00 | 9.03 | 0.34 |
| 52 | 8.03 | 8.00 | 0.00 | 6.12 | 0.47 | 2.64 | 0.00 | 3.00 | 12.00 | 16.00 | 8.04 | 0.30 |
| 53 | 7.20 | 7.00 | 0.00 | 5.87 | 0.58 | 2.76 | 0.00 | 2.00 | 11.00 | 15.00 | 7.19 | 0.31 |
| 54 | 6.48 | 6.00 | 0.00 | 5.62 | 0.69 | 2.91 | 0.00 | 1.00 | 10.00 | 14.00 | 6.47 | 0.30 |
| 55 | 5.80 | 5.00 | 0.00 | 5.36 | 0.80 | 3.11 | 0.00 | 1.00 | 9.00 | 13.00 | 5.80 | 0.29 |
| 56 | 5.09 | 4.00 | 0.00 | 5.07 | 0.94 | 3.39 | 0.00 | 0.00 | 8.00 | 12.00 | 5.06 | 0.26 |
| 57 | 4.44 | 3.00 | 0.00 | 4.76 | 1.08 | 3.75 | 0.00 | 0.00 | 7.00 | 11.00 | 4.41 | 0.25 |
| 58 | 3.88 | 2.00 | 0.00 | 4.46 | 1.23 | 4.16 | 0.00 | 0.00 | 6.00 | 10.00 | 3.85 | 0.24 |
| 59 | 3.38 | 2.00 | 0.00 | 4.16 | 1.38 | 4.64 | 0.00 | 0.00 | 6.00 | 9.00 | 3.35 | 0.21 |
| 60 | 2.93 | 1.00 | 0.00 | 3.87 | 1.54 | 5.21 | 0.00 | 0.00 | 5.00 | 9.00 | 2.89 | 0.21 |
| 61 | 2.52 | 1.00 | 0.00 | 3.58 | 1.70 | 5.87 | 0.00 | 0.00 | 4.00 | 8.00 | 2.48 | 0.20 |
| 62 | 2.19 | 0.00 | 0.00 | 3.33 | 1.86 | 6.56 | 0.00 | 0.00 | 3.00 | 7.00 | 2.15 | 0.18 |
| 63 | 1.93 | 0.00 | 0.00 | 3.11 | 2.00 | 7.24 | 0.00 | 0.00 | 3.00 | 6.00 | 1.90 | 0.16 |
| 64 | 1.70 | 0.00 | 0.00 | 2.90 | 2.15 | 7.97 | 0.00 | 0.00 | 2.00 | 6.00 | 1.68 | 0.14 |
| 65 | 1.50 | 0.00 | 0.00 | 2.71 | 2.30 | 8.76 | 0.00 | 0.00 | 2.00 | 5.00 | 1.47 | 0.14 |
| 66 | 1.32 | 0.00 | 0.00 | 2.52 | 2.46 | 9.68 | 0.00 | 0.00 | 2.00 | 5.00 | 1.29 | 0.13 |
| 67 | 1.15 | 0.00 | 0.00 | 2.34 | 2.63 | 10.74 | 0.00 | 0.00 | 1.00 | 4.00 | 1.12 | 0.13 |
| 68 | 0.99 | 0.00 | 0.00 | 2.16 | 2.82 | 11.96 | 0.00 | 0.00 | 1.00 | 4.00 | 0.96 | 0.12 |
| 69 | 0.86 | 0.00 | 0.00 | 1.98 | 3.02 | 13.36 | 0.00 | 0.00 | 0.00 | 3.00 | 0.82 | 0.11 |
| 70 | 0.74 | 0.00 | 0.00 | 1.82 | 3.23 | 14.88 | 0.00 | 0.00 | 0.00 | 3.00 | 0.70 | 0.10 |
| 71 | 0.63 | 0.00 | 0.00 | 1.66 | 3.45 | 16.61 | 0.00 | 0.00 | 0.00 | 2.00 | 0.60 | 0.10 |
| 72 | 0.53 | 0.00 | 0.00 | 1.51 | 3.69 | 18.69 | 0.00 | 0.00 | 0.00 | 2.00 | 0.50 | 0.09 |
| 73 | 0.45 | 0.00 | 0.00 | 1.35 | 3.96 | 21.08 | 0.00 | 0.00 | 0.00 | 2.00 | 0.42 | 0.08 |
| 74 | 0.37 | 0.00 | 0.00 | 1.21 | 4.23 | 23.71 | 0.00 | 0.00 | 0.00 | 1.00 | 0.35 | 0.07 |
| 75 | 0.31 | 0.00 | 0.00 | 1.07 | 4.49 | 26.39 | 0.00 | 0.00 | 0.00 | 1.00 | 0.28 | 0.07 |

**Skoog, Ciecka & Krueger**                                            197

Table 18
Characteristics for Initially Inactive Men with Master's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|------|------|------|------|------|------|-------|------|
| 22 | 39.97 | 41.00 | 42.00 | 9.25 | -1.37 | 6.23 | 29.00 | 36.00 | 46.00 | 50.00 | 39.94 | 0.25 |
| 23 | 39.25 | 40.00 | 41.00 | 9.12 | -1.32 | 6.05 | 29.00 | 35.00 | 45.00 | 49.00 | 39.22 | 0.27 |
| 24 | 38.20 | 39.00 | 40.00 | 9.00 | -1.26 | 5.83 | 28.00 | 34.00 | 44.00 | 48.00 | 38.18 | 0.29 |
| 25 | 37.22 | 38.00 | 39.00 | 8.87 | -1.20 | 5.63 | 27.00 | 33.00 | 43.00 | 47.00 | 37.20 | 0.29 |
| 26 | 36.39 | 37.00 | 38.00 | 8.76 | -1.15 | 5.44 | 26.00 | 32.00 | 42.00 | 46.00 | 36.37 | 0.29 |
| 27 | 35.39 | 36.00 | 37.00 | 8.66 | -1.09 | 5.24 | 25.00 | 31.00 | 41.00 | 45.00 | 35.39 | 0.29 |
| 28 | 34.36 | 35.00 | 36.00 | 8.58 | -1.04 | 5.04 | 24.00 | 30.00 | 40.00 | 44.00 | 34.35 | 0.28 |
| 29 | 33.33 | 34.00 | 35.00 | 8.50 | -0.98 | 4.84 | 23.00 | 29.00 | 39.00 | 43.00 | 33.27 | 0.30 |
| 30 | 32.23 | 33.00 | 34.00 | 8.44 | -0.92 | 4.64 | 22.00 | 28.00 | 38.00 | 42.00 | 32.16 | 0.33 |
| 31 | 31.04 | 32.00 | 33.00 | 8.36 | -0.86 | 4.45 | 21.00 | 27.00 | 37.00 | 40.00 | 30.96 | 0.41 |
| 32 | 29.93 | 31.00 | 31.00 | 8.27 | -0.81 | 4.30 | 20.00 | 26.00 | 35.00 | 39.00 | 29.90 | 0.36 |
| 33 | 29.00 | 30.00 | 30.00 | 8.16 | -0.77 | 4.19 | 19.00 | 25.00 | 34.00 | 38.00 | 28.94 | 0.34 |
| 34 | 28.10 | 29.00 | 29.00 | 8.05 | -0.73 | 4.08 | 18.00 | 24.00 | 33.00 | 37.00 | 28.08 | 0.34 |
| 35 | 27.18 | 28.00 | 28.00 | 7.93 | -0.70 | 3.98 | 17.00 | 23.00 | 32.00 | 36.00 | 27.19 | 0.30 |
| 36 | 26.36 | 27.00 | 28.00 | 7.82 | -0.66 | 3.90 | 17.00 | 22.00 | 32.00 | 35.00 | 26.34 | 0.31 |
| 37 | 25.58 | 26.00 | 27.00 | 7.70 | -0.63 | 3.82 | 16.00 | 21.00 | 31.00 | 35.00 | 25.58 | 0.32 |
| 38 | 24.79 | 25.00 | 26.00 | 7.59 | -0.59 | 3.73 | 15.00 | 21.00 | 30.00 | 34.00 | 24.81 | 0.31 |
| 39 | 24.03 | 25.00 | 25.00 | 7.49 | -0.56 | 3.65 | 15.00 | 20.00 | 29.00 | 33.00 | 24.01 | 0.29 |
| 40 | 23.23 | 24.00 | 24.00 | 7.38 | -0.52 | 3.56 | 14.00 | 19.00 | 28.00 | 32.00 | 23.19 | 0.28 |
| 41 | 22.38 | 23.00 | 23.00 | 7.28 | -0.47 | 3.47 | 13.00 | 18.00 | 27.00 | 31.00 | 22.33 | 0.30 |
| 42 | 21.56 | 22.00 | 22.00 | 7.18 | -0.43 | 3.38 | 12.00 | 17.00 | 26.00 | 30.00 | 21.52 | 0.28 |
| 43 | 20.72 | 21.00 | 21.00 | 7.08 | -0.39 | 3.29 | 12.00 | 17.00 | 26.00 | 29.00 | 20.68 | 0.27 |
| 44 | 19.79 | 20.00 | 20.00 | 7.00 | -0.34 | 3.20 | 11.00 | 16.00 | 25.00 | 28.00 | 19.74 | 0.28 |
| 45 | 18.86 | 19.00 | 19.00 | 6.92 | -0.29 | 3.11 | 10.00 | 15.00 | 24.00 | 27.00 | 18.81 | 0.27 |
| 46 | 17.85 | 18.00 | 18.00 | 6.86 | -0.24 | 3.01 | 9.00 | 14.00 | 23.00 | 26.00 | 17.81 | 0.30 |
| 47 | 16.78 | 17.00 | 17.00 | 6.81 | -0.20 | 2.92 | 8.00 | 12.00 | 21.00 | 25.00 | 16.72 | 0.28 |
| 48 | 15.70 | 16.00 | 16.00 | 6.77 | -0.14 | 2.83 | 7.00 | 11.00 | 20.00 | 24.00 | 15.66 | 0.31 |
| 49 | 14.55 | 15.00 | 15.00 | 6.73 | -0.08 | 2.73 | 5.00 | 10.00 | 19.00 | 23.00 | 14.54 | 0.30 |
| 50 | 13.37 | 14.00 | 14.00 | 6.68 | -0.02 | 2.64 | 4.00 | 9.00 | 18.00 | 22.00 | 13.38 | 0.32 |
| 51 | 12.27 | 12.00 | 13.00 | 6.59 | 0.06 | 2.57 | 3.00 | 8.00 | 17.00 | 21.00 | 12.27 | 0.33 |
| 52 | 11.21 | 11.00 | 0.00 | 6.49 | 0.14 | 2.52 | 2.00 | 6.00 | 16.00 | 20.00 | 11.18 | 0.33 |
| 53 | 10.16 | 10.00 | 0.00 | 6.35 | 0.23 | 2.50 | 1.00 | 5.00 | 15.00 | 19.00 | 10.15 | 0.32 |
| 54 | 9.08 | 9.00 | 0.00 | 6.17 | 0.34 | 2.52 | 0.00 | 4.00 | 13.00 | 17.00 | 9.06 | 0.32 |
| 55 | 8.07 | 8.00 | 0.00 | 5.94 | 0.45 | 2.59 | 0.00 | 3.00 | 12.00 | 16.00 | 8.09 | 0.28 |
| 56 | 7.23 | 7.00 | 0.00 | 5.70 | 0.55 | 2.69 | 0.00 | 2.00 | 11.00 | 15.00 | 7.26 | 0.30 |
| 57 | 6.46 | 6.00 | 0.00 | 5.44 | 0.66 | 2.83 | 0.00 | 2.00 | 10.00 | 14.00 | 6.47 | 0.29 |
| 58 | 5.77 | 5.00 | 0.00 | 5.18 | 0.76 | 3.00 | 0.00 | 1.00 | 9.00 | 13.00 | 5.78 | 0.28 |
| 59 | 5.15 | 4.00 | 0.00 | 4.92 | 0.87 | 3.20 | 0.00 | 0.00 | 8.00 | 12.00 | 5.15 | 0.28 |
| 60 | 4.59 | 3.00 | 0.00 | 4.65 | 0.98 | 3.44 | 0.00 | 0.00 | 8.00 | 11.00 | 4.60 | 0.26 |
| 61 | 4.09 | 3.00 | 0.00 | 4.39 | 1.09 | 3.72 | 0.00 | 0.00 | 7.00 | 10.00 | 4.11 | 0.23 |
| 62 | 3.62 | 2.00 | 0.00 | 4.13 | 1.21 | 4.05 | 0.00 | 0.00 | 6.00 | 10.00 | 3.62 | 0.22 |
| 63 | 3.17 | 2.00 | 0.00 | 3.85 | 1.34 | 4.47 | 0.00 | 0.00 | 5.00 | 9.00 | 3.15 | 0.20 |
| 64 | 2.78 | 1.00 | 0.00 | 3.59 | 1.47 | 4.92 | 0.00 | 0.00 | 5.00 | 8.00 | 2.76 | 0.19 |
| 65 | 2.46 | 1.00 | 0.00 | 3.36 | 1.59 | 5.38 | 0.00 | 0.00 | 4.00 | 7.00 | 2.43 | 0.16 |
| 66 | 2.19 | 0.00 | 0.00 | 3.15 | 1.71 | 5.86 | 0.00 | 0.00 | 4.00 | 7.00 | 2.16 | 0.15 |
| 67 | 1.94 | 0.00 | 0.00 | 2.95 | 1.85 | 6.42 | 0.00 | 0.00 | 3.00 | 6.00 | 1.90 | 0.15 |
| 68 | 1.72 | 0.00 | 0.00 | 2.77 | 1.98 | 7.02 | 0.00 | 0.00 | 3.00 | 6.00 | 1.67 | 0.14 |
| 69 | 1.51 | 0.00 | 0.00 | 2.59 | 2.13 | 7.72 | 0.00 | 0.00 | 2.00 | 5.00 | 1.47 | 0.14 |
| 70 | 1.30 | 0.00 | 0.00 | 2.40 | 2.31 | 8.61 | 0.00 | 0.00 | 2.00 | 5.00 | 1.26 | 0.13 |
| 71 | 1.11 | 0.00 | 0.00 | 2.20 | 2.51 | 9.72 | 0.00 | 0.00 | 1.00 | 4.00 | 1.06 | 0.13 |
| 72 | 0.92 | 0.00 | 0.00 | 2.01 | 2.75 | 11.14 | 0.00 | 0.00 | 1.00 | 4.00 | 0.87 | 0.12 |
| 73 | 0.75 | 0.00 | 0.00 | 1.79 | 3.04 | 13.06 | 0.00 | 0.00 | 0.00 | 3.00 | 0.70 | 0.11 |
| 74 | 0.59 | 0.00 | 0.00 | 1.58 | 3.37 | 15.55 | 0.00 | 0.00 | 0.00 | 2.00 | 0.55 | 0.10 |
| 75 | 0.46 | 0.00 | 0.00 | 1.35 | 3.77 | 18.97 | 0.00 | 0.00 | 0.00 | 2.00 | 0.41 | 0.09 |

**JOURNAL OF FORENSIC ECONOMICS**

Table 19
Characteristics for Initially Inactive Men with Professional or PhD Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 39.33 | 41.00 | 42.00 | 10.21 | -1.11 | 4.99 | 27.00 | 35.00 | 46.00 | 51.00 | 39.37 | 0.39 |
| 25 | 38.57 | 40.00 | 41.00 | 10.06 | -1.08 | 4.90 | 26.00 | 34.00 | 45.00 | 50.00 | 38.60 | 0.40 |
| 26 | 38.04 | 39.00 | 40.00 | 9.93 | -1.05 | 4.80 | 26.00 | 33.00 | 45.00 | 49.00 | 38.09 | 0.38 |
| 27 | 37.32 | 39.00 | 39.00 | 9.81 | -1.02 | 4.68 | 25.00 | 33.00 | 44.00 | 48.00 | 37.37 | 0.40 |
| 28 | 36.42 | 38.00 | 38.00 | 9.69 | -0.98 | 4.56 | 24.00 | 32.00 | 43.00 | 47.00 | 36.44 | 0.39 |
| 29 | 35.50 | 37.00 | 37.00 | 9.58 | -0.94 | 4.44 | 23.00 | 31.00 | 42.00 | 46.00 | 35.51 | 0.40 |
| 30 | 34.62 | 36.00 | 36.00 | 9.47 | -0.91 | 4.34 | 23.00 | 30.00 | 41.00 | 46.00 | 34.63 | 0.40 |
| 31 | 33.71 | 35.00 | 35.00 | 9.36 | -0.88 | 4.23 | 22.00 | 29.00 | 40.00 | 45.00 | 33.73 | 0.42 |
| 32 | 32.82 | 34.00 | 34.00 | 9.24 | -0.84 | 4.14 | 21.00 | 28.00 | 39.00 | 44.00 | 32.84 | 0.43 |
| 33 | 32.03 | 33.00 | 33.00 | 9.13 | -0.82 | 4.05 | 20.00 | 27.00 | 38.00 | 43.00 | 32.06 | 0.42 |
| 34 | 31.24 | 32.00 | 33.00 | 9.02 | -0.79 | 3.96 | 20.00 | 27.00 | 37.00 | 42.00 | 31.24 | 0.38 |
| 35 | 30.46 | 31.00 | 32.00 | 8.92 | -0.75 | 3.87 | 19.00 | 26.00 | 36.00 | 41.00 | 30.48 | 0.37 |
| 36 | 29.64 | 31.00 | 31.00 | 8.83 | -0.72 | 3.78 | 18.00 | 25.00 | 36.00 | 40.00 | 29.67 | 0.38 |
| 37 | 28.72 | 30.00 | 30.00 | 8.74 | -0.69 | 3.68 | 17.00 | 24.00 | 35.00 | 39.00 | 28.77 | 0.38 |
| 38 | 27.80 | 29.00 | 29.00 | 8.66 | -0.65 | 3.59 | 16.00 | 23.00 | 34.00 | 38.00 | 27.80 | 0.38 |
| 39 | 26.87 | 28.00 | 28.00 | 8.58 | -0.61 | 3.49 | 16.00 | 22.00 | 33.00 | 37.00 | 26.90 | 0.39 |
| 40 | 25.86 | 27.00 | 27.00 | 8.51 | -0.57 | 3.39 | 15.00 | 21.00 | 32.00 | 36.00 | 25.89 | 0.42 |
| 41 | 24.86 | 26.00 | 26.00 | 8.44 | -0.53 | 3.29 | 14.00 | 20.00 | 31.00 | 35.00 | 24.88 | 0.37 |
| 42 | 23.80 | 24.00 | 25.00 | 8.38 | -0.49 | 3.18 | 13.00 | 19.00 | 30.00 | 34.00 | 23.83 | 0.38 |
| 43 | 22.70 | 23.00 | 24.00 | 8.31 | -0.44 | 3.08 | 12.00 | 18.00 | 28.00 | 33.00 | 22.74 | 0.39 |
| 44 | 21.65 | 22.00 | 23.00 | 8.24 | -0.39 | 2.98 | 11.00 | 17.00 | 27.00 | 32.00 | 21.68 | 0.38 |
| 45 | 20.53 | 21.00 | 21.00 | 8.16 | -0.35 | 2.89 | 9.00 | 16.00 | 26.00 | 31.00 | 20.57 | 0.39 |
| 46 | 19.44 | 20.00 | 20.00 | 8.07 | -0.30 | 2.80 | 8.00 | 14.00 | 25.00 | 30.00 | 19.50 | 0.40 |
| 47 | 18.39 | 19.00 | 19.00 | 7.96 | -0.25 | 2.73 | 7.00 | 13.00 | 24.00 | 29.00 | 18.44 | 0.40 |
| 48 | 17.50 | 18.00 | 18.00 | 7.84 | -0.21 | 2.67 | 7.00 | 13.00 | 23.00 | 28.00 | 17.55 | 0.38 |
| 49 | 16.81 | 17.00 | 17.00 | 7.74 | -0.18 | 2.61 | 6.00 | 12.00 | 22.00 | 27.00 | 16.84 | 0.38 |
| 50 | 16.01 | 16.00 | 17.00 | 7.67 | -0.14 | 2.55 | 5.00 | 11.00 | 21.00 | 26.00 | 16.04 | 0.40 |
| 51 | 15.01 | 15.00 | 16.00 | 7.60 | -0.08 | 2.48 | 4.00 | 10.00 | 20.00 | 25.00 | 15.03 | 0.40 |
| 52 | 13.88 | 14.00 | 0.00 | 7.54 | -0.01 | 2.39 | 3.00 | 9.00 | 19.00 | 24.00 | 13.93 | 0.39 |
| 53 | 12.65 | 13.00 | 0.00 | 7.45 | 0.08 | 2.32 | 2.00 | 7.00 | 18.00 | 23.00 | 12.70 | 0.41 |
| 54 | 11.48 | 11.00 | 0.00 | 7.32 | 0.17 | 2.29 | 1.00 | 6.00 | 17.00 | 21.00 | 11.55 | 0.43 |
| 55 | 10.30 | 10.00 | 0.00 | 7.14 | 0.29 | 2.30 | 0.00 | 4.00 | 15.00 | 20.00 | 10.34 | 0.40 |
| 56 | 8.96 | 8.00 | 0.00 | 6.83 | 0.43 | 2.37 | 0.00 | 3.00 | 14.00 | 19.00 | 8.99 | 0.41 |
| 57 | 7.85 | 7.00 | 0.00 | 6.47 | 0.55 | 2.47 | 0.00 | 2.00 | 12.00 | 17.00 | 7.87 | 0.38 |
| 58 | 7.16 | 6.00 | 0.00 | 6.19 | 0.62 | 2.55 | 0.00 | 1.00 | 11.00 | 16.00 | 7.19 | 0.36 |
| 59 | 6.72 | 6.00 | 0.00 | 5.99 | 0.67 | 2.61 | 0.00 | 1.00 | 11.00 | 15.00 | 6.76 | 0.37 |
| 60 | 6.25 | 5.00 | 0.00 | 5.78 | 0.73 | 2.70 | 0.00 | 1.00 | 10.00 | 15.00 | 6.29 | 0.34 |
| 61 | 5.68 | 4.00 | 0.00 | 5.52 | 0.81 | 2.82 | 0.00 | 0.00 | 9.00 | 14.00 | 5.74 | 0.32 |
| 62 | 5.08 | 4.00 | 0.00 | 5.23 | 0.91 | 2.99 | 0.00 | 0.00 | 8.00 | 13.00 | 5.13 | 0.29 |
| 63 | 4.58 | 3.00 | 0.00 | 4.96 | 1.00 | 3.17 | 0.00 | 0.00 | 8.00 | 12.00 | 4.61 | 0.27 |
| 64 | 4.15 | 3.00 | 0.00 | 4.72 | 1.08 | 3.35 | 0.00 | 0.00 | 7.00 | 11.00 | 4.17 | 0.26 |
| 65 | 3.73 | 2.00 | 0.00 | 4.46 | 1.17 | 3.58 | 0.00 | 0.00 | 6.00 | 11.00 | 3.74 | 0.24 |
| 66 | 3.30 | 1.00 | 0.00 | 4.18 | 1.28 | 3.88 | 0.00 | 0.00 | 6.00 | 10.00 | 3.30 | 0.22 |
| 67 | 2.85 | 1.00 | 0.00 | 3.86 | 1.41 | 4.28 | 0.00 | 0.00 | 5.00 | 9.00 | 2.85 | 0.21 |
| 68 | 2.46 | 0.00 | 0.00 | 3.55 | 1.55 | 4.74 | 0.00 | 0.00 | 4.00 | 8.00 | 2.44 | 0.20 |
| 69 | 2.14 | 0.00 | 0.00 | 3.26 | 1.67 | 5.20 | 0.00 | 0.00 | 3.00 | 7.00 | 2.14 | 0.18 |
| 70 | 1.86 | 0.00 | 0.00 | 2.98 | 1.79 | 5.68 | 0.00 | 0.00 | 3.00 | 6.00 | 1.85 | 0.16 |
| 71 | 1.62 | 0.00 | 0.00 | 2.72 | 1.90 | 6.19 | 0.00 | 0.00 | 2.00 | 6.00 | 1.61 | 0.15 |
| 72 | 1.41 | 0.00 | 0.00 | 2.48 | 2.01 | 6.73 | 0.00 | 0.00 | 2.00 | 5.00 | 1.41 | 0.14 |
| 73 | 1.23 | 0.00 | 0.00 | 2.26 | 2.12 | 7.29 | 0.00 | 0.00 | 2.00 | 5.00 | 1.23 | 0.13 |
| 74 | 1.08 | 0.00 | 0.00 | 2.05 | 2.23 | 7.89 | 0.00 | 0.00 | 1.00 | 4.00 | 1.08 | 0.14 |
| 75 | 0.93 | 0.00 | 0.00 | 1.85 | 2.37 | 8.66 | 0.00 | 0.00 | 1.00 | 4.00 | 0.94 | 0.13 |

**Skoog, Ciecka & Krueger** 199

Table 20
Characteristics for Initially Active Women with 0-12 Years of Education,
No Diploma, No GED

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 24.89 | 24.50 | 24.50 | 8.69 | 0.07 | 2.78 | 13.50 | 18.50 | 30.50 | 36.50 | 24.93 | 0.40 |
| 17 | 24.41 | 24.50 | 24.50 | 8.65 | 0.08 | 2.77 | 13.50 | 18.50 | 30.50 | 35.50 | 24.44 | 0.40 |
| 18 | 23.92 | 23.50 | 23.50 | 8.60 | 0.08 | 2.76 | 12.50 | 17.50 | 29.50 | 35.50 | 23.95 | 0.40 |
| 19 | 23.43 | 23.50 | 23.50 | 8.55 | 0.09 | 2.75 | 12.50 | 17.50 | 29.50 | 34.50 | 23.46 | 0.40 |
| 20 | 22.94 | 22.50 | 22.50 | 8.50 | 0.09 | 2.74 | 11.50 | 16.50 | 28.50 | 34.50 | 22.98 | 0.40 |
| 21 | 22.48 | 22.50 | 22.50 | 8.44 | 0.10 | 2.73 | 11.50 | 16.50 | 28.50 | 33.50 | 22.52 | 0.39 |
| 22 | 22.04 | 21.50 | 21.50 | 8.38 | 0.11 | 2.72 | 11.50 | 16.50 | 27.50 | 33.50 | 22.07 | 0.39 |
| 23 | 21.59 | 21.50 | 21.50 | 8.31 | 0.11 | 2.71 | 10.50 | 15.50 | 27.50 | 32.50 | 21.63 | 0.40 |
| 24 | 21.13 | 20.50 | 20.50 | 8.25 | 0.12 | 2.70 | 10.50 | 15.50 | 26.50 | 31.50 | 21.17 | 0.40 |
| 25 | 20.69 | 20.50 | 20.50 | 8.18 | 0.12 | 2.69 | 10.50 | 14.50 | 26.50 | 31.50 | 20.72 | 0.38 |
| 26 | 20.25 | 20.50 | 19.50 | 8.10 | 0.13 | 2.68 | 9.50 | 14.50 | 25.50 | 30.50 | 20.26 | 0.38 |
| 27 | 19.80 | 19.50 | 19.50 | 8.02 | 0.13 | 2.67 | 9.50 | 14.50 | 25.50 | 30.50 | 19.82 | 0.39 |
| 28 | 19.33 | 19.50 | 18.50 | 7.94 | 0.14 | 2.67 | 8.50 | 13.50 | 24.50 | 29.50 | 19.37 | 0.38 |
| 29 | 18.86 | 18.50 | 18.50 | 7.86 | 0.15 | 2.66 | 8.50 | 13.50 | 24.50 | 29.50 | 18.90 | 0.37 |
| 30 | 18.39 | 18.50 | 17.50 | 7.78 | 0.15 | 2.65 | 8.50 | 12.50 | 23.50 | 28.50 | 18.42 | 0.35 |
| 31 | 17.92 | 17.50 | 17.50 | 7.69 | 0.16 | 2.64 | 7.50 | 12.50 | 23.50 | 28.50 | 17.95 | 0.33 |
| 32 | 17.45 | 17.50 | 16.50 | 7.61 | 0.17 | 2.63 | 7.50 | 11.50 | 22.50 | 27.50 | 17.50 | 0.33 |
| 33 | 16.99 | 16.50 | 16.50 | 7.51 | 0.17 | 2.63 | 7.50 | 11.50 | 22.50 | 26.50 | 17.03 | 0.33 |
| 34 | 16.52 | 16.50 | 15.50 | 7.41 | 0.18 | 2.62 | 6.50 | 11.50 | 21.50 | 26.50 | 16.54 | 0.33 |
| 35 | 16.06 | 15.50 | 15.50 | 7.31 | 0.19 | 2.62 | 6.50 | 10.50 | 21.50 | 25.50 | 16.08 | 0.32 |
| 36 | 15.61 | 15.50 | 14.50 | 7.20 | 0.20 | 2.61 | 6.50 | 10.50 | 20.50 | 25.50 | 15.63 | 0.33 |
| 37 | 15.17 | 14.50 | 14.50 | 7.08 | 0.21 | 2.61 | 5.50 | 9.50 | 20.50 | 24.50 | 15.19 | 0.33 |
| 38 | 14.70 | 14.50 | 13.50 | 6.96 | 0.22 | 2.61 | 5.50 | 9.50 | 19.50 | 23.50 | 14.73 | 0.33 |
| 39 | 14.22 | 13.50 | 13.50 | 6.83 | 0.23 | 2.61 | 5.50 | 9.50 | 18.50 | 23.50 | 14.24 | 0.33 |
| 40 | 13.74 | 13.50 | 12.50 | 6.70 | 0.25 | 2.61 | 5.50 | 8.50 | 18.50 | 22.50 | 13.77 | 0.31 |
| 41 | 13.28 | 12.50 | 12.50 | 6.55 | 0.26 | 2.62 | 4.50 | 8.50 | 17.50 | 22.50 | 13.30 | 0.31 |
| 42 | 12.79 | 12.50 | 11.50 | 6.41 | 0.28 | 2.62 | 4.50 | 7.50 | 17.50 | 21.50 | 12.79 | 0.30 |
| 43 | 12.26 | 11.50 | 10.50 | 6.27 | 0.31 | 2.63 | 4.50 | 7.50 | 16.50 | 20.50 | 12.27 | 0.30 |
| 44 | 11.74 | 11.50 | 10.50 | 6.13 | 0.33 | 2.64 | 3.50 | 7.50 | 16.50 | 19.50 | 11.74 | 0.29 |
| 45 | 11.23 | 10.50 | 10.50 | 5.98 | 0.35 | 2.66 | 3.50 | 6.50 | 15.50 | 19.50 | 11.23 | 0.28 |
| 46 | 10.72 | 10.50 | 9.50 | 5.83 | 0.37 | 2.67 | 3.50 | 6.50 | 14.50 | 18.50 | 10.72 | 0.27 |
| 47 | 10.22 | 9.50 | 9.50 | 5.68 | 0.39 | 2.70 | 2.50 | 5.50 | 14.50 | 17.50 | 10.24 | 0.26 |
| 48 | 9.74 | 9.50 | 8.50 | 5.53 | 0.42 | 2.72 | 2.50 | 5.50 | 13.50 | 17.50 | 9.75 | 0.26 |
| 49 | 9.29 | 8.50 | 7.50 | 5.36 | 0.44 | 2.76 | 2.50 | 5.50 | 12.50 | 16.50 | 9.30 | 0.24 |
| 50 | 8.86 | 8.50 | 6.50 | 5.18 | 0.46 | 2.81 | 2.50 | 4.50 | 12.50 | 15.50 | 8.86 | 0.22 |
| 51 | 8.45 | 8.50 | 7.50 | 5.00 | 0.49 | 2.88 | 2.50 | 4.50 | 11.50 | 15.50 | 8.44 | 0.21 |
| 52 | 8.03 | 7.50 | 7.50 | 4.81 | 0.53 | 2.95 | 1.50 | 4.50 | 11.50 | 14.50 | 8.04 | 0.21 |
| 53 | 7.61 | 7.50 | 6.50 | 4.62 | 0.57 | 3.04 | 1.50 | 3.50 | 10.50 | 13.50 | 7.62 | 0.21 |
| 54 | 7.17 | 6.50 | 5.50 | 4.44 | 0.62 | 3.15 | 1.50 | 3.50 | 10.50 | 13.50 | 7.17 | 0.21 |
| 55 | 6.73 | 6.50 | 5.50 | 4.26 | 0.67 | 3.27 | 1.50 | 3.50 | 9.50 | 12.50 | 6.72 | 0.21 |
| 56 | 6.29 | 5.50 | 4.50 | 4.07 | 0.73 | 3.41 | 1.50 | 3.50 | 8.50 | 11.50 | 6.30 | 0.21 |
| 57 | 5.88 | 5.50 | 3.50 | 3.89 | 0.80 | 3.58 | 1.50 | 2.50 | 8.50 | 11.50 | 5.89 | 0.20 |
| 58 | 5.46 | 4.50 | 3.50 | 3.71 | 0.88 | 3.77 | 1.50 | 2.50 | 7.50 | 10.50 | 5.48 | 0.21 |
| 59 | 5.05 | 4.50 | 2.50 | 3.54 | 0.95 | 3.98 | 0.50 | 2.50 | 7.50 | 9.50 | 5.06 | 0.21 |
| 60 | 4.67 | 4.50 | 2.50 | 3.38 | 1.03 | 4.21 | 0.50 | 2.50 | 6.50 | 9.50 | 4.68 | 0.21 |
| 61 | 4.32 | 3.50 | 1.50 | 3.22 | 1.12 | 4.47 | 0.50 | 1.50 | 6.50 | 8.50 | 4.34 | 0.20 |
| 62 | 4.00 | 3.50 | 1.50 | 3.08 | 1.20 | 4.74 | 0.50 | 1.50 | 5.50 | 8.50 | 4.02 | 0.20 |
| 63 | 3.71 | 3.50 | 0.50 | 2.94 | 1.28 | 5.02 | 0.50 | 1.50 | 5.50 | 7.50 | 3.72 | 0.19 |
| 64 | 3.45 | 2.50 | 0.50 | 2.82 | 1.36 | 5.28 | 0.50 | 1.50 | 4.50 | 7.50 | 3.45 | 0.20 |
| 65 | 3.23 | 2.50 | 0.50 | 2.71 | 1.42 | 5.52 | 0.50 | 1.50 | 4.50 | 6.50 | 3.22 | 0.21 |
| 66 | 3.05 | 2.50 | 0.50 | 2.61 | 1.48 | 5.72 | 0.50 | 1.50 | 4.50 | 6.50 | 3.03 | 0.22 |
| 67 | 2.90 | 2.50 | 0.50 | 2.53 | 1.52 | 5.87 | 0.50 | 0.50 | 4.50 | 6.50 | 2.87 | 0.23 |
| 68 | 2.77 | 2.50 | 0.50 | 2.45 | 1.55 | 5.97 | 0.50 | 0.50 | 3.50 | 6.50 | 2.77 | 0.22 |
| 69 | 2.68 | 1.50 | 0.50 | 2.38 | 1.57 | 6.03 | 0.50 | 0.50 | 3.50 | 5.50 | 2.66 | 0.22 |
| 70 | 2.59 | 1.50 | 0.50 | 2.31 | 1.59 | 6.07 | 0.50 | 0.50 | 3.50 | 5.50 | 2.59 | 0.22 |
| 71 | 2.51 | 1.50 | 0.50 | 2.25 | 1.60 | 6.08 | 0.50 | 0.50 | 3.50 | 5.50 | 2.49 | 0.23 |
| 72 | 2.42 | 1.50 | 0.50 | 2.18 | 1.62 | 6.03 | 0.50 | 0.50 | 3.50 | 5.50 | 2.36 | 0.25 |
| 73 | 2.32 | 1.50 | 0.50 | 2.13 | 1.60 | 5.84 | 0.50 | 0.50 | 3.50 | 5.50 | 2.27 | 0.27 |
| 74 | 2.28 | 1.50 | 0.50 | 2.08 | 1.54 | 5.51 | 0.50 | 0.50 | 3.50 | 5.50 | 2.23 | 0.28 |
| 75 | 2.26 | 1.50 | 0.50 | 2.01 | 1.47 | 5.16 | 0.50 | 0.50 | 3.50 | 5.50 | 2.18 | 0.29 |

**JOURNAL OF FORENSIC ECONOMICS**

Table 21
Characteristics for Initially Active Women with GED, No Diploma

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 30.31 | 30.50 | 30.50 | 9.18 | -0.14 | 2.88 | 18.50 | 24.50 | 36.50 | 41.50 | 30.38 | 1.01 |
| 17 | 29.60 | 29.50 | 30.50 | 9.14 | -0.13 | 2.86 | 17.50 | 23.50 | 36.50 | 41.50 | 29.60 | 0.96 |
| 18 | 28.95 | 29.50 | 29.50 | 9.10 | -0.12 | 2.84 | 17.50 | 22.50 | 35.50 | 40.50 | 28.93 | 0.97 |
| 19 | 28.33 | 28.50 | 28.50 | 9.05 | -0.11 | 2.82 | 16.50 | 22.50 | 34.50 | 39.50 | 28.34 | 0.95 |
| 20 | 27.74 | 27.50 | 28.50 | 8.99 | -0.11 | 2.80 | 15.50 | 21.50 | 34.50 | 39.50 | 27.76 | 0.97 |
| 21 | 27.24 | 27.50 | 27.50 | 8.92 | -0.10 | 2.79 | 15.50 | 21.50 | 33.50 | 38.50 | 27.28 | 0.89 |
| 22 | 26.78 | 26.50 | 27.50 | 8.85 | -0.10 | 2.77 | 15.50 | 20.50 | 33.50 | 38.50 | 26.78 | 0.88 |
| 23 | 26.30 | 26.50 | 26.50 | 8.77 | -0.09 | 2.75 | 14.50 | 20.50 | 32.50 | 37.50 | 26.31 | 0.87 |
| 24 | 25.76 | 25.50 | 26.50 | 8.69 | -0.08 | 2.74 | 14.50 | 19.50 | 31.50 | 36.50 | 25.78 | 0.84 |
| 25 | 25.19 | 25.50 | 25.50 | 8.62 | -0.08 | 2.72 | 13.50 | 19.50 | 31.50 | 36.50 | 25.24 | 0.82 |
| 26 | 24.61 | 24.50 | 25.50 | 8.54 | -0.07 | 2.70 | 13.50 | 18.50 | 30.50 | 35.50 | 24.64 | 0.81 |
| 27 | 24.01 | 24.50 | 24.50 | 8.47 | -0.06 | 2.69 | 12.50 | 18.50 | 30.50 | 34.50 | 24.05 | 0.80 |
| 28 | 23.41 | 23.50 | 23.50 | 8.40 | -0.05 | 2.67 | 12.50 | 17.50 | 29.50 | 34.50 | 23.44 | 0.81 |
| 29 | 22.80 | 22.50 | 23.50 | 8.32 | -0.05 | 2.66 | 11.50 | 17.50 | 28.50 | 33.50 | 22.85 | 0.79 |
| 30 | 22.18 | 22.50 | 22.50 | 8.25 | -0.04 | 2.64 | 11.50 | 16.50 | 28.50 | 32.50 | 22.20 | 0.77 |
| 31 | 21.57 | 21.50 | 22.50 | 8.17 | -0.03 | 2.63 | 10.50 | 15.50 | 27.50 | 32.50 | 21.60 | 0.77 |
| 32 | 20.96 | 21.50 | 21.50 | 8.09 | -0.02 | 2.62 | 10.50 | 15.50 | 26.50 | 31.50 | 20.99 | 0.77 |
| 33 | 20.36 | 20.50 | 20.50 | 8.00 | -0.02 | 2.60 | 9.50 | 14.50 | 26.50 | 30.50 | 20.38 | 0.75 |
| 34 | 19.77 | 19.50 | 20.50 | 7.91 | -0.01 | 2.59 | 9.50 | 14.50 | 25.50 | 29.50 | 19.80 | 0.77 |
| 35 | 19.18 | 19.50 | 19.50 | 7.82 | 0.00 | 2.58 | 8.50 | 13.50 | 24.50 | 29.50 | 19.21 | 0.75 |
| 36 | 18.62 | 18.50 | 18.50 | 7.71 | 0.01 | 2.57 | 8.50 | 13.50 | 24.50 | 28.50 | 18.65 | 0.73 |
| 37 | 18.08 | 18.50 | 19.50 | 7.60 | 0.02 | 2.57 | 7.50 | 12.50 | 23.50 | 27.50 | 18.12 | 0.72 |
| 38 | 17.54 | 17.50 | 19.50 | 7.47 | 0.03 | 2.56 | 7.50 | 12.50 | 22.50 | 27.50 | 17.56 | 0.72 |
| 39 | 17.00 | 17.50 | 19.50 | 7.33 | 0.05 | 2.56 | 7.50 | 11.50 | 22.50 | 26.50 | 17.00 | 0.72 |
| 40 | 16.45 | 16.50 | 18.50 | 7.19 | 0.07 | 2.55 | 6.50 | 11.50 | 21.50 | 25.50 | 16.43 | 0.71 |
| 41 | 15.86 | 15.50 | 17.50 | 7.04 | 0.09 | 2.54 | 6.50 | 10.50 | 20.50 | 25.50 | 15.85 | 0.67 |
| 42 | 15.23 | 15.50 | 16.50 | 6.90 | 0.11 | 2.54 | 6.50 | 10.50 | 20.50 | 24.50 | 15.22 | 0.65 |
| 43 | 14.59 | 14.50 | 16.50 | 6.76 | 0.14 | 2.53 | 5.50 | 9.50 | 19.50 | 23.50 | 14.60 | 0.64 |
| 44 | 13.94 | 13.50 | 15.50 | 6.62 | 0.16 | 2.53 | 5.50 | 8.50 | 18.50 | 22.50 | 13.98 | 0.63 |
| 45 | 13.28 | 13.50 | 14.50 | 6.49 | 0.18 | 2.53 | 4.50 | 8.50 | 17.50 | 21.50 | 13.29 | 0.61 |
| 46 | 12.64 | 12.50 | 13.50 | 6.35 | 0.20 | 2.54 | 4.50 | 7.50 | 17.50 | 21.50 | 12.64 | 0.58 |
| 47 | 12.03 | 11.50 | 12.50 | 6.20 | 0.22 | 2.56 | 3.50 | 7.50 | 16.50 | 20.50 | 12.02 | 0.59 |
| 48 | 11.47 | 11.50 | 12.50 | 6.04 | 0.25 | 2.58 | 3.50 | 6.50 | 15.50 | 19.50 | 11.47 | 0.62 |
| 49 | 10.97 | 10.50 | 11.50 | 5.85 | 0.27 | 2.62 | 3.50 | 6.50 | 14.50 | 18.50 | 10.97 | 0.61 |
| 50 | 10.51 | 10.50 | 11.50 | 5.65 | 0.30 | 2.68 | 2.50 | 6.50 | 14.50 | 17.50 | 10.50 | 0.61 |
| 51 | 10.03 | 9.50 | 10.50 | 5.44 | 0.34 | 2.74 | 2.50 | 5.50 | 13.50 | 17.50 | 10.02 | 0.60 |
| 52 | 9.55 | 9.50 | 9.50 | 5.22 | 0.38 | 2.81 | 2.50 | 5.50 | 12.50 | 16.50 | 9.54 | 0.54 |
| 53 | 9.05 | 8.50 | 8.50 | 5.01 | 0.44 | 2.89 | 2.50 | 5.50 | 12.50 | 15.50 | 9.00 | 0.52 |
| 54 | 8.53 | 8.50 | 7.50 | 4.81 | 0.50 | 2.97 | 2.50 | 4.50 | 11.50 | 15.50 | 8.49 | 0.52 |
| 55 | 7.99 | 7.50 | 6.50 | 4.62 | 0.57 | 3.06 | 2.50 | 4.50 | 10.50 | 14.50 | 7.97 | 0.50 |
| 56 | 7.42 | 6.50 | 5.50 | 4.45 | 0.64 | 3.15 | 1.50 | 4.50 | 10.50 | 13.50 | 7.41 | 0.49 |
| 57 | 6.85 | 6.50 | 4.50 | 4.28 | 0.71 | 3.24 | 1.50 | 3.50 | 9.50 | 12.50 | 6.87 | 0.47 |
| 58 | 6.32 | 5.50 | 3.50 | 4.13 | 0.77 | 3.33 | 1.50 | 3.50 | 8.50 | 12.50 | 6.33 | 0.47 |
| 59 | 5.86 | 5.50 | 2.50 | 3.97 | 0.83 | 3.44 | 1.50 | 2.50 | 8.50 | 11.50 | 5.84 | 0.50 |
| 60 | 5.43 | 4.50 | 1.50 | 3.81 | 0.88 | 3.55 | 1.50 | 2.50 | 7.50 | 10.50 | 5.43 | 0.49 |
| 61 | 5.05 | 4.50 | 2.50 | 3.66 | 0.93 | 3.66 | 0.50 | 2.50 | 7.50 | 10.50 | 5.07 | 0.45 |
| 62 | 4.74 | 4.50 | 1.50 | 3.50 | 0.97 | 3.78 | 0.50 | 1.50 | 6.50 | 9.50 | 4.80 | 0.48 |
| 63 | 4.44 | 3.50 | 1.50 | 3.35 | 1.02 | 3.90 | 0.50 | 1.50 | 6.50 | 9.50 | 4.50 | 0.50 |
| 64 | 4.16 | 3.50 | 0.50 | 3.20 | 1.06 | 4.02 | 0.50 | 1.50 | 5.50 | 8.50 | 4.25 | 0.53 |
| 65 | 3.94 | 3.50 | 0.50 | 3.04 | 1.11 | 4.17 | 0.50 | 1.50 | 5.50 | 8.50 | 4.06 | 0.59 |
| 66 | 3.67 | 2.50 | 1.50 | 2.90 | 1.16 | 4.31 | 0.50 | 1.50 | 5.50 | 7.50 | 3.76 | 0.62 |
| 67 | 3.40 | 2.50 | 0.50 | 2.77 | 1.19 | 4.42 | 0.50 | 1.50 | 4.50 | 7.50 | 3.47 | 0.71 |
| 68 | 3.23 | 2.50 | 0.50 | 2.64 | 1.21 | 4.52 | 0.50 | 1.50 | 4.50 | 6.50 | 3.26 | 0.66 |
| 69 | 3.08 | 2.50 | 0.50 | 2.51 | 1.23 | 4.68 | 0.50 | 1.50 | 4.50 | 6.50 | 3.11 | 0.63 |
| 70 | 2.90 | 2.50 | 0.50 | 2.37 | 1.28 | 4.92 | 0.50 | 0.50 | 4.50 | 6.50 | 2.99 | 0.72 |
| 71 | 2.75 | 2.50 | 0.50 | 2.23 | 1.36 | 5.27 | 0.50 | 0.50 | 3.50 | 5.50 | 2.77 | 0.72 |
| 72 | 2.53 | 1.50 | 0.50 | 2.10 | 1.48 | 5.65 | 0.50 | 0.50 | 3.50 | 5.50 | 2.59 | 0.91 |
| 73 | 2.27 | 1.50 | 0.50 | 2.00 | 1.56 | 5.84 | 0.50 | 0.50 | 3.50 | 5.50 | 2.23 | 0.77 |
| 74 | 2.18 | 1.50 | 0.50 | 1.93 | 1.56 | 5.77 | 0.50 | 0.50 | 3.50 | 4.50 | 2.16 | 0.96 |
| 75 | 2.10 | 1.50 | 0.50 | 1.86 | 1.55 | 5.64 | 0.50 | 0.50 | 2.50 | 4.50 | 1.98 | 1.01 |

**Skoog, Ciecka & Krueger** 201

Table 22
Characteristics for Initially Active Women with High School Diploma

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 33.55 | 34.50 | 35.50 | 9.61 | -0.27 | 3.10 | 20.50 | 27.50 | 40.50 | 45.50 | 33.51 | 0.26 |
| 18 | 32.91 | 33.50 | 34.50 | 9.55 | -0.26 | 3.07 | 20.50 | 26.50 | 39.50 | 44.50 | 32.86 | 0.25 |
| 19 | 32.28 | 32.50 | 33.50 | 9.49 | -0.25 | 3.05 | 19.50 | 26.50 | 38.50 | 44.50 | 32.24 | 0.25 |
| 20 | 31.65 | 32.50 | 33.50 | 9.43 | -0.25 | 3.03 | 19.50 | 25.50 | 38.50 | 43.50 | 31.61 | 0.25 |
| 21 | 31.07 | 31.50 | 32.50 | 9.36 | -0.24 | 3.01 | 18.50 | 24.50 | 37.50 | 42.50 | 31.02 | 0.25 |
| 22 | 30.48 | 30.50 | 32.50 | 9.29 | -0.23 | 2.99 | 18.50 | 24.50 | 36.50 | 41.50 | 30.44 | 0.25 |
| 23 | 29.90 | 30.50 | 31.50 | 9.21 | -0.22 | 2.98 | 17.50 | 23.50 | 36.50 | 41.50 | 29.86 | 0.23 |
| 24 | 29.30 | 29.50 | 31.50 | 9.13 | -0.22 | 2.96 | 17.50 | 23.50 | 35.50 | 40.50 | 29.26 | 0.24 |
| 25 | 28.68 | 29.50 | 30.50 | 9.04 | -0.21 | 2.94 | 16.50 | 22.50 | 35.50 | 39.50 | 28.65 | 0.23 |
| 26 | 28.05 | 28.50 | 29.50 | 8.96 | -0.20 | 2.92 | 16.50 | 22.50 | 34.50 | 39.50 | 28.03 | 0.24 |
| 27 | 27.41 | 27.50 | 29.50 | 8.87 | -0.19 | 2.91 | 15.50 | 21.50 | 33.50 | 38.50 | 27.38 | 0.24 |
| 28 | 26.77 | 27.50 | 28.50 | 8.78 | -0.18 | 2.89 | 15.50 | 20.50 | 32.50 | 37.50 | 26.72 | 0.22 |
| 29 | 26.11 | 26.50 | 28.50 | 8.69 | -0.17 | 2.88 | 14.50 | 20.50 | 32.50 | 36.50 | 26.07 | 0.22 |
| 30 | 25.46 | 25.50 | 27.50 | 8.59 | -0.16 | 2.87 | 14.50 | 19.50 | 31.50 | 36.50 | 25.43 | 0.22 |
| 31 | 24.81 | 25.50 | 26.50 | 8.50 | -0.15 | 2.86 | 13.50 | 19.50 | 30.50 | 35.50 | 24.78 | 0.22 |
| 32 | 24.14 | 24.50 | 26.50 | 8.40 | -0.14 | 2.84 | 12.50 | 18.50 | 29.50 | 34.50 | 24.12 | 0.22 |
| 33 | 23.48 | 23.50 | 25.50 | 8.30 | -0.13 | 2.83 | 12.50 | 17.50 | 29.50 | 33.50 | 23.45 | 0.21 |
| 34 | 22.82 | 23.50 | 24.50 | 8.20 | -0.12 | 2.82 | 11.50 | 17.50 | 28.50 | 32.50 | 22.79 | 0.21 |
| 35 | 22.17 | 22.50 | 24.50 | 8.09 | -0.11 | 2.81 | 11.50 | 16.50 | 27.50 | 32.50 | 22.14 | 0.21 |
| 36 | 21.51 | 21.50 | 23.50 | 7.98 | -0.09 | 2.80 | 10.50 | 16.50 | 27.50 | 31.50 | 21.48 | 0.19 |
| 37 | 20.85 | 21.50 | 22.50 | 7.87 | -0.08 | 2.80 | 10.50 | 15.50 | 26.50 | 30.50 | 20.81 | 0.19 |
| 38 | 20.18 | 20.50 | 22.50 | 7.75 | -0.06 | 2.79 | 9.50 | 14.50 | 25.50 | 29.50 | 20.14 | 0.19 |
| 39 | 19.50 | 19.50 | 21.50 | 7.63 | -0.04 | 2.78 | 9.50 | 14.50 | 24.50 | 29.50 | 19.47 | 0.18 |
| 40 | 18.83 | 19.50 | 21.50 | 7.51 | -0.02 | 2.78 | 8.50 | 13.50 | 23.50 | 28.50 | 18.79 | 0.18 |
| 41 | 18.14 | 18.50 | 20.50 | 7.38 | 0.01 | 2.77 | 8.50 | 13.50 | 23.50 | 27.50 | 18.10 | 0.18 |
| 42 | 17.44 | 17.50 | 19.50 | 7.25 | 0.03 | 2.77 | 7.50 | 12.50 | 22.50 | 26.50 | 17.40 | 0.18 |
| 43 | 16.76 | 16.50 | 18.50 | 7.12 | 0.06 | 2.77 | 7.50 | 11.50 | 21.50 | 25.50 | 16.71 | 0.18 |
| 44 | 16.07 | 16.50 | 17.50 | 6.99 | 0.09 | 2.78 | 6.50 | 11.50 | 20.50 | 24.50 | 16.03 | 0.18 |
| 45 | 15.38 | 15.50 | 16.50 | 6.84 | 0.12 | 2.79 | 6.50 | 10.50 | 19.50 | 24.50 | 15.35 | 0.17 |
| 46 | 14.71 | 14.50 | 16.50 | 6.70 | 0.15 | 2.81 | 5.50 | 9.50 | 19.50 | 23.50 | 14.68 | 0.16 |
| 47 | 14.06 | 14.50 | 15.50 | 6.54 | 0.19 | 2.83 | 5.50 | 9.50 | 18.50 | 22.50 | 14.02 | 0.16 |
| 48 | 13.41 | 13.50 | 14.50 | 6.38 | 0.23 | 2.86 | 4.50 | 8.50 | 17.50 | 21.50 | 13.38 | 0.17 |
| 49 | 12.77 | 12.50 | 13.50 | 6.21 | 0.27 | 2.90 | 4.50 | 8.50 | 16.50 | 20.50 | 12.75 | 0.16 |
| 50 | 12.13 | 11.50 | 12.50 | 6.04 | 0.32 | 2.94 | 4.50 | 7.50 | 15.50 | 20.50 | 12.11 | 0.16 |
| 51 | 11.50 | 11.50 | 11.50 | 5.87 | 0.38 | 3.00 | 3.50 | 7.50 | 15.50 | 19.50 | 11.48 | 0.16 |
| 52 | 10.88 | 10.50 | 10.50 | 5.69 | 0.44 | 3.06 | 3.50 | 6.50 | 14.50 | 18.50 | 10.86 | 0.15 |
| 53 | 10.26 | 9.50 | 9.50 | 5.51 | 0.50 | 3.14 | 3.50 | 6.50 | 13.50 | 17.50 | 10.25 | 0.15 |
| 54 | 9.65 | 9.50 | 8.50 | 5.34 | 0.57 | 3.22 | 2.50 | 5.50 | 12.50 | 16.50 | 9.64 | 0.15 |
| 55 | 9.03 | 8.50 | 7.50 | 5.17 | 0.64 | 3.32 | 2.50 | 5.50 | 12.50 | 16.50 | 9.03 | 0.15 |
| 56 | 8.43 | 7.50 | 7.50 | 5.00 | 0.71 | 3.42 | 2.50 | 4.50 | 11.50 | 15.50 | 8.42 | 0.14 |
| 57 | 7.84 | 7.50 | 6.50 | 4.84 | 0.79 | 3.53 | 2.50 | 4.50 | 10.50 | 14.50 | 7.82 | 0.14 |
| 58 | 7.26 | 6.50 | 5.50 | 4.69 | 0.86 | 3.65 | 1.50 | 3.50 | 9.50 | 13.50 | 7.24 | 0.14 |
| 59 | 6.73 | 5.50 | 4.50 | 4.54 | 0.93 | 3.77 | 1.50 | 3.50 | 9.50 | 13.50 | 6.71 | 0.14 |
| 60 | 6.23 | 5.50 | 3.50 | 4.40 | 1.00 | 3.89 | 1.50 | 2.50 | 8.50 | 12.50 | 6.21 | 0.15 |
| 61 | 5.77 | 4.50 | 2.50 | 4.26 | 1.05 | 3.99 | 1.50 | 2.50 | 8.50 | 11.50 | 5.75 | 0.16 |
| 62 | 5.38 | 4.50 | 1.50 | 4.13 | 1.10 | 4.08 | 0.50 | 2.50 | 7.50 | 11.50 | 5.36 | 0.16 |
| 63 | 5.07 | 4.50 | 0.50 | 4.01 | 1.13 | 4.15 | 0.50 | 1.50 | 7.50 | 10.50 | 5.04 | 0.16 |
| 64 | 4.82 | 3.50 | 0.50 | 3.89 | 1.16 | 4.19 | 0.50 | 1.50 | 6.50 | 10.50 | 4.80 | 0.17 |
| 65 | 4.62 | 3.50 | 0.50 | 3.76 | 1.17 | 4.21 | 0.50 | 1.50 | 6.50 | 9.50 | 4.59 | 0.17 |
| 66 | 4.43 | 3.50 | 0.50 | 3.64 | 1.18 | 4.22 | 0.50 | 1.50 | 6.50 | 9.50 | 4.41 | 0.19 |
| 67 | 4.26 | 3.50 | 0.50 | 3.52 | 1.19 | 4.21 | 0.50 | 1.50 | 6.50 | 9.50 | 4.23 | 0.18 |
| 68 | 4.11 | 3.50 | 0.50 | 3.40 | 1.19 | 4.19 | 0.50 | 1.50 | 5.50 | 8.50 | 4.07 | 0.20 |
| 69 | 3.96 | 3.50 | 0.50 | 3.28 | 1.19 | 4.16 | 0.50 | 1.50 | 5.50 | 8.50 | 3.92 | 0.21 |
| 70 | 3.79 | 2.50 | 0.50 | 3.15 | 1.19 | 4.12 | 0.50 | 1.50 | 5.50 | 8.50 | 3.74 | 0.20 |
| 71 | 3.64 | 2.50 | 0.50 | 3.03 | 1.18 | 4.05 | 0.50 | 1.50 | 5.50 | 8.50 | 3.58 | 0.20 |
| 72 | 3.48 | 2.50 | 0.50 | 2.91 | 1.16 | 3.95 | 0.50 | 1.50 | 4.50 | 7.50 | 3.43 | 0.21 |
| 73 | 3.33 | 2.50 | 0.50 | 2.78 | 1.14 | 3.83 | 0.50 | 1.50 | 4.50 | 7.50 | 3.29 | 0.22 |
| 74 | 3.19 | 2.50 | 0.50 | 2.65 | 1.10 | 3.68 | 0.50 | 1.50 | 4.50 | 7.50 | 3.14 | 0.24 |
| 75 | 3.05 | 2.50 | 0.50 | 2.51 | 1.05 | 3.53 | 0.50 | 1.50 | 4.50 | 6.50 | 2.98 | 0.24 |

202                    JOURNAL OF FORENSIC ECONOMICS

Table 23
Characteristics for Initially Active Women with Some College, No Degree

| | WLE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
| 18 | 35.70 | 36.50 | 37.50 | 9.12 | -0.41 | 3.53 | 23.50 | 30.50 | 41.50 | 46.50 | 35.69 | 0.28 |
| 19 | 35.13 | 35.50 | 36.50 | 9.06 | -0.40 | 3.49 | 23.50 | 29.50 | 41.50 | 46.50 | 35.12 | 0.28 |
| 20 | 34.52 | 35.50 | 36.50 | 9.00 | -0.39 | 3.45 | 22.50 | 28.50 | 40.50 | 45.50 | 34.52 | 0.27 |
| 21 | 33.91 | 34.50 | 35.50 | 8.93 | -0.38 | 3.41 | 22.50 | 28.50 | 40.50 | 44.50 | 33.91 | 0.27 |
| 22 | 33.24 | 33.50 | 35.50 | 8.87 | -0.37 | 3.38 | 21.50 | 27.50 | 39.50 | 43.50 | 33.24 | 0.27 |
| 23 | 32.56 | 33.50 | 34.50 | 8.81 | -0.35 | 3.34 | 21.50 | 27.50 | 38.50 | 43.50 | 32.56 | 0.27 |
| 24 | 31.86 | 32.50 | 33.50 | 8.74 | -0.34 | 3.30 | 20.50 | 26.50 | 37.50 | 42.50 | 31.86 | 0.27 |
| 25 | 31.15 | 31.50 | 33.50 | 8.67 | -0.33 | 3.27 | 19.50 | 25.50 | 37.50 | 41.50 | 31.15 | 0.28 |
| 26 | 30.43 | 30.50 | 32.50 | 8.60 | -0.32 | 3.24 | 19.50 | 25.50 | 36.50 | 40.50 | 30.44 | 0.28 |
| 27 | 29.71 | 30.50 | 31.50 | 8.53 | -0.30 | 3.21 | 18.50 | 24.50 | 35.50 | 40.50 | 29.72 | 0.28 |
| 28 | 28.99 | 29.50 | 30.50 | 8.46 | -0.29 | 3.18 | 17.50 | 23.50 | 34.50 | 39.50 | 29.00 | 0.28 |
| 29 | 28.26 | 28.50 | 30.50 | 8.38 | -0.28 | 3.16 | 17.50 | 22.50 | 34.50 | 38.50 | 28.26 | 0.28 |
| 30 | 27.54 | 28.50 | 29.50 | 8.30 | -0.26 | 3.13 | 16.50 | 22.50 | 33.50 | 37.50 | 27.55 | 0.28 |
| 31 | 26.83 | 27.50 | 28.50 | 8.22 | -0.25 | 3.11 | 16.50 | 21.50 | 32.50 | 36.50 | 26.84 | 0.27 |
| 32 | 26.13 | 26.50 | 27.50 | 8.13 | -0.24 | 3.09 | 15.50 | 20.50 | 31.50 | 36.50 | 26.12 | 0.27 |
| 33 | 25.42 | 25.50 | 27.50 | 8.04 | -0.22 | 3.07 | 14.50 | 20.50 | 30.50 | 35.50 | 25.41 | 0.26 |
| 34 | 24.71 | 25.50 | 26.50 | 7.94 | -0.21 | 3.06 | 14.50 | 19.50 | 30.50 | 34.50 | 24.70 | 0.26 |
| 35 | 24.00 | 24.50 | 25.50 | 7.84 | -0.19 | 3.04 | 13.50 | 18.50 | 29.50 | 33.50 | 24.00 | 0.26 |
| 36 | 23.28 | 23.50 | 24.50 | 7.73 | -0.17 | 3.02 | 13.50 | 18.50 | 28.50 | 32.50 | 23.28 | 0.26 |
| 37 | 22.55 | 22.50 | 24.50 | 7.63 | -0.15 | 3.00 | 12.50 | 17.50 | 27.50 | 31.50 | 22.55 | 0.26 |
| 38 | 21.80 | 22.50 | 23.50 | 7.53 | -0.13 | 2.98 | 11.50 | 16.50 | 26.50 | 31.50 | 21.80 | 0.25 |
| 39 | 21.04 | 21.50 | 22.50 | 7.42 | -0.10 | 2.96 | 11.50 | 16.50 | 26.50 | 30.50 | 21.04 | 0.26 |
| 40 | 20.28 | 20.50 | 22.50 | 7.32 | -0.08 | 2.95 | 10.50 | 15.50 | 25.50 | 29.50 | 20.28 | 0.26 |
| 41 | 19.53 | 19.50 | 21.50 | 7.21 | -0.05 | 2.93 | 9.50 | 14.50 | 24.50 | 28.50 | 19.53 | 0.25 |
| 42 | 18.78 | 19.50 | 20.50 | 7.10 | -0.02 | 2.92 | 9.50 | 14.50 | 23.50 | 27.50 | 18.78 | 0.25 |
| 43 | 18.03 | 18.50 | 19.50 | 6.98 | 0.01 | 2.91 | 8.50 | 13.50 | 22.50 | 26.50 | 18.04 | 0.25 |
| 44 | 17.29 | 17.50 | 18.50 | 6.86 | 0.04 | 2.91 | 8.50 | 12.50 | 21.50 | 25.50 | 17.29 | 0.25 |
| 45 | 16.55 | 16.50 | 17.50 | 6.74 | 0.07 | 2.90 | 7.50 | 11.50 | 21.50 | 25.50 | 16.55 | 0.24 |
| 46 | 15.82 | 15.50 | 16.50 | 6.61 | 0.11 | 2.90 | 7.50 | 11.50 | 20.50 | 24.50 | 15.81 | 0.24 |
| 47 | 15.09 | 15.50 | 15.50 | 6.48 | 0.15 | 2.91 | 6.50 | 10.50 | 19.50 | 23.50 | 15.09 | 0.23 |
| 48 | 14.37 | 14.50 | 15.50 | 6.35 | 0.19 | 2.92 | 5.50 | 9.50 | 18.50 | 22.50 | 14.37 | 0.24 |
| 49 | 13.65 | 13.50 | 14.50 | 6.21 | 0.23 | 2.94 | 5.50 | 9.50 | 17.50 | 21.50 | 13.65 | 0.23 |
| 50 | 12.96 | 12.50 | 13.50 | 6.07 | 0.28 | 2.97 | 4.50 | 8.50 | 16.50 | 20.50 | 12.95 | 0.24 |
| 51 | 12.28 | 12.50 | 12.50 | 5.92 | 0.33 | 3.01 | 4.50 | 8.50 | 16.50 | 19.50 | 12.27 | 0.24 |
| 52 | 11.60 | 11.50 | 11.50 | 5.76 | 0.38 | 3.05 | 4.50 | 7.50 | 15.50 | 19.50 | 11.59 | 0.23 |
| 53 | 10.95 | 10.50 | 10.50 | 5.60 | 0.44 | 3.11 | 3.50 | 6.50 | 14.50 | 18.50 | 10.93 | 0.24 |
| 54 | 10.31 | 9.50 | 9.50 | 5.44 | 0.50 | 3.18 | 3.50 | 6.50 | 13.50 | 17.50 | 10.29 | 0.23 |
| 55 | 9.68 | 9.50 | 8.50 | 5.28 | 0.56 | 3.26 | 3.50 | 5.50 | 12.50 | 16.50 | 9.67 | 0.22 |
| 56 | 9.08 | 8.50 | 7.50 | 5.11 | 0.64 | 3.36 | 2.50 | 5.50 | 12.50 | 15.50 | 9.06 | 0.21 |
| 57 | 8.47 | 7.50 | 6.50 | 4.95 | 0.71 | 3.47 | 2.50 | 4.50 | 11.50 | 15.50 | 8.46 | 0.21 |
| 58 | 7.88 | 7.50 | 6.50 | 4.80 | 0.78 | 3.58 | 2.50 | 4.50 | 10.50 | 14.50 | 7.87 | 0.21 |
| 59 | 7.31 | 6.50 | 5.50 | 4.65 | 0.85 | 3.70 | 1.50 | 3.50 | 10.50 | 13.50 | 7.30 | 0.21 |
| 60 | 6.77 | 6.50 | 4.50 | 4.50 | 0.93 | 3.84 | 1.50 | 3.50 | 9.50 | 12.50 | 6.77 | 0.23 |
| 61 | 6.27 | 5.50 | 3.50 | 4.36 | 1.00 | 3.98 | 1.50 | 2.50 | 8.50 | 12.50 | 6.26 | 0.23 |
| 62 | 5.81 | 4.50 | 2.50 | 4.22 | 1.06 | 4.11 | 1.50 | 2.50 | 8.50 | 11.50 | 5.80 | 0.23 |
| 63 | 5.42 | 4.50 | 2.50 | 4.09 | 1.12 | 4.24 | 0.50 | 2.50 | 7.50 | 11.50 | 5.40 | 0.24 |
| 64 | 5.09 | 4.50 | 1.50 | 3.96 | 1.17 | 4.35 | 0.50 | 2.50 | 7.50 | 10.50 | 5.08 | 0.26 |
| 65 | 4.81 | 3.50 | 0.50 | 3.84 | 1.21 | 4.45 | 0.50 | 1.50 | 6.50 | 10.50 | 4.80 | 0.25 |
| 66 | 4.56 | 3.50 | 0.50 | 3.73 | 1.25 | 4.51 | 0.50 | 1.50 | 6.50 | 9.50 | 4.53 | 0.26 |
| 67 | 4.34 | 3.50 | 0.50 | 3.62 | 1.28 | 4.54 | 0.50 | 1.50 | 6.50 | 9.50 | 4.30 | 0.28 |
| 68 | 4.16 | 3.50 | 0.50 | 3.51 | 1.29 | 4.52 | 0.50 | 1.50 | 5.50 | 9.50 | 4.12 | 0.29 |
| 69 | 4.01 | 3.50 | 0.50 | 3.41 | 1.30 | 4.47 | 0.50 | 1.50 | 5.50 | 8.50 | 3.96 | 0.30 |
| 70 | 3.83 | 2.50 | 0.50 | 3.31 | 1.29 | 4.35 | 0.50 | 1.50 | 5.50 | 8.50 | 3.79 | 0.32 |
| 71 | 3.68 | 2.50 | 0.50 | 3.23 | 1.26 | 4.15 | 0.50 | 1.50 | 5.50 | 8.50 | 3.62 | 0.34 |
| 72 | 3.61 | 2.50 | 0.50 | 3.14 | 1.19 | 3.88 | 0.50 | 1.50 | 5.50 | 8.50 | 3.54 | 0.36 |
| 73 | 3.54 | 2.50 | 0.50 | 3.04 | 1.11 | 3.60 | 0.50 | 1.50 | 5.50 | 8.50 | 3.48 | 0.40 |
| 74 | 3.48 | 2.50 | 0.50 | 2.91 | 1.02 | 3.34 | 0.50 | 1.50 | 5.50 | 7.50 | 3.42 | 0.40 |
| 75 | 3.40 | 2.50 | 0.50 | 2.77 | 0.93 | 3.12 | 0.50 | 1.50 | 5.50 | 7.50 | 3.31 | 0.41 |

Skoog, Ciecka & Krueger                    203

Table 24
Characteristics for Initially Active Women with Associate's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|-------|------|-------|-------|-------|-------|-------|------|
| 19 | 38.28 | 39.50 | 40.50 | 8.68 | -0.68 | 4.13 | 27.50 | 33.50 | 44.50 | 48.50 | 38.25 | 0.34 |
| 20 | 37.45 | 38.50 | 39.50 | 8.63 | -0.66 | 4.06 | 26.50 | 32.50 | 43.50 | 47.50 | 37.44 | 0.33 |
| 21 | 36.65 | 37.50 | 39.50 | 8.57 | -0.64 | 3.99 | 25.50 | 31.50 | 42.50 | 46.50 | 36.64 | 0.32 |
| 22 | 35.86 | 36.50 | 38.50 | 8.51 | -0.62 | 3.92 | 24.50 | 30.50 | 41.50 | 45.50 | 35.85 | 0.32 |
| 23 | 35.13 | 35.50 | 37.50 | 8.44 | -0.61 | 3.86 | 24.50 | 30.50 | 40.50 | 45.50 | 35.11 | 0.32 |
| 24 | 34.36 | 35.50 | 36.50 | 8.37 | -0.59 | 3.80 | 23.50 | 29.50 | 39.50 | 44.50 | 34.34 | 0.32 |
| 25 | 33.57 | 34.50 | 36.50 | 8.30 | -0.57 | 3.74 | 22.50 | 28.50 | 39.50 | 43.50 | 33.55 | 0.32 |
| 26 | 32.78 | 33.50 | 35.50 | 8.23 | -0.55 | 3.69 | 22.50 | 27.50 | 38.50 | 42.50 | 32.75 | 0.32 |
| 27 | 31.98 | 32.50 | 34.50 | 8.15 | -0.54 | 3.64 | 21.50 | 27.50 | 37.50 | 41.50 | 31.96 | 0.32 |
| 28 | 31.19 | 31.50 | 33.50 | 8.08 | -0.52 | 3.59 | 20.50 | 26.50 | 36.50 | 40.50 | 31.17 | 0.31 |
| 29 | 30.40 | 31.50 | 32.50 | 7.99 | -0.51 | 3.55 | 19.50 | 25.50 | 35.50 | 39.50 | 30.37 | 0.31 |
| 30 | 29.61 | 30.50 | 31.50 | 7.91 | -0.49 | 3.51 | 19.50 | 24.50 | 34.50 | 38.50 | 29.58 | 0.30 |
| 31 | 28.82 | 29.50 | 31.50 | 7.82 | -0.47 | 3.47 | 18.50 | 24.50 | 34.50 | 38.50 | 28.79 | 0.30 |
| 32 | 28.03 | 28.50 | 30.50 | 7.73 | -0.45 | 3.43 | 17.50 | 23.50 | 33.50 | 37.50 | 28.00 | 0.30 |
| 33 | 27.24 | 27.50 | 29.50 | 7.64 | -0.43 | 3.39 | 17.50 | 22.50 | 32.50 | 36.50 | 27.21 | 0.30 |
| 34 | 26.45 | 27.50 | 28.50 | 7.55 | -0.41 | 3.36 | 16.50 | 21.50 | 31.50 | 35.50 | 26.42 | 0.30 |
| 35 | 25.65 | 26.50 | 27.50 | 7.45 | -0.39 | 3.32 | 15.50 | 21.50 | 30.50 | 34.50 | 25.61 | 0.29 |
| 36 | 24.84 | 25.50 | 26.50 | 7.36 | -0.37 | 3.28 | 15.50 | 20.50 | 29.50 | 33.50 | 24.81 | 0.29 |
| 37 | 24.04 | 24.50 | 25.50 | 7.27 | -0.35 | 3.24 | 14.50 | 19.50 | 28.50 | 32.50 | 24.00 | 0.29 |
| 38 | 23.24 | 23.50 | 24.50 | 7.17 | -0.32 | 3.21 | 13.50 | 18.50 | 27.50 | 31.50 | 23.20 | 0.28 |
| 39 | 22.43 | 22.50 | 23.50 | 7.07 | -0.30 | 3.17 | 13.50 | 18.50 | 27.50 | 31.50 | 22.41 | 0.28 |
| 40 | 21.62 | 22.50 | 22.50 | 6.97 | -0.27 | 3.13 | 12.50 | 17.50 | 26.50 | 30.50 | 21.60 | 0.29 |
| 41 | 20.82 | 21.50 | 21.50 | 6.87 | -0.24 | 3.09 | 11.50 | 16.50 | 25.50 | 29.50 | 20.80 | 0.29 |
| 42 | 20.02 | 20.50 | 20.50 | 6.76 | -0.21 | 3.06 | 11.50 | 15.50 | 24.50 | 28.50 | 20.00 | 0.29 |
| 43 | 19.22 | 19.50 | 20.50 | 6.65 | -0.17 | 3.03 | 10.50 | 15.50 | 23.50 | 27.50 | 19.21 | 0.30 |
| 44 | 18.42 | 18.50 | 19.50 | 6.53 | -0.14 | 3.00 | 9.50 | 14.50 | 22.50 | 26.50 | 18.41 | 0.29 |
| 45 | 17.62 | 17.50 | 18.50 | 6.42 | -0.10 | 2.97 | 9.50 | 13.50 | 21.50 | 25.50 | 17.61 | 0.28 |
| 46 | 16.83 | 17.50 | 17.50 | 6.29 | -0.06 | 2.94 | 8.50 | 12.50 | 20.50 | 24.50 | 16.82 | 0.28 |
| 47 | 16.04 | 16.50 | 16.50 | 6.17 | -0.01 | 2.92 | 7.50 | 12.50 | 20.50 | 23.50 | 16.03 | 0.28 |
| 48 | 15.26 | 15.50 | 15.50 | 6.04 | 0.03 | 2.90 | 7.50 | 11.50 | 19.50 | 22.50 | 15.25 | 0.27 |
| 49 | 14.48 | 14.50 | 14.50 | 5.91 | 0.08 | 2.89 | 6.50 | 10.50 | 18.50 | 22.50 | 14.47 | 0.27 |
| 50 | 13.71 | 13.50 | 13.50 | 5.78 | 0.13 | 2.89 | 6.50 | 9.50 | 17.50 | 21.50 | 13.70 | 0.27 |
| 51 | 12.96 | 12.50 | 12.50 | 5.64 | 0.19 | 2.89 | 5.50 | 9.50 | 16.50 | 20.50 | 12.95 | 0.27 |
| 52 | 12.22 | 12.50 | 11.50 | 5.49 | 0.24 | 2.90 | 5.50 | 8.50 | 15.50 | 19.50 | 12.21 | 0.26 |
| 53 | 11.49 | 11.50 | 10.50 | 5.34 | 0.31 | 2.92 | 4.50 | 7.50 | 14.50 | 18.50 | 11.48 | 0.26 |
| 54 | 10.76 | 10.50 | 9.50 | 5.20 | 0.37 | 2.94 | 4.50 | 7.50 | 14.50 | 17.50 | 10.75 | 0.26 |
| 55 | 10.05 | 9.50 | 8.50 | 5.05 | 0.43 | 2.97 | 3.50 | 6.50 | 13.50 | 16.50 | 10.03 | 0.26 |
| 56 | 9.36 | 8.50 | 8.50 | 4.91 | 0.50 | 3.02 | 3.50 | 5.50 | 12.50 | 16.50 | 9.33 | 0.26 |
| 57 | 8.68 | 8.50 | 7.50 | 4.76 | 0.57 | 3.07 | 2.50 | 5.50 | 11.50 | 15.50 | 8.65 | 0.26 |
| 58 | 8.02 | 7.50 | 6.50 | 4.62 | 0.64 | 3.13 | 2.50 | 4.50 | 10.50 | 14.50 | 7.99 | 0.26 |
| 59 | 7.40 | 6.50 | 5.50 | 4.48 | 0.71 | 3.19 | 2.50 | 4.50 | 10.50 | 13.50 | 7.35 | 0.27 |
| 60 | 6.80 | 6.50 | 4.50 | 4.33 | 0.77 | 3.27 | 1.50 | 3.50 | 9.50 | 12.50 | 6.75 | 0.26 |
| 61 | 6.24 | 5.50 | 3.50 | 4.20 | 0.83 | 3.34 | 1.50 | 2.50 | 8.50 | 12.50 | 6.19 | 0.26 |
| 62 | 5.74 | 4.50 | 3.50 | 4.05 | 0.88 | 3.41 | 1.50 | 2.50 | 8.50 | 11.50 | 5.69 | 0.29 |
| 63 | 5.33 | 4.50 | 2.50 | 3.91 | 0.93 | 3.47 | 0.50 | 2.50 | 7.50 | 11.50 | 5.27 | 0.31 |
| 64 | 4.98 | 4.50 | 1.50 | 3.76 | 0.96 | 3.52 | 0.50 | 1.50 | 7.50 | 10.50 | 4.92 | 0.34 |
| 65 | 4.67 | 3.50 | 0.50 | 3.62 | 0.98 | 3.54 | 0.50 | 1.50 | 6.50 | 9.50 | 4.62 | 0.36 |
| 66 | 4.43 | 3.50 | 0.50 | 3.47 | 0.98 | 3.55 | 0.50 | 1.50 | 6.50 | 9.50 | 4.38 | 0.38 |
| 67 | 4.23 | 3.50 | 0.50 | 3.32 | 0.98 | 3.57 | 0.50 | 1.50 | 6.50 | 8.50 | 4.20 | 0.44 |
| 68 | 4.05 | 3.50 | 0.50 | 3.15 | 0.98 | 3.62 | 0.50 | 1.50 | 5.50 | 8.50 | 4.05 | 0.43 |
| 69 | 3.84 | 3.50 | 0.50 | 2.98 | 1.00 | 3.70 | 0.50 | 1.50 | 5.50 | 8.50 | 3.83 | 0.45 |
| 70 | 3.61 | 3.50 | 0.50 | 2.81 | 1.02 | 3.81 | 0.50 | 1.50 | 5.50 | 7.50 | 3.56 | 0.45 |
| 71 | 3.40 | 2.50 | 0.50 | 2.63 | 1.06 | 3.97 | 0.50 | 1.50 | 4.50 | 7.50 | 3.38 | 0.47 |
| 72 | 3.16 | 2.50 | 0.50 | 2.46 | 1.13 | 4.18 | 0.50 | 1.50 | 4.50 | 6.50 | 3.20 | 0.40 |
| 73 | 2.87 | 2.50 | 0.50 | 2.31 | 1.21 | 4.36 | 0.50 | 1.50 | 4.50 | 6.50 | 2.89 | 0.35 |
| 74 | 2.64 | 2.50 | 0.50 | 2.17 | 1.26 | 4.48 | 0.50 | 0.50 | 3.50 | 5.50 | 2.68 | 0.39 |
| 75 | 2.44 | 1.50 | 0.50 | 2.04 | 1.29 | 4.52 | 0.50 | 0.50 | 3.50 | 5.50 | 2.47 | 0.42 |

204                          JOURNAL OF FORENSIC ECONOMICS

Table 25
Characteristics for Initially Active Women with Bachelor's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 36.90 | 37.50 | 39.50 | 9.09 | -0.53 | 3.75 | 25.50 | 31.50 | 43.50 | 47.50 | 36.91 | 0.42 |
| 21 | 36.39 | 37.50 | 38.50 | 9.00 | -0.52 | 3.71 | 24.50 | 31.50 | 42.50 | 47.50 | 36.38 | 0.34 |
| 22 | 35.64 | 36.50 | 37.50 | 8.93 | -0.51 | 3.66 | 24.50 | 30.50 | 41.50 | 46.50 | 35.64 | 0.33 |
| 23 | 34.83 | 35.50 | 36.50 | 8.87 | -0.49 | 3.61 | 23.50 | 29.50 | 40.50 | 45.50 | 34.82 | 0.33 |
| 24 | 33.99 | 34.50 | 36.50 | 8.81 | -0.47 | 3.56 | 22.50 | 28.50 | 39.50 | 44.50 | 33.98 | 0.33 |
| 25 | 33.20 | 33.50 | 35.50 | 8.75 | -0.46 | 3.51 | 21.50 | 27.50 | 39.50 | 43.50 | 33.18 | 0.33 |
| 26 | 32.41 | 33.50 | 34.50 | 8.67 | -0.44 | 3.48 | 21.50 | 27.50 | 38.50 | 42.50 | 32.40 | 0.32 |
| 27 | 31.63 | 32.50 | 33.50 | 8.60 | -0.43 | 3.44 | 20.50 | 26.50 | 37.50 | 41.50 | 31.61 | 0.32 |
| 28 | 30.85 | 31.50 | 32.50 | 8.52 | -0.42 | 3.41 | 19.50 | 25.50 | 36.50 | 40.50 | 30.83 | 0.32 |
| 29 | 30.08 | 30.50 | 31.50 | 8.43 | -0.40 | 3.38 | 19.50 | 25.50 | 35.50 | 40.50 | 30.06 | 0.31 |
| 30 | 29.31 | 29.50 | 31.50 | 8.34 | -0.39 | 3.35 | 18.50 | 24.50 | 34.50 | 39.50 | 29.30 | 0.30 |
| 31 | 28.55 | 29.50 | 30.50 | 8.25 | -0.37 | 3.33 | 17.50 | 23.50 | 34.50 | 38.50 | 28.54 | 0.30 |
| 32 | 27.79 | 28.50 | 29.50 | 8.15 | -0.36 | 3.31 | 17.50 | 22.50 | 33.50 | 37.50 | 27.79 | 0.30 |
| 33 | 27.04 | 27.50 | 29.50 | 8.05 | -0.34 | 3.28 | 16.50 | 22.50 | 32.50 | 36.50 | 27.04 | 0.30 |
| 34 | 26.29 | 26.50 | 28.50 | 7.95 | -0.32 | 3.26 | 15.50 | 21.50 | 31.50 | 35.50 | 26.29 | 0.30 |
| 35 | 25.55 | 26.50 | 27.50 | 7.85 | -0.30 | 3.24 | 15.50 | 20.50 | 30.50 | 35.50 | 25.54 | 0.29 |
| 36 | 24.80 | 25.50 | 26.50 | 7.74 | -0.28 | 3.22 | 14.50 | 20.50 | 29.50 | 34.50 | 24.79 | 0.29 |
| 37 | 24.05 | 24.50 | 25.50 | 7.63 | -0.26 | 3.20 | 14.50 | 19.50 | 29.50 | 33.50 | 24.05 | 0.29 |
| 38 | 23.30 | 23.50 | 24.50 | 7.52 | -0.24 | 3.18 | 13.50 | 18.50 | 28.50 | 32.50 | 23.30 | 0.28 |
| 39 | 22.54 | 22.50 | 23.50 | 7.40 | -0.21 | 3.16 | 12.50 | 17.50 | 27.50 | 31.50 | 22.55 | 0.29 |
| 40 | 21.78 | 22.50 | 22.50 | 7.29 | -0.18 | 3.14 | 12.50 | 17.50 | 26.50 | 30.50 | 21.78 | 0.29 |
| 41 | 21.02 | 21.50 | 21.50 | 7.17 | -0.15 | 3.12 | 11.50 | 16.50 | 25.50 | 29.50 | 21.01 | 0.29 |
| 42 | 20.25 | 20.50 | 20.50 | 7.06 | -0.12 | 3.09 | 11.50 | 15.50 | 24.50 | 28.50 | 20.24 | 0.28 |
| 43 | 19.47 | 19.50 | 19.50 | 6.94 | -0.08 | 3.07 | 10.50 | 15.50 | 24.50 | 28.50 | 19.47 | 0.28 |
| 44 | 18.69 | 18.50 | 18.50 | 6.82 | -0.05 | 3.05 | 9.50 | 14.50 | 23.50 | 27.50 | 18.69 | 0.28 |
| 45 | 17.92 | 18.50 | 18.50 | 6.69 | 0.00 | 3.04 | 9.50 | 13.50 | 22.50 | 26.50 | 17.92 | 0.27 |
| 46 | 17.14 | 17.50 | 17.50 | 6.57 | 0.04 | 3.02 | 8.50 | 12.50 | 21.50 | 25.50 | 17.14 | 0.28 |
| 47 | 16.36 | 16.50 | 16.50 | 6.45 | 0.08 | 3.01 | 7.50 | 12.50 | 20.50 | 24.50 | 16.35 | 0.28 |
| 48 | 15.58 | 15.50 | 15.50 | 6.32 | 0.13 | 3.00 | 7.50 | 11.50 | 19.50 | 23.50 | 15.58 | 0.28 |
| 49 | 14.79 | 14.50 | 14.50 | 6.20 | 0.18 | 3.00 | 6.50 | 10.50 | 18.50 | 22.50 | 14.79 | 0.28 |
| 50 | 14.02 | 13.50 | 13.50 | 6.07 | 0.23 | 3.01 | 6.50 | 9.50 | 17.50 | 21.50 | 14.01 | 0.28 |
| 51 | 13.25 | 13.50 | 12.50 | 5.95 | 0.28 | 3.02 | 5.50 | 9.50 | 17.50 | 20.50 | 13.24 | 0.28 |
| 52 | 12.48 | 12.50 | 11.50 | 5.82 | 0.33 | 3.04 | 5.50 | 8.50 | 16.50 | 19.50 | 12.47 | 0.28 |
| 53 | 11.74 | 11.50 | 10.50 | 5.69 | 0.39 | 3.07 | 4.50 | 7.50 | 15.50 | 19.50 | 11.72 | 0.27 |
| 54 | 11.01 | 10.50 | 9.50 | 5.55 | 0.45 | 3.11 | 3.50 | 6.50 | 14.50 | 18.50 | 11.00 | 0.27 |
| 55 | 10.31 | 9.50 | 8.50 | 5.41 | 0.51 | 3.17 | 3.50 | 6.50 | 13.50 | 17.50 | 10.29 | 0.27 |
| 56 | 9.63 | 9.50 | 9.50 | 5.26 | 0.57 | 3.24 | 3.50 | 5.50 | 12.50 | 16.50 | 9.61 | 0.27 |
| 57 | 8.98 | 8.50 | 8.50 | 5.11 | 0.63 | 3.32 | 2.50 | 5.50 | 12.50 | 15.50 | 8.96 | 0.27 |
| 58 | 8.37 | 7.50 | 7.50 | 4.96 | 0.70 | 3.42 | 2.50 | 4.50 | 11.50 | 14.50 | 8.35 | 0.27 |
| 59 | 7.78 | 7.50 | 6.50 | 4.80 | 0.76 | 3.53 | 1.50 | 4.50 | 10.50 | 14.50 | 7.75 | 0.26 |
| 60 | 7.24 | 6.50 | 5.50 | 4.65 | 0.83 | 3.66 | 1.50 | 3.50 | 10.50 | 13.50 | 7.22 | 0.27 |
| 61 | 6.73 | 6.50 | 4.50 | 4.50 | 0.90 | 3.80 | 1.50 | 3.50 | 9.50 | 12.50 | 6.73 | 0.28 |
| 62 | 6.26 | 5.50 | 3.50 | 4.35 | 0.97 | 3.95 | 1.50 | 2.50 | 8.50 | 12.50 | 6.25 | 0.31 |
| 63 | 5.85 | 5.50 | 2.50 | 4.19 | 1.04 | 4.11 | 1.50 | 2.50 | 8.50 | 11.50 | 5.84 | 0.33 |
| 64 | 5.46 | 4.50 | 2.50 | 4.05 | 1.11 | 4.27 | 0.50 | 2.50 | 7.50 | 10.50 | 5.46 | 0.34 |
| 65 | 5.09 | 4.50 | 1.50 | 3.91 | 1.18 | 4.42 | 0.50 | 2.50 | 7.50 | 10.50 | 5.10 | 0.33 |
| 66 | 4.78 | 3.50 | 0.50 | 3.78 | 1.24 | 4.55 | 0.50 | 1.50 | 6.50 | 9.50 | 4.77 | 0.35 |
| 67 | 4.50 | 3.50 | 0.50 | 3.66 | 1.29 | 4.66 | 0.50 | 1.50 | 6.50 | 9.50 | 4.48 | 0.34 |
| 68 | 4.25 | 3.50 | 0.50 | 3.56 | 1.34 | 4.71 | 0.50 | 1.50 | 5.50 | 9.50 | 4.20 | 0.37 |
| 69 | 4.03 | 3.50 | 0.50 | 3.46 | 1.37 | 4.69 | 0.50 | 1.50 | 5.50 | 8.50 | 3.97 | 0.39 |
| 70 | 3.82 | 2.50 | 0.50 | 3.38 | 1.37 | 4.56 | 0.50 | 1.50 | 5.50 | 8.50 | 3.79 | 0.44 |
| 71 | 3.69 | 2.50 | 0.50 | 3.32 | 1.33 | 4.32 | 0.50 | 1.50 | 5.50 | 8.50 | 3.67 | 0.48 |
| 72 | 3.62 | 2.50 | 0.50 | 3.26 | 1.26 | 3.98 | 0.50 | 1.50 | 5.50 | 8.50 | 3.56 | 0.49 |
| 73 | 3.58 | 2.50 | 0.50 | 3.19 | 1.15 | 3.60 | 0.50 | 1.50 | 5.50 | 8.50 | 3.52 | 0.48 |
| 74 | 3.59 | 2.50 | 0.50 | 3.09 | 1.01 | 3.22 | 0.50 | 1.50 | 5.50 | 8.50 | 3.49 | 0.53 |
| 75 | 3.60 | 2.50 | 0.50 | 2.95 | 0.88 | 2.93 | 0.50 | 1.50 | 5.50 | 8.50 | 3.47 | 0.52 |

**Skoog, Ciecka & Krueger** 205

Table 26
Characteristics for Initially Active Women with Master's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|-------|------|-------|-------|-------|-------|-------|------|
| 22 | 37.24 | 37.50 | 38.50 | 8.83 | -0.60 | 4.05 | 26.50 | 32.50 | 43.50 | 47.50 | 37.19 | 0.56 |
| 23 | 36.44 | 37.50 | 38.50 | 8.76 | -0.59 | 3.99 | 25.50 | 31.50 | 42.50 | 46.50 | 36.42 | 0.49 |
| 24 | 35.66 | 36.50 | 37.50 | 8.69 | -0.57 | 3.94 | 24.50 | 30.50 | 41.50 | 45.50 | 35.65 | 0.47 |
| 25 | 34.91 | 35.50 | 36.50 | 8.60 | -0.55 | 3.89 | 24.50 | 30.50 | 40.50 | 45.50 | 34.93 | 0.45 |
| 26 | 34.18 | 34.50 | 35.50 | 8.51 | -0.54 | 3.85 | 23.50 | 29.50 | 39.50 | 44.50 | 34.20 | 0.43 |
| 27 | 33.42 | 34.50 | 35.50 | 8.43 | -0.52 | 3.81 | 22.50 | 28.50 | 38.50 | 43.50 | 33.43 | 0.42 |
| 28 | 32.61 | 33.50 | 34.50 | 8.35 | -0.50 | 3.76 | 21.50 | 27.50 | 38.50 | 42.50 | 32.62 | 0.42 |
| 29 | 31.79 | 32.50 | 33.50 | 8.27 | -0.48 | 3.72 | 21.50 | 27.50 | 37.50 | 41.50 | 31.80 | 0.42 |
| 30 | 30.98 | 31.50 | 32.50 | 8.18 | -0.46 | 3.68 | 20.50 | 26.50 | 36.50 | 40.50 | 30.99 | 0.42 |
| 31 | 30.19 | 30.50 | 31.50 | 8.10 | -0.44 | 3.64 | 19.50 | 25.50 | 35.50 | 39.50 | 30.19 | 0.41 |
| 32 | 29.40 | 29.50 | 31.50 | 8.00 | -0.42 | 3.60 | 19.50 | 24.50 | 34.50 | 39.50 | 29.41 | 0.41 |
| 33 | 28.61 | 29.50 | 30.50 | 7.90 | -0.40 | 3.57 | 18.50 | 24.50 | 33.50 | 38.50 | 28.62 | 0.41 |
| 34 | 27.82 | 28.50 | 29.50 | 7.81 | -0.38 | 3.53 | 17.50 | 23.50 | 32.50 | 37.50 | 27.83 | 0.41 |
| 35 | 27.02 | 27.50 | 28.50 | 7.71 | -0.35 | 3.50 | 17.50 | 22.50 | 31.50 | 36.50 | 27.04 | 0.42 |
| 36 | 26.22 | 26.50 | 27.50 | 7.61 | -0.32 | 3.46 | 16.50 | 21.50 | 31.50 | 35.50 | 26.24 | 0.42 |
| 37 | 25.42 | 25.50 | 26.50 | 7.51 | -0.29 | 3.42 | 15.50 | 21.50 | 30.50 | 34.50 | 25.42 | 0.42 |
| 38 | 24.60 | 24.50 | 25.50 | 7.41 | -0.26 | 3.38 | 15.50 | 20.50 | 29.50 | 33.50 | 24.61 | 0.41 |
| 39 | 23.78 | 24.50 | 24.50 | 7.31 | -0.23 | 3.33 | 14.50 | 19.50 | 28.50 | 32.50 | 23.79 | 0.41 |
| 40 | 22.95 | 23.50 | 23.50 | 7.21 | -0.20 | 3.29 | 13.50 | 18.50 | 27.50 | 31.50 | 22.96 | 0.41 |
| 41 | 22.13 | 22.50 | 22.50 | 7.10 | -0.16 | 3.25 | 13.50 | 17.50 | 26.50 | 31.50 | 22.15 | 0.41 |
| 42 | 21.30 | 21.50 | 21.50 | 7.00 | -0.12 | 3.20 | 12.50 | 16.50 | 25.50 | 30.50 | 21.31 | 0.40 |
| 43 | 20.46 | 20.50 | 20.50 | 6.90 | -0.08 | 3.16 | 11.50 | 16.50 | 24.50 | 29.50 | 20.48 | 0.40 |
| 44 | 19.61 | 19.50 | 19.50 | 6.80 | -0.03 | 3.12 | 11.50 | 15.50 | 23.50 | 28.50 | 19.63 | 0.40 |
| 45 | 18.77 | 18.50 | 18.50 | 6.69 | 0.01 | 3.08 | 10.50 | 14.50 | 23.50 | 27.50 | 18.78 | 0.39 |
| 46 | 17.93 | 17.50 | 17.50 | 6.59 | 0.06 | 3.04 | 9.50 | 13.50 | 22.50 | 26.50 | 17.94 | 0.39 |
| 47 | 17.09 | 16.50 | 17.50 | 6.48 | 0.11 | 3.01 | 8.50 | 12.50 | 21.50 | 25.50 | 17.10 | 0.38 |
| 48 | 16.25 | 16.50 | 16.50 | 6.37 | 0.16 | 2.99 | 8.50 | 12.50 | 20.50 | 24.50 | 16.26 | 0.38 |
| 49 | 15.41 | 15.50 | 15.50 | 6.26 | 0.21 | 2.97 | 7.50 | 11.50 | 19.50 | 23.50 | 15.43 | 0.37 |
| 50 | 14.58 | 14.50 | 14.50 | 6.16 | 0.26 | 2.95 | 6.50 | 10.50 | 18.50 | 22.50 | 14.60 | 0.38 |
| 51 | 13.76 | 13.50 | 13.50 | 6.05 | 0.31 | 2.95 | 6.50 | 9.50 | 17.50 | 21.50 | 13.79 | 0.37 |
| 52 | 12.96 | 12.50 | 12.50 | 5.93 | 0.36 | 2.95 | 5.50 | 8.50 | 16.50 | 20.50 | 12.99 | 0.37 |
| 53 | 12.17 | 11.50 | 11.50 | 5.82 | 0.41 | 2.95 | 4.50 | 8.50 | 15.50 | 20.50 | 12.20 | 0.37 |
| 54 | 11.39 | 10.50 | 10.50 | 5.70 | 0.46 | 2.97 | 4.50 | 7.50 | 14.50 | 19.50 | 11.41 | 0.37 |
| 55 | 10.65 | 10.50 | 9.50 | 5.58 | 0.52 | 3.00 | 3.50 | 6.50 | 14.50 | 18.50 | 10.67 | 0.36 |
| 56 | 9.93 | 9.50 | 8.50 | 5.45 | 0.57 | 3.03 | 3.50 | 5.50 | 13.50 | 17.50 | 9.95 | 0.36 |
| 57 | 9.26 | 8.50 | 7.50 | 5.31 | 0.63 | 3.07 | 2.50 | 5.50 | 12.50 | 16.50 | 9.29 | 0.36 |
| 58 | 8.63 | 7.50 | 6.50 | 5.17 | 0.68 | 3.12 | 2.50 | 4.50 | 11.50 | 15.50 | 8.67 | 0.37 |
| 59 | 8.04 | 7.50 | 5.50 | 5.03 | 0.74 | 3.17 | 2.50 | 4.50 | 10.50 | 15.50 | 8.08 | 0.38 |
| 60 | 7.50 | 6.50 | 4.50 | 4.88 | 0.79 | 3.23 | 1.50 | 3.50 | 10.50 | 14.50 | 7.55 | 0.39 |
| 61 | 6.99 | 6.50 | 3.50 | 4.74 | 0.85 | 3.28 | 1.50 | 3.50 | 9.50 | 13.50 | 7.04 | 0.40 |
| 62 | 6.51 | 5.50 | 2.50 | 4.61 | 0.89 | 3.31 | 1.50 | 2.50 | 9.50 | 13.50 | 6.57 | 0.41 |
| 63 | 6.08 | 5.50 | 2.50 | 4.48 | 0.92 | 3.33 | 1.50 | 2.50 | 8.50 | 12.50 | 6.15 | 0.42 |
| 64 | 5.73 | 4.50 | 1.50 | 4.35 | 0.94 | 3.32 | 0.50 | 2.50 | 8.50 | 12.50 | 5.81 | 0.43 |
| 65 | 5.45 | 4.50 | 1.50 | 4.22 | 0.95 | 3.28 | 0.50 | 2.50 | 7.50 | 11.50 | 5.51 | 0.45 |
| 66 | 5.20 | 4.50 | 1.50 | 4.10 | 0.94 | 3.20 | 0.50 | 1.50 | 7.50 | 11.50 | 5.27 | 0.48 |
| 67 | 4.98 | 3.50 | 0.50 | 3.97 | 0.91 | 3.11 | 0.50 | 1.50 | 7.50 | 10.50 | 5.03 | 0.50 |
| 68 | 4.82 | 3.50 | 0.50 | 3.84 | 0.85 | 2.99 | 0.50 | 1.50 | 7.50 | 10.50 | 4.87 | 0.55 |
| 69 | 4.75 | 3.50 | 0.50 | 3.68 | 0.79 | 2.89 | 0.50 | 1.50 | 7.50 | 10.50 | 4.83 | 0.59 |
| 70 | 4.67 | 4.50 | 0.50 | 3.48 | 0.74 | 2.85 | 0.50 | 1.50 | 6.50 | 9.50 | 4.75 | 0.69 |
| 71 | 4.50 | 3.50 | 0.50 | 3.26 | 0.72 | 2.87 | 0.50 | 1.50 | 6.50 | 9.50 | 4.55 | 0.64 |
| 72 | 4.26 | 3.50 | 0.50 | 3.03 | 0.74 | 2.93 | 0.50 | 1.50 | 6.50 | 8.50 | 4.25 | 0.71 |
| 73 | 3.94 | 3.50 | 1.50 | 2.83 | 0.77 | 3.01 | 0.50 | 1.50 | 5.50 | 8.50 | 3.97 | 0.68 |
| 74 | 3.60 | 3.50 | 0.50 | 2.63 | 0.81 | 3.08 | 0.50 | 1.50 | 5.50 | 7.50 | 3.62 | 0.76 |
| 75 | 3.31 | 2.50 | 0.50 | 2.43 | 0.84 | 3.18 | 0.50 | 1.50 | 4.50 | 6.50 | 3.35 | 0.70 |

**JOURNAL OF FORENSIC ECONOMICS**

Table 27
Characteristics for Initially Active Women with Professional or PhD Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 38.48 | 39.50 | 39.50 | 9.48 | -0.52 | 3.78 | 26.50 | 33.50 | 44.50 | 49.50 | 38.51 | 1.19 |
| 25 | 37.66 | 38.50 | 39.50 | 9.41 | -0.50 | 3.72 | 25.50 | 32.50 | 43.50 | 49.50 | 37.71 | 1.19 |
| 26 | 36.87 | 37.50 | 38.50 | 9.34 | -0.48 | 3.67 | 25.50 | 31.50 | 42.50 | 48.50 | 36.94 | 1.10 |
| 27 | 36.11 | 36.50 | 37.50 | 9.27 | -0.46 | 3.62 | 24.50 | 30.50 | 42.50 | 47.50 | 36.19 | 1.09 |
| 28 | 35.26 | 35.50 | 36.50 | 9.20 | -0.44 | 3.56 | 23.50 | 29.50 | 41.50 | 46.50 | 35.34 | 1.08 |
| 29 | 34.40 | 34.50 | 35.50 | 9.14 | -0.42 | 3.51 | 22.50 | 29.50 | 40.50 | 45.50 | 34.48 | 1.09 |
| 30 | 33.57 | 34.50 | 34.50 | 9.06 | -0.40 | 3.46 | 21.50 | 28.50 | 39.50 | 44.50 | 33.63 | 1.09 |
| 31 | 32.75 | 33.50 | 33.50 | 8.99 | -0.38 | 3.42 | 21.50 | 27.50 | 38.50 | 43.50 | 32.81 | 1.08 |
| 32 | 31.91 | 32.50 | 32.50 | 8.91 | -0.36 | 3.37 | 20.50 | 26.50 | 37.50 | 42.50 | 31.97 | 1.07 |
| 33 | 31.04 | 31.50 | 31.50 | 8.84 | -0.34 | 3.33 | 19.50 | 25.50 | 36.50 | 41.50 | 31.09 | 1.06 |
| 34 | 30.17 | 30.50 | 30.50 | 8.77 | -0.32 | 3.28 | 18.50 | 24.50 | 35.50 | 41.50 | 30.22 | 1.07 |
| 35 | 29.31 | 29.50 | 29.50 | 8.70 | -0.30 | 3.24 | 18.50 | 24.50 | 34.50 | 40.50 | 29.37 | 1.07 |
| 36 | 28.45 | 28.50 | 28.50 | 8.62 | -0.28 | 3.20 | 17.50 | 23.50 | 34.50 | 39.50 | 28.51 | 1.07 |
| 37 | 27.61 | 27.50 | 27.50 | 8.54 | -0.25 | 3.16 | 16.50 | 22.50 | 33.50 | 38.50 | 27.65 | 1.08 |
| 38 | 26.77 | 27.50 | 26.50 | 8.45 | -0.23 | 3.12 | 15.50 | 21.50 | 32.50 | 37.50 | 26.82 | 1.09 |
| 39 | 25.96 | 26.50 | 25.50 | 8.35 | -0.20 | 3.08 | 15.50 | 20.50 | 31.50 | 36.50 | 26.02 | 1.09 |
| 40 | 25.16 | 25.50 | 24.50 | 8.25 | -0.17 | 3.04 | 14.50 | 20.50 | 30.50 | 35.50 | 25.21 | 1.09 |
| 41 | 24.34 | 24.50 | 23.50 | 8.14 | -0.14 | 3.00 | 13.50 | 19.50 | 29.50 | 34.50 | 24.41 | 1.08 |
| 42 | 23.50 | 23.50 | 22.50 | 8.05 | -0.11 | 2.97 | 13.50 | 18.50 | 28.50 | 33.50 | 23.57 | 1.09 |
| 43 | 22.65 | 22.50 | 21.50 | 7.95 | -0.08 | 2.93 | 12.50 | 17.50 | 27.50 | 32.50 | 22.71 | 1.08 |
| 44 | 21.81 | 21.50 | 21.50 | 7.86 | -0.05 | 2.89 | 11.50 | 16.50 | 26.50 | 32.50 | 21.87 | 1.08 |
| 45 | 20.98 | 21.50 | 23.50 | 7.75 | -0.01 | 2.86 | 10.50 | 15.50 | 25.50 | 31.50 | 21.05 | 1.06 |
| 46 | 20.14 | 20.50 | 22.50 | 7.66 | 0.02 | 2.83 | 10.50 | 15.50 | 25.50 | 30.50 | 20.20 | 1.06 |
| 47 | 19.29 | 19.50 | 21.50 | 7.56 | 0.05 | 2.80 | 9.50 | 14.50 | 24.50 | 29.50 | 19.34 | 1.08 |
| 48 | 18.47 | 18.50 | 20.50 | 7.46 | 0.09 | 2.78 | 8.50 | 13.50 | 23.50 | 28.50 | 18.52 | 1.07 |
| 49 | 17.69 | 17.50 | 19.50 | 7.33 | 0.12 | 2.77 | 8.50 | 12.50 | 22.50 | 27.50 | 17.73 | 1.07 |
| 50 | 16.94 | 16.50 | 18.50 | 7.20 | 0.16 | 2.76 | 7.50 | 12.50 | 21.50 | 26.50 | 16.98 | 1.07 |
| 51 | 16.19 | 15.50 | 17.50 | 7.07 | 0.20 | 2.75 | 7.50 | 11.50 | 20.50 | 25.50 | 16.22 | 1.07 |
| 52 | 15.44 | 15.50 | 16.50 | 6.94 | 0.24 | 2.74 | 6.50 | 10.50 | 19.50 | 24.50 | 15.47 | 1.06 |
| 53 | 14.72 | 14.50 | 15.50 | 6.80 | 0.29 | 2.74 | 6.50 | 9.50 | 18.50 | 24.50 | 14.75 | 1.06 |
| 54 | 14.03 | 13.50 | 14.50 | 6.65 | 0.33 | 2.74 | 5.50 | 9.50 | 18.50 | 23.50 | 14.08 | 1.07 |
| 55 | 13.34 | 12.50 | 13.50 | 6.51 | 0.38 | 2.74 | 5.50 | 8.50 | 17.50 | 22.50 | 13.39 | 1.08 |
| 56 | 12.65 | 12.50 | 12.50 | 6.37 | 0.43 | 2.74 | 4.50 | 7.50 | 16.50 | 21.50 | 12.68 | 1.07 |
| 57 | 11.94 | 11.50 | 11.50 | 6.25 | 0.47 | 2.75 | 4.50 | 7.50 | 15.50 | 20.50 | 11.95 | 1.08 |
| 58 | 11.22 | 10.50 | 10.50 | 6.13 | 0.51 | 2.75 | 3.50 | 6.50 | 15.50 | 20.50 | 11.23 | 1.07 |
| 59 | 10.56 | 9.50 | 9.50 | 6.01 | 0.55 | 2.76 | 3.50 | 6.50 | 14.50 | 19.50 | 10.57 | 1.08 |
| 60 | 9.96 | 9.50 | 8.50 | 5.87 | 0.59 | 2.77 | 2.50 | 5.50 | 13.50 | 18.50 | 9.96 | 1.09 |
| 61 | 9.40 | 8.50 | 7.50 | 5.73 | 0.63 | 2.78 | 2.50 | 4.50 | 12.50 | 17.50 | 9.40 | 1.09 |
| 62 | 8.84 | 7.50 | 6.50 | 5.60 | 0.66 | 2.79 | 2.50 | 4.50 | 12.50 | 17.50 | 8.81 | 1.10 |
| 63 | 8.33 | 7.50 | 5.50 | 5.47 | 0.70 | 2.79 | 1.50 | 4.50 | 11.50 | 16.50 | 8.26 | 1.11 |
| 64 | 7.89 | 6.50 | 4.50 | 5.33 | 0.73 | 2.78 | 1.50 | 3.50 | 11.50 | 16.50 | 7.81 | 1.12 |
| 65 | 7.50 | 6.50 | 3.50 | 5.18 | 0.75 | 2.75 | 1.50 | 3.50 | 10.50 | 15.50 | 7.42 | 1.18 |
| 66 | 7.10 | 5.50 | 2.50 | 5.05 | 0.77 | 2.70 | 1.50 | 3.50 | 10.50 | 15.50 | 7.01 | 1.19 |
| 67 | 6.62 | 5.50 | 2.50 | 4.95 | 0.77 | 2.64 | 1.50 | 2.50 | 9.50 | 14.50 | 6.52 | 1.17 |
| 68 | 6.26 | 4.50 | 1.50 | 4.85 | 0.75 | 2.54 | 0.50 | 2.50 | 9.50 | 13.50 | 6.20 | 1.21 |
| 69 | 6.12 | 4.50 | 0.50 | 4.73 | 0.68 | 2.39 | 0.50 | 2.50 | 9.50 | 13.50 | 6.14 | 1.26 |
| 70 | 6.07 | 4.50 | 0.50 | 4.59 | 0.59 | 2.23 | 0.50 | 2.50 | 9.50 | 12.50 | 6.00 | 1.30 |
| 71 | 6.03 | 5.50 | 0.50 | 4.40 | 0.48 | 2.10 | 0.50 | 2.50 | 9.50 | 12.50 | 5.89 | 1.38 |
| 72 | 5.94 | 5.50 | 1.50 | 4.19 | 0.38 | 2.01 | 0.50 | 2.50 | 9.50 | 11.50 | 5.84 | 1.43 |
| 73 | 5.81 | 5.50 | 0.50 | 3.94 | 0.27 | 1.99 | 0.50 | 2.50 | 9.50 | 11.50 | 5.66 | 1.46 |
| 74 | 5.76 | 5.50 | 0.50 | 3.60 | 0.17 | 2.08 | 0.50 | 2.50 | 8.50 | 10.50 | 5.62 | 1.35 |
| 75 | 5.63 | 5.50 | 7.50 | 3.20 | 0.14 | 2.24 | 1.50 | 3.50 | 8.50 | 9.50 | 5.61 | 1.29 |

Table 28
Characteristics for Initially Inactive Women with 0-12 Years of Education,
No Diploma, No GED

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|------|-------|-------|-------|-------|-------|-------|------|
| 16 | 23.63 | 24.00 | 23.00 | 8.69 | 0.07 | 2.78 | 12.00 | 18.00 | 30.00 | 35.00 | 23.63 | 0.39 |
| 17 | 23.14 | 23.00 | 23.00 | 8.65 | 0.08 | 2.77 | 12.00 | 17.00 | 29.00 | 34.00 | 23.13 | 0.39 |
| 18 | 22.63 | 23.00 | 22.00 | 8.60 | 0.09 | 2.76 | 12.00 | 17.00 | 29.00 | 34.00 | 22.63 | 0.40 |
| 19 | 22.11 | 22.00 | 22.00 | 8.55 | 0.09 | 2.75 | 11.00 | 16.00 | 28.00 | 33.00 | 22.10 | 0.39 |
| 20 | 21.58 | 21.00 | 21.00 | 8.50 | 0.10 | 2.74 | 11.00 | 16.00 | 27.00 | 33.00 | 21.56 | 0.40 |
| 21 | 21.03 | 21.00 | 21.00 | 8.44 | 0.11 | 2.73 | 10.00 | 15.00 | 27.00 | 32.00 | 21.02 | 0.40 |
| 22 | 20.47 | 20.00 | 20.00 | 8.38 | 0.12 | 2.72 | 10.00 | 15.00 | 26.00 | 31.00 | 20.48 | 0.38 |
| 23 | 19.92 | 20.00 | 19.00 | 8.31 | 0.12 | 2.71 | 9.00 | 14.00 | 26.00 | 31.00 | 19.93 | 0.36 |
| 24 | 19.36 | 19.00 | 19.00 | 8.25 | 0.13 | 2.70 | 9.00 | 13.00 | 25.00 | 30.00 | 19.38 | 0.36 |
| 25 | 18.80 | 19.00 | 18.00 | 8.17 | 0.14 | 2.69 | 8.00 | 13.00 | 24.00 | 30.00 | 18.82 | 0.36 |
| 26 | 18.26 | 18.00 | 18.00 | 8.10 | 0.15 | 2.68 | 8.00 | 12.00 | 24.00 | 29.00 | 18.28 | 0.36 |
| 27 | 17.74 | 18.00 | 17.00 | 8.02 | 0.16 | 2.67 | 7.00 | 12.00 | 23.00 | 28.00 | 17.75 | 0.35 |
| 28 | 17.22 | 17.00 | 17.00 | 7.94 | 0.17 | 2.66 | 7.00 | 11.00 | 23.00 | 28.00 | 17.24 | 0.34 |
| 29 | 16.71 | 17.00 | 16.00 | 7.86 | 0.18 | 2.65 | 6.00 | 11.00 | 22.00 | 27.00 | 16.72 | 0.33 |
| 30 | 16.19 | 16.00 | 16.00 | 7.78 | 0.19 | 2.64 | 6.00 | 11.00 | 22.00 | 27.00 | 16.21 | 0.33 |
| 31 | 15.66 | 15.00 | 15.00 | 7.69 | 0.20 | 2.63 | 6.00 | 10.00 | 21.00 | 26.00 | 15.67 | 0.33 |
| 32 | 15.13 | 15.00 | 14.00 | 7.61 | 0.21 | 2.62 | 5.00 | 10.00 | 20.00 | 25.00 | 15.15 | 0.33 |
| 33 | 14.62 | 14.00 | 14.00 | 7.52 | 0.22 | 2.62 | 5.00 | 9.00 | 20.00 | 25.00 | 14.63 | 0.32 |
| 34 | 14.09 | 14.00 | 13.00 | 7.43 | 0.23 | 2.61 | 4.00 | 9.00 | 19.00 | 24.00 | 14.11 | 0.31 |
| 35 | 13.54 | 13.00 | 13.00 | 7.33 | 0.25 | 2.61 | 4.00 | 8.00 | 19.00 | 23.00 | 13.56 | 0.32 |
| 36 | 12.97 | 13.00 | 12.00 | 7.22 | 0.27 | 2.60 | 3.00 | 8.00 | 18.00 | 23.00 | 12.97 | 0.32 |
| 37 | 12.40 | 12.00 | 11.00 | 7.11 | 0.29 | 2.60 | 3.00 | 7.00 | 17.00 | 22.00 | 12.40 | 0.32 |
| 38 | 11.83 | 11.00 | 11.00 | 6.99 | 0.31 | 2.60 | 3.00 | 7.00 | 17.00 | 21.00 | 11.82 | 0.32 |
| 39 | 11.27 | 11.00 | 0.00 | 6.87 | 0.34 | 2.60 | 2.00 | 6.00 | 16.00 | 21.00 | 11.27 | 0.32 |
| 40 | 10.69 | 10.00 | 0.00 | 6.74 | 0.37 | 2.61 | 2.00 | 5.00 | 15.00 | 20.00 | 10.69 | 0.31 |
| 41 | 10.08 | 10.00 | 0.00 | 6.60 | 0.40 | 2.62 | 1.00 | 5.00 | 15.00 | 19.00 | 10.08 | 0.32 |
| 42 | 9.50 | 9.00 | 0.00 | 6.45 | 0.44 | 2.64 | 1.00 | 4.00 | 14.00 | 18.00 | 9.49 | 0.32 |
| 43 | 8.92 | 8.00 | 0.00 | 6.29 | 0.48 | 2.66 | 1.00 | 4.00 | 13.00 | 18.00 | 8.91 | 0.30 |
| 44 | 8.35 | 8.00 | 0.00 | 6.13 | 0.53 | 2.70 | 0.00 | 3.00 | 13.00 | 17.00 | 8.34 | 0.29 |
| 45 | 7.78 | 7.00 | 0.00 | 5.96 | 0.58 | 2.75 | 0.00 | 3.00 | 12.00 | 16.00 | 7.79 | 0.27 |
| 46 | 7.20 | 6.00 | 0.00 | 5.77 | 0.63 | 2.82 | 0.00 | 2.00 | 11.00 | 15.00 | 7.22 | 0.27 |
| 47 | 6.64 | 6.00 | 0.00 | 5.57 | 0.69 | 2.90 | 0.00 | 2.00 | 10.00 | 14.00 | 6.67 | 0.26 |
| 48 | 6.10 | 5.00 | 0.00 | 5.36 | 0.76 | 3.01 | 0.00 | 1.00 | 10.00 | 14.00 | 6.12 | 0.25 |
| 49 | 5.58 | 5.00 | 0.00 | 5.15 | 0.83 | 3.14 | 0.00 | 1.00 | 9.00 | 13.00 | 5.60 | 0.24 |
| 50 | 5.11 | 4.00 | 0.00 | 4.94 | 0.90 | 3.29 | 0.00 | 0.00 | 8.00 | 12.00 | 5.12 | 0.23 |
| 51 | 4.65 | 3.00 | 0.00 | 4.72 | 0.99 | 3.47 | 0.00 | 0.00 | 8.00 | 11.00 | 4.66 | 0.22 |
| 52 | 4.21 | 3.00 | 0.00 | 4.49 | 1.08 | 3.70 | 0.00 | 0.00 | 7.00 | 11.00 | 4.21 | 0.20 |
| 53 | 3.78 | 2.00 | 0.00 | 4.26 | 1.18 | 3.98 | 0.00 | 0.00 | 6.00 | 10.00 | 3.78 | 0.21 |
| 54 | 3.37 | 2.00 | 0.00 | 4.01 | 1.29 | 4.34 | 0.00 | 0.00 | 6.00 | 9.00 | 3.37 | 0.19 |
| 55 | 2.98 | 1.00 | 0.00 | 3.77 | 1.42 | 4.78 | 0.00 | 0.00 | 5.00 | 9.00 | 2.98 | 0.19 |
| 56 | 2.61 | 1.00 | 0.00 | 3.52 | 1.56 | 5.35 | 0.00 | 0.00 | 4.00 | 8.00 | 2.59 | 0.18 |
| 57 | 2.22 | 0.00 | 0.00 | 3.24 | 1.75 | 6.13 | 0.00 | 0.00 | 4.00 | 7.00 | 2.20 | 0.15 |
| 58 | 1.88 | 0.00 | 0.00 | 2.95 | 1.95 | 7.11 | 0.00 | 0.00 | 3.00 | 6.00 | 1.86 | 0.14 |
| 59 | 1.58 | 0.00 | 0.00 | 2.69 | 2.16 | 8.25 | 0.00 | 0.00 | 2.00 | 5.00 | 1.57 | 0.12 |
| 60 | 1.34 | 0.00 | 0.00 | 2.44 | 2.38 | 9.54 | 0.00 | 0.00 | 2.00 | 5.00 | 1.32 | 0.10 |
| 61 | 1.14 | 0.00 | 0.00 | 2.23 | 2.60 | 10.98 | 0.00 | 0.00 | 1.00 | 4.00 | 1.12 | 0.09 |
| 62 | 0.97 | 0.00 | 0.00 | 2.04 | 2.81 | 12.52 | 0.00 | 0.00 | 1.00 | 4.00 | 0.95 | 0.07 |
| 63 | 0.84 | 0.00 | 0.00 | 1.87 | 3.02 | 14.08 | 0.00 | 0.00 | 1.00 | 3.00 | 0.82 | 0.07 |
| 64 | 0.74 | 0.00 | 0.00 | 1.74 | 3.22 | 15.65 | 0.00 | 0.00 | 0.00 | 3.00 | 0.72 | 0.07 |
| 65 | 0.65 | 0.00 | 0.00 | 1.62 | 3.41 | 17.26 | 0.00 | 0.00 | 0.00 | 2.00 | 0.64 | 0.06 |
| 66 | 0.58 | 0.00 | 0.00 | 1.52 | 3.59 | 18.90 | 0.00 | 0.00 | 0.00 | 2.00 | 0.56 | 0.06 |
| 67 | 0.52 | 0.00 | 0.00 | 1.42 | 3.78 | 20.66 | 0.00 | 0.00 | 0.00 | 2.00 | 0.50 | 0.06 |
| 68 | 0.46 | 0.00 | 0.00 | 1.33 | 3.99 | 22.63 | 0.00 | 0.00 | 0.00 | 2.00 | 0.45 | 0.06 |
| 69 | 0.41 | 0.00 | 0.00 | 1.25 | 4.21 | 24.87 | 0.00 | 0.00 | 0.00 | 1.00 | 0.40 | 0.06 |
| 70 | 0.36 | 0.00 | 0.00 | 1.15 | 4.47 | 27.62 | 0.00 | 0.00 | 0.00 | 1.00 | 0.34 | 0.05 |
| 71 | 0.31 | 0.00 | 0.00 | 1.06 | 4.75 | 30.85 | 0.00 | 0.00 | 0.00 | 1.00 | 0.29 | 0.05 |
| 72 | 0.26 | 0.00 | 0.00 | 0.97 | 5.09 | 34.87 | 0.00 | 0.00 | 0.00 | 1.00 | 0.25 | 0.05 |
| 73 | 0.22 | 0.00 | 0.00 | 0.87 | 5.48 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.04 |
| 74 | 0.18 | 0.00 | 0.00 | 0.78 | 5.89 | 45.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 0.04 |
| 75 | 0.15 | 0.00 | 0.00 | 0.69 | 6.30 | 51.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.04 |

**JOURNAL OF FORENSIC ECONOMICS**

Table 29
Characteristics for Initially Inactive Women with GED, No Diploma

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 29.39 | 30.00 | 30.00 | 9.19 | -0.13 | 2.87 | 17.00 | 23.00 | 36.00 | 41.00 | 29.29 | 1.10 |
| 17 | 28.63 | 29.00 | 29.00 | 9.16 | -0.13 | 2.85 | 17.00 | 22.00 | 35.00 | 40.00 | 28.50 | 1.06 |
| 18 | 27.85 | 28.00 | 28.00 | 9.12 | -0.12 | 2.83 | 16.00 | 22.00 | 34.00 | 39.00 | 27.78 | 0.95 |
| 19 | 27.04 | 27.00 | 28.00 | 9.07 | -0.11 | 2.82 | 15.00 | 21.00 | 33.00 | 39.00 | 27.01 | 0.93 |
| 20 | 26.21 | 26.00 | 27.00 | 9.01 | -0.10 | 2.80 | 14.00 | 20.00 | 33.00 | 38.00 | 26.20 | 0.90 |
| 21 | 25.57 | 26.00 | 26.00 | 8.94 | -0.09 | 2.78 | 14.00 | 19.00 | 32.00 | 37.00 | 25.52 | 0.88 |
| 22 | 25.00 | 25.00 | 26.00 | 8.88 | -0.08 | 2.76 | 13.00 | 19.00 | 31.00 | 36.00 | 24.91 | 0.86 |
| 23 | 24.36 | 25.00 | 25.00 | 8.80 | -0.08 | 2.74 | 13.00 | 18.00 | 31.00 | 36.00 | 24.26 | 0.82 |
| 24 | 23.74 | 24.00 | 24.00 | 8.73 | -0.07 | 2.73 | 12.00 | 18.00 | 30.00 | 35.00 | 23.64 | 0.81 |
| 25 | 23.18 | 23.00 | 24.00 | 8.66 | -0.06 | 2.71 | 12.00 | 17.00 | 29.00 | 34.00 | 23.09 | 0.80 |
| 26 | 22.63 | 23.00 | 23.00 | 8.60 | -0.05 | 2.69 | 11.00 | 17.00 | 29.00 | 34.00 | 22.55 | 0.78 |
| 27 | 22.04 | 22.00 | 22.00 | 8.53 | -0.05 | 2.68 | 11.00 | 16.00 | 28.00 | 33.00 | 21.94 | 0.79 |
| 28 | 21.40 | 22.00 | 22.00 | 8.46 | -0.04 | 2.66 | 10.00 | 16.00 | 27.00 | 32.00 | 21.33 | 0.76 |
| 29 | 20.74 | 21.00 | 21.00 | 8.39 | -0.03 | 2.65 | 10.00 | 15.00 | 27.00 | 32.00 | 20.68 | 0.74 |
| 30 | 20.09 | 20.00 | 21.00 | 8.32 | -0.02 | 2.63 | 9.00 | 14.00 | 26.00 | 31.00 | 20.00 | 0.76 |
| 31 | 19.43 | 20.00 | 20.00 | 8.25 | -0.01 | 2.61 | 8.00 | 14.00 | 25.00 | 30.00 | 19.38 | 0.75 |
| 32 | 18.76 | 19.00 | 19.00 | 8.17 | 0.00 | 2.60 | 8.00 | 13.00 | 25.00 | 29.00 | 18.70 | 0.76 |
| 33 | 18.09 | 18.00 | 19.00 | 8.09 | 0.01 | 2.58 | 7.00 | 12.00 | 24.00 | 29.00 | 18.03 | 0.75 |
| 34 | 17.43 | 17.00 | 18.00 | 8.01 | 0.03 | 2.57 | 7.00 | 12.00 | 23.00 | 28.00 | 17.37 | 0.75 |
| 35 | 16.76 | 17.00 | 17.00 | 7.93 | 0.04 | 2.55 | 6.00 | 11.00 | 22.00 | 27.00 | 16.66 | 0.73 |
| 36 | 16.10 | 16.00 | 17.00 | 7.84 | 0.06 | 2.53 | 6.00 | 10.00 | 22.00 | 26.00 | 16.01 | 0.76 |
| 37 | 15.43 | 15.00 | 16.00 | 7.75 | 0.08 | 2.51 | 5.00 | 10.00 | 21.00 | 26.00 | 15.38 | 0.77 |
| 38 | 14.72 | 15.00 | 15.00 | 7.66 | 0.10 | 2.49 | 4.00 | 9.00 | 20.00 | 25.00 | 14.66 | 0.80 |
| 39 | 14.01 | 14.00 | 14.00 | 7.56 | 0.13 | 2.47 | 4.00 | 8.00 | 19.00 | 24.00 | 13.95 | 0.79 |
| 40 | 13.27 | 13.00 | 13.00 | 7.45 | 0.16 | 2.46 | 3.00 | 8.00 | 19.00 | 23.00 | 13.21 | 0.76 |
| 41 | 12.48 | 12.00 | 0.00 | 7.34 | 0.20 | 2.45 | 2.00 | 7.00 | 18.00 | 22.00 | 12.40 | 0.73 |
| 42 | 11.66 | 11.00 | 0.00 | 7.20 | 0.25 | 2.44 | 2.00 | 6.00 | 17.00 | 21.00 | 11.67 | 0.71 |
| 43 | 10.85 | 11.00 | 0.00 | 7.04 | 0.30 | 2.45 | 1.00 | 5.00 | 16.00 | 20.00 | 10.84 | 0.74 |
| 44 | 10.06 | 10.00 | 0.00 | 6.87 | 0.36 | 2.47 | 1.00 | 4.00 | 15.00 | 19.00 | 10.07 | 0.72 |
| 45 | 9.29 | 9.00 | 0.00 | 6.68 | 0.42 | 2.50 | 0.00 | 4.00 | 14.00 | 18.00 | 9.25 | 0.67 |
| 46 | 8.55 | 8.00 | 0.00 | 6.47 | 0.48 | 2.55 | 0.00 | 3.00 | 13.00 | 17.00 | 8.51 | 0.67 |
| 47 | 7.87 | 7.00 | 0.00 | 6.25 | 0.55 | 2.61 | 0.00 | 2.00 | 12.00 | 17.00 | 7.84 | 0.69 |
| 48 | 7.28 | 7.00 | 0.00 | 6.04 | 0.61 | 2.69 | 0.00 | 2.00 | 11.00 | 16.00 | 7.22 | 0.69 |
| 49 | 6.69 | 6.00 | 0.00 | 5.82 | 0.68 | 2.80 | 0.00 | 1.00 | 11.00 | 15.00 | 6.68 | 0.66 |
| 50 | 6.07 | 5.00 | 0.00 | 5.56 | 0.77 | 2.94 | 0.00 | 1.00 | 10.00 | 14.00 | 6.02 | 0.70 |
| 51 | 5.49 | 4.00 | 0.00 | 5.30 | 0.86 | 3.12 | 0.00 | 0.00 | 9.00 | 13.00 | 5.44 | 0.60 |
| 52 | 4.96 | 4.00 | 0.00 | 5.04 | 0.96 | 3.33 | 0.00 | 0.00 | 8.00 | 12.00 | 4.91 | 0.58 |
| 53 | 4.45 | 3.00 | 0.00 | 4.77 | 1.06 | 3.59 | 0.00 | 0.00 | 7.00 | 11.00 | 4.39 | 0.54 |
| 54 | 3.96 | 3.00 | 0.00 | 4.49 | 1.17 | 3.91 | 0.00 | 0.00 | 7.00 | 11.00 | 3.95 | 0.51 |
| 55 | 3.47 | 2.00 | 0.00 | 4.19 | 1.31 | 4.32 | 0.00 | 0.00 | 6.00 | 10.00 | 3.48 | 0.47 |
| 56 | 3.04 | 1.00 | 0.00 | 3.89 | 1.44 | 4.77 | 0.00 | 0.00 | 5.00 | 9.00 | 3.04 | 0.45 |
| 57 | 2.71 | 1.00 | 0.00 | 3.64 | 1.55 | 5.20 | 0.00 | 0.00 | 4.00 | 8.00 | 2.70 | 0.45 |
| 58 | 2.41 | 1.00 | 0.00 | 3.41 | 1.67 | 5.67 | 0.00 | 0.00 | 4.00 | 7.00 | 2.37 | 0.42 |
| 59 | 2.13 | 0.00 | 0.00 | 3.19 | 1.79 | 6.21 | 0.00 | 0.00 | 3.00 | 7.00 | 2.09 | 0.39 |
| 60 | 1.88 | 0.00 | 0.00 | 2.97 | 1.92 | 6.82 | 0.00 | 0.00 | 3.00 | 6.00 | 1.83 | 0.35 |
| 61 | 1.66 | 0.00 | 0.00 | 2.76 | 2.06 | 7.50 | 0.00 | 0.00 | 2.00 | 6.00 | 1.62 | 0.32 |
| 62 | 1.47 | 0.00 | 0.00 | 2.58 | 2.20 | 8.21 | 0.00 | 0.00 | 2.00 | 5.00 | 1.44 | 0.31 |
| 63 | 1.30 | 0.00 | 0.00 | 2.41 | 2.34 | 9.03 | 0.00 | 0.00 | 2.00 | 5.00 | 1.26 | 0.28 |
| 64 | 1.13 | 0.00 | 0.00 | 2.23 | 2.52 | 10.10 | 0.00 | 0.00 | 1.00 | 4.00 | 1.09 | 0.27 |
| 65 | 0.97 | 0.00 | 0.00 | 2.05 | 2.73 | 11.49 | 0.00 | 0.00 | 1.00 | 4.00 | 0.93 | 0.26 |
| 66 | 0.82 | 0.00 | 0.00 | 1.86 | 2.97 | 13.27 | 0.00 | 0.00 | 1.00 | 3.00 | 0.78 | 0.23 |
| 67 | 0.67 | 0.00 | 0.00 | 1.66 | 3.29 | 15.85 | 0.00 | 0.00 | 0.00 | 3.00 | 0.63 | 0.22 |
| 68 | 0.52 | 0.00 | 0.00 | 1.44 | 3.73 | 19.82 | 0.00 | 0.00 | 0.00 | 2.00 | 0.49 | 0.19 |
| 69 | 0.40 | 0.00 | 0.00 | 1.22 | 4.23 | 25.11 | 0.00 | 0.00 | 0.00 | 1.00 | 0.37 | 0.19 |
| 70 | 0.31 | 0.00 | 0.00 | 1.05 | 4.71 | 30.82 | 0.00 | 0.00 | 0.00 | 1.00 | 0.30 | 0.17 |
| 71 | 0.25 | 0.00 | 0.00 | 0.91 | 5.15 | 36.73 | 0.00 | 0.00 | 0.00 | 1.00 | 0.25 | 0.16 |
| 72 | 0.20 | 0.00 | 0.00 | 0.79 | 5.58 | 42.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.15 |
| 73 | 0.16 | 0.00 | 0.00 | 0.69 | 5.90 | 47.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 0.15 |
| 74 | 0.15 | 0.00 | 0.00 | 0.64 | 6.00 | 48.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0.14 | 0.15 |
| 75 | 0.14 | 0.00 | 0.00 | 0.62 | 6.02 | 48.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.14 | 0.15 |

**Skoog, Ciecka & Krueger** 209

Table 30
Characteristics for Initially Inactive Women with High School Diploma

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 32.03 | 33.00 | 34.00 | 9.64 | -0.26 | 3.08 | 19.00 | 26.00 | 39.00 | 44.00 | 31.97 | 0.26 |
| 18 | 31.38 | 32.00 | 33.00 | 9.59 | -0.25 | 3.06 | 19.00 | 25.00 | 38.00 | 43.00 | 31.35 | 0.24 |
| 19 | 30.73 | 31.00 | 32.00 | 9.53 | -0.25 | 3.04 | 18.00 | 25.00 | 37.00 | 43.00 | 30.71 | 0.24 |
| 20 | 30.08 | 31.00 | 32.00 | 9.48 | -0.24 | 3.02 | 18.00 | 24.00 | 37.00 | 42.00 | 30.05 | 0.24 |
| 21 | 29.38 | 30.00 | 31.00 | 9.42 | -0.23 | 2.99 | 17.00 | 23.00 | 36.00 | 41.00 | 29.34 | 0.26 |
| 22 | 28.66 | 29.00 | 30.00 | 9.36 | -0.22 | 2.97 | 16.00 | 23.00 | 35.00 | 40.00 | 28.62 | 0.26 |
| 23 | 27.92 | 28.00 | 30.00 | 9.29 | -0.21 | 2.95 | 16.00 | 22.00 | 34.00 | 39.00 | 27.89 | 0.26 |
| 24 | 27.15 | 28.00 | 29.00 | 9.22 | -0.19 | 2.93 | 15.00 | 21.00 | 34.00 | 39.00 | 27.13 | 0.26 |
| 25 | 26.41 | 27.00 | 28.00 | 9.15 | -0.18 | 2.90 | 14.00 | 20.00 | 33.00 | 38.00 | 26.38 | 0.25 |
| 26 | 25.67 | 26.00 | 27.00 | 9.08 | -0.17 | 2.88 | 14.00 | 20.00 | 32.00 | 37.00 | 25.63 | 0.25 |
| 27 | 24.95 | 25.00 | 27.00 | 9.00 | -0.16 | 2.87 | 13.00 | 19.00 | 31.00 | 36.00 | 24.92 | 0.25 |
| 28 | 24.23 | 25.00 | 26.00 | 8.93 | -0.15 | 2.85 | 12.00 | 18.00 | 30.00 | 35.00 | 24.20 | 0.26 |
| 29 | 23.48 | 24.00 | 25.00 | 8.85 | -0.14 | 2.83 | 12.00 | 18.00 | 30.00 | 35.00 | 23.46 | 0.27 |
| 30 | 22.72 | 23.00 | 24.00 | 8.76 | -0.13 | 2.81 | 11.00 | 17.00 | 29.00 | 34.00 | 22.68 | 0.26 |
| 31 | 21.98 | 22.00 | 24.00 | 8.68 | -0.11 | 2.80 | 10.00 | 16.00 | 28.00 | 33.00 | 21.95 | 0.26 |
| 32 | 21.28 | 22.00 | 23.00 | 8.59 | -0.10 | 2.78 | 10.00 | 15.00 | 27.00 | 32.00 | 21.24 | 0.26 |
| 33 | 20.57 | 21.00 | 22.00 | 8.50 | -0.09 | 2.76 | 9.00 | 15.00 | 27.00 | 31.00 | 20.53 | 0.24 |
| 34 | 19.87 | 20.00 | 22.00 | 8.41 | -0.07 | 2.74 | 9.00 | 14.00 | 26.00 | 30.00 | 19.83 | 0.23 |
| 35 | 19.17 | 19.00 | 21.00 | 8.33 | -0.06 | 2.73 | 8.00 | 13.00 | 25.00 | 30.00 | 19.14 | 0.23 |
| 36 | 18.45 | 19.00 | 20.00 | 8.24 | -0.04 | 2.71 | 7.00 | 13.00 | 24.00 | 29.00 | 18.41 | 0.24 |
| 37 | 17.74 | 18.00 | 19.00 | 8.15 | -0.02 | 2.69 | 7.00 | 12.00 | 23.00 | 28.00 | 17.70 | 0.24 |
| 38 | 17.02 | 17.00 | 19.00 | 8.06 | 0.00 | 2.67 | 6.00 | 11.00 | 23.00 | 27.00 | 16.99 | 0.23 |
| 39 | 16.26 | 16.00 | 18.00 | 7.97 | 0.03 | 2.64 | 5.00 | 11.00 | 22.00 | 26.00 | 16.21 | 0.23 |
| 40 | 15.47 | 16.00 | 17.00 | 7.87 | 0.06 | 2.62 | 5.00 | 10.00 | 21.00 | 25.00 | 15.41 | 0.23 |
| 41 | 14.66 | 15.00 | 16.00 | 7.76 | 0.09 | 2.60 | 4.00 | 9.00 | 20.00 | 25.00 | 14.60 | 0.22 |
| 42 | 13.84 | 14.00 | 15.00 | 7.65 | 0.13 | 2.58 | 3.00 | 8.00 | 19.00 | 24.00 | 13.78 | 0.23 |
| 43 | 13.04 | 13.00 | 0.00 | 7.52 | 0.17 | 2.57 | 3.00 | 7.00 | 18.00 | 23.00 | 12.99 | 0.23 |
| 44 | 12.25 | 12.00 | 0.00 | 7.39 | 0.21 | 2.57 | 2.00 | 7.00 | 17.00 | 22.00 | 12.20 | 0.23 |
| 45 | 11.47 | 11.00 | 0.00 | 7.25 | 0.27 | 2.57 | 1.00 | 6.00 | 17.00 | 21.00 | 11.42 | 0.23 |
| 46 | 10.69 | 11.00 | 0.00 | 7.09 | 0.32 | 2.58 | 1.00 | 5.00 | 16.00 | 20.00 | 10.64 | 0.23 |
| 47 | 9.89 | 10.00 | 0.00 | 6.92 | 0.39 | 2.61 | 0.00 | 4.00 | 15.00 | 19.00 | 9.86 | 0.23 |
| 48 | 9.12 | 9.00 | 0.00 | 6.74 | 0.46 | 2.66 | 0.00 | 3.00 | 14.00 | 18.00 | 9.07 | 0.22 |
| 49 | 8.35 | 8.00 | 0.00 | 6.53 | 0.54 | 2.74 | 0.00 | 3.00 | 13.00 | 17.00 | 8.32 | 0.24 |
| 50 | 7.61 | 7.00 | 0.00 | 6.31 | 0.63 | 2.84 | 0.00 | 2.00 | 12.00 | 16.00 | 7.56 | 0.24 |
| 51 | 6.89 | 6.00 | 0.00 | 6.07 | 0.73 | 2.99 | 0.00 | 1.00 | 11.00 | 15.00 | 6.84 | 0.22 |
| 52 | 6.17 | 5.00 | 0.00 | 5.81 | 0.84 | 3.19 | 0.00 | 0.00 | 10.00 | 14.00 | 6.12 | 0.22 |
| 53 | 5.47 | 4.00 | 0.00 | 5.51 | 0.97 | 3.46 | 0.00 | 0.00 | 9.00 | 13.00 | 5.43 | 0.20 |
| 54 | 4.84 | 3.00 | 0.00 | 5.22 | 1.10 | 3.78 | 0.00 | 0.00 | 8.00 | 12.00 | 4.80 | 0.17 |
| 55 | 4.26 | 3.00 | 0.00 | 4.91 | 1.24 | 4.17 | 0.00 | 0.00 | 7.00 | 11.00 | 4.25 | 0.18 |
| 56 | 3.74 | 2.00 | 0.00 | 4.61 | 1.38 | 4.63 | 0.00 | 0.00 | 6.00 | 10.00 | 3.73 | 0.17 |
| 57 | 3.27 | 1.00 | 0.00 | 4.31 | 1.53 | 5.16 | 0.00 | 0.00 | 5.00 | 10.00 | 3.27 | 0.15 |
| 58 | 2.85 | 1.00 | 0.00 | 4.02 | 1.68 | 5.77 | 0.00 | 0.00 | 5.00 | 9.00 | 2.85 | 0.14 |
| 59 | 2.49 | 0.00 | 0.00 | 3.75 | 1.84 | 6.43 | 0.00 | 0.00 | 4.00 | 8.00 | 2.48 | 0.13 |
| 60 | 2.19 | 0.00 | 0.00 | 3.50 | 1.98 | 7.12 | 0.00 | 0.00 | 3.00 | 7.00 | 2.17 | 0.12 |
| 61 | 1.93 | 0.00 | 0.00 | 3.28 | 2.13 | 7.85 | 0.00 | 0.00 | 3.00 | 7.00 | 1.91 | 0.11 |
| 62 | 1.71 | 0.00 | 0.00 | 3.07 | 2.28 | 8.64 | 0.00 | 0.00 | 2.00 | 6.00 | 1.68 | 0.11 |
| 63 | 1.50 | 0.00 | 0.00 | 2.86 | 2.44 | 9.54 | 0.00 | 0.00 | 2.00 | 5.00 | 1.47 | 0.10 |
| 64 | 1.31 | 0.00 | 0.00 | 2.66 | 2.61 | 10.55 | 0.00 | 0.00 | 1.00 | 5.00 | 1.29 | 0.09 |
| 65 | 1.15 | 0.00 | 0.00 | 2.47 | 2.78 | 11.66 | 0.00 | 0.00 | 1.00 | 4.00 | 1.13 | 0.09 |
| 66 | 1.01 | 0.00 | 0.00 | 2.29 | 2.95 | 12.85 | 0.00 | 0.00 | 1.00 | 4.00 | 0.99 | 0.08 |
| 67 | 0.88 | 0.00 | 0.00 | 2.12 | 3.14 | 14.20 | 0.00 | 0.00 | 0.00 | 3.00 | 0.87 | 0.08 |
| 68 | 0.76 | 0.00 | 0.00 | 1.95 | 3.35 | 15.80 | 0.00 | 0.00 | 0.00 | 3.00 | 0.74 | 0.07 |
| 69 | 0.66 | 0.00 | 0.00 | 1.78 | 3.56 | 17.61 | 0.00 | 0.00 | 0.00 | 2.00 | 0.64 | 0.07 |
| 70 | 0.57 | 0.00 | 0.00 | 1.63 | 3.79 | 19.59 | 0.00 | 0.00 | 0.00 | 2.00 | 0.55 | 0.06 |
| 71 | 0.48 | 0.00 | 0.00 | 1.48 | 4.03 | 21.82 | 0.00 | 0.00 | 0.00 | 2.00 | 0.47 | 0.06 |
| 72 | 0.41 | 0.00 | 0.00 | 1.34 | 4.28 | 24.30 | 0.00 | 0.00 | 0.00 | 1.00 | 0.40 | 0.05 |
| 73 | 0.35 | 0.00 | 0.00 | 1.21 | 4.55 | 27.12 | 0.00 | 0.00 | 0.00 | 1.00 | 0.34 | 0.05 |
| 74 | 0.29 | 0.00 | 0.00 | 1.08 | 4.86 | 30.63 | 0.00 | 0.00 | 0.00 | 1.00 | 0.28 | 0.04 |
| 75 | 0.24 | 0.00 | 0.00 | 0.95 | 5.19 | 34.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.23 | 0.04 |

Table 31
Characteristics for Initially Inactive Women with Some College, No Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|-------|-------|-------|-------|-------|-------|-------|------|
| 18 | 34.38 | 35.00 | 36.00 | 9.14 | -0.41 | 3.51 | 23.00 | 29.00 | 41.00 | 45.00 | 34.35 | 0.31 |
| 19 | 33.84 | 34.00 | 36.00 | 9.08 | -0.40 | 3.47 | 22.00 | 28.00 | 40.00 | 45.00 | 33.80 | 0.31 |
| 20 | 33.29 | 34.00 | 35.00 | 9.03 | -0.38 | 3.43 | 22.00 | 28.00 | 39.00 | 44.00 | 33.26 | 0.31 |
| 21 | 32.59 | 33.00 | 34.00 | 8.97 | -0.37 | 3.39 | 21.00 | 27.00 | 39.00 | 43.00 | 32.57 | 0.31 |
| 22 | 31.86 | 32.00 | 34.00 | 8.92 | -0.36 | 3.35 | 20.00 | 26.00 | 38.00 | 43.00 | 31.84 | 0.32 |
| 23 | 31.11 | 32.00 | 33.00 | 8.87 | -0.34 | 3.31 | 20.00 | 26.00 | 37.00 | 42.00 | 31.08 | 0.32 |
| 24 | 30.33 | 31.00 | 32.00 | 8.81 | -0.33 | 3.27 | 19.00 | 25.00 | 36.00 | 41.00 | 30.29 | 0.32 |
| 25 | 29.50 | 30.00 | 31.00 | 8.76 | -0.31 | 3.23 | 18.00 | 24.00 | 36.00 | 40.00 | 29.48 | 0.32 |
| 26 | 28.65 | 29.00 | 30.00 | 8.70 | -0.30 | 3.20 | 17.00 | 23.00 | 35.00 | 39.00 | 28.63 | 0.31 |
| 27 | 27.82 | 28.00 | 30.00 | 8.65 | -0.28 | 3.16 | 17.00 | 22.00 | 34.00 | 38.00 | 27.79 | 0.31 |
| 28 | 27.00 | 27.00 | 29.00 | 8.59 | -0.27 | 3.13 | 16.00 | 22.00 | 33.00 | 37.00 | 26.97 | 0.33 |
| 29 | 26.19 | 27.00 | 28.00 | 8.52 | -0.25 | 3.10 | 15.00 | 21.00 | 32.00 | 37.00 | 26.15 | 0.32 |
| 30 | 25.39 | 26.00 | 27.00 | 8.46 | -0.24 | 3.07 | 14.00 | 20.00 | 31.00 | 36.00 | 25.34 | 0.34 |
| 31 | 24.55 | 25.00 | 26.00 | 8.40 | -0.22 | 3.04 | 13.00 | 19.00 | 30.00 | 35.00 | 24.52 | 0.33 |
| 32 | 23.74 | 24.00 | 25.00 | 8.33 | -0.21 | 3.01 | 13.00 | 18.00 | 29.00 | 34.00 | 23.68 | 0.32 |
| 33 | 22.92 | 23.00 | 25.00 | 8.26 | -0.19 | 2.98 | 12.00 | 18.00 | 29.00 | 33.00 | 22.85 | 0.33 |
| 34 | 22.09 | 22.00 | 24.00 | 8.19 | -0.17 | 2.95 | 11.00 | 17.00 | 28.00 | 32.00 | 22.02 | 0.32 |
| 35 | 21.27 | 22.00 | 23.00 | 8.12 | -0.15 | 2.92 | 10.00 | 16.00 | 27.00 | 31.00 | 21.20 | 0.32 |
| 36 | 20.42 | 21.00 | 22.00 | 8.04 | -0.13 | 2.89 | 10.00 | 15.00 | 26.00 | 30.00 | 20.34 | 0.32 |
| 37 | 19.59 | 20.00 | 21.00 | 7.96 | -0.11 | 2.86 | 9.00 | 14.00 | 25.00 | 29.00 | 19.52 | 0.33 |
| 38 | 18.78 | 19.00 | 20.00 | 7.87 | -0.08 | 2.84 | 8.00 | 14.00 | 24.00 | 29.00 | 18.73 | 0.34 |
| 39 | 17.96 | 18.00 | 19.00 | 7.79 | -0.06 | 2.81 | 8.00 | 13.00 | 23.00 | 28.00 | 17.91 | 0.35 |
| 40 | 17.13 | 17.00 | 19.00 | 7.70 | -0.03 | 2.78 | 7.00 | 12.00 | 22.00 | 27.00 | 17.09 | 0.33 |
| 41 | 16.31 | 17.00 | 18.00 | 7.60 | 0.00 | 2.75 | 6.00 | 11.00 | 22.00 | 26.00 | 16.26 | 0.33 |
| 42 | 15.47 | 16.00 | 17.00 | 7.50 | 0.04 | 2.73 | 5.00 | 10.00 | 21.00 | 25.00 | 15.42 | 0.32 |
| 43 | 14.65 | 15.00 | 16.00 | 7.40 | 0.08 | 2.70 | 5.00 | 9.00 | 20.00 | 24.00 | 14.59 | 0.30 |
| 44 | 13.82 | 14.00 | 15.00 | 7.28 | 0.12 | 2.69 | 4.00 | 9.00 | 19.00 | 23.00 | 13.76 | 0.31 |
| 45 | 12.99 | 13.00 | 14.00 | 7.16 | 0.16 | 2.67 | 3.00 | 8.00 | 18.00 | 22.00 | 12.90 | 0.33 |
| 46 | 12.22 | 12.00 | 0.00 | 7.03 | 0.21 | 2.66 | 2.00 | 7.00 | 17.00 | 21.00 | 12.13 | 0.29 |
| 47 | 11.43 | 11.00 | 0.00 | 6.90 | 0.26 | 2.67 | 2.00 | 6.00 | 16.00 | 20.00 | 11.37 | 0.29 |
| 48 | 10.65 | 11.00 | 0.00 | 6.76 | 0.32 | 2.68 | 1.00 | 5.00 | 15.00 | 19.00 | 10.58 | 0.28 |
| 49 | 9.85 | 10.00 | 0.00 | 6.60 | 0.38 | 2.70 | 1.00 | 5.00 | 14.00 | 19.00 | 9.76 | 0.28 |
| 50 | 9.05 | 9.00 | 0.00 | 6.42 | 0.46 | 2.76 | 0.00 | 4.00 | 13.00 | 18.00 | 8.96 | 0.29 |
| 51 | 8.25 | 8.00 | 0.00 | 6.22 | 0.55 | 2.83 | 0.00 | 3.00 | 12.00 | 17.00 | 8.18 | 0.29 |
| 52 | 7.49 | 7.00 | 0.00 | 6.01 | 0.64 | 2.95 | 0.00 | 2.00 | 12.00 | 16.00 | 7.42 | 0.29 |
| 53 | 6.76 | 6.00 | 0.00 | 5.78 | 0.74 | 3.10 | 0.00 | 2.00 | 11.00 | 15.00 | 6.69 | 0.28 |
| 54 | 6.06 | 5.00 | 0.00 | 5.52 | 0.85 | 3.30 | 0.00 | 1.00 | 10.00 | 14.00 | 6.00 | 0.27 |
| 55 | 5.38 | 4.00 | 0.00 | 5.25 | 0.97 | 3.56 | 0.00 | 0.00 | 9.00 | 13.00 | 5.35 | 0.25 |
| 56 | 4.78 | 4.00 | 0.00 | 4.98 | 1.09 | 3.86 | 0.00 | 0.00 | 8.00 | 12.00 | 4.74 | 0.24 |
| 57 | 4.26 | 3.00 | 0.00 | 4.71 | 1.21 | 4.20 | 0.00 | 0.00 | 7.00 | 11.00 | 4.23 | 0.23 |
| 58 | 3.78 | 2.00 | 0.00 | 4.46 | 1.34 | 4.59 | 0.00 | 0.00 | 6.00 | 10.00 | 3.75 | 0.21 |
| 59 | 3.34 | 2.00 | 0.00 | 4.20 | 1.47 | 5.05 | 0.00 | 0.00 | 6.00 | 9.00 | 3.31 | 0.20 |
| 60 | 2.94 | 1.00 | 0.00 | 3.95 | 1.61 | 5.58 | 0.00 | 0.00 | 5.00 | 9.00 | 2.92 | 0.18 |
| 61 | 2.60 | 1.00 | 0.00 | 3.71 | 1.75 | 6.14 | 0.00 | 0.00 | 4.00 | 8.00 | 2.58 | 0.16 |
| 62 | 2.31 | 0.00 | 0.00 | 3.50 | 1.89 | 6.75 | 0.00 | 0.00 | 4.00 | 7.00 | 2.29 | 0.17 |
| 63 | 2.04 | 0.00 | 0.00 | 3.29 | 2.04 | 7.42 | 0.00 | 0.00 | 3.00 | 7.00 | 2.02 | 0.16 |
| 64 | 1.80 | 0.00 | 0.00 | 3.09 | 2.20 | 8.21 | 0.00 | 0.00 | 3.00 | 6.00 | 1.77 | 0.15 |
| 65 | 1.57 | 0.00 | 0.00 | 2.89 | 2.37 | 9.13 | 0.00 | 0.00 | 2.00 | 6.00 | 1.55 | 0.15 |
| 66 | 1.37 | 0.00 | 0.00 | 2.69 | 2.56 | 10.23 | 0.00 | 0.00 | 2.00 | 5.00 | 1.34 | 0.14 |
| 67 | 1.17 | 0.00 | 0.00 | 2.48 | 2.77 | 11.59 | 0.00 | 0.00 | 1.00 | 4.00 | 1.14 | 0.13 |
| 68 | 0.99 | 0.00 | 0.00 | 2.26 | 3.02 | 13.27 | 0.00 | 0.00 | 1.00 | 4.00 | 0.96 | 0.12 |
| 69 | 0.82 | 0.00 | 0.00 | 2.05 | 3.30 | 15.35 | 0.00 | 0.00 | 0.00 | 3.00 | 0.79 | 0.11 |
| 70 | 0.68 | 0.00 | 0.00 | 1.84 | 3.60 | 17.80 | 0.00 | 0.00 | 0.00 | 3.00 | 0.65 | 0.10 |
| 71 | 0.56 | 0.00 | 0.00 | 1.64 | 3.91 | 20.59 | 0.00 | 0.00 | 0.00 | 2.00 | 0.52 | 0.10 |
| 72 | 0.46 | 0.00 | 0.00 | 1.45 | 4.22 | 23.67 | 0.00 | 0.00 | 0.00 | 1.00 | 0.42 | 0.09 |
| 73 | 0.38 | 0.00 | 0.00 | 1.28 | 4.50 | 26.58 | 0.00 | 0.00 | 0.00 | 1.00 | 0.34 | 0.08 |
| 74 | 0.32 | 0.00 | 0.00 | 1.15 | 4.71 | 28.89 | 0.00 | 0.00 | 0.00 | 1.00 | 0.28 | 0.08 |
| 75 | 0.28 | 0.00 | 0.00 | 1.04 | 4.90 | 31.15 | 0.00 | 0.00 | 0.00 | 1.00 | 0.24 | 0.08 |

**Skoog, Ciecka & Krueger**                    211

Table 32
Characteristics for Initially Inactive Women with Associate's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 36.67 | 37.00 | 39.00 | 8.74 | -0.66 | 4.08 | 26.00 | 32.00 | 43.00 | 47.00 | 36.64 | 0.67 |
| 20 | 36.07 | 37.00 | 38.00 | 8.68 | -0.64 | 4.01 | 25.00 | 31.00 | 42.00 | 46.00 | 36.09 | 0.51 |
| 21 | 35.40 | 36.00 | 38.00 | 8.63 | -0.63 | 3.94 | 24.00 | 30.00 | 41.00 | 45.00 | 35.41 | 0.49 |
| 22 | 34.59 | 35.00 | 37.00 | 8.58 | -0.60 | 3.87 | 24.00 | 30.00 | 40.00 | 45.00 | 34.61 | 0.50 |
| 23 | 33.56 | 34.00 | 36.00 | 8.54 | -0.58 | 3.79 | 23.00 | 29.00 | 39.00 | 44.00 | 33.60 | 0.53 |
| 24 | 32.70 | 33.00 | 35.00 | 8.49 | -0.56 | 3.72 | 22.00 | 28.00 | 38.00 | 43.00 | 32.72 | 0.50 |
| 25 | 31.85 | 33.00 | 34.00 | 8.44 | -0.54 | 3.65 | 21.00 | 27.00 | 38.00 | 42.00 | 31.87 | 0.52 |
| 26 | 30.93 | 32.00 | 33.00 | 8.40 | -0.52 | 3.58 | 20.00 | 26.00 | 37.00 | 41.00 | 30.96 | 0.49 |
| 27 | 29.94 | 31.00 | 32.00 | 8.36 | -0.50 | 3.51 | 19.00 | 25.00 | 36.00 | 40.00 | 29.95 | 0.49 |
| 28 | 28.94 | 30.00 | 31.00 | 8.31 | -0.48 | 3.45 | 18.00 | 24.00 | 35.00 | 39.00 | 28.94 | 0.53 |
| 29 | 27.99 | 29.00 | 30.00 | 8.26 | -0.46 | 3.39 | 17.00 | 23.00 | 34.00 | 38.00 | 28.02 | 0.51 |
| 30 | 27.09 | 28.00 | 29.00 | 8.20 | -0.44 | 3.34 | 16.00 | 22.00 | 33.00 | 37.00 | 27.09 | 0.51 |
| 31 | 26.17 | 27.00 | 28.00 | 8.14 | -0.41 | 3.29 | 15.00 | 21.00 | 32.00 | 36.00 | 26.16 | 0.51 |
| 32 | 25.23 | 26.00 | 27.00 | 8.07 | -0.39 | 3.24 | 15.00 | 20.00 | 31.00 | 35.00 | 25.27 | 0.52 |
| 33 | 24.32 | 25.00 | 26.00 | 7.99 | -0.37 | 3.19 | 14.00 | 19.00 | 30.00 | 34.00 | 24.37 | 0.50 |
| 34 | 23.46 | 24.00 | 25.00 | 7.91 | -0.35 | 3.15 | 13.00 | 19.00 | 29.00 | 33.00 | 23.48 | 0.50 |
| 35 | 22.63 | 23.00 | 25.00 | 7.83 | -0.33 | 3.11 | 12.00 | 18.00 | 28.00 | 32.00 | 22.67 | 0.53 |
| 36 | 21.80 | 22.00 | 24.00 | 7.74 | -0.31 | 3.07 | 12.00 | 17.00 | 27.00 | 31.00 | 21.85 | 0.54 |
| 37 | 20.98 | 22.00 | 23.00 | 7.66 | -0.29 | 3.03 | 11.00 | 16.00 | 26.00 | 30.00 | 21.01 | 0.52 |
| 38 | 20.19 | 21.00 | 22.00 | 7.57 | -0.27 | 2.99 | 10.00 | 15.00 | 25.00 | 29.00 | 20.20 | 0.53 |
| 39 | 19.36 | 20.00 | 21.00 | 7.49 | -0.24 | 2.95 | 9.00 | 15.00 | 24.00 | 29.00 | 19.40 | 0.51 |
| 40 | 18.57 | 19.00 | 20.00 | 7.41 | -0.22 | 2.90 | 9.00 | 14.00 | 24.00 | 28.00 | 18.61 | 0.51 |
| 41 | 17.76 | 18.00 | 19.00 | 7.33 | -0.19 | 2.86 | 8.00 | 13.00 | 23.00 | 27.00 | 17.78 | 0.51 |
| 42 | 16.91 | 17.00 | 19.00 | 7.25 | -0.15 | 2.81 | 7.00 | 12.00 | 22.00 | 26.00 | 16.93 | 0.50 |
| 43 | 16.03 | 16.00 | 18.00 | 7.17 | -0.12 | 2.75 | 6.00 | 11.00 | 21.00 | 25.00 | 16.07 | 0.49 |
| 44 | 15.12 | 15.00 | 17.00 | 7.09 | -0.07 | 2.70 | 5.00 | 10.00 | 20.00 | 24.00 | 15.18 | 0.50 |
| 45 | 14.20 | 14.00 | 16.00 | 6.99 | -0.03 | 2.65 | 4.00 | 9.00 | 19.00 | 23.00 | 14.25 | 0.50 |
| 46 | 13.29 | 14.00 | 15.00 | 6.89 | 0.03 | 2.61 | 4.00 | 9.00 | 18.00 | 22.00 | 13.36 | 0.51 |
| 47 | 12.36 | 13.00 | 14.00 | 6.77 | 0.09 | 2.57 | 3.00 | 8.00 | 17.00 | 21.00 | 12.43 | 0.53 |
| 48 | 11.43 | 12.00 | 0.00 | 6.63 | 0.15 | 2.55 | 2.00 | 7.00 | 16.00 | 20.00 | 11.49 | 0.50 |
| 49 | 10.54 | 11.00 | 0.00 | 6.47 | 0.23 | 2.55 | 1.00 | 6.00 | 15.00 | 19.00 | 10.61 | 0.50 |
| 50 | 9.68 | 10.00 | 0.00 | 6.30 | 0.30 | 2.56 | 1.00 | 5.00 | 14.00 | 18.00 | 9.75 | 0.49 |
| 51 | 8.82 | 9.00 | 0.00 | 6.10 | 0.39 | 2.60 | 0.00 | 4.00 | 13.00 | 17.00 | 8.90 | 0.48 |
| 52 | 8.01 | 8.00 | 0.00 | 5.89 | 0.48 | 2.67 | 0.00 | 3.00 | 12.00 | 16.00 | 8.08 | 0.49 |
| 53 | 7.26 | 7.00 | 0.00 | 5.66 | 0.57 | 2.76 | 0.00 | 2.00 | 11.00 | 15.00 | 7.34 | 0.44 |
| 54 | 6.58 | 6.00 | 0.00 | 5.43 | 0.65 | 2.87 | 0.00 | 2.00 | 10.00 | 14.00 | 6.66 | 0.42 |
| 55 | 5.96 | 5.00 | 0.00 | 5.21 | 0.74 | 3.01 | 0.00 | 1.00 | 9.00 | 13.00 | 6.04 | 0.42 |
| 56 | 5.37 | 5.00 | 0.00 | 4.98 | 0.84 | 3.17 | 0.00 | 1.00 | 9.00 | 12.00 | 5.43 | 0.41 |
| 57 | 4.81 | 4.00 | 0.00 | 4.74 | 0.95 | 3.38 | 0.00 | 0.00 | 8.00 | 12.00 | 4.87 | 0.37 |
| 58 | 4.30 | 3.00 | 0.00 | 4.51 | 1.06 | 3.62 | 0.00 | 0.00 | 7.00 | 11.00 | 4.35 | 0.36 |
| 59 | 3.80 | 2.00 | 0.00 | 4.28 | 1.18 | 3.92 | 0.00 | 0.00 | 6.00 | 10.00 | 3.84 | 0.34 |
| 60 | 3.32 | 2.00 | 0.00 | 4.03 | 1.32 | 4.31 | 0.00 | 0.00 | 6.00 | 9.00 | 3.36 | 0.32 |
| 61 | 2.85 | 1.00 | 0.00 | 3.77 | 1.48 | 4.82 | 0.00 | 0.00 | 5.00 | 8.00 | 2.87 | 0.32 |
| 62 | 2.40 | 0.00 | 0.00 | 3.48 | 1.67 | 5.52 | 0.00 | 0.00 | 4.00 | 8.00 | 2.41 | 0.29 |
| 63 | 2.00 | 0.00 | 0.00 | 3.19 | 1.88 | 6.39 | 0.00 | 0.00 | 3.00 | 7.00 | 2.03 | 0.26 |
| 64 | 1.66 | 0.00 | 0.00 | 2.90 | 2.11 | 7.44 | 0.00 | 0.00 | 2.00 | 6.00 | 1.67 | 0.25 |
| 65 | 1.36 | 0.00 | 0.00 | 2.62 | 2.36 | 8.79 | 0.00 | 0.00 | 2.00 | 5.00 | 1.35 | 0.22 |
| 66 | 1.09 | 0.00 | 0.00 | 2.33 | 2.65 | 10.57 | 0.00 | 0.00 | 1.00 | 4.00 | 1.09 | 0.21 |
| 67 | 0.87 | 0.00 | 0.00 | 2.05 | 2.98 | 12.85 | 0.00 | 0.00 | 0.00 | 3.00 | 0.87 | 0.19 |
| 68 | 0.68 | 0.00 | 0.00 | 1.78 | 3.36 | 15.81 | 0.00 | 0.00 | 0.00 | 3.00 | 0.68 | 0.16 |
| 69 | 0.53 | 0.00 | 0.00 | 1.54 | 3.76 | 19.39 | 0.00 | 0.00 | 0.00 | 2.00 | 0.53 | 0.14 |
| 70 | 0.43 | 0.00 | 0.00 | 1.34 | 4.15 | 23.25 | 0.00 | 0.00 | 0.00 | 1.00 | 0.43 | 0.13 |
| 71 | 0.34 | 0.00 | 0.00 | 1.17 | 4.57 | 27.88 | 0.00 | 0.00 | 0.00 | 1.00 | 0.35 | 0.12 |
| 72 | 0.27 | 0.00 | 0.00 | 1.01 | 5.04 | 33.57 | 0.00 | 0.00 | 0.00 | 1.00 | 0.28 | 0.11 |
| 73 | 0.21 | 0.00 | 0.00 | 0.87 | 5.52 | 39.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.23 | 0.11 |
| 74 | 0.17 | 0.00 | 0.00 | 0.76 | 5.97 | 46.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 | 0.10 |
| 75 | 0.14 | 0.00 | 0.00 | 0.68 | 6.38 | 52.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 0.10 |

**JOURNAL OF FORENSIC ECONOMICS**

Table 33
Characteristics for Initially Inactive Women with Bachelor's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|-------|-------|-------|-------|-------|-------|-------|------|
| 20 | 35.41 | 36.00 | 38.00 | 9.13 | -0.52 | 3.71 | 24.00 | 30.00 | 42.00 | 46.00 | 35.32 | 0.54 |
| 21 | 34.81 | 36.00 | 37.00 | 9.08 | -0.51 | 3.66 | 23.00 | 29.00 | 41.00 | 46.00 | 34.73 | 0.41 |
| 22 | 34.08 | 35.00 | 36.00 | 9.03 | -0.49 | 3.60 | 22.00 | 29.00 | 40.00 | 45.00 | 34.02 | 0.34 |
| 23 | 33.21 | 34.00 | 35.00 | 8.99 | -0.47 | 3.55 | 22.00 | 28.00 | 39.00 | 44.00 | 33.15 | 0.32 |
| 24 | 32.33 | 33.00 | 34.00 | 8.95 | -0.45 | 3.49 | 21.00 | 27.00 | 38.00 | 43.00 | 32.27 | 0.32 |
| 25 | 31.35 | 32.00 | 33.00 | 8.91 | -0.43 | 3.43 | 20.00 | 26.00 | 37.00 | 42.00 | 31.30 | 0.33 |
| 26 | 30.32 | 31.00 | 32.00 | 8.88 | -0.41 | 3.37 | 19.00 | 25.00 | 36.00 | 41.00 | 30.26 | 0.34 |
| 27 | 29.30 | 30.00 | 31.00 | 8.83 | -0.39 | 3.32 | 18.00 | 24.00 | 35.00 | 40.00 | 29.22 | 0.33 |
| 28 | 28.30 | 29.00 | 30.00 | 8.78 | -0.37 | 3.27 | 17.00 | 23.00 | 34.00 | 39.00 | 28.22 | 0.33 |
| 29 | 27.35 | 28.00 | 29.00 | 8.71 | -0.35 | 3.23 | 16.00 | 22.00 | 33.00 | 38.00 | 27.27 | 0.35 |
| 30 | 26.44 | 27.00 | 28.00 | 8.64 | -0.33 | 3.19 | 15.00 | 21.00 | 32.00 | 37.00 | 26.36 | 0.31 |
| 31 | 25.57 | 26.00 | 27.00 | 8.56 | -0.31 | 3.16 | 14.00 | 20.00 | 31.00 | 36.00 | 25.49 | 0.33 |
| 32 | 24.73 | 25.00 | 26.00 | 8.47 | -0.29 | 3.13 | 14.00 | 19.00 | 31.00 | 35.00 | 24.66 | 0.31 |
| 33 | 23.91 | 24.00 | 26.00 | 8.38 | -0.27 | 3.10 | 13.00 | 19.00 | 30.00 | 34.00 | 23.84 | 0.32 |
| 34 | 23.12 | 24.00 | 25.00 | 8.30 | -0.26 | 3.07 | 12.00 | 18.00 | 29.00 | 33.00 | 23.02 | 0.32 |
| 35 | 22.33 | 23.00 | 24.00 | 8.21 | -0.24 | 3.04 | 11.00 | 17.00 | 28.00 | 32.00 | 22.24 | 0.33 |
| 36 | 21.52 | 22.00 | 23.00 | 8.11 | -0.21 | 3.01 | 11.00 | 16.00 | 27.00 | 31.00 | 21.43 | 0.33 |
| 37 | 20.72 | 21.00 | 22.00 | 8.01 | -0.19 | 2.98 | 10.00 | 16.00 | 26.00 | 31.00 | 20.64 | 0.32 |
| 38 | 19.94 | 20.00 | 21.00 | 7.92 | -0.17 | 2.96 | 9.00 | 15.00 | 25.00 | 30.00 | 19.87 | 0.31 |
| 39 | 19.18 | 20.00 | 20.00 | 7.82 | -0.15 | 2.93 | 9.00 | 14.00 | 25.00 | 29.00 | 19.12 | 0.31 |
| 40 | 18.41 | 19.00 | 20.00 | 7.73 | -0.12 | 2.90 | 8.00 | 13.00 | 24.00 | 28.00 | 18.34 | 0.32 |
| 41 | 17.63 | 18.00 | 19.00 | 7.63 | -0.09 | 2.87 | 7.00 | 13.00 | 23.00 | 27.00 | 17.54 | 0.32 |
| 42 | 16.85 | 17.00 | 18.00 | 7.53 | -0.06 | 2.83 | 7.00 | 12.00 | 22.00 | 26.00 | 16.78 | 0.32 |
| 43 | 16.06 | 16.00 | 17.00 | 7.44 | -0.03 | 2.80 | 6.00 | 11.00 | 21.00 | 25.00 | 15.99 | 0.34 |
| 44 | 15.23 | 15.00 | 16.00 | 7.34 | 0.01 | 2.77 | 5.00 | 10.00 | 20.00 | 24.00 | 15.16 | 0.34 |
| 45 | 14.37 | 15.00 | 15.00 | 7.24 | 0.05 | 2.74 | 4.00 | 9.00 | 19.00 | 24.00 | 14.30 | 0.35 |
| 46 | 13.51 | 14.00 | 14.00 | 7.13 | 0.10 | 2.71 | 4.00 | 9.00 | 18.00 | 23.00 | 13.44 | 0.32 |
| 47 | 12.66 | 13.00 | 13.00 | 7.01 | 0.15 | 2.69 | 3.00 | 8.00 | 17.00 | 22.00 | 12.59 | 0.33 |
| 48 | 11.81 | 12.00 | 0.00 | 6.89 | 0.21 | 2.67 | 2.00 | 7.00 | 17.00 | 21.00 | 11.74 | 0.33 |
| 49 | 10.96 | 11.00 | 0.00 | 6.75 | 0.27 | 2.67 | 1.00 | 6.00 | 16.00 | 20.00 | 10.88 | 0.36 |
| 50 | 10.11 | 10.00 | 0.00 | 6.60 | 0.34 | 2.69 | 1.00 | 5.00 | 15.00 | 19.00 | 10.05 | 0.35 |
| 51 | 9.27 | 9.00 | 0.00 | 6.44 | 0.42 | 2.72 | 0.00 | 4.00 | 14.00 | 18.00 | 9.21 | 0.32 |
| 52 | 8.45 | 8.00 | 0.00 | 6.25 | 0.51 | 2.79 | 0.00 | 3.00 | 13.00 | 17.00 | 8.38 | 0.30 |
| 53 | 7.62 | 7.00 | 0.00 | 6.04 | 0.61 | 2.90 | 0.00 | 2.00 | 12.00 | 16.00 | 7.56 | 0.30 |
| 54 | 6.79 | 6.00 | 0.00 | 5.80 | 0.72 | 3.06 | 0.00 | 2.00 | 11.00 | 15.00 | 6.71 | 0.30 |
| 55 | 6.01 | 5.00 | 0.00 | 5.53 | 0.85 | 3.28 | 0.00 | 1.00 | 10.00 | 14.00 | 5.95 | 0.28 |
| 56 | 5.29 | 4.00 | 0.00 | 5.24 | 0.98 | 3.56 | 0.00 | 0.00 | 9.00 | 13.00 | 5.24 | 0.27 |
| 57 | 4.67 | 3.00 | 0.00 | 4.95 | 1.11 | 3.88 | 0.00 | 0.00 | 8.00 | 12.00 | 4.61 | 0.27 |
| 58 | 4.14 | 3.00 | 0.00 | 4.67 | 1.23 | 4.25 | 0.00 | 0.00 | 7.00 | 11.00 | 4.06 | 0.27 |
| 59 | 3.65 | 2.00 | 0.00 | 4.40 | 1.37 | 4.67 | 0.00 | 0.00 | 6.00 | 10.00 | 3.59 | 0.25 |
| 60 | 3.24 | 2.00 | 0.00 | 4.15 | 1.49 | 5.12 | 0.00 | 0.00 | 5.00 | 9.00 | 3.19 | 0.24 |
| 61 | 2.89 | 1.00 | 0.00 | 3.92 | 1.62 | 5.61 | 0.00 | 0.00 | 5.00 | 9.00 | 2.84 | 0.24 |
| 62 | 2.56 | 1.00 | 0.00 | 3.69 | 1.76 | 6.17 | 0.00 | 0.00 | 4.00 | 8.00 | 2.51 | 0.22 |
| 63 | 2.25 | 0.00 | 0.00 | 3.46 | 1.91 | 6.84 | 0.00 | 0.00 | 4.00 | 7.00 | 2.21 | 0.22 |
| 64 | 1.96 | 0.00 | 0.00 | 3.23 | 2.08 | 7.61 | 0.00 | 0.00 | 3.00 | 7.00 | 1.93 | 0.20 |
| 65 | 1.72 | 0.00 | 0.00 | 3.02 | 2.24 | 8.46 | 0.00 | 0.00 | 2.00 | 6.00 | 1.68 | 0.18 |
| 66 | 1.50 | 0.00 | 0.00 | 2.82 | 2.41 | 9.37 | 0.00 | 0.00 | 2.00 | 5.00 | 1.47 | 0.18 |
| 67 | 1.30 | 0.00 | 0.00 | 2.62 | 2.60 | 10.47 | 0.00 | 0.00 | 1.00 | 5.00 | 1.27 | 0.16 |
| 68 | 1.11 | 0.00 | 0.00 | 2.41 | 2.81 | 11.74 | 0.00 | 0.00 | 1.00 | 4.00 | 1.08 | 0.16 |
| 69 | 0.96 | 0.00 | 0.00 | 2.23 | 3.01 | 13.01 | 0.00 | 0.00 | 1.00 | 4.00 | 0.93 | 0.15 |
| 70 | 0.83 | 0.00 | 0.00 | 2.07 | 3.20 | 14.29 | 0.00 | 0.00 | 0.00 | 3.00 | 0.80 | 0.14 |
| 71 | 0.72 | 0.00 | 0.00 | 1.92 | 3.39 | 15.69 | 0.00 | 0.00 | 0.00 | 3.00 | 0.70 | 0.14 |
| 72 | 0.62 | 0.00 | 0.00 | 1.76 | 3.61 | 17.34 | 0.00 | 0.00 | 0.00 | 2.00 | 0.60 | 0.13 |
| 73 | 0.52 | 0.00 | 0.00 | 1.59 | 3.86 | 19.49 | 0.00 | 0.00 | 0.00 | 2.00 | 0.49 | 0.13 |
| 74 | 0.43 | 0.00 | 0.00 | 1.42 | 4.14 | 22.10 | 0.00 | 0.00 | 0.00 | 1.00 | 0.41 | 0.12 |
| 75 | 0.36 | 0.00 | 0.00 | 1.26 | 4.45 | 25.25 | 0.00 | 0.00 | 0.00 | 1.00 | 0.33 | 0.11 |

**Skoog, Ciecka & Krueger**                                                           213

Table 34
Characteristics for Initially Inactive Women with Master's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|----------|--------|------|-----|-----|-----|-----|-----|-----|-----|-------|------|
| 22 | 35.20 | 36.00 | 37.00 | 8.97 | -0.57 | 3.93 | 24.00 | 30.00 | 41.00 | 46.00 | 35.20 | 1.37 |
| 23 | 34.44 | 35.00 | 36.00 | 8.91 | -0.55 | 3.87 | 23.00 | 29.00 | 40.00 | 45.00 | 34.44 | 0.99 |
| 24 | 33.50 | 34.00 | 35.00 | 8.84 | -0.53 | 3.81 | 22.00 | 28.00 | 39.00 | 44.00 | 33.49 | 0.57 |
| 25 | 32.73 | 33.00 | 34.00 | 8.78 | -0.52 | 3.76 | 22.00 | 28.00 | 39.00 | 43.00 | 32.74 | 0.58 |
| 26 | 32.01 | 33.00 | 34.00 | 8.72 | -0.50 | 3.70 | 21.00 | 27.00 | 38.00 | 42.00 | 32.06 | 0.55 |
| 27 | 31.14 | 32.00 | 33.00 | 8.68 | -0.48 | 3.64 | 20.00 | 26.00 | 37.00 | 41.00 | 31.14 | 0.58 |
| 28 | 30.19 | 31.00 | 32.00 | 8.63 | -0.45 | 3.58 | 19.00 | 25.00 | 36.00 | 40.00 | 30.24 | 0.57 |
| 29 | 29.22 | 30.00 | 31.00 | 8.58 | -0.43 | 3.51 | 18.00 | 24.00 | 35.00 | 39.00 | 29.23 | 0.52 |
| 30 | 28.25 | 29.00 | 30.00 | 8.52 | -0.41 | 3.46 | 17.00 | 23.00 | 34.00 | 38.00 | 28.27 | 0.52 |
| 31 | 27.26 | 28.00 | 29.00 | 8.45 | -0.38 | 3.41 | 16.00 | 22.00 | 33.00 | 37.00 | 27.23 | 0.55 |
| 32 | 26.32 | 27.00 | 28.00 | 8.37 | -0.36 | 3.36 | 16.00 | 21.00 | 32.00 | 36.00 | 26.27 | 0.52 |
| 33 | 25.48 | 26.00 | 27.00 | 8.29 | -0.34 | 3.32 | 15.00 | 21.00 | 31.00 | 36.00 | 25.44 | 0.54 |
| 34 | 24.66 | 25.00 | 26.00 | 8.21 | -0.32 | 3.28 | 14.00 | 20.00 | 30.00 | 35.00 | 24.63 | 0.53 |
| 35 | 23.84 | 24.00 | 25.00 | 8.13 | -0.30 | 3.24 | 13.00 | 19.00 | 29.00 | 34.00 | 23.86 | 0.50 |
| 36 | 23.00 | 23.00 | 24.00 | 8.05 | -0.27 | 3.20 | 13.00 | 18.00 | 28.00 | 33.00 | 22.99 | 0.52 |
| 37 | 22.16 | 23.00 | 23.00 | 7.97 | -0.25 | 3.16 | 12.00 | 17.00 | 27.00 | 32.00 | 22.18 | 0.56 |
| 38 | 21.34 | 22.00 | 22.00 | 7.89 | -0.23 | 3.11 | 11.00 | 17.00 | 27.00 | 31.00 | 21.34 | 0.55 |
| 39 | 20.51 | 21.00 | 22.00 | 7.81 | -0.20 | 3.07 | 10.00 | 16.00 | 26.00 | 30.00 | 20.52 | 0.52 |
| 40 | 19.71 | 20.00 | 21.00 | 7.74 | -0.17 | 3.02 | 10.00 | 15.00 | 25.00 | 29.00 | 19.70 | 0.54 |
| 41 | 18.87 | 19.00 | 20.00 | 7.68 | -0.14 | 2.97 | 9.00 | 14.00 | 24.00 | 28.00 | 18.86 | 0.55 |
| 42 | 17.93 | 18.00 | 19.00 | 7.61 | -0.11 | 2.91 | 8.00 | 13.00 | 23.00 | 27.00 | 17.90 | 0.50 |
| 43 | 16.99 | 17.00 | 18.00 | 7.53 | -0.07 | 2.86 | 7.00 | 12.00 | 22.00 | 26.00 | 16.96 | 0.49 |
| 44 | 16.09 | 16.00 | 17.00 | 7.46 | -0.03 | 2.80 | 6.00 | 11.00 | 21.00 | 26.00 | 16.07 | 0.51 |
| 45 | 15.21 | 15.00 | 16.00 | 7.39 | 0.02 | 2.75 | 5.00 | 10.00 | 20.00 | 25.00 | 15.23 | 0.52 |
| 46 | 14.25 | 14.00 | 15.00 | 7.31 | 0.07 | 2.70 | 4.00 | 9.00 | 19.00 | 24.00 | 14.30 | 0.49 |
| 47 | 13.18 | 13.00 | 14.00 | 7.20 | 0.14 | 2.66 | 3.00 | 8.00 | 18.00 | 22.00 | 13.18 | 0.51 |
| 48 | 12.14 | 12.00 | 0.00 | 7.06 | 0.21 | 2.64 | 2.00 | 7.00 | 17.00 | 21.00 | 12.21 | 0.56 |
| 49 | 11.25 | 11.00 | 0.00 | 6.92 | 0.27 | 2.63 | 1.00 | 6.00 | 16.00 | 20.00 | 11.32 | 0.56 |
| 50 | 10.44 | 10.00 | 0.00 | 6.77 | 0.34 | 2.64 | 1.00 | 5.00 | 15.00 | 19.00 | 10.47 | 0.58 |
| 51 | 9.58 | 9.00 | 0.00 | 6.61 | 0.42 | 2.67 | 0.00 | 4.00 | 14.00 | 18.00 | 9.60 | 0.52 |
| 52 | 8.68 | 8.00 | 0.00 | 6.41 | 0.51 | 2.74 | 0.00 | 3.00 | 13.00 | 17.00 | 8.70 | 0.47 |
| 53 | 7.82 | 7.00 | 0.00 | 6.18 | 0.61 | 2.83 | 0.00 | 3.00 | 12.00 | 16.00 | 7.80 | 0.46 |
| 54 | 7.07 | 6.00 | 0.00 | 5.95 | 0.71 | 2.96 | 0.00 | 2.00 | 11.00 | 15.00 | 7.01 | 0.47 |
| 55 | 6.39 | 5.00 | 0.00 | 5.72 | 0.81 | 3.10 | 0.00 | 1.00 | 10.00 | 14.00 | 6.34 | 0.45 |
| 56 | 5.72 | 5.00 | 0.00 | 5.46 | 0.91 | 3.30 | 0.00 | 1.00 | 9.00 | 14.00 | 5.68 | 0.42 |
| 57 | 5.08 | 4.00 | 0.00 | 5.19 | 1.03 | 3.54 | 0.00 | 0.00 | 8.00 | 13.00 | 5.06 | 0.45 |
| 58 | 4.50 | 3.00 | 0.00 | 4.92 | 1.14 | 3.82 | 0.00 | 0.00 | 7.00 | 12.00 | 4.48 | 0.46 |
| 59 | 4.00 | 2.00 | 0.00 | 4.65 | 1.26 | 4.12 | 0.00 | 0.00 | 7.00 | 11.00 | 3.99 | 0.42 |
| 60 | 3.56 | 2.00 | 0.00 | 4.41 | 1.37 | 4.44 | 0.00 | 0.00 | 6.00 | 10.00 | 3.54 | 0.40 |
| 61 | 3.17 | 1.00 | 0.00 | 4.16 | 1.48 | 4.79 | 0.00 | 0.00 | 5.00 | 9.00 | 3.15 | 0.36 |
| 62 | 2.81 | 1.00 | 0.00 | 3.92 | 1.60 | 5.17 | 0.00 | 0.00 | 5.00 | 9.00 | 2.79 | 0.35 |
| 63 | 2.49 | 0.00 | 0.00 | 3.69 | 1.71 | 5.59 | 0.00 | 0.00 | 4.00 | 8.00 | 2.46 | 0.32 |
| 64 | 2.21 | 0.00 | 0.00 | 3.47 | 1.83 | 6.04 | 0.00 | 0.00 | 3.00 | 7.00 | 2.18 | 0.32 |
| 65 | 1.96 | 0.00 | 0.00 | 3.25 | 1.95 | 6.53 | 0.00 | 0.00 | 3.00 | 7.00 | 1.93 | 0.31 |
| 66 | 1.73 | 0.00 | 0.00 | 3.04 | 2.07 | 7.09 | 0.00 | 0.00 | 2.00 | 6.00 | 1.69 | 0.29 |
| 67 | 1.51 | 0.00 | 0.00 | 2.83 | 2.21 | 7.75 | 0.00 | 0.00 | 2.00 | 6.00 | 1.47 | 0.27 |
| 68 | 1.31 | 0.00 | 0.00 | 2.61 | 2.37 | 8.56 | 0.00 | 0.00 | 1.00 | 5.00 | 1.28 | 0.26 |
| 69 | 1.12 | 0.00 | 0.00 | 2.37 | 2.54 | 9.59 | 0.00 | 0.00 | 1.00 | 4.00 | 1.09 | 0.24 |
| 70 | 0.95 | 0.00 | 0.00 | 2.15 | 2.75 | 10.87 | 0.00 | 0.00 | 1.00 | 4.00 | 0.92 | 0.21 |
| 71 | 0.79 | 0.00 | 0.00 | 1.92 | 2.98 | 12.46 | 0.00 | 0.00 | 0.00 | 3.00 | 0.78 | 0.20 |
| 72 | 0.64 | 0.00 | 0.00 | 1.69 | 3.27 | 14.68 | 0.00 | 0.00 | 0.00 | 3.00 | 0.63 | 0.17 |
| 73 | 0.51 | 0.00 | 0.00 | 1.45 | 3.62 | 17.68 | 0.00 | 0.00 | 0.00 | 2.00 | 0.49 | 0.16 |
| 74 | 0.40 | 0.00 | 0.00 | 1.25 | 3.99 | 21.11 | 0.00 | 0.00 | 0.00 | 1.00 | 0.39 | 0.14 |
| 75 | 0.32 | 0.00 | 0.00 | 1.07 | 4.37 | 25.15 | 0.00 | 0.00 | 0.00 | 1.00 | 0.29 | 0.13 |

Table 35
Characteristics for Initially Inactive Women with Professional or PhD Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|-------|------|-------|-------|-------|-------|-------|------|
| 24 | 36.75 | 37.00 | 38.00 | 9.59 | -0.50 | 3.71 | 25.00 | 31.00 | 43.00 | 48.00 | 36.49 | 1.46 |
| 25 | 35.81 | 36.00 | 37.00 | 9.53 | -0.48 | 3.65 | 24.00 | 30.00 | 42.00 | 47.00 | 35.74 | 1.44 |
| 26 | 35.07 | 36.00 | 36.00 | 9.48 | -0.46 | 3.59 | 23.00 | 30.00 | 41.00 | 47.00 | 34.91 | 1.78 |
| 27 | 34.20 | 35.00 | 36.00 | 9.44 | -0.44 | 3.53 | 22.00 | 29.00 | 40.00 | 46.00 | 34.01 | 1.32 |
| 28 | 33.31 | 34.00 | 35.00 | 9.41 | -0.42 | 3.47 | 21.00 | 28.00 | 40.00 | 45.00 | 33.18 | 1.23 |
| 29 | 32.24 | 33.00 | 34.00 | 9.39 | -0.40 | 3.40 | 20.00 | 27.00 | 38.00 | 44.00 | 32.11 | 1.43 |
| 30 | 31.06 | 32.00 | 33.00 | 9.36 | -0.37 | 3.34 | 19.00 | 25.00 | 37.00 | 43.00 | 31.02 | 1.35 |
| 31 | 30.00 | 31.00 | 31.00 | 9.31 | -0.35 | 3.28 | 18.00 | 24.00 | 36.00 | 41.00 | 29.88 | 1.20 |
| 32 | 29.07 | 30.00 | 30.00 | 9.26 | -0.33 | 3.23 | 17.00 | 23.00 | 35.00 | 40.00 | 28.87 | 1.23 |
| 33 | 28.22 | 29.00 | 30.00 | 9.21 | -0.31 | 3.18 | 16.00 | 23.00 | 34.00 | 40.00 | 28.14 | 1.23 |
| 34 | 27.34 | 28.00 | 29.00 | 9.16 | -0.29 | 3.13 | 15.00 | 22.00 | 33.00 | 39.00 | 27.29 | 1.19 |
| 35 | 26.33 | 27.00 | 28.00 | 9.11 | -0.27 | 3.08 | 14.00 | 21.00 | 32.00 | 38.00 | 26.29 | 1.23 |
| 36 | 25.36 | 26.00 | 27.00 | 9.06 | -0.24 | 3.03 | 13.00 | 20.00 | 31.00 | 37.00 | 25.31 | 1.20 |
| 37 | 24.42 | 25.00 | 26.00 | 9.00 | -0.22 | 2.98 | 13.00 | 19.00 | 30.00 | 36.00 | 24.31 | 1.27 |
| 38 | 23.44 | 24.00 | 25.00 | 8.93 | -0.19 | 2.93 | 12.00 | 18.00 | 29.00 | 35.00 | 23.33 | 1.26 |
| 39 | 22.48 | 23.00 | 24.00 | 8.85 | -0.16 | 2.89 | 11.00 | 17.00 | 28.00 | 34.00 | 22.41 | 1.37 |
| 40 | 21.58 | 22.00 | 23.00 | 8.77 | -0.13 | 2.84 | 10.00 | 16.00 | 27.00 | 33.00 | 21.46 | 1.45 |
| 41 | 20.77 | 21.00 | 22.00 | 8.69 | -0.11 | 2.80 | 9.00 | 15.00 | 27.00 | 32.00 | 20.64 | 1.40 |
| 42 | 19.93 | 20.00 | 21.00 | 8.61 | -0.08 | 2.76 | 8.00 | 14.00 | 26.00 | 31.00 | 19.81 | 1.27 |
| 43 | 19.03 | 19.00 | 20.00 | 8.53 | -0.04 | 2.72 | 8.00 | 13.00 | 25.00 | 30.00 | 18.94 | 1.38 |
| 44 | 18.09 | 18.00 | 19.00 | 8.44 | -0.01 | 2.68 | 7.00 | 12.00 | 24.00 | 29.00 | 18.05 | 1.45 |
| 45 | 17.14 | 17.00 | 18.00 | 8.34 | 0.04 | 2.64 | 6.00 | 11.00 | 23.00 | 28.00 | 16.96 | 1.49 |
| 46 | 16.27 | 16.00 | 17.00 | 8.23 | 0.08 | 2.61 | 5.00 | 11.00 | 22.00 | 27.00 | 16.17 | 1.54 |
| 47 | 15.42 | 15.00 | 16.00 | 8.12 | 0.12 | 2.59 | 4.00 | 10.00 | 21.00 | 26.00 | 15.28 | 1.45 |
| 48 | 14.50 | 14.00 | 15.00 | 8.00 | 0.17 | 2.57 | 4.00 | 9.00 | 20.00 | 25.00 | 14.27 | 1.53 |
| 49 | 13.59 | 13.00 | 0.00 | 7.85 | 0.23 | 2.56 | 3.00 | 8.00 | 19.00 | 24.00 | 13.30 | 1.44 |
| 50 | 12.64 | 12.00 | 0.00 | 7.68 | 0.29 | 2.57 | 2.00 | 7.00 | 18.00 | 23.00 | 12.31 | 1.56 |
| 51 | 11.68 | 11.00 | 0.00 | 7.47 | 0.36 | 2.59 | 1.00 | 6.00 | 17.00 | 22.00 | 11.49 | 1.54 |
| 52 | 10.90 | 10.00 | 0.00 | 7.27 | 0.42 | 2.62 | 1.00 | 5.00 | 16.00 | 21.00 | 10.74 | 1.54 |
| 53 | 10.21 | 10.00 | 0.00 | 7.07 | 0.47 | 2.65 | 1.00 | 5.00 | 15.00 | 20.00 | 10.06 | 1.44 |
| 54 | 9.53 | 9.00 | 0.00 | 6.87 | 0.52 | 2.69 | 0.00 | 4.00 | 14.00 | 19.00 | 9.36 | 1.37 |
| 55 | 8.94 | 8.00 | 0.00 | 6.67 | 0.57 | 2.73 | 0.00 | 4.00 | 13.00 | 18.00 | 8.80 | 1.27 |
| 56 | 8.38 | 8.00 | 0.00 | 6.48 | 0.62 | 2.77 | 0.00 | 3.00 | 13.00 | 18.00 | 8.31 | 1.28 |
| 57 | 7.88 | 7.00 | 0.00 | 6.31 | 0.67 | 2.82 | 0.00 | 3.00 | 12.00 | 17.00 | 7.79 | 1.21 |
| 58 | 7.46 | 7.00 | 0.00 | 6.16 | 0.71 | 2.86 | 0.00 | 2.00 | 11.00 | 16.00 | 7.42 | 1.22 |
| 59 | 6.97 | 6.00 | 0.00 | 5.99 | 0.77 | 2.92 | 0.00 | 2.00 | 11.00 | 16.00 | 6.97 | 1.13 |
| 60 | 6.40 | 5.00 | 0.00 | 5.79 | 0.84 | 3.02 | 0.00 | 1.00 | 10.00 | 15.00 | 6.38 | 1.11 |
| 61 | 5.84 | 5.00 | 0.00 | 5.58 | 0.91 | 3.13 | 0.00 | 1.00 | 9.00 | 14.00 | 5.83 | 1.15 |
| 62 | 5.30 | 4.00 | 0.00 | 5.36 | 0.99 | 3.26 | 0.00 | 0.00 | 8.00 | 13.00 | 5.25 | 1.04 |
| 63 | 4.81 | 3.00 | 0.00 | 5.14 | 1.07 | 3.40 | 0.00 | 0.00 | 8.00 | 13.00 | 4.80 | 1.04 |
| 64 | 4.37 | 3.00 | 0.00 | 4.92 | 1.14 | 3.55 | 0.00 | 0.00 | 7.00 | 12.00 | 4.30 | 1.03 |
| 65 | 3.92 | 2.00 | 0.00 | 4.68 | 1.23 | 3.73 | 0.00 | 0.00 | 6.00 | 11.00 | 3.91 | 1.02 |
| 66 | 3.54 | 2.00 | 0.00 | 4.45 | 1.30 | 3.90 | 0.00 | 0.00 | 6.00 | 11.00 | 3.53 | 0.98 |
| 67 | 3.23 | 1.00 | 0.00 | 4.25 | 1.37 | 4.06 | 0.00 | 0.00 | 5.00 | 10.00 | 3.25 | 1.00 |
| 68 | 2.93 | 1.00 | 0.00 | 4.04 | 1.44 | 4.26 | 0.00 | 0.00 | 5.00 | 9.00 | 2.84 | 0.90 |
| 69 | 2.63 | 0.00 | 0.00 | 3.81 | 1.53 | 4.52 | 0.00 | 0.00 | 4.00 | 9.00 | 2.54 | 0.88 |
| 70 | 2.31 | 0.00 | 0.00 | 3.54 | 1.63 | 4.88 | 0.00 | 0.00 | 4.00 | 8.00 | 2.20 | 0.82 |
| 71 | 2.02 | 0.00 | 0.00 | 3.26 | 1.74 | 5.29 | 0.00 | 0.00 | 3.00 | 7.00 | 1.94 | 0.82 |
| 72 | 1.77 | 0.00 | 0.00 | 3.00 | 1.85 | 5.75 | 0.00 | 0.00 | 3.00 | 7.00 | 1.63 | 0.81 |
| 73 | 1.52 | 0.00 | 0.00 | 2.70 | 1.98 | 6.36 | 0.00 | 0.00 | 2.00 | 6.00 | 1.45 | 0.81 |
| 74 | 1.31 | 0.00 | 0.00 | 2.43 | 2.11 | 7.02 | 0.00 | 0.00 | 2.00 | 5.00 | 1.22 | 0.81 |
| 75 | 1.11 | 0.00 | 0.00 | 2.16 | 2.25 | 7.86 | 0.00 | 0.00 | 1.00 | 4.00 | 1.04 | 0.77 |

Table 36
Worklife Expectancy and Bootstrap Estimates for Men without Regard to Initial State

| | 0-12 Years of Education | | | GED, No Diploma | | | High School | | | Some College | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B |
| 16 | 33.74 | 33.76 | 0.37 | 34.87 | 34.99 | 0.94 | | | | | | |
| 17 | 33.40 | 33.42 | 0.37 | 34.73 | 34.86 | 0.90 | 38.79 | 38.78 | 0.26 | | | |
| 18 | 32.98 | 33.00 | 0.38 | 34.22 | 34.34 | 0.91 | 38.16 | 38.15 | 0.25 | 38.05 | 37.93 | 0.25 |
| 19 | 32.58 | 32.61 | 0.38 | 33.89 | 34.02 | 0.91 | 37.58 | 37.58 | 0.25 | 37.59 | 37.55 | 0.29 |
| 20 | 32.29 | 32.33 | 0.37 | 33.31 | 33.44 | 0.89 | 37.00 | 36.99 | 0.25 | 37.05 | 37.01 | 0.29 |
| 21 | 31.70 | 31.74 | 0.37 | 32.56 | 32.70 | 0.89 | 36.31 | 36.30 | 0.24 | 36.48 | 36.44 | 0.28 |
| 22 | 31.09 | 31.14 | 0.37 | 31.98 | 32.12 | 0.87 | 35.68 | 35.67 | 0.24 | 35.91 | 35.87 | 0.28 |
| 23 | 30.40 | 30.44 | 0.37 | 31.21 | 31.35 | 0.87 | 34.94 | 34.93 | 0.24 | 35.36 | 35.31 | 0.27 |
| 24 | 29.78 | 29.82 | 0.37 | 30.55 | 30.67 | 0.85 | 34.24 | 34.23 | 0.23 | 34.65 | 34.62 | 0.27 |
| 25 | 29.06 | 29.10 | 0.37 | 29.71 | 29.83 | 0.84 | 33.41 | 33.40 | 0.23 | 33.88 | 33.85 | 0.28 |
| 26 | 28.24 | 28.27 | 0.36 | 29.02 | 29.13 | 0.84 | 32.62 | 32.60 | 0.23 | 33.20 | 33.16 | 0.27 |
| 27 | 27.50 | 27.52 | 0.36 | 28.21 | 28.33 | 0.84 | 31.86 | 31.85 | 0.22 | 32.34 | 32.30 | 0.27 |
| 28 | 26.72 | 26.74 | 0.35 | 27.41 | 27.54 | 0.84 | 31.03 | 31.01 | 0.23 | 31.54 | 31.52 | 0.27 |
| 29 | 25.87 | 25.88 | 0.36 | 26.86 | 26.99 | 0.80 | 30.16 | 30.15 | 0.22 | 30.70 | 30.68 | 0.27 |
| 30 | 25.09 | 25.11 | 0.35 | 26.15 | 26.28 | 0.77 | 29.38 | 29.36 | 0.22 | 29.82 | 29.81 | 0.27 |
| 31 | 24.42 | 24.44 | 0.35 | 25.39 | 25.52 | 0.75 | 28.52 | 28.50 | 0.22 | 29.00 | 28.98 | 0.27 |
| 32 | 23.56 | 23.57 | 0.34 | 24.37 | 24.48 | 0.74 | 27.67 | 27.66 | 0.21 | 28.11 | 28.09 | 0.27 |
| 33 | 22.85 | 22.86 | 0.33 | 23.61 | 23.74 | 0.73 | 26.79 | 26.78 | 0.20 | 27.27 | 27.25 | 0.26 |
| 34 | 22.02 | 22.02 | 0.32 | 23.07 | 23.19 | 0.71 | 25.97 | 25.97 | 0.20 | 26.35 | 26.33 | 0.26 |
| 35 | 21.09 | 21.09 | 0.32 | 22.37 | 22.49 | 0.68 | 25.06 | 25.05 | 0.20 | 25.46 | 25.44 | 0.26 |
| 36 | 20.45 | 20.45 | 0.31 | 21.47 | 21.58 | 0.67 | 24.29 | 24.28 | 0.20 | 24.57 | 24.55 | 0.26 |
| 37 | 19.71 | 19.71 | 0.30 | 20.81 | 20.92 | 0.66 | 23.32 | 23.32 | 0.20 | 23.68 | 23.66 | 0.25 |
| 38 | 18.90 | 18.90 | 0.31 | 19.94 | 20.05 | 0.67 | 22.51 | 22.50 | 0.19 | 22.78 | 22.76 | 0.25 |
| 39 | 17.90 | 17.90 | 0.32 | 19.33 | 19.44 | 0.67 | 21.67 | 21.66 | 0.19 | 21.97 | 21.96 | 0.25 |
| 40 | 17.20 | 17.20 | 0.31 | 18.49 | 18.58 | 0.65 | 20.85 | 20.83 | 0.18 | 21.02 | 21.01 | 0.25 |
| 41 | 16.21 | 16.21 | 0.31 | 17.66 | 17.73 | 0.65 | 19.95 | 19.93 | 0.17 | 20.26 | 20.24 | 0.23 |
| 42 | 15.23 | 15.23 | 0.31 | 16.78 | 16.87 | 0.62 | 19.12 | 19.11 | 0.18 | 19.40 | 19.38 | 0.23 |
| 43 | 14.73 | 14.72 | 0.30 | 16.09 | 16.17 | 0.62 | 18.29 | 18.27 | 0.18 | 18.43 | 18.41 | 0.22 |
| 44 | 13.82 | 13.82 | 0.30 | 15.20 | 15.28 | 0.63 | 17.59 | 17.58 | 0.18 | 17.62 | 17.60 | 0.23 |
| 45 | 13.11 | 13.10 | 0.28 | 14.60 | 14.69 | 0.64 | 16.79 | 16.78 | 0.17 | 16.78 | 16.76 | 0.22 |
| 46 | 12.61 | 12.61 | 0.28 | 13.34 | 13.45 | 0.61 | 15.95 | 15.94 | 0.17 | 15.99 | 15.97 | 0.22 |
| 47 | 11.91 | 11.92 | 0.28 | 12.92 | 13.04 | 0.61 | 15.09 | 15.07 | 0.18 | 15.13 | 15.11 | 0.21 |
| 48 | 11.36 | 11.37 | 0.27 | 12.22 | 12.32 | 0.60 | 14.32 | 14.30 | 0.18 | 14.32 | 14.30 | 0.21 |
| 49 | 10.61 | 10.61 | 0.26 | 11.46 | 11.55 | 0.60 | 13.48 | 13.46 | 0.18 | 13.48 | 13.45 | 0.21 |
| 50 | 10.14 | 10.14 | 0.25 | 10.64 | 10.74 | 0.60 | 12.70 | 12.68 | 0.17 | 12.79 | 12.77 | 0.21 |
| 51 | 9.26 | 9.26 | 0.25 | 9.80 | 9.91 | 0.59 | 11.89 | 11.88 | 0.17 | 11.96 | 11.94 | 0.21 |
| 52 | 8.71 | 8.72 | 0.23 | 9.46 | 9.55 | 0.57 | 11.02 | 11.01 | 0.17 | 11.15 | 11.12 | 0.21 |
| 53 | 7.97 | 7.97 | 0.22 | 8.80 | 8.90 | 0.58 | 10.22 | 10.21 | 0.18 | 10.42 | 10.40 | 0.21 |
| 54 | 7.60 | 7.58 | 0.23 | 7.92 | 7.99 | 0.55 | 9.59 | 9.59 | 0.18 | 9.80 | 9.77 | 0.21 |
| 55 | 6.69 | 6.68 | 0.21 | 7.64 | 7.72 | 0.53 | 8.79 | 8.79 | 0.18 | 8.97 | 8.95 | 0.22 |
| 56 | 5.97 | 5.97 | 0.21 | 6.89 | 6.97 | 0.50 | 7.94 | 7.93 | 0.17 | 8.43 | 8.40 | 0.21 |
| 57 | 5.74 | 5.74 | 0.20 | 6.50 | 6.56 | 0.51 | 7.24 | 7.24 | 0.17 | 7.67 | 7.64 | 0.21 |
| 58 | 5.03 | 5.03 | 0.19 | 6.00 | 6.04 | 0.47 | 6.61 | 6.61 | 0.16 | 7.09 | 7.05 | 0.20 |
| 59 | 4.75 | 4.76 | 0.18 | 5.85 | 5.90 | 0.46 | 6.09 | 6.09 | 0.16 | 6.47 | 6.43 | 0.20 |
| 60 | 4.18 | 4.19 | 0.17 | 4.96 | 5.00 | 0.46 | 5.33 | 5.33 | 0.16 | 5.72 | 5.69 | 0.19 |
| 61 | 3.91 | 3.91 | 0.17 | 4.83 | 4.87 | 0.45 | 4.80 | 4.80 | 0.15 | 5.12 | 5.09 | 0.18 |
| 62 | 3.22 | 3.22 | 0.16 | 4.31 | 4.36 | 0.45 | 4.05 | 4.05 | 0.15 | 4.35 | 4.33 | 0.17 |
| 63 | 2.87 | 2.87 | 0.16 | 3.84 | 3.88 | 0.44 | 3.57 | 3.58 | 0.14 | 3.84 | 3.82 | 0.17 |
| 64 | 2.52 | 2.52 | 0.15 | 3.28 | 3.33 | 0.44 | 3.26 | 3.27 | 0.14 | 3.42 | 3.40 | 0.17 |
| 65 | 2.17 | 2.18 | 0.14 | 2.77 | 2.80 | 0.42 | 2.90 | 2.91 | 0.14 | 2.98 | 2.96 | 0.16 |
| 66 | 1.82 | 1.82 | 0.13 | 2.45 | 2.49 | 0.43 | 2.56 | 2.57 | 0.13 | 2.64 | 2.63 | 0.17 |
| 67 | 1.67 | 1.67 | 0.13 | 2.12 | 2.18 | 0.42 | 2.34 | 2.35 | 0.13 | 2.18 | 2.16 | 0.16 |
| 68 | 1.51 | 1.51 | 0.13 | 2.07 | 2.14 | 0.43 | 2.07 | 2.08 | 0.12 | 1.99 | 1.98 | 0.16 |
| 69 | 1.38 | 1.36 | 0.12 | 2.02 | 2.06 | 0.44 | 1.90 | 1.91 | 0.12 | 1.77 | 1.76 | 0.15 |
| 70 | 1.08 | 1.07 | 0.11 | 1.77 | 1.81 | 0.40 | 1.70 | 1.69 | 0.12 | 1.45 | 1.43 | 0.14 |
| 71 | 1.03 | 1.03 | 0.10 | 1.62 | 1.65 | 0.40 | 1.46 | 1.46 | 0.11 | 1.35 | 1.34 | 0.14 |
| 72 | 0.94 | 0.94 | 0.10 | 1.42 | 1.45 | 0.38 | 1.39 | 1.39 | 0.11 | 1.16 | 1.16 | 0.14 |
| 73 | 0.79 | 0.78 | 0.09 | 1.63 | 1.64 | 0.41 | 1.10 | 1.10 | 0.11 | 0.91 | 0.90 | 0.13 |
| 74 | 0.55 | 0.54 | 0.08 | 1.57 | 1.58 | 0.40 | 0.92 | 0.93 | 0.10 | 0.86 | 0.85 | 0.14 |
| 75 | 0.55 | 0.53 | 0.08 | 1.10 | 1.11 | 0.36 | 0.81 | 0.82 | 0.10 | 0.78 | 0.77 | 0.14 |

216                    JOURNAL OF FORENSIC ECONOMICS

Table 36 (Continued)
Worklife Expectancy and Bootstrap Estimates for Men without Regard to Initial State

| | AA Degree | | | BA Degree | | | MA Degree | | | PROFPHD Degree | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | 39.79 | 39.74 | 0.41 | | | | | | | | | |
| 20 | 38.90 | 38.84 | 0.41 | 39.65 | 39.62 | 0.42 | | | | | | |
| 21 | 38.11 | 38.05 | 0.41 | 39.24 | 39.21 | 0.29 | | | | | | |
| 22 | 37.32 | 37.28 | 0.40 | 38.55 | 38.51 | 0.27 | 40.45 | 40.34 | 0.61 | | | |
| 23 | 36.72 | 36.67 | 0.40 | 37.84 | 37.80 | 0.26 | 39.92 | 39.86 | 0.42 | | | |
| 24 | 35.98 | 35.94 | 0.40 | 37.19 | 37.15 | 0.26 | 39.36 | 39.32 | 0.37 | 40.62 | 40.60 | 0.79 |
| 25 | 35.14 | 35.09 | 0.40 | 36.42 | 36.38 | 0.26 | 38.42 | 38.39 | 0.36 | 40.21 | 40.09 | 0.71 |
| 26 | 34.30 | 34.25 | 0.39 | 35.59 | 35.56 | 0.26 | 37.57 | 37.53 | 0.36 | 39.83 | 39.70 | 0.60 |
| 27 | 33.53 | 33.49 | 0.38 | 34.74 | 34.71 | 0.26 | 36.70 | 36.66 | 0.35 | 39.15 | 39.03 | 0.56 |
| 28 | 32.65 | 32.62 | 0.38 | 33.87 | 33.83 | 0.26 | 35.83 | 35.80 | 0.36 | 38.34 | 38.22 | 0.53 |
| 29 | 31.80 | 31.76 | 0.39 | 32.97 | 32.93 | 0.26 | 34.94 | 34.90 | 0.36 | 37.50 | 37.38 | 0.53 |
| 30 | 30.92 | 30.88 | 0.39 | 32.06 | 32.01 | 0.26 | 33.98 | 33.95 | 0.36 | 36.72 | 36.59 | 0.52 |
| 31 | 30.09 | 30.06 | 0.39 | 31.15 | 31.10 | 0.26 | 33.16 | 33.12 | 0.36 | 35.87 | 35.74 | 0.52 |
| 32 | 29.21 | 29.18 | 0.38 | 30.23 | 30.19 | 0.26 | 32.23 | 32.20 | 0.35 | 34.99 | 34.86 | 0.51 |
| 33 | 28.27 | 28.24 | 0.38 | 29.32 | 29.28 | 0.26 | 31.38 | 31.34 | 0.35 | 34.02 | 33.90 | 0.51 |
| 34 | 27.36 | 27.33 | 0.38 | 28.38 | 28.33 | 0.26 | 30.47 | 30.42 | 0.35 | 33.06 | 32.93 | 0.48 |
| 35 | 26.50 | 26.48 | 0.38 | 27.44 | 27.39 | 0.26 | 29.53 | 29.48 | 0.35 | 32.25 | 32.13 | 0.48 |
| 36 | 25.57 | 25.54 | 0.38 | 26.53 | 26.48 | 0.26 | 28.57 | 28.52 | 0.35 | 31.36 | 31.24 | 0.48 |
| 37 | 24.71 | 24.68 | 0.38 | 25.62 | 25.57 | 0.25 | 27.75 | 27.71 | 0.34 | 30.42 | 30.30 | 0.48 |
| 38 | 23.81 | 23.78 | 0.38 | 24.67 | 24.62 | 0.25 | 26.81 | 26.76 | 0.34 | 29.51 | 29.39 | 0.48 |
| 39 | 22.92 | 22.89 | 0.38 | 23.77 | 23.72 | 0.25 | 25.84 | 25.79 | 0.33 | 28.58 | 28.47 | 0.48 |
| 40 | 22.04 | 22.01 | 0.38 | 22.84 | 22.79 | 0.25 | 24.98 | 24.93 | 0.34 | 27.70 | 27.59 | 0.48 |
| 41 | 21.20 | 21.17 | 0.38 | 21.96 | 21.91 | 0.25 | 24.06 | 24.01 | 0.34 | 26.77 | 26.66 | 0.47 |
| 42 | 20.38 | 20.34 | 0.38 | 21.04 | 20.99 | 0.25 | 23.12 | 23.06 | 0.34 | 25.79 | 25.68 | 0.48 |
| 43 | 19.37 | 19.34 | 0.38 | 20.16 | 20.11 | 0.25 | 22.21 | 22.15 | 0.34 | 24.91 | 24.79 | 0.47 |
| 44 | 18.63 | 18.61 | 0.39 | 19.27 | 19.22 | 0.25 | 21.30 | 21.24 | 0.34 | 23.98 | 23.85 | 0.48 |
| 45 | 17.77 | 17.75 | 0.39 | 18.34 | 18.29 | 0.25 | 20.39 | 20.34 | 0.34 | 23.13 | 23.01 | 0.47 |
| 46 | 17.01 | 16.99 | 0.39 | 17.43 | 17.38 | 0.25 | 19.49 | 19.43 | 0.34 | 22.19 | 22.07 | 0.47 |
| 47 | 16.01 | 16.00 | 0.40 | 16.58 | 16.53 | 0.24 | 18.60 | 18.54 | 0.34 | 21.40 | 21.28 | 0.47 |
| 48 | 15.26 | 15.24 | 0.40 | 15.69 | 15.63 | 0.25 | 17.72 | 17.66 | 0.34 | 20.53 | 20.42 | 0.47 |
| 49 | 14.37 | 14.34 | 0.41 | 14.74 | 14.68 | 0.25 | 16.78 | 16.71 | 0.34 | 19.58 | 19.47 | 0.47 |
| 50 | 13.59 | 13.57 | 0.41 | 13.91 | 13.86 | 0.25 | 15.91 | 15.84 | 0.34 | 18.79 | 18.68 | 0.47 |
| 51 | 12.74 | 12.72 | 0.41 | 13.00 | 12.94 | 0.25 | 15.09 | 15.02 | 0.34 | 17.95 | 17.84 | 0.48 |
| 52 | 11.99 | 11.96 | 0.41 | 12.18 | 12.12 | 0.25 | 14.17 | 14.10 | 0.35 | 17.00 | 16.89 | 0.48 |
| 53 | 11.25 | 11.22 | 0.40 | 11.33 | 11.28 | 0.25 | 13.32 | 13.26 | 0.35 | 16.09 | 15.98 | 0.49 |
| 54 | 10.46 | 10.44 | 0.40 | 10.58 | 10.52 | 0.25 | 12.51 | 12.46 | 0.34 | 15.30 | 15.19 | 0.48 |
| 55 | 9.58 | 9.57 | 0.41 | 9.79 | 9.73 | 0.25 | 11.52 | 11.47 | 0.34 | 14.44 | 14.33 | 0.48 |
| 56 | 8.97 | 8.96 | 0.41 | 8.90 | 8.84 | 0.24 | 10.80 | 10.74 | 0.34 | 13.68 | 13.57 | 0.48 |
| 57 | 8.23 | 8.23 | 0.40 | 8.23 | 8.17 | 0.24 | 10.05 | 9.98 | 0.33 | 12.76 | 12.66 | 0.48 |
| 58 | 7.70 | 7.69 | 0.40 | 7.53 | 7.47 | 0.23 | 9.07 | 9.02 | 0.33 | 11.65 | 11.54 | 0.48 |
| 59 | 6.86 | 6.86 | 0.39 | 6.75 | 6.69 | 0.22 | 8.21 | 8.15 | 0.33 | 10.98 | 10.88 | 0.48 |
| 60 | 6.24 | 6.23 | 0.39 | 6.03 | 5.97 | 0.22 | 7.46 | 7.39 | 0.33 | 10.32 | 10.22 | 0.47 |
| 61 | 5.81 | 5.80 | 0.39 | 5.35 | 5.30 | 0.21 | 6.77 | 6.71 | 0.32 | 9.21 | 9.13 | 0.47 |
| 62 | 4.94 | 4.94 | 0.38 | 4.66 | 4.61 | 0.20 | 5.90 | 5.84 | 0.32 | 8.66 | 8.58 | 0.46 |
| 63 | 4.28 | 4.28 | 0.39 | 4.00 | 3.95 | 0.21 | 5.42 | 5.36 | 0.32 | 7.95 | 7.88 | 0.46 |
| 64 | 4.11 | 4.10 | 0.39 | 3.56 | 3.52 | 0.20 | 4.84 | 4.77 | 0.33 | 7.09 | 7.02 | 0.47 |
| 65 | 3.41 | 3.40 | 0.39 | 3.10 | 3.05 | 0.20 | 4.40 | 4.32 | 0.33 | 6.33 | 6.26 | 0.46 |
| 66 | 2.81 | 2.80 | 0.39 | 2.61 | 2.55 | 0.19 | 3.55 | 3.48 | 0.32 | 5.35 | 5.31 | 0.43 |
| 67 | 2.66 | 2.65 | 0.39 | 2.39 | 2.34 | 0.19 | 3.12 | 3.05 | 0.31 | 4.71 | 4.66 | 0.43 |
| 68 | 2.41 | 2.42 | 0.37 | 2.13 | 2.08 | 0.17 | 2.73 | 2.65 | 0.32 | 4.64 | 4.56 | 0.43 |
| 69 | 2.03 | 2.04 | 0.37 | 1.74 | 1.68 | 0.15 | 2.57 | 2.49 | 0.30 | 4.37 | 4.27 | 0.43 |
| 70 | 1.63 | 1.64 | 0.35 | 1.74 | 1.68 | 0.16 | 2.10 | 2.02 | 0.30 | 3.70 | 3.60 | 0.39 |
| 71 | 1.60 | 1.60 | 0.36 | 1.44 | 1.39 | 0.15 | 2.11 | 2.02 | 0.31 | 3.32 | 3.23 | 0.37 |
| 72 | 1.57 | 1.59 | 0.36 | 1.30 | 1.24 | 0.13 | 1.51 | 1.43 | 0.26 | 3.40 | 3.31 | 0.37 |
| 73 | 1.39 | 1.40 | 0.36 | 0.94 | 0.89 | 0.12 | 1.19 | 1.11 | 0.23 | 2.94 | 2.86 | 0.37 |
| 74 | 1.25 | 1.27 | 0.34 | 1.04 | 0.99 | 0.13 | 1.30 | 1.20 | 0.23 | 2.14 | 2.08 | 0.33 |
| 75 | 1.05 | 1.09 | 0.32 | 0.78 | 0.73 | 0.11 | 0.90 | 0.81 | 0.20 | 1.86 | 1.81 | 0.30 |

Table 37
Worklife Expectancy and Bootstrap Estimates for Women without
Regard to Initial State

| | 0-12 Years of Education | | | GED, No Diploma | | | High School | | | Some College | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B |
| 16 | 23.97 | 23.96 | 0.38 | 29.74 | 29.66 | 0.93 | | | | | | |
| 17 | 23.66 | 23.65 | 0.38 | 29.40 | 29.31 | 0.84 | 32.76 | 32.76 | 0.29 | | | |
| 18 | 23.22 | 23.21 | 0.38 | 28.61 | 28.50 | 0.80 | 32.22 | 32.22 | 0.26 | 35.09 | 35.05 | 0.29 |
| 19 | 22.65 | 22.64 | 0.38 | 27.88 | 27.78 | 0.77 | 31.71 | 31.71 | 0.26 | 34.61 | 34.58 | 0.29 |
| 20 | 22.23 | 22.23 | 0.37 | 27.21 | 27.10 | 0.77 | 31.13 | 31.13 | 0.26 | 34.07 | 34.04 | 0.29 |
| 21 | 21.70 | 21.70 | 0.36 | 26.88 | 26.77 | 0.76 | 30.56 | 30.56 | 0.25 | 33.47 | 33.44 | 0.29 |
| 22 | 21.31 | 21.31 | 0.36 | 26.23 | 26.15 | 0.73 | 29.90 | 29.90 | 0.25 | 32.85 | 32.81 | 0.29 |
| 23 | 20.68 | 20.67 | 0.37 | 25.60 | 25.50 | 0.71 | 29.32 | 29.32 | 0.25 | 32.19 | 32.16 | 0.29 |
| 24 | 20.22 | 20.20 | 0.36 | 25.19 | 25.08 | 0.71 | 28.68 | 28.67 | 0.26 | 31.51 | 31.46 | 0.29 |
| 25 | 19.61 | 19.61 | 0.36 | 24.62 | 24.52 | 0.68 | 27.98 | 27.98 | 0.25 | 30.71 | 30.66 | 0.29 |
| 26 | 19.23 | 19.24 | 0.35 | 23.82 | 23.71 | 0.68 | 27.29 | 27.29 | 0.25 | 29.99 | 29.94 | 0.28 |
| 27 | 18.79 | 18.79 | 0.34 | 23.23 | 23.11 | 0.66 | 26.69 | 26.68 | 0.24 | 29.24 | 29.19 | 0.28 |
| 28 | 18.17 | 18.18 | 0.34 | 22.63 | 22.52 | 0.66 | 25.93 | 25.92 | 0.24 | 28.41 | 28.36 | 0.28 |
| 29 | 17.78 | 17.79 | 0.32 | 22.07 | 21.97 | 0.66 | 25.31 | 25.29 | 0.24 | 27.77 | 27.72 | 0.28 |
| 30 | 17.22 | 17.24 | 0.32 | 21.60 | 21.51 | 0.65 | 24.62 | 24.59 | 0.24 | 27.01 | 26.96 | 0.27 |
| 31 | 16.73 | 16.73 | 0.32 | 20.73 | 20.64 | 0.63 | 23.90 | 23.87 | 0.24 | 26.25 | 26.19 | 0.27 |
| 32 | 16.11 | 16.11 | 0.31 | 20.27 | 20.19 | 0.63 | 23.24 | 23.21 | 0.23 | 25.55 | 25.49 | 0.27 |
| 33 | 15.83 | 15.83 | 0.31 | 19.64 | 19.54 | 0.63 | 22.65 | 22.63 | 0.23 | 24.86 | 24.81 | 0.27 |
| 34 | 15.36 | 15.36 | 0.31 | 19.00 | 18.91 | 0.62 | 21.96 | 21.93 | 0.23 | 24.03 | 23.98 | 0.28 |
| 35 | 14.85 | 14.87 | 0.30 | 18.36 | 18.25 | 0.64 | 21.26 | 21.24 | 0.22 | 23.31 | 23.27 | 0.27 |
| 36 | 14.33 | 14.33 | 0.29 | 17.77 | 17.66 | 0.64 | 20.63 | 20.62 | 0.22 | 22.56 | 22.52 | 0.27 |
| 37 | 13.88 | 13.88 | 0.29 | 17.12 | 17.04 | 0.62 | 19.96 | 19.95 | 0.21 | 21.80 | 21.75 | 0.28 |
| 38 | 13.61 | 13.62 | 0.29 | 16.65 | 16.59 | 0.60 | 19.32 | 19.31 | 0.20 | 21.04 | 21.00 | 0.27 |
| 39 | 12.92 | 12.92 | 0.28 | 16.16 | 16.08 | 0.60 | 18.62 | 18.61 | 0.20 | 20.37 | 20.32 | 0.27 |
| 40 | 12.48 | 12.47 | 0.29 | 15.01 | 14.94 | 0.59 | 17.97 | 17.96 | 0.20 | 19.58 | 19.53 | 0.27 |
| 41 | 11.81 | 11.81 | 0.28 | 14.99 | 14.94 | 0.58 | 17.23 | 17.22 | 0.19 | 18.87 | 18.83 | 0.27 |
| 42 | 11.51 | 11.52 | 0.27 | 14.12 | 14.06 | 0.56 | 16.61 | 16.60 | 0.19 | 18.10 | 18.04 | 0.26 |
| 43 | 10.88 | 10.87 | 0.26 | 13.36 | 13.28 | 0.56 | 15.96 | 15.95 | 0.18 | 17.35 | 17.30 | 0.25 |
| 44 | 10.30 | 10.30 | 0.26 | 12.62 | 12.55 | 0.56 | 15.18 | 15.17 | 0.18 | 16.50 | 16.44 | 0.25 |
| 45 | 9.75 | 9.74 | 0.25 | 11.95 | 11.88 | 0.56 | 14.52 | 14.52 | 0.18 | 15.68 | 15.63 | 0.25 |
| 46 | 9.06 | 9.05 | 0.23 | 11.27 | 11.21 | 0.55 | 13.74 | 13.73 | 0.17 | 15.15 | 15.11 | 0.25 |
| 47 | 8.58 | 8.57 | 0.23 | 10.52 | 10.48 | 0.55 | 13.05 | 13.04 | 0.17 | 14.26 | 14.22 | 0.24 |
| 48 | 7.95 | 7.93 | 0.24 | 9.94 | 9.91 | 0.53 | 12.39 | 12.39 | 0.17 | 13.56 | 13.51 | 0.24 |
| 49 | 7.46 | 7.44 | 0.24 | 9.49 | 9.47 | 0.53 | 11.70 | 11.71 | 0.16 | 12.83 | 12.79 | 0.24 |
| 50 | 7.02 | 7.01 | 0.22 | 9.24 | 9.21 | 0.50 | 11.00 | 11.01 | 0.16 | 12.20 | 12.16 | 0.24 |
| 51 | 6.57 | 6.57 | 0.22 | 8.12 | 8.10 | 0.48 | 10.14 | 10.16 | 0.16 | 11.23 | 11.19 | 0.24 |
| 52 | 6.05 | 6.05 | 0.22 | 7.71 | 7.69 | 0.48 | 9.60 | 9.62 | 0.15 | 10.66 | 10.62 | 0.24 |
| 53 | 5.42 | 5.42 | 0.22 | 7.22 | 7.20 | 0.49 | 8.82 | 8.84 | 0.15 | 9.90 | 9.86 | 0.24 |
| 54 | 4.94 | 4.93 | 0.19 | 6.38 | 6.37 | 0.48 | 8.06 | 8.08 | 0.14 | 9.20 | 9.16 | 0.24 |
| 55 | 4.91 | 4.90 | 0.19 | 6.21 | 6.18 | 0.49 | 7.43 | 7.45 | 0.14 | 8.44 | 8.41 | 0.23 |
| 56 | 4.23 | 4.23 | 0.18 | 5.15 | 5.12 | 0.46 | 6.81 | 6.83 | 0.14 | 7.77 | 7.74 | 0.23 |
| 57 | 3.63 | 3.63 | 0.16 | 5.28 | 5.25 | 0.47 | 6.30 | 6.32 | 0.14 | 7.19 | 7.15 | 0.23 |
| 58 | 3.25 | 3.25 | 0.15 | 4.39 | 4.36 | 0.43 | 5.59 | 5.60 | 0.13 | 6.41 | 6.38 | 0.22 |
| 59 | 3.00 | 3.00 | 0.14 | 4.06 | 4.02 | 0.42 | 4.99 | 5.00 | 0.13 | 5.78 | 5.74 | 0.22 |
| 60 | 2.40 | 2.39 | 0.13 | 3.63 | 3.59 | 0.39 | 4.39 | 4.39 | 0.12 | 5.31 | 5.28 | 0.21 |
| 61 | 2.19 | 2.18 | 0.12 | 3.11 | 3.05 | 0.38 | 3.93 | 3.94 | 0.11 | 4.66 | 4.63 | 0.21 |
| 62 | 1.87 | 1.86 | 0.10 | 2.46 | 2.40 | 0.35 | 3.25 | 3.25 | 0.10 | 4.04 | 4.02 | 0.20 |
| 63 | 1.48 | 1.46 | 0.09 | 2.27 | 2.20 | 0.35 | 2.89 | 2.89 | 0.11 | 3.58 | 3.57 | 0.20 |
| 64 | 1.45 | 1.44 | 0.09 | 2.26 | 2.18 | 0.35 | 2.51 | 2.50 | 0.10 | 3.20 | 3.19 | 0.20 |
| 65 | 1.06 | 1.05 | 0.08 | 1.55 | 1.47 | 0.30 | 2.16 | 2.15 | 0.09 | 2.68 | 2.66 | 0.19 |
| 66 | 1.03 | 1.01 | 0.08 | 1.56 | 1.48 | 0.31 | 1.89 | 1.89 | 0.09 | 2.22 | 2.19 | 0.18 |
| 67 | 0.86 | 0.84 | 0.08 | 1.03 | 0.97 | 0.26 | 1.68 | 1.68 | 0.08 | 2.11 | 2.08 | 0.17 |
| 68 | 0.72 | 0.70 | 0.07 | 0.83 | 0.77 | 0.24 | 1.52 | 1.52 | 0.08 | 1.74 | 1.71 | 0.15 |
| 69 | 0.69 | 0.67 | 0.07 | 1.07 | 1.02 | 0.28 | 1.27 | 1.27 | 0.07 | 1.60 | 1.56 | 0.15 |
| 70 | 0.63 | 0.61 | 0.06 | 0.76 | 0.73 | 0.25 | 1.11 | 1.10 | 0.07 | 1.24 | 1.20 | 0.14 |
| 71 | 0.55 | 0.54 | 0.06 | 0.65 | 0.61 | 0.22 | 0.96 | 0.95 | 0.06 | 1.10 | 1.06 | 0.13 |
| 72 | 0.43 | 0.41 | 0.06 | 0.46 | 0.41 | 0.18 | 0.81 | 0.79 | 0.06 | 0.89 | 0.85 | 0.12 |
| 73 | 0.35 | 0.33 | 0.05 | 0.47 | 0.42 | 0.18 | 0.70 | 0.69 | 0.06 | 0.81 | 0.77 | 0.11 |
| 74 | 0.29 | 0.27 | 0.05 | 0.36 | 0.31 | 0.17 | 0.58 | 0.56 | 0.06 | 0.75 | 0.71 | 0.10 |
| 75 | 0.26 | 0.25 | 0.05 | 0.25 | 0.22 | 0.16 | 0.54 | 0.52 | 0.06 | 0.66 | 0.63 | 0.10 |

218                    JOURNAL OF FORENSIC ECONOMICS

Table 37(Continued)
Worklife Expectancy and Bootstrap Estimates for Women without
Regard to Initial State

| Age | AA Degree | | | BA Degree | | | MA Degree | | | PROFPHD Degree | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B | WLE | WLE-B | SD-B |
| 19 | 37.92 | 37.87 | 0.43 | | | | | | | | | |
| 20 | 37.01 | 36.96 | 0.41 | 36.29 | 36.31 | 0.43 | | | | | | |
| 21 | 36.40 | 36.34 | 0.40 | 35.82 | 35.82 | 0.33 | | | | | | |
| 22 | 35.63 | 35.57 | 0.39 | 35.38 | 35.36 | 0.31 | 36.79 | 36.80 | 0.49 | | | |
| 23 | 34.92 | 34.86 | 0.39 | 34.54 | 34.52 | 0.31 | 36.30 | 36.21 | 0.52 | | | |
| 24 | 34.08 | 34.03 | 0.38 | 33.76 | 33.74 | 0.30 | 35.07 | 34.98 | 0.53 | 38.07 | 38.01 | 1.11 |
| 25 | 33.28 | 33.22 | 0.38 | 32.96 | 32.94 | 0.30 | 34.58 | 34.51 | 0.50 | 37.12 | 37.04 | 1.09 |
| 26 | 32.42 | 32.36 | 0.38 | 32.09 | 32.07 | 0.31 | 33.93 | 33.86 | 0.48 | 36.81 | 36.72 | 1.01 |
| 27 | 31.62 | 31.56 | 0.38 | 31.36 | 31.35 | 0.30 | 33.11 | 33.05 | 0.47 | 35.88 | 35.79 | 0.98 |
| 28 | 30.83 | 30.77 | 0.37 | 30.50 | 30.49 | 0.31 | 32.39 | 32.32 | 0.47 | 34.98 | 34.87 | 0.97 |
| 29 | 29.99 | 29.94 | 0.37 | 29.67 | 29.66 | 0.30 | 31.44 | 31.37 | 0.48 | 34.31 | 34.21 | 0.99 |
| 30 | 29.12 | 29.07 | 0.37 | 28.83 | 28.82 | 0.30 | 30.69 | 30.63 | 0.47 | 33.34 | 33.24 | 0.98 |
| 31 | 28.24 | 28.19 | 0.36 | 28.03 | 28.03 | 0.30 | 29.75 | 29.69 | 0.46 | 32.43 | 32.32 | 1.00 |
| 32 | 27.43 | 27.38 | 0.36 | 27.09 | 27.09 | 0.30 | 28.90 | 28.83 | 0.44 | 31.63 | 31.52 | 0.98 |
| 33 | 26.62 | 26.56 | 0.36 | 26.35 | 26.34 | 0.31 | 28.26 | 28.20 | 0.43 | 30.71 | 30.61 | 0.98 |
| 34 | 25.84 | 25.78 | 0.35 | 25.59 | 25.58 | 0.31 | 27.30 | 27.24 | 0.43 | 29.86 | 29.74 | 0.99 |
| 35 | 25.14 | 25.09 | 0.35 | 24.77 | 24.76 | 0.31 | 26.38 | 26.32 | 0.43 | 29.01 | 28.90 | 0.99 |
| 36 | 24.37 | 24.33 | 0.34 | 24.03 | 24.02 | 0.31 | 25.60 | 25.55 | 0.43 | 27.97 | 27.85 | 0.99 |
| 37 | 23.51 | 23.46 | 0.35 | 23.30 | 23.29 | 0.31 | 24.91 | 24.85 | 0.42 | 27.03 | 26.91 | 1.00 |
| 38 | 22.74 | 22.69 | 0.34 | 22.58 | 22.57 | 0.30 | 24.06 | 24.00 | 0.43 | 26.35 | 26.23 | 1.00 |
| 39 | 21.83 | 21.79 | 0.34 | 21.70 | 21.69 | 0.30 | 23.21 | 23.15 | 0.43 | 25.54 | 25.42 | 1.02 |
| 40 | 21.17 | 21.13 | 0.34 | 21.00 | 21.00 | 0.30 | 22.37 | 22.31 | 0.42 | 24.72 | 24.58 | 1.03 |
| 41 | 20.38 | 20.34 | 0.33 | 20.35 | 20.35 | 0.30 | 21.72 | 21.67 | 0.42 | 23.93 | 23.79 | 1.02 |
| 42 | 19.48 | 19.45 | 0.33 | 19.54 | 19.53 | 0.30 | 20.74 | 20.69 | 0.41 | 23.08 | 22.94 | 1.01 |
| 43 | 18.56 | 18.52 | 0.33 | 18.70 | 18.69 | 0.30 | 19.83 | 19.79 | 0.41 | 22.20 | 22.06 | 1.01 |
| 44 | 17.92 | 17.88 | 0.33 | 18.10 | 18.09 | 0.30 | 19.17 | 19.12 | 0.42 | 21.41 | 21.27 | 1.01 |
| 45 | 17.08 | 17.04 | 0.33 | 17.23 | 17.23 | 0.30 | 18.23 | 18.18 | 0.42 | 20.53 | 20.39 | 1.01 |
| 46 | 16.25 | 16.22 | 0.33 | 16.56 | 16.56 | 0.30 | 17.45 | 17.40 | 0.42 | 19.85 | 19.72 | 0.99 |
| 47 | 15.48 | 15.44 | 0.32 | 15.65 | 15.65 | 0.29 | 16.66 | 16.61 | 0.42 | 18.74 | 18.61 | 1.00 |
| 48 | 14.64 | 14.60 | 0.31 | 14.94 | 14.94 | 0.29 | 15.74 | 15.69 | 0.42 | 18.21 | 18.09 | 0.98 |
| 49 | 13.84 | 13.80 | 0.31 | 14.09 | 14.09 | 0.30 | 14.96 | 14.92 | 0.42 | 17.23 | 17.11 | 0.99 |
| 50 | 13.05 | 13.02 | 0.31 | 13.38 | 13.38 | 0.29 | 14.13 | 14.10 | 0.41 | 16.34 | 16.22 | 0.98 |
| 51 | 12.20 | 12.17 | 0.31 | 12.59 | 12.59 | 0.29 | 13.26 | 13.23 | 0.40 | 15.52 | 15.40 | 0.95 |
| 52 | 11.59 | 11.55 | 0.32 | 11.72 | 11.71 | 0.29 | 12.50 | 12.46 | 0.40 | 14.84 | 14.72 | 0.95 |
| 53 | 10.55 | 10.51 | 0.33 | 10.99 | 10.98 | 0.28 | 11.54 | 11.51 | 0.40 | 13.85 | 13.76 | 0.94 |
| 54 | 9.90 | 9.86 | 0.33 | 10.26 | 10.25 | 0.28 | 10.93 | 10.90 | 0.39 | 13.64 | 13.54 | 0.94 |
| 55 | 9.03 | 8.98 | 0.32 | 9.32 | 9.31 | 0.27 | 9.96 | 9.94 | 0.39 | 12.94 | 12.86 | 0.94 |
| 56 | 8.38 | 8.33 | 0.32 | 8.68 | 8.67 | 0.27 | 9.30 | 9.28 | 0.39 | 11.94 | 11.84 | 0.94 |
| 57 | 7.63 | 7.60 | 0.31 | 7.93 | 7.91 | 0.26 | 8.45 | 8.43 | 0.39 | 11.16 | 11.05 | 0.95 |
| 58 | 7.00 | 6.95 | 0.31 | 7.28 | 7.26 | 0.25 | 7.59 | 7.57 | 0.38 | 10.63 | 10.54 | 0.96 |
| 59 | 6.42 | 6.37 | 0.31 | 6.45 | 6.43 | 0.25 | 6.95 | 6.93 | 0.39 | 9.70 | 9.60 | 0.95 |
| 60 | 5.81 | 5.76 | 0.30 | 5.79 | 5.77 | 0.25 | 6.14 | 6.12 | 0.39 | 8.85 | 8.75 | 0.93 |
| 61 | 5.06 | 5.01 | 0.30 | 5.22 | 5.20 | 0.25 | 5.61 | 5.60 | 0.38 | 8.43 | 8.34 | 0.92 |
| 62 | 4.11 | 4.06 | 0.29 | 4.39 | 4.37 | 0.23 | 4.83 | 4.82 | 0.37 | 7.67 | 7.57 | 0.93 |
| 63 | 3.65 | 3.60 | 0.27 | 3.87 | 3.85 | 0.23 | 4.35 | 4.34 | 0.36 | 7.18 | 7.08 | 0.93 |
| 64 | 3.03 | 2.99 | 0.25 | 3.37 | 3.34 | 0.23 | 3.89 | 3.87 | 0.36 | 6.42 | 6.31 | 0.91 |
| 65 | 2.46 | 2.42 | 0.23 | 2.94 | 2.92 | 0.22 | 3.40 | 3.38 | 0.34 | 5.37 | 5.26 | 0.85 |
| 66 | 2.27 | 2.25 | 0.23 | 2.59 | 2.57 | 0.20 | 2.94 | 2.92 | 0.33 | 5.40 | 5.30 | 0.86 |
| 67 | 2.06 | 2.03 | 0.21 | 2.23 | 2.20 | 0.19 | 2.62 | 2.59 | 0.32 | 5.16 | 5.06 | 0.87 |
| 68 | 1.52 | 1.49 | 0.19 | 2.01 | 2.00 | 0.19 | 2.15 | 2.11 | 0.31 | 4.26 | 4.15 | 0.82 |
| 69 | 1.09 | 1.06 | 0.16 | 1.78 | 1.76 | 0.18 | 2.29 | 2.27 | 0.32 | 4.24 | 4.08 | 0.87 |
| 70 | 1.12 | 1.09 | 0.15 | 1.45 | 1.43 | 0.18 | 1.69 | 1.67 | 0.29 | 3.52 | 3.39 | 0.82 |
| 71 | 0.78 | 0.77 | 0.12 | 1.24 | 1.22 | 0.18 | 1.54 | 1.52 | 0.27 | 3.17 | 2.99 | 0.78 |
| 72 | 0.83 | 0.81 | 0.13 | 1.11 | 1.10 | 0.17 | 1.15 | 1.13 | 0.24 | 3.58 | 3.41 | 0.86 |
| 73 | 0.67 | 0.66 | 0.11 | 1.02 | 1.01 | 0.17 | 1.39 | 1.35 | 0.26 | 2.61 | 2.37 | 0.76 |
| 74 | 0.48 | 0.45 | 0.09 | 0.75 | 0.73 | 0.14 | 0.77 | 0.74 | 0.18 | 2.36 | 2.19 | 0.72 |
| 75 | 0.43 | 0.41 | 0.09 | 0.64 | 0.63 | 0.13 | 0.70 | 0.68 | 0.16 | 2.04 | 1.86 | 0.70 |

**Skoog, Ciecka & Krueger**                                    219

Table 38
Distributional Characteristics of Active Men Age 35 with BA Degrees

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| | | Cumulative | | | | |
| $y$ | $p_{YA}(35,a,y)$ | $p_{YA}(35,a,y)$ | $p_{YA}(35,a,y)y$ | $p_{YA}(35,a,y)(y\text{-}27.52)^2$ | $p_{YA}(35,a,y)(y\text{-}27.52)^3$ | $p_{YA}(35,a,y)(y\text{-}27.52)^4$ |
| 0.5 | 0.0017 | 0.0017 | 0.0009 | 1.26275864 | -34.11595018 | 921.71062591 |
| 1.5 | 0.0018 | 0.0036 | 0.0027 | 1.23192941 | -32.05110736 | 833.87366006 |
| 2.5 | 0.0020 | 0.0055 | 0.0049 | 1.22666657 | -30.68751749 | 767.70962511 |
| 3.5 | 0.0021 | 0.0077 | 0.0075 | 1.23438686 | -29.64626918 | 712.01444689 |
| 4.5 | 0.0024 | 0.0100 | 0.0106 | 1.24498838 | -28.65589752 | 659.57279328 |
| 5.5 | 0.0026 | 0.0126 | 0.0143 | 1.26034555 | -27.74902801 | 610.95034959 |
| 6.5 | 0.0029 | 0.0155 | 0.0187 | 1.26772001 | -26.64367144 | 559.97004262 |
| 7.5 | 0.0032 | 0.0187 | 0.0239 | 1.27817012 | -25.58513133 | 512.13757384 |
| 8.5 | 0.0036 | 0.0222 | 0.0303 | 1.29107725 | -24.55241610 | 466.91329690 |
| 9.5 | 0.0040 | 0.0262 | 0.0380 | 1.29844916 | -23.39415844 | 421.49255268 |
| 10.5 | 0.0045 | 0.0308 | 0.0477 | 1.31468543 | -22.37200200 | 380.70435799 |
| 11.5 | 0.0052 | 0.0360 | 0.0598 | 1.33403030 | -21.36716336 | 342.23785554 |
| 12.5 | 0.0060 | 0.0420 | 0.0751 | 1.35531684 | -20.35279294 | 305.63789157 |
| 13.5 | 0.0071 | 0.0491 | 0.0960 | 1.39694641 | -19.58099790 | 274.46684751 |
| 14.5 | 0.0086 | 0.0577 | 0.1243 | 1.45212042 | -18.90225146 | 246.05060731 |
| 15.5 | 0.0103 | 0.0680 | 0.1603 | 1.49318171 | -17.94356459 | 215.62781566 |
| 16.5 | 0.0125 | 0.0805 | 0.2056 | 1.51232364 | -16.66126955 | 183.55720666 |
| 17.5 | 0.0150 | 0.0954 | 0.2618 | 1.50109072 | -15.03642578 | 150.61987701 |
| 18.5 | 0.0180 | 0.1134 | 0.3330 | 1.46351320 | -13.19649854 | 118.99282736 |
| 19.5 | 0.0215 | 0.1350 | 0.4200 | 1.38442511 | -11.09893607 | 88.98017045 |
| 20.5 | 0.0255 | 0.1604 | 0.5223 | 1.25459160 | -8.80346928 | 61.77394396 |
| 21.5 | 0.0299 | 0.1903 | 0.6424 | 1.08178416 | -6.50909526 | 39.16522619 |
| 22.5 | 0.0350 | 0.2254 | 0.7882 | 0.88171522 | -4.42356528 | 22.19302700 |
| 23.5 | 0.0409 | 0.2662 | 0.9604 | 0.65949013 | -2.64917186 | 10.64172335 |
| 24.5 | 0.0470 | 0.3132 | 1.1503 | 0.42735247 | -1.28932240 | 3.88988567 |
| 25.5 | 0.0528 | 0.3659 | 1.3456 | 0.21468361 | -0.43301684 | 0.87339497 |
| 26.5 | 0.0578 | 0.4237 | 1.5304 | 0.05973019 | -0.06074560 | 0.06177828 |
| 27.5 | 0.0623 | 0.4860 | 1.7127 | 0.00001800 | -0.00000031 | 0.00000001 |
| 28.5 | 0.0654 | 0.5514 | 1.8639 | 0.06319530 | 0.06212098 | 0.06106492 |
| 29.5 | 0.0657 | 0.6171 | 1.9387 | 0.25843003 | 0.51246676 | 1.01622158 |
| 30.5 | 0.0634 | 0.6804 | 1.9322 | 0.56370661 | 1.68153681 | 5.01602431 |
| 31.5 | 0.0582 | 0.7386 | 1.8327 | 0.92298433 | 3.67624660 | 14.64249022 |
| 32.5 | 0.0511 | 0.7897 | 1.6611 | 1.26907607 | 6.32380606 | 31.51152560 |
| 33.5 | 0.0440 | 0.8337 | 1.4723 | 1.57324690 | 9.41273621 | 56.31640076 |
| 34.5 | 0.0371 | 0.8708 | 1.2793 | 1.80810568 | 12.62600194 | 88.16737152 |
| 35.5 | 0.0302 | 0.9010 | 1.0717 | 1.92395704 | 15.35894909 | 122.61049058 |
| 36.5 | 0.0243 | 0.9252 | 0.8859 | 1.95845039 | 17.59275989 | 158.03576209 |
| 37.5 | 0.0194 | 0.9446 | 0.7271 | 1.93241300 | 19.29127902 | 192.58483842 |
| 38.5 | 0.0149 | 0.9595 | 0.5740 | 1.79853797 | 19.75334251 | 216.95096082 |
| 39.5 | 0.0113 | 0.9709 | 0.4479 | 1.62833656 | 19.51235697 | 233.81657352 |
| 40.5 | 0.0086 | 0.9794 | 0.3475 | 1.44623012 | 18.77640564 | 243.77407446 |
| 41.5 | 0.0063 | 0.9857 | 0.2594 | 1.22202681 | 17.08760083 | 238.93592243 |
| 42.5 | 0.0045 | 0.9901 | 0.1891 | 0.99898179 | 14.96774410 | 224.26170986 |
| 43.5 | 0.0032 | 0.9933 | 0.1383 | 0.81235100 | 12.98380602 | 207.52017158 |
| 44.5 | 0.0022 | 0.9955 | 0.0983 | 0.63741326 | 10.82518937 | 183.84419111 |
| 45.5 | 0.0016 | 0.9971 | 0.0714 | 0.50771961 | 9.13032181 | 164.19057718 |
| 46.5 | 0.0012 | 0.9983 | 0.0544 | 0.42161452 | 8.00350840 | 151.93059991 |
| 47.5 | 0.0008 | 0.9991 | 0.0375 | 0.31507329 | 6.29610959 | 125.81515790 |
| 48.5 | 0.0005 | 0.9995 | 0.0229 | 0.20815635 | 4.36774470 | 91.64838700 |
| 49.5 | 0.0003 | 0.9998 | 0.0125 | 0.12162590 | 2.67370222 | 58.77599583 |
| 50.5 | 0.0001 | 0.9999 | 0.0060 | 0.06276712 | 1.44257678 | 33.15474223 |
| 51.5 | 0.0001 | 1.0000 | 0.0052 | 0.05751843 | 1.37946448 | 33.08369663 |
| 52.5 | 0.0000 | 1.0000 | 0.0000 | 0.01148468 | 0.28692170 | 7.16816471 |
| | | | 27.5170 | 53.89540920 | -250.02365928 | 11789.48435382 |
| | | | | 7.34134928 | -0.63190741 | 4.05874030 |

220                     JOURNAL OF FORENSIC ECONOMICS

Table 39
Worklife Expectancies in 1997-98, 1998-2004, and 2005-09 for Men with
Less Than High School*

| | Active Men | | | | | | Inactive Men | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 97-98 | 98-04 | 05-09 | 98-04 less 97-98 | 05-09 less 97-98 | 05-09 less 98-04 | 97-98 | 98-04 | 05-09 | 98-04 less 97-98 | 05-09 less 97-98 | 05-09 less 98-04 |
| Age | | | | | | | | | | | | |
| 17 | 33.92 | 34.73 | 34.18 | 0.82 | 0.27 | -0.55 | 32.83 | 33.59 | 32.92 | 0.77 | 0.10 | -0.67 |
| 18 | 33.38 | 34.20 | 33.70 | 0.83 | 0.32 | -0.50 | 32.32 | 33.13 | 32.37 | 0.81 | 0.05 | -0.76 |
| 19 | 32.87 | 33.66 | 33.19 | 0.79 | 0.32 | -0.47 | 31.62 | 32.54 | 31.81 | 0.91 | 0.19 | -0.72 |
| 20 | 32.31 | 33.14 | 32.66 | 0.83 | 0.35 | -0.48 | 30.92 | 31.73 | 31.22 | 0.81 | 0.30 | -0.50 |
| 21 | 31.69 | 32.51 | 32.08 | 0.82 | 0.39 | -0.43 | 30.21 | 30.83 | 30.56 | 0.62 | 0.35 | -0.27 |
| 22 | 31.03 | 31.77 | 31.47 | 0.74 | 0.44 | -0.30 | 29.45 | 29.99 | 29.83 | 0.54 | 0.38 | -0.16 |
| 23 | 30.33 | 31.03 | 30.81 | 0.70 | 0.48 | -0.22 | 28.72 | 29.20 | 29.03 | 0.48 | 0.31 | -0.17 |
| 24 | 29.57 | 30.27 | 30.11 | 0.70 | 0.54 | -0.16 | 27.98 | 28.33 | 28.20 | 0.35 | 0.23 | -0.12 |
| 25 | 28.78 | 29.49 | 29.37 | 0.71 | 0.59 | -0.12 | 27.21 | 27.50 | 27.34 | 0.29 | 0.13 | -0.16 |
| 26 | 27.97 | 28.68 | 28.61 | 0.71 | 0.64 | -0.07 | 26.38 | 26.79 | 26.41 | 0.41 | 0.03 | -0.38 |
| 27 | 27.15 | 27.91 | 27.85 | 0.76 | 0.70 | -0.06 | 25.55 | 25.81 | 25.49 | 0.26 | -0.06 | -0.32 |
| 28 | 26.35 | 27.17 | 27.08 | 0.82 | 0.73 | -0.09 | 24.65 | 24.70 | 24.58 | 0.05 | -0.07 | -0.12 |
| 29 | 25.53 | 26.38 | 26.31 | 0.85 | 0.78 | -0.07 | 23.66 | 23.75 | 23.65 | 0.09 | -0.01 | -0.10 |
| 30 | 24.71 | 25.56 | 25.52 | 0.84 | 0.81 | -0.04 | 22.68 | 22.81 | 22.74 | 0.13 | 0.07 | -0.06 |
| 31 | 23.91 | 24.74 | 24.74 | 0.83 | 0.83 | 0.00 | 21.63 | 21.89 | 21.86 | 0.26 | 0.23 | -0.03 |
| 32 | 23.13 | 23.97 | 23.97 | 0.84 | 0.84 | 0.00 | 20.43 | 20.98 | 21.03 | 0.55 | 0.59 | 0.05 |
| 33 | 22.36 | 23.19 | 23.19 | 0.83 | 0.83 | 0.00 | 19.19 | 20.06 | 20.25 | 0.87 | 1.06 | 0.19 |
| 34 | 21.61 | 22.36 | 22.41 | 0.75 | 0.80 | 0.05 | 18.02 | 19.17 | 19.42 | 1.14 | 1.40 | 0.26 |
| 35 | 20.88 | 21.53 | 21.63 | 0.65 | 0.75 | 0.10 | 16.93 | 18.24 | 18.53 | 1.31 | 1.60 | 0.29 |
| 36 | 20.15 | 20.71 | 20.85 | 0.56 | 0.70 | 0.14 | 15.88 | 17.44 | 17.62 | 1.56 | 1.74 | 0.17 |
| 37 | 19.41 | 19.94 | 20.06 | 0.53 | 0.65 | 0.12 | 14.96 | 16.62 | 16.71 | 1.66 | 1.75 | 0.09 |
| 38 | 18.67 | 19.16 | 19.28 | 0.49 | 0.61 | 0.12 | 14.15 | 15.57 | 15.79 | 1.43 | 1.64 | 0.22 |
| 39 | 17.93 | 18.40 | 18.50 | 0.47 | 0.57 | 0.10 | 13.32 | 14.63 | 14.81 | 1.31 | 1.49 | 0.18 |
| 40 | 17.19 | 17.69 | 17.74 | 0.50 | 0.55 | 0.05 | 12.52 | 13.85 | 13.77 | 1.33 | 1.24 | -0.08 |
| 41 | 16.48 | 16.97 | 16.99 | 0.49 | 0.51 | 0.02 | 11.76 | 12.93 | 12.73 | 1.17 | 0.98 | -0.20 |
| 42 | 15.79 | 16.30 | 16.27 | 0.51 | 0.48 | -0.03 | 10.94 | 11.87 | 11.80 | 0.93 | 0.86 | -0.07 |
| 43 | 15.08 | 15.61 | 15.59 | 0.53 | 0.51 | -0.02 | 10.12 | 10.96 | 10.96 | 0.84 | 0.84 | 0.00 |
| 44 | 14.37 | 14.96 | 14.94 | 0.59 | 0.57 | -0.02 | 9.35 | 10.23 | 10.16 | 0.88 | 0.81 | -0.07 |
| 45 | 13.66 | 14.38 | 14.31 | 0.72 | 0.65 | -0.07 | 8.62 | 9.57 | 9.38 | 0.94 | 0.76 | -0.19 |
| 46 | 12.96 | 13.71 | 13.70 | 0.75 | 0.74 | -0.01 | 7.89 | 8.96 | 8.63 | 1.07 | 0.74 | -0.33 |
| 47 | 12.28 | 12.96 | 13.10 | 0.68 | 0.82 | 0.14 | 7.20 | 8.46 | 7.94 | 1.26 | 0.74 | -0.52 |
| 48 | 11.60 | 12.26 | 12.51 | 0.66 | 0.91 | 0.25 | 6.62 | 7.82 | 7.31 | 1.20 | 0.68 | -0.51 |
| 49 | 10.93 | 11.61 | 11.93 | 0.68 | 1.00 | 0.32 | 6.07 | 7.12 | 6.71 | 1.05 | 0.64 | -0.42 |
| 50 | 10.24 | 10.96 | 11.36 | 0.73 | 1.12 | 0.40 | 5.53 | 6.48 | 6.12 | 0.94 | 0.59 | -0.36 |
| 51 | 9.57 | 10.36 | 10.80 | 0.79 | 1.23 | 0.44 | 5.06 | 5.78 | 5.54 | 0.72 | 0.48 | -0.23 |
| 52 | 8.95 | 9.75 | 10.25 | 0.81 | 1.30 | 0.50 | 4.57 | 5.17 | 5.01 | 0.59 | 0.44 | -0.15 |
| 53 | 8.33 | 9.14 | 9.69 | 0.80 | 1.36 | 0.55 | 4.08 | 4.71 | 4.55 | 0.63 | 0.47 | -0.16 |
| 54 | 7.75 | 8.57 | 9.13 | 0.83 | 1.38 | 0.56 | 3.62 | 4.29 | 4.13 | 0.67 | 0.51 | -0.16 |
| 55 | 7.16 | 8.11 | 8.58 | 0.95 | 1.42 | 0.47 | 3.22 | 3.77 | 3.75 | 0.55 | 0.52 | -0.03 |
| 56 | 6.58 | 7.58 | 8.02 | 1.00 | 1.44 | 0.44 | 2.88 | 3.23 | 3.37 | 0.35 | 0.49 | 0.14 |
| 57 | 6.03 | 6.99 | 7.47 | 0.96 | 1.44 | 0.48 | 2.55 | 2.81 | 3.01 | 0.26 | 0.45 | 0.19 |
| 58 | 5.53 | 6.41 | 6.91 | 0.88 | 1.38 | 0.50 | 2.26 | 2.58 | 2.69 | 0.32 | 0.43 | 0.11 |
| 59 | 5.08 | 5.81 | 6.38 | 0.73 | 1.30 | 0.57 | 2.01 | 2.28 | 2.42 | 0.27 | 0.41 | 0.14 |
| 60 | 4.64 | 5.23 | 5.93 | 0.59 | 1.29 | 0.70 | 1.80 | 1.95 | 2.17 | 0.15 | 0.37 | 0.22 |
| 61 | 4.24 | 4.65 | 5.51 | 0.41 | 1.27 | 0.86 | 1.62 | 1.67 | 1.95 | 0.05 | 0.33 | 0.28 |
| 62 | 3.90 | 4.25 | 5.16 | 0.35 | 1.26 | 0.91 | 1.45 | 1.45 | 1.75 | 0.00 | 0.30 | 0.30 |
| 63 | 3.62 | 4.11 | 4.87 | 0.49 | 1.25 | 0.76 | 1.30 | 1.28 | 1.56 | -0.02 | 0.26 | 0.28 |
| 64 | 3.43 | 4.04 | 4.65 | 0.61 | 1.22 | 0.61 | 1.15 | 1.14 | 1.40 | -0.02 | 0.24 | 0.26 |
| 65 | 3.25 | 3.85 | 4.48 | 0.59 | 1.23 | 0.63 | 1.01 | 1.03 | 1.25 | 0.01 | 0.23 | 0.22 |
| 66 | 3.11 | 3.65 | 4.30 | 0.54 | 1.19 | 0.65 | 0.89 | 0.91 | 1.10 | 0.03 | 0.22 | 0.19 |
| 67 | 2.98 | 3.47 | 4.10 | 0.49 | 1.12 | 0.63 | 0.76 | 0.79 | 0.98 | 0.03 | 0.21 | 0.18 |
| 68 | 2.85 | 3.30 | 3.90 | 0.46 | 1.05 | 0.60 | 0.65 | 0.68 | 0.86 | 0.03 | 0.22 | 0.19 |
| 69 | 2.75 | 3.16 | 3.74 | 0.41 | 0.99 | 0.58 | 0.53 | 0.59 | 0.75 | 0.06 | 0.22 | 0.16 |
| 70 | 2.65 | 3.11 | 3.57 | 0.45 | 0.92 | 0.46 | 0.43 | 0.49 | 0.65 | 0.07 | 0.22 | 0.16 |
| 71 | 2.56 | 2.95 | 3.41 | 0.39 | 0.85 | 0.46 | 0.34 | 0.38 | 0.56 | 0.05 | 0.22 | 0.18 |
| 72 | 2.44 | 2.71 | 3.28 | 0.28 | 0.84 | 0.57 | 0.27 | 0.31 | 0.48 | 0.04 | 0.21 | 0.17 |
| 73 | 2.27 | 2.61 | 3.17 | 0.33 | 0.90 | 0.56 | 0.21 | 0.25 | 0.40 | 0.04 | 0.20 | 0.15 |
| 74 | 2.16 | 2.47 | 3.05 | 0.31 | 0.89 | 0.58 | 0.16 | 0.19 | 0.34 | 0.02 | 0.17 | 0.15 |
| 75 | 2.01 | 2.42 | 2.88 | 0.42 | 0.87 | 0.46 | 0.12 | 0.14 | 0.27 | 0.02 | 0.15 | 0.13 |

*Skoog and Ciecka (2001b) used 1997-98 data  Krueger used 98-2004 data, versus the present study's 2005-09 data

Table 40
Worklife Expectancies in 1997-98 and 2005-09 for Men and Women with
Bachelor's Degrees*

| | Active Men | | | Inactive Men | | | Active Women | | | Inactive Women | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | 97-98 | 05-09 | 05-09 less 97-98 | 97-98 | 05-09 | 05-09 less 97-98 | 97-98 | 05-09 | 05-09 less 97-98 | 97-98 | 05-09 | 05-09 less 97-98 |
| 22 | 38.98 | 38.83 | -0.15 | 37.47 | 37.32 | -0.15 | 34.12 | 35.64 | 1.52 | 32.97 | 34.08 | 1.11 |
| 23 | 38.17 | 38.06 | -0.11 | 36.63 | 36.72 | 0.09 | 33.37 | 34.83 | 1.46 | 32.16 | 33.21 | 1.04 |
| 24 | 37.39 | 37.31 | -0.08 | 35.90 | 36.00 | 0.10 | 32.61 | 33.99 | 1.39 | 30.83 | 32.33 | 1.49 |
| 25 | 36.57 | 36.51 | -0.06 | 35.23 | 35.20 | -0.03 | 31.83 | 33.20 | 1.37 | 29.71 | 31.35 | 1.64 |
| 26 | 35.69 | 35.67 | -0.02 | 34.48 | 34.33 | -0.14 | 30.99 | 32.41 | 1.42 | 28.88 | 30.32 | 1.45 |
| 27 | 34.83 | 34.80 | -0.02 | 33.59 | 33.47 | -0.12 | 30.23 | 31.63 | 1.39 | 27.85 | 29.30 | 1.45 |
| 28 | 33.96 | 33.92 | -0.03 | 32.71 | 32.57 | -0.14 | 29.47 | 30.85 | 1.38 | 26.84 | 28.30 | 1.46 |
| 29 | 33.07 | 33.03 | -0.04 | 31.89 | 31.66 | -0.24 | 28.71 | 30.08 | 1.37 | 25.95 | 27.35 | 1.40 |
| 30 | 32.18 | 32.12 | -0.06 | 31.02 | 30.73 | -0.29 | 27.96 | 29.31 | 1.36 | 25.12 | 26.44 | 1.33 |
| 31 | 31.28 | 31.20 | -0.08 | 30.09 | 29.79 | -0.31 | 27.21 | 28.55 | 1.34 | 24.30 | 25.57 | 1.27 |
| 32 | 30.39 | 30.28 | -0.11 | 29.13 | 28.84 | -0.29 | 26.48 | 27.79 | 1.31 | 23.47 | 24.73 | 1.26 |
| 33 | 29.49 | 29.36 | -0.13 | 28.20 | 27.82 | -0.38 | 25.75 | 27.04 | 1.29 | 22.62 | 23.91 | 1.29 |
| 34 | 28.59 | 28.44 | -0.15 | 27.26 | 26.75 | -0.51 | 25.02 | 26.29 | 1.28 | 21.80 | 23.12 | 1.31 |
| 35 | 27.68 | 27.52 | -0.17 | 26.30 | 25.69 | -0.62 | 24.28 | 25.55 | 1.26 | 21.02 | 22.33 | 1.31 |
| 36 | 26.77 | 26.59 | -0.18 | 25.35 | 24.61 | -0.75 | 23.55 | 24.80 | 1.25 | 20.25 | 21.52 | 1.27 |
| 37 | 25.87 | 25.67 | -0.19 | 24.39 | 23.52 | -0.87 | 22.82 | 24.05 | 1.23 | 19.45 | 20.72 | 1.27 |
| 38 | 24.96 | 24.76 | -0.20 | 23.35 | 22.44 | -0.91 | 22.08 | 23.30 | 1.22 | 18.59 | 19.94 | 1.35 |
| 39 | 24.05 | 23.85 | -0.21 | 22.26 | 21.42 | -0.84 | 21.33 | 22.54 | 1.22 | 17.70 | 19.18 | 1.49 |
| 40 | 23.15 | 22.93 | -0.21 | 21.20 | 20.54 | -0.66 | 20.57 | 21.78 | 1.21 | 16.83 | 18.41 | 1.58 |
| 41 | 22.25 | 22.03 | -0.22 | 20.20 | 19.71 | -0.49 | 19.81 | 21.02 | 1.21 | 15.99 | 17.63 | 1.64 |
| 42 | 21.35 | 21.13 | -0.22 | 19.20 | 18.84 | -0.36 | 19.03 | 20.25 | 1.21 | 15.13 | 16.85 | 1.72 |
| 43 | 20.45 | 20.23 | -0.22 | 18.15 | 17.93 | -0.22 | 18.25 | 19.47 | 1.22 | 14.24 | 16.06 | 1.83 |
| 44 | 19.56 | 19.34 | -0.22 | 17.01 | 16.97 | -0.04 | 17.46 | 18.69 | 1.23 | 13.36 | 15.23 | 1.88 |
| 45 | 18.67 | 18.45 | -0.23 | 15.90 | 15.98 | 0.08 | 16.68 | 17.92 | 1.25 | 12.54 | 14.37 | 1.83 |
| 46 | 17.80 | 17.56 | -0.23 | 14.74 | 14.89 | 0.14 | 15.89 | 17.14 | 1.25 | 11.77 | 13.51 | 1.74 |
| 47 | 16.93 | 16.69 | -0.24 | 13.60 | 13.69 | 0.09 | 15.11 | 16.36 | 1.25 | 11.07 | 12.66 | 1.60 |
| 48 | 16.06 | 15.82 | -0.25 | 12.55 | 12.45 | -0.10 | 14.32 | 15.58 | 1.25 | 10.37 | 11.81 | 1.44 |
| 49 | 15.21 | 14.96 | -0.25 | 11.59 | 11.26 | -0.34 | 13.54 | 14.79 | 1.26 | 9.63 | 10.96 | 1.32 |
| 50 | 14.37 | 14.12 | -0.24 | 10.65 | 10.14 | -0.52 | 12.75 | 14.02 | 1.26 | 8.87 | 10.11 | 1.23 |
| 51 | 13.55 | 13.30 | -0.24 | 9.77 | 9.04 | -0.73 | 11.99 | 13.25 | 1.26 | 8.10 | 9.27 | 1.17 |
| 52 | 12.74 | 12.50 | -0.24 | 9.00 | 8.03 | -0.97 | 11.24 | 12.48 | 1.24 | 7.35 | 8.45 | 1.10 |
| 53 | 11.94 | 11.72 | -0.21 | 8.35 | 7.20 | -1.15 | 10.51 | 11.74 | 1.22 | 6.61 | 7.62 | 1.01 |
| 54 | 11.14 | 10.97 | -0.18 | 7.65 | 6.48 | -1.17 | 9.81 | 11.01 | 1.20 | 5.84 | 6.79 | 0.95 |
| 55 | 10.37 | 10.23 | -0.14 | 6.92 | 5.80 | -1.12 | 9.14 | 10.31 | 1.17 | 5.06 | 6.01 | 0.95 |
| 56 | 9.63 | 9.52 | -0.11 | 6.19 | 5.09 | -1.10 | 8.50 | 9.63 | 1.12 | 4.30 | 5.29 | 0.99 |
| 57 | 8.92 | 8.82 | -0.10 | 5.52 | 4.44 | -1.08 | 7.88 | 8.98 | 1.10 | 3.61 | 4.67 | 1.06 |
| 58 | 8.26 | 8.16 | -0.10 | 4.80 | 3.88 | -0.92 | 7.28 | 8.37 | 1.09 | 3.03 | 4.14 | 1.11 |
| 59 | 7.62 | 7.53 | -0.09 | 4.12 | 3.38 | -0.75 | 6.78 | 7.78 | 1.01 | 2.50 | 3.65 | 1.15 |
| 60 | 7.01 | 6.94 | -0.07 | 3.49 | 2.93 | -0.57 | 6.34 | 7.24 | 0.90 | 2.07 | 3.24 | 1.17 |
| 61 | 6.46 | 6.39 | -0.08 | 2.90 | 2.52 | -0.38 | 5.94 | 6.73 | 0.80 | 1.72 | 2.89 | 1.17 |
| 62 | 6.01 | 5.87 | -0.14 | 2.43 | 2.19 | -0.24 | 5.56 | 6.26 | 0.70 | 1.46 | 2.56 | 1.10 |
| 63 | 5.65 | 5.42 | -0.23 | 2.12 | 1.93 | -0.19 | 5.20 | 5.85 | 0.65 | 1.26 | 2.25 | 0.99 |
| 64 | 5.32 | 5.03 | -0.30 | 1.90 | 1.70 | -0.20 | 4.93 | 5.46 | 0.54 | 1.10 | 1.96 | 0.87 |
| 65 | 4.99 | 4.70 | -0.29 | 1.72 | 1.50 | -0.22 | 4.72 | 5.09 | 0.37 | 0.96 | 1.72 | 0.76 |
| 66 | 4.70 | 4.43 | -0.27 | 1.55 | 1.32 | -0.23 | 4.49 | 4.78 | 0.29 | 0.84 | 1.50 | 0.66 |
| 67 | 4.41 | 4.21 | -0.20 | 1.42 | 1.15 | -0.27 | 4.26 | 4.50 | 0.24 | 0.75 | 1.30 | 0.55 |
| 68 | 4.15 | 4.00 | -0.15 | 1.29 | 0.99 | -0.29 | 3.98 | 4.25 | 0.27 | 0.67 | 1.11 | 0.44 |
| 69 | 3.97 | 3.81 | -0.16 | 1.17 | 0.86 | -0.31 | 3.63 | 4.03 | 0.40 | 0.61 | 0.96 | 0.35 |
| 70 | 3.82 | 3.65 | -0.16 | 1.09 | 0.74 | -0.35 | 3.22 | 3.82 | 0.61 | 0.55 | 0.83 | 0.28 |
| 71 | 3.61 | 3.49 | -0.12 | 1.02 | 0.63 | -0.39 | 2.90 | 3.69 | 0.79 | 0.49 | 0.72 | 0.23 |
| 72 | 3.39 | 3.33 | -0.07 | 0.96 | 0.53 | -0.43 | 2.68 | 3.62 | 0.94 | 0.43 | 0.62 | 0.19 |
| 73 | 3.28 | 3.20 | -0.08 | 0.90 | 0.45 | -0.45 | 2.49 | 3.58 | 1.09 | 0.37 | 0.52 | 0.15 |
| 74 | 3.22 | 3.07 | -0.15 | 0.84 | 0.37 | -0.47 | 2.32 | 3.59 | 1.27 | 0.31 | 0.43 | 0.12 |
| 75 | 3.11 | 2.94 | -0.17 | 0.79 | 0.31 | -0.48 | 2.17 | 3.60 | 1.43 | 0.26 | 0.36 | 0.10 |

* Skoog and Ciecka (2001b) used data from 1997-98 and the present study uses 2005-09 data.

222                    JOURNAL OF FORENSIC ECONOMICS

## References

Arias, Elizabeth. 2010. *United States Life Tables 2006*. Hyattsville: MD, U.S. Department of Health and Human Services, Centers for Disease Control and Prevention.

Bell, Felicitie C. and Michael L. Miller. 2005. *Life Tables for the United States Social Security Area 1900-2100*. Actuarial Study No. 120, U.S. Social Security Administration, http://www.ssa.gov/OACT/NOTES/as120/ LifeTables_Body.html.

Cameron, Stephen and James Heckman. 1993. "The Nonequivalence of High School Equivalents." *Journal of Labor Economics,* 11(1):1-47.

Ciecka, James, Thomas Donley and Jerry Goldman. 2000. "A Markov Process Model of Work-Life Expectancies Based on Labor Market Activity in 1997-98." *Journal of Legal Economics*, 9(3):33-66.

Daly, Mary and Tali Regev. 2007. *Economic Letter*. Federal Reserve Bank of San Francisco, November.

Heckman, James J. and Yona Rubinstein. 2001. "The importance of non-cognitive skills: Lessons from the GED testing program." *American Economic Review*, 91(2):145-49.

Krueger, Kurt. 2003. *A first order increment-decrement estimation of remaining years of lifetime productive activity participation*. PhD dissertation, University of Missouri-Kansas City.

_____. 2004. "Tables of Inter-year Labor Force Status of the U.S. Population (1998-2004) to Operate the Markov Model of Worklife Expectancy." *Journal of Forensic Economics*, 17(3):313-381.

Millimet, Daniel L., Michael Nieswiadomy, Hang Ryu, and Daniel Slottje. 2003. "Estimating worklife expectancy: an econometric approach." *Journal of Econometrics*, 113:83-113.

Skoog, Gary R. and James E. Ciecka. 2001a. "The Markov (Increment-Decrement) Model of Labor Force Activity: New Results Beyond Worklife Expectancies." *Journal of Legal Economics*, 11(1):1-21.

_____, and _____. 2001b. "The Markov (Increment-Decrement) Model of Labor Force Activity: Extended Tables of Central Tendency, Variation, and Probability Intervals." *Journal of Legal Economics*, 11(1):23-87.

_____, and _____. 2002. "Probability Mass Functions for Labor Force Activity Induced by the Markov (Increment-Decrement) Model of Labor Force Activity." *Economics Letters*, 77(3):425-431.

_____, and _____. 2004. "Parameter Uncertainty in the Estimation of the Markov Model of Labor Force Activity: Known Error Rates Satisfying Daubert." *Litigation Economics Review*, 6(2):1-27.

Skoog, Gary R., Kurt V. Krueger, and James E. Ciecka. "Worklife Expectancy and Related Years of Activity Characteristics for High School Dropouts Without GED's, Dropouts with GED's, and High School Graduates: More Non-equivalence." unpublished paper.

Smith, Shirley. 1982. *Tables of Working Life: The Increment-Decrement Model*, *Bulletin 2135*. Washington DC: Bureau of Labor Statistics.

_____. 1986. *Worklife Estimates: Effects of Race and Education, Bulletin 2254*. Washington DC: Bureau of Labor Statistics.

Theil, Henri. 1957. "Specification Errors and the Estimation of Economic Relationships." *Review of the International Statistical Institute*, 25:41-51.

**Appendix**
**Pooling Labor Force Participation Data: Trend Considerations**

The primitive data are estimates of a year of CPS data for persons grouped by age, education, and sex, and denoted by ${}^{a}\hat{p}^{a}_{x,t}$ or ${}^{i}\hat{p}^{a}_{x,t}$, where $t$ refers to the year and $x$ to age and other demographic characteristics of a group. In the regression analysis below, we will identify $y_t \equiv {}^{a}\hat{p}^{a}_{x,t}$ or ${}^{i}\hat{p}^{a}_{x,t}$. This analysis will ignore the business cycle and will contemplate trend models of the form ${}^{a}\hat{p}^{a}_{x,t} = \beta_1 + \beta_2 t + u_t \equiv {}^{a}p^{a}_{x,t} + u_t$ or ${}^{i}\hat{p}^{a}_{x,t} = \gamma_1 + \gamma_2 t + u_t \equiv {}^{i}p^{a}_{x,t} + v_t$. To fix ideas, we focus on the equation for ${}^{a}\hat{p}^{a}_{x,t}$ and articulate four approaches to deal with trend.

(1)   No Trend – i.e., $\beta_2 = 0$.

Action: Pool the ${}^{a}\hat{p}^{a}_{x,t}$ data over the years indexed by $t$ and average.

(2)   Believe in a Trend and Take the Model Seriously

Action: Estimate ${}^{a}\hat{p}^{a}_{x,t} = \beta_1 + \beta_2 t + u_t \equiv {}^{a}p^{a}_{x,t} + u_t$ obtaining ${}^{a}\hat{p}^{a}_{x,t} = \hat{\beta}_1 + \hat{\beta}_2 t + \hat{u}_t \equiv {}^{a}\hat{p}^{a}_{x,t} + \hat{u}_t$ from the data, $t = 1,2,\cdots,T$. For the future, out-of-sample years $T+1$, $T+2$, etc., estimate the transition probabilities to be used by extrapolating the trend, where $T+1=2011$, $T+2=2012$, etc. Estimated transition probabilities in the future are as follows:

$${}^{a}\hat{p}^{a}_{x,T+1} \equiv \hat{\beta}_1 + \hat{\beta}_2(T+1)$$
$${}^{a}\hat{p}^{a}_{x,T+2} \equiv \hat{\beta}_1 + \hat{\beta}_2(T+2)$$
$$\vdots$$

Notice that the estimated model now will assume a cohort structure, and clarity would be improved if the $\hat{\beta}_1, \hat{\beta}_2$ reflected (the already implicit age) $x$, but also the ending year $T$ of the sample used in its estimation. Doing so results in the notation $\hat{\beta}_{1;x;T}, \hat{\beta}_{2;x;T}$. Rewriting the previous equations, but now reflecting the fact that an $x$ year old becomes $x+1$ a year later, we have:

$${}^{a}\hat{p}^{a}_{x,T} \equiv \hat{\beta}_{1;x;T} + \hat{\beta}_{2;x;T}T \qquad\qquad {}^{a}\hat{p}^{a}_{x+1,T} \equiv \hat{\beta}_{1;x+1;T} + \hat{\beta}_{2;x+1;T}T \;\ldots\ldots$$
$${}^{a}\hat{p}^{a}_{x,T+1} \equiv \hat{\beta}_{1;x;T} + \hat{\beta}_{2;x;T}(T+1) \qquad {}^{a}\hat{p}^{a}_{x+1,T+1} \equiv \hat{\beta}_{1;x+1;T} + \hat{\beta}_{2;x+1;T}(T+1) \;\ldots\ldots$$
$${}^{a}\hat{p}^{a}_{x,T+2} \equiv \hat{\beta}_{1;x;T} + \hat{\beta}_{2;x;T}(T+2) \qquad {}^{a}\hat{p}^{a}_{x+1,T+2} \equiv \hat{\beta}_{1;x+1;T} + \hat{\beta}_{2;x+1;T}(T+2) \;\ldots\ldots$$
$$\vdots \qquad\qquad\qquad\qquad\qquad\qquad \vdots$$

Since the current $x$ year old whose worklife expectancy we are estimating will be $x+1$ in $T+1$, and becomes $x+2$ in $T+2$, etc., we go down the main diagonal in the equations immediately above to secure the relevant transition probabilities. Notice that the transition probabilities for an $x+1$ year old will now depend on what year the person becomes $x+1$, as the elements in the second column show.

Similarly, we should use the model to generate, for periods before $T$, the transition probabilities which will again vary with the year a person was born. Similarly, we must extrapolate backwards in time/age for ages before the sampling starts (in cases of children or when an accident happened long ago). For these reasons, the model induces a cohort table, rather than the customary period table. We need a different worklife expectancy table for each cohort (birth year).

(3)   Allow for a Trend, But Do Not Continue It Into the Future. Do Not Extend Trend Backwards.

Action: Use ${}^a\hat{p}^a_{x,t} \equiv \hat{\beta}_1 + \hat{\beta}_2 T$ for all times $t$ (ignoring the extra subscripting on the betas).

Not extending the trend further has some reasonable justification—various government sources indicate that there is no strong reason to continue the trend. It is more difficult to argue, if we have, say, a current 40-year-old injured in 2005 when he was 35, we should not use $\hat{\beta}_1 + \hat{\beta}_2(T-5)$ instead of $\hat{\beta}_1 + \hat{\beta}_2 T$ as suggested above. Doing so again causes us to compute cohort tables, since a 35-year-old injured five years ago will have different transition estimates than one injured today.

(4)   Allow for a Trend, Do Not Continue It Into the Future. Extend Trend Back Through the Sample But Do Not Continue It Earlier Than the Beginning of the Sample Period

Action: This meets the logical objection of (3) but at the cost again of cohort tables.

We now consider the econometrics of trend-fitting. Trend estimation would meet long-run forecasting head-on, but it would be controversial, complicated, likely speculative, and additionally it would run into the question: "How can you project labor force participation when no government agencies can do so?"

Let $y = \begin{pmatrix} y_1 \\ y_2 \\ \vdots \\ y_T \end{pmatrix}$  $X = \begin{pmatrix} 1 & 1 \\ 1 & 2 \\ \vdots & \vdots \\ 1 & T \end{pmatrix}$, and we will estimate $y_t = \beta_1 + \beta_2 t + u_t$.

Then $X'X = \begin{pmatrix} T & \dfrac{T(T+1)}{2} \\ \dfrac{T(T+1)}{2} & \dfrac{T(T+1)(2T+1)}{6} \end{pmatrix}$ and $X'y = \begin{pmatrix} \sum\limits_{t=1}^{t=T} y_t \\ \sum\limits_{t=1}^{t=T} t y_t \end{pmatrix}$

We need $\det(X'X) = \dfrac{T^2(T+1)(T-1)}{12}$ and then can compute

$$(X'X)^{-1} = \begin{pmatrix} \dfrac{2(2T+1)}{T(T-1)} & \dfrac{-6}{T(T-1)} \\ \dfrac{-6}{T(T-1)} & \dfrac{12}{T(T+1)(T-1)} \end{pmatrix} = \dfrac{2}{T(T-1)} \begin{pmatrix} (2T+1) & -3 \\ -3 & \dfrac{6}{(T+1)} \end{pmatrix}$$

$$\begin{pmatrix} \hat{\beta}_1 \\ \hat{\beta}_2 \end{pmatrix} = (X'X)^{-1} X'y = \dfrac{2}{T(T-1)} \begin{pmatrix} (2T+1) & -3 \\ -3 & \dfrac{6}{(T+1)} \end{pmatrix} \begin{pmatrix} \sum\limits_{t=1}^{t=T} y_t \\ \sum\limits_{t=1}^{t=T} t y_t \end{pmatrix}$$

$$= \dfrac{2}{T(T-1)} \begin{pmatrix} (2T+1)\sum\limits_{t=1}^{t=T} y_t - 3\sum\limits_{t=1}^{t=T} t y_t \\ -3\sum\limits_{t=1}^{t=T} y_t + \dfrac{6}{(T+1)}\sum\limits_{t=1}^{t=T} t y_t \end{pmatrix}.$$

The estimated value $\hat{y}_T$ of $y_T$ is

(A1) $$\hat{y}_T = \hat{\beta}_1 + \hat{\beta}_2 T$$

$$= \dfrac{2}{T(T-1)} \left( (2T+1)\sum\limits_{t=1}^{t=T} y_t - 3\sum\limits_{t=1}^{t=T} t y_t \right) + \dfrac{2}{T(T-1)} \left( -3\sum\limits_{t=1}^{t=T} y_t + \dfrac{6}{(T+1)}\sum\limits_{t=1}^{t=T} t y_t \right) T .$$

Collecting the coefficients of $\sum\limits_{t=1}^{t=T} y_t$ and $\sum\limits_{t=1}^{t=T} t y_t$, (A1) becomes

(A2) $$\hat{y}_T = \hat{\beta}_1 + \hat{\beta}_2 T = \dfrac{-2}{T}\sum\limits_{t=1}^{t=T} y_t + \dfrac{6}{T(T+1)}\sum\limits_{t=1}^{t=T} t y_t .$$

In our applications, $y_t$ will be ${}^a\hat{p}_{x,t}^a$, $t = 2005,\ldots,2009$ or ${}^i\hat{p}_{x,t}^a$, $t = 2005,\ldots,2009$ (estimates of ${}^a p_{x,t}^a$), using outgoing rotation weights); and so we will, in the simplest detrending model, combine the individual years' transition probabilities by forming the

Method 1 Estimator: $\left(-\dfrac{2}{T}\sum_{t=1}^{t=T}{}^{a}\hat{p}_{x,t}^{a} + \dfrac{6}{T(T+1)}\sum_{t=1}^{t=T} t\,{}^{a}\hat{p}_{x,t}^{a}\right)$ for ${}^{a}p_{x,T}^{a}$.

Notice that for the years 2005-2009 we would have four data points $\{{}^{a}\hat{p}_{x,t}^{a}\}_{t=2005}^{t=2008}$; they are replaced by a linear combination of the two sufficient statistics $\sum_{t=1}^{t=T}{}^{a}\hat{p}_{x,t}^{a}$ and $\sum_{t=1}^{t=T} t\,{}^{a}\hat{p}_{x,t}^{a}$, and the linear combination coefficients $\dfrac{-2}{T}$ and $\dfrac{6}{T(T+1)}$ which are the same for all ages $x$. This makes trend correction easy since we do not need to compute $\hat{\beta}_1$ and $\hat{\beta}_2$. In fact, the estimator is $\sum_{t=1}^{t=T}\dfrac{-2(T+1)+6t}{T(T+1)}{}^{a}\hat{p}_{x,t}^{a} = \sum_{t=1}^{t=T} w_t\,{}^{a}\hat{p}_{x,t}^{a}$; and the $w_t$ weights may be verified to sum to 1, have the smallest value $\dfrac{-2T+4}{T(T+1)} \approx -\dfrac{2}{T}$, and increase linearly by $\dfrac{6}{T(T+1)}$ per period to $\dfrac{4T-2}{T(T+1)} \approx \dfrac{4}{T}$.

To explain in more detail: we use all of the data to estimate the coefficients $\hat{\beta}_1, \hat{\beta}_2$ and to "correct" or remove our best estimate of the random part of the error $\hat{u}_T$ in the last observed transition probability ${}^{a}\hat{p}_{x,T}^{a}$. These are the two ways in which we "use all the data" even though, at a glance, it might be thought that we are merely adjusting the last observation by $\hat{u}_T$. In other words, instead of using the last observation ${}^{a}\hat{p}_{x,T}^{a} = \beta_1 + \beta_2 T + u_T$ we use its predicted value ${}^{a}\hat{\hat{p}}_{x,T}^{a} \equiv \hat{\beta}_1 + \hat{\beta}_2 T$. As always, ${}^{a}\hat{p}_{x,T}^{a} = \beta_1 + \beta_2 T + u_t = \hat{\beta}_1 + \hat{\beta}_2 T + \hat{u}_t$, so the residual $\hat{u}_t = (\beta_1 - \hat{\beta}_1) + (\beta_2 - \hat{\beta}_2)T + u_t$ — i.e., the fitted disturbance is the actual disturbance plus measurement error, and $E(\hat{u}_t) = E(u_t) = 0$.

We now offer a second and different interpretation. In the presence of a trend, we expect that the $T$ adjusted means ${}^{a}p_{x,1}^{a} + \beta_2(T-1)$, ${}^{a}p_{x,2}^{a} + \beta_2(T-2)$ ,..., ${}^{a}p_{x,T-1}^{a} + \beta_2(1)$, ${}^{a}p_{x,T}^{a}$ are all equal to each other, and so *on average* the observed values ${}^{a}\hat{p}_{x,1}^{a} + \beta_2(T-1)$, ${}^{a}\hat{p}_{x,2}^{a} + \beta_2(T-2)$, ..., $\hat{p}_{x,T-1}^{a} + \beta_2(1)$, ${}^{a}\hat{p}_{x,T}^{a}$ are independent and identically distributed, and their expectation is equal to ${}^{a}p_{x,T}^{a}$. Consequently we estimate $\beta_2$ by ordinary least squares as above, then form the sample counterpart of *adjusted transition probabilities* ${}^{a}\hat{p}_{x,1}^{a} + \hat{\beta}_2(T-1)$, ${}^{a}\hat{p}_{x,2}^{a} + \hat{\beta}_2(T-2)$ ,..., ${}^{a}\hat{p}_{x,T-1}^{a} + \hat{\beta}_2(1)$, ${}^{a}\hat{p}_{x,T}^{a}$ and average them. This leads to the

Method 2 Estimator for ${}^{a}p_{x,T}^{a}$:

$$\frac{\{^a\hat{p}^a_{x,1} + \hat{\beta}_2(T-1)\} + \{^a\hat{p}^a_{x,2} + \hat{\beta}_2(T-2)\} + \cdots + \{^a\hat{p}^a_{x,T-1} + \hat{\beta}_2(1)\} + {}^a\hat{p}^a_{x,T}}{T}$$

and the following lemma.

**Lemma. The Method 1 Estimator = The Method 2 Estimator.**

Proof. The Method 2 estimator is equal to $\dfrac{1}{T}\sum\limits_{t=1}^{t=T}{}^a\hat{p}^a_{x,t} + \dfrac{T(T-1)}{2T}\hat{\beta}_2$ since

$(T-1)+(T-2)+\cdots+1=\dfrac{(T-1)T}{2}$. Substituting $\dfrac{2}{T(T-1)}\left(-3\sum\limits_{t=1}^{t=T}y_t + \dfrac{6}{(T+1)}\sum\limits_{t=1}^{t=T}ty_t\right)$

for $\hat{\beta}_2$ yields

$$\frac{1}{T}\sum_{t=1}^{t=T}{}^a\hat{p}^a_{x,t} + \frac{1}{T}\left(-3\sum_{t=1}^{t=T}y_t + \frac{6}{(T+1)}\sum_{t=1}^{t=T}ty_t\right) = \frac{1}{T}\sum_{t=1}^{t=T}{}^a\hat{p}^a_{x,t} + \frac{1}{T}\left(-3\sum_{t=1}^{t=T}{}^a\hat{p}^a_{x,t} + \frac{6}{(T+1)}\sum_{t=1}^{t=T}t\,{}^a\hat{p}^a_{x,t}\right)$$

$$=\left(-\frac{2}{T}\sum_{t=1}^{t=T}{}^a\hat{p}^a_{x,t} + \frac{6}{T(T+1)}\sum_{t=1}^{t=T}t\,{}^a\hat{p}^a_{x,t}\right), \text{ the Method 1 Estimator.}$$

We notice that if there were no trend in the population, so that $\beta_2 = 0$ and $\hat{\beta}_2 \approx 0$, the Method 2 Estimator would be very close to the simple average $\dfrac{1}{T}\sum\limits_{t=1}^{t=T}{}^a\hat{p}^a_{x,t}$ of the individual transition probabilities, the best linear unbiased estimator from the first line of the proof. We would, of course, use the best linear unbiased estimator and impose $\beta_2 = 0$, if we knew it to be true. Now, if we do not know in advance that there is no trend and if there is some important trend, we want to adjust for it by using the most recent data point on the fitted trend line. Our Method 2 interpretation does precisely this—it guards against trend, but at the cost of a small loss of efficiency when no trend is present.

The Method 2 Estimator makes it clear that all of the observations are being used, since it is computed from the grand mean of all $T$ of the means, $\dfrac{1}{T}\sum\limits_{t=1}^{t=T}{}^a\hat{p}^a_{x,t}$, plus an adjustment $\dfrac{(T-1)}{2}\hat{\beta}_2$ which requires one degree of freedom. The $\dfrac{(T-1)}{2}\hat{\beta}_2$ term also shows that the expected bias is $\dfrac{(T-1)}{2}\beta_2$ when there is trend, but the naïve estimator $\dfrac{1}{T}\sum\limits_{t=1}^{t=T}{}^a\hat{p}^a_{x,t}$ ignores it. Finally, when there is no trend, we estimate approximately zero by $\hat{\beta}_2$. Since $E\left[\dfrac{(T-1)}{2}\hat{\beta}_2\right]=0$, our estimator is unbiased but includes an extra component in its variance,

$Var\left[\dfrac{(T-1)}{2}\hat{\beta}_2\right]$, there-by displaying the loss of efficiency from not using the best linear unbiased estimator.

The bias term can be given another interpretation: there is no bias if we ignore trend but "key off" the midpoint of the sample period instead of the end. To see this, assume that $T$ is odd (if $T$ is even, there is no precise midpoint, but the argument applies to the average of the observations at $T/2$ and $(T/2)+1$). Then *vis-a-vis* the observation at the mid-sample time period $(T+1)/2$, the Method 2 interpretation, following the previous steps but now centering at the midpoint, requires adjustments as follows:

$$^a\hat{p}^a_{x,1}+\beta_2\frac{T-1}{2},\,^a\hat{p}^a_{x,2}+\beta_2\left[\frac{T-1}{2}-1\right],\cdots,\,^a\hat{p}^a_{x,\frac{T+1}{2}}+\beta_2\left[\frac{T-1}{2}-\frac{T-1}{2}\right],\ldots,$$

$$^a\hat{p}^a_{x,T-1}-\beta_2\left[\frac{T-1}{2}-1\right],\,^a\hat{p}^a_{x,T}-\beta_2\frac{T-1}{2}\,.$$

The coefficient of $\beta_2$ (or $\hat{\beta}_2$ in the estimate) in this sum is zero, so pooling the individual transition probabilities leads to an unbiased estimator of the trend-adjusted transition probability *at the sample midpoint*.

The previous argument may also be seen as a simple application of the Theil (1957) specification error analysis. Let us re-parameterize the trend model $y_t=\beta_1+\beta_2 t+u_t$ as

$$y_t=\left\{\beta_1+\beta_2\frac{T+1}{2}\right\}+\beta_2\left\{t-\frac{T+1}{2}\right\}+u_t\equiv\beta_1^*+\beta_2\left\{t-\frac{T+1}{2}\right\}+u_t\,.$$

The regressor matrix results in $X=\begin{pmatrix}1 & 1-\dfrac{T+1}{2}\\ 1 & 2-\dfrac{T+1}{2}\\ \vdots & \vdots\\ 1 & T-\dfrac{T+1}{2}\end{pmatrix}\equiv(x_1\,x_2)$, with $y$ the matrix of

CPS-primitive data estimates $^a\hat{p}^a_{x,t}$ as before.

Notice that $x_1$ is orthogonal to $x_2$. We have $x_1'x_2=0$ since $\sum_{t=1}^{t=T}\left(t-\dfrac{T+1}{2}\right)=\dfrac{T(T+1)}{2}-T\dfrac{T+1}{2}=0$. This is precisely the case where, in the Theil analysis, omitting a variable from a regression in which it belongs (here the variable is $x_2$) will have no effect on the least squares estimate on the coefficient of the included variable. We know the least squares estimate of a constant term is just the average. Thus our estimate using the average of all of

the transition probabilities is the best linear unbiased estimator of $\beta_1 + \beta_2 \dfrac{T+1}{2}$. If $T$ is odd, this latter quantity is the transition probability at the unique midpoint of the sample, i.e., where $t = (T+1)/2$. If $T$ is even, then the observation ½ of a period before the middle of the sample of $(T+1)/2$ is $\beta_1 + \beta_2 \dfrac{T}{2}$, while the observation ½ of a period later is $\beta_1 + \beta_2\left(\dfrac{T}{2}+1\right)$. Averaging these two sample points straddling the midpoint which occurs on a half-integer results in $\beta_1 + \beta_2\left(\dfrac{T}{2}+\dfrac{1}{2}\right) = \beta_1 + \beta_2\left(\dfrac{T+1}{2}\right)$ again, proving the result. With

$T$=4, the orthogonality condition involved $\begin{pmatrix} 1 & 1 & 1 & 1 \end{pmatrix} \begin{pmatrix} -1\dfrac{1}{2} \\ -\dfrac{1}{2} \\ \dfrac{1}{2} \\ 1\dfrac{1}{2} \end{pmatrix} = 0$, while with

$T$=5 the second vector would have been $\begin{pmatrix} -2 \\ -1 \\ 0 \\ 1 \\ 2 \end{pmatrix}$; both sum to zero, and so are

orthogonal to the vector of 1's.

   The conclusion is that, in pooling a relatively small number of years (e.g., 4 or 5), the trend will likely be small in any event; but small or not, our pooling and ignoring the trend still produces unbiased estimates of what would be the trend-corrected transition probability at the mid-point of the sample. The "no change" assumption of mortality and transition probabilities in the new and previous worklife tables is, most precisely, an assumption about the sample generally, but more particularly about the midpoint of the sample.

# APPENDIX B

**Skoog, Ciecka & Krueger**                                                      213

Table 34
Characteristics for Initially Inactive Women with Master's Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|-----|------|--------|------|------|------|------|------|------|------|------|-------|------|
| 22 | 35.20 | 36.00 | 37.00 | 8.97 | -0.57 | 3.93 | 24.00 | 30.00 | 41.00 | 46.00 | 35.20 | 1.37 |
| 23 | 34.44 | 35.00 | 36.00 | 8.91 | -0.55 | 3.87 | 23.00 | 29.00 | 40.00 | 45.00 | 34.44 | 0.99 |
| 24 | 33.50 | 34.00 | 35.00 | 8.84 | -0.53 | 3.81 | 22.00 | 28.00 | 39.00 | 44.00 | 33.49 | 0.57 |
| 25 | 32.73 | 33.00 | 34.00 | 8.78 | -0.52 | 3.76 | 22.00 | 28.00 | 39.00 | 43.00 | 32.74 | 0.58 |
| 26 | 32.01 | 33.00 | 34.00 | 8.72 | -0.50 | 3.70 | 21.00 | 27.00 | 38.00 | 42.00 | 32.06 | 0.55 |
| 27 | 31.14 | 32.00 | 33.00 | 8.68 | -0.48 | 3.64 | 20.00 | 26.00 | 37.00 | 41.00 | 31.14 | 0.58 |
| 28 | 30.19 | 31.00 | 32.00 | 8.63 | -0.45 | 3.58 | 19.00 | 25.00 | 36.00 | 40.00 | 30.24 | 0.57 |
| 29 | 29.22 | 30.00 | 31.00 | 8.58 | -0.43 | 3.51 | 18.00 | 24.00 | 35.00 | 39.00 | 29.23 | 0.52 |
| 30 | 28.25 | 29.00 | 30.00 | 8.52 | -0.41 | 3.46 | 17.00 | 23.00 | 34.00 | 38.00 | 28.27 | 0.52 |
| 31 | 27.26 | 28.00 | 29.00 | 8.45 | -0.38 | 3.41 | 16.00 | 22.00 | 33.00 | 37.00 | 27.23 | 0.55 |
| 32 | 26.32 | 27.00 | 28.00 | 8.37 | -0.36 | 3.36 | 16.00 | 21.00 | 32.00 | 36.00 | 26.27 | 0.52 |
| 33 | 25.48 | 26.00 | 27.00 | 8.29 | -0.34 | 3.32 | 15.00 | 21.00 | 31.00 | 36.00 | 25.44 | 0.54 |
| 34 | 24.66 | 25.00 | 26.00 | 8.21 | -0.32 | 3.28 | 14.00 | 20.00 | 30.00 | 35.00 | 24.63 | 0.53 |
| 35 | 23.84 | 24.00 | 25.00 | 8.13 | -0.30 | 3.24 | 13.00 | 19.00 | 29.00 | 34.00 | 23.86 | 0.50 |
| 36 | 23.00 | 23.00 | 24.00 | 8.05 | -0.27 | 3.20 | 13.00 | 18.00 | 28.00 | 33.00 | 22.99 | 0.52 |
| 37 | 22.16 | 23.00 | 23.00 | 7.97 | -0.25 | 3.16 | 12.00 | 17.00 | 27.00 | 32.00 | 22.18 | 0.56 |
| 38 | 21.34 | 22.00 | 22.00 | 7.89 | -0.23 | 3.11 | 11.00 | 17.00 | 27.00 | 31.00 | 21.34 | 0.55 |
| 39 | 20.51 | 21.00 | 22.00 | 7.81 | -0.20 | 3.07 | 10.00 | 16.00 | 26.00 | 30.00 | 20.52 | 0.52 |
| 40 | 19.71 | 20.00 | 21.00 | 7.74 | -0.17 | 3.02 | 10.00 | 15.00 | 25.00 | 29.00 | 19.70 | 0.54 |
| 41 | 18.87 | 19.00 | 20.00 | 7.68 | -0.14 | 2.97 | 9.00 | 14.00 | 24.00 | 28.00 | 18.86 | 0.55 |
| 42 | 17.93 | 18.00 | 19.00 | 7.61 | -0.11 | 2.91 | 8.00 | 13.00 | 23.00 | 27.00 | 17.90 | 0.50 |
| 43 | 16.99 | 17.00 | 18.00 | 7.53 | -0.07 | 2.86 | 7.00 | 12.00 | 22.00 | 26.00 | 16.96 | 0.49 |
| 44 | 16.09 | 16.00 | 17.00 | 7.46 | -0.03 | 2.80 | 6.00 | 11.00 | 21.00 | 26.00 | 16.07 | 0.51 |
| 45 | 15.21 | 15.00 | 16.00 | 7.39 | 0.02 | 2.75 | 5.00 | 10.00 | 20.00 | 25.00 | 15.23 | 0.52 |
| 46 | 14.25 | 14.00 | 15.00 | 7.31 | 0.07 | 2.70 | 4.00 | 9.00 | 19.00 | 24.00 | 14.30 | 0.49 |
| 47 | 13.18 | 13.00 | 14.00 | 7.20 | 0.14 | 2.66 | 3.00 | 8.00 | 18.00 | 22.00 | 13.18 | 0.51 |
| 48 | 12.14 | 12.00 | 0.00 | 7.06 | 0.21 | 2.64 | 2.00 | 7.00 | 17.00 | 21.00 | 12.21 | 0.56 |
| 49 | 11.25 | 11.00 | 0.00 | 6.92 | 0.27 | 2.63 | 1.00 | 6.00 | 16.00 | 20.00 | 11.32 | 0.56 |
| 50 | 10.44 | 10.00 | 0.00 | 6.77 | 0.34 | 2.64 | 1.00 | 5.00 | 15.00 | 19.00 | 10.47 | 0.58 |
| 51 | 9.58 | 9.00 | 0.00 | 6.61 | 0.42 | 2.67 | 0.00 | 4.00 | 14.00 | 18.00 | 9.60 | 0.52 |
| 52 | 8.68 | 8.00 | 0.00 | 6.41 | 0.51 | 2.74 | 0.00 | 3.00 | 13.00 | 17.00 | 8.70 | 0.47 |
| 53 | 7.82 | 7.00 | 0.00 | 6.18 | 0.61 | 2.83 | 0.00 | 3.00 | 12.00 | 16.00 | 7.80 | 0.46 |
| 54 | 7.07 | 6.00 | 0.00 | 5.95 | 0.71 | 2.96 | 0.00 | 2.00 | 11.00 | 15.00 | 7.01 | 0.47 |
| 55 | 6.39 | 5.00 | 0.00 | 5.72 | 0.81 | 3.10 | 0.00 | 1.00 | 10.00 | 14.00 | 6.34 | 0.45 |
| 56 | 5.72 | 5.00 | 0.00 | 5.46 | 0.91 | 3.30 | 0.00 | 1.00 | 9.00 | 14.00 | 5.68 | 0.42 |
| 57 | 5.08 | 4.00 | 0.00 | 5.19 | 1.03 | 3.54 | 0.00 | 0.00 | 8.00 | 13.00 | 5.06 | 0.45 |
| 58 | 4.50 | 3.00 | 0.00 | 4.92 | 1.14 | 3.82 | 0.00 | 0.00 | 7.00 | 12.00 | 4.48 | 0.46 |
| 59 | 4.00 | 2.00 | 0.00 | 4.65 | 1.26 | 4.12 | 0.00 | 0.00 | 7.00 | 11.00 | 3.99 | 0.42 |
| 60 | 3.56 | 2.00 | 0.00 | 4.41 | 1.37 | 4.44 | 0.00 | 0.00 | 6.00 | 10.00 | 3.54 | 0.40 |
| 61 | 3.17 | 1.00 | 0.00 | 4.16 | 1.48 | 4.79 | 0.00 | 0.00 | 5.00 | 9.00 | 3.15 | 0.36 |
| 62 | 2.81 | 1.00 | 0.00 | 3.92 | 1.60 | 5.17 | 0.00 | 0.00 | 5.00 | 9.00 | 2.79 | 0.35 |
| 63 | 2.49 | 0.00 | 0.00 | 3.69 | 1.71 | 5.59 | 0.00 | 0.00 | 4.00 | 8.00 | 2.46 | 0.32 |
| 64 | 2.21 | 0.00 | 0.00 | 3.47 | 1.83 | 6.04 | 0.00 | 0.00 | 3.00 | 7.00 | 2.18 | 0.32 |
| 65 | 1.96 | 0.00 | 0.00 | 3.25 | 1.95 | 6.53 | 0.00 | 0.00 | 3.00 | 7.00 | 1.93 | 0.31 |
| 66 | 1.73 | 0.00 | 0.00 | 3.04 | 2.07 | 7.09 | 0.00 | 0.00 | 2.00 | 6.00 | 1.69 | 0.29 |
| 67 | 1.51 | 0.00 | 0.00 | 2.83 | 2.21 | 7.75 | 0.00 | 0.00 | 2.00 | 6.00 | 1.47 | 0.27 |
| 68 | 1.31 | 0.00 | 0.00 | 2.61 | 2.37 | 8.56 | 0.00 | 0.00 | 1.00 | 5.00 | 1.28 | 0.26 |
| 69 | 1.12 | 0.00 | 0.00 | 2.37 | 2.54 | 9.59 | 0.00 | 0.00 | 1.00 | 4.00 | 1.09 | 0.24 |
| 70 | 0.95 | 0.00 | 0.00 | 2.15 | 2.75 | 10.87 | 0.00 | 0.00 | 0.00 | 4.00 | 0.92 | 0.21 |
| 71 | 0.79 | 0.00 | 0.00 | 1.92 | 2.98 | 12.46 | 0.00 | 0.00 | 0.00 | 3.00 | 0.78 | 0.20 |
| 72 | 0.64 | 0.00 | 0.00 | 1.69 | 3.27 | 14.68 | 0.00 | 0.00 | 0.00 | 3.00 | 0.63 | 0.17 |
| 73 | 0.51 | 0.00 | 0.00 | 1.45 | 3.62 | 17.68 | 0.00 | 0.00 | 0.00 | 2.00 | 0.49 | 0.16 |
| 74 | 0.40 | 0.00 | 0.00 | 1.25 | 3.99 | 21.11 | 0.00 | 0.00 | 0.00 | 1.00 | 0.39 | 0.14 |
| 75 | 0.32 | 0.00 | 0.00 | 1.07 | 4.37 | 25.15 | 0.00 | 0.00 | 0.00 | 1.00 | 0.29 | 0.13 |

**JOURNAL OF FORENSIC ECONOMICS**

Table 35
Characteristics for Initially Inactive Women with Professional or PhD Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 36.75 | 37.00 | 38.00 | 9.59 | -0.50 | 3.71 | 25.00 | 31.00 | 43.00 | 48.00 | 36.49 | 1.46 |
| 25 | 35.81 | 36.00 | 37.00 | 9.53 | -0.48 | 3.65 | 24.00 | 30.00 | 42.00 | 47.00 | 35.74 | 1.44 |
| 26 | 35.07 | 36.00 | 36.00 | 9.48 | -0.46 | 3.59 | 23.00 | 30.00 | 41.00 | 47.00 | 34.91 | 1.78 |
| 27 | 34.20 | 35.00 | 36.00 | 9.44 | -0.44 | 3.53 | 22.00 | 29.00 | 40.00 | 46.00 | 34.01 | 1.32 |
| 28 | 33.31 | 34.00 | 35.00 | 9.41 | -0.42 | 3.47 | 21.00 | 28.00 | 40.00 | 45.00 | 33.18 | 1.23 |
| 29 | 32.24 | 33.00 | 34.00 | 9.39 | -0.40 | 3.40 | 20.00 | 27.00 | 38.00 | 44.00 | 32.11 | 1.43 |
| 30 | 31.06 | 32.00 | 33.00 | 9.36 | -0.37 | 3.34 | 19.00 | 25.00 | 37.00 | 43.00 | 31.02 | 1.35 |
| 31 | 30.00 | 31.00 | 31.00 | 9.31 | -0.35 | 3.28 | 18.00 | 24.00 | 36.00 | 41.00 | 29.88 | 1.20 |
| 32 | 29.07 | 30.00 | 30.00 | 9.26 | -0.33 | 3.23 | 17.00 | 23.00 | 35.00 | 40.00 | 28.87 | 1.23 |
| 33 | 28.22 | 29.00 | 30.00 | 9.21 | -0.31 | 3.18 | 16.00 | 23.00 | 34.00 | 40.00 | 28.14 | 1.23 |
| 34 | 27.34 | 28.00 | 29.00 | 9.16 | -0.29 | 3.13 | 15.00 | 22.00 | 33.00 | 39.00 | 27.29 | 1.19 |
| 35 | 26.33 | 27.00 | 28.00 | 9.11 | -0.27 | 3.08 | 14.00 | 21.00 | 32.00 | 38.00 | 26.29 | 1.23 |
| 36 | 25.36 | 26.00 | 27.00 | 9.06 | -0.24 | 3.03 | 13.00 | 20.00 | 31.00 | 37.00 | 25.31 | 1.20 |
| 37 | 24.42 | 25.00 | 26.00 | 9.00 | -0.22 | 2.98 | 13.00 | 19.00 | 30.00 | 36.00 | 24.31 | 1.27 |
| 38 | 23.44 | 24.00 | 25.00 | 8.93 | -0.19 | 2.93 | 12.00 | 18.00 | 29.00 | 35.00 | 23.33 | 1.26 |
| 39 | 22.48 | 23.00 | 24.00 | 8.85 | -0.16 | 2.89 | 11.00 | 17.00 | 28.00 | 34.00 | 22.41 | 1.37 |
| 40 | 21.58 | 22.00 | 23.00 | 8.77 | -0.13 | 2.84 | 10.00 | 16.00 | 27.00 | 33.00 | 21.46 | 1.45 |
| 41 | 20.77 | 21.00 | 22.00 | 8.69 | -0.11 | 2.80 | 9.00 | 15.00 | 27.00 | 32.00 | 20.64 | 1.40 |
| 42 | 19.93 | 20.00 | 21.00 | 8.61 | -0.08 | 2.76 | 8.00 | 14.00 | 26.00 | 31.00 | 19.81 | 1.27 |
| 43 | 19.03 | 19.00 | 20.00 | 8.53 | -0.04 | 2.72 | 8.00 | 13.00 | 25.00 | 30.00 | 18.94 | 1.38 |
| 44 | 18.09 | 18.00 | 19.00 | 8.44 | -0.01 | 2.68 | 7.00 | 12.00 | 24.00 | 29.00 | 18.05 | 1.45 |
| 45 | 17.14 | 17.00 | 18.00 | 8.34 | 0.04 | 2.64 | 6.00 | 11.00 | 23.00 | 28.00 | 16.96 | 1.49 |
| 46 | 16.27 | 16.00 | 17.00 | 8.23 | 0.08 | 2.61 | 5.00 | 11.00 | 22.00 | 27.00 | 16.17 | 1.54 |
| 47 | 15.42 | 15.00 | 16.00 | 8.12 | 0.12 | 2.59 | 4.00 | 10.00 | 21.00 | 26.00 | 15.28 | 1.45 |
| 48 | 14.50 | 14.00 | 15.00 | 8.00 | 0.17 | 2.57 | 4.00 | 9.00 | 20.00 | 25.00 | 14.27 | 1.53 |
| 49 | 13.59 | 13.00 | 0.00 | 7.85 | 0.23 | 2.56 | 3.00 | 8.00 | 19.00 | 24.00 | 13.30 | 1.44 |
| 50 | 12.64 | 12.00 | 0.00 | 7.68 | 0.29 | 2.57 | 2.00 | 7.00 | 18.00 | 23.00 | 12.31 | 1.56 |
| 51 | 11.68 | 11.00 | 0.00 | 7.47 | 0.36 | 2.59 | 1.00 | 6.00 | 17.00 | 22.00 | 11.49 | 1.54 |
| 52 | 10.90 | 10.00 | 0.00 | 7.27 | 0.42 | 2.62 | 1.00 | 5.00 | 16.00 | 21.00 | 10.74 | 1.54 |
| 53 | 10.21 | 10.00 | 0.00 | 7.07 | 0.47 | 2.65 | 1.00 | 5.00 | 15.00 | 20.00 | 10.06 | 1.44 |
| 54 | 9.53 | 9.00 | 0.00 | 6.87 | 0.52 | 2.69 | 0.00 | 4.00 | 14.00 | 19.00 | 9.36 | 1.37 |
| 55 | 8.94 | 8.00 | 0.00 | 6.67 | 0.57 | 2.73 | 0.00 | 4.00 | 13.00 | 18.00 | 8.80 | 1.27 |
| 56 | 8.38 | 8.00 | 0.00 | 6.48 | 0.62 | 2.77 | 0.00 | 3.00 | 13.00 | 18.00 | 8.31 | 1.28 |
| 57 | 7.88 | 7.00 | 0.00 | 6.31 | 0.67 | 2.82 | 0.00 | 3.00 | 12.00 | 17.00 | 7.79 | 1.21 |
| 58 | 7.46 | 7.00 | 0.00 | 6.16 | 0.71 | 2.86 | 0.00 | 2.00 | 11.00 | 16.00 | 7.42 | 1.22 |
| 59 | 6.97 | 6.00 | 0.00 | 5.99 | 0.77 | 2.92 | 0.00 | 2.00 | 11.00 | 16.00 | 6.97 | 1.13 |
| 60 | 6.40 | 5.00 | 0.00 | 5.79 | 0.84 | 3.02 | 0.00 | 1.00 | 10.00 | 15.00 | 6.38 | 1.11 |
| 61 | 5.84 | 5.00 | 0.00 | 5.58 | 0.91 | 3.13 | 0.00 | 1.00 | 9.00 | 14.00 | 5.83 | 1.15 |
| 62 | 5.30 | 4.00 | 0.00 | 5.36 | 0.99 | 3.26 | 0.00 | 0.00 | 8.00 | 13.00 | 5.25 | 1.04 |
| 63 | 4.81 | 3.00 | 0.00 | 5.14 | 1.07 | 3.40 | 0.00 | 0.00 | 8.00 | 13.00 | 4.80 | 1.04 |
| 64 | 4.37 | 3.00 | 0.00 | 4.92 | 1.14 | 3.55 | 0.00 | 0.00 | 7.00 | 12.00 | 4.30 | 1.03 |
| 65 | 3.92 | 2.00 | 0.00 | 4.68 | 1.23 | 3.73 | 0.00 | 0.00 | 6.00 | 11.00 | 3.91 | 1.02 |
| 66 | 3.54 | 2.00 | 0.00 | 4.45 | 1.30 | 3.90 | 0.00 | 0.00 | 6.00 | 11.00 | 3.53 | 0.98 |
| 67 | 3.23 | 1.00 | 0.00 | 4.25 | 1.37 | 4.06 | 0.00 | 0.00 | 5.00 | 10.00 | 3.25 | 1.00 |
| 68 | 2.93 | 1.00 | 0.00 | 4.04 | 1.44 | 4.26 | 0.00 | 0.00 | 5.00 | 9.00 | 2.84 | 0.90 |
| 69 | 2.63 | 0.00 | 0.00 | 3.81 | 1.53 | 4.52 | 0.00 | 0.00 | 4.00 | 9.00 | 2.54 | 0.88 |
| 70 | 2.31 | 0.00 | 0.00 | 3.54 | 1.63 | 4.88 | 0.00 | 0.00 | 4.00 | 8.00 | 2.20 | 0.82 |
| 71 | 2.02 | 0.00 | 0.00 | 3.26 | 1.74 | 5.29 | 0.00 | 0.00 | 3.00 | 7.00 | 1.94 | 0.82 |
| 72 | 1.77 | 0.00 | 0.00 | 3.00 | 1.85 | 5.75 | 0.00 | 0.00 | 3.00 | 7.00 | 1.63 | 0.81 |
| 73 | 1.52 | 0.00 | 0.00 | 2.70 | 1.98 | 6.36 | 0.00 | 0.00 | 2.00 | 6.00 | 1.45 | 0.81 |
| 74 | 1.31 | 0.00 | 0.00 | 2.43 | 2.11 | 7.02 | 0.00 | 0.00 | 2.00 | 5.00 | 1.22 | 0.81 |
| 75 | 1.11 | 0.00 | 0.00 | 2.16 | 2.25 | 7.86 | 0.00 | 0.00 | 1.00 | 4.00 | 1.04 | 0.77 |

# APPENDIX C

# Employment Cost Index Summary

## U.S. BUREAU OF LABOR STATISTICS

https://www.bls.gov/news.release/eci.nr0.htm

```
Transmission of material in this release is embargoed until
USDL-21-1390
8:30 a.m. (ET) Friday, July 30, 2021

Technical information: (202) 691-6199  *  ncsinfo@bls.gov  *
www.bls.gov/ect
Media contact:          (202) 691-5902  *  pressoffice@bls.gov

                    EMPLOYMENT COST INDEX – June 2021

Compensation costs for civilian workers increased 0.7 percent, seasonally
adjusted, for the 3-month
period ending in June 2021, the U.S. Bureau of Labor Statistics reported
today. Wages and salaries
increased 0.9 percent and benefit costs increased 0.4 percent from March
2021. (See tables A, 1, 2,
and 3.)

Compensation costs for civilian workers increased 2.9 percent for the 12-
month period ending in
June 2021 and increased 2.7 percent in June 2020. Wages and salaries
increased 3.2 percent for the
12-month period ending in June 2021 and increased 2.9 percent for the 12-
month period ending in
June 2020. Benefit costs increased 2.2 percent over the year and increased
2.2 percent for the
12-month period ending in June 2020. (See tables A, 4, 8, and 12.)

Compensation costs for private industry workers increased 3.1 percent over
the year. In June 2020,
the increase was 2.7 percent. Wages and salaries increased 3.5 percent for
the 12-month period
ending in June 2021 and increased 2.9 percent in June 2020. The cost of
benefits increased 2.0
percent for the 12-month period ending in June 2021 and increased 2.0
percent in June 2020.
(See tables A, 5, 9, and 12.)

Employer costs for health benefits increased 0.4 percent for the 12-month
period ending in June
2021.(See www.bls.gov/ncs/ect/data.htm.)
```

Among private industry occupational groups, compensation cost increases for the 12-month period
ending in June 2021 ranged from 2.4 percent for management, professional, and related occupations
to 4.8 percent for service occupations. Within industry supersectors, compensation cost increases
ranged from 2.6 percent for both manufacturing and professional and business services to 5.5
percent for leisure and hospitality. (See table 5.)

Compensation costs for state and local government workers increased 2.0 percent for the 12-month
period ending in June 2021, compared with an increase of 2.7 percent in June 2020. Wages and
salaries increased 1.6 percent for the 12-month period ending in June 2021 and 2.6 percent a year
ago. Benefit costs increased 2.6 percent for the 12-month period ending in June 2021. The prior
year increase was 3.1 percent. (See tables A, 7, 11, and 12.)

---------------------------------------------------------------------------------------------

    Coronavirus (COVID-19) Pandemic Impact on the June 2021 Employment Cost Index
Response rates for June were comparable with prior releases and no changes in estimation
procedures were necessary. Additional information is available at
www.bls.gov/covid19/home.htm.

---------------------------------------------------------------------------------------------

# APPENDIX D

# HANG SENG CHINA ENTERPRISES INDEX ETF

(SEHK STOCK CODE:  2828 – HKD Counter /82828 – RMB Counter)                    www.hangsenginvestment.com*

**IMPORTANT RISK WARNINGS / FUND INFORMATION FOR HONG KONG INVESTORS**
- With effect from 5 March 2018, Hang Seng H-Share Index ETF is renamed as Hang Seng China Enterprises Index ETF.
- Hang Seng China Enterprises Index ETF (the "HSCEI ETF") is an index-tracking fund which aims to match, before expenses, as closely as practicable the performance of the Hang Seng China Enterprises Index (the "Index"). The HSCEI ETF invests primarily in the constituent stocks of the Index.
- The HSCEI ETF is different from a typical unit trust as it is listed on The Stock Exchange of Hong Kong Limited, and like other listed stocks, carry similar risks such as liquidity risk and risk of trading suspension. The market price per Unit could be significantly higher or lower than its Net Asset Value per Unit due to market demand and supply, liquidity and scale of trading spread in the secondary market and will fluctuate during the trading day.
- The HSCEI ETF is subject to tracking error risk, passive investment risk, risk of concentration of investments in a single market/several constituent stocks of the Index and risks associated with investments in mainland China (an emerging market).
- The HSCEI ETF is also subject to dual counter risk, RMB currency and conversion risks, reliance on market maker risk and reliance on the same group risk.
- The Manager may, at its discretion, pay dividend out of capital. The Manager may also, at its discretion, pay dividend out of gross income while all or part of the fees and expenses of the HSCEI ETF are charged to/paid out of the capital of the HSCEI ETF, resulting in an increase in distributable income for the payment of dividends by the HSCEI ETF and therefore, the HSCEI ETF may effectively pay dividend out of capital. Payment of dividends out of capital or effectively out of capital amounts to a return or withdrawal of part of an investor's original investment or from any capital gains attributable to that original investment. Any distributions involving payment of dividends out of the capital of the HSCEI ETF or effectively out of the capital of the HSCEI ETF may result in an immediate reduction of the Net Asset Value per Unit of the HSCEI ETF.
- Investment involves risks and investors may lose substantial part of their investment in the HSCEI ETF.
  Investors should not only base on this factsheet alone to make investment decisions, but should read the HSCEI ETF's offering documents (including the full text of the risk factors stated therein) in detail.

## INVESTMENT OBJECTIVE

HSCEI ETF is an index-tracking fund that seeks to provide investment returns for investors that match, before expenses, the performance of the Index as closely as practicable.

## FACTS

| | |
|---|---|
| Exchange Listing | The Stock Exchange of Hong Kong – Main Board |
| Establishment Date | 19 November 2003 |
| Stock Code | 2828 – HKD Counter<br>82828 – RMB Counter |
| Tracked Index | Hang Seng China Enterprises Index |
| Trading Board Lot Size | 200 Units – HKD Counter<br>200 Units – RMB Counter |
| Trading Currency | HKD – HKD Counter<br>RMB – RMB Counter |
| Base Currency | HKD |
| Short Sell | Allowed (uptick rule exempted) |
| Dividend Payout Frequency | Semi-annually (if any) |
| Web Site | www.hangsenginvestment.com* |
| Manager | Hang Seng Investment Management Limited |
| Trustee | HSBC Institutional Trust Services (Asia) Limited[1] |
| In-kind/Cash Creation or Redemption | Minimum 100,000 Units (or multiples thereof) through Participating Dealers Only |

(1) With effect from 1 May 2019, the Trustee has been changed from HSBC Provident Fund Trustee (Hong Kong) Limited to HSBC Institutional Trust Services (Asia) Limited.

## KEY FIGURES

| | |
|---|---|
| Market Closing Price | HKD 110.300 – HKD Counter<br>RMB 90.460 – RMB Counter |
| Net Asset Value (NAV) | HKD 110.66 per Unit |
| Total Asset Value | HKD 21,723.19 Million |
| Issued Units | 196,306,245 |
| Average Daily Turnover (May 21) | HKD 752.85 Million – HKD Counter<br>RMB 0.16  Million – RMB Counter |
| Number of Stocks held | 51 |
| Current Management Fee | 0.55% p.a. |
| Current Trustee Fee | 0.0475% p.a. |

## TOP HOLDINGS

| | |
|---|---|
| Tencent Holdings | 9.47% |
| China Construction Bank | 8.28% |
| Ping An Insurance | 6.04% |
| Xiaomi Corporation | 5.74% |
| Alibaba Group | 5.63% |
| Meituan | 4.79% |
| Industrial and Commercial Bank of China | 4.51% |
| China Mobile | 3.57% |
| China Merchants Bank | 3.36% |
| Kuaishou Technology | 3.35% |

## PERFORMANCE

### Performance in Price Return ^

| | 3 Mths | 6 Mths | 1 Yr | 3 Yrs | 5 Yrs | L-T-D |
|---|---|---|---|---|---|---|
| HSCEI ETF - HKD Counter | -2.84% | 3.33% | 13.92% | -8.95% | 26.09% | 202.35% |
| Index | -3.18% | 3.25% | 13.89% | -9.09% | 25.09% | 197.51% |

| | Y-T-D | 2020 | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|---|---|
| HSCEI ETF - HKD Counter | 1.62% | -3.72% | 10.29% | -13.33% | 24.90% | -2.71% |
| Index | 1.40% | -3.85% | 10.30% | -13.53% | 24.64% | -2.75% |

### Performance in Total Return #

| | 3 Mths | 6 Mths | 1 Yr | 3 Yrs | 5 Yrs | L-T-D |
|---|---|---|---|---|---|---|
| HSCEI ETF - HKD Counter | -2.84% | 3.33% | 17.09% | -1.19% | 44.34% | 336.93% |
| Index | -2.64% | 3.85% | 18.01% | 1.02% | 50.30% | 396.29% |

| | Y-T-D | 2020 | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|---|---|
| HSCEI ETF - HKD Counter | 1.62% | -1.04% | 13.30% | -10.93% | 27.96% | 0.22% |
| Index | 1.98% | -0.33% | 14.13% | -10.29% | 29.12% | 1.06% |

^ HSCEI ETF: NAV to NAV basis, with no dividend reinvested. (Source: NAV is provided by HSBC Institutional Trust Services (Asia) Limited. The performance information of the HSCEI ETF is provided by the Manager.) The performance information presented is for reference only.
Index: Price return with no dividend reinvested. Source: Hang Seng Indexes Company Limited.

# HSCEI ETF: NAV to NAV basis, total return with dividend (if any) reinvested. (Source: NAV is provided by HSBC Institutional Trust Services (Asia) Limited. The performance information of the HSCEI ETF is provided by the Manager.) Please note that the Units of the HSCEI ETF currently available are income units only. The performance information presented is calculated based on the assumption that there were no distributions to Unitholders, and is for reference only.
Index: Total return with dividend reinvested, net of PRC withholding tax. Source: Hang Seng Indexes Company Limited.

## DIVIDEND HISTORY (2)

| Ex. Dividend Date | | |
|---|---|---|
| | 19 Sep 2018 | HKD 2.00 per unit |
| | 20 Jun 2019 | HKD 1.60 per unit |
| | 19 Sep 2019 | HKD 1.30 per unit |
| | 22 Jun 2020 | HKD 1.22 per unit |
| | 17 Sep 2020 | HKD 1.50 per unit |

(2) With effect from 29 May 2017, the Manager intends to make declaration of distribution in June and September (instead of June and November) of each year. A positive distribution yield does not imply a positive return.

(Source: HSBC Institutional Trust Services (Asia) Limited. All information as at 31 May 2021.)

Please read the disclaimer in relation to the Index in the HSCEI ETF's Hong Kong Offering Document. The HSCEI ETF has been authorized by the Securities and Futures Commission in Hong Kong ("SFC"). (SFC authorisation is not a recommendation or endorsement of the HSCEI ETF nor does it guarantee the commercial merits of the HSCEI ETF or its performance. It does not mean the HSCEI ETF is suitable for all investors nor is it an endorsement of its suitability for any particular investor or class of investors.) Certain information contained in this factsheet is obtained and prepared from sources which Hang Seng Investment Management Limited ("HSVM") reasonably believes to be reliable. For information sourced externally (as disclosed), HSVM has reasonable belief that such information is accurate and complete. This factsheet is for your information and reference only, and does not constitute any offer, solicitation or recommendation to buy or sell Units in the HSCEI ETF. Investors should note that investment involves risks and not all investment risks are predictable. Prices of fund units may go up as well as down and past performance information presented is not indicative of future performance. Before making any investment decisions, investors should read the Hong Kong Offering Document of the HSCEI ETF (including the full text of the risk factors stated therein (such as the arrangement in the event that the HSCEI ETF is delisted)) in detail and obtain appropriate professional advice where necessary. This factsheet has not been reviewed by the SFC.
*This website has not been reviewed by the SFC.

*Issued by Hang Seng Investment Management Limited (wholly-owned subsidiary of Hang Seng Bank)*


恒生投資
HANG SENG INVESTMENT

# HANG SENG CHINA ENTERPRISES INDEX ETF

(SEHK STOCK CODE : 2828 – HKD Counter /82828 – RMB Counter)     www.hangsenginvestment.com*

## ASSET ALLOCATION



| | |
|---|---|
| Information Technology | 32.68% |
| Financials | 29.85% |
| Properties & Construction | 7.96% |
| Consumer Discretionary | 6.01% |
| Healthcare | 5.28% |
| Consumer Staples | 5.20% |
| Telecommunications | 4.44% |
| Energy | 3.01% |
| Utilities | 2.56% |
| Industrials | 1.69% |
| Conglomerates | 0.78% |
| Cash & Others | 0.54% |

*(Source: HSBC Institutional Trust Services (Asia) Limited. All information as at 31 May 2021.)*

## DAILY TURNOVER & MARKET CLOSING PRICE

### HKD Counter



Source: HKEx

### RMB Counter



Source: HKEx

## LIST OF PARTICIPATING DEALERS [+]

ABN AMRO Clearing Hong Kong Limited
Barclays Bank PLC
BNP Paribas Securities Services
BOCI Securities Limited
China Merchants Securities (HK) Co., Ltd.
Credit Suisse Securities (Hong Kong) Limited
Daiwa Capital Markets Hong Kong Limited
DBS Vickers (Hong Kong) Limited
Goldman Sachs (Asia) Securities Limited
Haitong International Securities Company Limited
Hang Seng Securities Limited
HSBC Broking Securities (Hong Kong) Limited
J.P. Morgan Broking (Hong Kong) Limited
Korea Investment & Securities Asia Limited
Merrill Lynch Far East Limited
Morgan Stanley Hong Kong Securities Limited
Nomura International (Hong Kong) Limited
Phillip Securities (Hong Kong) Limited
SG Securities (HK) Limited
The Hongkong and Shanghai Banking Corporation Limited
UBS Securities Hong Kong Limited

[+] Please visit www.hangsenginvestment.com* for the latest list.

## LIST OF MARKET MAKERS [+]

### HKD Counter

BNP Paribas Securities (Asia) Ltd.
DRW Singapore Pte. Ltd.
Flow Traders Hong Kong Limited
Haitong International Securities Company Ltd.
Head & Shoulders Securities Limited
HSBC Securities Brokers (Asia) Ltd.
IMC Asia Pacific Ltd.
Interactive Brokers Hong Kong Limited
Jane Street Financial Limited
Korea Investment & Securities Asia Limited
Optiver Trading Hong Kong Ltd.
Phillip Securities (HK) Ltd.
SG Securities (HK) Limited
T G Securities Limited
Tower Research Capital (Singapore) Pte. Ltd.
Vivienne Court Trading Pty. Ltd.
Yue Kun Research Limited

### RMB Counter

BNP Paribas Securities (Asia) Ltd.
Flow Traders Hong Kong Limited
Jane Street Financial Limited
SG Securities (HK) Limited

[+] Please visit www.hangsenginvestment.com* for the latest list.

Please read the disclaimer in relation to the Index in the HSCEI ETF's Hong Kong Offering Document. The HSCEI ETF has been authorized by the Securities and Futures Commission in Hong Kong ("SFC"). (SFC authorisation is not a recommendation or endorsement of the HSCEI ETF nor does it guarantee the commercial merits of the HSCEI ETF or its performance. It does not mean the HSCEI ETF is suitable for all investors nor is it an endorsement of its suitability for any particular investor or class of investors.) Certain information contained in this factsheet is obtained and prepared from sources which Hang Seng Investment Management Limited ("HSVM") reasonably believes to be reliable. For information sourced externally (as disclosed), HSVM has reasonable belief that such information is accurate and complete. This factsheet is for your information and reference only, and does not constitute any offer, solicitation or recommendation to buy or sell Units in the HSCEI ETF. Investors should note that investment involves risks and not all investments are predictable. Prices of fund units may go up as well as down and past performance information presented is not indicative of future performance. Before making any investment decisions, investors should read the Hong Kong Offering Document of the HSCEI ETF (including the full text of the risk factors stated therein (such as the arrangement in the event that the HSCEI ETF is delisted)) in detail and obtain appropriate professional advice where necessary. This factsheet has not been reviewed by the SFC.
*This website has not been reviewed by the SFC.



恒生投資
HANG SENG INVESTMENT

# APPENDIX E

# Hang Seng China Enterprises Index ETF Performance Chart over the last 3 years

Click and drag in the plot area to zoom in



CALENDAR YEAR RETURNS



| -3.069% | 13.142% | -9.286% | 17.719% | 1.873% |
|---------|---------|---------|---------|--------|
| 2020 | 2019 | 2018 | 2017 | 2016 |

# APPENDIX F

BLACKROCK INVESTMENT INSTITUTE | MAY 2021

Capital market assumptions

https://www.blackrock.com/institutions/en-us/insights/charts/capital-market-assumptions

# Assumptions at a glance

## Portfolio perspectives

The new nominal: just getting started

Read more

| | | | | 20-year | Long-term expected volatility | Long-term correlation | |
|---|---|---|---|---|---|---|---|
| | | | | | | Global equities | Global government bonds |
| Europe large cap equities | 8.3% | 8.3% | 8.2% | 8.1% | 19.1% | 89% | -13% |
| Global ex-U.S. large cap equities | 7.3% | 7.4% | 7.4% | 7.4% | 16.9% | 92% | -13% |
| China A shares | 6.8% | 6.6% | 6.3% | 6.1% | 31.3% | 34% | -7% |
| Emerging large cap equities | 6.8% | 7.4% | 8.0% | 8.5% | 22.1% | 76% | -11% |
| U.S. small cap equities | 6.5% | 6.8% | 7.0% | 7.2% | 22.5% | 87% | -19% |
| U.S. large cap equities | 6.2% | 6.6% | 6.9% | 7.1% | 17.4% | 88% | -16% |
| China-Broad market equities | 5.3% | 6.4% | 7.5% | 8.3% | 28.9% | 55% | -12% |

**This information is not intended as a recommendation to invest in any particular asset class or strategy or as a promise - or even estimate - of future performance.**

Source: BlackRock Investment Institute, May 2021. Data as of 31 March 2021.

Notes: Return assumptions are total nominal returns. U.S. dollar return expectations for all asset classes are shown in unhedged terms, with the exception of global ex-US Treasuries and hedge funds. Our CMAs generate market, or beta, geometric return expectations. Asset return expectations are gross of fees. Forecasted future performance is not a reliable indicator of future results. We use long-term volatility and correlation expectations. We break down each asset class into factor exposures and analyse those factors' historical volatilities and correlations over the past 20 years. Correlations with global equities and bonds are based on global measures excluding domestic equities and bonds. We combine the historical volatilities with the current factor makeup of each asset class to arrive at our assumptions. This approach takes into account how asset classes evolve over time. Example: Some fixed income indices are of shorter or longer duration than they were in the past. Our expectations reflect these changes, whereas a volatility calculation based only on historical monthly index returns would fail to capture the shifts. Indices are unmanaged and used for illustrative purposes only. They are not intended to be indicative of any fund or strategy's performance. It is not possible to invest directly in an index. We use BlackRock proxies for selected private markets because of lack of sufficient data. These proxies represent the mix of risk factor exposures that we believe represents the economic sensitivity of the given asset class.

# APPENDIX G

NOTICE:  All slip opinions and orders are subject to formal
revision and are superseded by the advance sheets and bound
volumes of the Official Reports.  If you find a typographical
error or other formal error, please notify the Reporter of
Decisions, Supreme Judicial Court, John Adams Courthouse, 1
Pemberton Square, Suite 2500, Boston, MA 02108-1750;   (617) 557-
1030; SJCReporter@sjc.state.ma.us

SJC-10671

NANCY W. ADAMS  vs.  NICHOLAS C. ADAMS.

Middlesex.     November 1, 2010.  -  April 14, 2011.

Present:  Ireland, Spina, Cordy, Botsford, & Gants, JJ.

Divorce and Separation, Division of property, Child custody,
     Child support.  Partnership.  Value.


     Complaint for divorce filed in the Middlesex Division of the
Probate and Family Court Department on February 15, 2006.

     A motion to bifurcate the trial was heard by Robert W.
Langlois, J., and the case was heard by Peter C. DiGangi, J.

     The Supreme Judicial Court granted an application for direct
appellate review.


     Alan M. Dershowitz (Gary Green, of Pennsylvania, with him)
for Nicholas C. Adams.
     Joel A. Kozol (Matthew S. Kozol & Meredith A. Rosenthal with
him) for Nancy W. Adams.
     Theodore Tedeschi for Accretive Capital Advisors LLC &
another, amici curiae, submitted a brief.


     CORDY, J.  Nicholas C. Adams appeals from a judgment of

divorce from his wife, Nancy W. Adams, issued by a Probate and

Family Court judge.[1]  The case has been vigorously litigated, and

_____

     [1] The entirety of this case was impounded, and all
proceedings closed to the public, by order of a judge (not the
judge issuing the judgment of divorce) in the Middlesex Division
of the Probate and Family Court.  The husband's employer,
Wellington Management Company, LLC (Wellington), of which he is a
partner, filed the motion for impoundment, and the wife opposed.
The judge made the following indorsement on the face of the
motion:  "Allowed -- entire case and all hearings are impounded
and closed, respectively.  Motions to unimpound documents or to

open hearing(s) will be considered in due course." The judge made no further findings. See Rules 7 and 8 of the Uniform Rules on Impoundment Procedure (LexisNexis 2010-2011) (requiring, inter alia, that impoundment order "may be made only upon written findings," "for good cause shown," and "shall specify the duration of the order").

As provided by S.J.C. Rule 1:15 (2) (b), as appearing in 401 Mass. 1301 (1988), the order of impoundment remained in effect until otherwise ordered by an appellate court. When the opinion in this case was initially released, it did not explicitly address the continued efficacy of the impoundment order. Wellington's counsel alerted the court to that oversight and the opinion was withdrawn to give the parties an opportunity to file additional memoranda addressing the point, which they subsequently did.

While the impoundment order may have been appropriate when entered, at least with respect to financial and other personal materials produced during the discovery process, it carries no continuing presumption of validity, Republican Co. v. Appeals Court., 442 Mass. 218, 222-224 (2004), and is plainly not narrowly tailored "so that it does not exceed the need for impoundment," Boston Herald, Inc. v. Sharpe, 432 Mass. 593, 605 (2000), especially now that a full trial on the merits has been concluded, documents have been introduced in evidence, and important legal issues have been raised and litigated on appeal with respect to that evidence. See H.S. Gere & Sons v. Frey, 400 Mass. 326, 332 (1987) ("orders of impoundment must comply with the procedures and requirements set out in the [uniform] rules").

Because the information contained in the opinion is necessary to the resolution in the case, see infra at    - (and was discussed with specificity by the parties in their appellate briefs), and there has not been a sufficient showing of good cause justifying its continuing impoundment, the order is lifted to the extent of that information. Republican Co. v. Appeals Court, supra at 223, quoting Commonwealth v. Blondin, 324 Mass. 564, 571 (1949), cert. denied, 339 U.S. 984 (1950) ("The exercise of the  power to restrict access to judicial records is to be 'strictly construed in favor of the general principle of publicity'"). See Globe Newspaper Co. v. Pokaski, 868 F.2d 497, 502, 509 (1st Cir. 1989) (public's right under First Amendment to United States Constitution to access traditionally open proceedings and records preserves its function as "effective check" on judiciary). It would be extraordinary in the circumstances for this court not to identify the parties or discuss the relevant evidence where, among other things, it does not appear that the Supreme Judicial Court has ever failed to do

few, if any, issues stand unchallenged on appeal.  The nucleus of
the husband's appeal, however, is that the judge erred in
assigning the present value of the husband's interest in a
partnership as defined by G. L. c. 108A, § 6, to the divisible
marital estate.  We conclude that a judge, acting pursuant to his
authority under G. L. c. 208, § 34, properly may include in the
marital estate (and make subject to equitable distribution) the
present value of an interest in a partnership that, as here,
produces a consistent profit stream with annual cash
distributions.  We also conclude, however, that specific errors
in methodology invalidate the valuation of the partnership
interest in this case.  For that reason, we remand the case for a
recalculation of that value consistent with this opinion.  In all
other respects, the judgment of divorce is affirmed.

1.  _Background_.  We recite the facts from the trial judge's
findings, the report of a special master appointed to value the
marital estate, and the evidence adduced from eighteen days of
evidentiary hearings before the special master, nine days of
trial, 492 exhibits, fourteen chalks and supplements, and a
series of stipulations between the parties.[2]  We reserve
recitation of certain facts as they become relevant to the issues
raised.

a.  _Home life_.  The husband and the wife were married in
1997.  The husband was born in 1960; the wife in 1965.  Due to
the husband's career as a partner in the asset management and

---

so in a publicly issued opinion reviewing the distribution of a
marital estate in a judgment of divorce.

[2] The special master made note: "The case was aggressively
tried, at times to a fault, by both legal teams."

4

investment advisory firm, Wellington Management Company, LLP (Wellington), both the husband and the wife enjoyed an extremely upper-class lifestyle.

After their wedding, the husband and the wife moved into the husband's condominium unit in the Charlestown section of Boston. They eventually purchased a primary residence in Chestnut Hill. Between the fall of 1999 and spring of 2002, the wife hired and oversaw architects that designed extensive renovations to the Chestnut Hill property.  The wife met with contractors almost daily during this project, and the husband provided input.  The husband and the wife also owned a home in Florida and real estate in Franklin County, New York.  In 2002, the wife frequently traveled between Massachusetts and New York to supervise architectural and decorative remodeling of the Franklin County property.  The husband was not involved in that project.  After their separation, but prior to the judgment of divorce, the husband purchased both a condominium unit in downtown Boston and a home in Pennsylvania.  The wife bought a vacation home in Vermont.

The husband and the wife have four children together.  At the time of trial, in 2008, they were all under eleven years of age. The wife was the primary caregiver.  She scheduled various appointments and supervised the children's medical needs.  The children all required strict oversight of their diets and other special attention for an assortment of allergies and other recurring medical issues.  The wife made all meaningful contributions to the children's private school education and after-school tutoring, including walking the children to school daily, assisting with homework, and sitting on the school board.

She arranged all extracurricular activities, such as swim, tennis, ballet, violin, and equestrian lessons. The husband was minimally involved in the medical, educational, and extracurricular life of the children.

The wife received an abundance of help with child and home care. When the children were infants, the husband and the wife hired nurses. At the time of trial, the wife employed two full-time nannies, although neither resided at the Chestnut Hill home. The nannies assisted the wife during the day, but not at night. Among the many other domestic staffers, the wife also hired an assistant to prepare hot meals for the family. The wife, either herself or in supervising the domestic staff, was responsible for purchasing the husband's clothing and toiletries, scheduling his medical appointments, obtaining his prescription medications, and various other domestic tasks. The wife paid the household staff through a private company.

The wife was also the financial manager of the marriage. See note 4, _infra_. She arranged and attended all meetings with the attorneys that would set up the family's estate plan. She settled and served as cotrustee of trusts for the benefit of the children, and purchased stock for them. She maintained records of the family's financial holdings, and provided that information to accountants for annual tax filing. She paid all household bills from a joint account.

In sum, the judge found that the wife was the primary caretaker for the four children, and was responsible for managing the couple's properties, and that the husband contributed little to homemaking and property management. These findings were fully supported in the record.

6

b.  Career.  After graduating from Princeton University in 1983, the husband began working for Wellington as a research analyst.  He ascended through the ranks at Wellington quickly, receiving a promotion to manage a substantial portfolio in 1986, and then to oversee hedge funds.  In 1993, the husband was made a partner in Wellington, at which time he contributed capital into the firm and entered into a partnership agreement that governs the rights and obligations of Wellington partners.[3]  At the time of trial, the husband managed more than $2,000,000,000 in various Wellington investment funds, mostly hedge funds.

After their marriage, the wife supported the husband's career in a ministerial and administrative capacity for several years.  Early on, before Wellington provided the husband with an administrative assistant, the wife scheduled his meetings, typed letters and reports, submitted travel receipts and business expense reports, organized his office, and compiled the husband's annual and quarterly reports in accord with Wellington's code of ethics.[4]  The judge found that the husband provided "the financial security that the parties have enjoyed."

c.  Income and compensation.  Wellington is a partnership defined by G. L. c. 108A, § 6.  Wellington's articles of partnership, amended and restated as of October 25, 2001 (partnership agreement), control the rights and obligations of all Wellington partners, including the apparatus under which the

---

[3] As of June, 2008, Wellington had offices in at least seven countries with 2,025 employees.  There were 106 partners.

[4] Prior to the marriage, the wife worked from 1984 until 1992 as an accountant.  She earned a license as a certified public accountant, but has not practiced in seventeen years.  The license has since expired.

husband receives annual compensation and distributions from the profits of the partnership.  The annual cash distributions to Wellington partners, including the husband, is paid in four principal components:  (1) salary; (2) incentive compensation; (3) return on capital; and (4) merit distribution.

Under art. XII(b) of the partnership agreement, a three-member managing partners committee sets the first two components of the annual distribution (salary and incentive compensation) and disburses the same to partners specifically "for services rendered to the Partnership."  The husband has earned an annual base salary ranging from a low of $105,000 in 1993 to $300,000 in 2008.  Incentive compensation is determined by contract.  For instance, for the hedge funds he manages, the husband receives a percentage of the base fees and a percentage of the performance fees paid to Wellington by fund investors.  Performance fees are received only when the value of a given investment in a fund surpasses its "high water mark," the highest value the investment has previously attained.  As such, incentive compensation is anchored not only to the husband's performance but also to the condition of the financial markets, and hence, is quite variable. During the sixteen years preceding the trial, the judge found that the husband's annual incentive compensation varied dramatically from year to year, ranging from a low of $45,262 in 2000 to a high of more than $20,000,000 in 2008.

Article XII(f) of the partnership agreement governs payments of the last two components of the annual distribution, return on capital and merit distribution.  Before distributing either, the managing partners committee first determines the annual net available income (NAI) of Wellington.  This is the amount of

income that exists after the managing partners committee credits
the accounts of partners with their salary, incentive
compensation earnings, and benefits (art. XII[b] payments);
deducts the salaries of all other employees and all various
operating expenses; distributes the amounts owed to withdrawn
partners; and allocates other reserves required for partnership
needs.[5]  Though denominated as the NAI, this figure represents
what would commonly be called the net profits of the partnership.
Once the NAI is calculated, the managing partners committee
divides these profits into two pools:  return on capital and
merit distribution payments.  The larger of the pools, merit
distribution, is apportioned by the managing partners committee
in its sole and conclusive discretion.  Precatory criteria for
apportioning merit distribution are enumerated in art. XII(f) of
the partnership agreement, but essentially the managing partners
committee attempts to trace the money made for the partnership to
each particular partner in the prior year and weight
distributions accordingly.  The partners committee also considers
intangible factors, such as advice the partner provided to the
partnership, any mentoring role played, and a partner's esteem in
the financial world.  The judge found that the husband's art.
XII(f) compensation (return on capital and merit distribution)
also varied significantly from year to year, ranging (during the
same sixteen-year period) from $135,403 in 1993 to an amount in
excess of $26,000,000 in 2008.

　　　The husband and the wife's annual income was not limited to

---

[5] A relatively complex formula for paying out the interest
owed to partners who are removed by vote of the partnership or
voluntarily withdraw appears in art. XIV of the partnership
agreement.  See note 9, _infra_.

art. XII(b) compensation and art. XII(f) distributions from
Wellington.  The husband also received substantial income from
numerous hedge funds, brokerage and bank accounts, and other
investments.

d.  <u>Irretrievable breakdown</u>.  The husband and the wife, by
all appearances, were in a loving relationship until the moment
of separation.  The husband and the wife communicated
affectionately, and the husband demonstrated an apparently
genuine acknowledgment and appreciation of the wife's
contributions to the marriage.  These bonds unraveled rapidly in
late 2005.  During the Thanksgiving holiday, the husband hosted
his cousin as a houseguest at the husband and the wife's home in
Florida, and thereafter, at least as early as January, 2008, he
began a romantic relationship with her.  On December 31, 2005, he
told his wife of his intent to leave her.  In early January,
2006, the husband moved into his sister's home, but he continued
communicating with his wife.  The husband hired a lawyer for the
purposes of obtaining a divorce.  The judge found that by
February, 2006, when the wife first learned of the husband's
extramarital romantic relationship, an irretrievable breakdown of
the marriage occurred.  She filed her complaint for divorce on
February 15, 2006.

e.  <u>Divorce proceedings</u>.  In March, 2006, the husband and
wife entered into a stipulation that they would share legal
custody of the four children and that the primary residence of
the children would be with the wife.  The husband later filed a
motion to vacate or amend this stipulation.  A judge, not the
judge issuing the final divorce decree, appointed two separate
discovery masters, who in turn, produced fifteen reports.  As a

consequence, the judge ordered that a trained child care provider be present for the children's visits with the husband.  In October, 2006, the husband and the wife further stipulated that the husband would pay the wife $210,000 per month for her support, and the support of the children, throughout the pendency of the divorce action.

On July 26, 2007, another judge issued an order stating, inter alia, as an "Uncontested Issue:" "Children will reside principally with" the wife.  On December 19, 2007, that judge made several important evidentiary and procedural rulings, including (1) denial of the husband's motion in limine to exclude evidence of the value his Wellington partnership interest that he claimed was "not susceptible to any present value other than zero"; and (2) denial of the husband's motion to bifurcate the trial, and proceed immediately to a judgment of divorce, followed by a trial on the division of the marital estate.

On January 18, 2008, the husband and the wife entered into a stipulation regarding marital assets, which purports to reflect all of the assets comprising the marital estate.  Most assets, such as investment accounts and furnishings, were given values as of the dates indicated, but some assets were denominated as "contested."  Contested items included the husband's Wellington partnership interest.[6]

---

[6] The wife argues, on appeal, that "contested" signifies that the husband had stipulated to the asset's inclusion in the marital estate, but merely contested its value, while the husband argues that he was contesting the asset's inclusion in the estate.  Any dispute over whether the husband may have stipulated to assignment of the Wellington partnership interest to the marital estate is inapposite to our review because we conclude that, as a matter of law, the trial judge was vested with discretion to value the partnership interest, assign it to the marital estate, and order its equitable distribution pursuant to

11

On February 21, 2008, after nine days of trial, the trial judge issued an order of reference and appointed a special master to determine the value of the husband's Wellington partnership interest.  See Mass. R. Dom. Rel. P. 53 (d) (LexisNexis 2010-2011) (permitting judge to appoint masters with authority to hold hearings and file reports with court).  Both parties agreed to the appointment.  The special master's hearings lasted eighteen days.

In the months that followed the referral to the special master, the husband and the wife entered into several stipulations agreeing to the value and assignment (to one or the other of them) of all of their real property.

On April 8, 2009, the special master submitted his amended report that appraised the present value of the husband's Wellington partnership at $80,956,975.  The husband filed a voluminous objection to nearly every one of the special master's findings, but the judge incorporated the entirety of the special master's report in his judgment of divorce.

f.  Equitable distribution of the marital estate.  The judge determined that this was a twelve-year, mid-length marriage.  He found that both parties were in excellent health, and had significant opportunity to acquire future capital assets and income; the wife through investment of her equitable share of the sizeable marital estate, and the husband through his "upwardly mobile, successful track record which renders him exceptionally and lucratively employable for decades to come." In light of the length of the marriage, the husband's financial

G. L. c. 208, § 34.  See post at    -    .

12

contribution, and the wife's homemaking contribution to the
marital enterprise, and after consideration of all the statutory
factors set forth in G. L. c. 208, § 34, including the wife's
primary parenting responsibilities of the four young children for
many years to come, the judge concluded "an equal distribution of
marital assets is most equitable."

Naturally, in an estate as complex as this, determination of
which assets constituted property assignable to the marital
estate proved difficult.  The judge concluded that "assets
acquired prior to the marriage shall not be subject to division,"
but that the wife would take a one-half share of the marital
assets acquired during the marriage, regardless of the means of
acquisition.  The judge required both the husband and the wife to
provide a definite value as of the date of marriage to what they
claimed to be their respective premarital property.

Accordingly, the husband accounted for and valued in excess
of $13,000,000 worth of claimed premarital assets including
personal investments, as well as his antiques, carpets, and the
automobiles and condominium unit he owned at the time of the
marriage.   The wife identified a condominium unit that she had
purchased for $155,000 and had conveyed to the husband's sister
at cost.  The judge subtracted the husband's quantified
premarital assets and the value of the wife's condominium unit
from the divisible marital estate.

i.  Marital estate.  Pursuant to the order of
reference, the special master prepared and submitted a schedule
of marital assets and their values.[7]  As noted, the most

_____

[7] This schedule included the parcels of real estate owned by
the husband and the wife along with their agreed values.

vigorously disputed of these was the husband's Wellington partnership interest.  As discussed in greater detail, _infra_, the special master found a tax-affected[8] present value of the husband's Wellington partnership interest of $80,956,975, and the judge assigned that value to the marital estate for equitable distribution.

The judge approved the special master's use of the so-called direct capitalization of income method to calculate the value of the principal component of the husband's partnership interest, that is, the present value of the projected future receipt by the husband of a share of Wellington's profits as provided for in art. XII(f) (merit distribution and return on capital).  To this value was added the present value of the withdrawal payments the husband was entitled to receive on leaving the partnership as provided in art. XIV of the partnership agreement.[9]

ii.  Child support and alimony.  The judge awarded shared legal custody of the couple's four children to both the husband and the wife.  He found it was in the best interests of the children primarily to reside with the wife, and analyzed the wife's financial statements to set the measure of support the children would require to enjoy the lifestyle that existed during

---

[8] A tax-affected present value is one that has been discounted by the rate of imputed future tax burdens applicable to the future income associated with the partnership interest. See _Bernier_ v. _Bernier_, 449 Mass. 774, 775-776 n.2 (2007).

[9] Article XIV requires Wellington to set aside enough NAI each year to make withdrawal payments to retired or withdrawn partners.  Simply put, and the formula concededly contains more nuance, the withdrawal payments are disbursed over ten years by creating a coefficient where the fifteen-year performance of the withdrawn partner is the numerator and the fifteen-year performance of other partners is the denominator, and dividing the ten-year projection of company profits by this resultant coefficient.

14

the marriage.  The wife listed her total estimated weekly
expenses as $48,865, and the judge deducted from that figure
those expenses he identified as associated with the wife's needs
alone.  The judge also included eighty per cent (deducting twenty
per cent attributable only to the wife as one of five persons
living in the residence with the children) of weekly household
expenses, such as mortgage payments, taxes, maintenance,
utilities, and automobile costs.  The judge determined that the
total portion of the wife's weekly costs attributable to child
care was $27,100 per week ($116,530 per month), and ordered the
husband to pay that amount in weekly support.

The judge denied the wife's request for alimony, reasoning
that "[i]n consideration of the income and assets she will
receive, [the wife] will be able to maintain the lifestyle to
which she had been accustomed during the marriage, and, therefore
no alimony award . . . is warranted."

The divorce judgment was entered on August 19, 2009.  The
husband timely appealed from the judgment of divorce and filed an
application for direct appellate review in this court, which we
granted.

2.  Discussion.  Our review of a judgment pursuant to the
equitable distribution statute, G. L. c. 208, § 34, proceeds
under a two-step analysis.  "First, we examine the judge's
findings to determine whether all relevant factors in § 34 were
considered."  Bowring v. Reid, 399 Mass. 265, 267 (1987).  The
second tier of our review requires us to determine whether the
reasons for the judge's conclusions are "apparent in his findings
and rulings."  Redding v. Redding, 398 Mass. 102, 108 (1986).  A
judge's determinations as to equitable distribution will not be

reversed unless "plainly wrong and excessive." Id. at 107.
According broad discretion to the judge's division of property
pursuant to the § 34 factors "is necessary in order that the
courts can handle the myriad of different fact situations which
surround divorces and arrive at a fair financial settlement in
each case." Rice v. Rice, 372 Mass. 398, 401 (1977).  The
husband raises a multitude of challenges, principally surrounding
the judge's distribution of the marital estate and award of child
support.[10]  We discuss them in turn.

     a.  The Wellington partnership interest.  First, we analyze
the general propriety of the judge's assignment of the husband's
Wellington partnership interest to the marital estate, and then
we consider the specific valuation methodology employed by the
special master, and by imputation the judge.  We conclude that
the Wellington partnership interest could permissively constitute
a divisible marital asset under § 34; however, we discern clear
error in the direct capitalization of income method the special
master used to assess its present value.

     i.  Assignment to the marital estate.  The husband argues
that the Wellington partnership interest was erroneously
classified as a divisible marital asset because it constitutes a
mere expectancy of future earned income, and as such, is so
speculative it resists reduction to a present value.  Drapek v.
Drapek, 399 Mass. 240, 244 (1987) (Drapek).  The husband argues

---

     [10] As the special master and trial judge noted, the husband
did a disservice to the interest of efficient expenditure of
judicial resources by filing volume after volume of motions,
briefs, and opposition memoranda teeming with hyperbole and ad
hominem attacks on the competence of the special master, that, at
times, offer little attempt to filter those claims objectively
lacking merit from those with a sound legal basis.

that his merit distributions, the great bulk of his art. XII(f)
distributions, are properly characterized as future earned income
because testimony adduced from Wellington managers demonstrated
that the distributions are reciprocally contingent on his
investment performance.  Relying on our statement in Drapek,
supra, that future earned income is not subject to equitable
assignment under § 34, the husband argues that the judge
committed a reversible error of law by holding otherwise.  We
disagree.

We begin by analyzing the question in light of the plain
language of our equitable distribution statute.  See Commonwealth
v. Boe, 456 Mass. 337, 347 (2010), quoting James J. Welch & Co.
v. Deputy Comm'r of Capital Planning & Operations, 387 Mass. 662,
666 (1982) ("It is elementary that the meaning of a statute must,
in the first instance, be sought in the language in which the act
is framed . . .").  The statute grants judges the authority to
exercise a broad degree of discretion in assigning "to either
husband or wife all or any part of the estate of the other,
including but not limited to, all vested and nonvested benefits,
rights and funds accrued during the marriage and which shall
include, but not be limited to, retirement benefits, . . .
pension, profit-sharing, annuity, deferred compensation and
insurance" (emphasis supplied).  G. L. c. 208, § 34.  This
language strongly militates in favor of inclusion of the
Wellington partnership interest.  See Commonwealth v. Rahim, 441
Mass. 273, 274 (2004), quoting Gurley v. Commonwealth, 363 Mass.
595, 598 (1973) ("Where the language of a statute is plain, it
must be interpreted in accordance with the usual and natural
meaning of the words").  Not only does § 34 expressly permit

assignment to the marital estate of a spouse's "profit-sharing" arrangements, which, by necessity, must include distribution of a partnership's surplus profits, but also allows present distribution of a wholly or partially nonvested future benefit. Moreover, pursuant to § 26 of G. L. c. 108A, the partnership statute under which Wellington is organized, expressly defines a "partner's interest in the partnership" as "his share of the profits and surplus," and denominates the same as "personal property."  See G. L. c. 208, § 34.  We read the partnership statute as support for the proposition that a partnership interest fits squarely within the ambit of the "profit-sharing" language in the equitable distribution statute.  See G. L. c. 108A, § 26; G. L. c. 208, § 34.  Construing § 34 in whole, and in tandem with the partnership statute, as we must, we discern no language that would proscribe, in otherwise appropriate circumstances, the assignment of the present value of a spouse's interest in a partnership to the divisible marital estate.  First Nat'l Bank v. Bernier, 50 Mass. App. Ct. 756, 759 (2001), quoting Selectmen of Topsfield v. State Racing Comm'n, 324 Mass. 309, 312-313 (1949) ("We also construe each clause or phrase with reference to every other clause or phrase so that 'all parts shall be construed as consistent with each other so as to form a harmonious enactment'").

Similarly, as we have stressed, our jurisprudence "has not been bound by traditional concepts of title or property (even those not within the complete possession or control of their holders) to be part of a spouse's estate for purposes of § 34." Baccanti v. Morton, 434 Mass. 787, 794 (2001) (Baccanti), quoting Lauricella v. Lauricella, 409 Mass. 211, 214 (1991).

The inquiry does not end there, however.  Despite the broad definition of marital property in § 34, and the abundant discretion the statute entrusts to trial judges, we have drawn a line around certain interests that are so speculative as to constitute nothing more than expectancies, and thus, are not assignable to the marital estate.  See Drapek, supra at 244; Yannas v. Frondistou-Yannas, 395 Mass. 704, 714 (1985); Davidson v. Davidson, 19 Mass. App. Ct. 364, 374 (1985).  In Drapek, supra, we adopted the proposition advanced by other courts that "the present value of future earned income is not subject to equitable assignment" under § 34.  We reversed a trial judge's classification of a medical degree and license as a marital asset because "assigning a present value to a professional degree would involve evaluating the earning potential created by that degree." Drapek, supra.  Similarly, in Yannas v. Frondistou-Yannas, supra, we declined to characterize the present value of a grant of a patent as a divisible asset because any enhanced earning potential the patent created was merely speculative.  See also Davidson v. Davidson, supra at 374-375 (anticipated inheritance from living testator unassignable to marital estate).

In the circumstances of this case, the husband's reliance on Drapek is misplaced.  As articulated in art. XII(b) of the partnership agreement, Wellington pays the husband annual salary and incentive compensation, and that represents his future earned income.  Here, the special master, and by extension the judge, expressly excluded the husband's future earned income, as provided in art. XII(b), from his computation of the present value of the Wellington partnership interest (see infra), and, consequently, did not contravene the rule against distribution of

19

future earned income in <u>Drapek</u>, <u>supra</u>.

Nor is an interest in a partnership so ineffably speculative that it resists present valuation. The value of an interest in a partnership is distinguishable from the expectancies at issue in <u>Drapek</u> and its progeny. Expectancies, unlike partnership interests, do not embody either a present or future enforceable proprietary right or reflect a steady record of past distributions of income that facilitates a reliable assessment of the asset's present value. For instance, a medical degree, and concomitantly professional licensure, grants a putative doctor the simple right to practice medicine, not an entitlement to inclusion in a medical business organization and a share of its prospective profits. By contrast, an interest in an established partnership, though subject to degrees of uncertainty and the contingency of future performance, has more than theoretical value.

To that end, a partnership interest is akin to other inchoate or uncertain assets we have assigned to the marital estate consonant with § 34. In <u>Bernier</u> v. <u>Bernier</u>, 449 Mass. 774, 777 & 779 n.10 (2007) (<u>Bernier</u>), "[t]he engine of the parties' financial success" were two supermarkets, organized as close corporations, on Martha's Vineyard, and managed almost exclusively by the husband. We stated, in a context not dissimilar from this one, that "where valuation of assets occurs in the context of divorce, and where one of the parties will maintain, and the other be entirely divested of, ownership of a marital asset after divorce, the judge must take particular care to treat the parties not as arm's-length hypothetical buyers and sellers in a theoretical open market, but as fiduciaries entitled

to equitable distribution of their marital assets." Id. at 775-
776.  Although we recognized that "valuation of any closely held
corporation is fraught with uncertainties, and thus difficult to
accomplish with precision and consistency," id. at 783 n.16, we
indorsed the general methodology adopted by the judge to achieve
the goal of an equal division of the present value of the
corporations.  See id. at 778.  Our courts have upheld the
equitable distribution of the present value of other noncorporate
business interests.  See Adlakha v. Adlakha, 65 Mass. App. Ct.
860, 863 (2006) (wife's private practice as physician attributed
to marital estate); Sampson v. Sampson, 62 Mass. App. Ct. 366,
367-368 (2004) (Sampson) (marital assets included $175,000
present fair market value of wife's insurance agency based on
"capitalized income" [direct capitalization of income] method).

     Further, in Baccanti, supra at 796-797, we held that the
present value of nonvested stock options may be included in the
divisible marital estate.  We reasoned that neither the
uncertainty of the stock options' value when ultimately realized
nor the prospect that their value would fall below the minimum
threshold at which options could be exercised precluded the
judge's classification of the options as divisible marital assets
under § 34.  Id. at 795-796.  We also ruled that the contingency
of vesting on continued employment did not bar assignment to the
marital estate.  Id.  We concluded that stock options, like real
estate and stock that are routinely assigned to marital estates,
"are also subject to fluctuations in value based on varying
economic factors beyond either party's control." Id. at 795.
Similarly, in Dewan v. Dewan, 399 Mass. 754, 755, 760 (1987)
(Dewan), we declined to disturb the judge's award of thirty per

cent of the husband's nonvested retirement pension benefits to the wife.  See Sampson, supra at 367 (present value of husband's nonvested pension, assuming retirement at age fifty-five years, awarded to marital estate).

These, and other cases, stand for the proposition that we are unwilling to deny one spouse, who contributed to the acquisition or appreciation of property during the marital enterprise, "the right to share in what 'may be the most valuable asset between the spouses'" on the basis of the uncertainty or future contingencies bound up in that asset.  Baccanti, supra at 796, quoting Curtis, Valuation of Stock Options in Dividing Marital Property Upon Dissolution, 15 J. Am. Academy of Matrimonial Law 411, 411-412 (1998).  See Dalessio v. Dalessio, 409 Mass. 821, 825-826, 829 (1991) (annuity purchased by husband from proceeds of structured settlement in tort claim to be paid years beyond dissolution within assignable estate); Lauricella v. Lauricella, 409 Mass. 211, 216 (1991) (beneficial interest in real estate trust with spendthrift clause and contingency of survivorship a present, enforceable, and equitable right to use property, and as such, marital asset); Hanify v. Hanify, 403 Mass. 184, 187-188 (1988) (Hanify) (interest in pending lawsuit is "chose in action"[11] and "[c]hoses in action, rights and other interests, the benefits of which may be receivable now and in the future" attributable to marital estate).  "The fact that valuation of the interest may be difficult does not alter its character as a divisible asset . . . ."  Lauricella v.

---

[11] A "chose in action" has been defined as a "proprietary right in personam, such as a debt owned by another person, a share in a joint stock company, or a claim for damages in tort." Black's Law Dictionary 275 (9th ed. 2009).

Lauricella, supra at 217.  To hold otherwise would frustrate the
intent of the Legislature in so broadly drafting § 34.  See
Baccanti, supra.

What emerges from an analysis of these cases is a fine
distinction between an indivisible expectancy and a partnership
interest like the one at issue here.  Expectancies have only
theoretical value, while here, the husband's Wellington
partnership interest, though subject to variability, entitles him
to a share of a large profit pool.  That partnership interest
encompasses a composite of both a reasonably predictable stream
of future distributions (art. XII[f]) based on the consistency of
past distributions of partnership profits, and an enforceable
contractual right to future distributions on withdrawal or
retirement (art. XIV).  Though nonvested, the art. XIV withdrawal
payments (made over ten years) are indistinguishable from the
inchoate retirement pension or stock options assigned to the
marital estate in Baccanti, supra; and Dewan, supra; and, the
husband's art. XII(f) distributions were properly characterized
by the trial judge as his annual share of the partnership's
surplus profits.  Though tied partially to the success of the
hedge funds he manages, and undeniably susceptible to the
variability of financial markets, the husband's sixteen-year
performance as a Wellington partner provides watermarks for the
distributions of partnership profits he received in poor-
performing and high-performing years.[12]  The special master

---

[12] The special master concluded that although the husband's
merit distributions were linked to performance, the art. XII(f)
payments "will not be governed solely by the earnings he
generates for Wellington through the funds he manages but by his
overall contribution to the firm and the relatively good results
of the portfolios for which he is responsible.  Otherwise said,

23

rightfully incorporated both the swells and swoons of the
husband's art. XII(f) distributions in his "studied
prognostication" of the present value of the husband's Wellington
partnership interest.  Moreover, Wellington as an entity has an
even longer record from which to build strong predictions of
future annual partnership profits and the percentage that will be
distributed to the husband.  Having determined that the
Wellington partnership interest is not an expectancy, we also
read Bernier, supra at 775-776, to encourage its inclusion in the
marital estate.  There, "where one of the parties will maintain,
and the other be entirely divested of, ownership of a marital
asset," we allowed the judge to divide properly and distribute
equitably the present value of that asset.  Id.  That is what the
judge attempted here.

     For all the foregoing reasons, we agree with the special
master, who stated that a partnership interest, such as the
husband's stake in Wellington, "that so consistently generates
cash flow, has dollar value which may be expressed by
capitalizing the average profit distribution over a period of
time."  That venerable and widely accepted rule of appraisal can
be extended into a legal proposition.  Accordingly, we hold that
a divorcing spouse's interest in a partnership that produces a
consistent stream of profits, and reliably disburses those
profits to the partner spouse over a period long enough to
appraise the present value of the partnership interest fairly,
is, in the discretion of the judge, assignable to the marital
estate if its inclusion would achieve a fair financial

_____

the profit distribution is not simply on an 'he eats what he
kills' basis."

settlement.  See G. L. c. 208, § 34;  Bernier, supra at 776-777

(2010); Rice v. Rice, 372 Mass. 398, 401 (1977).

We underscore some limiting principles to the future
application of this proposition.  First, § 34, in addition to
enumerating mandatory factors that a judge must consider in
dividing the estate,[13] vests a judge with discretion to consider
the "contribution of each of the parties in the acquisition,
preservation or appreciation in value of their respective estates
and the contribution of each of the parties as a homemaker to the
family unit." G. L. c. 208, § 34.  See Baccanti, supra at 797,
citing Heins v. Ledis, 422 Mass. 477, 480 (1996); Heacock v.
Heacock, 402 Mass. 21, 24 (1988) (purpose of division of marital
property is "to recognize and equitably recompense the parties'
respective contributions to the marital partnership").  A judge
may properly weigh whether the divested spouse contributed
directly, or indirectly through homemaking, to the accrual of the
partnership asset during marriage.  See Baccanti, supra at 793;
Heacock v. Heacock, supra.  Although it is not the case here,
there may be some cases where those contributions are minimal, or
some marriages of such short duration, that judges may elect not
to divide the value of one spouse's partnership interest on
dissolution.

Second, judges must take due note that property assignments,
unlike alimony, cannot be modified.  See G. L. c. 208, § 37;
Drapek, supra at 244.  There are many factors that might render
it inequitable to assign the present value of a partnership

_____

[13] These include, inter alia, the parties' conduct during
the marriage, the length of their marriage, their ability to
obtain future income and assets, and the needs of any dependent
children.  G. L. c. 208, § 34.

interest to the marital estate.  In consideration of the fact
that the present value of a partnership interest incorporates an
assumption of maintaining the partner's future work efforts,
judges should also weigh the health and productivity of the
partner spouse.  See Baccanti, supra at 802; Hanify, supra at
188-189; Drapek, supra at 243-244.  Our holding today is not
intended to serve as a means of compelling a divorcing spouse
into effective servitude.  Particularly where the partnership
interest has not produced profits or distributions of those
profits in as consistent and routinely extraordinary a manner as
the husband's Wellington partnership interest, the judge should
be mindful that an award of alimony, subject to future
adjustment, or a distribution of the estate on an "if and when
received" basis might be preferable.  See Baccanti, supra;
Hanify, supra at 189; Drapek, supra.

     Indeed, judges are permitted to exercise their discretion to
order that future recovery or payment of a partnership interest,
as we have allowed with stock options, pensions, and choses in
action, be divided, "if and when received, according to a formula
fixed in the property assignment" (emphasis supplied).[14]  Hanify,

---

     [14] We have, however, cautioned that "a present division of
all assets ordinarily is preferable," because it provides an
immediate settlement of the distribution without entangling the
parties in future litigation, and the continued strife and
uncertainty it entails.  Hanify v. Hanify, 403 Mass. 184, 188
(1988), citing Dewan v. Dewan, 399 Mass. 754, 755-758 (1987)
(Dewan).  We have also recognized that while the award of a
future benefit on an "if and when" received basis avoids the
nettlesome problem of present valuation, it may place the
employee spouse in a position to manipulate, impair, or delay the
divorced spouse's receipt of the benefit.  Dewan, supra at 757-
758.  However, even with those considerations in mind, where a
present valuation of an inchoate interest would provide hardship
on either spouse, that may operate as a "controlling factor," and
the "if and when" received distribution method becomes a viable
option.  See id.

supra at 188.  See <u>Baccanti</u>, <u>supra</u>; <u>Dewan</u>, <u>supra</u> at 757-758.

    We briefly address another argument advanced by the husband
on appeal.  The husband contends that, even assuming the
Wellington partnership interest "however defined, and whatever it
may be worth," was legally assignable to the marital estate, the
judge erred in including it in the marital estate under the "law
of the case," because he expressly stated in his judgment:
"assets acquired prior to the marriage shall not be subject to
division."  Because the husband became a partner in 1993, some
four years prior to his marriage, he argues that the Wellington
partnership interest is a premarital asset.  The husband fails to
acknowledge that the judge specifically requested a schedule with
definite values, as of the date of the marriage, of the husband's
claimed premarital property, and the husband failed to list or
provide a computation of the premarital value of the partnership.
The husband did not present expert testimony about the value of
his Wellington partnership interest at the time of marriage, nor
did he offer in evidence Wellington's financial statements or
then-existing partnership agreement.  Consequently, there was no
error in the judge's ruling that the value of the partnership was
includable in the marital estate and that the husband's
premarital assets totaled $13,444,671 (see <u>ante</u> at     ).  Even
still, it is the well-settled foundation of domestic relations
law, despite the husband's attempts to apply a sui generis "law
of the case," that a trial judge has "discretion to assign one
spouse the property of the other spouse whenever and however

acquired."[15]  Rice v. Rice, supra at 400.  In other words, a
judge may assign to one spouse, property acquired prior to
marriage by the other.  Id.  The judge also expressed this
principle in his conclusions of law.  There was no abuse of
discretion in his doing so here.

     ii.  Valuation methodology.  Having decided that G. L.
c. 208, § 34, permitted the judge to assign the present value of
the husband's partnership interest to the marital estate, we must
turn to the thornier issue of what constitutes proper valuation
methodology.  Valuation of a business interest is a question of
fact.  Bernier, supra at 785, citing Demoulas v. Demoulas Super
Mkts., Inc., 424 Mass. 501, 541 n.47 (1997).  The standard of
review to be applied is whether the judge's findings were clearly
erroneous.  Mass. R. Civ. P. 52 (a), as amended, 423 Mass. 1402
(1996).  When the opinions of valuation experts diverge, a judge
may "accept one reasonable opinion and reject the other."
Fechtor v. Fechtor, 26 Mass. App. Ct. 859, 863 (1989).  The judge
may also "reject expert opinion altogether and arrive at a
valuation on other evidence."  Id.  The judge "may not, however,
reach a valuation that is materially at odds with the totality of
the circumstances or, in the case of divorcing spouses, at
variance with the requirements of the equitable distribution

_____

     [15] The husband also argues that the judge erred in including
in the marital estate merit and incentive distributions
purportedly allocated to the husband prior to marriage, but paid
in 1997 and 1998 after the marriage.  The judge's statement of
his intention to exclude premarital assets from the divisible
estate does not vitiate the discretion otherwise granted to him
by § 34 to distribute any asset "whenever and however acquired."
Rice v. Rice, 372 Mass. 398, 400 (1977).  Therefore, the judge's
inclusion of distributions paid to the husband during marriage,
but earned before, even if such payment is properly characterized
as a premarital asset, was plainly not an abuse of discretion.
See id.

statute.  G. L. c. 208, § 34."  Bernier, supra.  See C.P.
Kindregan, Jr., & M.L. Inker, Family Law and Practice § 45:8, at
334-335 (3d ed. 2002).

The consensus approach to valuation deployed by appraisers
and experts in marriage dissolutions has coalesced around some
variation of what is known as the "income approach."  S.P. Pratt,
R.F. Reilly, & R.P. Schweihs, Valuing Small Businesses and
Professional Practices 724-725 (3d ed. 1998).  See Bernier, supra
at 778 n.7.  The income approach rests on the proposition that
"[i]n theory, the value of a business or an interest in a
business depends on the future economic benefits that will accrue
to that business, with the value of those future benefits being
discounted back to present value at some appropriate discount
rate."  S.P. Pratt & A.V. Niculita, Valuing a Business:  The
Analysis and Appraisal of Closely Held Companies 175 (5th ed.
2008).  "In other words, the basic concept of the income approach
is to project the future economic income associated with the
investment and to discount this projected income stream to a
present value at a discount rate appropriate for the expected
risk of the prospective income stream."  Id.  In Bernier, supra
at 778, both the husband's and the wife's experts used the direct
capitalization methodology of the income approach.[16]  Here, the
special master employed the same methodology.  Generally
speaking, the direct capitalization of income methodology first
determines the average normalized pretax income of a business
entity.  See S.P. Pratt, R.F. Reilly, & R.P. Schweihs, Valuing

---

[16] This is also called the "capitalized economic income"
method.  S.P. Pratt, R.F. Reilly, & R.P. Schweihs, Valuing Small
Businesses and Professional Practices 254-257 (3d ed. 1999).

Small Businesses and Professional Practices, _supra_ at 256.  This normalized expectation will reflect deductions (for salary, nonrecurring income, expenses) and any other adjustments necessary properly to account for risk and other economic factors.  See _id_.  The normalized average income is then divided by an appropriate capitalization rate to discount to present value.  _Id_.

An alternate methodology, also included within the income approach, is known as the discounted cash flow methodology.  In our view, this methodology is better suited for valuing an individual's interest in a partnership.  Unlike the direct capitalization of income approach, which assumes a perpetual stream of income, the discounted cash flow method uses a more complex equation to reduce a finite period of future income (here, fourteen years of distribution before retirement, and ten years of withdrawal payments thereafter) to present valuation.  See S.P. Pratt & A.V. Niculita, Valuing a Business:  The Analysis and Appraisal of Closely Held Companies, _supra_ at 177; S.P. Pratt, R.F. Reilly, & R.P. Schweihs, Valuing Small Businesses and Professional Practices, _supra_ at 213, 257-258.  The special master, and the judge adopting his findings, should have employed that methodology here.

(1) _The wife's expert_.  At the special master hearings, the wife called Gregory Cowhey, managing director of the valuation services group at Wealth & Tax Advisory Services, Inc., a national financial firm, and he was qualified as an expert witness in business appraisal.  Cowhey testified to the contents of reports that he prepared to appraise the present value of the husband's Wellington partnership interest.  The reports were

entered in evidence.  Cowhey used the discounted cash flow methodology to value the stream of profits and withdrawal payments the husband would likely receive, and then applied the tax affecting formula we indorsed in Bernier, supra at 787-790. He wrote in his report that rather than applying a market rate approach, e.g., valuing Wellington as a commodity, and calculating the share of the theoretical sale price the husband would receive as a partner, the best methodology would fix the "present value of the expected future cashflow distributable" to the husband from the date of preparation of the expert report until the husband's retirement from the firm.

More precisely, Cowhey first applied labor and census statistics and various actuarial models to prognosticate that the husband would retire in fourteen years at sixty-two years of age (a prognostication that the husband does not contest).  Next, he projected annual cash distribution to the husband through age sixty-two, based solely on art. XII(f) distributions, that is, on the husband's merit distribution and return on capital, excluding projected art. XII(b) salary and incentive compensation.  Cowhey determined that the three-year period just prior to the trial (from 2006 to 2008), marked the most representative historical period from which to predict future partnership distributions. The effect of selecting this high watermark period of Wellington's profitability resulted in Cowhey's projecting that the husband's annual art. XII(f) distributions would average approximately $27,000,000 over the next fourteen years.  To this amount, Cowhey then applied a growth rate of four per cent and various discount variables.  Next, Cowhey discounted the distributable income to present value by applying a discount rate

that adjusted for the finite, fourteen-year span of the husband's future prewithdrawal income stream.[17]  He then computed the present value of the husband's withdrawal payment, that would be paid out over a ten-year period after he retired at age sixty-two, as provided by art. XIV of the partnership agreement.  See note 9, supra.  He projected that this latter payout would equal 2.93 per cent of the gross available income of Wellington, which he based on his projections in valuing Wellington as a whole, during the ten-year period of the withdrawal payments.  These projections were premised on an assumption that Wellington would have available income equal to that available to it in 2007. Finally, Cowhey tax affected the future cash flow at a rate of 31.5 per cent for the art. XII(f) distributions, which approximated the average of the husband's effective income tax rate for the three representative years (2006-to-2008).  In tax affecting the art. XIV withdrawal payment, Cowhey applied the highest marginal tax rate of 38.5 per cent, assuming the payout would be classified under the Internal Revenue Code as "guaranteed payments."  Ultimately, Cowhey presently valued the husband's Wellington partnership interest at between $134,000,000 and $145,000,000, which included a present valuation of the art.

---

[17] The discount rate consisted of two components, a time value of money factor (that we understand to be synonymous with a projected rate of return) and a morbidity factor.  Cowhey set the rate of return at 8.25 per cent, which represented Wellington's borrowing rate in 2008.  He also discounted downward by applying a risk of morbidity variable.  Cowhey discounted by the "survivor rate," which was the probability that a man similarly situated to the husband would be able to live and work past the age of sixty-two.  He utilized mortality statistics compiled by the United States Centers for Disease Control.

XIV withdrawal payment of $11,580,000.[18]

(2) _The husband's expert_.  At the special master's hearings, the husband steadfastly maintained that his Wellington partnership interest had no present value other than his art. XIV withdrawal payment, or in the alternative, that any equitable distribution of the value attributed to the partnership be paid out "if and when received."  The husband declined to offer expert testimony as to the present valuation of his Wellington partnership interest, aside from the value of his art. XIV withdrawal payment.  His expert witness, David M. Gannett, assessed the present value of the ten-year withdrawal payment, commencing at the time of trial (and not fourteen years hence as the wife's expert had assumed) at between $28,453,000 and $39,713,000, after applying an income tax affecting rate of forty per cent.

(3) _Special master's approach_.  The special master prefaced his report by noting that "[c]apitalization of profit distribution is an accepted method of valuing a business interest."[19]  The special master credited the husband's own statements that he had no plans to withdraw as a partner of Wellington, and found Cowhey's prediction that the husband would work until age sixty-two, "a sound actuarial forecast."  In projecting future partnership distributions the master (like

---

[18] Cowhey also calculated the present value of Wellington, as a whole, after applying the direct capitalization methodology with a four per cent growth rate, a seven per cent capitalization rate, and tax affecting by deducting a "pre-dividend" tax rate of 24.5 per cent.  This was an attempt to replicate the _Bernier_ methodology approved by this court for valuation of close corporations.  The value he reached was $9,090,000,000.

[19] This is the direct capitalization of income methodology referred to, _ante_ at    -    .

Cowhey) weighted only art. XII(f) distributions (not art. XII[b] salary and incentive compensation), but unlike Cowhey, input into the projection formula all such distributions since the husband became a partner in 1993, not just those during the period 2006-2008.  He reasoned that the "history of the securities market as demonstrated even in the [sixteen]-year period of [the husband's] partnership at Wellington, i.e. 1993-2008, discloses not a steady upward curve but periods of decline. . . .  The economy is notoriously cyclical."  The special master stated:  "I cannot, on the basis of the severe economic recession of which I am bound to take judicial notice, assume that [the husband] shall receive the same high level of merit distribution that characterized calender years 2004 through 2007."

After concluding that he would incorporate the sixteen years of art. XII(f) distributions through 2008, the special master calculated that, since 1993, the merit portion of the husband's art. XII(f) distribution averaged three per cent of Wellington's annual NAI.[20]  However, "in light of current economic circumstances," and "current governmental and public concern" about the profits of money managers, the special master applied a lower, two per cent, share as the predictive factor.  The special master then predicted what Wellington, as a whole, would earn in NAI in 2009.  He reached that figure first by noting that Wellington has consistently underestimated its NAI projections this decade.  Taking Wellington's predicted NAI for 2009, the special master applied the lowest (i.e., least underestimated)

---

[20] The Wellington reports relied on by the special master to reach this figure do not include return on capital, and as such, do not measure the entirety of art. XII(f) payments as a percentage of Wellington NAI.

historical underestimation of fifty-nine per cent.  Predicting
that the securities market was likely to remain flat through
2010, the special master projected an identical NAI for 2010.
Next, applying the two per cent share of NAI to the projected NAI
for 2009 and 2010, the special master predicted a baseline merit
distribution to the husband of $5,728,000 in each of those two
years.  In view of the downward trend in the securities market at
the time, the special master also rejected Cowhey's four per cent
rate of growth, and applied a three per cent growth factor to the
husband's baseline $5,728,000 in merit distribution for the next
fourteen years until his anticipated retirement.  As for return
on capital, the other component of the two-pronged art. XII(f)
distribution, the special master found it "conservative" to
project a $600,000 return on capital each year until the husband
retired at age sixty-two.  In sum, applying the two per cent
share of NAI with a three per cent growth factor to the husband's
2009 and 2010 projected compensation, the special master
predicted that the husband would average $6,799,050 in merit
distribution each year until 2022, plus $600,000 in return on
capital, for a total annual projected art. XII(f) income stream
of $7,399,050.  Applying the direct capitalization of income
approach, the same used in Bernier to assess the present value of
a close corporation, the special master then capitalized the
value of that annual stream of income by dividing the $7,399,050
projected income stream by an 8.5 per cent capitalization rate.
This resulted in a capitalized present value of the total annual
art. VII(f) distributions of $87,047,647.

     The special master then tax affected the $87,047,647
capitalized partnership value by combining and applying the

current Federal capital gains tax rate (rather than the income tax rate) of fifteen per cent, and the Massachusetts capital gain tax rate of 5.3 per cent, for a total tax affected present value of $69,376,975. Finally, the special master accepted Cowhey's present value computation of the art. XIV withdrawal payments of $11,580,000. Adding the art. XIV withdrawal payment, to the tax affected present value of the annual art. XII(f) distributions, the special master appraised the husband's partnership interest at a present value of $80,956,975.[21]

(4) Review of the special master's methodology. We acknowledge, as we did in Bernier, supra at 783 n.16, that valuation of a partnership interest is an inexact science. Because the process is "fraught with uncertainties," we only reverse a judge's findings for commission of clear error, or if the methods used "would clearly produce an arbitrary result." Id. at 783 n.16, 787. Mass. R. Civ. P. 52 (a). We do not discern clear error in the judge's adoption of the special master's seemingly conservative projections of the husband's future income stream.[22]   However, we conclude that the method

---

[21] As a check on the reasonableness of this valuation, the special master appeared to accept Cowhey's $9,090,000,000 computation of the fair market value of Wellington as a whole, see note 18, supra, and calculated that under art. XVIII of the partnership agreement, the husband would receive a one per cent distribution on gross profit in the event of a sale of Wellington.   Thus, he projected that the husband's partnership interest would be worth approximately $90,000,000 under a market rate formula.

[22] For instance, the special master carefully considered the report of the wife's expert, and, as may have been appropriate, adjusted numerous projections downward.   He thoughtfully accounted for the current decline in the securities market, and rejected the presumption of wife's expert that the outlying years of 2006 to 2008, where a bubble in the securities market helped inflate the economy, marked the most representative historical period to predict husband's future partnership distributions.

used by the special master, and accepted without modification by the judge, was clearly erroneous in two significant respects. Thus, the projected value was "materially at odds with the totality of the circumstances." See Bernier, supra at 785. For the reasons discussed below, we must remand the case for a recalculation of the present value of the husband's Wellington partnership interest.

First, as noted above, the special master decided to use the direct capitalization of income method. This method is the preferred accounting formula for valuing corporations, stocks, and other similar interests. It is appropriate for the valuation of interests in corporations, in particular, because the formula presumes the perpetuity of a future income stream, and corporations are defined, in part, by their infinite existence. S.P. Pratt, R.F. Reilly, & R.P. Schweihs, Valuing Small Businesses and Professional Practices 257 (3d ed. 1998). See Associated Indus. of Mass. v. Attorney Gen., 418 Mass. 279, 285 (1994) (noting corporations enjoy advantages under law such as limited liability and perpetual life). It was, however, error to use that method in this case because the husband's Wellington partnership interest was delimited by a finite period of cash flow. The Wellington partnership interest, as defined by the special master, had two components: the annual stream of art. XII(f) distributions for the fourteen years prior to his expected retirement in 2022, and the amount of his art. XIV withdrawal payment. With respect to the husband's art. XII(f) profit distribution, it effectively ceases when he leaves the partnership. See G. L. c. 108A, § 24. Because the use of the direct capitalization of income method presumes perpetuity of

income, and does not account for the finite fourteen-year period
of cash flow, the special master's formula, as adopted by the
judge, may have overvalued the husband's Wellington partnership
interest.  See S.P. Pratt & A.V. Niculita, Valuing a Business:
The Analysis and Appraisal of Closely Held Companies 177 (5th ed.
2008); S.P. Pratt, R.F. Reilly, & R.P. Schweihs, Valuing Small
Businesses and Professional Practices, supra at 213, 257-258.
The special master should have elected to employ some variant of
the discounted cash flow method, which discounts each discrete
year's income stream, and thereby more accurately reduces a
finite period of future cash-flow to present valuation.[23]  See
id.

Second, the special master appears to have committed clear
error in accepting, unmodified, the present value of the art. XIV
withdrawal payment suggested by the wife's expert.  The special
master had authority to "accept one reasonable [expert] opinion
and reject" others.  Fechtor v. Fechtor, 26 Mass. App. Ct. 859,
863 (1989).  However, in projecting the husband's future art.
XII(f) distributions, the special master expressly rejected
several assumptions made by the wife's expert, and, in turn,
adjusted downward several variables that the expert used to reach
a present value of that component of the Wellington partnership
interest.  Nonetheless, later in his report, the special master
accepted, without any adjustment, the computation of the present
value of the art. XIV withdrawal payment determined by the wife's
expert that incorporated many of the same variables and

---

[23] In other words, the present value of an infinite cash
flow averaging a set amount is greater than the present value of
that same cash flow limited to a fourteen-year period.

assumptions that the special master had previously rejected as
inaccurate in the context of the art. XII(f) distributions.[24]   On
remand, the judge (or special master) should recalculate the
present value of the husband's Wellington partnership interest,
applying consistent figures to the same variables in the formulas
assessing the values of both the art. XII(f) distributions and
the art. XIV withdrawal payments (for instance, applying the same
growth factor if both formulas call for inputting that same
variable).

As a final matter, we take note of the husband's argument
that the special master incorrectly tax affected the Wellington
partnership interest by deducting 20.3 per cent to reflect the
combined Federal and Massachusetts capital gains tax rates.   The
special master was certainly correct to tax affect the transfer
of the wife's portion of the present value of the partnership
interest.   See Bernier, supra at 790 (requiring fair mechanism
"for accounting for the tax consequences of the transfer of
ownership . . . from one spouse to the other").   Under the
Internal Revenue Code, partnerships, such as Wellington, are
pass-through entities, and as such, individual partners are

---

[24] For instance, the special master adjusted from four per
cent to three per cent the growth rate that the wife's expert
applied to Wellington's NAI, and consequently, husband's
estimated art. XII(f) distributions paid from NAI.   See ante at
–    .   The special master also calculated future art. XII(f)
distributions using not, as suggested by the wife's expert, the
most recent years (2006-2008) as representative, but instead all
years since the husband became a partner, including several early
years where the husband's distributions were comparatively small.
Similarly, in computing the present value of the husband's art.
XIV withdrawal payment, the wife's expert again applied a four
per cent growth rate, and, this time, projected Wellington's
future NAI in the years husband would earn withdrawal payments,
by assuming that the partnership would continue to earn profits
commensurate with the year 2007, which was, as noted by the
husband, historically profitable.

"liable for income tax only in their separate or individual capacities."  26 U.S.C. § 701 (2006).  In determining a partner's income tax, the partner must individually account for statutorily enumerated items, such as partnership income, gains, and losses that, in total, make up his or her "distributive share of the partnership[]."  26 U.S.C. § 702(a) (2006).  The character of all items constituting the partner's distributive share is determined as if each item "were realized directly from the source from which realized by the partnership, or incurred in the same manner as incurred by the partnership."  Id. at § 702(b).  Therefore, distributions from a partnership are not uniformly subjected to either an ordinary income tax rate or a capital gains tax rate, but are itemized, with each item treated appropriately for tax purposes.  See Internal Revenue Service Publication No. 541 (rev. April 2008).

In his report, the wife's expert treated the art. XII(f) distributions and art. XIV withdrawal payments as separate classes of income for tax purposes.  He tax affected the future art. XII(f) distributions at 31.5 per cent, the effective income tax rate for the three representative years in his model.  For the art. XIV withdrawal payment, the wife's expert applied the highest marginal tax rate of 38.5 per cent, assuming the payout would be classified under the United States tax code as "guaranteed payments."  The husband's expert, who only analyzed the tax effects of the art XIV withdrawal payment, applied a forty per cent deduction to approximate the combined Federal and Massachusetts income tax rates.

It is not necessarily error that the special master tax affected at a rate different from the rates advanced by both

experts.  See Fechtor v. Fechtor, supra at 863 (allowing judge to
reject expert opinion altogether and arrive at a valuation on
other evidence).  However, in rejecting the opinion of both
experts as to the applicable tax rates, the special master and
the judge were still obligated to provide a reasonable
explanation, and here, they "failed to offer a cogent explanation
of [their] choice."  Bernier, supra at 787.  The husband's
argument on this point is conclusory, and provides little
guidance.  Nonetheless, it is not clear from the special master's
brief treatment of the issue, (1) why he applied a combined
capital gains tax rate in lieu of the effective income tax rates
suggested by both the husband's and the wife's experts, or some
amalgamation of all applicable rates, as this court ordered in
Bernier, supra at 787-790, in the context of the transfer of an
interest in a close corporation; and (2) why he applied the
combined capital gains tax rate to both the anticipated art.
XII(f) distributions, and the art. XIV withdrawal payment, when,
at least in the opinion of the wife's expert, the two sources of
income would be classified differently under the Internal Revenue
Code.  On remand, the judge should provide a clearer explanation
of which rates are applicable in tax affecting this transfer of a
share of the present value of the husband's Wellington
partnership interest to the wife.[25]  See Bernier, supra at 787;
Fechtor v. Fechtor, supra.

　　iii.  Postseparation contribution.  The husband argues that
the wife made negligible, and negative, contributions to the

---

[25] Based on the totality of the circumstances, we do not
suggest that applying a combined capital gains tax rate clearly
produces an arbitrary result, but simply that the judge should
provide a more detailed explanation.

marital enterprise after the cohabitation period ended and the
parties separated in February, 2006.  Here, the husband argues
that the record "discloses no sacrifices or challenging
circumstances during the litigation period that balances the
burden on [the husband] of working every day."  He claims his own
wealth transformed the wife into a "suddenly rich woman," with a
"full-time staff of nannies and servants."  He further alleges
that the wife's counsel attempted "to diminish [the husband] in
the eyes of his employer's decision-makers" by asking questions
about the husband's relationship with his cousin in depositions
of Wellington managers.  Therefore, he argues, because the judge
exercised his discretion to consider the contributory factors
listed in § 34, he must consider this "negative" postseparation
conduct, and, in turn, reduce the wife's share of the estate.
See Savides v. Savides, 400 Mass. 250, 253 (1987) ("In
considering the increase in value of property after separation,
it was not error for the judge to exclude the wife's
participation in that increase where she made no contribution to
the marriage after that time and the increase in value was solely
attributable to the husband's efforts").

The husband's denigration of the wife is not a substitute
for a cognizable legal argument.  The tenor and substance of his
argument stands in direct contradiction to our law.  See G. L. c.
208, § 34; deCastro v. deCastro, 415 Mass. 787, 794 (1993).  We
have always emphasized that a court should not apply "the
discarded idea that the wage earner is entitled to most if not
all of the benefits of the paid work."  Id.  That narrow focus is
what the Legislature sought to avoid in § 34.  Id.  "The
marriage-as-partnership concept, embodied in G. L. c. 208, § 34,

42

recognizes that one party often concentrates on the financial side of the family while the other concentrates on homemaking and child care." Id. A judge may consider, as the judge did in this case, the genesis of an asset, but such contributions should not be unduly emphasized to the detriment of the other spouse whose contributions were primarily in the form of homemaking. Zeh v. Zeh, 35 Mass. App. Ct. 260, 266 (1993). Section 34 "must be read to apply in a broad sense to the value of all contributions of the respective spouses towards the marital enterprise." Putnam v. Putnam, 5 Mass. App. Ct. 10, 17 (1977).

Here, the judge diligently made findings on each of the mandatory factors enumerated in § 34, as required. Rice v. Rice, 372 Mass. 398, 402-403 (1977). In addition, the judge's findings clearly stated the rationale for the equal property division. The judge found that the wife's "prolonged absence from the workforce would hinder her employability," and more importantly, although this was a mid-length marriage that could conceivably warrant less-than-equal division of property, the wife would "continue to have child-care and custodial parenting responsibilities of the four minor children for several years into the future." The judge also exercised his discretion to weigh spousal contributions to the marital enterprise, both financially and in homemaking, and recited many of the wife's significant contributions to child care, maintenance of property, financial management, and ministerial work, both during cohabitation and after separation. He specifically found that the deposition questions concerning the husband's affair with his cousin were relevant and calculated to lead toward discoverable evidence, as is, of course, correct. The husband's argument is

without merit.  The equal division of property is well supported, and by no means "plainly wrong and excessive."  Redding v. Redding, 398 Mass. 102, 107 (1986), and cases cited.

     iv.  Bifurcation.  The husband argues the denial of his motion to bifurcate the trial, which would have allowed an immediate judgment of divorce prior to resolution of the division of the marital estate, was a reversible error.  He claims that denial of his motion cost him millions of dollars in income to which he would have solely been entitled had the marital partnership been dissolved in 2006, when he filed the motion to bifurcate, and the judge found the marriage irretrievably broken down.  The decision to bifurcate is one within the sound discretion of the judge.  Dobos v. Driscoll, 404 Mass. 634, 644-645, cert. denied sub nom. Kehoe v. Dobos, 493 U.S. 850 (1989) ("Driscoll points to no case in this Commonwealth in which the decision of a judge not to bifurcate a civil proceeding has been the ground for reversal.  Furthermore, Driscoll has cited no such reversal by any other jurisdiction").  The husband points to no error of law or abuse of discretion, other than an outcome he disliked.

     b.  Tax burdens.  The husband argues that the divorce judgment misallocated the tax burdens, and places all liability on him for deferred Federal and State taxes on income he received from Wellington, and then shared with the wife.  He claims that the judge "ignored" the issue of taxes.  This argument is advanced in one sentence and one footnote in his brief.  It is not a reasoned legal argument, and the citations are inadequate to provide the required factual support in the record to elucidate how specifically he claims the judge erred.  The bald

44

assertion that the judge "ignored" the assignment of liability, as § 34 requires, is demonstrably incorrect. See G. L. c. 208, § 34 (judge "shall consider . . . liabilities and needs of each of the parties"). The judge expressly provided: "Each party is responsible for his or her respective liabilities as reported on his and her Financial Statements." We conclude that the husband's abbreviated and conclusory claim does not rise to the level of an appellate argument as defined by Mass. R. A. P. 16 (a) (4), as amended, 367 Mass. 921 (1975). Therefore, we do not consider it.

c.   Child custody and support.   The husband claims that we must remand for the judge to reconsider the issue of child custody.  The husband's pretrial motion for shared physical custody was denied, and the issue was reserved for trial.  This motion came after the husband stipulated that the children's primary residence would be with the wife.  Regardless of the stipulation, the trial judge examined the issue of custody, contrary to the husband's conclusory assertion that he "refused erroneously to consider or try shared physical custody."  The judge awarded joint legal custody, but found it in the "best interests of the parties' children to reside primarily with [the wife], who has been the primary caregiver throughout the marriage."

In any proceeding involving custody of a child, "as matter of law and as matter of humanity," Hersey v. Hersey, 271 Mass. 545, 555 (1930), the governing principle guiding a judge's decision-making is to ensure custody rests with the parent who will promote the "child's best interests."  Custody of Kali, 439 Mass. 834, 845 (2003), quoting Rosenberg v. Merida, 428 Mass.

45

182, 191 (1998).  Here, the judge made numerous subsidiary
findings that strongly supported his conclusion that awarding
sole physical custody to the wife was in the best interests of
the children.

The husband also attacks the propriety of the judge's
imposition of $27,100 per week ($116,530 per month) in child
support obligations.  He argues that the judge should have
required the wife to share in the costs of child support.
Otherwise, he claims, the child support is "tax-free alimony in
disguise."  While the husband's argument lacks clarity or further
support, our analysis reveals no error in the award of child
support.

By statute, Massachusetts fixes child support guidelines.
"Where a noncustodial parent's income level exceeds the
children's basic needs, the minimum amount provided in the
guidelines is presumptively correct, and the court may deviate
upwards in the amount warranted by the circumstances."  Pearson
v. Pearson, 52 Mass. App. Ct. 156, 160 (2001), citing J.C. v.
E.M., 36 Mass. App. Ct. 446, 450 & n.6 (1994).  A child's "needs
are to be defined, at least in part, by their parents' standard
of living and . . . children are entitled to participate in the
noncustodial parent's higher standard of living when available
resources permit."  Brooks v. Piela, 61 Mass. App. Ct. 731, 737
(2004), citing Department of Revenue v. Mason M., 439 Mass. 665,
677 (2003).  Thus, the large sum awarded by the judge was not
unreasonable or an abuse of his discretion.

Massachusetts has also looked with disfavor at so-called
"double dipping," a term used to describe "the seeming injustice
that occurs when property is awarded to one spouse in an

46

equitable distribution of marital assets and is then also
considered as a source of income for purposes of imposing support
obligations." Adlakha, supra at 865 (2006), quoting Champion v.
Champion, 54 Mass. App. Ct. 215, 219 (2002).  However, we decline
to disturb an award of child support for inequitable "double
dipping" where it is possible to "identify separate portions of a
given asset of a divorcing spouse as the separate bases of the
property assignment and any alimony or support obligations."
Dalessio v. Dalessio, 409 Mass. 821, 828 (1991).

Here, it is possible for us to identify the separate sources
of the husband's income being paid to equitable distribution and
to child support.  The judge, and derivatively the special
master, excluded the husband's art. XII(b) salary and incentive
compensation when capitalizing his projected share of the
Wellington partnership profits for the purposes of present
valuation (including only the art. XII(f) distribution and the
art. XIV withdrawal payment).  Thus, the source of the equitable
distribution is distinct from the millions of dollars in expected
art. XII(b) compensation payments attributable to the support
obligations.  Therefore, there was nothing improper in including
the Wellington partnership interest in the marital estate, and
then counting the remainder of its excluded income for child
support purposes.[26]  Id.

3.  Conclusion.  We vacate that portion of the judgment in
the divorce action presently valuing the husband's Wellington

_____

[26] The husband's art. XII(b) compensation has been as low as
$45,262 and as high as $21,088,221 since he joined the
partnership in 1993.  We acknowledge this variability.  If his
obligations prove too burdensome in the future, an award of child
support, unlike the equitable distribution of the marital estate,
may be modified.  G. L. c. 208, § 37.

47

partnership interest at $80,956,975, and remand for further
proceedings directed solely at valuing that interest consistent
with this opinion.  In all other respects, the judgment of
divorce is affirmed.

<u>So ordered</u>.

IRELAND, J. (concurring in part and dissenting in part, with whom Spina, J. joins).  I concur in the result and agree fully with the reasons stated in the court's opinion for reaching the result.  I share Justice Spina's concern, however, that the impoundment issue has not been resolved correctly.

When we released this opinion initially we did not address the impoundment issue.  That was an oversight that was quickly brought to our attention by the partnership's counsel.  We decided that the best course was to withdraw the opinion immediately and until we resolved the matter.  We then solicited the parties' views and the partnership's view on whether the order of impoundment should remain intact.  The court has now concluded that the impoundment order should be vacated to the extent of making public the financial details contained in the opinion, while leaving the rest of the record impounded.  Ante at         .

I would have left the impoundment order intact.  The impoundment -- which was preceded in the trial court by a comprehensive protective order agreed to by both sides and the partnership, covering much of the same material -- was approved by a judge in the Probate and Family Court on motion of the partnership, supported by a lengthy and very detailed affidavit.  The partnership made a strong case for the protection of its information.  The partnership reasonably relied on the order.  The case was tried as an impounded case.  The clerk of this court then properly carried the impoundment forward on appeal, and the case file was closed from public inspection.  See S.J.C. Rule 1:15, § 2 (b), as appearing in 401 Mass. 1301 (1988).  The parties also treated the case as impounded on appeal:  they

2

clearly indicated on their briefs that this was an "Impounded Case"; and at oral argument their counsel were careful not to refer to the parties or the partnership by name. See id. at § 2 (c). The propriety of the impoundment was not an issue raised by either party on appeal. No one else was challenging the order or asking that it be vacated in whole or in part. I do not think it is fair to the partnership for the court in these circumstances to vacate the order on its own initiative.

I recognize that the impoundment order was not perfect. It appears to have been issued without express findings of good cause, and it was broader than strictly necessary to protect the partnership's information. Reasonable minds can differ as to the specific infirmities, but I do not think the order was so egregious that we needed to reach out affirmatively and lift it on our own. In the spirit of what was intended, we could have and should have found alternative ways to deal with the imperfections. If we were concerned about the absence of express findings, we could have remanded the impoundment aspect of the case to the probate judge who issued the impoundment order, for him to make the necessary findings. We could have used pseudonyms for the parties and the partnership or, as Justice Spina appropriately suggests, we could have had a full discussion of the issues on appeal without revealing impounded details. Post at  -  (Spina, J. concurring in part and dissenting in part). We also could have included in the opinion cautionary language for litigants, attorneys, and judges in future cases, stressing the need for them to comply with the letter and spirit of the rules on impoundment; reminding them that overbroad impoundments are subject to challenge; and warning

3

them that such impoundments might even be revised by the court on its own initiative. I would not have thought it necessary, however, to do on our own in this particular case what no party or interested third person was asking us to do: undo the impoundment. The court's approach in lifting the impoundment on its own, at such a late stage in the proceeding, is unnecessarily harsh in my view and unnecessarily exposes some of the partnership's sensitive (heretofore impounded) financial information.

Given the court's ruling, it may make sense for our rules committee to reexamine the rule on impounded appeals, S.J.C. Rule 1:15. I am concerned that the rule as it is currently written may give parties and nonparties who have obtained impoundment orders in the trial court a false sense of assurance that the impoundment will be honored by the appellate court if it is not being challenged. Perhaps the rule should be changed to require one who has obtained an impoundment order in the trial court to apply anew to the appellate court for impoundment of the appeal. At a bare minimum, the existing rule should be amended to make it more clear that the appellate court can vacate an impoundment on its own initiative at any point during the appellate process, after giving those involved an opportunity to be heard, as was done here.

As for this particular case, the unfortunate timing of the initial release of the opinion was, as it turns out, inconsequential. Had the court addressed the impoundment issue in the opinion initially, as we should have done, the outcome (in terms of vacating the impoundment to the limited extent of what has been said in the opinion) would have been the same, given the

4

court's view.

SPINA, J. (concurring in part and dissenting in part, with whom Ireland, J., joins).  The only aspect of the court's opinion with which I disagree is the question of impoundment.  While the Probate and Family Court judge's order impounding the entire case was overbroad, I would not have disturbed that order because no party raised the issue on appeal, and no third person has sought leave to intervene seeking access to the record in this case. See Rule 10 of the Uniform Rules on Impoundment Procedure 875 (LexisNexis 2010-2011) ("A party or any interested third person . . . may, by motion supported by affidavit, seek to modify or terminate an order of impoundment").  Impoundment is an interlocutory order.  See Republican Co. v. Appeals Court, 442 Mass. 218, 223-224 (2004).  As such, it is open to challenge at any time, whether that be here, when the case is on appeal, or in the trial court at any other time.  There has been no challenge to the impoundment order.

The materials that originally were sought to be impounded were provided during the discovery phase of this case. Generally, such materials are not judicial records and may be impounded per se.  See Seattle Times Co. v. Rhinehart, 467 U.S. 20, 30 (1984).  Massachusetts applies the factors set forth in Mass. R. Civ. P. 26 (c), as amended, 423 Mass. 1401 (1996), which include protection from "annoyance" or "embarrassment," to these materials.  See Rule 1 of the Uniform Rules on Impoundment Procedure, supra at 872.  If impounded materials are used at trial, they become judicial records to which the public has a strong common-law right of access.  Such records may be impounded "for good cause."  Rule 7 of the Uniform Rules on Impoundment Procedure, supra at 874.

Third parties who are not before the court and who are not responsible for the initiation of the underlying litigation may have privacy rights sufficiently compelling to justify impoundment of their financial records and their identity.  See In re Knoxville News-Sentinel Co., 723 F.2d 470, 477-478 (6th Cir. 1983).  See also In re Application of Newsday, Inc., 895 F.2d 74 (2d Cir.), cert. denied sub nom. Gardner v. Newsday, Inc., 496 U.S. 931 (1990).  The husband's employer has such rights.

In this case, the husband's employer filed a motion for impoundment supported by affidavit.[1]  The employer indicated it is a private company that has a financial relationship with its partners that is strictly confidential and unavailable to the public.  It further stated that maintaining this confidentiality, as well as the confidentiality of its financial information, its compensation and benefits structure, and its financial relationship with its partners, including the husband, is critical to its success as a business, its recruitment strategies, and gives it a competitive advantage over its publicly traded competitors.  It also indicated that its partners, except the managing partners, do not know the levels of compensation of other partners, which is essential to the maintenance of internal collegiality and meritocracy.  The court appears to recognize the validity of the employer's claims because it did not vacate the entire impoundment order.  Instead, it lifted the order as to information it considers "necessary to

---

[1] The employer also had submitted a proposed order of impoundment of confidential documents and confidential information.  The judge did not sign the proposed order, but instead impounded the entire case.

3

the resolution in the case." <u>Ante</u> at   -   n.1.

The court's opinion in this case does not depend on a discussion of specific financial figures, or, for that matter, disclosure of specific details of the employer's partnership agreement.  Much of this information could have been circumvented without affecting the quality of the opinion.  The latter category is particularly troublesome because it is that information, namely, the method by which a partner's income is calculated, which lies at the heart of the employer's privacy interest.  The order vacating the impoundment order not only has a profound impact on the employer's business model of keeping partner finances confidential, but it will likely have adverse effects on the employer's competitive advantage over publicly traded rivals, recruitment of new employees, and collegiality and meritocracy of the partnership.  The court's discussion of specific valuation of the employer itself, for purposes of a divorce case, is unnecessary in this case, and it may pose serious consequences to the employer's business, as well as the security of its employees and their families.  This is particularly questionable where we have said that the methodology used to determine valuation and adopted by the judge was clearly erroneous.  <u>Ante</u> at   -   .

The employer has, in my view, a significant privacy interest in this information that outweighs the public's interest in its inspection.  It is, essentially, an innocent nonparty with a reputation to protect, and it is difficult to imagine a more compelling case.  Through no fault of its own, it has been denied several options, including termination of the husband's interest in the company, in order to prevent disclosure.  I would not have

4

vacated the impoundment order, disclosed any financial figures, or disclosed terms of the partnership agreement (except generally), or disclosed the name of the husband's employer.   I respectfully dissent from that aspect of the court's decision.

# APPENDIX H

# Investment firm's secrets slip out

**By Steven Syre**

**Globe Columnist** / **February 11, 2011**

If it hadn't been for a strange turn of events at the state's highest court, sensitive details about the vast wealth of secretive Boston investment firm Wellington Management Co. might have never seen the light of day.

But for about three hours yesterday, information about the Wellington partnership was posted online, cited in a court decision in a long-running divorce case between well-known hedge fund manager Nicholas Adams and his wife, Nancy. The lengthy written decision from the Supreme Judicial Court incorporated many well-guarded financial facts about the company that manages more than $600 billion.

Among the revelations: One estimate put the business's worth at $9 billion. And some of the 100 or so partnerships in the firm may be worth more than $80 million each.

Then, without explanation, the high court withdrew its decision and pulled the document off the Internet. The court docket indicates the case files have been impounded. However, a half-hour video of lawyers Alan Dershowitz and Joel Kozol arguing for their respective clients before the SJC remained available online, providing still more bits of information.

Dershowitz was representing Nicholas Adams in his appeal of a probate court assessment that he said valued Nancy Adams's share of the marital estate at about $120 million. Matthew Kozol, a lawyer for the money manager's wife, called that one of the largest divorce court decisions ever in Massachusetts.

The $9 billion estimate of Wellington's worth came from an expert working for Nancy Adams. By comparison, privately owned giant Fidelity Investments is thought to be worth between $30 billion and $40 billion.

Wellington has grown dramatically while trying not to draw attention to itself over the past decade, often managing billions for better-known companies such as Vanguard Group and The Hartford Financial Services Group. Overall, it acts as financial adviser to 1,900 institutional clients in 50 countries.

Investment firms tend to shun the limelight, but Wellington is in an entirely different league. The old-line firm, founded in 1928, doesn't hold public events and never comments for stories about its business. It doesn't publish annual reports or disclose partnership profits. Predictably, a spokeswoman declined to comment about the information on Wellington contained in the Adams court case.

The Adams court papers go into detail about how Wellington pays its partners, both while at the firm and for as long as a decade after they leave. Some compensation is based on measurable investment performance, but millions in pay also depends on the subjective views of a three-member panel of partners. It decides how big a slice of Wellington's profit each partner has earned in a given year.

An independent special master appointed by the probate court, retired judge Rudolph Kass, had appraised Nicholas Adams's partnership interest at $81 million, although the court said it wanted that figure recalculated.

Adams, who managed more than $2 billion in hedge funds and other investments for Wellington at the time of the divorce filing, earned more than $46 million in 2008, based on his investment results from the previous year. It appeared to be the most Adams had earned since

becoming a Wellington partner in 1993.

Like other partners, a relatively small amount of Adams's total compensation is from his base pay — just $300,000 in 2008. Hedge fund mangers also earn a percentage of the fees Wellington charges investors. In his case, that incentive compensation ranged from $45,262 in 2000 to more than $20 million in 2008.

This compensation can vary a great deal from year to year because it is based on the actual performance of Wellington investments. Hedge fund managers can earn millions — or nothing — in a given year.

Adams also earned more money as a partner in two ways, based on the firm's overall profits. The most important thing to know is that each partner is allocated a share of those profits based on a series of intangibles: Did the partner offer the firm valuable advice? Is he or she a big star who attracts business to Wellington?

Adams received an average of about 3 percent of Wellington profits during his years as a partner, according to the high court's withdrawn decision. In 1993, his share amounted to $135,403. By 2008 it had grown to more than $26 million.

The millions made by Wellington's partners certainly sound shocking, but they amount to relatively small change compared to the billions earned by some of the hedge fund industry's highest fliers.

Wellington's compensation almost seems conservative by the gaudiest Wall Street standards. Nonetheless those numbers are the last facts Wellington would ever want you to learn.

Steve Syre is a Globe columnist. He can be reached at syre@globe.com.

© Copyright 2011 Globe Newspaper Company.

# APPENDIX I



# Institutional Investor

**Amy Whyte**

RESEARCH

# America's Most Lucrative Portfolio Management Jobs

II's second annual All-America Buy-Side Compensation report breaks down how much U.S. portfolio managers expect to earn this year.

November 08, 2018  ·  From **All-America Buy-Side Compensation 2018 ranking**



Illustration by II

Depending on where one works, total annual compensation for a portfolio manager in America can reach well into the seven figures.

The most lucrative gigs can be found at hedge funds, of course. But employees at mutual funds and investment advisory firms reported sizable paychecks of their own in *Institutional Investor*'s second annual All-America Buy-Side Compensation survey.

For instance, the average mutual fund portfolio manager expected to earn $1.37 million this year — just shy of the $1.42 million reported by their hedge fund counterparts. Last year, mutual fund portfolio managers said they earned $938,955 on average, all in.

[*II* Deep Dive: Here's What Hedge Fund Managers Will Earn This Year]

Among the best-paying firms were mutual funds managing between $10 billion and $30 billion. Portfolio managers in this category expected to earn an average of $1.59 million in

total 2018 compensation, including $1.36 million in bonuses, options, and commissions.

SPONSORED

### Fireside Chat: A Better Alternative to Hedge Fund Replication

That same AUM bracket also proved the most lucrative in wealth management. Portfolio managers at these investment advisory firms earned an average of $1.13 million in total, with base pay of $480,716.

Even in the lowest-paying AUM bracket — advisory firms running $500 million to $1 billion — portfolio managers reported total compensation of $448,311 on average. Overall, wealth management PMs anticipated $805,583 in total compensation for 2018, up from $527,163 last year.

*II* also surveyed research analysts and investment professionals with dual roles as PMs and analysts.

Outside of hedge funds, the best-paying jobs for buy-side analysts were at the largest mutual funds (defined as upwards of $75 billion). Analysts at such giants reported average income of $455,308, including $192,359 in base pay. Overall, the typical mutual fund analyst expected to make $388,675, up slightly from $382,907 last year.

For analysts at investment advisory firms, meanwhile, total compensation averaged $308,967, down from $324,424 in 2017.

Roughly 900 buy-side professionals from hedge funds, mutual funds, and investment advisory firms responded to the survey.

Filed Under:  Rankings

---

**Related Content**

RESEARCH

### Where Does It Pay Most to Be a Hedge Fund Manager?

**Alicia McElhaney**   May 28, 2018

RESEARCH

### Hedge Fund Paychecks, Revealed

**Amy Whyte**   November 08, 2018

SPONSORED

### Gold's 2020 Ride Explained

**Sponsored by CME Group**   December 28, 2020

---

© 2021 Institutional Investor LLC. All material subject to strictly enforced copyright laws.
Institutional Investor LLC is part of the Euromoney Institutional Investor PLC group.
Please read our Terms and Conditions, Modern Slavery Act Transparency Statement, and Privacy Policy before using the site.

# Institutional Investor

RESEARCH

# All-America Buy-Side Compensation

*Some content in this section is locked. Upgrade your subscription <u>here</u>, to get access to all of the research.*

**Methodology**

The 2018 All-America Buy Side Compensation report measures the average base and variable compensation for Portfolio Managers, Portfolio Manager/Research Analysts, and Research Analysts at the top Hedge Funds, Investment Advisory Firms, and Mutual Funds in North America.

Participants in the survey:

- actively managed U.S. equity assets in 2018;

- disclosed their 2018 base compensation;

- disclosed their expected variable compensation (bonus, commission, options) for 2018; and

- disclosed what they expect to happen to their total compensation over the next 24 months.

- ~900 individuals responded to the survey

Compensation amounts given in currencies other than United States Dollars were converted to USD using the average exchange rates for May 2018.

Definitions:

*Average Compensation*
The average of the reported base and variable compensation figures in USD were calculated for each of the three title groups (Portfolio Managers, Portfolio Manager/Research Analysts, and Research Analysts) for each of the three institution types (Hedge Funds, Investment Advisory Firms, and Mutual Funds) broken out by eight AUM bands.

*Compensation Distribution*
The proportion of the group of individuals with a given title at a given institution type whose given base and variable compensation falls within each of the dollar amount ranges is calculated within each AUM band.

*Expected Change in Compensation*
The proportion of the group of individuals with a given title at a given institution type that gave each answer type is calculated within each AUM band.

**Overview**

**Compensation by Institution Type & AUM**

    Investment Advisory

    Mutual Funds

**Variable Compensation: Investment Advisory**

    Portfolio Manager

    Portfolio Manager/Research Analyst

    Research Analyst

**Variable Compensation: Mutual Funds**

    Portfolio Manager

    Portfolio Manager/Research Analyst

    Research Analyst

**Base Compensation: Investment Advisory**

    Portfolio Manager

    Portfolio Manager/Research Analyst

    Research Analyst

**Base Compensation: Mutual Funds**

    Portfolio Manager

    Portfolio Manager/Research Analyst

    Research Analyst

**Expected Change: Investment Advisory**

    Portfolio Manager

    Portfolio Manager/Research Analyst

    Research Analyst

**Expected Change: Mutual Funds**

    Portfolio Manager

    Portfolio Manager/Research Analyst

    Research Analyst

**Methodology**

**Full Article**

© 2021 Institutional Investor LLC. All material subject to strictly enforced copyright laws.
Institutional Investor LLC is part of the Euromoney Institutional Investor PLC group.
Please read our Terms and Conditions, Modern Slavery Act Transparency Statement, and Privacy Policy before using the site.

# All-America Buy-Side Compensation

*Some content in this section is locked. Upgrade your subscription <u>here</u>, to get access to all of the research.*

## Mutual Funds

| AUM | Portfolio Manager | | Portfolio Manager/Research Analyst | | Research Analyst | |
|---|---|---|---|---|---|---|
| | Base Comp | Variable Comp | Base Comp | Variable Comp | Base Comp | Variable Comp |
| Less than $10 billion | - | - | $198,750 | $242,500 | $112,802 | $116,68 |
| $10 billion to $29.99 billion | $229,574 | $1,356,329 | $155,898 | $208,774 | $164,609 | $160,51 |
| $30 billion to $74.99 billion | $255,000 | $855,000 | $237,763 | $300,084 | $164,882 | $251,08 |
| $75 billion or greater | $262,083 | $1,108,333 | $271,250 | $508,125 | $192,359 | $262,94 |
| OVERALL | $251,424 | $1,118,150 | $223,713 | $332,904 | $169,333 | $219,34 |

Rows per page: 25    1-5 of 5

# APPENDIX J

# Institutional Investor



**Julie Segal**

RESEARCH

## The Most Lucrative Portfolio Management Jobs in Asia

The largest mutual fund firms paid portfolio managers nearly $4 million in total average compensation last year, according to the first-annual All-Asia Buy-Side Compensation Report.

May 28, 2018   ·   From **All-Asia Buy-Side Compensation 2018 ranking**



Illustration by II

Portfolio managers in Asia may want to think hard about the size of their employers' asset base.

Mutual fund managers at firms that oversaw $10 billion or greater earned an average of almost $1,330,000 as their base pay last year, and nearly $2,542,000 in variable compensation, according to *Institutional Investor*'s 2018 All-Asia Buy-Side Compensation Report.

But if they had been employed at a firm that oversaw less than $10 billion, their average total compensation would have been a tiny fraction of that figure. Equity portfolio managers at firms with between $5 billion and $10 billion in assets earned an average of $102,000 in base salary and bonus pay of almost $128,000.

It's not a straight shot down. For firms that managed between $2.5 and $5 billion, pay crept up a bit: Portfolio managers earned more than $187,000 in base pay on average and another $252,000 in variable compensation.

$232,000 in variable compensation."

[*II* Deep Dive: Here's What Hedge Fund Managers Will Earn in 2017]

SPONSORED

**Vista Equity Partners:
How Diversity,
Equity, and Inclusion
Minimizes Risk
and Maximizes
Portfolio Value**

*II*'s first-annual Asian compensation study gathered data from 500 employees at Asia-based hedge funds, mutual funds, and investment advisory firms who reported their 2017 pay and what they expected to earn in variable compensation, including bonus, commissions, and options. Respondents also reported their expectations for their total compensation over the next two years.

While Asian portfolio managers were the highest paid at the largest mutual fund firms, the research analysts with the largest paychecks worked for firms with between $2.5 billion and $5 billion in assets. At that size, a research analyst earned an average of about $123,000 in base pay and almost $139,000 in variable compensation. Analysts at the largest firms, meanwhile, had an average base salary of just under $97,000 and variable pay of $52,000. That's on par with the smallest firms — those with less than $100 million in assets. Analysts at these small firms had total compensation packages of approximately $169,000 on average.

Size also mattered for portfolio managers at Asian investment advisory firms, though managers didn't need to work for the largest companies to bring home the biggest paycheck. According to *II*'s compensation survey, firms with between $500 million and $2.5 billion in assets were the most generous with pay. The lion's share of total pay for firms of this size came in the form of variable compensation. Portfolio managers at firms with assets between $500 million and $1 billion earned an average base salary of about $200,000, but their bonus pay added up to $1,860,000.

Meanwhile, investment advisory firms with assets between $1 billion and $2.5 billion paid an average of $288,000 in base salary and another $2,651,000 in variable compensation. The largest wealth managers — with assets over $10 billion — paid their portfolio managers a base of $329,000 and another $447,000 in variable compensation.

Research analysts' paychecks, however, were clustered in a narrow band. For all firm sizes that the survey covered, base salary ranged from a low of $89,000 in base pay to a high of $134,000. Variable compensation ranged from an low of $54,000 to a high of $190,000. The highest total compensation for a research analyst at an investment advisory firm in Asia reached approximately $300,000. The firms handing out the largest paychecks had assets either in the range of $100 million to $300 million, or between $2.5 and $5 billion.

Filed Under: <u>Rankings</u>

---

**Related Content**

<span style="color:#d05a2e">**RESEARCH**</span>

## Hedge Fund Paychecks, Revealed

**Amy Whyte**      November 08, 2018

<span style="color:#d05a2e">**RESEARCH**</span>

## Here's What Hedge Fund Managers Will Earn This Year

**Amy Whyte**      November 14, 2017

<span style="color:#d05a2e">**SPONSORED**</span>

## Gold's 2020 Ride Explained

**Sponsored by CME Group**      December 28, 2020

---

© 2021 Institutional Investor LLC. All material subject to strictly enforced copyright laws.
Institutional Investor LLC is part of the Euromoney Institutional Investor PLC group.
Please read our Terms and Conditions, Modern Slavery Act Transparency Statement, and Privacy Policy before using the site.

# Institutional Investor

RESEARCH

# All-Asia Buy-Side Compensation

*Some content in this section is locked. Upgrade your subscription* <u>here</u>*, to get access to all of the research.*

## Methodology

The 2018 All-Asia Buy Side Compensation report measures the average base and variable compensation for Portfolio Managers, Portfolio Manager/Research Analysts, and Research Analysts at the top Hedge Funds, Investment Advisory Firms, and Mutual Funds in Asia.

Participants in the survey:

- actively managed Asian equity assets in 2017;

- disclosed their 2017 base compensation;

- disclosed their expected variable compensation (bonus, commission, options) for 2017; and

- disclosed what they expect to happen to their total compensation over the next 24 months.

- ~500 individuals responded to the survey

Compensation amounts given in currencies other than United States Dollars were converted to USD using the average exchange rates for April 2018.

## Definitions:

Average Compensation: The average of the reported base and variable compensation figures in USD were calculated for each of the three title groups (Portfolio Managers, Portfolio Manager/Research Analysts, and Research Analysts) for each of the three institution types (Hedge Funds, Investment Advisory Firms, and Mutual Funds) broken out by eight AUM bands.

Compensation Distribution: The proportion of the group of individuals with a given title at a given institution type whose given base and variable compensation falls within each of the dollar amount ranges is calculated within each AUM band.

Expected Change in Compensation: The proportion of the group of individuals with a given title at a given institution type that gave each answer type is calculated within each AUM band.

**ALL-ASIA BUY-SIDE COMPENSATION**　2018

**Overview**

**Compensation by Institution Type & AUM**

Investment Advisory

Mutual Funds

**Variable Compensation: Investment Advisory**

Portfolio Manager
Portfolio Manager/Research Analyst
Research Analyst

**Variable Compensation: Mutual Funds**

Portfolio Manager
Portfolio Manager/Research Analyst
Research Analyst

**Base Compensation: Investment Advisory**

Portfolio Manager
Portfolio Manager/Research Analyst
Research Analyst

**Base Compensation: Mutual Funds**

Portfolio Manager
Portfolio Manager/Research Analyst
Research Analyst

**Expected Change: Investment Advisory**

Portfolio Manager
Portfolio Manager/Research Analyst
Research Analyst

**Expected Change: Mutual Funds**

Portfolio Manager
Portfolio Manager/Research Analyst
Research Analyst

**Methodology**

**Full Article**

© 2021 Institutional Investor LLC. All material subject to strictly enforced copyright laws.
Institutional Investor LLC is part of the Euromoney Institutional Investor PLC group.
Please read our Terms and Conditions, Modern Slavery Act Transparency Statement, and Privacy Policy before using the site.

# Institutional Investor

RESEARCH

# All-Asia Buy-Side Compensation

*Some content in this section is locked. Upgrade your subscription <u>here</u>, to get access to all of the research.*

## Mutual Funds

| AUM | Portfolio Manager | | Portfolio Manager/Research Analyst | | Research Analyst | |
| | Base Comp | Variable Comp | Base Comp | Variable Comp | Base Comp | Variable Comp |
| --- | --- | --- | --- | --- | --- | --- |
| ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ |
| Less than $100 Million | $57,705 | $67,851 | $26,484 | $39,927 | $128,682 | $40,642 |
| $100 Million to $299.99 Million | $200,000 | $50,000 | $46,071 | $44,327 | $65,267 | $20,388 |
| $300 Million to $499.99 Million | $127,386 | $147,862 | $203,874 | $191,132 | - | - |
| $500 Million to $999.99 Million | $107,569 | $68,299 | $138,298 | $76,175 | $85,601 | $65,213 |
| $1 Billion to $2.49 Billion | $107,087 | $75,093 | $139,010 | $193,660 | $76,603 | $53,848 |
| $2.5 Billion to $4.99 Billion | $187,847 | $252,122 | $138,053 | $199,781 | $123,386 | $138,773 |
| $5 Billion to $9.99 Billion | $102,035 | $127,830 | $114,497 | $58,864 | $79,530 | $44,314 |
| $10 Billion or Greater | $1,329,384 | $2,541,692 | $77,362 | $109,380 | $96,711 | $52,172 |

Rows per page: 25   1-8 of 8   ‹   

**ALL-ASIA BUY-SIDE COMPENSATION** 2018

**Overview**

**Compensation by Institution Type & AUM**

Investment Advisory

Mutual Funds

**Variable Compensation: Investment Advisory**

Portfolio Manager

Portfolio Manager/Research Analyst

Research Analyst

**Variable Compensation: Mutual Funds**

Portfolio Manager

Portfolio Manager/Research Analyst

Research Analyst

**Base Compensation: Investment Advisory**

Portfolio Manager

Portfolio Manager/Research Analyst

Research Analyst

**Base Compensation: Mutual Funds**

Portfolio Manager

Portfolio Manager/Research Analyst

Research Analyst

**Expected Change: Investment Advisory**

Portfolio Manager

Portfolio Manager/Research Analyst

Research Analyst

**Expected Change: Mutual Funds**

Portfolio Manager

Portfolio Manager/Research Analyst

Research Analyst

**Methodology**

**Full Article**

© 2021 Institutional Investor LLC. All material subject to strictly enforced copyright laws.
Institutional Investor LLC is part of the Euromoney Institutional Investor PLC group.
Please read our Terms and Conditions, Modern Slavery Act Transparency Statement, and Privacy Policy before using the site.

# APPENDIX K

## WELLINGTON FUNDS DISTRIBUTORS INC.

Form CRS Customer Relationship Summary

WELLINGTON
MANAGEMENT®

---

### Introduction

Wellington Funds Distributors Inc. (WFD) is a broker-dealer affiliate of Wellington Management Company LLP, a Securities and Exchange Commission (SEC) registered investment adviser (together with its global investment advisory affiliates, Wellington Management).  WFD is registered with the SEC as a broker-dealer and is a member of the Financial Industry Regulatory Authority, Inc. (FINRA) and the Securities Investor Protection Corporation (SIPC).  Investment advisory and brokerage services and fees differ and it is important for you to understand these differences. Free and simple tools are available to research firms and financial professionals at Investor.gov/CRS, which also provides educational materials about broker-dealers, investment advisers, and investing.

### What investment services and advice can you provide me?

WFD provides brokerage services for the limited purpose of offering and recommending investment funds managed  and sponsored by Wellington Management or Wellington Trust Company, NA (collectively, Sponsored Funds), and externally sponsored vehicles (e.g., mutual funds) managed by Wellington Management (Mutual Funds, and with the Sponsored Funds, Wellington Funds) to certain retail investors. WFD offers such services on behalf of its affiliates, Wellington Management and WTC.  WFD does not enter into any contractual or other brokerage arrangement with retail investors.

You should be aware of the following information about our services:

- We offer and recommend only proprietary Sponsored Funds and the Mutual Funds. Furthermore, our Sponsored Funds generally have minimum investment amounts, which may limit your eligibility to invest in certain Sponsored Funds.  Other firms may be able to offer you a broader array of investment options.

- When we offer and recommend our Wellington Funds to retail investors, we do so in a brokerage capacity. Our representatives may also serve in other capacities, including as agents for WTC and Wellington Management and may have incentives to spend time in such capacities.  In such capacities they may offer and recommend other products and services to retail investors. When WFD recommends an investment in a Wellington Fund to you, you or your legal representative will make the ultimate decision regarding whether or not to invest in such Sponsored Fund.

- WFD does not monitor your Wellington Fund investments on an ongoing basis. If you invest in one of our Wellington Funds, you will execute subscription documents through the fund sponsor and become a holder of interests in the applicable Wellington Fund and will not have an account with WFD. Your investment will be administered by the fund sponsor or an unaffiliated third party, not by WFD. A WFD representative may continue to assist in servicing your investment on behalf of the fund sponsor, and may periodically review your investment(s) in order to make further recommendations to you, but he or she will not otherwise monitor your investment or recommend further transactions.

> **Conversation Starter: Given my financial situation, should I choose a brokerage service? Why or why not? How will you choose investments to recommend to me?  What is your relevant experience, including licenses, education and other qualifications? What do these qualifications mean?**

- **For additional information, please see the offering memorandum for the Sponsored Fund, the prospectus and statement of additional information for the Mutual Funds, and the related organizational documents for each applicable fund, provided to you (Fund Documents)., as well as the WFD Form CRS Supplement and references therein.**

### What fees will I pay?

When you invest in one of our Wellington Funds, you will incur the following costs and fees:

- You will pay no commission or other direct fee to WFD in connection with the offerings or recommendations that we make to you; however, you will pay the fees of Sponsored Funds and Mutual Funds, subject to the terms of the respective Fund Documents. WFD also does not receive any placement agent or other direct fee for the placement of Sponsored Funds, and does not receive 12b-1 or other fees for the sale of Mutual Funds.

- Our Wellington Funds pay an investment advisory fee (management fee) to the Wellington Management entity acting as investment adviser to the Wellington Fund (Investment Manager), which is generally deducted from fund assets. The management fee paid varies among Wellington Funds, as a result, the cost associated with one Wellington Fund may be higher or lower than the cost of another. For some Sponsored Funds, the standard fee schedule includes a performance-based fee. Even within the same Sponsored Fund, different clients may have different fee structures. Our Wellington Funds also incur operating expenses, including, as applicable, those related to the provision of custody, accounting, fund administration, audit, tax services, transfer agency, and other services provided by third parties engaged by the fund sponsor.  Each

Wellington Fund deducts some or all of these expenses from fund assets. Wellington Funds also incur transaction costs when they buy and sell securities. As a result of these fees and expenses, WFD may have an incentive to recommend one Wellington Fund over another.

- The fees and costs that you pay and/or compensation that WFD and its affiliates will earn is generally based on the value of your account and not on the execution of a specific transaction.

- For more information about the fees and expenses associated with a particular Wellington Fund please refer to the applicable Fund Documents. You will pay such fees and expenses whether you make or lose money on your investments, and such fees and expenses will reduce any amount of money you make on your investments over time.

> **Conversation Starter:  Help me understand how these fees and costs might affect my investments. If I give you $10,000 to invest, how much will go to fees and costs, and how much will be invested for me?**

- For more information, please see the **Fund Documents**, as well as the **WFD Form CRS Supplement and references therein**.

## What are your legal obligations to me when providing recommendations as my broker-dealer?

## How else does your firm make money and what conflicts of interest do you have?

When we provide you with a recommendation, we have to act in your best interest and not put our interest ahead of yours. At the same time, the way we make money creates some conflicts with your interests. You should understand and ask us about these conflicts because they may affect the recommendations we provide you. Here are some examples to help you understand what this means.

- Wellington Management or WTC receives an asset-based management fee from the Wellington Funds. The more assets you invest, the more fees will be paid to our affiliates. Moreover, WFD and its representatives receive sales based compensation based on a formula related to fee revenues, and as such, is incentivized to encourage you to increase the assets you invest in Wellington Funds.

- Fee levels may vary among and within our Wellington Funds, and WFD receives more compensation from the sale of interests in Wellington Funds that carry a higher management fee. WFD is thus incentivized to recommend the Wellington Fund with a higher management fee.

> **Conversation Starter:  How might your conflicts of interest affect me, and how will you address them?**

- For additional information about these and other conflicts applicable to our business, and how we seek to mitigate these risks, please see the applicable **Fund Documents, WFD Form CRS Supplement and documents referenced therein**.

## How do your financial professionals make money?

WFD representatives involved in the sale of Wellington Funds are eligible to receive sales based compensation based upon a predetermined formula related to anticipated revenues to Wellington Management. They also receive salary and benefits from Wellington Management, and are eligible to receive variable compensation based upon a variety of factors, including overall firm performance, individual performance and their collaboration and contribution to team and firm performance.

## Do you or your financial professionals have legal or disciplinary history?

No. Visit Investor.gov/CRS for a free and simple search tool to research WFD and its financial professionals.

> **Conversation Starter: As a financial professional, do you have any disciplinary history? For what type of conduct?**

## Additional Information

For additional information about our services, please see the applicable **Fund Documents**, as well as the **WFD Important Retail Client Disclosures and documents referenced therein**.  If you would like additional, up-to-date information or a copy of this disclosure, please call (617) 951-5000.

> **Conversation Starter: Who is my primary contact person? Is he or she a representative of an investment adviser or a broker-dealer? Who can I talk to if I have concerns about how this person is treating me?**

WELLINGTON
MANAGEMENT®

# Our Business and Practices

31 MARCH 2021



This document provides information about the qualifications and business practices of Wellington Management Company LLP (WMC), Wellington Management Hong Kong Limited (WM Hong Kong), Wellington Management International Limited (WMIL), Wellington Management Japan Pte Ltd (WM Japan) and Wellington Management Singapore Pte Ltd (WM Singapore), each of which is registered with the US Securities and Exchange Commission (the SEC) as an investment adviser. For these investment advisers, this document serves as Form ADV Part 2A. Collectively, these investment advisers, along with the other subsidiaries of Wellington Management Group LLP, are referred to in this document as "Wellington Management".

**Wellington Management Company LLP***
280 Congress Street
Boston
Massachusetts 02210
USA

222 West Adams
Suite 2100
Chicago
Illinois 60606
USA

4 Radnor Corporate Center
Suite 500
Radnor
Pennsylvania 19087
USA

4 Embarcadero Center
Suite 2610
San Francisco
California 94111
USA

**Wellington Investment Management (Shanghai) Limited****
Unit 822, Level 8, International Finance Center, Tower 2
8 Century Avenue, Pudong District
Shanghai 200120

**Wellington Management Canada ULC****
Exchange Tower
130 King Street West, 18th Floor
Toronto, ON M5V 1E3
Canada

**Wellington Management International Ltd**
Cardinal Place
80 Victoria Street
London SW1E 5JL
UK

**Wellington Management Europe GmbH****
Bockenheimer Landstraße 43 – 47
60325 Frankfurt am Main
Germany

Via Dante, 7
20123 Milan
Italy

**Wellington Management Switzerland GmbH****
Limmatquai 92
8001 Zurich
Switzerland

**Wellington Management Australia Pty Ltd****
Level 17
126 Phillip Street
Sydney NSW 2000
Australia

**Wellington Management Hong Kong Limited**
17F, Two International Finance Centre
8 Finance Street
Central
Hong Kong

**Wellington Management Japan Pte Ltd**
Palace Building 7F
1-1-1 Marunouchi, Chiyoda-ku
Tokyo 100-0005
Japan

**Wellington Management Singapore Pte Ltd**
8 Marina Boulevard, #03-01
Tower 1
Marina Bay Financial Centre
Singapore 018981

www.wellington.com

Please see the Appendix for descriptions of our affiliates. To the extent that WMIL, WM Hong Kong, WM Japan, or WM Singapore provides services to US clients, a list of relevant employees is available upon request.

The information in this document has not been approved or verified by the SEC or by any other securities authority or regulator, and registration with any regulator does not imply a certain level of skill or training. Additional information about each of Wellington Management's registered investment advisers is available on the SEC's website at: www.adviserinfo.sec.gov.
* Wellington Management Company LLP (WMC) is also registered with the US Commodity Futures Trading Commission (CFTC) as a commodity trading advisor (CTA) and serves as a CTA to certain clients including commodity pools operated by registered commodity pool operators.  WMC provides commodity trading advice to all other clients in reliance on exemptions from CTA registration.
** Wellington Investment Management (Shanghai) Limited, Wellington Management Australia Pty Ltd, Wellington Management Canada ULC, Wellington Management Europe GmbH, and Wellington Management Switzerland GmbH are not registered with the SEC as investment advisers.

If you have any questions about the contents of this document, please contact us at info@wellington.com or contact your relationship manager.

©2021 Wellington Management Company LLP. All rights reserved.

Changes to Our Business and Practices

We review our policies and procedures on a regular basis to evaluate their continuing effectiveness. As a result of that process or due to changes in our firm and business, we may amend our policies and procedures and/or this document from time to time. We will describe material changes in this space.

A current version of Our Business and Practices is available upon request.

# A letter from our Chief Executive Officer



**Brendan J. Swords**
Chief Executive Officer

*"The reputation of a thousand years may be determined by the conduct of one hour."*
– Ancient proverb

To our clients:

Forty-one years ago, Wellington Management converted from a publicly traded corporation to a private partnership. This transformative event afforded us the ability to focus our energies and loyalties on serving our clients without the distraction and pressure associated with earnings targets or shareholder expectations.

Becoming a private partnership also allowed us to take a long-term view of all aspects of our business and to develop the fiduciary culture we aspired to build. Our long-term view extends to our client relationships: We seek to understand our clients' challenges and objectives over a longer time horizon and provide investment solutions that meet their needs.

Because we focus exclusively on managing our clients' assets, we avoid many of the conflicts of interest that exist in the financial services industry. Of course, there are potential conflicts of interest in any business. In this document, we try to explain our business and practices to our clients in detail, so that where potential conflicts do exist, our clients understand how we seek to manage them.

This document provides information about our firm's investment processes, investment styles, trading practices, and the various approaches we take to managing the conflicts associated with our business. We believe that this transparency is essential to building relationships of trust and confidence. If you have any questions or would like more information about specific topics after reading this document, please feel free to contact your relationship manager.

Sincerely,

*Brendan J. Swords*

Brendan J. Swords

4

# Table of Contents

A LETTER FROM OUR CHIEF EXECUTIVE OFFICER.........................................................................................4

I. OUR ADVISORY BUSINESS .........................................................................................................................7

    A. AN OVERVIEW OF WELLINGTON MANAGEMENT .................................................................................7
    B. ABOUT OUR INVESTMENT MANAGEMENT SERVICES ..........................................................................7
    C. THE NATURE AND ROLE OF RESEARCH AT OUR FIRM ..........................................................................8
    D. OUR INVESTMENT MODEL ..............................................................................................................10

II. FEES AND COMPENSATION ....................................................................................................................11

III. PERFORMANCE-BASED FEES AND SIDE-BY-SIDE MANAGEMENT ........................................................11

IV. TYPES OF CLIENTS .................................................................................................................................15

V. METHODS OF ANALYSIS, INVESTMENT STRATEGIES, AND RISK OF LOSS ............................................15

    A. INVESTMENT APPROACHES ............................................................................................................15
    B. ESG ...............................................................................................................................................17

VI. DISCIPLINARY INFORMATION ...............................................................................................................17

VII. OTHER FINANCIAL INDUSTRY ACTIVITIES AND AFFILIATIONS ...........................................................17

VIII. CODE OF ETHICS, PARTICIPATION OR INTEREST IN CLIENT TRANSACTIONS, AND PERSONAL TRADING ........18

    A. OUR CODE OF ETHICS .....................................................................................................................18
    B. INVESTMENTS BY OUR PERSONNEL IN PRODUCTS WE MANAGE ......................................................19
    C. POLITICAL CONTRIBUTIONS ............................................................................................................19
    D. DONATIONS TO CHARITIES .............................................................................................................19
    E. OTHER POTENTIAL INTERESTS .........................................................................................................20

IX. BROKERAGE PRACTICES ........................................................................................................................21

    A. HOW WE TRADE LIKE ORDERS .........................................................................................................21
    B. HOW WE HANDLE COMPETING TRADES ..........................................................................................22
    C. OUR BROKERAGE PRACTICES ..........................................................................................................23
    D. HOW WE MANAGE OTHER TRADING-RELATED COSTS .....................................................................28

X. REVIEW OF CLIENT ACCOUNTS ..............................................................................................................28

XI. CLIENT REFERRALS AND OTHER COMPENSATION ................................................................................29

    A. SOLICITATION OF BUSINESS ...........................................................................................................29
    B. OUR RELATIONSHIPS WITH CONSULTING ORGANIZATIONS AND OTHER INTERMEDIARIES ...............29

XII. CUSTODY ..............................................................................................................................................30

XIII. INVESTMENT DISCRETION ..................................................................................................................30

    A. CLIENT GUIDELINES ........................................................................................................................30
    B. LIMITS ON AGGREGATE OWNERSHIP ..............................................................................................30

**XIV. VOTING CLIENT SECURITIES** .................................................................................................................... **31**

**XV. ANCILLARY SERVICES** ............................................................................................................................... **32**

**XVI. OTHER INVESTMENT INFORMATION** ........................................................................................................ **33**

    A. INVESTMENTS IN PRIVATE COMPANIES ........................................................................................... 33

    B. PRICING AND VALUATION ................................................................................................................ 33

    C. RESTRICTIONS ON OUR PRODUCTS AND SERVICES .......................................................................... 34

    D. TECHNOLOGY AND DATA ................................................................................................................. 35

    E. CONTROL OVER USE OF MATERIAL, NON-PUBLIC INFORMATION ..................................................... 36

**XVII. OUR HUMAN RESOURCES POLICIES** ........................................................................................................ **36**

**XVIII. CONFLICTS OF INTEREST** ....................................................................................................................... **37**

**XIX. CLOSING** ................................................................................................................................................. **41**

**APPENDIX:** ...................................................................................................................................................... **42**

**DESCRIPTION OF AFFILIATES** ........................................................................................................................... **42**

# I. Our advisory business

## A. AN OVERVIEW OF WELLINGTON MANAGEMENT

Tracing its roots to 1928, Wellington Management is one of the largest independent investment management firms in the world. With client assets under management totaling approximately US$1.26 trillion as of 31 December 2020 (of which approximately US$1.19 trillion is managed on a discretionary basis), Wellington Management's investment advisory affiliates serve as investment manager for clients in over 50 countries. Wellington Management Group LLP (the Partnership), the parent company for our global organization, is a Massachusetts limited liability partnership. All of the partners are full-time professional members of our firm. No single partner owns or has the right to vote more than 5% of the Partnership's capital.

Because our clients and our personnel are located around the world, we conduct business through a number of affiliated entities licensed to offer services in various jurisdictions and to perform particular business functions. Though legally distinct, our affiliates function as a unified, global business. For example, our investment personnel share research and discuss investment ideas with their colleagues throughout our firm. We believe that our globally integrated model helps us to serve our clients' needs better.

Our affiliates often engage one another to assist in managing client mandates. For example, affiliated personnel often provide research, portfolio management or trading services to a client account. From time to time, investment management, client liaison, account administration and investment monitoring services are delegated to an affiliated entity. When we delegate portfolio management responsibilities for your account to an affiliate, we will notify you and take steps to ensure that the delegation complies with all applicable laws.

Additional information about the entities within our organization can be found in the *Appendix* to this document.

## B. ABOUT OUR INVESTMENT MANAGEMENT SERVICES

Wellington Management offers investment management services for a fee to separate account clients and mutual funds sponsored by unaffiliated parties, as well as to investment vehicles that we sponsor (our Sponsored Funds), including bank maintained collective investment funds, common trust funds, and US and non-US domiciled funds, including hedge funds. Our investment services rely on our extensive independent research and include portfolio management styles and approaches in equities, fixed income securities, currencies and commodities, as well as multi-asset allocation across these categories.

Client accounts are managed in a number of ways: by individual portfolio managers or teams of managers, by a group of research analysts or by a combination of these structures. In some cases, the members of a portfolio management team actively collaborate in managing a client account. In others, each member makes independent investment decisions and will generally manage separate portions of the account as if each were a separate portfolio. Some portfolio managers manage accounts in which they are the sole decision-maker and participate in managing other accounts in which they are one of multiple decision-makers. We refer to all investment personnel who have portfolio management responsibilities for client accounts, whether as the sole portfolio manager or as a member of a portfolio management team, as "portfolio managers" in this document.

Accounts are often customized to meet a client's specific requirements. For example, a particular account may be unable to invest in a particular country, industry or issuer. Initial account guidelines are established by agreement between us and the client and are typically stated in the investment management agreement. From time to time, we may negotiate changes to those guidelines with a client.

We provide investment advice to a limited group of clients on a non-discretionary basis. Those services include securities analysis, asset allocation advice, portfolio risk analysis and specific investment recommendations. We managed client assets on a non-discretionary basis totaling approximately US$63.0 billion, as of 31 December 2020.

In addition, we serve as portfolio manager to certain sponsors of "wrap fee programs" ("SMA Programs") that offer bundled advisory, execution and custodial services to their clients. In these SMA Programs, we are engaged by the sponsor to provide investment management services to clients who select us through the sponsor's platform to manage their assets. Each client is permitted to establish reasonable, individualized investment restrictions that are communicated to us by the sponsor. The sponsor is responsible for establishing the investment objectives and restrictions applicable to each client in the SMA Program and for determining the suitability of the program for the client. We are not responsible for, and do not attempt to determine suitability for any client. We reserve the right, in our discretion, to reject an account referred to us by a sponsor for any reason, including, but not limited to, a potential client's requested investment restrictions. Generally, we manage investment strategies for SMA Programs based on investment strategies that we also manage for institutional accounts and/or mutual fund clients; however, the strategies employed in the SMA Programs are typically managed differently. For example, we may manage an SMA Program strategy to hold fewer securities positions than an institutional client account following the same strategy, or the SMA Program strategy may be subject to position limitations and changes to weightings in existing positions that are not applicable to institutional accounts. Performance of SMA Program accounts will differ to the extent clients impose their own investment restrictions. We use a third-party vendor to adjust trade orders to account for client-imposed investment restrictions. We provide portfolio management services to SMA Programs for a management fee that is paid by the SMA Program sponsor out of the fees the SMA Program sponsor receives from clients whose assets we manage.

SMA Program accounts are traded differently than Institutional accounts. For example, we may not have discretion to effect trades for SMA Program accounts or we may be obligated to effect trades with the program's designated broker-dealer. By contrast, when we manage Institutional separate accounts, we will effect transactions with a variety of broker-dealers. In addition, for SMA Programs we will typically effect trades after we have effected trades for our Institutional accounts trading in the same security, unless we have determined that the SMA Program trading will not adversely impact our institutional account trading.

For more information about our proprietary research, our investment model and the investment approaches we offer to our clients, please see *The nature and role of research at our firm, Our Investment model and Investment approaches* below.

## C. THE NATURE AND ROLE OF RESEARCH AT OUR FIRM

Our investment model rests on our extensive independent research. We have committed substantial resources to the development of groups that approach research from a number of different disciplines, including:

- Multi-asset analysts, who analyze expected returns of various asset classes, countries, industries and market segments;
- Currency analysts, who assess characteristics of global currencies;
- Data scientists, who focus on the use of data analysis in the investment process;
- ESG (Environmental, Social, Corporate Governance) analysts, who assess ESG issues that can impact the long-term success and profitability of a company;
- Factor analysts, who assess factor risks, fundamentals, and return premiums over time;
- Fixed income credit analysts, who assess the credit characteristics of issuers, structures and industries;

- Fixed income market analysts, who analyze broad fixed income market and macro-level investment factors;
- Global industry analysts and research associates, who cover companies within a particular industry or industries;
- Macroanalysts, who provide country and global analysis of macro-level investment factors;
- Quantitative analysts, who assess securities using quantitative methods; and
- Technical analysts, who analyze technical market or security characteristics and their impact on individual securities, commodities and currencies.

The analysts and data scientists referenced above are collectively referred to as "Research Analysts." In addition, our portfolio management teams often include dedicated analysts who evaluate securities and other instruments for suitability based on the team's investment approach.

Our internal research activities are many and varied. We meet directly with company management teams, customers, suppliers, competitors and practitioners. We review extensive amounts of industry, financial and market data, along with publications and periodicals, company filings and related publicly available reports. Our analysts attend industry conferences, academic seminars and trade shows to obtain new perspectives and differentiated insights. We meet with government policymakers and market participants to understand global competitive forces and the market environment in different regions of the world.

We supplement our internal research with external research from sources such as broker/dealers and third-party research firms. These sources typically provide data, research and analysis and may serve as a gauge of market consensus. Together, our internal and external sources of research provide a wealth of raw material for our investment professionals to use in making judgments about the management of client accounts.

Our commitment to research is evident through the breadth and depth of resources

dedicated to the task and through our attitude towards the sharing of research within our firm. Analyst research assists our portfolio managers in making investment decisions and is shared broadly among our investment personnel. Investment ideas flow from portfolio managers to analysts, from analysts to portfolio managers, and among different investment teams. Our goal is to create a marketplace of investment ideas and to foster a robust debate surrounding investment decisions.

Our research teams can and do have overlapping coverage assignments. We do not insist that all of our analysts follow a single process for analyzing or rating stocks, bonds or other investments. We do not attempt to generate a unified investment opinion on any topic and we do not require our portfolio managers to buy or sell investments based solely on the recommendations of research personnel. Instead, we encourage diversity of opinion and diversity of action. A portfolio manager may buy a security with a negative internal fundamental or quantitative recommendation.

Likewise, an analyst may rate a security highly despite the contrary investment views of a portfolio manager and one portfolio manager may sell a security that another portfolio manager is buying.

## Analysts as portfolio managers

Many of our Research Analysts manage money on behalf of clients, typically as part of an analyst team. These analyst-managed portfolios include diversified portfolios covering a wide range of industries that are constructed by aggregating the security selections of a large number of Research Analysts, each of whom focuses on a particular industry, as well as sector portfolios managed by a small number of Research Analysts who specialize in the industries comprising a particular sector. The discussion of portfolio management practices in this document applies to all of the accounts managed by our Research Analysts.

Our Research Analysts' dual responsibilities of research and portfolio management create a

potential conflict in the allocation of investment ideas. We periodically assess the roles played by the different categories of Research Analysts and, where appropriate, implement policies and procedures to address these conflicts. For example, we require our global industry analysts to pre-announce trading activity in the portfolios they manage if the trade reflects a significant shift in thinking with respect to the security, such as an imminent change in the analyst's recommendation or the initiation of coverage with respect to that security.

### Sharing research with clients and prospects

Wellington Management shares its proprietary investment research with clients, prospective clients and consultants in a variety of situations.  In some cases, this research is shared broadly, and in other cases it is shared selectively.  In all cases, we do so in a manner that is consistent with our fiduciary duty to all clients.

We provide some clients with ongoing access to our proprietary research on investment-related topics as part of our overall services to those clients. We also share this type of research on an ongoing or ad hoc basis with selected prospective clients and consultants to illustrate our investment and research capabilities or as part of due diligence. In addition, we invite some clients, prospective clients and consultants to attend research meetings that our investment personnel hold with company management teams in order to demonstrate the depth and breadth of our proprietary research capabilities.

In addition to the above, we also provide educational services to some clients as described in the section entitled *Ancillary Services*. Client participants in these educational programs work closely with our investment personnel over an extended period of time and are included in meetings where investment ideas are discussed.  Clients, prospective clients and other guests, including client participants in educational programs, also have an opportunity to see our research in action when they are invited to attend our Morning Meetings. These educational programs and Morning Meetings frequently include discussion of internal research, ratings, and trading activity with respect to specific securities. Guests to these educational programs and client participants in these educational programs agree to confidentiality terms that restrict the use of confidential information learned. We do not have the means to monitor the guests' use of information provided in any of these circumstances. However, we think we have taken the appropriate steps to protect any confidential information that might be discussed.

We recognize that EU regulated firms may determine that the materials described above may constitute an inducement. Where this is the case, clients should contact their relationship manager to discuss making appropriate arrangements.

### D. OUR INVESTMENT MODEL

Each portfolio manager or team makes investment decisions for the accounts the portfolio manager or team manages based on an independent evaluation of available investment opportunities in light of the client's investment objectives and guidelines. As a result, our firm may be buying a security for one client while it is selling that security for another. We do not have a Chief Investment Officer, or any group of individuals, who gives "top-down" direction with respect to investment positions or strategies for accounts we manage. We believe that this structure best enables us to meet the investment objectives of our diverse client base and encourages individual responsibility for investment performance. It does, however, result in situations where investment positions or actions taken for one client account directly contradict those taken for others.

Many of our portfolio managers manage client assets using more than one investment approach. In addition, some portfolio managers manage "long-only" portfolios, as well as portfolios that take both long and short positions. Managing multiple portfolio management assignments requires the exercise of discretion and judgment, since a portfolio manager will make different investment decisions for different clients

based on the portfolio manager's analysis of each client's respective objectives, guidelines and risk tolerances. For more information on potential differences among a portfolio manager's investment approaches and portfolios and how we seek to ensure that all clients are treated fairly, please see the section entitled *Side-by-side management of client accounts*.

## II. Fees and compensation

We retain complete discretion over the fees we charge our clients, subject to applicable law. Our standard fee for an investment approach may differ across regions and is available upon request. We negotiate fees in light of a client's special circumstances, asset levels, service requirements or other factors, in our sole discretion. We offer certain clients a fee schedule that is lower than that of any other comparable clients in the same investment style. We sometimes choose to waive all or a portion of our negotiated fee for a given period. Finally, we have promised certain clients that we have provided and will continue to provide them the lowest available fee for a particular investment style and for comparable services.

Fee structures vary both among and within the investment approaches we offer. We do not require or ask our clients to pay fees in advance. In most cases, our fees are calculated as a percentage of assets under management and are payable quarterly in arrears based on the quarter-end market value or average value for the quarter. For some investment approaches, the standard fee schedule is a performance-based fee. Even within the same investment approach, different clients can have different fee structures; some pay asset-based fees, while others pay performance-based fees. Some client accounts have fee structures that include elements of both asset-based and performance-based fee structures. Finally, in a limited number of cases, we charge fixed fees for advisory and consulting services depending upon the nature and extent of services provided. Clients can choose to receive an invoice generated by us or they can calculate and remit fee payments directly to our firm.

From time to time, we agree to rebate advisory fees to investors in our Sponsored Funds. We

enter into these arrangements only as permitted by applicable law. We implement rebate arrangements either by purchasing additional shares for the benefit of the registered owner in the same pool or by making a payment to that investor. Rebates in a particular Sponsored Fund may be related to a broader relationship that we have with that investor.

On occasion, we agree to calculate fees based on the aggregate assets of related accounts that are being managed in the same (or a related) investment style. In these circumstances, the aggregated accounts receive the benefit of a lower effective fee due to the combined level of assets.

Some client accounts managed as separate accounts authorize us to invest in Sponsored Funds that already pay advisory fees to us. In those situations, the assets invested in the Sponsored Funds are generally excluded for the purposes of calculating the management fees at the separate account level. In some cases, however, the account pays a composite fee based on the fees charged by the various Sponsored Funds and/or approaches in which it invests and the assets allocated to these investments.

Our management fees do not include fees charged by a client's custodian or the fees and other expenses deducted from the assets of a fund in which a client account invests. In addition, all client accounts incur transaction costs when they buy and sell securities. For more information, please see *Brokerage practices*.

## III. Performance-based fees and side-by-side management

As noted above, we charge performance-based fees in a number of situations. Many portfolio managers and other investment personnel have responsibility for client accounts with performance-based fees, as well as for accounts with asset-based fees. Strong investment returns increase the performance-based fee paid to us as a firm and the incentive

compensation paid to the portfolio manager. As a result, we have an incentive, particularly in the case of hedge funds, to favor an account with a performance-based fee. The following sections describe how we manage this and other conflicts relating to the side-by-side management of client accounts.

## Side-by-side management of client accounts

Many of our portfolio managers manage client assets using more than one investment approach. Those approaches differ based on an array of factors such as issuer concentration levels, average market capitalization ranges, duration, sector or subsector concentrations, geographic concentrations, tax considerations, cash flows, benchmarks, risk profiles, liquidity needs, time horizons and turnover expectations.

Even within a single investment approach, client accounts are customized to meet clients' specific requirements. For example, a particular account may be unable to invest in a particular country, industry or issuer. That customization is typically reflected in the account guidelines. Accounts within the same investment approach may also differ as a result of client contributions and withdrawals, market constraints or other factors. For example, fixed income accounts in the same approach will typically contain different holdings given the number of publicly traded fixed income securities, the varying frequency and volume at which a particular fixed income security trades, and the ability to obtain a desired exposure through different securities that share similar characteristics (such as credit, interest rate and duration). Similarly, small- and micro-capitalization equity accounts in the same approach often contain different holdings. Those differences often result from the fact that the number of shares of a particular small- or micro-capitalization company available for purchase may be restricted by both the limited frequency and volume with which they trade, and the limits our firm places on aggregate ownership of classes of equity securities across all client accounts.

This description of potential differences among a portfolio manager's investment approaches and accounts is not meant to be exhaustive. Rather, we want to illustrate the fact that we expect that individual portfolio managers will make different investment decisions for different clients. Sometimes those decisions are based on objective criteria, such as industry, sector or capitalization levels. At other times the decision reflects the portfolio manager's subjective professional judgment about the suitability of a security for an individual account or for a set of accounts. Our portfolio managers make these judgments based on a wide variety of factors, including but not limited to the other holdings in the account, the attractiveness of other investment opportunities available for that account, the portfolio manager's understanding of each client's objectives and risk tolerance and the costs of transacting in a particular security. These individualized decisions can result in significantly different investment returns between investment approaches and among accounts managed by the same portfolio manager.

An important example of how accounts managed by the same portfolio manager will differ, as well as how potential conflicts can arise in these situations, is our management of both hedge funds and more traditional long-only investment approaches. Most portfolio managers who manage hedge funds also manage other long-only client accounts. Some of those hedge funds are sponsored by our affiliates; others are sponsored by our clients.

Hedge funds generally use a more diverse array of investment tools and techniques than most other investment strategies. Those tools and techniques include the use of short sales, leverage and a wide range of derivative instruments. Hedge funds differ significantly from long-only accounts and typically have different investment objectives, strategies, time horizons and risk profiles and different tax and other considerations. In addition, these funds do not typically measure performance against a specific index or benchmark, but instead pursue absolute returns. Hedge funds often provide investors with limited redemption opportunities and require

12

significant advance notice, and so have less need for portfolio liquidity.

We expect that, from time to time, perhaps often, a portfolio manager will purchase or sell securities, including initial public offerings (IPOs) of equity securities, for a hedge fund and not for accounts employing a more traditional, long-only investment approach. A portfolio manager may also make similar investment decisions for a hedge fund and a long-only approach, but at different times. Because of these differences, we expect that hedge funds and long-only approaches managed by the same portfolio manager will have significantly different investment results over time.

The fee structures applicable to hedge funds often differ from those of the more traditional institutional accounts that make up the majority of our firm's asset base. In particular, the hedge funds pay a performance fee of up to 20% of the net profit of the funds. Portfolio managers for those funds receive a percentage of the performance fee paid to the firm. As a result, these portfolio managers have an economic incentive to favor hedge funds over other accounts they manage. Other accounts with similar fee structures and compensation arrangements, including other alternative funds we manage, will also present similar incentives. We recognize the conflict this presents. We manage this and other conflicts associated with side-by-side management of client accounts through additional investment restrictions on portfolio managers who manage both hedge funds and other accounts, internal review processes and enhanced oversight. While the procedures we use to manage these conflicts differ depending upon the specific risks presented, all are designed to guard against intentionally favoring one account over another.

## How we allocate investment opportunities generally

Our decentralized investment model means that individual portfolio managers manage assets in different investment approaches for different clients who pay different fees. We expect those portfolio managers to use their subjective judgment in managing client assets,

and we expect that they will make different investment decisions for different clients in order to fulfill each client's investment mandate. At the same time, we have policies and procedures designed to prohibit our portfolio managers from basing their decisions on favoritism, "window dressing," or other practices that violate either applicable law or our fiduciary duties to our clients.

We use a number of techniques to perform after-the-fact review of trading in client accounts. These techniques include performance dispersion analysis and analyses of order or trading patterns; however, we do not routinely review individual transactions in isolation. The frequency and extent of reviews vary depending on our assessment of the opportunity and incentives for inappropriate investment allocation decisions. We pay special attention to trading patterns of portfolio managers who manage hedge funds, accounts with performance-based fee structures or Sponsored Funds in which firm personnel have invested.

## How we allocate equity IPOs

In certain market environments, equity IPOs have had a tendency to experience significant increases in value in the first day of trading. As a result, the ability to acquire IPO shares from the underwriters can be a valuable investment opportunity. Our firm has adopted side by side oversight procedures specifically designed to ensure fairness in the allocation of those opportunities among our clients. Those procedures fit within our overall investment model and, therefore, incorporate concepts of portfolio manager decision-making based on the different investment objectives and strategies of different client accounts.

## The decision to participate in equity IPOs

Every portfolio manager with an eligible client account can elect to place an order for IPO shares in those accounts for which the IPO is suitable. Eligibility can be affected by investment strategy, legal or client restrictions, while suitability determinations tend to be more subjective and are made by portfolio managers. The factors that might influence a decision on suitability include:

- The portfolio manager manages accounts with different opportunity sets, and the IPO is relatively more attractive in one than another;
- The portfolio manager elects not to purchase the security in the portfolio manager's more concentrated accounts due to the limited number of names held in the concentrated accounts;
- The portfolio manager manages accounts measured against different benchmarks, and the IPO is more appropriate for one benchmark than another;
- The clients have differing tolerance for risk in their respective accounts;
- The portfolio manager finds a stock attractive, but it cannot be held in a particular account, and the IPO is an appropriate replacement holding;
- The IPO is not purchased in accounts in which the portfolio manager seeks to invest in issuers with a minimum market capitalization;
- The IPO is purchased in long/short accounts only with the IPO as the long leg of a pair trade, which is made only because of the ability to short another stock with a specific characteristic;
- The portfolio manager is attempting to achieve industry exposure generically, and the IPO is purchased in a subset of accounts that have the lowest weighting in the pertinent sector and/or industry;
- The IPO is purchased in a subset of accounts that have the highest cash positions; and/or
- The IPO is not purchased in accounts with low turnover expectations or requirements.

This list is intended to be illustrative, not exhaustive. We do not attempt to make a firmwide determination to purchase a particular IPO. However, we generally restrict participation to avoid potential conflicts if client accounts that we manage will be selling shares in the IPO. When a portfolio manager already holds private shares of a company in some client accounts at the time of the company's IPO, we may limit the amount the portfolio manager can purchase in the IPO on behalf of other client accounts or we may not allow those accounts to participate at all.

We expect portfolio managers who participate in an equity IPO to consider and, if appropriate, explain any decision to exclude a specific account from participation in the IPO. Those explanations take a variety of forms, including general protocols that are established by the portfolio manager in advance for the inclusion or exclusion of individual accounts or groups of like accounts. The individuals who enter the order for an IPO in our order entry system also document their understanding of the portfolio manager's reasons for excluding specific client accounts as part of the order entry process. Business and legal and compliance personnel review these explanations as a further check that we have met our fiduciary obligations to all of our clients.

## Allocations of equity IPO shares by Global Trading

Portfolio managers place orders for IPO shares by designating the client accounts and the number of shares requested for each account. Our trading group (which we refer to as "Global Trading" in this document) aggregates these IPO orders for all client accounts and places a block order with the underwriting syndicate. As a risk-control measure, we limit the block order to a certain percentage of the total offering. If the resulting allocation we receive from the underwriting syndicate is sufficient to fill all orders, we do that. If, however, the orders exceed the number of shares that we are allocated as a firm, we allocate shares among participating accounts pro rata by equity assets under management. For traditional equity strategies and client sub-portfolios dedicated to equity investments, our calculation of equity assets under management is straightforward. We include all assets in the account or sub-portfolio. However, for strategies that are not traditional equity approaches, but whose guidelines permit investment in equity securities, we use judgment to determine the equity assets under management. We consider various factors when making that determination, including the level of equity investment permitted under the account's guidelines and the account's historical allocation to equity investments. Allocations are subject to minimum lot size, and an account's pro rata allocation will not

exceed the share amount that the portfolio manager identified for the pre-execution order for that account. A portfolio manager cannot vary the allocation to an account or shift shares from one account to another. If the allocation would place some client accounts below the minimum lot size of the issue, then Global Trading will exclude those accounts in the allocation process and reallocate the remaining shares.

## IV. Types of clients

Our clients include public funds, central banks, insurance entities, endowments, foundations, mutual funds and other types of funds, retirement plan sponsors — both defined benefit and defined contribution — and many other types of institutions. We also provide investment management services to investment vehicles that we sponsor, including collective investment funds, common trust funds, and US and non-US domiciled funds, including hedge funds.

All of our investment approaches have separate account minimums, which generally range from US$25 million to US$300 million. Different investment approaches have different account minimums. We retain full discretion to waive an account minimum or to charge a minimum fee, regardless of the size of the account.

## V. Methods of analysis, investment strategies, and risk of loss

We offer a broad range of equity, fixed income, alternative, and multi-asset investment approaches to our clients. Moreover, we manage many investment approaches relative to a benchmark and others to achieve absolute return. Although we have divided the following description into several categories, we recognize that as the capital markets have evolved, the lines between and among these categories have blurred. That process continues to occur, particularly through the growing use of derivative instruments, such as forwards, futures, options, and swaps, which

we use in many of the approaches described below.

Investing in securities and other financial instruments involves risk of loss that clients should be prepared to bear. Those risks will vary based on the nature and attributes of the relevant investment approach and the specific securities and other instruments held. For information on the risks associated with a particular investment approach, as well as the types of investments it may hold, please contact your relationship team.

### A. INVESTMENT APPROACHES

#### Equity

We manage a broad range of equity investment approaches, including growth, core and value, as well as approaches designed to be "style-neutral." Some approaches focus on specific capitalization ranges, from micro-cap, through small-cap, mid-cap and large-cap, to mega-cap. Others look for investment opportunities in more than one capitalization category or across all capitalization levels. In addition, we manage approaches that are global, multinational or focused on particular geographic regions or specific countries. We manage diversified approaches invested across industry sectors, as well as sector approaches that concentrate on specific industries, such as health care, technology or finance. Our equity approaches may be based on fundamental research, may instead rely primarily on quantitative tools and techniques, technical analytical methods and strategies, or a combination of these approaches.

Investments in equity markets are subject to many risk factors, including risks arising from economic conditions, government regulations, market sentiment, local and international political events, and ESG and technological issues. In addition, the market value of equity securities will fluctuate in response to changes in currency values.

#### Fixed income

We invest in fixed income instruments across the duration (from money market and short bond to intermediate to long bond) and credit (from investment grade to high yield)

15

spectrums. Some approaches seek investment opportunities across various sectors, including government, mortgage, corporate, municipal and emerging market debt, while others are limited to one or more of those sectors. We also manage global, multiregional and multicurrency approaches. Our fixed income portfolio managers rely on fundamental research capabilities, as well as quantitative and technical analytical tools. Our investment approaches often utilize a combination of these capabilities and tools.

Investments in fixed income securities markets are subject to many risk factors, including risks arising from economic conditions, government regulations, market sentiment and local and international political events and ESG and technological issues. In addition, the market value and liquidity of fixed income securities will fluctuate in response to changes in interest rates, currency values and the creditworthiness of the issuer.

## Currencies

We offer our clients a range of currency management services. The firm offers actively managed currency-only approaches in multiple styles, which are differentiated in terms of the currencies held, the underlying performance benchmark and the expected level of volatility. Each currency approach relies on a combination of fundamental research, quantitative tools and technical analysis. The approaches often utilize more than one of these capabilities and tools. Investments in currencies, currency futures contracts, forward currency exchange contracts or similar instruments, as well as in securities that are denominated in foreign currency, are subject to the risk that the value of a particular currency will change in relation to one or more other currencies.

## Commodities

We manage commodities approaches that invest across commodities sectors and types. These approaches rely on our firm's fundamental research capabilities and combine those with the use of quantitative and technical analytical tools.

Exposure to the commodities markets may be more volatile than investments in traditional equity or fixed income securities and is typically achieved through derivative instruments. The value of commodity-linked derivative instruments may be affected by broad market movements, commodity index volatility, interest-rate changes, and environmental or other events affecting a particular commodity or industry.

## Multi-asset

We advise some clients on the allocation of assets among various asset classes and investment styles. These services range from the provision of strategic allocation studies that recommend adjustments to a client's existing asset allocations, to active (or tactical) management of the asset allocation exposures within an account, to full discretion over both strategic and active asset allocation decisions for a client's portfolio. Some active multi-asset portfolios include diversified exposure to a range of asset classes, while other portfolios are concentrated on specific sectors of the global capital markets.

Active asset allocation decisions can be based on fundamental research, quantitative and/or technical analytical tools. Consistent with our firm's investment model, there is no top-down direction with respect to asset allocation. Allocation decisions and recommendations will vary based on the relevant portfolio manager's or strategist's views and evaluations of a client's specific objectives and requirements.

Multi-asset accounts can invest in desired asset classes or sectors in a number of ways. A portfolio manager may allocate a multi-asset account among various investment approaches that we manage, including our Sponsored Funds, invest the account's assets directly, or use a combination of these methods to gain the desired exposures.

Multi-asset accounts are subject to all of the risks associated with each of the underlying asset classes in which they are invested, as well as the risk that asset classes do not perform as expected.

## B. ESG

We consider environmental, social and corporate governance (ESG) factors to be one of many sets of factors that should be weighed appropriately to inform investment decision making.  We believe ESG factors can be material business issues that can impact performance, so understanding them enables more informed investment decisions.   As such, we perform ESG analysis on many issuers and make the resulting information about ESG factors available to all investment personnel for consideration. Each portfolio manager and analyst make their own decisions with respect to how much emphasis, if any, to place on ESG factors. ESG factors may be the main reasons to forego or to purchase certain securities in a given portfolio. ESG factor-related restrictions are systematically applied where a portfolio manager has incorporated these restrictions into their investment decision-making process and/or where clients have required them. In addition to ESG factor analysis, we actively engage with companies in which we invest on material ESG issues and take ESG factors into account when voting proxies.

We are a signatory to the United Nations Principles for Responsible Investment (the PRI) and we are a signatory to or member of other ESG-related industry initiatives and stewardship codes. The PRI is a network of international investors working together to incorporate six principles addressing ESG factors into investment decision-making and stewardship practices. As a PRI signatory, we have committed to considering ESG factors where appropriate and consistent with our duties to clients. PRI signatories are not required to apply any specific ESG restrictions on their investment processes, and we may take actions inconsistent with the PRI principles if we believe it is in the best interests of our clients to do so.

## VI. Disciplinary information

From time to time, our firm is involved in regulatory examinations or litigation that arise in the ordinary course of our business.

In the event that we become aware of any regulatory matters or litigation that we believe would be material to an evaluation of our advisory business, we promptly notify all clients or prospects affected by those events, subject to applicable law and regulation. We also notify clients and prospects about regulatory matters or litigation that are not material to our advisory business if we believe that our clients would expect to be notified of those matters.

## VII. Other financial industry activities and affiliations

Wellington Management's investment advisory entities operate as a unified, global investment management firm. We do business as an investment manager through a number of affiliated entities, each of which is registered with the appropriate regulators.

- Wellington Management Company LLP manages our business in the United States and Latin America and coordinates our global operations.
- Wellington Management Australia Pty Ltd manages our business in Australia and New Zealand.
- Wellington Management Canada ULC manages our business in Canada.
- Wellington Management Europe GmbH manages certain business in the European Union.
- Wellington Management Hong Kong Limited manages our business in greater China and Korea.
- Wellington Management International Ltd manages certain business in Europe, the Middle East and Africa.
- Wellington Management Japan Pte Ltd manages our business in Japan.
- Wellington Management Singapore Pte Ltd manages our business in the remainder of Asia ex-Japan.
- Wellington Management Switzerland GmbH services our clients in Switzerland.

Wellington Management personnel from these entities often work together to manage client portfolios and provide related services,

including client liaison, investment monitoring, account administration, investment research and trading services. In some circumstances, one affiliate delegates responsibility for providing those services to another. When we delegate portfolio management responsibilities for your account to a Wellington Management affiliate, we will notify you and take steps to ensure that the delegation will comply with any applicable laws.

Our firm also provides a range of investment management services to investment vehicles that are sponsored by our affiliates (referred to as Sponsored Funds). These affiliates include:

- Wellington Alternative Investments LLC
- Wellington Funds (US) LLC
- Wellington Luxembourg S.à r.l.
- Wellington Alternative Investments GP Late Stage Growth Luxembourg S.à r.l.
- Wellington Management Funds LLC
- Wellington Trust Company, NA

Wellington Funds Distributors Inc. (WFD), a limited-scope broker/dealer registered with the US Financial Industry Regulatory Authority (FINRA), introduces prospects to certain SEC-registered investment companies and Sponsored Funds offered within the United States. WFD does not execute securities transactions or engage in any other business.

For additional information on the other entities within our organization please refer to the *Appendix*.

# VIII. Code of Ethics, participation or interest in client transactions, and personal trading

## A. OUR CODE OF ETHICS

Our Code of Ethics (the Code) applies to all Wellington Management personnel worldwide. The Code describes the standard of conduct we require of our personnel and sets forth certain restrictions on activities, such as personal trading and gifts and entertainment.

Compliance with the Code is a condition of employment for all personnel. A serious violation of the Code or related policies may result in dismissal. Key provisions of the Code are summarized below. A copy of the entire document is available upon request.

### Personal trading

All Wellington Management personnel are considered "access persons" under our Code. Temporary personnel (including co-ops and interns) and consultants whose tenure with Wellington Management exceeds 90 days and who are deemed by the Chief Compliance Officer to have access to nonpublic investment research, client holdings, or trade information are also subject to the personal trading requirements of the Code of Ethics. They must pre-clear their personal transactions in covered securities prior to execution, except as specifically exempted under the Code. Some personal securities transactions that are not subject to pre-clearance must nonetheless be reported, including transactions in open-end mutual funds and variable insurance products that we manage. The Code's restrictions on personal trading apply to accounts over which an access person and/or certain immediate family members have investment discretion, or from which they enjoy economic benefits. Portfolio managers are subject to additional restrictions on their personal transactions.

The pre-clearance process tests proposed transactions against a number of substantive restrictions designed to prevent our personnel from taking advantage of our firm's investment activity on behalf of our clients. We prohibit all personnel from buying or selling securities issued by broker/dealers that are approved for execution of client trades or by securities markets or exchanges on which we trade on behalf of clients. Likewise, we do not allow our personnel to engage in personal transactions involving the direct purchase of any security in an IPO. All personnel are required to provide quarterly reports and certifications regarding their securities transactions and, at initial hire and annually, reports regarding their securities holdings. The Chief Compliance Officer (CCO) (or designee) may grant an exception from pre-clearance, other trading restrictions, and certain reporting requirements on a case-by-

case basis, if the CCO or designee determines that the proposed conduct involves no opportunity for abuse and does not conflict with client interests.

### Gifts and entertainment

Our Code places restrictions on receipt of gifts, business meals, travel, and entertainment opportunities by our personnel. Our personnel occasionally participate in entertainment opportunities that are for legitimate business purposes, subject to limitations set forth in the Code.

## B. INVESTMENTS BY OUR PERSONNEL IN PRODUCTS WE MANAGE

We encourage our personnel to invest alongside our clients. Our personnel, including portfolio managers and other personnel, often invest in our Sponsored Funds and in other pooled vehicles that we manage. These investments are made directly by our personnel and through employee benefit plans that we sponsor (the Wellington Retirement Plans). The Wellington Retirement Plans invest extensively in Sponsored Funds and in mutual funds sponsored by two of the firm's largest clients.

By virtue of their responsibilities, our personnel have access to information that is not available to other participants in the investment vehicles that we manage. We recognize our duty to disclose any material information related to these funds in a fair and equitable manner to all participants. We have adopted policies and procedures to identify and disclose material information and to manage any related conflicts that arise. Those procedures include information barriers and restrictions on transactions in Sponsored Funds by our personnel.

Our firm does not limit the percentage of a Sponsored Fund that our personnel can own. Wellington Management personnel are often the first participants in a new Sponsored Fund and in some instances will be the only participants for one or more years. However, the vast majority of total assets in the Sponsored Funds belong to investors

unaffiliated with our firm. In some cases, a portfolio manager may own all or substantially all of the interests in a Sponsored Fund that the portfolio manager manages. While personnel who invest in Sponsored Funds have an incentive to favor those accounts in order to obtain a personal benefit, these investments also help to align those individuals' interests with those of our Sponsored Fund investors. Where we think it appropriate, we have adopted procedures to manage conflicts that arise from our personnel's investment in our Sponsored Funds.

Sponsored Funds in which our personnel invest, including ones in which they are the only participants, invest and trade alongside other client accounts. We treat these Sponsored Funds the same as any client accounts, except with respect to investments in equity IPOs. Where the legal and accounting structure of a Sponsored Fund allows us to exclude our personnel from participating in the first day gains of a fund's investment in an IPO, we do so. Where we do not have that ability, the Sponsored Fund will only be permitted to invest in an equity IPO if our personnel's assets comprise less than 50% of the fund.

## C. POLITICAL CONTRIBUTIONS

We do not allow our personnel to make or solicit political contributions for the purpose of obtaining or retaining business with government entities. However, our personnel may make personal contributions, consistent with applicable law, to support political candidates or elected officials, including candidates who may share the firm's views on issues related to our business interests.

## D. DONATIONS TO CHARITIES

From time to time, our firm donates to charitable organizations that are clients or are supported by clients, prospects, consultants or their employees. In general, we make those donations in response to requests from one of those parties. We take into consideration the importance of the business relationship as one factor in determining whether to approve a charitable contribution.

# E. OTHER POTENTIAL INTERESTS

Our focus is investment management. We neither invest for our own account, nor execute securities trades as a broker/dealer for client accounts that we manage. As a result, we avoid a number of potential conflicts with our clients' interests. However, the ordinary operation of our business does generate situations where we have a financial interest in investments in which our clients also transact.

## Identification and resolution of errors

Investment decisions, portfolio construction and related activities, including trading and trade reconciliation, are complex processes. Mistakes and imperfections occur, some of which cause losses in our clients' portfolios. However, not all mistakes and imperfections are errors. We generally consider something an error (Error) when we determine that our actions did not meet the applicable standard of care for managing a client's assets.

Our Error Resolution Council, a cross functional group of senior professionals, oversees review of the facts and circumstances underlying a potential Error and determination of whether the event constitutes an Error. We may consider a variety of factors in determining whether an event constitutes an Error, as set forth in our Policy Regarding Errors and Error Resolution. By way of example, a breach of investment guidelines, if corrected the same day, may be deemed a non-Error (where permitted by law and contract). A breach of contractual investment guidelines that is not caused by Wellington Management or its agents generally will not be considered an Error. We attempt to resolve similar situations in a consistent manner, although industry practice and our view as to whether we have met our standard of care may change over time. In rare circumstances, in order to resolve a dispute with a client, we may decide to compensate a client for a loss even though we believe it is not a compensable Error.

If we determine that we have made an Error in a client's account, we will typically compensate the client for the direct monetary losses the Error caused in the client's account. Unless prohibited by applicable regulation or a specific agreement with the client, we net the client's gains and losses from the Error or a series of related Errors with the same root cause and compensate the client for the net loss. We typically notify clients as soon as practical of any Errors. However, we generally do not notify clients about an event when we have determined that it does not constitute an Error.

Where practicable and as permitted by law, we may resolve potential errors by cancelling trades, reallocating trades to other client accounts with interest, or having the trades settle in our error account if we are able to identify and resolve the incorrect transaction prior to settlement date. These transactions may represent a loss or a gain. We bear the financial loss or retain the financial gain associated with the transactions that we resolve in the error account. We generally do not notify clients about those events.

## Investments by Wellington Management in products we manage

From time to time, we provide seed capital in connection with the launch of a new Sponsored Fund, other pooled investment vehicle that we manage, or feeder funds set up to facilitate investment into Sponsored funds. We also invest capital in one or more Sponsored Funds that are designed to develop new investment approaches and do not accept external investments. These investments are not significant to our financial position.

## Client investments in securities issued by other clients

Our client list includes numerous corporations that issue publicly traded equity and/or debt securities. In addition, we manage assets for sovereign and quasigovernmental entities that issue publicly traded securities. Given the breadth of the firm's client base and its investment platform, we frequently invest client assets in the securities of entities with which our firm has a client relationship.

## Client investments in products we manage

We may invest client accounts in Sponsored Funds when authorized by the client. In those situations, the assets invested in the Sponsored Fund are generally excluded for the

purposes of calculating the management fees at the separate account level. However, when a client expressly agrees, an account will pay a composite fee based on the fees charged by the various Sponsored Funds and/or approaches in which it invests and the assets allocated to these investments. As a result, allocations to some Sponsored Funds or approaches may result in higher fees than other allocations. We monitor these arrangements to ensure that allocation decisions are based solely upon an account's investment objectives, guidelines, and risk tolerance.

# IX. Brokerage practices

Our core business practices regarding trading and brokerage are set forth below. We have also sought to describe conflicts that arise in connection with the execution of trades for client accounts and the measures we use to manage those conflicts.

Global Trading executes all orders for trades directed by our firm's portfolio managers. Our Global Trading professionals have responsibility for selection of brokers, negotiation of commission rates, and overall trade execution.

Trades may be executed through electronic trading strategies, including broker-sponsored algorithms, direct trading between client accounts, or by manually working an order with one or more counterparties. Trading policies are developed and monitored by our cross-functional Trading Policy Review Group.

## A. HOW WE TRADE LIKE ORDERS

### Aggregation of orders

Given our diverse investment platform, we frequently have open orders to buy or sell the same security in more than one client account. When orders are substantially similar, Global Trading typically aggregates them and places a block order with one or more brokers. Our trading professionals use guidelines in deciding whether to aggregate orders. They consider factors such as: the time frame over which different portfolio managers wish to build, reduce or eliminate a position; price limits and other instructions established by a portfolio manager for a specific order for a client account; client cash flows; the liquidity of the securities involved; and other relevant market information. Orders may be added to a block over a reasonable period of time during the trading day without first allocating executed shares if Global Trading believes that the additional orders are based on the same news item, analyst recommendation or other triggering event that prompted the first order, or that the addition of the orders will not have a material impact on the block order.

While we typically aggregate similar orders, we may not do so in a number of circumstances, including where Global Trading determines that:

- Order terms such as price sensitivity or urgency to complete the trade differ significantly. In those circumstances, the trader handling the orders attempts to contact the portfolio managers involved to determine whether their intentions will be affected by the terms of the other orders. Once those conversations are concluded, the trader may sequence the orders in the process of seeking best execution. Likewise, when Global Trading becomes aware of new information that it believes might affect a portfolio manager's instructions regarding an order prior to its completion, Global Trading will seek to contact all appropriate portfolio managers and proceed in accordance with any revised instructions. A material change to a portfolio manager's instructions may also result in the separation of that order from the aggregated orders.

- Client account constraints, such as operational rules, broker/dealer selection requirements or limitations on minimum transaction amounts, may require orders to be traded separately from the aggregate order.

- Program trades or trades with low execution requirements may be traded separately from other orders without a material impact on other orders.

Client accounts with orders traded separately may receive a different and inferior price from those accounts participating in the aggregate order.

### Allocation of executions

As an aggregate order is filled, we allocate securities or cash among the participating accounts pro rata, based on the order size specified by the portfolio manager at the time of order entry. Except as described below, each participating client account receives a percentage of the executed portion of the order based upon each client account's percentage of the entire order. In some circumstances, additional allocation restrictions or preferences are dictated by the local market requirements or the issuer. When an aggregate order is filled through multiple executions, we allocate equity securities, where possible, at the average execution price, accounting for any differences in applicable commission rates across client accounts. Similarly, we allocate fixed income instruments (including new issues) pro rata at each executed market level. In both cases, we generally round the allocation to a given account to the nearest round trading lot.

When an aggregate purchase or sale order is only partially filled, our allocation of securities or sale proceeds among participating client accounts can deviate from a pro rata allocation because the size of the allocation to a given account fails to meet one or more of the following criteria: a minimum lot size imposed by the issuer, a round trading lot size established by the relevant exchange or market convention, client-directed guidelines setting minimum position sizes, or a minimum allocation amount that we impose based on our judgment regarding the position size needed to attain reasonable liquidity and pricing in the market. In these instances, our Global Trading systems allocate the securities or cash using methods designed to achieve fair and equitable allocations for all clients over time. Sometimes the application of these criteria will prevent a client from participating in the allocation for a purchase or sale order entered for the client's account.

While we believe that a pro rata allocation treats clients fairly in most instances, we recognize that a rigid formula will not always lead to a fair and equitable result. Accordingly, Global Trading or any portfolio manager may ask our Chief Compliance Officer (or the Chief Compliance Officer's designee) for an exception to the standard order aggregation and trade allocation processes described above. These exceptions are rare and will be granted only when we believe that all clients will be treated fairly under the proposed allocation.

### Initial public offerings of equity securities

The allocation of equity IPOs is described in *How we allocate equity IPOs*.

## B. HOW WE HANDLE COMPETING TRADES

Our diverse investment model often causes us to execute trades for one client that differ from, or conflict with, trades we are executing on behalf of another client. For example, one portfolio manager may be attempting to buy a security for one client account while another portfolio manager is selling the same security for another client. Likewise, one portfolio manager may sell short a security for one client while a different portfolio manager is purchasing the same security in another client account. We seek to obtain best price and most favorable execution on all orders, but one client may receive or appear to receive a more favorable outcome.

### Direct trading between accounts

When we have orders to buy and sell the same security on the same terms and at the same time, Global Trading may consider doing a "direct trade" between the client accounts that are involved. Direct trades can provide a benefit to both clients in the form of reduced market impact and reduced transaction costs. However, not all clients are permitted to engage in direct trades.

We may execute a direct trade between client accounts when we believe that trade is appropriate for all accounts involved and consistent with applicable law and client

guidelines. We limit direct trades to securities for which market quotations or current market prices as determined by reference to independent third-party vendors are readily available. We effect direct trades at the current market price for that security.  The broker/dealer may charge clients customary transfer fees to complete the transaction or brokerage commissions consistent with applicable law and regulation. Global Trading has sole discretion over whether and when to effect direct trades between eligible client accounts and may choose not to do a direct trade even if the accounts involved are permitted to do them. We frequently execute trades that are otherwise eligible for direct trading through broker/dealers, as described immediately below.

### Contra orders

We execute contra orders (orders on opposite sides of the market) for accounts we manage in a manner designed to provide adequate market exposure to both orders. We generally place contra orders with different broker/dealers, but also use alternative trading systems such as electronic communications networks when Global Trading determines that the alternative trading system offers adequate market exposure for the trade. We do not consider trades executed on alternative trading systems with adequate market exposure to be direct trades.

We purchase securities from a broker to which we have recently sold the same securities when we believe that doing so is consistent with seeking best execution, particularly where that dealer is one of a limited number of brokers who hold or deal in those securities. We do not consider trades executed in this manner to be direct trades between client accounts.

### Trades executed or directed by clients

In some circumstances, we make investment recommendations or provide model portfolios to clients who execute their own securities transactions or who direct us to execute a recommended transaction only after their own internal review and approval. Those recommendations are sometimes communicated after we have completed all or part of our trading activity in that security on behalf of clients for whom we have trading discretion. When the communication of the recommendations is delayed, the delay may be significant, and it may adversely affect the price the clients who execute or direct the trades themselves obtain. When the recommendations are not delayed, our trading desk may find itself competing against those clients in the marketplace for the securities in question. That competition could have an adverse impact on the price obtained by all clients.

## C. OUR BROKERAGE PRACTICES

Our firm's relationships with broker/dealers, particularly those affiliated with large financial services organizations, are complex. We use broker/ dealers to execute trades on behalf of clients, but we also have many other relationships with them. Some examples include:

- We invest client assets in securities issued by broker/dealers or their affiliates;
- We provide investment management services to certain broker/dealers or their affiliates;
- Broker/dealers serve as counterparties to a variety of investment instruments, including derivatives that we manage on behalf of our clients;
- Certain broker/dealers serve as prime brokers to one or more of our Sponsored Funds;
- Certain broker/dealers provide both internally generated and third-party research and analytics to us as part of trade executions that we place on behalf of our clients;
- Family members of some of our personnel, including members of Global Trading, are employed by broker/dealers and third-party research providers; and
- Certain broker/dealers distribute some of our Sponsored Funds.

All of these relationships pose the potential for a conflict in the selection of broker/dealers to execute trades in client accounts. For example, we understand that our firm has an incentive to select broker/dealers that provide research in

connection with client trade executions or that confer some other benefit to us or our personnel.

One way we manage the conflicts created by these multifaceted relationships is through our structure. We have assigned responsibility for different activities to separate and distinct business groups within our firm. All of our trading activity is directed by Global Trading, while investment matters are handled by the appropriate portfolio management and research teams with assistance and support from our portfolio services group. Client relationships are managed by the global relationship and client services groups. Global Trading also assigns coverage of trading relationships with broker/dealers so that no member of Global Trading is in a position to direct trades to a family member employed by a broker/dealer.

In addition to these structural arrangements, we manage the conflicts in our relationships with broker/dealers through our brokerage policies, as described below.

## Best Execution

We seek best available price and most favorable execution (Best Execution) of the orders directed by our portfolio managers. We define Best Execution as a process, not a result: it is the process of executing portfolio transactions at prices and, if applicable, commissions that provide the most favorable total cost or proceeds reasonably obtainable under the circumstances (taking into account all relevant factors). Trading practices, regulatory requirements, liquidity, public availability of transaction information and commission structures vary considerably from one market to another. Best Execution incorporates many such factors, as well as the portfolio manager's investment intentions, and involves an evaluation of the trading process and execution results over extended periods. We regularly monitor our trade executions to assess our effectiveness in seeking Best Execution and use third-party analysis where applicable. We can never know with certainty that we have achieved Best Execution on any given trade, but we believe that over time we do achieve Best Execution.

## Broker/dealer selection

An essential component of seeking Best Execution is broker/dealer qualification. We maintain a broad list of approved broker/dealers through which we can execute trades in client accounts. Each of our traders has discretion to decide which of those broker/dealers to use in executing specific transactions. The trader considers the wide range of brokerage services and capabilities applicable to a particular transaction and attempts to select a broker/dealer that is among those most capable of providing Best Execution. On any given trade, the relevant brokerage services and capabilities can include the ability to execute a difficult or unique trade, the ability to provide anonymity and confidentiality, the breadth of the broker/dealer's counterparty relationships, the likelihood of execution, the likelihood and timeliness of settlement, the broker/dealer's underwriting capabilities, its use of automation, and its willingness to commit capital. The applicability and importance of specific criteria will vary depending on the nature of the transaction, the market in which it occurs, and the number of broker/dealers that are capable of executing the transaction. A trader may or may not solicit bids from multiple broker/dealers based on that trader's judgment of the expected impact of a broad solicitation on the execution of that transaction.

In seeking Best Execution, eligible orders may be executed through electronic strategies where broker/dealer selection is based on predetermined criteria.

While a trader does not consider research services when selecting a broker/dealer, we may execute orders with broker/dealers that provide research services to us when the trader handling the order believes that the broker/dealer can provide Best Execution.

## Foreign currency transactions

We generally use broker/dealers to execute foreign currency transactions. However, we trade foreign currency through a client's custodian when legal requirements or operational considerations make executing through a broker/dealer impractical. For

example, we issue standing instructions to client custodians to effect foreign currency transactions related to the repatriation of income.

## Counterparty risk

We recognize that, as a by-product of investing, counterparty exposure is an unavoidable risk for all client accounts. We seek to preserve the ability of clients to take advantage of investment opportunities while prudently mitigating counterparty risk through counterparty selection and monitoring, trading discipline, standardized over-the-counter agreement terms and dedicated operational functions that oversee confirmation of trades, collateral management and pricing. Our traders execute transactions only with approved counterparties.

We periodically review all trading counterparties under a risk-based framework. The extent and timing of these reviews vary based on our assessment of the potential risks associated with the type of trading we conduct with that counterparty. We use both internal and external analysis in conducting these reviews, as appropriate. While we believe that these measures reduce the risk that a counterparty default will have a major impact on client accounts, they cannot guarantee that investment losses associated with a major counterparty default will be averted.

## Commission rates

When applicable, brokerage commissions play an important role in our evaluation of Best Execution. As with other aspects of Best Execution, we believe that an analysis of commission costs must be multifaceted. The most appropriate commission on a trade is not always the lowest available commission. Many orders require skills and/or services that are not available at the lowest possible commission rate. The trader seeking to execute a specific order has full discretion to pay the commission rate necessary to pursue Best Execution of the order and selects a specific broker/dealer and commission rate based on their assessment of the execution requirements for the particular order.

We negotiate commission rates with broker/dealers in advance of trading based on the various types of trade execution that our client accounts may require. In many cases, we also negotiate commission rates with broker/dealers to include research services that are bundled with execution services. We attempt to negotiate rates that maximize the benefits received by our clients for their commission expenditures. Those benefits can include, but are not limited to, trade execution, the willingness and ability to commit capital and the availability of investment research provided by the broker/dealer. While some client accounts routinely make use of a range of services provided by broker/dealers, an account may make use of a particular service only rarely, if at all. As we cannot always predict when orders for a client account will require a particular service, we believe that access to the full range of services provided by broker/dealers generally benefits all client accounts. In the case of client accounts managed in strategies that we deem wholly systematic, Wellington Management has negotiated reduced commission rates for US algorithmic executions that we deem eligible. The reduced commission rates reflect their limited use of direct research.  When orders for these client accounts are aggregated with other like orders for different strategies, the lower rate is not available. Global Trading retains discretion to determine whether the aggregation of orders is appropriate.

## Client commissions and research benefits

Our investment professionals use research provided by broker/dealers (Research Services) in their decision making process. Research Services include written material and analyses, conversations with analysts at the research firms, meetings with corporate management and access to experts in a variety of fields, such as government officials, doctors, researchers, lawyers and scientists. Some of these Research Services are proprietary services developed by the broker/dealers themselves, and some of these Research Services are sourced from and developed by third-party research firms.

We believe that our clients benefit from our access to Research Services. Research Services can supplement our own internal research, particularly with respect to smaller issuers or niche markets. Research Services can also help investment professionals understand external perspectives on a given issuer, market or topic. However, market practices, regulatory constraints and our own choices regarding the provision of Research Services give rise to a number of conflicts between us and our clients and among our clients.

In most cases, broker/dealers provide Research Services as part of a package of services bundled with client trade execution services. Our clients generally pay trading commissions that cover both the cost of Research Services and the cost of execution services. (The portion of the bundled commission that goes towards payment for Research Services is often referred to as "soft dollars" or "soft commissions.") This practice creates a conflict between us and our clients. When client accounts pay bundled commission rates that include credits for Research Services, the commission rates are higher than the lowest available rate. While these trading commissions are paid for by our clients' accounts, the Research Services are provided to us. We thus receive a benefit because we do not have to pay for the Research Services ourselves. As a result, we may have an incentive to select broker/dealers based on our interest in receiving Research Services instead of our clients' interest in receiving the most favorable execution.

In some cases, a broker/dealer may execute a portion of an equity trade order using securities or cash from its own inventory in order to complete the transaction. In these instances, client trades executed at higher bundled commission rates will not yield all the Research Service credits anticipated at the time we placed the order, because commissions paid for the portion of the order executed by the broker/dealer as principal are not eligible to pay for Research Services.

Our approach to sharing research among our investment professionals also generates a conflict among our clients. We do not attempt to link soft commissions generated by a client's trading activity to Research Services that are specifically used by the investment professionals making investment decisions for that client's portfolio. Rather, we use the pool of soft commissions generated by all eligible client trading activity to pay for Research Services consumed by any of our investment professionals. While we believe that all of our clients benefit from our robust investment discussion across asset classes and investment approaches, some clients contribute more directly to the cost of obtaining Research Services used to inform that discussion.

The use and importance of Research Services to an individual portfolio manager's day-to-day investment process varies among our diverse investment styles. The breadth of use for a given Research Service also varies based on its content. Some Research Services cover topics of wide interest that benefit a broad group of client accounts, while others cover specialized topics that benefit a narrower segment of accounts. In addition, some client accounts generate more trading commissions than others. For example, mark-ups and mark-downs charged by broker/dealers (in lieu of commissions) for transactions in fixed income securities, currencies and derivatives are typically ineligible for Research Service credits, and some investment approaches trade based only on quantitative inputs or simply trade less frequently than others. As a result of these and other similar factors, some client accounts whose commissions pay for Research Services may not directly benefit from them, and some client accounts may benefit from Research Services without generating commissions that pay for them.

We may use some Research Services both to assist in the investment process and for other business purposes. In these "mixed use" circumstances, we will either allocate the cost of the services between client commissions and our own resources based on the proportionate use for each purpose, or we will pay for the entire service ourselves.

The business model bundling trade execution with Research Services prevails in most markets where we do business and manage

26

client assets. However, in January 2018, new rules regarding the use of client commissions to acquire Research Services took effect in the European Union (EU) (these rules were implemented in, and remain in effect in, the United Kingdom). Those rules significantly change the way broker/dealers price and provide their services. Those rules, the conflict between those rules and the regulatory requirements in other major markets and the manner in which we have chosen to respond to those rules combine to generate additional conflicts between us and our clients and among our clients.

After considering the impact of the EU rules on our global clients and our global business, we decided to pay for Research Services related to our European business out of our own resources. The remainder of our business continues to obtain Research Services under the bundled model. Client accounts that we consider to be part of our European business pay execution only rates on their equity trades, and as such these accounts pay lower overall commission rates on equity trades than in accounts not considered part of our European business including when their orders are aggregated with orders for other accounts.  We expect global market practices will continue to evolve in response to the changes in the EU over time. We may make further adjustments to our policies and practices as that happens.

### Client-directed brokerage and step-outs

We do not enter into agreements, expressed or implied, to select a broker/dealer for trade execution as remuneration for recommending Wellington Management as an investment adviser. We do not knowingly place transactions with a broker/dealer in recognition of sales of pooled investment vehicles we manage. However, we do not disqualify broker/dealers for trade executions simply because the broker/dealer has referred clients to us or has sold or recommended pooled investment vehicles or separate account products advised or subadvised by us.

Some clients direct us to place orders for their account with specific broker/dealers that provide services to that client. We only agree to this type of direction on a "best efforts" basis

and to the extent that it is consistent with our regulatory obligations, including our obligation to seek Best Execution. The ability to direct client trades is also limited by operational constraints. Trading instructions vary by client and our ability to meet those requests depends, in part, on the characteristics of the securities and markets in which the account invests and the capabilities of the broker/dealers. In addition, we have determined that certain categories of transactions are not eligible for client direction. Moreover, we will limit the aggregate amount of a client's trades that are directed to a broker/dealer if we believe that the limitation is reasonably necessary to allow us to seek Best Execution. These directed brokerage instructions are distinct from client instructions restricting broker selection or imposing other trading-related constraints with respect to that client's account, which may impact our ability to seek Best Execution on trades made pursuant to those instructions. (See *Aggregation of orders*.)

In rare circumstances, we use "step-outs," a process by which one broker/dealer steps out of all or a portion of a transaction and allows another broker to act as the broker of commission credit, in connection with client-directed brokerage instructions, or to resolve unexpected problems in the trading process. Executing broker/dealers generally do not view step-out transactions as profitable business and thus may limit or refuse to engage in step-out transactions.

We generally do not recommend brokers to clients. However, we will occasionally recommend brokers to clients who solicit brokerage recommendations in connection with a specific trade or in connection with the client's selection of a directed brokerage program. Neither our firm nor any of our personnel receives any product, research services or other remuneration for those recommendations.

### Trades executed using broker capital

We engage broker/dealers as "at risk" counterparties to trades for client accounts (capital trades). Capital trades require broker/dealers to place their own capital at

risk with respect to either the particular security or the collection of securities that is the subject of the client order. We use capital trades as part of the ongoing management of client accounts, as well as to facilitate account transitions. However, capital trades are not used proportionately across all client accounts and may not be used at all for some accounts. As with all transactions, we exercise our judgment in determining whether a capital trade is consistent with seeking Best Execution under the circumstances.

Although we may establish a stated commission rate in connection with these transactions, our assessment of Best Execution for these trades focuses on the prices our clients receive (taking into account all relevant factors), rather than the commissions paid. These prices may be influenced by the size of our past and future business with respect to all of our clients' trading activity with a broker/dealer. In any given situation, we may alter the terms of a principal bid trade after they have been agreed upon, if we believe that the terms negotiated have become unfair either to our clients or the broker/dealer due to changed circumstances.

### Affiliated brokers

We do not own or control a broker/dealer that executes securities trades for client accounts. Clients, including registered mutual funds, that have trading restrictions and/or reporting obligations with respect to principal or agency transactions with particular brokers or dealers are required to notify us in writing of those affiliations and any associated trading restrictions for their accounts.

## D. HOW WE MANAGE OTHER TRADING-RELATED COSTS

A trader may fulfill a single order through a number of smaller transactions. The number of participating accounts, aggregation of other like orders, execution strategy, market structure, liquidity and the number of execution venues used can result in multiple transactions. The number of transactions per order tends to increase where the liquidity of the security is low or where the firm's overall aggregate order size for a security is large. A

client may incur significant trade ticket, custody and related fees due to multiple transactions. The impact of these costs tends to be higher for smaller accounts or for accounts invested in certain markets. We may, in our sole discretion, accept client instructions to impose minimum transaction amounts on that client's account on a "best efforts" basis in order to manage the cost of trading the account. Instructions of this type are likely to cause the client's order to be traded after any aggregated orders that do not have similar restrictions. (See *Aggregation of orders.*)

# X. Review of client accounts

The management teams for each of Wellington Management's investment groups within the Investment Platform (Directors, Associate Directors or Heads of the Investment Platform) have responsibility for the review of portfolio managers and the accounts they manage. Peer review groups, market risk managers in Global Risk and Analytics Group (GRA) and investment directors in Investment Product and Fund Strategies (IPFS) support the management teams in their review. These groups are intended to support our firm's fiduciary responsibility to provide competent and professional investment management services to our clients by reviewing the investment process and performance of investment teams. While we believe in the importance of the clear accountability of the management teams, we also recognize the benefits of having multiple groups with functional expertise support these management teams.

Investment teams managing client portfolios are reviewed by one or more peer review groups. Peer review groups comprised of seasoned investment professionals with relevant market experience are convened regularly and review topics such as investment philosophy, process, performance, and other topics deemed relevant by the group. The goal of the peer review is to offer portfolio managers the advice and guidance to foster portfolio manager development, and to provide inputs into the supervision exercised by line management. Portfolio managers receive

feedback from their review group, which is shared with line management and other relevant groups. A peer review group attempts to review each team assigned to it at least every two years.

Our global relationship and client services groups provide a variety of reporting and other services to our clients. We provide detailed portfolio information on our client web site on an ongoing basis. On a quarterly basis, we typically provide a written reporting package, including an update of the holdings, transactions and performance of the client's account as well as commentary on current positioning. As part of this package, we typically share the portfolio manager's views on the economy and markets. In addition, we periodically provide our clients with white papers on asset allocation issues, investment strategy questions and other relevant topics.

Clients receive different levels of service from our firm or have varying access to our investment and other personnel, including varying opportunities to discuss current investment trends or themes. Some of our clients receive investment reports or analyses that other clients do not receive. We make decisions about the level of service offered to any client or group of clients based on a review of client needs and our business considerations.

# XI. Client referrals and other compensation

## A. SOLICITATION OF BUSINESS

We rely primarily on the business development and marketing activities of our personnel to solicit new business. However, we have entered into arrangements to pay third parties to solicit new business on behalf of our firm. In those circumstances, consistent with the requirements of applicable law, we will provide or require the solicitor to provide an appropriate disclosure statement to clients and prospects regarding that arrangement.

We pay some third parties to include information about our investment approaches

in databases that they maintain to describe the services provided by investment managers. We may pass the costs associated with participating in these databases on to the clients who utilize those databases. In these circumstances, those costs would affect the fee we charge to clients who use those databases.

## B. OUR RELATIONSHIPS WITH CONSULTING ORGANIZATIONS AND OTHER INTERMEDIARIES

Many of our clients and prospective clients retain investment consultants to advise them on the selection and review of investment managers. We have extensive dealings with investment consultants both in the consultants' role as advisors for their clients and in independent business relationships.

We provide consultants with information on accounts we manage for our mutual clients, pursuant to the clients' directions. We also provide information on our investment styles to consultants, who use that information in connection with searches they conduct for their clients. We also respond to requests for proposals in connection with those searches. Other interactions we have with consultants include the following:

- We invite consultants to events or other entertainment hosted by our firm.
- In some cases, we serve as investment adviser for the proprietary accounts of consultants or their affiliates, or as advisor or subadvisor for funds offered by consultants and/or their affiliates.
- We purchase software applications, access to databases and other products or services from some consultants.
- We may pay for the opportunity to participate, along with other investment managers, in conferences organized by consultants. These conferences provide us with the opportunity to discuss a broad variety of business topics with consultants, clients, and prospective clients.

Upon request by individual clients, we provide information regarding the existence of a relationship between our firm and that client's

consultant. In general, however, we rely on the consultant to make the appropriate disclosure to its clients of any conflict that the consultant believes to exist due to its business relationship with our firm.

From time to time, our Sponsored Funds' prime brokers will introduce to us potential investors in those funds. Introductions are made either at conferences sponsored by the prime broker or through private meetings. We do not compensate the prime brokers for making those introductions and we conduct our own due diligence regarding the suitability of any potential investor referred by a prime broker.

# XII. Custody

Our clients deposit the assets we manage on their behalf in separate accounts maintained by third-party custodians. Our firm generally does not have possession, or the authority to obtain possession, of assets held in client accounts in our role as investment manager.

We nevertheless seek to safeguard client assets against unauthorized access or disposition in a number of ways. We separate investment management, trading, operations and client relationship management responsibilities. We maintain access controls around the systems used by trading and by portfolio management to ensure that trades are authorized. Finally, we periodically reconcile records of client funds and securities to the client's custodian records.

Our Sponsored Funds also generally maintain their assets in accounts held at third-party custodians. Because Wellington Management affiliates often serve as the trustee or the general partner of, or hold another comparable position with respect to, a Sponsored Fund, we take additional measures to safeguard these assets. Our Sponsored Funds provide audited financial statements to their investors on an annual basis. In addition, clients with transition accounts that we manage in connection with an investment in our Sponsored Funds will receive required account statements from the custodian at least quarterly.

Clients should carefully review any statements or other reports that they receive from a custodian and compare them to the client reports provided by us.

# XIII. Investment discretion

We exercise investment discretion on behalf of our client accounts only when expressly authorized to do so in writing by the client. We exercise this discretion in accordance with client guidelines and limits we place on the aggregate ownership of individual equity securities across all client accounts.

## A. CLIENT GUIDELINES

In exercising investment discretion, our portfolio managers manage client accounts in compliance with account guidelines, which are often customized to reflect a particular client's investment objective, benchmark, risk tolerance and other requirements. Initial client account guidelines are established by agreement between us and the client and are typically included as part of the investment management agreement. From time to time, we negotiate changes to account guidelines with a client. We document changes to client guidelines and provide those changes to the account's portfolio management team. We employ a variety of methods to assist portfolio managers in complying with client guidelines. This support includes a dedicated team of guideline monitoring personnel, compliance systems technology, exception identification and escalation, periodic training, consultation and review.

## B. LIMITS ON AGGREGATE OWNERSHIP

We monitor the extent of the aggregate ownership of classes of equity securities across all client accounts over which we have investment discretion and we have adopted a policy which places limits on our aggregate ownership levels. Those limits are based partly on regulatory and/or legal considerations related to large shareholdings and partly on investment risk management considerations. On occasion, a specific limit is imposed by law

or regulation, but more frequently we impose ownership limits based on our subjective judgment. For example, we voluntarily limit aggregate ownership of some securities to avoid public reporting requirements for our firm or our clients. While we believe that our aggregate holdings limits generally represent a prudent level of investment risk, the size of our firm's aggregate holdings in a given security may affect the price at or speed with which we are able to liquidate client holdings.

In most cases, we place an initial limit of 9.9% of issued and outstanding shares on aggregate holdings of any public equity class of security of a given issuer across client accounts. Any investment professional may request an increase in the aggregate ownership level above this initial level. The firm's regulatory reporting group can increase the level following a review of legal, regulatory and market considerations. For increases above 15%, the regulatory reporting group will obtain the approval of the line managers of the portfolio manager initiating the request and of any other portfolio manager who holds the shares in client accounts.

We may exceed the aggregate ownership limit for a security involuntarily as the result of a share buyback or other corporate action that reduces the number of shares outstanding. Although we do not have a policy that requires managers to reduce their holdings due to involuntary decreases in shares outstanding, we sometimes reduce a client's holdings to comply with applicable law or regulation or based on our subjective assessment of the risks associated with holding large positions of the issuer. This action may cause the client to sell shares under adverse circumstances. We do not consider shares of a security that is nearing the aggregate ownership limit to be an inherently valuable and scarce investment opportunity. As a result, competing orders for those securities are allocated based on the general provisions of the firm's trade allocation policy, which is described in greater detail in *How we trade like orders*. When we execute sell orders that bring our clients' ownership level below the aggregate ownership limit, we inform all investment personnel that additional purchases of shares are no longer restricted.

The limits we place on aggregate ownership of securities across client accounts can cause performance dispersion among accounts with similar investment guidelines managed by the same portfolio manager. For example, a portfolio manager would not be able to invest a new account's assets in a security when the security has reached the firm's aggregate ownership limit. This occurs more frequently with respect to accounts invested primarily in stocks in the small- and mid-capitalization ranges.

# XIV. Voting client securities

Clients often give us discretion to vote proxies on securities held in their accounts. Our ability to vote proxies depends on the client's custodian delivering the proxies in proper form and in a timely manner to us or our agent.

We vote proxies in the best interests of our clients as shareholders and in a manner that we believe maximizes the economic value of their holdings. Our proxy voting guidelines set forth broad guidelines and positions on common proxy issues that we use in voting proxies, but we evaluate each proposal on its merits. The portfolio manager for the client account has the authority to decide the final vote, absent a material conflict of interest. The vote entered on a client's behalf with respect to a particular proposal may differ from the proxy voting guidelines and/or from the vote entered on behalf of another client.

## Conflicts of interest

From time to time, we will have a business relationship with an issuer whose securities are held in a client account. The issuer may be a client, vendor or a lender. Our broadly diversified base and functional lines of responsibility serve to minimize the number of, but not prevent, the conflicts created by those business relationships.

Annually, the Investment Stewardship Committee sets standards for identifying material conflicts based on our client, vendor and lender relationships and publishes those to individuals involved in the proxy voting process.

If a proxy is identified as presenting a material conflict of interest, the matter must be reviewed by designated members of the Investment Stewardship Committee, who will resolve the conflict in the best interest of the client and direct the vote accordingly. Because identifying potential conflicts is a self-reporting process, if the apparent conflict is not raised by someone within the firm it may not be identified and reviewed by the Investment Stewardship Committee.

### Other proxy issues

In certain instances, we are unable to vote or may determine not to vote a proxy on behalf of one or more clients. For example, a proxy vote might not be entered because the securities involved have been lent out under a client's securities lending program. In a number of countries, the need to block or reregister shares in order to vote proxies may make voting undesirable. In addition, proxies may not arrive in a timely fashion. We may determine that the cost of executing the proxy is excessive or may lack sufficient information to cast an appropriate vote. If a client wishes to direct the voting of their securities with respect to a particular solicitation, they may do so by providing us with timely, written instructions. We only agree to this type of direction on a best efforts basis and to the extent consistent with our regulatory obligations.

We provide our clients with information on how we voted securities in their respective accounts, as well as our Global Proxy Policy and Procedures, upon request.

## XV. Ancillary services

We provide a range of ancillary services to a subset of our clients. We generally do not charge separate fees for these services, which include but are not limited to those described below.

### Marketing support services

We provide technical expertise to support the marketing efforts of some of our mutual fund and other subadvisory clients. Some clients receive more marketing support than others. Projects in which our marketing team collaborates directly with clients include:

assistance with the development of product and marketing strategies; assistance with the development of marketing materials, including presentations, newsletters, brochures and investment communications; and product and investment training for the clients' sales personnel. In each case, marketing strategies and materials are subject to the ultimate oversight, approval and control of the client. The client also remains responsible for its compliance with applicable laws and regulations. We may also, on a case-by-case basis, provide financial support for marketing events when requested by certain mutual fund or other subadvisory clients. As with client service, decisions regarding marketing support services and financial support are based on our business considerations.

### Consulting services

We also provide consultative services to a number of our clients, including insurance companies and other institutions. These services include consulting on: a client's general account assets, including asset and liability matching; cash flow analysis; the timing of impairment of assets; and implications for the client's assets resulting from restructurings, capital redeployments, asset sales and other transactions contemplated by the client. In addition, from time to time we provide investment risk analysis or custom research services with respect to a client's or prospective client's portfolio. Our clients retain all decision-making responsibility on these matters.

In the course of these consultations, we may receive information that is material to a client's operations. In some instances, the client may be a public company whose debt or equity securities we hold on behalf of other clients. Our possession of material inside information may affect our ability to transact in those securities for our other clients. Greater detail on our policies and procedures to prevent the misuse of material, non-public information is discussed in *Control over use of material, non-public information*.

### Educational services

We provide a variety of educational opportunities to our clients and prospects. Those opportunities include roundtable forums or investment institutes where clients meet and exchange investment ideas and techniques with our personnel. We also provide some clients with educational services related to various investment topics such as asset allocation, portfolio construction and risk analysis, and integration of ESG factors. We select the clients who receive these services at our discretion.

Some educational programs include an entertainment component. While we take responsibility for our own compliance with legal restrictions on our ability to provide gifts or entertainment to clients, we cannot monitor or track our clients' compliance with applicable laws or other requirements. We rely on the recipients of the various ancillary services described above and/or attendees of these events to comply with these laws, as well as their own internal ethical and reporting policies.

# XVI. Other investment information

## A. INVESTMENTS IN PRIVATE COMPANIES

We invest in private companies for some client accounts, including our sponsored hedge funds. We manage a number of Sponsored Funds that invest all or a significant portion of their assets in private companies. Although we generally restrict all client accounts from buying securities in an IPO when any client account is a selling shareholder in the IPO, these instances are rare. More commonly, we will participate in an IPO for some accounts while we hold restricted shares of the company in other client accounts. When a portfolio manager holds private shares of a company in some client accounts at the time of the company's IPO, we may limit the amount the portfolio manager can purchase in the IPO on behalf of other client accounts or we may not allow those accounts to participate at all.

Nonetheless, in some instances, aggregate purchases can be a material portion of the shares offered in the IPO and contribute to the success of the IPO. The accounts that hold the investments in the private companies benefit from the liquidity resulting from the IPO.

Investments in private companies are generally illiquid and hard to value because of regulatory and contractual limits on their transferability and the lack of a trading market. We may not be able to liquidate a client's investment in a private security at the time the client terminates our advisory services. If that happens, the client or its subsequent adviser will need to take on management of the private company investment going forward. We will not invest in private companies on behalf of a client without the client's permission. For client accounts that allow private company investments, we apply some internal risk management limits on both the amount of private company securities that can be purchased for particular client accounts and the aggregate level of ownership in a given private company across all of our client accounts. The account-specific limits vary based on client type, and are less restrictive for our Sponsored Funds that invest all or a significant portion of their assets in private companies. Our internal risk management limits could prevent a client account from participating in an investment opportunity that the portfolio manager would otherwise recommend for the account.

## B. PRICING AND VALUATION

We seek to maintain accurate market valuations of the holdings in our client accounts. We determine values of all securities and other instruments held in client accounts at least monthly. Where reliable third-party vendor prices are readily available, we update those values daily. In addition, we determine fair values for securities and other instruments for which market quotations are not readily available or when the price provided by a pricing source does not, in our view, represent fair value. This pricing is done primarily to assist our portfolio managers in managing client accounts, although certain clients have agreed to use these prices when calculating

the market value of their accounts for purposes of calculating our management fees.

We do not act as the pricing agent of record in our capacity as advisor or subadvisor for client accounts, though we will provide assistance to the official pricing agents of those accounts, usually custodian banks or accounting agents, upon request. For example, we provide recommendations regarding the appropriate pricing methodology for fair-valued securities held in client accounts and often will act as the primary or sole pricing source for fair-valued securities held by our Sponsored Funds. In each instance, however, the official pricing agent retains responsibility for determining the value of the securities in question.

## C. RESTRICTIONS ON OUR PRODUCTS AND SERVICES

### Availability of investment services

We retain sole discretion to decide when and to which clients we will provide investment services, subject to any specifically negotiated contractual obligations to particular clients. We offer the same or substantially similar investment products and services to more than one client, including mutual fund clients that compete with each other. We may refuse to accept a prospective client or investment mandate for any reason.

We may make the decision to discontinue an investment approach, close an investment approach to new assets or to accept new assets only from specific clients or through the firm's Sponsored Funds. In addition, we may make certain investment approaches available only to certain clients or certain categories of clients, or offer an investment approach only through our Sponsored Funds. Once an investment approach is closed for any reason, we may reopen or offer the investment approach at any time, and may offer that approach to some clients but not others.

### Impact of client decisions

We frequently hold a particular security in multiple accounts for unrelated clients, especially those accounts managed in the same investment style. Some of our investment approaches have one investor, or a small number of investors, whose assets make up a significant portion of the total assets we manage in that investment approach. As a result, trading activity in one client account may adversely affect the price of securities held in other client accounts. In addition, a client's decision to redeem or liquidate an account could adversely affect the price of securities in other accounts and impair the liquidity and ability to redeem or liquidate all similar accounts. On the equity side, these risks are greater in small- and micro-cap equity investment approaches, which invest in thinly traded and less-liquid securities. With respect to fixed income investments, these risks are greater in emerging market, high yield and certain municipal securities. However, in times of market distress these risks can impact broad categories of investments. We have no control over clients' decisions to terminate our services and the vast majority of our client assets under management are managed pursuant to contracts that can be terminated on thirty days' notice. In practice, we typically honor a client's request to waive that notice provision, so we may have very little advance warning of the liquidation of an account.

### Portfolio manager capacity

We do not track the time a portfolio manager spends on a single portfolio or account, nor do we generally make specific time commitments to specific clients. Senior management with oversight responsibility for our investment professionals periodically assesses whether a portfolio manager has adequate time and resources to manage the portfolio manager's various client mandates effectively. A portfolio manager's capacity to manage assets for one or more clients may be limited based upon a variety of factors, including the number of clients and amount of client assets under management, the complexity of the investment product and the portfolio manager's other responsibilities within the organization. A particular portfolio manager or portfolio management team may be unavailable to manage additional assets due to capacity constraints on the manager's or team's time and resources. In some cases, not every client for a particular investment approach will have the same lead portfolio manager. We may limit or lower the amount of

assets that an individual portfolio manager or portfolio management team manages for a new or existing client.

## Operational issues

Our firm generally does not invest cash flows in client separate accounts prior to obtaining confirmation from the relevant custodian that the assets have been received by the custodian into the account over which we have investment discretion. However, in our sole discretion, we may agree to a client's request to place trades ahead of the confirmed receipt of cash. That decision will be based on a number of factors that, in our judgment, provide adequate assurances that the cash will be received by the custodian prior to the settlement date for the transactions. Any losses or other costs incurred because a client failed to deliver cash or securities as indicated in valid client instructions to us are that client's obligation. Our Sponsored Funds have differing policies with respect to the investment of cash contributions.

## Liquidation of client accounts

We may be unable to sell or close all holdings in a client account in full or partial liquidation. This may result in a client having to take investment responsibility over certain holdings and/or employ a third party to convert these holdings into cash. For example, forward contracts with expirations less than 90 days will generally not be closed prior to their settlement date.

## D. TECHNOLOGY AND DATA

We rely heavily on the use of technology, including proprietary and third-party software and data, to run most aspects of our investment advisory business. For example:

- Some of our investment strategies rely on computer algorithms as part of the investment process;
- Virtually all of our trade instructions are entered through and executed utilizing electronic systems; and
- We use electronic systems and data provided by proprietary and third-party sources to monitor compliance with investment guidelines.

We employ controls reasonably designed to assure that our development and implementation of technology systems are sound and the systems suppliers we rely on are reputable and competent. We monitor for systems defects and have processes to escalate issues for prompt resolution. Our technology systems rely on a broad spectrum of data to operate effectively. Accordingly, we employ risk-based controls around the use of data. These controls include diligence of third-party data providers, monitoring data sources for inaccurate and missing data, and escalation procedures. We devote what we believe to be appropriate resources to development and support of technology systems and to data development, acquisition and maintenance.

Despite our control environment, we expect that from time to time we will encounter systems flaws and that some of the data that we use will be inaccurate. These issues may go undetected for long periods of time or avoid detection altogether. These issues could affect the investment performance of portfolios we manage. We believe that we have taken reasonable steps to mitigate these risks, but do not believe that we can eliminate them altogether.

We use computer systems to manage a broad range of data, including confidential information about our clients. We have implemented risk-based controls reasonably designed to protect these systems from unauthorized access. We employ technology, including firewalls and intrusion detection systems, to secure our computer networks, systems and data. We train our employees to identify various cybersecurity threats and we utilize various technologies such as encryption, obfuscation and access controls to protect sensitive information. Finally, we monitor our network for breaches to verify that our systems are, in practice, protecting records from unauthorized access. Despite all of these controls, we expect that, from time to time, we will experience breaches of our systems that will impact our operations or compromise data maintained by the firm. We will respond to breaches with appropriate resources to contain and remediate the cause of the breach and restore our operations. If a breach of our

system results in the material compromise of confidential client information, we will undertake reasonable efforts to notify any affected client.

## E. CONTROL OVER USE OF MATERIAL, NON-PUBLIC INFORMATION

We encourage our investment professionals to visit companies in which they might invest and to meet with senior executives within these firms. Generally, those meetings are not open to the public. In discussions with corporate insiders or others (including suppliers, competitors, and brokers), our investment personnel are expected to direct questions toward customary subjects of investment interest, such as current and long-range business and industry trends, production and marketing policies and programs, quality and depth of management, and financial standards and controls. The purpose of these meetings is not to seek material, non-public information, but to develop knowledge of the company and the industry in a manner consistent with applicable law.

While our investment professionals do not actively seek material, non-public information in the ordinary course of their research activities, they sometimes receive it, typically through meetings such as the ones described above or from a client with publicly traded securities. If this occurs, employees must contact our legal and compliance group, which then reviews the situation. The legal and compliance group is authorized to take measures designed to protect our firm and our personnel from unlawful trading or the appearance of unlawful trading based upon that information. Those measures can include the imposition of information barriers or a restriction on trading in the relevant securities. We sometimes impose trading restrictions even in the absence of a legal requirement to do so, based on our determination that the interests of our firm and/or our clients are best served by avoiding even the appearance of trading on material, non-public information.

At times, we intentionally obtain material, non-public information in order to assess an opportunity to participate in a transaction for certain client accounts. We maintain procedures and controls designed to segregate the information and limit its distribution to a small group of restricted personnel when practical. Those controls can include a temporary restriction on trading in an issuer's securities across all client accounts, including accounts that will not benefit from the transaction being considered. Before we take any steps that will result in a broad restriction on trading, we consider a variety of factors including the expected impact on any affected client accounts, the general merits of the investment opportunity and the expected duration of the trading restriction. When a temporary restriction on trading in a security is imposed, a portfolio manager may be required to forgo an investment decision the portfolio manager would otherwise make in client accounts, which could cause those accounts to experience a loss or be otherwise disadvantaged.

# XVII. Our human resources policies

Our firm has adopted policies regarding our personnel that may affect some aspects of the management of client accounts. We believe that these policies are necessary and appropriate to preserve our business interests. We may change or amend these policies from time to time in our sole discretion.

### Non-competition agreement

Each partner of the Partnership has signed, and each newly admitted partner will sign, the Partnership Agreement. This agreement provides that the partner agrees not to solicit Wellington's clients for five years following withdrawal and is also subject to a non-competition agreement of one year following withdrawal. Upon withdrawal, the partner may extend the non-compete period to three years in connection with vesting certain rights to post-partnership payments.

### Incentive compensation arrangements

Our portfolio managers and analysts typically receive incentive payments related to the portfolios they manage or to which they

contribute investment ideas. Those payments are usually determined by a formula based on revenues we receive for those accounts. In most cases, portfolio managers have incentive compensation arrangements that are also tied to the performance of the account in question relative to the client's benchmark or objective. In some cases, the incentive benchmark differs from the client's benchmark. When we enter into a performance-based fee arrangement with a client, the portfolio manager's incentive arrangement will typically be a portion of the fee earned by the firm. A portfolio manager may allocate a portion of the portfolio manager's incentive compensation to team members, research analysts or other investment personnel in recognition of their contributions to the performance of the portfolios managed by that portfolio manager. All incentive compensation arrangements are reviewed by our Incentive Compensation Committee.

Certain of our personnel involved in the sale of investment products are eligible to receive sales-based compensation based upon a predetermined formula related to anticipated revenues. Those personnel are also eligible to receive variable compensation based upon a variety of factors, including overall firm performance, individual performance and their collaboration and contribution to team and firm performance.

The compensation of investment personnel is not based on their contributions to business development. However, many Wellington Management personnel are eligible for bonuses based on the firm's financial success and the individual's overall contribution to our business. Bonuses paid on this basis constitute a significant part of the compensation of many of our senior business and investment professionals.

# XVIII. Conflicts of interest

Throughout this document, we have tried to identify for you the conflicts that arise in the ordinary course of our business. Some of those conflicts are inherent in any large, global investment management business, while others are a result of our business model. We seek to avoid or minimize these conflicts where

reasonably possible. However, some conflicts cannot be avoided, and although others could be, we have determined that doing so would require changes to business or investment practices that, on balance, provide a significant benefit to our firm and/or our clients.

Any conflicts that we cannot or have chosen not to avoid are managed through policies and procedures that we believe are sufficient to protect the interests of our clients and fulfill our fiduciary obligations to our clients. Key conflicts are described below, along with the principles upon which we attempt to manage them. Given the relationships among our clients, our firm, our personnel, our service providers and the companies in which we invest, and the potential for changes in these relationships, there may be new or different conflicts or potential conflicts that arise in the future and are not discussed in this document. We are committed to recognizing, minimizing and/or mitigating the impact of these conflicts in an appropriate manner.

## Conflicts among clients

Our firm has a large and diverse client base. Our fee arrangements with our clients vary greatly, even among clients receiving essentially similar portfolio management services from the same personnel. In addition, our clients differ in their ability to affect the firm's business interests for reasons including the amount of assets under that client's control, a client's ability to influence the decisions of other potential clients regarding the purchase of investment management services or the client's reputation and prestige within a particular market.

We recognize that our business interest in serving clients who are perceived to be more influential or more valuable to the firm poses a risk that we would favor those clients over other clients. In order to manage this risk, we seek to ensure that clients are treated fairly over time with respect to the allocation of investment opportunities, trade allocation and the voting of proxies. We have identified these as areas that touch our fiduciary obligations to our clients. In areas where our fiduciary obligations are not implicated, such as the allocation of portfolio manager or product

capacity, the content or frequency of client reporting, the offering or provision of educational opportunities or the sharing of proprietary research, we may exercise our business judgment to treat clients appropriately, but differently, depending on their circumstances.

Our firm has adopted policies designed to address conflicts of interest relating to the management of multiple client accounts, including the allocation of shares of equity IPOs. The specific procedures we use to ensure compliance with those policies differ depending on what we believe to be the inherent value of particular investment opportunities and/or the risk of favoritism presented by various parts of our business. Our policies and procedures reflect our belief that our clients benefit from the diversity of investment opinion within our firm and the individualized, subjective judgments of each portfolio manager with respect to each client account. Accordingly, we do not mandate that a portfolio manager include all client accounts in any particular investment opportunity, although we require a portfolio manager who participates in equity IPOs to provide an explanation of their decision to exclude a particular client account if other accounts they manage do participate. We may also restrict certain investment opportunities to avoid conflicts of interest, such as equity IPOs in which client accounts that we manage will be selling shares to the public. In addition, we perform after-the-fact monitoring and review of client accounts to assess dispersion among accounts with similar mandates.

Because we manage client accounts in a wide range of strategies and asset classes, we sometimes invest in different parts of the capital structure of the same company for different clients.  Some client accounts will hold equity securities of a company while other accounts hold bonds, notes, bank loans or other fixed income instruments of the same company. Some client accounts may hold private securities or obligations of a company while other accounts hold its publicly traded securities. If the issuer experiences financial distress, the interests of client accounts investing in different instruments of the same issuer can conflict because of competing rights

and terms associated with each instrument. Conflicts can also arise when we have the option to receive confidential information about a company in connection with client holdings of a private security, a proposed private transaction, or participation in an ad hoc bondholder or lender group. Receipt of confidential information in situations like these can constrain our ability to trade other securities of the issuer held in different client accounts that do not benefit from receipt of that information. We evaluate and manage these conflicts on a case-by-case basis, considering factors such as the nature and degree of the relevant client accounts' interest, the range of available options and the likelihood of related outcomes, the expected duration of any trading restrictions and applicable legal and regulatory requirements. In some cases, we may determine it is appropriate to take an action that benefits some client accounts despite a potentially adverse impact to other client accounts.  In other cases, we may choose to avoid or mitigate the conflict by foregoing an opportunity to act on behalf of some client accounts if that action is expected to harm other client accounts.

When managing client accounts that can invest in multiple investment approaches and asset classes, a portfolio manager may decide to allocate a portion of those accounts to Sponsored Funds that we manage. Our portfolio managers and other investment personnel who make these allocation decisions have access to information about those funds that is not available to other participants in the same funds. While we believe that access to this information is necessary to manage asset, sector and issuer exposures across multiple investment approaches and asset classes, we recognize our duty to disclose any material information related to Sponsored Funds that we manage in a fair and equitable manner to all participants. Where we think it appropriate, we have adopted policies and procedures to identify and disclose material information and to manage any related conflicts that may arise, including use of information barriers and restrictions on contributions and withdrawals.

Our trade allocation policies and procedures for situations where multiple client accounts

participate simultaneously in a buy or sell order for the same security strive to assure fair and equitable treatment of all client accounts participating in those orders. The firm's policies and procedures on trade allocation are discussed in the section entitled *Brokerage practices*. Finally, the firm's policies regarding the voting of proxies where we believe a client relationship with the issuer poses a material conflict are discussed in the section entitled *Voting client securities*.

## Conflicts between clients and Wellington Management

We recognize that our firm has the opportunity to benefit from the authority our clients have given us to direct the management of their assets and from the business that we are able to direct to other firms as a result. We receive valuable products and services from broker/dealers to whom we direct substantial amounts of client commissions that we control. A portion of the services provided by these broker/dealers are paid for by client commissions, which are generated based on our placement of client trades through those broker/dealers. If we were unable to obtain those products and services through the use of client commissions, we would need to pay for them directly. We believe some research services would be unavailable at this time if we sought to obtain them from broker/dealers in an unbundled manner.

Because we receive products and services from broker/dealers, there is a risk that we might place trades with particular broker/dealers in order to obtain those products and services, rather than to seek the Best Execution for client trades. We manage that risk in several ways.

By policy, we have limited our use of client commissions to the acquisition of Research Services (as described in *Brokerage practices*). Broadly speaking, that research benefits our clients through its contribution to the investment process, although there is no particular correlation between the amount of client commissions generated by trading activity in a client's account and the use of research in the management of that particular client's investments. Our policy also

establishes Best Execution as the primary requirement in the selection of a broker/dealer to execute trades. We do not direct client accounts to pay a bundled commission rate that includes Research Services unless we have first determined that the commission rate is reasonable in light of the value of the overall execution services and Research Services we expect to receive from the broker/dealer. We evaluate the value of Research Services received from broker/dealers regularly, with input from our investment personnel and oversight by a cross-functional group of senior professionals. Finally, we also monitor trade executions to assess our execution quality, including the use of third-party analysis where available.

Even though we do not provide official prices for client accounts (other than our Sponsored Funds), we do provide information and/or recommendations on fair value methodologies. Information that we provide to clients regarding the value of certain securities held in accounts we manage for them poses a risk of conflict. We generally base our fees on the value of the accounts under our management. When a security held in one of those accounts does not have a readily available market value, our interests would be served by placing the highest possible value on that security. We have adopted pricing policies and procedures and established a Pricing Committee to manage the conflict posed by pricing securities for which there is no readily available market value.

We do not manage any accounts or assets for our own account except as described below. Thus, in the ordinary course of business, we do not compete with our clients in the market for securities. Sometimes, we directly or indirectly acquire exposure to individual securities as a result of an error that we have made in a client account. In those situations, we have an interest in limiting our losses or maximizing our gains. That interest may be best served by trading with, ahead of, or on the other side of our clients. In these circumstances, we have adopted a policy against trading in a security acquired in error while we are trading for a client account in that security. Exceptions to that policy may be made only when the firm's Error Resolution Council determines that the

client trades will not be materially affected by the firm's correction of the error.

We manage Sponsored Funds in which the only investors are our firm and/or our partners and employees. In some cases, these Sponsored Funds are designed to develop new investment approaches and do not accept external investments. In other cases, we have provided initial seed capital to the Sponsored Fund with the expectation of future investments from unaffiliated parties. We generally treat these Sponsored Funds the same as our other client accounts, except that we do not allow them to participate in equity IPOs.

### Conflicts between clients and Wellington Management personnel

We are aware that our personnel have the opportunity to benefit financially, as individuals, from their access to information about trading activity in client accounts. Some of those individuals may also benefit personally due to their ability to direct investment or trading activity in client accounts. Those opportunities create the risk that individuals will use confidential client information for their own benefit or exercise their discretionary control over client accounts for their own benefit.

Our Code of Ethics was adopted in part to manage the conflicts posed by access to information about activity in client accounts. We systematically review personal trading activity to monitor compliance with the provisions of the Code. The Code also restricts, but does not prohibit, the receipt of personal benefits, such as gifts and entertainment opportunities, from clients, broker/dealers and others with whom we do business. Those provisions of the Code are monitored by the team responsible for the administration of the Code and by senior business managers.

The Code does not prohibit our personnel from investing in pooled vehicles managed by our firm. A substantial percentage of our personnel do, in fact, invest in such vehicles either through their accounts in the Wellington Retirement Plans, as investors in our Sponsored Funds or as shareholders in publicly offered mutual funds. In certain cases,

a portfolio manager may own substantially all of the interests in a Sponsored Fund that the portfolio manager manages. These investments pose a risk that our firm or individuals who are in a position to control the allocation of investment opportunities to those vehicles will favor these vehicles in order to obtain a personal benefit.

We believe that it is beneficial for our personnel to invest in vehicles we manage because it aligns those individuals' interests with those of our clients. We recognize that the nature of pooled vehicles offers limited opportunities for an individual to gain personally through the allocation of investment opportunities and correspondingly limited ability for us to prevent personal gains. Our conflict management measures take these limitations into account. Where we think it appropriate, the firm has adopted policies and procedures to manage the conflicts that might arise from our personnel's investments in accounts they manage.

We treat Wellington Management personnel invested in our Sponsored Funds the same as other investors in those vehicles, with one key exception: For all our sponsored hedge funds and for certain other Sponsored Funds whose legal and accounting structure allows us to do so, we exclude our personnel from participating in the first day gains of a fund's investment in an IPO. Where we do not have that ability, the Sponsored Fund will only be permitted to invest in an equity IPO if our personnel's assets comprise less than 50% of the fund.

Our personnel have access to information that is not available to other participants in investment vehicles that we manage. While this information is generally not material to an investor's decision to buy or sell interests in a fund, we recognize our duty to disclose material information only in a manner that is fair and equitable to all investors in a fund. We have adopted policies and procedures to identify and disclose material information relating to these investment vehicles and to manage any related conflicts that may arise, including information barriers and restrictions on contributions and withdrawals in our Sponsored Funds.

Most of our investment personnel receive some form of incentive compensation. That compensation may be based on performance of an account against a benchmark return, applied to revenues received by the firm for the management of that account. It may also be based on receipt of a percentage of any performance-based fee paid to the firm for management of that account. In both instances, we believe that these incentive compensation arrangements play a valuable role in aligning the interests of our portfolio managers and other investment team members with those of our clients. However, just as our firm has an incentive to favor clients with whom we have more lucrative fee arrangements, portfolio managers and other investment team members have an incentive to favor accounts that have the potential to provide higher incentive compensation for them as individuals. We manage the conflict created by these incentive arrangements through our policies on the allocation of investment opportunities, including the allocation of equity IPOs, as well as after-the-fact monitoring and review of client accounts to assess dispersion among accounts with similar mandates.

In some client accounts, portfolio managers have discretion to invest client assets directly or to make allocations to particular Sponsored Funds or investment approaches that we offer. Some accounts in which we exercise this discretion pay a variable fee based on the management fees charged by the underlying Sponsored Funds or investment approaches selected by the portfolio managers, while others pay a fixed management fee. When managing an account with a variable management fee, a portfolio manager has an incentive to maximize firm revenues by selecting a Sponsored Fund or investment approach that has higher fees. Conversely, the portfolio manager has a personal financial incentive to exclude underlying Sponsored Funds or investment approaches with higher management fees when managing an account with a fixed fee. In both cases, a portfolio manager may also have a personal financial incentive to select other Sponsored Funds or investment approaches that the portfolio manager manages. We manage the conflicts

created by these contrasting incentives through a combination of specific client disclosures, internal review processes, and enhanced oversight.

# XIX. Closing

We hope this document has enhanced your understanding of Wellington Management and our business practices. We remain committed, as always, to justifying the trust you have placed in us as your fiduciary.

41

# Appendix:
# Description of affiliates

**WELLINGTON MANAGEMENT GROUP LLP** (the Partnership), the parent company of the Wellington Management global organization, is a Massachusetts limited liability partnership.

**WELLINGTON MANAGEMENT COMPANY LLP** (WMC) is a Delaware limited liability partnership and a registered investment adviser with the US Securities and Exchange Commission (SEC). WMC is also registered with the US Commodity Futures Trading Commission (CFTC) as a commodity trading advisor (CTA) and serves as a CTA to certain clients including registered commodity pools and their operators. WMC provides commodity trading advice to all other clients in reliance on exemptions from CTA registration. WMC is an indirect subsidiary of the Partnership. WMC serves as the investment manager for our clients in the US and Latin America and for some clients in other regions. WMC may delegate some functions, including portfolio management, trading and/or account administration in whole or in part to another investment advisory affiliate.

**WELLINGTON INVESTMENT MANAGEMENT (SHANGHAI) LIMITED** (WIM Shanghai) is a Shanghai wholly foreign-owned enterprise established in Shanghai under the laws of the People's Republic of China.  WIM Shanghai is an unregulated entity and an indirect subsidiary of the Partnership.

WIM Shanghai provides research to Wellington Management and its clients. WIM Shanghai may also engage in client liaison and business development services in mainland China.

**WELLINGTON MANAGEMENT AUSTRALIA PTY LTD** (WM Australia) is an Australian proprietary limited company. WM Australia is an indirect subsidiary of the Partnership and is authorized to provide investment management services in Australia under an Australian Financial Services License.

WM Australia serves as the contractually named manager for certain clients in Australia and New Zealand. In those cases, certain functions, including portfolio management, trading and/or account administration are delegated in whole or in part to WMC or another investment advisory affiliate.

**WELLINGTON MANAGEMENT CANADA ULC** (WM Canada ULC) is a Delaware limited liability company and is registered in ten Canadian provinces (Alberta, British Columbia, Manitoba, New Brunswick, Newfoundland and Labrador, Nova Scotia, Ontario, Prince Edward Island, Québec, and Saskatchewan) in the categories of Portfolio Manager and Exempt Market Dealer. WM Canada is also registered under the securities commissions of Manitoba and Ontario as a Commodity Trading Manager. WM Canada ULC is an indirect subsidiary of the Partnership.

WM Canada ULC provides client liaison, investment monitoring and business development services for Wellington Management and its clients in Canada. WM Canada ULC also serves as the contractually named investment manager for our Canadian clients. Certain functions, including portfolio management, trading and/or account administration are delegated in whole or in part to WMC or another investment advisory affiliate.

**WELLINGTON MANAGEMENT HONG KONG LIMITED** (WM Hong Kong) is a private limited company organized under the laws of the Hong Kong Special Administrative Region of the People's Republic of China. WM Hong Kong is an indirect subsidiary of the Partnership. WM Hong Kong is authorized to provide investment management services in Hong Kong by the Securities and Futures Commission. WM Hong Kong is also registered with the SEC as an investment adviser.

WM Hong Kong provides client liaison, investment monitoring and business development services for Wellington Management and its clients in Northern Asia including Hong Kong, mainland China, Taiwan and Korea. WM Hong Kong also provides research, portfolio management and trading services for Wellington Management and its clients.

WM Hong Kong serves as the contractually named investment manager for certain clients in Hong Kong and for certain Sponsored Funds. In those cases, certain functions, including portfolio management, trading and/or account administration may be delegated in whole or in part to WMC or another investment advisory affiliate.

**WELLINGTON MANAGEMENT EUROPE GMBH** (WM Europe) is a limited company registered in Germany and an indirect subsidiary of the Partnership. WM Europe is authorized and regulated by the German Federal Financial Supervisory Authority (*Bundesanstalt für Finanzdienstleistungsaufsicht – BaFin*). WM Europe has a branch in Milan, Italy, which is authorized and regulated by BaFin and, in respect of certain of its activities, by the Commissione Nazionale per le Società e la Borsa (CONSOB).

WM Europe provides client liaison and business development services for Wellington Management and certain of its clients in Europe. WM Europe also provides portfolio management services to Wellington Management and its clients. WM Europe serves as the contractually named investment manager for certain clients in the European Union. In those cases, certain functions, including portfolio management, trading and/or account administration may be delegated in whole or in part to WMC or another investment advisory affiliate.

**WELLINGTON MANAGEMENT INTERNATIONAL**
LTD (WMIL) is a limited company registered in England and Wales and an indirect subsidiary of the Partnership. WMIL is authorized and regulated by the Financial Conduct Authority. WMIL is also registered with the SEC as an investment adviser.

WMIL provides client liaison, investment monitoring and business development services for Wellington Management and its clients in Europe, the Middle East, and Africa (EMEA). WMIL also provides research, portfolio management and trading services to Wellington Management and its clients.

WMIL serves as the contractually named investment manager for certain EMEA clients and for certain Sponsored Funds. In those cases, certain functions, including portfolio management, trading and/or account administration may be delegated in whole or in part to WMC or another investment advisory affiliate.

**WELLINGTON MANAGEMENT JAPAN PTE LTD**
(WM Japan) is a limited liability company organized under Singapore law, with its main office in Tokyo, Japan. WM Japan is an indirect subsidiary of the Partnership. WM Japan is authorized in Japan by the Financial Services Agency to conduct investment management, investment advisory and agency business and investment trust management, as well as limited marketing of sponsored funds. WM Japan is also registered with the SEC as an investment adviser.

WM Japan serves as the contractually named manager for certain clients in Japan and for certain Sponsored Funds. In those cases, certain functions, including portfolio management, trading and/or account administration may be delegated in whole or in part to WMC or another investment advisory affiliate.

**WELLINGTON MANAGEMENT SINGAPORE PTE LTD** (WM Singapore) is a limited liability company organized under Singapore law. WM Singapore is an indirect subsidiary of the Partnership. WM Singapore is regulated by the Monetary Authority of

Singapore under a Capital Markets Services License to conduct fund management activities and is an exempt financial adviser. WM Singapore is also registered with the SEC as an investment adviser. WM Singapore provides client liaison, investment monitoring and business development services for Wellington Management and its clients in the Asia-Pacific region ex-Japan. WM Singapore also provides research and portfolio management services to Wellington Management and its clients.

WM Singapore serves as the contractually named manager for certain clients in Singapore and for certain Sponsored Funds. In those cases, certain functions, including portfolio management, trading and/or account administration may be delegated in whole or in part to WMC or another investment advisory affiliate.

**WELLINGTON MANAGEMENT SWITZERLAND GMBH** is a limited liability company incorporated under Swiss law and an indirect subsidiary of the Partnership. It provides client liaison and business development services for Wellington Management and its clients in Switzerland.

**WELLINGTON ALTERNATIVE INVESTMENTS LLC**
(WAI) is a Delaware limited liability company and an indirect subsidiary of the Partnership. WAI is registered as a commodity pool operator with the CFTC and is registered with the SEC as an investment adviser. WAI is the general partner or manager of privately offered pooled investment vehicles. WAI is owned by WMFH and WMII and managed by WMII.

**WELLINGTON ALTERNATIVE INVESTMENTS GP LATE STAGE GROWTH LUXEMBOURG SÀRL** (WAI GP Lux) is a company in the form of a Société à responsabilité limitée organized under the laws of the Grand Duchy of Luxembourg and an indirect subsidiary of the Partnership. WAI GP Lux serves as a general partner of privately offered pooled investment vehicles. WAI GP Lux is owned by WAI.

**WELLINGTON FUNDS SERVICES LLC** (WFS) is a Delaware limited liability company which provides administrative and operational support, including trading settlement, account reconciliation and performance reporting, to certain of our Sponsored Funds. WFS is owned by WMFH.

**WELLINGTON FUNDS (US) LLC** (WFUS) is a Delaware limited liability company and an indirect subsidiary of the Partnership. WFUS is registered with the SEC as an investment adviser. WFUS is the general partner or manager of privately offered pooled investment vehicles. WFUS is owned by WMFH and WMF Inc. and managed by WMF Inc.

**WELLINGTON GLOBAL ADMINISTRATOR, LTD.** (WGA) is a limited liability company organized under the laws of Bermuda and an indirect subsidiary of the Partnership. WGA serves as the distributor for certain Wellington Management-sponsored investment funds.

**WELLINGTON LUXEMBOURG SÀRL** (Wellington Luxembourg) is a company in the form of a Société à responsabilité limitée organized under the laws of the Grand Duchy of Luxembourg and an indirect subsidiary of the Partnership. Wellington Luxembourg is authorized under Luxembourg law as a management company and AIFM for mutual investment funds domiciled in Luxembourg. Several Wellington Management affiliates serve as investment managers for certain portfolios domiciled in Luxembourg and, upon the request of Wellington Luxembourg, may provide other general management services for those portfolios.

**WELLINGTON FUNDS DISTRIBUTORS INC.** (WFD) is a limited-scope broker/dealer registered with FINRA and organized under the laws of Delaware. WFD is an indirect subsidiary of the Partnership. WFD's sole line of business is introducing prospects to certain SEC-registered investment companies and Wellington Management-sponsored investment funds offered within the United States.

**WELLINGTON TRUST COMPANY, NA** (WTC) is a limited-purpose nationally chartered trust company and a subsidiary of the Partnership. WTC provides a range of trust services, including asset management, asset allocation and account custody and administration. WTC sponsors common trust funds and collective investment funds that are exempt from registration under the US Investment Company Act of 1940, as amended. Several Wellington Management affiliates provide investment advice on a nondiscretionary basis to WTC with respect to client assets managed by WTC.

**WELLINGTON MANAGEMENT FUNDS LLC** (WMF LLC) is a Delaware limited liability company and an indirect subsidiary of the Partnership. WMF LLC is the manager of privately offered pooled investment vehicles. WMF LLC is owned by WMFH and WMF Inc. and managed by WMF Inc.

**WELLINGTON FINANCE & TREASURY LLC** (WFT) is a Delaware limited liability company which serves in a cash management function for certain of its affiliates. WFT is owned by the Partnership and WMII and managed by WMII.

**WELLINGTON GROUP HOLDINGS LLP** (WGH) is a Delaware limited liability partnership which serves as the managing partner of WIAH and WMFH. WGH is owned by the Partnership.

**WELLINGTON HOLDINGS, INC.** (WH, Inc.) is a corporation organized under the laws of Massachusetts. WH, Inc. is owned by the Partnership.

**WELLINGTON INVESTMENT ADVISORS HOLDINGS LLP** (WIAH) is a Delaware limited liability partnership which serves as the managing partner of WMC, the sole member of WM Canada LLC and the majority owner of WMGH. WIAH is owned by WGH and the Partnership.

**WELLINGTON MANAGEMENT CANADA LLC** (WM Canada LLC) is a Delaware limited liability company. WM Canada LLC is the sole owner of WM Canada ULC. WM Canada LLC is owned by WIAH.

**WELLINGTON MANAGEMENT FUNDS HOLDINGS LLP** (WMFH) is a Delaware limited liability partnership which serves as the owner of WMA and WMF Inc., sole member of WFS, member of WMF LLC and WAI and majority owner of WGA and Wellington Luxembourg. WMFH is owned by WGH and the Partnership.

**WELLINGTON MANAGEMENT GLOBAL HOLDINGS, LTD.** (WMGH) is a Bermuda limited company. WMGH serves as a holding company for operating entities organized in Australia, Germany, Hong Kong, Singapore, Switzerland and the United Kingdom. WMGH is owned by WIAH and WH, Inc.

**WELLINGTON MANAGEMENT INVESTMENT, INC.** (WMII) is a corporation organized under the laws of Delaware. WMII serves as the manager of WAI and WFT and holds common shares of WGA. WMII is owned by the Partnership.

**WELLINGTON MANAGEMENT FUNDS INC.** (WMF Inc.) is a corporation organized under the laws of Delaware. WMF Inc. serves as the manager of WMF LLC and WFUS. WMF Inc. is owned by WMFH.

44

Wellington Management Company LLP is an independently-owned investment adviser registered with the US Securities and Exchange Commission (SEC). WMC is also registered with the US Commodity Futures Trading Commission (CFTC) as a commodity trading advisor (CTA) and serves as a CTA to certain clients including commodity pools operated by registered commodity pool operators. WMC provides commodity trading advice to all other clients in reliance on exemptions from CTA registration. WMC, along with its affiliates (collectively, Wellington Management), provides investment management and investment advisory services to institutions around the world. Located in Boston, Massachusetts, Wellington Management also has offices in Chicago, Illinois; Radnor, Pennsylvania; San Francisco, California; Frankfurt; Hong Kong; London; Milan; Shanghai; Singapore; Sydney; Tokyo; Toronto; and Zurich.

This material is prepared for, and authorized for internal use by, designated institutional and professional investors and their consultants or for such other use as may be authorized by Wellington Management. This material and/or its contents are current at the time of writing and may not be reproduced or distributed in whole or in part, for any purpose, without the express written consent of Wellington Management. This material is not intended to constitute investment advice or an offer to sell, or the solicitation of an offer to purchase shares or other securities. Investors should always obtain and read an up-to-date investment services description or prospectus before deciding whether to appoint an investment manager or to invest in a fund.

In Europe (excluding the United Kingdom and Switzerland), this material is provided by Wellington Management Europe GmbH (WME) which is authorized and regulated by the German Federal Financial Supervisory Authority (*Bundesanstalt für Finanzdienstleistungsaufsicht – BaFin*). This material may only be used in countries where WME is duly authorized to operate and is only directed at eligible counterparties or professional clients as defined under the German Securities Trading Act. This material does not constitute investment advice, a solicitation to invest in financial instruments or information recommending or suggesting an investment strategy within the meaning of Section 85 of the German Securities Trading Act (*Wertpapierhandelsgesetz*).

In  the United Kingdom, this material is provided by Wellington Management International Limited (WMIL), a firm authorized and regulated by the Financial Conduct Authority (FCA) in the UK (Reference number: 208573). This material is directed only at eligible counterparties or professional clients as defined under the rules of the FCA.

In Switzerland, this material is provided by Wellington Management Switzerland GmbH, a firm registered at the commercial register of the canton of Zurich with number CH-020.4.050.857-7. This material is directed only at Qualified Investors as defined in the Swiss Collective Investment Schemes Act and its implementing ordinance.

In Hong Kong, this material is provided to you by Wellington Management Hong Kong Limited (WM Hong Kong), a corporation licensed by the Hong Kong Securities and Futures Commission to conduct Type 1 (dealing in securities), Type 2 (dealing in futures contracts), Type 4 (advising on securities), and Type 9 (asset management) regulated activities, on the basis that you are a Professional Investor as defined in the Securities and Futures Ordinance and its subsidiary legislation. By accepting this material, you acknowledge and agree that this material is provided for your use only and that you will not distribute or otherwise make this material available to any person.

In Singapore, this material is provided for your use only by Wellington Management Singapore Pte Ltd (WM Singapore) (Registration Number 201415544E). WM Singapore is regulated by the Monetary Authority of Singapore under a Capital Markets Services License to conduct fund management activities and is an exempt financial adviser. By accepting this material, you represent that you are a non-retail investor and that you will not copy, distribute or otherwise make this material available to any person.

In Australia, Wellington Management Australia Pty Ltd (WM Australia) (ABN 19 167 091 090) has authorized the issue of this material for use solely by wholesale clients (as defined in the Corporations Act 2001). By accepting this material, you acknowledge and agree that this material is provided for your use only and that you will not distribute or otherwise make this material available to any person. Wellington Management Company LLP is exempt from the requirement to hold an Australian financial services license (AFSL) under the Corporations Act 2001 in respect of financial services provided to wholesale clients in Australia, subject to certain conditions. Financial services provided by Wellington Management Company LLP are regulated by the US SEC under the laws and regulatory requirements of the United States, which are different from the laws applying in Australia.

In Japan, Wellington Management Japan Pte Ltd (WM Japan) (Registration Number 199504987R) has been registered as a Financial Instruments Firm with registered number: Director General of Kanto Local Finance Bureau (Kin-Sho) Number 428. WM Japan is a member of the Japan Investment Advisers Association (JIAA), the Investment Trusts Association, Japan (ITA), and the Type II Financial Instruments Firms Association (T2FIFA).

WM Hong Kong, WMIL, WM Japan, and WM Singapore are also registered as investment advisers with the SEC; however, they will comply with the substantive provisions of the US Investment Advisers Act only with respect to their US clients.

©2021 Wellington Management Company LLP. All rights reserved.

**WELLINGTON**
**MANAGEMENT**®

1. Apr. 2021

Wellington Management

This brochure supplement provides information about Mr. Jim Shakin and Mr. Andrew Corry that supplements Wellington Management's *Our Business and Practices*. You should have received a copy of that brochure. Please contact us at +1-617-951-5000 if you did not receive Wellington Management's brochure or if you have any questions about the contents of this supplement.

**Wellington Management** refers to Wellington Management Company LLP and its affiliates which are registered as investment advisers with the US Securities and Exchange Commission.

| **Wellington Management Company LLP** | **Wellington Management Hong Kong Ltd** | **Wellington Management Singapore Pte Ltd** |
|---|---|---|
| *(Principal Location)* | 17F, Two International | 8 Marina Boulevard, #03-01 |
| 280 Congress Street Boston | Financial Centre 8 Finance Street | Tower 1 Marina Bay Financial Centre |
| Massachusetts 02210 USA +1-617-951-5000 | Central Hong Kong +852-2846-6000 | Singapore 018981 +65-6534-5115 |
| 4 Radnor Corporate Center Suite 500 Radnor | **Wellington Management International Ltd** Cardinal Place 80 Victoria Street | **Wellington Management Japan Pte Ltd** Palace Building 7F 1-1-1 Marunouchi, Chiyoda-ku |
| Pennsylvania 19087 USA +1-610-631-3500 | London SW1E 5JL UK +44-20-7126-6000 | Tokyo 100-0004 Japan +813-5533-0011 |
| 4 Embarcadero Center Suite 2610 San Francisco California 94111 USA +1-415-627-1800 | | |

**www.wellington.com**

**Investment Personnel:**

Mr. Jim Shakin, Wellington Management Company LLP
Mr. Andrew M Corry, Wellington Management Company LLP

*Internal Account #  66G4*

**Educational Background and Business Experience of Investment Personnel**

Mr. Shakin:
*Business Experience*
Mr. Shakin has been involved in the portfolio management and securities analysis of client accounts at Wellington Management for at least the last five years.

*Educational Background*
Bachelor of Science from University of Pennsylvania (Wharton).

*Year of Birth*
1964


Mr. Corry:
*Business Experience*
Mr. Corry has been involved in the portfolio management and securities analysis of client accounts at Wellington Management for at least the last five years.

*Educational Background*
Master of Business Administration from University of Chicago.
Bachelor of Arts from Gettysburg College.

*Year of Birth*
1965


**Disciplinary Information**

Mr. Shakin has not been subject to any legal or disciplinary events described in Form ADV Part 2B, Item 3. In the event that we become aware of any legal or disciplinary events that we believe would be material to an evaluation of Mr. Shakin, we will promptly notify all clients or prospects affected by those events, subject to applicable law and regulation.

Mr. Corry has not been subject to any legal or disciplinary events described in Form ADV Part 2B, Item 3. In the event that we become aware of any legal or disciplinary events that we believe would be material to an evaluation of Mr. Corry, we will promptly notify all clients or prospects affected by those events, subject to applicable law and regulation.


**Outside Business Activities**


*Internal Account # 66G4*

Mr. Shakin is not actively engaged in any other investment-related business or any other business activities that involve a substantial amount of time or pay.

Mr. Corry is not actively engaged in any other investment-related business or any other business activities that involve a substantial amount of time or pay.

## Additional Compensation

Mr. Shakin does not receive any additional compensation from non-clients for the provision of investment advisory services.

Mr. Corry does not receive any additional compensation from non-clients for the provision of investment advisory services.

## Supervision

The Directors of the Asset Allocation Strategies, Equity Portfolio Management, Fixed Income Portfolio Management, Global Industry Research, Hedge Fund and Quantitative Portfolio Management groups, together with their teams, review the investment personnel within their respective investment groups on an ongoing basis. In addition, our firm's Executive Committee has created several formal investment review groups. These groups are intended to support our fiduciary responsibility to provide competent and professional investment management services to our clients by reviewing and overseeing the investment process and performance of investment teams.  The review generally covers the team's investment philosophy, process, performance, compliance record, portfolio characteristics, as well as the people and resources that support the team's management of client accounts.

The immediate supervisor of  Mr. Shakin and Mr. Corry is Mr. Terry Burgess, Head of Investment Boutiques, and can be contacted at +1-617-951-5000.

*Internal Account #  66G4*

**WELLINGTON MANAGEMENT**

WELLINGTON
MANAGEMENT®

## PRIVACY POLICY AND PROCEDURES

## INTRODUCTION

Wellington Management values the privacy of our clients. This Privacy Policy has been adopted to promote the protection of nonpublic client information in Wellington Management's possession, and otherwise to further the privacy interests of Wellington Management's clients.

## STATEMENT OF POLICY

Wellington Management respects the privacy of, and confidentiality with respect to information pertaining to, its clients and acts to meet the expectations of its clients in this regard.

## PROCEDURES

Wellington Management uses the following procedures:

### Information Sharing

Wellington Management strives to provide seamless service to all of its clients, whether they call upon functions performed by one or several Wellington Management companies. To facilitate that process, information regarding client accounts is shared broadly across the organization. For example, Wellington Management companies may share information with each other in order to facilitate portfolio management or to assist in providing client service to a particular client. Finally, client information may be used by different companies in the organization in order to identify potential client needs for additional investment management services.

In contrast, Wellington Management typically does not share nonpublic client information with unaffiliated third-parties other than as necessary to carry out the actual performance of the investment management services it has been hired to provide. Thus, for example, Wellington Management will share nonpublic client information with brokers and custodian banks in order to buy and sell securities and record those purchases and sales accurately. As a general rule, Wellington Management does not engage in joint marketing arrangements with unaffiliated third-parties that involve the sharing of nonpublic information regarding Wellington Management's clients. Nor does Wellington Management sell client information to unaffiliated third-parties for their own marketing purposes. Any exceptions to these practices are made only with the permission of the particular client for the sharing of information with identified third-parties or as otherwise required by law.

### Physical Security

Wellington Management recognizes the need to provide a secure environment for nonpublic client information, whether that information is maintained in physical or electronic form. In addition to building security provided by its landlords, Wellington Management employs various measures to protect the security of the firm's offices. Receptionists in each office monitor the entry of visitors to the office and are trained on procedures for dealing with unauthorized individuals. Entrances that are not staffed with receptionists can be accessed only with an authorized

WELLINGTON MANAGEMENT

# PRIVACY POLICY AND PROCEDURES

access control card, which is controlled by the Wellington Global Security Department. The security system is governed by internal security controls and is reviewed by the Director of Global Security. Access to certain areas containing sensitive information is further restricted within the firm by means of the access control card to those employees with a need to access the restricted area. This access is granted by the business owner of the area. The firm monitors the use of access cards and deactivates the access of former employees immediately upon termination or if an employee transfers to a different business area or changes job positions.

In addition, any nonpublic client information physically maintained outside of Wellington Management's offices is stored in appropriately secure facilities.

## Electronic Security

Wellington Management's Information Technology Group ("IT") has dedicated staff responsible for maintaining the security of the firm's electronic data, including data regarding specific client accounts. IT regularly assesses the measures employed to protect the firm's network against unauthorized access to its data by outsiders, and implements systems designed to prevent unwanted intrusions. Those systems are monitored continuously. Potential security breaches are investigated and resolved on a high priority basis.

In addition to the general security measures designed to prevent unauthorized access to the Wellington Management network, the firm's critical databases are protected by additional levels of authorization. Employee access is controlled by IT and must be authorized in advance by appropriate managers based upon the individual's need for access to the database in order to perform his or her job responsibilities. When an individual moves out of a job in which certain access is necessary, his or her access rights are terminated. IT has designed enhanced security measures to provide additional protection for certain highly confidential network applications.

## Web Site Security

Wellington Management's secure websites for reporting account information to Wellington Management clients have additional security features designed to protect against unauthorized access to client information. The sites themselves can be accessed only through the use of a Wellington Management issued password. IT continually assesses the efficacy of the security measures being employed in the websites and will upgrade security as it deems appropriate.

Further information about security measures used on a Wellington Management secure website can be found by clicking on the Privacy Statement link on the site's home page.

## Training

Wellington Management periodically reviews its client confidentiality responsibilities with all employees.

Dated: 1 January 2015

# APPENDIX L

# China equities star Chan leaves Threadneedle to take career break

By **Eugenio Montesano** 17 Oct, 2013

https://citywireamericas.com/news/china-equities-star-chan-leaves-threadneedle-to-take-career-break/a710211?section=global



Threadneedle has confirmed the departure of Chinese equity fund manager Gigi Chan.

Chan has spent all of her managerial career at the London based firm, beginning as an analyst before becoming a portfolio manager in 2004. She has managed the China Opportunities fund since its launch in March 2007. Responsibility for the portfolio will fall to Vanessa Donegan, executive director and head of the Asian equities team at Threadneedle.

Donegan is also the portfolio manager of the Threadneedle Asia Retail fund, and will assume the lead manager role for the mirror fund Threadneedle (Lux) Greater China Equities.

Over the three years to the end of September 2013, the £68.7m fund has been one of the best performers in its sector. It has returned 7.75% compared to 1.49% by its MSCI China index benchmark over the same period.

Commenting on Chan's exit, a Threadneedle spokesperson said: 'Gigi Chan has decided to leave Threadneedle to take a career break and we wish her well.

# APPENDIX M

  

SUBSCRIBE

China

# Chinese investors look south to Hong Kong as outflow rules ease

- Strong outflow of capital driven by China's strong post-coronavirus recovery and greater financial opening up

- Brisk two-way flows will help broaden the country's forex market, senior regulatory official says



**Frank Tang** in Beijing   + FOLLOW

Published: 4:00pm, 21 Feb, 2021

Why you can trust SCMP

# APPENDIX N



# Top 100 Largest Sovereign Wealth Fund Rankings by Total Assets



ADVERTISEMENT

Home

↳ Fund Rankings

↳ Sovereign Wealth Fund

## Rankings by Total Assets

| Rank | Profile | Total Assets | Type | Region |
| --- | --- | --- | --- | --- |

| Rank | Profile | Total Assets | Type | Region |
|---|---|---|---|---|
| 1. | Norway Government Pension Fund Global | $1,289,460,000,000 | Sovereign Wealth Fund | Europe |
| 2. | China Investment Corporation | $1,045,715,000,000 | Sovereign Wealth Fund | Asia |
| 3. | Kuwait Investment Authority | $692,900,000,000 | Sovereign Wealth Fund | Middle East |
| 4. | Abu Dhabi Investment Authority | $649,175,654,400 | Sovereign Wealth Fund | Middle East |
| 5. | Hong Kong Monetary Authority Investment Portfolio | $580,535,000,000 | Sovereign Wealth Fund | Asia |
| 6. | GIC Private Limited | $545,000,000,000 | Sovereign Wealth Fund | Asia |
| 7. | Temasek Holdings | $484,441,000,000 | Sovereign Wealth Fund | Asia |

**$8,727,027,608,252**

# APPENDIX O

**Focus Media Holding Ltd**

## Threadneedle's contrarian thinker on China

A Threadneedle manager is looking beyond consumer groups

Simona Stankovska JULY 3 2011

To find Chinese gems, investors need to "think outside of the box" and look beyond the companies everyone else is pouring their money into, says Gigi Chan, manager of the £84.2m ($134.8m) Threadneedle China Opportunities fund.

Ms Chan is playing into the growing Chinese consumption theme, but instead of investing in a consumer company, she has a holding in Focus Media, an advertising company.

"Advertising is a beneficiary of increasing competition," says Ms Chan. "Because there are so many brands trying to capture this market, they are spending more advertising dollars to be able to."

One of Ms Chan's favourite holdings is International Mining Machinery, which she has a 2.3 per cent weighting in, based on her perception of a strong focus in China on improving people's lifestyles through automation and mechanisation, as well as to clean up the health and safety record of some Chinese companies.

Company visits are an important part of Ms Chan's investment process.

"I have been to two-thirds of the provinces in China and have had over 200 meetings in the last year," she says.

"Just walking around and talking to taxi drivers, visiting the company's suppliers or their competitors, maybe even their customers, all helps – you can get info from all sorts of ways, you just have to keep thinking. It's kind of like detective work, trying to piece together as much evidence as you can gather.

"It also enables me to have more confidence that they'll be able to execute their strategy and I am able to judge their performance going forward," she adds.

This approach appears to have worked well for Ms Chan recently, as her fund is ranked first out of 27 in the IMA China/Greater China sector over one year. It returned 20.8 per cent over the 12 months to December 31 2010, compared with 3.7 per cent for the MSCI China index.

However, she remains cautious and is paying close attention to valuation. She took profits in department store Golden Eagle after strong performance last year, for example, then increased the holding when consumer stocks underperformed at the beginning of the year. The fund suffered a period of underperformance in 2008, when it recorded a loss of 43.6 per cent, compared with a fall of 31.9 per cent in the MSCI China index.

Ms Chan attributes the underperformance to the liquidity crunch, when small caps underperformed "disproportionately". She adds that poor performance does not worry her. "Sometimes the fund underperforms the index or peer group because there are hot money flows. I'm not trying to buy the stocks that see global money going in because people think China's hot. So when the fund underperforms because it's not running as hard as other things, it's not something that worries me greatly because I am trying to pick these longer-term structural winners.

"I'm conscious of companies and their underlying operations and pay reasonable valuations for those, so I believe that longer term that will deliver outperformance," she adds.

Looking to the future, Ms Chan says there are always going to be concerns about inflation and growth, but China's underlying growth remains robust.

"I think those structural changes are going to continue and that will continue to throw up interesting opportunities for us," she concludes.

Simona Stankovska is features writer at Investment Adviser, a Financial Times publication

Copyright The Financial Times Limited 2021. All rights reserved.