# EXHIBIT G

**From:** Hogbin, Elizabeth A [EAHogbin@wellington.com]
**Sent:** Tuesday, May 31, 2016 11:53:28 AM
**To:** Baxter, Thomas W.
**Subject:** FW: We should definitely find time to talk but I'm flat out starting at 11am (my time)

Confidential feedback from our GRG session today...have put time on your calendar to discuss. Kind regards, Liz

**From:** Weil, Andria H.
**Sent:** Tuesday, May 31, 2016 2:20 PM
**To:** Hogbin, Elizabeth A
**Subject:** We should definitely find time to talk but I'm flat out starting at 11am (my time)

She is absolutely not ready for client/consultant meetings. I have lots of feedback but first and foremost she needs to stop reading the pages to her audience. The information she is conveying should not be written on the page but should bring to life the words that are the page. She is the portfolio manager and the consultant or client needs to buy her. Her unique insight, passion for China, passion for investing.

I asked her about a stock that wasn't her example because I actually wanted to hear her talk about a stock, her interactions with management, what she finds unique enough to be one of 30 in her portfolio. I'm sure you know all of this.

Quick poll: Unlikely that any of us would take her on the road if she presented like that to a client/consultant. Happy to help if I can but there is a lot of work needed on this one.

Andria

Andria H Weil
Managing Director
Wellington Management
280 Congress Street, Boston, Massachusetts 02210 USA
Phone: (617) 790-7106
Fax: (617) 204-7106
Email: ahweil@wellington.com

Advisory services offered through Wellington Management Company, llp.
Securities offered through Wellington Management Advisers, Inc.,
an SEC-Registered Broker/Dealer, Member FINRA and SIPC®.
Wellington Management Advisers, Inc. is an affiliate of Wellington Management Company, llp and Wellington Trust Company, na.
Not FDIC Insured – No Bank Guarantee – May Lose Value.

WMCInternal

| | |
|---|---|
| **From:** | Hogbin, Elizabeth A [EAHogbin@wellington.com] |
| **Sent:** | Friday, June 10, 2016 10:06:14 AM |
| **To:** | Baxter, Thomas W. |
| **Subject:** | RE: Update on Gigi |

Thanks Tom!  Have a good weekend

---

**From:** Baxter, Thomas W.
**Sent:** Friday, June 10, 2016 2:31 PM
**To:** Hogbin, Elizabeth A; Argyle, Charles
**Subject:** RE: Update on Gigi

Thanks Liz, that was a difficult conversation I know.  I will seek her out at Palooza to follow up.

---

**From:** Hogbin, Elizabeth A
**Sent:** Friday, June 10, 2016 8:17 AM
**To:** Argyle, Charles; Baxter, Thomas W.
**Subject:** RE: Update on Gigi

Just an update after speaking with Gigi today (yesterday was a holiday in HK).  She is frustrated regarding not getting meetings and slightly in denial about her presentation skills.  She believes that she didn't appropriately understand the briefs of these internal conversations ("I thought they wanted to know what my product was rather than how I would present it") and has been criticised for responding to feedback e.g. Product Messaging Panel told her to "speak more to the page" so then she read verbatim a few of the pages and now is being criticised.

I tried to give her the guidance below about creating success for next week's meeting but it seemed difficult for her to absorb at this moment in time.

I also mentioned that is very normal not to have meetings this early in your track record/Wellington tenure but that seemed frustrating to her as well.

She then "had to go."

Sorry not to report better news.

---

**From:** Hogbin, Elizabeth A
**Sent:** Wednesday, June 08, 2016 11:44 AM
**To:** Argyle, Charles; Baxter, Thomas W.
**Subject:** Update on Gigi

Both

Just want to let you know that I am planning to speak with Gigi tomorrow to let her know that we have been unable to schedule any marketing meetings in the US or London/EMEA in June for China Growth.  I expect she will be upset/surprised.  I plan to convey that the reason for not being able to get marketing meetings is twofold:
   1) Limited demand for China strategies from our client base at this point in time, given the negative headlines etc.
   2) GRG perception that her presentation skills need some polishing before they are comfortable taking her on the road

As you may be aware, Gigi had Rogen presentation training this week.  As previously scheduled, she is going to have a "Round 2 Dry Run" in Boston with key GRG folks (Morse, Weil, Tubman, Synnestvedt) on Wednesday of Investorpalooza week.  Greg Mattiko and I are going to be there. [Charles: in case you have not heard, Round 1 Dry Run went poorly

from a presentation skills/inspiring confidence in GRG perspective].

I plan to give her this advice about the Round 2 meeting (please chime in if you feel otherwise):
- Pretend that this is a 1-1 prospect meeting rather than anything else
- Try to relax/get in a ready state of mind beforehand – I have a TED talk on this that Erin Murphy suggested that I will forward her
- Start the meeting by acknowledging that her last presentation did not go as well as she had hoped and thanking the group for their time
- State that she is thinking about approaching this meeting as she would a 1-1 prospect meeting, trying to make it conversational and encourage questions

Any thoughts, guidance or advice you have would be extremely welcome!

Kind regards, Liz

Confidential
DEF 00003418