# EXHIBIT H

| | |
|---|---|
| **From:** | Baxter, Thomas W. [twbaxter@wellington.com] |
| **Sent:** | Friday, November 11, 2016 2:29:44 AM |
| **To:** | Mattiko, Gregory A.; More, Andrew W.; Thors, Lisa |
| **CC:** | Hogbin, Elizabeth A; Chan, Gigi; Miranda, John T.; Yeong, Brian |
| **Subject:** | Re: ▬ meeting |

In addition to the follow-up items Greg mentioned, I wanted to send along more detailed meeting notes for the benefit of the relationship team (and for Salesforce, if one of you can please add).

On Nov 10 Tom Baxter (on behalf of Lisa Thors) hosted ▬ ▬ from ▬. Greg Mattiko, Gigi Chan, and Brian Yeong attended in person in our HK office. The discussion lasted 3 hours and came on the heels of a more casual dinner the night before between ▬, Greg and Gigi.

▬ asked about product capacity. We have a cap at $3 bil and have taken in around $2.7 bil so far. Total AUM of the approach today and total accumulated cash flows are approximately the same given the ups and downs of EM over the past few years. ▬ asked to be reminded about the top-up rules for clients. He also was curious how much Wellington internal capital was in the approach. Greg forwarded these questions to EPM and the relationship team for follow-up.

The investment discussion kicked off with a discussion about India. Greg sees it as the best fundamental story in EM right now, largely independent and less integreated with the global economy overall, and a good hunting ground for new ideas. Doesn't mean the team will find them (many stocks trade rich). But there are good tail winds: Modi is doing a lot of things right, including replacing the byzantine system of local taxes and tariffs with a simpler new national tax scheme. India's plan to cancel high-denomination currency, while unusual, should lead to a shoring up of bank deposits and a lessening of corruption over time. Longer term the trend for cost of capital, interest rates, and inflation in India is down. Bharti Infratel was highlighted as a recent purchase.

▬ asked about turnover which led to a discussion of recent add/trim activity which led to a longer discussion of Tencent (trim) and Naspers (add) and the different but related investment case on each.

▬ probed a few times on how Greg's management of the portfolio has evolved over time. He asked about Greg's move to HK, and whether it was responsible for the Asian tilt to the portfolio. Greg talked about the upside of his HK location for corporate access and thinks the Asia weight simply reflects where he sees value and growth. He asked about some of the large caps in the top 10 holdings and whether that reflected a change to Greg's traditional style of wandering around the world (like the TV detective "Columbo" - ▬s analogy) digging up information on more obscure companies. Greg and Gigi assured him that they do still do lots of that primary research, and that the overall market cap exposure of the portfolio hasn't changed much. They did acknowledge that the growth of "frontier market" funds has made some names in these places too expensive. ▬ asked about Copa, the Panamanian airline, and Greg defended why he didn't own it. But Gigi and Greg then did a deep dive on Fu Shou Yuan (1448.HK), a Chinese cemetery and death care company, as an example of the importance of in-person due diligence in assessing investments.

The market cap discussion also led to a discussion of Samsung Electronics. Greg sees the Note 7 issues as contained and focuses on the overall earnings power of the business, cheap valuation, and improving capital allocation and corporate governance (as evidenced by the recent spin-out of their biologics business, which EMO purchased on the IPO).

At ▇'s request, the discussion then shifted to Gigi's investment approach. She spoke about her idea generation process and some of the key ways it is similar (fundamental, lots of due diligence) and different (tends to be more thematic, and the portfolio ) from Greg's. She talked about the seeding of China Growth and her paper portfolio idea, Pan-Asian Growth. She highlighted her thought process on Alibaba vs Tencent, touching on corporate governance and growth prospects. ▇ asked about Baidu, and Gigi described how she doesn't like it as well as Greg. Gigi highlighted a few elements of her philosophy and process, referencing the case study on VIP Shop in the pitch book.

Overall a very comprehensive check-in over 2 days and a relationship that is on very solid footing.

Follow-up (per Greg's earlier email):
I noted a few follow-ups from my end:

1) He asked how many partners were invested in EMO. I took a guess and said probably about six. Anyone have the actual answer?
2) There was a question as to the ability to add an additional 10% to the portfolio and how often clients can top-up. Once again, I guessed every two years but couldn't remember properly. Don't think he wants to top-up necessarily, just wants to know the rules.
3) He wanted to know current AUM and AUM that has been invested to date. I told him I thought these numbers were similar and around 2.6-2.7bn

We should probably get back to them with answers to these questions at some point. Nothing urgent, just basic follow up.

Regards,
Greg

Additional detail:
▇ noted that ▇ has a small in-house managed equity portfolio for the investment staff to directly express some of their high-conviction investment ideas.

Tom

---

**From:** Mattiko, Gregory A.
**Sent:** Thursday, November 10, 2016 2:29 AM
**To:** Baxter, Thomas W.; More, Andrew W.; Thors, Lisa
**Cc:** Hogbin, Elizabeth A; Chan, Gigi; Miranda, John T.; Yeong, Brian
**Subject:** RE: ▇ meeting

Thanks to everyone who helped out with what seems to be a successful set of meetings with ▇. Gigi and I spent the better part of three hours with them yesterday evening only to turn around and spend another 3+ with them again this morning. A lot of ground was covered. ▇ seems to be in good spirits and it was a very interactive discussion.

I noted a few follow-ups from my end:

1) He asked how many partners were invested in EMO. I took a guess and said probably about six. Anyone have the actual answer?
2) There was a question as to the ability to add an additional 10% to the portfolio and how often clients can top-up. Once again, I guessed every two years but couldn't remember properly. Don't think he wants to

top-up necessarily, just wants to know the rules.
3) He wanted to know current AUM and AUM that has been invested to date. I told him I thought these numbers were similar and around 2.6-2.7bn

We should probably get back to them with answers to these questions at some point. Nothing urgent, just basic follow up.

Regards,
Greg

---

**From:** Baxter, Thomas W.
**Sent:** Wednesday, November 09, 2016 10:20 AM
**To:** More, Andrew W.; Thors, Lisa; Wong, April; Cooper, Lisa
**Cc:** Hogbin, Elizabeth A; Mattiko, Gregory A.; Chan, Gigi; Miranda, John T.; Velasquez, Veronica; Grillo, Sydney; Lam, Anita P.
**Subject:** RE: ▇ meeting

Thanks Andrew. You've got the details right on the HK office. Anita Lam is on point for printing locally.

Tom

---

**From:** More, Andrew W.
**Sent:** Wednesday, November 09, 2016 12:26 AM
**To:** Baxter, Thomas W.; Thors, Lisa; Wong, April; Cooper, Lisa
**Cc:** Hogbin, Elizabeth A; Mattiko, Gregory A.; Chan, Gigi; Miranda, John T.; Velasquez, Veronica; Grillo, Sydney; Lam, Anita P.
**Subject:** RE: ▇ meeting

Good morning Tom,

Attached is the briefing memo and a draft agenda for the ▇ meeting. Please note that the agenda may not have all of the full security detail for the HK office. If you can have it updated on your end that would be great.

JT Miranda has prepared the discussion materials. Can you let us know if you would like one of your colleagues to be on point for printing?

Kind Regards,
Andrew


ANDREW W. MORE
Assistant Vice President, Client Service Manager
Wellington Management Company LLP
280 Congress Street
Boston, MA 02210
tel. 617.951.5716  fax 617.443.5716
awmore@wellington.com

---

**From:** Baxter, Thomas W.
**Sent:** Tuesday, November 08, 2016 2:39 AM
**To:** Thors, Lisa; Wong, April; Cooper, Lisa
**Cc:** Hogbin, Elizabeth A; Mattiko, Gregory A.; Chan, Gigi; More, Andrew W.; Miranda, John T.; Velasquez, Veronica; Grillo, Sydney; Lam, Anita P.
**Subject:** RE: ▇ meeting

Confidential
DEF 00011322

Thanks Lisa. I will distribute notes after the meeting.

**From:** Thors, Lisa
**Sent:** Tuesday, November 08, 2016 12:17 AM
**To:** Baxter, Thomas W.; Wong, April; Cooper, Lisa
**Cc:** Hogbin, Elizabeth A; Mattiko, Gregory A.; Chan, Gigi; More, Andrew W.; Miranda, John T.; Velasquez, Veronica; Grillo, Sydney
**Subject:** ▮ meeting

Hi Tom and April,

Thank you for your help in hosting ▮▮▮▮ ▮ ▮▮▮▮ for the meeting this Thursday, November 10, from 9-12 pm (HK time). Andrew More will be forwarding a briefing memo to you within the next day as well as an agenda. We are operating under the assumption that you will be on point for onsite logistics, refreshment, etc., but let us know if there is anything else we can do on this end.

▮ is interested in a catch up/EMO portfolio review meeting with Greg, and also wanted to spend time with Gigi for an update on her portfolios. He is more interested in the Asia Growth than China Growth strategy. We have emailed ▮ the following materials (attached here):

- EMO client presentation
- China Growth marketing generic
- Asia Growth paper portfolio historical returns

We are also in touch with Brian Yeong to see if we could share portfolio holdings for Asia Growth. ▮ is aware that Asia Growth has no internal or external invested capital, and that we do not yet have "official" marketing materials, but that Gigi has been managing a paper portfolio with the goal of making it available at some future point.

Thank you very much!

Lisa Thors
Managing Director
Wellington Management Company LLP
280 Congress Street, Boston, MA 02210
☏ 617.951.5704
✉ lthors@wellington.com

Advisory services offered through Wellington Management Company, llp.
Securities offered through Wellington Management Advisers, Inc.,
an SEC-Registered Broker/Dealer, Member FINRA and SIPC®.
Wellington Management Advisers, Inc. is an affiliate of Wellington Management Company, llp and Wellington Trust Company, na.
Not FDIC Insured — No Bank Guarantee — May Lose Value.

WMCINTERNAL