# EXHIBIT H

| | |
|---|---|
| **From:** | Hogbin, Elizabeth A [EAHogbin@wellington.com] |
| **Sent:** | Thursday, January 19, 2017 4:37:20 AM |
| **To:** | Hardy, Rebecca; Norton, Gregory J. |
| **Subject:** | RE: Heads-up for another potential HK Connect advisory opportunity |

Hi both

[Redacted] definitely on ice for the moment.

Happy to discuss what was being discussed if helpful.

I am now Lizard?

---

**From:** Hardy, Rebecca
**Sent:** 19 January 2017 00:51
**To:** Norton, Gregory J.
**Cc:** Hogbin, Elizabeth A
**Subject:** RE: Heads-up for another potential HK Connect advisory opportunity

I believe we walked away from [Redacted]. Copying Liz who would know for sure. It's on ice at the least. Not sure about the other one.

Lizard, I was just flagging this example for Greg who is working on a project looking at advisory clients and operational/business risks.

Rebecca

**From:** Norton, Gregory J.
**Sent:** Wednesday, January 18, 2017 5:32:12 PM
**To:** Hardy, Rebecca
**Subject:** RE: Heads-up for another potential HK Connect advisory opportunity

Is this [Redacted] opportunity still active? [Redacted]

**From:** Hardy, Rebecca
**Sent:** Wednesday, January 18, 2017 2:38 PM
**To:** Norton, Gregory J.
**Subject:** FW: Heads-up for another potential HK Connect advisory opportunity

A few other tidbits...sorry there's no nice summary.

Rebecca

**From:** Hogbin, Elizabeth A
**Sent:** Tuesday, October 18, 2016 3:24 AM
**To:** Qian, Feng (Alex); Chan, Gigi
**Cc:** Baxter, Thomas W.; Yim, Sally; Fan, Cayla Liang; Yeong, Brian; Hardy, Rebecca
**Subject:** RE: Heads-up for another potential HK Connect advisory opportunity

Alex

Thanks for your email. I would be happy for others to weigh in (Tom?) but I do think if we could arrange something similar to what is outlined in red below, that would be an improvement as it would give us control over trade execution and also the audit trail for performance.

Adding Rebecca Hardy as well.

Kind regards, Liz

---

**From:** Qian, Feng (Alex)
**Sent:** Tuesday, October 18, 2016 8:14 AM
**To:** Hogbin, Elizabeth A; Chan, Gigi
**Cc:** Baxter, Thomas W.; Yim, Sally; Fan, Cayla Liang; Yeong, Brian
**Subject:** RE: Heads-up for another potential HK Connect advisory opportunity

Hi Liz,

Gigi and I discussed briefly earlier today on this opportunity. I wanted to follow up with you on the trading arrangement as highlighted in red below. It seems that, while the client assets never leave China onshore, the offshore advisor does have a direct access to the portfolio and is able "execute" the trades from offshore. Is that something we want to explore further? Would that be compatible with how we are set up broadly as a firm?

I'd appreciate your further thoughts. Thanks,

Alex

---

**From:** Hogbin, Elizabeth A
**Sent:** Monday, October 17, 2016 4:31 PM
**To:** Qian, Feng (Alex); Chan, Gigi
**Cc:** Baxter, Thomas W.; Yim, Sally; Fan, Cayla Liang; Yeong, Brian
**Subject:** RE: Heads-up for another potential HK Connect advisory opportunity

Alex

Good to hear that [Redacted] is visiting the office.

Gigi, Brian and I are working toward a model portfolio and guidelines by end of day Wednesday. Gigi is assuming that the Shenzhen Stock Connect will be up and running at portfolio inception – please shout if you disagree.

More broadly, would you set up a meeting perhaps end of this week/early next to bring the group up to speed on your conversations wi[Redacted]ially regarding stop loss (could we have higher than 15%?) and performance fee (Gigi has an industry contact that advises mainland clients on stock picks but retains the ability for its trading desk to execute the trades and also audit the performance trail).

I have had our performance fee team in Boston review the proposed performance fee language – I will forward their comments and questions separately to you.

Kind regards, Liz

---

**From:** Qian, Feng (Alex)
**Sent:** Saturday, October 15, 2016 9:59 AM
**To:** Hogbin, Elizabeth A; Chan, Gigi
**Cc:** Baxter, Thomas W.; Yim, Sally; Fan, Cayla Liang
**Subject:** RE: Heads-up for another potential HK Connect advisory opportunity

Gigi,

[Redacted] will visit us in Hong Kong on November 9. I'll reach out to you and others later for preparations. Thanks,

Alex

---

**From:** Hogbin, Elizabeth A
**Sent:** Friday, October 14, 2016 6:38 PM
**To:** Qian, Feng (Alex); Chan, Gigi
**Cc:** Baxter, Thomas W.; Yim, Sally; Fan, Cayla Liang
**Subject:** RE: Heads-up for another potential HK Connect advisory opportunity

Thanks for the update – good progress!

---

**From:** Qian, Feng (Alex)
**Sent:** Friday, October 14, 2016 5:36 AM
**To:** Chan, Gigi; Hogbin, Elizabeth A
**Cc:** Baxter, Thomas W.; Yim, Sally; Fan, Cayla Liang
**Subject:** Heads-up for another potential HK Connect advisory opportunity

Hi Gigi/Liz,

I spoke with [Redacted] this morning to revive the earlier discussion about a potential mandate in relation to the latest development of the Stock Connect Program (see attached notes for earlier discussion). They have showed interest to continue to explore this opportunity with us, which I expect to be structured in a similar way as the [Redacted] opportunity.

As a follow-up, I'll send over our China Growth strategy generic book for their initial review, to be followed with a phone conversation next week. I'll report progress from here.

Thanks and let me know if any questions.

Best regards,

Alex
wmcinternal