# EXHIBIT J

| | |
|---|---|
| **From:** | Qian, Feng (Alex) [FQian@wellington.com] |
| **Sent:** | Sunday, November 06, 2016 7:26:02 PM |
| **To:** | Chan, Gigi; Baxter, Thomas W.; Pouillart, Cedric R.; Yeong, Brian |
| **CC:** | Yim, Sally; Ng, Natalie; Hogbin, Elizabeth A; Mak, Betty; Tsang, Amy; Yang, Ran Ran |
| **BCC:** | Qian, Feng (Alex) |
| **Subject:** | Redacted |

Gigi, Tom, Cedric, Brian,

In anticipation of the Redacted Redacted I'd appreciate if you can mark this on your calendar and join the meeting starting at 2pm.

Following our internal conference call on October 21, there are potential deal-breakers that prevent both parties from moving forward with this opportunity. Nevertheless, this upcoming visit by Redacte is for both parties to get to know each other well, and to have an open dialogue about related topics. It is an opportunity for us to learn more about various aspects of the opportunity, including end investors' interest, concerns, and guidelines for the mandate, expected marketing support from Wellington, trade flow of Hong Kong Connect and its implications to this advisory mandate, and, of course, the issue of maximum drawdown of the portfolio.

For Wellington presenters, I thought it'll be helpful to structure our presentation that covers the following topics:

1/ Brief Introduction, 5 minutes (Alex)
2/ China Growth Strategy philosophy and process including past track record, 30 minutes (Gigi)
3/ Model portfolio, 15 minutes (Gigi)
4/ Proposed investment guidelines, 20 minutes (Brian)

We will also budget time for Redacte to talk about this mandate opportunity (1 hour). Translation may be provided (by Alex) depending on how the discussion goes. We expect the meeting to last for about two hours, and should finish by 5pm.

Sally

Please reach out to Brian for presentation materials for the meeting.

Please let me know if any questions. Thanks,

Alex
wmcinternal