# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 19-cv-11605-WGY

_____

Gigi Kai Zi Chan,

                Plaintiff.

v.

Wellington Management Company LLP

and Charles Argyle,

                Defendants.

_____

VOLUME 2

Continued deposition of Gigi Kai Zi Chan

Wednesday, October 7, 2020

via Zoom Meeting

7:07 a.m. - 12:17 p.m.

---- Sharon Roy, RPR ----

Magna Legal Services

866-624-6221

www.MagnaLS.com



Page 97

 1   believe is attributable to the weight loss?
 2        A.   I believe that my weight loss is
 3   attributable to the emotional stress and anxiety
 4   resulting from the discrimination I suffered at
 5   Wellington.
 6        Q.   Okay. You've also indicated in your
 7   Answers to Interrogatories, you've identified -- in
 8   the section on damages, you mentioned miscarriages.
 9   How many miscarriages did you have that you are
10   attributing to the emotional distress you're
11   claimings at issue in this case?
12             MR. HANNON:  Objection to form.  You
13        may answer.
14        A.   Seven.
15        Q.   Seven miscarriages?
16        A.   Yes.
17        Q.   You had seven miscarriages during the
18   time you worked at Wellington?
19        A.   Yes.
20        Q.   And the only -- was the treating
21   physician Dr. Michelle Tsui, T-s-u-i, for all seven
22   of those?
23        A.   No.
24        Q.   In your Answers to Interrogatories, and



Page 98

```
 1   let's just pull those up because I think we want to
 2   be pretty clear about this.
 3             The Answers to Interrogatories, which is
 4   Exhibit 6 to your deposition, if you would turn to
 5   page 20, you were asked to identify each and every
 6   medical provider whom you consulted with or visited
 7   or received treatment from relative to any emotional
 8   or physical condition you allege the defendants
 9   caused.  And in your answer you identified two
10   treatment providers, Dr. Michelle Tsui and
11   Dr. Brigitte Salama.  Do you see that?
12        A.   Yes, I do.
13        Q.   Dates treatment sought were all in
14   November of 2015, correct?
15        A.   Correct.
16        Q.   Was that all one miscarriage?
17        A.   Correct.
18        Q.   You had six other miscarriages between
19   2014 and 2017?
20        A.   Yes.
21        Q.   Why didn't you list any of those in
22   response to this answer if you attribute all of them
23   to the emotional distress you're claiming in this
24   case?
```



Page 99

```
1      A.    Because they were not required to be
2   medically evacuated from my womb.
3      Q.    Okay.  Did you receive any medical
4   treatment at all for the other six miscarriages?
5      A.    No.
6      Q.    How do you conclude that you suffered six
7   other miscarriages?
8      A.    I missed my period, I took a pregnancy
9   test, then after a certain amount of time red clots
10  of blood would come out of my womb.
11     Q.    Okay.
12     A.    And sometimes they were more fully formed
13  than others.
14     Q.    Do you have the dates that that occurred?
15     A.    I have them somewhere.
16     Q.    Did you have any medical diagnosis
17  relating to these, this condition of what you say is
18  multiple miscarriages?
19           MR. HANNON:  Objection.  You may
20       answer.
21     A.    No, I did not have any medical diagnosis
22  of this condition.
23     Q.    You never went to a doctor after multiple
24  incidents that you're testifying to and sought some
```



Page 100

1  sort of advice or consultation as to what might be
2  happening with your body?
3       A.    Yes, that's correct.
4       Q.    Were the miscarriages, the other
5  miscarriages, prior to November 2015 or after?
6       A.    Some prior, some after.
7       Q.    Did you receive any medical treatment to
8  assist in getting pregnant?
9       A.    No, I did not.
10      Q.    So the two children that you have, you
11 received no sort of medical assistance, in vitro
12 fertilization or anything like that?
13      A.    That's correct.
14      Q.    You received no prescriptions at any time
15 relating to this -- this condition?
16      A.    No.
17      Q.    Are there any --
18      A.    What condition are you talking about, the
19 miscarriages or the pregnancies?
20      Q.    The miscarriages.
21      A.    No.
22      Q.    Over the past -- well, since 2014, have
23 you had any other issues arisen in your life that
24 have caused any emotional distress whatsoever?



```
 1                REPORTER'S CERTIFICATE
 2
            I, SHARON R. ROY, a Registered Professional
 3   Reporter and Notary Public in and for the Commonwealth
     of Massachusetts, certify:
 4          That the foregoing proceedings were taken
     before me at the time and place therein set forth, at
 5   which time the witness was properly identified and put
     under oath by me;
 6          That the testimony of the witness, the
     questions propounded, and all objections and
 7   statements made at the time of the examination were
     recorded stenographically by me and were thereafter
 8   transcribed;
            That the foregoing is a true and correct
 9   transcript of my shorthand notes so taken.
            I further certify that I am not a relative or
10   employee of any attorney of the parties, nor
     financially interested in the action.
11          I declare under penalty of perjury that the
     foregoing is true and correct.
12
13          Dated this 30th day of October, 2020.
14
15   _____
16   SHARON R. ROY, RPR
     Notary Public
17   My commission expires:  July 18, 2025
18
19
     PLEASE NOTE:
20       THE FOREGOING CERTIFICATION OF THIS
     TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION
21   OF THE SAME BY ANY MEANS UNLESS UNDER THE
     DIRECT CONTROL AND/OR DIRECTION OF THE
22   CERTIFYING REPORTER.
23
24
```

