Chan v. Wellington, et al
19-cv-11605

## Exhibit A: Proposed Trial Exhibits

**(1) Undisputed Exhibits**

| Exhibit Number | Bates No. | Exhibit Type |
|---|---|---|
| **Plaintiff's Exhibits** | | |
| 1. | CHAN_1130 | Email |
| 2. | CHAN_06498 | Email |
| 3. | DEF 00000820 | Email |
| 4. | DEF 00001184 | Email |
| 5. | DEF 00001210 | Email |
| 6. | DEF 00001323 | Email |
| 7. | DEF 00001774 | Email |
| 8. | DEF 00002776 | Email |
| 9. | DEF 00003329 | Email |
| 10. | DEF 00003449 | Email |
| 11. | DEF 00003746 | Email |
| 12. | DEF 00003911 | Email |
| 13. | DEF 00004279 | Email |
| 14. | DEF 00004585 | Email |
| 15. | DEF 00004653 | Email |
| 16. | DEF 00004707 | Email |
| 17. | DEF 00004879 | Email |
| 18. | DEF 00004880 | Email |
| 19. | DEF 00005148 | Email |
| 20. | DEF 00005368 | Email |
| 21. | DEF 00005683 | Email |
| 22. | DEF 00005930 | Email |
| 23. | DEF 00005950 | Email |
| 24. | DEF 00005962 | Email |
| 25. | DEF 00006681 | Email |
| 26. | DEF 00006872 | Email |
| 27. | DEF 00006954 | Email |
| 28. | DEF 00007107 | Email |
| 29. | DEF 00007238 | Email |
| 30. | DEF 00007442 | Email |
| 31. | DEF 00007756 | Email |
| 32. | DEF 00007895 | Email |
| 33. | DEF 00008213 | Email |
| 34. | DEF 00008715 | Email |
| 35. | DEF 00009205 | Email |
| 36. | DEF 00009512 | Email |

| | | |
|---|---|---|
| 37. | DEF 00009543 | Email |
| 38. | DEF 00010071 | Email |
| 39. | DEF 00010548 | Email |
| 40. | DEF 00011435 | Email |
| 41. | DEF 00011474 | Email |
| 42. | DEF 00011510 | Email |
| 43. | DEF 00011971 | Email |
| 44. | DEF 00012386 | Email |
| 45. | DEF 00013252 | Email |
| 46. | DEF 00014684 | Email |
| 47. | DEF 00015644 | Email |
| 48. | DEF 00016376 | Email |
| 49. | DEF 00017023 | Email |
| 50. | DEF 00017220 | Email |
| 51. | DEF 00017260 | Email |
| 52. | DEF 00017346 | Email |
| 53. | DEF 00019122 | Email |
| 54. | DEF 00019364 | Email |
| 55. | DEF 00019608 | Email |
| 56. | DEF 00020333 | Email |
| 57. | DEF 00020424 | Email |
| 58. | DEF 00020574 | Email |
| 59. | DEF 00020686 | Email |
| 60. | DEF 00020824 | Email |
| 61. | DEF 00020840 | Email |
| 62. | DEF 00021293 | Email |
| 63. | DEF 00021431 | Email |
| 64. | DEF 00021659 | Email |
| 65. | DEF 00022849 | Email |
| 66. | DEF 00022920 | Email |
| 67. | DEF 00023311 | Email |
| 68. | DEF 00023342 | Email |
| 69. | DEF 00023996 | Email |
| 70. | DEF 00024605 | Email |
| 71. | DEF 00024711 | Email |
| 72. | DEF 00025541 | Email |
| 73. | DEF 00025789 | Email |
| 74. | DEF 00027518 | Email |
| 75. | DEF 00027877 | Email |
| 76. | DEF 00028125 | Email |
| 77. | DEF 00028189 | Email |
| 78. | DEF 00028519 | Email |
| 79. | DEF 00028528 | Email |
| 80. | DEF 00028677 | Email |

| | | |
|---|---|---|
| 81. | DEF 00028695 | Email |
| 82. | DEF 00028862 | Email |
| 83. | Audio recordings | Audio |
| 84. | Defendants' interrogatory answers | Discovery material |
| 85. | Deposition Excerpts | Discovery material |
| 86. | Mina Koide Charge of Discrimination | Pleading |
| 87. | Documents cited in Frank Carr Expert Report | Various |
| 88. | Documents to be designated in response to Rebuttal experts | Various |
| 89. | CHAN_00293 | Email |
| 90. | CHAN_02446 | Email |
| 91. | CHAN_02447 | Email |
| 92. | DEF 00000014 | Email |
| 93. | DEF 00000068 | Email |
| 94. | DEF 00000613 | Email |
| 95. | DEF 00000764 | Email |
| 96. | DEF 00001232 | Email |
| 97. | DEF 00001610 | Email |
| 98. | DEF 00001961 | Email |
| 99. | DEF 00002324 | Email |
| 100. | DEF 00002542 | Email |
| 101. | DEF 00002718 | Email |
| 102. | DEF 00003253 | Email |
| 103. | DEF 00003324 | Email |
| 104. | DEF 00003360 | Email |
| 105. | DEF 00003907 | Email |
| 106. | DEF 00004043 | Email |
| 107. | DEF 00004239 | Email |
| 108. | DEF 00004998 | Email |
| 109. | DEF 00005144 | Email |
| 110. | DEF 00005167 | Email |
| 111. | DEF 00005211 | Email |
| 112. | DEF 00005289 | Email |
| 113. | DEF 00005578 | Email |
| 114. | DEF 00005596 | Email |
| 115. | DEF 00005601 | Email |
| 116. | DEF 00005620 | Email |
| 117. | DEF 00005785 | Email |
| 118. | DEF 00005958 | Email |

| | | |
|---|---|---|
| 119. | DEF 00006071 | Email |
| 120. | DEF 00006480 | Email |
| 121. | DEF 00006604 | Email |
| 122. | DEF 00006840 | Email |
| 123. | DEF 00007370 | Email |
| 124. | DEF 00007388 | Email |
| 125. | DEF 00007425 | Email |
| 126. | DEF 00007568 | Email |
| 127. | DEF 00007590 | Email |
| 128. | DEF 00007864 | Email |
| 129. | DEF 00008153 | Email |
| 130. | DEF 00008785 | Email |
| 131. | DEF 00009072 | Email |
| 132. | DEF 00009210 | Email |
| 133. | DEF 00009332 | Email |
| 134. | DEF 00009430 | Email |
| 135. | DEF 00009487 | Email |
| 136. | DEF 00009641 | Email |
| 137. | DEF 00009664 | Email |
| 138. | DEF 00009667 | Email |
| 139. | DEF 00009764 | Email |
| 140. | DEF 00009902 | Email |
| 141. | DEF 00010307 | Email |
| 142. | DEF 00010368 | Email |
| 143. | DEF 00010388 | Email |
| 144. | DEF 00010499 | Email |
| 145. | DEF 00010535 | Email |
| 146. | DEF 00010663 | Email |
| 147. | DEF 00010672 | Email |
| 148. | DEF 00010997 | Email |
| 149. | DEF 00011222 | Email |
| 150. | DEF 00011349 | Email |
| 151. | DEF 00011357 | Email |
| 152. | DEF 00011423 | Email |
| 153. | DEF 00011549 | Email |
| 154. | DEF 00011675 | Email |
| 155. | DEF 00012144 | Email |
| 156. | DEF 00012241 | Email |
| 157. | DEF 00012284 | Email |
| 158. | DEF 00012624 | Email |
| 159. | DEF 00012683 | Email |
| 160. | DEF 00012701 | Email |
| 161. | DEF 00012707 | Email |
| 162. | DEF 00012864 | Email |

| | | |
|---|---|---|
| 163. | DEF 00013015 | Email |
| 164. | DEF 00013235 | Email |
| 165. | DEF 00013300 | Email |
| 166. | DEF 00013393 | Email |
| 167. | DEF 00013397 | Email |
| 168. | DEF 00014467 | Email |
| 169. | DEF 00014703 | Email |
| 170. | DEF 00014740 | Email |
| 171. | DEF 00014905 | Email |
| 172. | DEF 00015175 | Email |
| 173. | DEF 00015240 | Email |
| 174. | DEF 00015243 | Email |
| 175. | DEF 00015692 | Email |
| 176. | DEF 00016263 | Email |
| 177. | DEF 00016293 | Email |
| 178. | DEF 00016563 | Email |
| 179. | DEF 00017070 | Email |
| 180. | DEF 00017155 | Email |
| 181. | DEF 00017210 | Email |
| 182. | DEF 00017280 | Email |
| 183. | DEF 00017402 | Email |
| 184. | DEF 00017614 | Email |
| 185. | DEF 00018130 | Email |
| 186. | DEF 00018153 | Email |
| 187. | DEF 00018354 | Email |
| 188. | DEF 00018374 | Email |
| 189. | DEF 00018575 | Email |
| 190. | DEF 00018637 | Email |
| 191. | DEF 00018672 | Email |
| 192. | DEF 00018818 | Email |
| 193. | DEF 00019361 | Email |
| 194. | DEF 00019606 | Email |
| 195. | DEF 00019619 | Email |
| 196. | DEF 00019665 | Email |
| 197. | DEF 00019995 | Email |
| 198. | DEF 00020278 | Email |
| 199. | DEF 00020429 | Email |
| 200. | DEF 00020430 | Email |
| 201. | DEF 00020516 | Email |
| 202. | DEF 00020578 | Email |
| 203. | DEF 00020754 | Email |
| 204. | DEF 00020842 | Email |
| 205. | DEF 00020879 | Email |
| 206. | DEF 00020881 | Email |

| | | |
|---|---|---|
| 207. | DEF 00022107 | Email |
| 208. | DEF 00022218 | Email |
| 209. | DEF 00022228 | Email |
| 210. | DEF 00022507 | Email |
| 211. | DEF 00022534 | Email |
| 212. | DEF 00022614 | Email |
| 213. | DEF 00022682 | Email |
| 214. | DEF 00022935 | Email |
| 215. | DEF 00023444 | Email |
| 216. | DEF 00023821 | Email |
| 217. | DEF 00023848 | Email |
| 218. | DEF 00023850 | Email |
| 219. | DEF 00023898 | Email |
| 220. | DEF 00024076 | Email |
| 221. | DEF 00024186 | Email |
| 222. | DEF 00024834 | Email |
| 223. | DEF 00026626 | Email |
| 224. | DEF 00026673 | Email |
| 225. | DEF 00026829 | Email |
| 226. | DEF 00026940 | Email |
| 227. | DEF 00026970 | Email |
| 228. | DEF 00026998 | Email |
| 229. | DEF 00027159 | Email |
| 230. | DEF 00027218 | Email |
| 231. | DEF 00027540 | Email |
| 232. | DEF 00027547 | Email |
| 233. | DEF 00027626 | Email |
| 234. | DEF 00027650 | Email |
| 235. | DEF 00027771 | Email |
| 236. | DEF 00027922 | Email |
| 237. | DEF 00027956 | Email |
| 238. | DEF 00028046 | Email |
| 239. | DEF 00028134 | Email |
| 240. | DEF 00028289 | Email |
| 241. | DEF 00028450 | Email |
| 242. | DEF 00028461 | Email |
| 243. | DEF 00028555 | Email |
| 244. | DEF 00028630 | Email |
| 245. | DEF 00028634 | Email |
| 246. | DEF 00025901 | Email |
| 247. | CHAN_01852 | Email |
| 248. | CHAN_04626 | Email |
| 249. | CHAN_04656 | Email |
| 250. | CHAN_04606 | Email |

| | | |
|---|---|---|
| 251. | CHAN_SUPP00021 | Email |
| 252. | CHAN_SUPP00009 | Email |
| 253. | CHAN_SUPP00014 | Email |
| 254. | CHAN_SUPP00580 | Email |
| 255. | CHAN_SUPP00015 | Email |
| 256. | CHAN_SUPP00016 | Email |
| 257. | CHAN_SUPP00588 | Email |
| 258. | CHAN_SUPP00025 | Email |
| 259. | CHAN_SUPP00012 | Email |
| 260. | CHAN_01853 | Email |
| 261. | CHAN_SUPP00678 | Email |
| 262. | CHAN_SUPP00001 | Email |
| 263. | CHAN_SUPP00017 | Email |
| 264. | CHAN_SUPP00014 | Email |
| 265. | CHAN_SUPP00010 | Email |
| 266. | CHAN_SUPP00018 | Email |
| 267. | CHAN_SUPP00011 | Email |
| 268. | CHAN_SUPP00023 | Email |
| 269. | CHAN_04636 | Email |
| 270. | CHAN_SUPP00568 | Email |
| 271. | CHAN_SUPP00019 | Email |
| 272. | CHAN_SUPP00545 | Email |
| 273. | CHAN_05148 | Email |
| 274. | CHAN_04634 | Email |
| 275. | CHAN_04652 | Email |
| 276. | CHAN_05512 | Email |
| 277. | CHAN_01857 | Email |
| 278. | CHAN_01901 | Email |
| 279. | DEF 00004660 | Email |
| 280. | DEF 00004667 | Email |
| 281. | DEF 00009768 | Email |
| 282. | DEF 00014740 | Email |
| 283. | DEF 00016026 | Email |
| 284. | DEF 00023592 | Email |
| 285. | DEF 00023821 | Email |
| 286. | DEF 00027830 | Email |
| 287. | CHAN_1854 | Email |
| 288. | DEF 00003823 | Email |
| 289. | CHAN_SUPP00196 | Email |
| 290. | DEF 6119 | Email |
| 291. | DEF 12599 | Email |
| 292. | DEF 7953 | Email |
| 293. | DEF 29032 | Email |
| 294. | DEF 27750 | Email |

| | | |
|---|---|---|
| 295. | DEF 16084 | Email |
| 296. | Answer | Email |
| 297. | DEF 00029107-29118 | |
| 298. | DEF 00029128-29139 | |
| **Defendants' Exhibits** | | |
| 299. | CHAN_06321 | Email |
| 300. | DEF 00023820 | Email |
| 301. | DEF 00002564 | Email |
| 302. | DEF 00015982 | Email |
| 303. | DEF 00014286 | Email |
| 304. | DEF 00007895 | Email |
| 305. | CHAN_05463 | Email |
| 306. | DEF 00000150 | Email |
| 307. | DEF 00009543 | Email |
| 308. | DEF 00026626 | Email |
| 309. | DEF 00013252 | Email |
| 310. | DEF 00022344 | Email |
| 311. | DEF 00010672 | Email |
| 312. | DEF 00013257 | Email |
| 313. | DEF 00028528 | Email |
| 314. | DEF 00003746 | Email |
| 315. | DEF 00005596 | Email |
| 316. | DEF 00006954 | Email |
| 317. | DEF 00001258 | Email |
| 318. | DEF 00001255 | Email |
| 319. | DEF 00007399 | Email |
| 320. | DEF 00027250 | Email |
| 321. | DEF 00012024 | Email |
| 322. | DEF 00011486 | Email |
| 323. | DEF 00011254 | Email |
| 324. | DEF 00005578 | Email |
| 325. | DEF 00008382 | Email |
| 326. | DEF 00002540 | Email |
| 327. | CHAN_05445 | Email |
| 328. | DEF 00023350 | Email |
| 329. | DEF 00003253 | Email |
| 330. | DEF 00007812 | Email |
| 331. | DEF 00003907 | Email |
| 332. | DEF 00009205 | Email |
| 333. | DEF 00019361 | Email |
| 334. | DEF 00010368 | Email |

| | | |
|---|---|---|
| 335. | DEF 00020842 | Email |
| 336. | DEF 00017168 | Email |
| 337. | DEF 00011678 | Email |
| 338. | DEF 00020837 | Email |
| 339. | DEF 00016586 | Email |
| 340. | DEF 00002324 | Email |
| 341. | DEF 00020426 | Email |
| 342. | DEF 00017220 | Email |
| 343. | DEF 00018501 | Email |
| 344. | DEF 00002015 | Email |
| 345. | DEF 00009124 | Email |
| 346. | CHAN_05594 | Email |
| 347. | CHAN_05465 | Email |
| 348. | DEF 00023443 | Email |
| 349. | DEF 00009421 | Email |
| 350. | DEF 00019608 | Email |
| 351. | DEF 00005037 | Email |
| 352. | DEF 00000613 | Email |
| 353. | DEF 00017003 | Email |
| 354. | DEF 00013015 | Email |
| 355. | DEF 00012241 | Email |
| 356. | DEF 00012254 | Email |
| 357. | DEF 00028862 | Email |
| 358. | DEF 00001211 | Email |
| 359. | DEF 00004667 | Email |
| 360. | DEF 00010314 | Email |
| 361. | DEF 00029048 | Memoranda |
| 362. | DEF 00029030 | Memoranda |
| 363. | DEF 00029083 | Excel spreadsheet |
| 364. | DEF 00030022 | Memoranda |
| 365. | DEF 00030024 | Memoranda |
| 366. | DEF 00030030 | Memoranda |
| 367. | CHAN_06322 | Resume |
| 368. | CHAN_00061 | Memoranda |
| 369. | CHAN_00062 | Memoranda |
| 370. | CHAN_05512 | Resume |
| 371. | CHAN_04294 | Correspondence |
| 372. | CHAN_02458 | Power Point |
| 373. | CHAN_00287 | Email |
| 374. | DEF 00025997 | Email |
| 375. | DEF 00001096 | Correspondence |
| 376. | DEF 000029366 | Memoranda |
| 377. | DEF 00000888 | Email |
| 378. | DEF 00002779 | Email |

| | | |
|---|---|---|
| 379. | DEF 00006405 | Email |
| 380. | DEF 00015692 | Email |
| 381. | CHAN_05670 | Email |
| 382. | DEF 00011667 | Email |
| 383. | DEF 00028601 | Email |
| 384. | DEF 00000951 | Email |
| 385. | DEF 00025541 | Email |
| 386. | DEF 00026014 | Email |
| 387. | DEF 00004280 | Email |
| 388. | CHAN_06250 | Email |
| 389. | CHAN_06167 | Email |
| 390. | DEF 00022920 | Email |
| 391. | DEF 00010307 | Email |
| 392. | DEF 00027877 | Email |
| 393. | DEF 00025901 | Email |
| 394. | CHAN_01852 | Email |
| 395. | CHAN_04696 | Email |
| 396. | CHAN_04626 | Email |
| 397. | CHAN_04656 | Email |
| 398. | CHAN_04606 | Email |
| 399. | CHAN_SUPP00021 | Email |
| 400. | CHAN_SUPP00014 | Excel |
| 401. | CHAN_SUPP00009 | Email |
| 402. | CHAN_SUPP00580 | Email |
| 403. | CHAN_SUPP00015 | Email |
| 404. | CHAN_SUPP00016 | Email |
| 405. | CHAN_SUPP00588 | Email |
| 406. | CHAN_SUPP00012 | Email |
| 407. | CHAN_SUPP00025 | Email |
| 408. | CHAN_01853 | Memoranda |
| 409. | CHAN_SUPP00678 | Email |
| 410. | CHAN_SUPP00001 | Email |
| 411. | CHAN_SUPP00017 | Email |
| 412. | CHAN_SUPP00014 | Email |
| 413. | CHAN_SUPP00010 | Email |
| 414. | CHAN_SUPP00018 | Email |
| 415. | CHAN_SUPP00011 | Email |
| 416. | CHAN_SUPP00023 | Email |
| 417. | CHAN_04636 | Email |
| 418. | CHAN_SUPP00568 | Email |
| 419. | CHAN_SUPP00019 | Email |
| 420. | CHAN_SUPP00545 | Email |
| 421. | CHAN_05148 | Email |

| | | |
|---|---|---|
| 422. | CHAN_04634 | Email |
| 423. | CHAN_04652 | Email |
| 424. | CHAN_05512 | Chan CV |
| 425. | CHAN_01857 | Email |
| 426. | CHAN_01901 | Power Point |
| 427. | CHAN_01858 | Power Point |
| 428. | CHAN_01858 | Email |
| 429. | CHAN_04521 | Email |
| 430. | DEF 00001160 | Email |
| 431. | DEF 00007532 | Email |
| 432. | CHAN_04651 | Email |
| 433. | CHAN_01851 | Email |
| 434. | DEF 00009073 | Email |
| 435. | CHAN_04727 | Email |
| 436. | DEF 00018132 | Email |
| 437. | DEF 00017709 | Email |
| 438. | CHAN_04582 | Email |
| 439. | DEF 00020824 | Email |
| 440. | DEF 00017912 | Email |
| 441. | DEF 00025866 | Email |
| 442. | DEF 00025870 | Email |
| 443. | CHAN_05512 | Chan CV |
| 444. | DEF 00030049-30095 | Tax Documents |
| 445. | CHAN'S LINKEDIN PROFILE (2020) | Social Media Post |
| 446. | CHAN'S LINKEDIN PROFILE (2021) | Social Media Post |
| 447. | PL SUPP. ANSWER INTEROG. 13 | Discovery Response |
| 448. | PL RESPONSES TO 2ND SET INTERROG. | Discovery Response |
| 449. | PL RESPONSES TO 1ST SET INTERROG. | Discovery Response |
| 450. | USDC COMPLAINT | Pleading |

**(2) Disputed Exhibits**

| Exhibit Number | Bates Number | Exhibit Type | Basis for Objection |
|---|---|---|---|
| Plaintiff's Objections to Defense Exhibits | | | |
| A. | DEF 00028274 | Email | FRE 402, 802 |
| B. | DEF 00012296 | Email | FRE 402 |
| C. | DEF 00024776 | Email | FRE 402, 802 |
| D. | DEF 00004810 | Email | FRE 402, 403, 404, 802 |
| E. | DEF 00027544 | Email | FRE 402, 802 |
| F. | DEF 00004239 | Email | FRE 402, 802 |
| G. | DEF 00007577 | Email | FRE 402, 403, 404 |
| H. | CHAN_03955 | Email | FRE 402, 403, 404 |
| I. | DEF 00023050 | Email | FRE 402, 404 |
| J. | CHAN_06154 | Email | FRE 402, 802 |
| K. | DEF 00012689 | Email | FRE 802 |
| L. | DEF 00001238 | Email | FRE 402, 802 |
| M. | DEF 00012696 | Email | FRE 402, 403, 404 |
| N. | DEF 00010005 | Email | FRE 402, 802 |
| O. | DEF 00025171 | Email | FRE 402 |
| P. | DEF 00023488 | Email | FRE 402 |
| Q. | DEF 00006507 | Email | FRE 402, 802 |
| R. | DEF 00019035 | Email | FRE 402 |
| S. | DEF 00009674 | Email | FRE 402, 802 |
| T. | DEF 00002360 | Email | FRE 402 |
| U. | DEF 00006838 | Email | FRE 402 |
| V. | DEF 00027697 | Email | FRE 402, 802 |
| W. | DEF 00001254 | Email | FRE 402, 802 |
| X. | DEF 00020555 | Email | |
| Y. | DEF 00000158 | Email | FRE 402, 802 |
| Z. | CHAN_06333 | Email | FRE 402 |
| AA. | DEF 00002779 | Email | FRE 402 |
| BB. | DEF 00027766 | Email | FRE 402, 802 |
| CC. | DEF 00010349 | Email | FRE 402, 802 |
| DD. | DEF 00014256 | Email | FRE 402, 802 |
| EE. | DEF 00004461 | Email | FRE 802 |
| FF. | DEF 00011675 | Email | FRE 402, 802 |
| GG. | DEF 00001605 | Email | FRE 402, 403, 404 |
| HH. | DEF 00013397 | Email | FRE 402, 802 |
| II. | DEF 00007786 | Email | FRE 402 |
| JJ. | DEF 00022684 | Email | FRE 402, 403, 404 |
| KK. | DEF 00012855 | Email | FRE 402, 403, 404 |

| | | | |
|---|---|---|---|
| LL. | DEF 00013840 | Email | FRE 402, 802 |
| MM. | DEF 00005601 | Email | FRE 402 |
| NN. | DEF 00005677 | Email | FRE 402, 403, 404 |
| OO. | DEF 00020429 | Email | FRE 802 |
| PP. | DEF 00008124 | Email | FRE 402, 802 |
| QQ. | DEF 00019197 | Email | FRE 402, 802 |
| RR. | DEF 00006127 | Email | FRE 402 |
| SS. | CHAN_05562 | Email | FRE 402 |
| TT. | CHAN_05523 | Email | FRE 402 |
| UU. | DEF 00026512 | Email | FRE 802 |
| VV. | DEF 00006480 | Email | FRE 802 |
| WW. | DEF 00007568 | Email | FRE 402, 802 |
| XX. | DEF 00007650 | Email | FRE 402 |
| YY. | DEF 00005485 | Email | FRE 402 |
| ZZ. | DEF 00002280 | Email | FRE 402, 403, 404 |
| AAA. | DEF 00002213 | Email | FRE 402, 802 |
| BBB. | DEF 00006017 | Email | FRE 402, 403, 404, 802 |
| CCC. | CHAN_04429 | Email | FRE 402, 403, 404, 802 |
| DDD. | DEF 00027914 | Email | FRE 402, 802 |
| EEE. | DEF 00004988 | Email | FRE 402, 802 |
| FFF. | DEF 00012297 | Email | FRE 402 |
| GGG. | DEF 00028975 | Email | FRE 402, 802 |
| HHH. | CHAN_04275 | Email | FRE 402 |
| III. | CHAN_05149 | Spreadsheet | FRE 402 |
| JJJ. | CHAN_03936 | Email | FRE 402, 403, 404 |
| KKK. | DEF 00027454 | Email | FRE 402 |
| LLL. | DEF 00023068 | Email | FRE 402, 403, 404 |
| MMM. | DEF 00004478 | Email | FRE 402, 802 |
| NNN. | DEF 00001638 | Email | FRE 402, 802 |
| OOO. | DEF 00005144 | Email | FRE 402, 802 |
| PPP. | DEF 00005081 | Email | FRE 402 |
| QQQ. | DEF 00012383 | Email | FRE 402, 403, 404, 802 |
| RRR. | DEF 00012282 | Email | FRE 402, 403, 404, 802 |
| SSS. | DEF 00018062 | Email | FRE 402, 403, 404 |
| TTT. | DEF 00011442 | Email | FRE 802 |
| UUU. | DEF 00005597 | Email | FRE 402, 802 |
| VVV. | DEF 00026759 | Email | FRE 402, 802 |
| WWW. | DEF 00016297 | Email | FRE 402 |
| XXX. | DEF 00021495 | Email | FRE 402, 403, 404 |
| YYY. | DEF 00023991 | Email | FRE 402 |
| ZZZ. | DEF 00021488 | Email | FRE 402, 802 |
| AAAA. | DEF 00011686 | Email | FRE 402, 802 |
| BBBB. | DEF 00027139 | Email | FRE 402, 403, 404 |
| CCCC. | DEF 00019209 | Email | FRE 402 |

| | | | |
|---|---|---|---|
| DDDD. | DEF 00018338 | Email | FRE 402, 403, 404 |
| EEEE. | DEF 00026001 | Email | FRE 402, 403, 404, 802 |
| FFFF. | DEF 00020755 | Email | |
| GGGG. | DEF 00027732 | Email | FRE 402 |
| HHHH. | CHAN_05867 | Email | FRE 402, 802 |
| IIII. | CHAN_05870 | Email | FRE 402 |
| JJJJ. | CHAN_05878 | Email | FRE 402 |
| KKKK. | CHAN_06481 | Email | FRE 402 |
| LLLL. | DEF 00022614 | Email | FRE 402, 802 |
| MMMM. | CHAN_06238 | Email | FRE 402 |
| NNNN. | DEF 00026023 | Email | FRE 402 |
| OOOO. | DEF 00015886 | Email | FRE 402 |
| PPPP. | DEF 00023991 | Email | FRE 402 |
| QQQQ. | CHAN_04696 | Email | FRE 802 |
| RRRR. | CHAN_SUPP00007 | Email | FRE 402 |
| SSSS. | CHAN_SUPP00008 | Email | FRE 402 |
| TTTT. | CHAN_SUPP00005 | Email | FRE 402 |
| UUUU. | CHAN_SUPP00006 | Email | FRE 402 |
| VVVV. | DEF 00004761 | Email | FRE 802 |
| WWWW. | DEF 00016769 | Email | FRE 402, 802 |
| XXXX. | DEF 00005505 | Email | FRE 802 |
| YYYY. | DEF 00008621 | Email | FRE 402, 403, 404, 802 |
| ZZZZ. | DEF 00023785 | Email | FRE 402, 802 |
| AAAAA. | DEF 00022767 | Email | FRE 402, 802 |
| BBBBB. | DEF 00021057 | Email | FRE 802 |
| CCCCC. | DEF 00012438-12441 | Powerpoint | Completeness |
| DDDDD. | DEF 00025997 | Email | FRE 402 |
| EEEEE. | 2017 CITYWIRE ARTICLE | NEWS MEDIA | FRE 402, 802 |
| FFFFF. | PL INITIAL DISCLOSURES | Discovery | FRE 402, 403 |
| GGGGG. | THREADNEEDLE SETTLEMENT AGREEMENT | Document | FRE 402, 403, 404 |
| HHHHH. | THREADNEEDLE SUSPENSION LETTER | Document | FRE 402, 403, 404, 802 |
| IIIII. | Ms. Koide's 2016 Internal Complaints and related communications | | Plaintiff will submit the grounds for its objection, if any, after the document(s) are produced |
| JJJJJ. | Non-privileged documents relating to Wellington's | | Plaintiff will submit the grounds for its objection, if |

|  |  |  |  |
|---|---|---|---|
|  | responses to and investigations of Ms. Koide's internal complaints |  | any, after the document(s) are produced |
| KKKKK. | Non-privileged Internal communications reflecting the reasons for the termination decision of Ms. Koide |  | Plaintiff will submit the grounds for its objection, if any, after the document(s) are produced |
| LLLLL. | Documents reflecting MCAD's dismissal of Ms. Koide's MCAD complaint and denial of her appeal of same |  | Plaintiff will submit the grounds for its objection, if any, after the document(s) are produced |
| MMMMM. | Ms. Koide's performance evaluations and reviews and related emails) (Documents pertaining to considerations of different role |  | Plaintiff will submit the grounds for its objection, if any, after the document(s) are produced |
| **Defendants' Objections to Plaintiff's Exhibits** |  |  |  |
| QQQQ. | CHAN_06295 | Email | FRE 401-403 |
| RRRR. | DEF 00004843 | Email | FRE 401-403 |
| SSSS | DEF 00007444 | Email | FRE 401-403 |
| TTTT | DEF 00009346 | Email | FRE 401-403 |
| UUUU | DEF 00010278 | Email | FRE 401-403 |
| VVVV | DEF 00027641 | Email | FRE 401-403 |
| WWWW | DEF 00004764 | Power Point | FRE 401-403 |
| XXXX | DEF 00027975 | Email | FRE 401-403 |
| YYYY | DEF 00006866 | Power Point | FRE 401-403, 801-803, 805 |
| ZZZZ | DEF29316 | Power Point | FRE 401-403, 801-803, 805, Lack of Foundation |
| AAAAA | DEF 29324-29352 | Memoranda | FRE 401-403, 801-803, 805, Lack of Foundation |
| BBBBB | DEF 00027830 | Email | FRE 401-403 |

| CCCCC | DEF 00002705 | Memorandum | FRE 401-403, 801-803, 805, Lack of Foundation |

## CERTIFICATE OF SERVICE

    I, Patrick J. Hannon, certify that on this 28th day of September 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defendants by electronically serving their counsel of record.

/s/ Patrick J. Hannon

Patrick J. Hannon

4835-5168-0509, v. 1