IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIGI KAI ZI CHAN,<br><br>Plaintiff,<br><br>v.<br><br>WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,<br><br>Defendants. | Civil Action No. 19-cv-11605-WGY |

## DEFENDANTS' FIRST REQUEST FOR SPECIAL VERDICT FORM

Pursuant to *Fed. R. Civ. P.* 49 and the Court's pre-trial order, Defendants Wellington Management Company LLP ("Wellington")[1] and Charles Argyle ("Defendants") respectfully request that the Court present the attached special verdict form to the jury at the close of evidence presented in the trial of this action. Defendants reserve their right to request the form be revised depending on the evidence presented at trial.

---

[1] Plaintiff was employed by Wellington Management Hong Kong ("WMHK"). However, Wellington is not contesting co-employment for purposes of this litigation.

Respectfully Submitted,

WELLINGTON MANAGEMENT COMPANY
and CHARLES ARGYLE,

By their attorneys,

*/s/ Stephen T. Paterniti*
Stephen T. Paterniti, BBO# 564860
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts  02116
TELE: (617) 367-0025
FACSIMILE: (617) 367-2155

Beverly Garofalo
Admitted Pro Hac Vice
JACKSON LEWIS P.C.
90 State House Square
Hartford, Connecticut 06109
TELE:  (860) 331-1535
FACSIMILE: (860) 247-1330

Dated: October 10, 2021

## CERTIFICATE OF SERVICE

This hereby certifies that on October 10, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen T. Paterniti*
Jackson Lewis P.C.

## SPECIAL VERDICT FORM

<u>Question No. 1</u>   Did Plaintiff prove by a preponderance of the evidence that Wellington unlawfully terminated her employment due to her gender?

Yes_____        No_____


<u>Question No. 2</u>   Did Plaintiff prove by a preponderance of the evidence that Wellington unlawfully terminated her employment due to her race or national origin?

Yes_____        No_____


<u>Question No. 3</u>   Did Plaintiff prove by a preponderance of the evidence that Wellington unlawfully terminated her employment due to her pregnancy?

Yes_____        No_____


<u>Question No. 4</u>   Did Plaintiff prove by a preponderance of the evidence that Wellington unlawfully terminated her employment in retaliation for her complaining that she was being discriminated against based on her gender, her race and/or her national origin?

Yes_____        No_____


<u>Question No. 5</u>   Did Plaintiff prove by a preponderance of the evidence that Mr. Argyle tortiously interfered with her employment relationship with Wellington?

Yes_____        No_____

**If your answer to questions 1, 2, 3, 4, and 5 are "no", then you should STOP. Otherwise proceed to question 5.**


<u>Question No. 6</u>   Did Plaintiff prove by a preponderance of the evidence that she suffered lost compensation from the time of her termination through the time of trial caused by Wellington unlawfully terminating Plaintiff's employment? (Back Pay)

Yes_____        No_____


If yes, did Defendants prove by a preponderance of the evidence that Plaintiff unreasonably failed to take advantage of an opportunity to lessen her damages and should be denied recovery for those damages which she would have avoided had she taken advantage of the opportunity.

3

Yes_____        No_____

Based on your responses, what amount of Back Pay, if any, should be paid by Wellington to Plaintiff?

$_____

      Question No. 7    Did Plaintiff prove by a preponderance of the evidence that she will suffer lost compensation beyond the time of trial caused by Wellington unlawfully terminating her employment? (Front Pay)

Yes_____        No_____

If yes, did Defendants prove by a preponderance of the evidence that Plaintiff unreasonably failed to take advantage of an opportunity to lessen her damages and should be denied recovery for those damages which she would have avoided had she taken advantage of the opportunity.

Yes_____        No_____

Based on your responses, what amount of Front Pay, if any, should be paid by Wellington to Plaintiff?

$_____

      Question No. 8    Did Plaintiff prove by a preponderance of the evidence that she suffered emotional distress caused by Wellington unlawfully terminating her employment?

Yes_____        No_____

If yes, how much money should be paid by Wellington to compensate Plaintiff for her emotional distress?

$_____

      Question No. 9    Did Plaintiff prove by a preponderance of the evidence that she suffered damages caused by Mr. Argyle's tortious interference with her employment relationship with Wellington separate and apart of any damages you award against Wellington?

Yes_____        No_____

If yes, how much money should be paid by Mr. Argyle to compensate Plaintiff for her damages?

$_____