# EXHIBIT A

| | |
|---|---|
| **From:** | Gigi Chan <gkzchan@gmail.com> |
| **Sent:** | Tuesday, January 14, 2014 9:21 PM |
| **To:** | Tom Baxter <twbaxter@wellington.com> |
| **Subject:** | |

Hi Tom,

I hope this email finds you well. I just had dinner with Ghislain de Charentenay from Bernstein. I realise it has been a year since we were last in touch. As you may have read in the press, I left Threadneedle early October last year to take a career break. I am now looking to relocate to HK. Are you still looking to add resources to your team?

In the meantime, I wish you the very best for 2014.

Best,
Gigi

CONFIDENTIAL