# EXHIBIT B


**threadneedle**
investments

**Private & Confidential**

Threadneedle Management
Services Limited

60 St Mary Axe
London EC3A 8JQ

Telephone +44 (0)20 7464 5000*
Direct Fax +44 (0)20 7464 5414
* Calls may be recorded

Gigi Chan

By Email Only

9 September 2013

Dear Gigi

**Suspension pending disciplinary investigation**

Following Richard Moore's telephone message left on your mobile today, I am writing to confirm that you have been suspended from work with effect from today, Monday 9 September, until further notice pending investigation into allegations of insubordination. Threadneedle reserves the right to change or add to these allegations as appropriate in the light of our investigation. I confirm that this is separate from your suspension from managing the China Opps fund, which took effect on Friday 6 September.

Your suspension from work does not constitute disciplinary action and does not imply any assumption that you are guilty of any misconduct. We will keep the matter under review and will aim to make the period of suspension no longer than is necessary. Your suspension may be lifted at any time and with immediate effect.

During your suspension, we shall continue to pay your salary in the normal way. You are also entitled to your normal contractual benefits.

You will continue to be employed by us throughout your suspension and you remain bound by your terms and conditions of employment. In particular, you are reminded of the Threadneedle Code of Ethics and your duty of fidelity, the combined practical effect of which is that you are required to maintain confidentiality and not to damage the interests of Threadneedle during your suspension. If you have any doubts about what your obligations are while suspended, please let me know as a matter of priority.

You are required to co-operate in our investigations and may be required to attend the workplace for investigation interviews or disciplinary hearings. However, you are not otherwise required to carry out any of your duties and you should not attend the workplace (in London, Singapore or any other Threadneedle office) unless I authorise you to do so. You must not communicate with any of our employees, contractors or clients unless I authorise you to do so. You should be clear, however, that you are required to be available to answer any work-related queries. For the avoidance of doubt, you are required not to attend the conferences you were scheduled to attend on 10 and 11 September in London and in Hong Kong in the week starting 23 September.

Your e-mail account has been suspended and you no longer have access to our computer network.

**threadneedle investments**

Your pre-arranged holiday on 13 September is unaffected by these arrangements and you will not be required to attend work for disciplinary or work-related matters on that day. If you wish to go on holiday or make yourself unavailable in any other way, you must seek prior approval from William Davies or Andrew Chan in the normal way.

Please read and ensure you understand our Disciplinary Procedure, which is attached. When we have carried out our investigation, we will write to inform you whether we intend to hold a disciplinary hearing. If we consider that there are grounds for disciplinary action we shall inform you of those grounds in writing and you will have the opportunity to state your case at the hearing, in accordance with the Disciplinary Procedure.

If you know of any documents or information that you think will be relevant to the matters under investigation please let me know as soon as possible. If you require access to the premises or computer network for this purpose please let me know as we may agree to arrange this under supervision.

If you have any queries about this matter or the terms of your suspension please feel free to contact me.

Yours sincerely,

Steve Worrall
Head of HR