# EXHIBIT D

| | |
|---|---|
| **From:** | Tubman, Andrew Z. [AZTubman@wellington.com] |
| **Sent:** | Monday, June 20, 2016 9:32:14 PM |
| **To:** | Synnestvedt, Jared A.; Weil, Andria H.; Hogbin, Elizabeth A |
| **CC:** | Morse, Amy G. |
| **Subject:** | RE: Catch up: Jed/Liz |

Yes, thanks very much Andria and very well said.

I agree with the points below and might add a few additional thoughts, although perhaps not so eloquently:

- On paper, the strategy should really appeal to clients given the concentration, characteristics, local on the ground investor, native to the area, language skills, experience, and extensive travel and company knowledge, etc - all very impressive and should be especially of interest to those in the E&F channel which may find China/the opportunity set of most interest. I have spent time with and like Gigi and think she is a talented investor with a great long term opportunity ahead of her and us at the firm. I think our clients will as well in time.
- Completely agree that we should stop leading with track record as client are buying the people, not the track record (we heard it today with HHC on JVR). They really want to understand Gigi as an investor and as a person - Greg, does this fantastically well.
- Also, on the track record - unless I am not remembering correctly, I think we need to stop stressing the relative performance. Yes, 220 bps is impressive alpha and top decile - I also get it and would be proud of it, but I think we may have a differing client base that her prior find which I understand was predominately the Global Wealth channel. As we know, clients int the E&F Channel are looking for strong total return and - as Greg states - looking to double their money in 4 years on a stock by stock basis. In my view, 200 bps over the index (100 after fees as many clients focus on net performance ) today will likely not generate an investment in China given the increased risks, etc. We need to tilt the discussion to total return and how we are going to find stocks that double, or something along those lines, etc as opposed to relative results.
- Picked up on the headhunter calls as well....puzzling to me. Aside from GRG shelf space, in my view it's not good for our clients given the potential turnover to their portfolios or the firm to be representing ourselves in that manner. That said, I think turnover/changing firms is more prevalent and talked about in Asia, but just an anecdotal view.
- On the idea of shelf space, and I am a big proponent of China, in the US E&F Channel, where this could be a good opportunity - we may have some shelf space challenges. With a 20% overlap to EMO, a 50% overlap to EMO China names , and given our penetration with EMO/canvassing our clients it could be tricky to engage them on China Growth. That being said, over the long-run I think we will see continued and growing opportunity set with those interested in dedicated China investments.

Hope that helps and thanks again Andria starting the discussion.

Andrew
WMCInternal

---

**From:** Synnestvedt, Jared A.
**Sent:** Monday, June 20, 2016 1:05:33 PM
**To:** Weil, Andria H.; Hogbin, Elizabeth A
**Cc:** Tubman, Andrew Z.; Morse, Amy G.
**Subject:** RE: Catch up: Jed/Liz

Helpful Andria.
Liz,
We picked up on the headhunter comment in our meeting as well. In a firm with shelf space challenges, it is really hard

Confidential                                                                                                                                      DEF 00011675

to convince GRG to spend the time if it thinks it is not a long term strategy. I would be hard pressed to suggest a full on swing knowing that it is top of mind for her.....
Jed

---

**From:** Weil, Andria H.
**Sent:** Monday, June 20, 2016 12:57 PM
**To:** Hogbin, Elizabeth A
**Cc:** Tubman, Andrew Z.; Morse, Amy G.; Synnestvedt, Jared A.
**Subject:** Re: Catch up: Jed/Liz

Liz,

Thanks for the email. As I brought Gigi with us to Cqmbridge, I thought I'd share with this group my impressions from that meeting in addition to my feedback from our session together.

I thought that Gigi did a nice job at Cambridge in general. She was calmer and better able to go with the flow of the conversation, presenting herself well including her specific strengths/way of thinking to the broader group. I believe she answered Dorota's questions and it was helpful to have her there so that Dorota and others could meet her. In general it was a good way to further the support of EMO.

All that said, she needs to stop leading with her track record. The reality is that Wellington wouldn't have hired her if she wasn't accomplished. EVERYONE at Wellington is accomplished. She was top decile, I get it, but Cambridge will *assume* that we wouldn't hire someone who isn't talented.

She was asked if there was any other stock where they disagree. It would have been helpful for her to say one other than Daphne and to be specific. Greg was certainly overly honest in his discussions with the Managing Partners. She could have taken a page from that.

As for our meeting together, she left me with the perception that she is taking lots of head hunter calls. She cited a number of times that people were calling her regularly to ask her to take over other funds. That makes me skittish to put her in front of clients. I had enough headaches with Rick Wurster leaving that I am reluctant to put a PM in front of clients/prospects/consultants that might leave.

I also find her difficult to get to know. She needs to be a little vulnerable, admit she's not great at everything, accept criticism gracefully. It's hard, especially for an accomplished woman to do this. I understand that issue but it's a really important life lesson and she will be more successful within Wellington and with institutional clients if she can do this.

She needs to use stock specific examples to build her story. What she has gotten right and wrong.

The main point I was trying to get across is institutional buyers don't buy track records, they buy people they trust. You build trust by being a little vulnerable, honest, direct and humble. You answer their questions directly with few words but tangible examples to bring to life your answers. It's really hard but that's how you build a really big, stable book with our clients.

Andria

On Jun 20, 2016, at 1:57 PM, Hogbin, Elizabeth A <EAHogbin@wellington.com> wrote:

> From: Hogbin, Elizabeth A
> Sent: Monday, June 20, 2016 8:44 AM
> To: Synnestvedt, Jared A.
> Subject: Catch up: Jed/Liz

Confidential

DEF 00011676

Jed

Good to see you last week and thanks again for taking the time with Gigi. If you are able to solicit input from Andrew, Andria, Amy (or forward them our meeting invite) that would be great, as would be helpful to have collective take on where Gigi is in terms of presentation skills and areas for improvement.

Look forward to speaking on Friday.

Cheers, Liz


-----Original Appointment-----
From: Hogbin, Elizabeth A
Sent: Friday, June 17, 2016 10:59 AM
To: Hogbin, Elizabeth A; Synnestvedt, Jared A.
Subject: Catch up: Jed/Liz
When: Friday, June 24, 2016 3:30 PM-4:00 PM (UTC) Dublin, Edinburgh, Lisbon, London.
Where: Liz to call Jed on 65638


<meeting.ics>

Confidential
DEF 00011677