# EXHIBIT E

| | |
|---|---|
| **From:** | Argyle, Charles [cargyle@wellington.com] |
| **Sent:** | Wednesday, November 04, 2015 8:22:44 AM |
| **To:** | Abrams, Kenneth L.; Burgess, Terrence M. |
| **Subject:** | RE: Hong Kong Itinerary |

Kenny:

Most importantly, thanks for doing this. I don't just mean getting on a plane and flying to HK, but really making the effort to spend time with each and every one of the investors in the office. It is exhibit A in globalization.

A couple of quick points – you asked for them!
- Whatever you did for Jun Oh last time, please repeat – I know it really resonated with.
- I am glad you are having in dinner with Gigi and recall you were a fan in the interview process. **In confidence**, she is in a tough place – do not be surprised if she complains a lot. To cut to the chase, she feels as if her prior experience counts for nothing at Wellington, she has to start all over again here, and believes if her biggest asset is diminishing in value (which is her track record from Threadneedle). Most importantly, she doesn't feel welcome or respected in the HK office. (She is happy on Mattiko's team – but that alone is not enough). She recently attended a regional review group and did not like the feedback. As always, you will hear one side of the story, and the truth lies somewhere in the middle (please remember that). But if you could find the opportunity to share a few stories about how your own experience at Wellington has been non-linear (especially in the early days); about how valuable feedback is – even when you don't like it; and how important patience is – in the business and at Wellington, then I think it would go a long way. We are planning on launching a China Growth approach in the next few months – that process has begun – but it would be a good message if you could mention that you had heard about this and how excited you are.
- Once we do get China Growth up and running, she will need to be patient. Institutional clients and their consultants are circumspect – they want to see multi-year track records and can take a long time to evaluate approaches. She is going to be judged on her track record here (in the intermediate term at least), and not her assets. And don't lose sight of helping Greg Mattiko in the meantime.
- What bothers me most about Gigi is that when she talks about her own experience there is a strong element of "why does no one realize that I have this all figured out – my prior track record speaks for itself". The hubris is off-putting. Confidence in oneself is important in this business but you and I know how humbling this business can be  - it would be good to see a little of that sprinkled in every now and again. Greg and I have discussed whether this is simply a defense mechanism in the current situation – the jury is out.
- In your conversations with Bo and Jun (and Steve) please ask them to step up as partners/leaders and really help us assimilate Gigi. It is really hard coming in as an experienced lateral hire into Wellington, but especially in a small office thousands of miles away from your team leader. For Jun, I am guessing it is more down to personality and style – I get that it's a little bit "oil and water" – but suck it up every now and again, walk over and ask what she's working on, go for coffee once a month, something.
- Similar for Bo, but I also get the sense that Bo is a tad threatened by the thought of more China approaches managed by different PMs (in addition to China Growth we are all working on China Contrarian managed by Jun). There is simply no need for her to be threatened – she is still the center piece of the puzzle. Your perspective as a veteran US small cap manager would be helpful here - how the numerous US small cap approaches grew over time – how it might have been uncomfortable occasionally – but with the benefit of hindsight how well it worked, how it made you an even better PM, and how as a Partner you can see it was exactly the right thing to have done (in your own words of course). It is a responsibility of Bo to help Gigi succeed.
- You will likely hear: "But Gigi travels a lot – she's never here". Not good enough – she is there enough.
- It is important for me to note that I am giving Gigi the benefit of the doubt in almost all of the above – she has a lot of the "complainer" in her, but your independent view of the situation will be valuable. And again, all of this is shared in confidence – please do not forward.

Confidential DEF 00007978

You will also be meeting some great early stage talent in GEPM: In particular John Jun and Ben Chen have got off to a great start working with Jun, and Jerry Peng is an RA working with Bo on A-shares.

Safe travels, and thanks again

Charles

---

**From:** Abrams, Kenneth L.
**Sent:** Tuesday, November 03, 2015 2:35 PM
**To:** Argyle, Charles; Burgess, Terrence M.
**Subject:** FW: Hong Kong Itinerary

I have dinner or lunch scheduled with all the partners' and team analysts that are in town...see the itinerary if you care.

I am looking to just be a resource get to know some people better and build bridges.

To the extent that you have messages, feedback or hints relative to anyone on the list please let me know.  I am open to anything I can do to be helpful.

Kenny

PS...I am seeing Bo it is just the time is still up in the air.

---

**From:** Wiggin, Jessica L.
**Sent:** Tuesday, November 03, 2015 2:32 PM
**To:** Abrams, Kenneth L.
**Subject:** Hong Kong Itinerary

This is what we have so far for Hong Kong.

--
Jessica L Wiggin
Wellington Management
280 Congress Street, Boston, MA 02210
T: 617.951.5264
E: jlwiggin@wellington.com

Confidential                                                                                                                    DEF 00007979