# EXHIBIT F

# Employment Application Form

Please Print Clearly and Provide Complete And Accurate Information

Position Applied for: <u>EQUITY RESEARCH ANALYST</u>

Date Available: <u>NOW ONWARDS</u>

| Name (in English) GIGI KAI ZI CHAN | Gender: ☐ Male ☑ Female |
|---|---|
| Name (in local script) 陳曉滋 | |
| Former Name(s) / Maiden Name (if applicable) | Date of Name Change |
| Home Address: A3, 10/F, GREAT GEORGE BLDG. 27 PATERSON STREET. CAUSEWAY BAY, HONG KONG | |

| Date of Birth (dd/mm/yy) 17.08.78 | Nationality BRITISH / HKSAR | Identity Card No. K856328(4) (HK) | Social Security Number / Social Insurance Number (if any) PX851946(C) (UK) |
|---|---|---|---|

**Previous Addresses (list all previous addresses over the past 5 years).**

| 1. 146 EMERALD HILL #02-10, SINGAPORE 229430 |
|---|
| (From JAN 12 to OCT 13 )   Local ID Number used: G5181314L |
| 2. 58A AMWELL STREET, LONDON EC1R 1XS, UK |
| (From SEP 06 to DEC 11 )   Local ID Number used: |
| 3. |
| (From to )   Local ID Number used: |

## Employment History

### Details of Current or Most Recent Employer

| Company Name: THREADNEEDLE INVESTMENTS | Nature of Business: ASSET MANAGEMENT | Position Held: FUND MANAGER |
|---|---|---|
| Address (main office and branch where worked): 3 KILLINEY ROAD #07-07, WINSLAND HOUSE 1, SINGAPORE 239519 | | Telephone: +65 6309 1088 |
| Employment Period: From OCT 00  To OCT 13 | Reported to (Name & Position): VANESSA DONEGAN, HEAD OF ASIAN EQUITIES & RAYMUNDO YU, CHAIRMAN OF ASIA PACIFIC | |
| Responsibilities: FUND MANAGER | | |
| Last Monthly Basic Salary 212,500 USD | Last Bonus Received 310,000 USD | Other Allowances 97,500 USD | Reason(s) for Leaving FIANCE RELOCATION |
| Can a reference be taken now? YES. PLEASE WRITE TO STEVE WORRALL, HEAD OF HR, THREADNEEDLE If no, when can it be taken?  60 ST MARY AXE, LONDON EC3A 8JQ | | | |

### Details of Previous Employers (in descending order covering last 5 years)

| Company Name: | Nature of Business: | Position Held: |
|---|---|---|
| Address (main office and branch where worked): | | Telephone: |
| Employment Period: From    To | Reported to (Name & Position): | |
| Responsibilities: | | |
| Last Monthly Basic Salary | Last Bonus Received | Other Allowances | Reason(s) for Leaving |

CONFIDENTIAL

| Company Name: | Nature of Business: | Position Held: |
|---|---|---|
| Address (main office and branch where worked): | | Telephone: |
| Employment Period:<br>From           To | Reported to (Name & Position): | |
| Responsibilities: | | |
| Last Monthly Basic Salary | Last Bonus Received | Other Allowances | Reason(s) for Leaving |

*Please account for all gaps in employment for the last five years.*

| From | To | Reason : |
|---|---|---|
| From | To | Reason : |
| From | To | Reason : |

| Other Professional Qualifications / Memberships | Date Joined / Date Admitted | |
|---|---|---|
| (1) CFA<br><br>Membership / ~~Candidate Number:~~ 992987 | LEVEL 1 PASSED 01<br>LEVEL 2 PASSED 02<br>LEVEL 3 PASSED 03<br>CHARTER AWARDED 04 | ☑ Full Time<br>☐ Part Time |
| (2) INVESTMENT MANAGEMENT CERTIFICATE (UK)<br><br>Membership / Candidate Number: | AWARDED 00 | ☐ Full Time<br>☐ Part Time |

*Note: Please provide all professional certificates if you obtained memberships from any professional organizations in the People Republic of China or India.*

Page 3 of 5

CONFIDENTIAL
CHAN_04283

**Educational Record**

| College / University (1) | ST. HILDA'S COLLEGE, OXFORD UNIVERSITY | | Student ID# | |
|---|---|---|---|---|
| Period: From 96 To 99 | | | ☑ Full Time | ☐ Part Time |
| Address: ST. HILDA'S COLLEGE, OXFORD OX4 1DY, UK | | | | |
| Did you receive a degree? (Yes) No | | | If no, Check Last Year Completed  1  2  3  4 | |
| Degree BA & MA | | Major PPE | | Minor |

| College / University (2) | COLLEGE OF LAW, LONDON | | Student ID# | |
|---|---|---|---|---|
| Period: From 99 To 00 | | | ☑ Full Time | ☐ Part Time |
| Address: 14 STORE STREET, LONDON WC1E 7DE, UK | | | | |
| Did you receive a degree? POST GRAD DIPLOMA (Yes) No | | | If no, Check Last Year Completed  1  2  3  4 | |
| Degree POSTGRAD DIPLOMA IN LAW | | Major | | Minor |

Note: Please provide all certificates if you obtained a degree from any universities in the People Republic of China.

Note: Please provide all certificates and final year marksheet if you obtained a degree from any universities in India.

CONFIDENTIAL                                                                 CHAN_04284

1. Are you currently engaged in any other business either as a proprietor, partner, officer, director, trustee, employee, agent or otherwise?  (No)    Yes

   If yes, please give details.

   _____

2. Have you ever been arrested for or convicted of a criminal offence?  (No)    Yes

   If yes, please give details.

   _____

3. Have you ever been declared bankrupt?  (No)    Yes

   If yes, please give details.

   _____

4. Have you ever had any civil judgments made against you?  (No)    Yes

   If yes, please give details.

   _____

5. Do you know or are you related to anyone who works for the company?   No
   If yes, please give details.

## Declaration

I hereby certify all of the statements made on the employment application form are true and complete and I understand that omission or misrepresentation of any fact may result in refusal of employment or immediate dismissal.

I recognize that in connection with employment I may be the subject of a background enquiry by First Advantage Quest Research Limited, and I hereby authorize the same.

Signed      :    _Chap-Chan_

Date        :    10 - 4 - 14

CONFIDENTIAL                                                                 CHAN_04285

CONFIDENTIAL

CHAN_04286

**Wellington Global Management Ltd**
32F, One Exchange Square
Central
Hong Kong

*An Equal Opportunity Employer* It is the policy of Wellington Global Management Ltd to provide equal employment opportunity to all qualified persons without regard to race, age, color, sex, sexual orientation, religion, national origin, ancestry, handicap, veteran or marital status.

APPLICATION FOR EMPLOYMENT *(Please Print All Sections)*

Position(s) Applied For: __EQUITY RESEARCH ANALYST__  Date of Application: __JAN 13__

Type of Position Applied For: ☑ Full Time  ☐ Part Time  ☐ Internship  ☐ Temporary

PERSONAL INFORMATION

Name: __MS__ __CHAN__ __GIGI__ __KAI ZI__
         Title (Mr., Mrs., Ms.)   Surname      First Name    Middle

I.D. Card Number: __K856328 (4)__

Address: __A3, 10/F, GREAT GEORGE BLDG, 27 PATERSON ST,__   ( ) __917 420 3137__
         __CAUSEWAY BAY, HK__   Telephone

E-mail address: __gkzchan@gmail.com__

All previous surnames: __/__   Date of Birth: __17·8·78__

FORMER ADDRESSES:

If you have lived at the above address for less than six years, please list all previous addresses during that period.

(01/12) to (10/13): __146 EMERALD HILL #02-10, SINGAPORE 229430__
(09/06) to (12/11): __58A AMWELL STREET, LONDON EC1R 1XS, UK__
(__/__) to (__/__): 
(__/__) to (__/__): 
(__/__) to (__/__): 
(__/__) to (__/__): 

What is your citizenship? __UK & HK SAR__

Are there any restrictions or limitations on your right to employment in Hong Kong? If yes, please explain.  ☐ Yes ☑ No
*(We may require a copy of your passport or other document evidencing your permission to work in Hong Kong.)*

How did you hear about this position? (advertisement, agency, employee, web site, etc.): __BROKER INTRODUCTION__

Do you see yourself as having a disability which might impact your ability to do the job for which you are applying? If yes, please explain.
☐ Yes ☑ No



## EDUCATION

Please list your educational background, starting with your most recent qualification through secondary school.

| Name & Location of School | Dates of Attendance | Exams Taken | Exam Results | Degree Received |
|---|---|---|---|---|
| ST. HILDA'S COLLEGE, OXFORD UNIVERSITY | 96-99 | PPE | 2:1 | BA & MA |
| COLLEGE OF LAW, LONDON | 99-00 | PGDL | COMMENDATION | PGDL |

## LANGUAGE ABILITIES

Are you fluent in any foreign languages that would assist Wellington Management in its efforts to globalize the firm?
If yes, please list the language(s) and check off your level of ability with each:

Language (1) MANDARIN — Speak ✓ Read ✓ Write ✓ Translate ✓
Language (2) CANTONESE — Speak ✓ Read ✓ Write ✓ Translate ✓
Language (3) FRENCH — Speak ✓ Read ✓ Write ✓ Translate ☐
Language (4) _____ — Speak ☐ Read ☐ Write ☐ Translate ☐

## PROFESSIONAL QUALIFICATIONS

Please list all professional qualifications:

| Description | Date Obtained | Name of Governing Body |
|---|---|---|
| CFA | MAR 04 | CFA INSTITUTE |
| IMC (UK) | DEC 00 | CFA (UK) |
| MAS M5 | SEP 11 | MAS |
| MAS M8 | JAN 12 | MAS |

As per the Securities and Futures Commission (SFC), please address the following points:

1. Were you previously or are you currently registered with the SFC?  ✓ Yes  ☐ No
   If yes, please provide your registration number. DON'T KNOW

2. Are you subject to a competency determination at your current position?  ✓ Yes  ☐ No
   If yes, have you been deemed threshold competent? YES

## EMPLOYMENT HISTORY

Please list all employment for the past 10 years including part-time. You may include verifiable volunteer work. *If you were employed through an employment agency, please include the agency contact details.* Please attach additional pages, as necessary.

Present or Last Employer: THREADNEEDLE INVESTMENTS        Telephone: (65) 6309 1088
Nature of Business: ASSET MANAGEMENT                       Position Held: FUND MANAGER
Address: 3 KILLINEY ROAD #07-07, SINGAPORE                 Supervisor: VANESSA DONEGAN & RAYMUNDO YU
Specific Duties: FUND MANAGER
Reason for Leaving: FIANCÉ RELOCATING                      Salary: 620,000 USD TOTAL. INCL BONUS
Employed from: OCT 00 (mo/yr)  to  OCT 13 (mo/yr)
Is/was employer regulated by a regulatory body? ✓ Yes ☐ No   If yes, please note the name of the regulatory body: FCA, MAS

CONFIDENTIAL

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

EMPLOYMENT HISTORY *(continued)*

May we contact your past employers? ❑ Yes ❑ No

Previous Employer: _____ Telephone: (____) _____

Nature of Business: _____ Position Held: _____

Address: _____ Supervisor: _____

Specific Duties: _____

Reason for Leaving: _____ Salary: _____

Employed from: _____ to _____
                  *mo/yr*                    *mo/yr*
Is/was employer regulated by a regulatory body? ❑ Yes ❑ No   If yes, please note the name of the regulatory body: _____

---

Previous Employer: _____ Telephone: (____) _____

Nature of Business: _____ Position Held: _____

Address: _____ Supervisor: _____

Specific Duties: _____

Reason for Leaving: _____ Salary: _____

Employed from: _____ to _____
                  *mo/yr*                    *mo/yr*
Is/was employer regulated by a regulatory body? ❑ Yes ❑ No   If yes, please note the name of the regulatory body: _____

---

Previous Employer: _____ Telephone: (____) _____

Nature of Business: _____ Position Held: _____

Address: _____ Supervisor: _____

Specific Duties: _____

Reason for Leaving: _____ Salary: _____

Employed from: _____ to _____
                  *mo/yr*                    *mo/yr*
Is/was employer regulated by a regulatory body? ❑ Yes ❑ No   If yes, please note the name of the regulatory body: _____

Please comment on any periods of time that are unaccounted for or any gaps in employment history.
_____

FITNESS AND PROPRIETY

1.  a. Have you ever been convicted of any offence involving fraud, theft, false accounting or other dishonesty or an offence (whether or not in Hong Kong) relating to companies, building societies, industrial and provident societies, credit unions, friendly societies, insurance, banking or other financial services, insolvency, consumer credit or consumer protection, money laundering, market manipulations or insider dealing?   ❑ Yes ☑ No

    b. Are you the subject of any current criminal proceedings?   ❑ Yes ☑ No

2.  Have you any convictions for any offences other than those listed in 1 above which are not spent, whether or not in Hong Kong (excluding traffic offences unless these resulted in a ban from driving or involved driving without insurance)?   ❑ Yes ☑ No

3.  a. Are you, or have you ever been, the subject of any civil proceedings, arbitration or litigation, including proceedings that may lead to a court judgment or other judgment debts, in Hong Kong or elsewhere?   ❑ Yes ☑ No

    b. Are you aware of any intention to begin such proceedings against you in the future?   ❑ Yes ☑ No

CONFIDENTIAL

CHAN_04277

FITNESS AND PROPRIETY *(continued)*

| | | | | |
|---|---|---|---|---|
| 4. | | Do you have any judgment debts made under a court order still outstanding, whether in full or in part? | ☐ Yes | ☑ No |
| 5. | | Have you ever failed to satisfy any such judgment debts within one year of the making of the order? | ☐ Yes | ☑ No |
| 6. | a. | Are you, or have you ever been, the subject of any bankruptcy proceedings, or proceedings for the sequestration of your estate? | ☐ Yes | ☑ No |
| | b. | Have you ever entered into a deed of arrangement or an individual voluntary arrangement or other agreement in favour of your creditors, or are you doing so? | ☐ Yes | ☑ No |
| 7. | | Do you have any outstanding financial obligations arising from regulated activities, which you have conducted in the past, whether in the Hong Kong or overseas? (In the case of advisers, this will include any outstanding liabilities arising from commissions paid for the sale of packaged products that have lapsed.) | ☐ Yes | ☑ No |
| 8. | | Have you ever been found guilty of conducting any unauthorised regulated activities or been investigated for possible conduct of unauthorised regulated activities? | ☐ Yes | ☑ No |
| 9. | | Are you, or have you ever been, the subject of an investigation into allegations of misconduct or malpractice in connection with any business activity? | ☐ Yes | ☑ No |
| 10. | | Have you ever, either in the Hong Kong, or elsewhere – | | |
| | a. | been refused entry to, or been dismissed or requested to resign from, any profession, vocation, office or employment, or from any fiduciary office or position of trust, whether or not remunerated? | ☐ Yes | ☑ No |
| | b. | been refused, restricted in, or had suspended, the right to carry on any trade, business or profession for which specific licence, authorisation, registration, membership or other permission is required? | ☐ Yes | ☑ No |
| | c. | been disqualified by a court from acting as a director of a company or from acting in a management capacity or conducting the affairs of any company, partnership or unincorporated association? | ☐ Yes | ☑ No |
| 11. | | In respect of activities regulated by the SFC or any other regulatory body, have you, or has any company, partnership or unincorporated association of which you are or have been a controller, director, senior manager, partner or company secretary, during your association with that entity and for a period of three years after you ceased to be associated with it, ever – | | |
| | a. | been refused, had revoked, restricted or terminated, any licence, authorisation, registration, notification, membership or other permission granted by any such body? | ☐ Yes | ☑ No |
| | b. | been criticised, censured, disciplined, suspended, expelled, fined, or been the subject of any other disciplinary or intervention action by any such body? | ☐ Yes | ☑ No |
| | c. | resigned whilst under investigation by, or been required to resign from, any such body? | ☐ Yes | ☑ No |
| | d. | decided, after making an application for any licence, authorisation, registration, notification, membership or other permission granted by any such body, not to proceed with it? | ☐ Yes | ☑ No |
| | e. | been the subject of any civil action which has resulted in a finding against you or it by a court? | ☐ Yes | ☑ No |
| 12. | | Has any company, partnership, or unincorporated association of which you are or have been a controller, director, senior manager, partner, or company secretary, in Hong Kong or elsewhere, at any time during your involvement or within one year of such an involvement – | | |
| | a. | been put into liquidation, wound up, ceased trading, had a receiver or administrator appointed or entered into any voluntary arrangement with its creditors? | ☐ Yes | ☑ No |
| | b. | been adjudged by a court liable for any fraud, misfeasance, wrongful trading or other misconduct? | ☐ Yes | ☑ No |
| | c. | been investigated or been involved in an investigation by an inspector appointed under companies or any other legislation, or required to produce documents to the government, or any other authority, under any such legislation? | ☐ Yes | ☑ No |
| | d. | been convicted of any criminal offence, censured, disciplined or publicly criticised, by any inquiry, or any governmental or statutory authority or any other regulatory body (other than as already indicated under 11(b) above)? | ☐ Yes | ☑ No |
| 13. | | Are you aware of any business interests, employment obligations, or any other situations which may conflict with the performance of the controlled functions for which approval is now sought? | ☐ Yes | ☑ No |
| 14. | | Have you ever been convicted of, or dismissed or suspended from employment for drug or alcohol abuses, or other abusive acts? | ☐ Yes | ☑ No |
| 15. | | Have you ever been dismissed, or asked to resign and resigned, from employment or a position of trust, fiduciary appointment or similar? | ☐ Yes | ☑ No |
| 16. | | Have you ever been untruthful in any dealings with any regulatory body, or unwilling to comply with such body's regulatory requirements or with other legal, regulatory and professional obligations and ethical standards? | ☐ Yes | ☑ No |

FITNESS AND PROPRIETY *(continued)*

If you have answered yes to any of the above questions, please provide additional details below. *(Please attach additional pages, as necessary.)*

READ CAREFULLY BEFORE SIGNING

☑ By checking this box, I certify that all statements made by me on this application are true and complete to the best of my knowledge and that I have withheld nothing which, if disclosed, would affect this application unfavorably. I understand that any false statement or misrepresentation of this application may be grounds for the withdrawal of an offer or, if employment has commenced, summary dismissal.

Type Name: __GIGI KAI ZI CHAN__   Date: __10·4·14__

☑ By checking this box, I authorize my previous employers, schools and other educational institutions attended by me, professional bodies of which I was or am a member and persons named by me as referees to supply to Wellington Global Management Ltd information needed to verify the statements made by me on this application and/or to comply with applicable legal and regulatory requirements in relation to my proposed employment with Wellington Global Management Ltd. I understand and accept that Wellington Global Management Ltd will undertake checks with third parties to verify the statements made by me on this application.

I also understand and accept that, once a decision has been made that on all other grounds I should be offered employment with Wellington Global Management Ltd. Wellington Global Management Ltd may ask third parties for information about me in order

to establish my fitness and propriety and that this may include enquiries of Courts and other public bodies and of credit reference agencies. I consent to the disclosure of personal information about me to third parties so far as may be necessary for the purposes

of such verification and/or vetting and/or to comply with applicable legal and regulatory requirements, including in particular the requirements of the Securities and Futures Commission. I agree that Wellington Global Management Ltd, Wellington Management Company, llp and my previous employers shall not be held liable in any respect if a job offer is not made, is withdrawn, or my employment is terminated because of false statements, omissions or answers made by me on this application.

Type Name: __GIGI KAI ZI CHAN__   Date: __10·4·14__

I hereby acknowledge and consent to the above terms.

Signed: __[signature]__   Date: __10·4·14__

172027_1

WELLINGTON MANAGEMENT

*Effective 1/07*

CONFIDENTIAL

CHAN_04279