# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

GIGI KAI ZI CHAN,

           Plaintiff,

v.

WELLINGTON MANAGEMENT COMPANY LLP and CHARLES ARGYLE,

           Defendants.

Civil Action No. 19-cv-11605-WGY

## **DEFENDANTS' PROPOSED *VOIR DIRE* QUESTIONS AND AREAS OF INQUIRY**

Pursuant to the Procedural Order in this matter, Defendants Wellington Management Company LLP ("Wellington")[1] and Charles Argyle ("Defendants") hereby submit their proposed questions for use by the Court during *voir dire* questioning of prospective jurors at the trial of this matter:

1. Do you or anyone close to you have any negative feelings about Wellington? If so, please explain.

2. Have you been terminated by an employer? If so, explain.

---

[1] Plaintiff was employed by Wellington Management Hong Kong ("WMHK"). However, Wellington is not contesting co-employment for purposes of this litigation.

3. Have you ever terminated an employee? If so, explain.

4. Have you filed a claim against any employer? If so, explain.

5. Do you feel you have ever been treated unfairly by your employer? If so, explain.

6. Have you ever been discriminated against at work because of your national origin, race, gender, or pregnancy or known anyone who has?

7. Have you ever lost a job for making a complaint, or known anyone who has?

8. Do you believe that, if an employee or former employee complains about an employer, the complaint is probably true?

9. Do you think you would have a tendency to find in favor of the plaintiff just because she lost her job or because you believe that companies can always afford to pay something?

10. Do you believe that you would you tend to give less credit to the testimony of a company employee regarding the facts of this case, simply because the person is still employed by the company?

11. If, at the end of the trial, you feel that the plaintiff did not prove her case, could you return a verdict for the defendants?

13. If, at the end of the trial, you feel that the plaintiff has damages, but you believe that such a portion of her damages were caused by her failure to find a new job, would you have any problem not awarding the plaintiff those damages?

14. Is there anything about what you have heard about the nature of this lawsuit or about the parties involved in this lawsuit that would make you hesitate to sit on this jury?

15. Do you feel that COVID-19 is not real or is a hoax? If so, please explain.

          Respectfully Submitted,

          WELLINGTON MANAGEMENT COMPANY
          and CHARLES ARGYLE,

          By their attorneys,

          */s/ Stephen T. Paterniti*
          Stephen T. Paterniti, BBO# 564860
          JACKSON LEWIS P.C.
          75 Park Plaza, 4th Floor
          Boston, Massachusetts 02116
          TELE: (617) 367-0025
          FACSIMILE: (617) 367-2155

          Beverly Garofalo
          Admitted *Pro Hac Vice*
          JACKSON LEWIS P.C.
          90 State House Square
          Hartford, Connecticut 06109
          TELE: (860) 331-1535
          FACSIMILE: (860) 247-1330

Dated: October 11, 2021

## CERTIFICATE OF SERVICE

      This hereby certifies that on October 11, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

          */s/ Stephen T. Paterniti*
          Jackson Lewis P.C.

4814-1903-0782, v. 2