**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

GIGI KAI ZI CHAN,
          Plaintiff,

v.

WELLINGTON   MANAGEMENT   COMPANY
LLP and CHARLES ARGYLE,
          Defendants.

Civil Action No. 19-cv-11605-WGY

## DEFENDANTS' MOTION IN LIMINE TO ADMIT DOCUMENTARY EVIDENCE OF PLAINTIFF'S PERFORMANCE TO SUPPORT ITS LEGITIMATE, NON-DISCRIMINIATORY REASONS FOR TAKING ADVERSE ACTION

Defendants Wellington Management Company LLP ("Wellington") and Charles Argyle, respectfully submit this motion *in limine* to admit documentary evidence of Plaintiff's poor performance because this evidence clearly supports its legitimate, non-discriminatory reasons terminating Plaintiff's employment. As additional support, Defendants rely on their memorandum of law.

1

Respectfully Submitted,

WELLINGTON MANAGEMENT COMPANY
and CHARLES ARGYLE,

By their attorneys,

*/s/ Stephen T. Paterniti*
Stephen T. Paterniti, BBO# 564860
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts  02116
TELE: (617) 367-0025
FACSIMILE: (617) 367-2155

Beverly Garofalo
Admitted Pro Hac Vice
JACKSON LEWIS P.C.
90 State House Square
Hartford, Connecticut 06109
TELE:  (860) 331-1535
FACSIMILE: (860) 247-1330

Dated: October 11, 2021

## <u>CERTIFICATE OF SERVICE</u>

This hereby certifies that on October 11, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen T. Paterniti*
Jackson Lewis P.C.

4841-2385-1774, v. 1