# EX. A

# Patrick J. Hannon

| | |
|---|---|
| **From:** | Patrick J. Hannon |
| **Sent:** | Wednesday, October 28, 2020 6:43 PM |
| **To:** | Paterniti, Stephen T. (Boston) |
| **Cc:** | Davis, Benjamin R. (Boston); Walsh, Sarah W. (Boston) |
| **Subject:** | Chan v. Wellington |
| **Attachments:** | Koide complaint.pdf |

Steve,

This shall serve as a supplementation to Ms. Chan's Initial Disclosures.

In addition to the witnesses previously identified, Ms. Chan may also rely upon Mina Koide in support of her claims. We expect Ms. Koide has knowledge of the discriminatory and retaliatory atmosphere at Wellington, including but not limited to the facts set forth in the attached complaint.

Ms. Koide may be contacted through her cpounsel.

Patrick J. Hannon
Hartley Michon Robb LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA 02210-2968
Main: (617) 723-8000
Direct: (617) 447-2819
Fax: (617) 447-2800
www.hartleymichonrobb.com

1