EX. B

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place, Boston, MA 02108**
**Phone: (617) 994-6000 Fax: (617) 994-6024**

## - DISMISSAL and NOTIFICATION of RIGHTS -   JUN - 6 2017

| To: | Mina Koide | Case: Mina Koide v. Wellington Management Company, LLP; Wellington Management Group, LLP; Brendan Swords, CEO; Charles Argyle, VP |
| --- | --- | --- |
| | G.L. c. 4, § 7(26)(c) Privacy | **MCAD Docket Number:** 16BEM02193 |
| | G.L. c. 4, § 7(26)(c) Privacy | **EEOC Number:** 16C-2016-02118 |
| | | **Investigator:** Joseph L. Cohen |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[x]   The Commission issues the following determination.  Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

[ ]   Other (briefly state)

### - NOTICE of APPEAL -

If you wish to appeal the dismissal of your complaint and believe that the above stated reason for dismissal is incorrect, you may appeal to this Commission within 10 days after receipt of this notice.  You or your attorney must make your appeal of the dismissal in writing to the appeals clerk of this Commission. **Attention: Nancy To.**

All employment complaints, where applicable, were filed by the MCAD with the Equal Employment Opportunity Commission.  Our finding, which will be forwarded to its area office, JFK Federal Building, Boston, MA will be given substantial weight provided that such findings are in accordance with the requirements of Title VII of the Civil Rights Act of 1964, the ADEA, and/or the ADA, as amended.

Sheila A. Hubbard
Investigating Commissioner

May 31, 2017
Date

MCAD Docket Number 16BEM02193, Dismissal and Notification of Rights with Appeal Rights

Page   1