UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GIGI KAI ZI CHAN,

    Plaintiff,

    v.

WELLINGTON MANAGEMENT COMPANY LLP,
and CHARLES ARGYLE,

    Defendants.

Civil Action No: 1:19-CV-11605-WGY

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' FOURTH MOTION
IN LIMINE (DOC. 101) "TO PRECLUDE FROM EVIDENCE THE
STRAY REMARKS OF ANY PERSON WHO WAS NOT A DECISIONMAKER
WITH RESPECT TO PLAINTIFF'S TERMINATION"**

Defendants' motion is predicated on the false assumption that the only issue to be tried concerns the reason for Ms. Chan's termination. But as reflected in the Pretrial Memorandum, there is also a factual dispute as to "Whether Plaintiff ever engaged in protected activity while at Wellington."

The evidence that Defendants characterize as "stray remarks" is critical to resolving that factual dispute. Specifically, Plaintiff is expected to testify that the comments by Mr. Maguire and Mr. Berteaux were part of the discriminatory culture that she complained about, beginning in 2015 and continuing in 2016. As there is a reasonableness (and good faith) component to determining whether Ms. Chan's complaints were "protected activity," the jury will need to hear evidence about the events that caused her to ultimately complain.

Unless Defendants wish to stipulate that Ms. Chan's complaints were made reasonably and in good faith, the evidence must be admitted.

## CONCLUSION

Defendants' fourth Motion in Limine (Doc. 101) should be denied.

Respectfully submitted,

*/s/  Patrick J. Hannon*
Patrick J. Hannon (BBO #664958)
Hampton M. Watson (BBO #705983)
Hartley Michon Robb Hannon LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA 02210
phannon@hmrhlaw.com
hwatson@hmrhlaw.com
(617) 723-8000
Attorneys for Plaintiff

Date: October 12, 2021

## CERTIFICATE OF SERVICE

I, Patrick J. Hannon, counsel for Plaintiff, hereby certify that on October 12, 2021, I caused a copy of the within document to be filed using the Court's CM/ECF system, which will send notification of such filing electronically to all registered participants.

*/s/  Patrick J. Hannon*
Patrick J. Hannon