## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GIGI KAI ZI CHAN,

        Plaintiff,

        v.

WELLINGTON MANAGEMENT
COMPANY LLP AND CHARLES ARGYLE,

        Defendants.

Civil Action No. 19-cv-11605-WGY

## DECLARATION OF GREGORY S. KONZAL

I, Gregory S. Konzal, am competent to testify to the matters contained in this Declaration. This Declaration is based upon my personal knowledge and review of business records and is under oath.

1.      I am over the age of 18 and believe in the obligation of an oath.

2.      I am currently employed by Wellington Management Company LLP as Regional Head of Legal, Americas, a position I have held since February 2018.

3.      I am familiar with Wellington Management's corporate structure, both as it existed in July 2019 and at present.

4.      At the time this lawsuit was filed, Wellington Management Company LLP had two partners: Wellington Management Group LLP and Wellington Investment Advisors Holdings LLP.

5.      At the time this lawsuit was filed, Wellington Management Group LLP had 165 individual partners.  Among those individual partners were at least six foreign nationals, including at least four citizens of the United Kingdom.  A true and accurate copy of the list of

individual partners of Wellington Management Group LLP as of July 24, 2019 is attached hereto as Exhibit 1.

      6.     At the time this lawsuit was filed, Wellington Investment Advisors Holdings LLP had two partners: Wellington Management Group LLP and Wellington Group Holdings LLP.

      7.     At the time this lawsuit was filed, Wellington Group Holdings LLP had two partners: Wellington Management Group LLP and Wellington Partners II LLP.

      8.     At the time this lawsuit was filed, Wellington Management Group LLP and the individual partners of Wellington Management Group LLP comprised the partnership of Wellington Partners II LLP.


      I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of October, 2021.

*Gregory S. Konzal*

Gregory S. Konzal

## CERTIFICATE OF SERVICE

This hereby certifies that on this 13th day of October 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Benjamin Davis*
Jackson Lewis P.C.

4842-9780-9151, v. 2

# Exhibit 1

**CR - Active Employees**

Supervisory Org: Wellington Management Company (Brendan Swords)

| | |
|---|---|
| Location | |
| HR Partner | |
| Division | |
| Employee Type | Regular |
| | Temporary |
| Include Subordinate Orgar | Yes |
| Is this for external use? | No |
| Effective as of Date | 7/24/2019 |

| Platform Job Profile Employee ID | Name | Location | Division | Platform | Most Recent Hire Date | Officership | Citizenship Status (Locale Sensitive) |
|---|---|---|---|---|---|---|---|
| 00276 | Abrams, Kenny L | 280 Congress | Investment Boutiques | Investment Platform | 8/18/1986 | SMD | Native (United States of America) |
| 02397 | Abularach, Mario E | 280 Congress | Investment Boutiques | Investment Platform | 8/8/2011 | SMD | Permanent Resident (United States of America) |
| 00178 | Adams, Nicholas C | Radnor | Investment Boutiques | Investment Platform | 7/18/1983 | SMD | Native (United States of America) |
| 00814 | Angeli, Steven C | 280 Congress | Investment Boutiques | Investment Platform | 8/15/1994 | SMD | Native (United States of America) |
| 01215 | Argyle, Charles S | 280 Congress | Investment Boutiques | Investment Platform | 5/19/1997 | SMD | Naturalized Citizen (United States of America) |
| 01286 | Ashe, Jonathan C | 280 Congress | Investment Research | Investment Platform | 8/25/1997 | SMD | Native (United States of America) |
| 00737 | Averill, John F | 280 Congress | Investment Research | Investment Platform | 2/7/1994 | SMD | Native (United States of America) |
| 03258 | Baker, Matthew G | 280 Congress | Investment Boutiques | Investment Platform | 6/28/2004 | SMD | Native (United States of America) |
| 03489 | Baldini, Ed | 280 Congress | Investment Strategy | Investment Platform | 3/28/2005 | SMD | Native (United States of America) |
| 03402 | Ball, Rob | 280 Congress | Client Group | Client Platform | 11/22/2004 | SMD | Native (United States of America) |
| 03646 | Ballauff, Susanne | Frankfurt | Client Group | Client Platform | 8/8/2005 | SMD | Native (Germany) |
| 05698 | Barbetta, Brian | 280 Congress | Investment Research | Investment Platform | 8/20/2012 | SMD | Native (United States of America) |
| 02572 | Berg, Jennifer | 280 Congress | Investment Research | Investment Platform | 1/14/2002 | SMD | Native (United States of America) |
| 05098 | Bhagwat, Niraj Dilip | Singapore | Investment Boutiques | Investment Platform | 2/16/2009 | SMD | Permanent Resident (Singapore) |
| 02714 | Boselli, John A | 280 Congress | Investment Boutiques | Investment Platform | 7/8/2002 | SMD | Native (United States of America) |
| 00538 | Boudens, Michael J | 280 Congress | Client Group | Client Platform | 7/22/1991 | SMD | Native (United States of America) |
| 02001 | Bousa, Edward P | 280 Congress | Investment Boutiques | Investment Platform | 4/14/2000 | SMD | Native (United States of America) |
| 02481 | Bruno, John E | 280 Congress | Legal & Enterprise Risk | Infrastructure Platform | 8/1/2001 | SMD | Native (United States of America) |
| 03775 | Burgess, Terry | 280 Congress | Investment Research | Investment Platform | 12/9/2005 | SMD | Temporary Resident (United Kingdom) |
| 04402 | Butler, John | London | Investment Boutiques | Investment Platform | 5/14/2007 | SMD | Native (United Kingdom) |
| 01662 | Carmeri, Michael T | 280 Congress | Investment Boutiques | Investment Platform | 4/12/1999 | SMD | Native (United States of America) |

| ID | Name | Location | Group | Platform | Date | Status |
|---|---|---|---|---|---|---|
| 01516 | Caricketes, Frank D | 280 Congress | Investment Boutiques | Investment Platform | 8/3/1998 SMD | Native (United States of America) |
| 01183 | Chabrier, Louis | 280 Congress | Investment Boutiques | Investment Platform | 3/24/1997 SMD | Native (United States of America) |
| 00788 | Chally, Mammen | 280 Congress | Investment Boutiques | Investment Platform | 6/20/1994 SMD | Native (United States of America) |
| 02306 | Chang, David A | 280 Congress | Investment Boutiques | Investment Platform | 7/23/2001 SMD | Permanent Resident (United States of America) |
| 03206 | Chisholm, Elizabeth | Sydney | Client Group | Client Platform | 6/1/2004 SMD | Native (United States of America) |
| 04323 | Chopra, Devashish | London | Investment Research | Investment Platform | 3/1/2007 SMD | Native (United Kingdom) |
| 00898 | Choumenkovitch, Nicolas M | 280 Congress | Investment Boutiques | Investment Platform | 4/17/1995 SMD | Native (United States of America) |
| 01097 | Coffman, Rich | 280 Congress | Client Group | Client Platform | 9/16/1996 SMD | Naturalized Citizen (United States of America) |
| 01159 | Corry, Andrew M | 280 Congress | Investment Boutiques | Investment Platform | 2/12/1997 SMD | Native (United States of America) |
| 04205 | Courtines, Yolanda | London | Investment Research | Investment Platform | 12/4/2006 SMD | Native (United States of America) |
| 01064 | Cromwell, Wendy M | 280 Congress | Investment Research | Investment Platform | 6/24/1996 SMD | Permanent Resident (United Kingdom) |
| 03972 | Dassule, Madeleine E | 280 Congress | Information Technology | Infrastructure Platform | 2/27/2006 SMD | Native (United States of America) |
| 02094 | Dereslewicz, Bob | 280 Congress | Investment Research | Investment Platform | 8/21/2000 SMD | Native (United States of America) |
| 04332 | Desai, Amit R | 280 Congress | Investment Research | Investment Platform | 3/19/2007 SMD | Native (United States of America) |
| 04141 | Desautels, Andre J | 280 Congress | Investment Research | Investment Platform | 9/11/2006 SMD | Permanent Resident (United States of America) |
| 00855 | Dhawan, Juhi | 280 Congress | Investment Research | Investment Platform | 8/1/1995 SMD | Permanent Resident (United States of America) |
| 04117 | Douglas, Sandhya S | 280 Congress | COO Group, Investment Platform | Investment Platform | 8/28/2006 SMD | Native (United States of America) |
| 00596 | DuBard, David B | 280 Congress | Investment Boutiques | Investment Platform | 7/6/1992 SMD | Native (United States of America) |
| 00807 | Duckworth, Cheryl M | 280 Congress | Client Group | Client Platform | 8/8/1994 SMD | Native (United States of America) |
| 04651 | Duffy, Ted | 280 Congress | Investment Boutiques | Investment Platform | 10/8/2007 SMD | Temporary Resident |
| 02424 | Dwek, Julian | London | Investment Boutiques | Investment Platform | 3/1/2004 SMD | Permanent Resident (United Kingdom) |
| 01625 | Eikenberry, David K | 280 Congress | Investment Science | Investment Platform | 3/15/1999 SMD | Native (United States of America) |
| 00893 | Elliott, David J | 280 Congress | Investment Science | Investment Platform | 4/10/1995 SMD | Native (United States of America) |
| 00730 | Elliott, Scott M | Hawaii | Investment Boutiques | Investment Platform | 1/18/1994 SMD | Native (United States of America) |
| 05209 | Enderlein, Dirk | London | Investment Boutiques | Investment Platform | 3/1/2010 SMD | Permanent Resident (United Kingdom) |
| 05828 | Feder, Michael J | 100 Federal Street | Finance & Administration | Infrastructure Platform | 12/1/2011 SMD | Native (United States of America) |
| 01432 | Fitzpatrick, DJ | 280 Congress | Investment Boutiques | Investment Platform | 4/27/1998 SMD | Native (United States of America) |

| ID | Name | Location | Department | Platform | Date | Citizenship |
|---|---|---|---|---|---|---|
| 03734 | Flanagan, Mark D | 280 Congress | Investment Research | Investment Platform | 10/31/2005 SMD | Native (United States of America) |
| 04064 / 00732 | Freiheit, Aisling / Gainey, Craig A | Sydney / 280 Congress | Product Development / Investment Research | Client Platform / Investment Platform | 7/10/2006 SMD / 1/26/1994 SMD | Native (United States of America) |
| 01467 | Gallo, Ann C | 280 Congress | Investment Research | Investment Platform | 6/15/1998 SMD | Native (United States of America) |
| 01715 | Garrett, Michael F | 280 Congress | Investment Boutiques | Investment Platform | 6/14/1999 SMD | Native (United States of America) |
| 04635 | Garvey, Brian M. | 280 Congress | Investment Boutiques | Investment Platform | 10/1/2007 SMD | Native (United States of America) |
| 05100 | Geary, Scott C | Hong Kong | Client Group | Client Platform | 3/9/2009 SMD | Temporary Resident (Hong Kong) |
| 03823 | Gilchrist, Ted A | 280 Congress | Product Development | Client Platform | 1/9/2006 SMD | Temporary Resident (Singapore) |
| 01048 | Glazer, Bruce L | 280 Congress | Investment Research | Investment Platform | 8/11/1997 SMD | Native (United Kingdom) |
| 01677 | Goodman, Campe | 280 Congress | Investment Boutiques | Investment Platform | 9/5/2000 SMD | Native (United States of America) |
| 04887 | Gorman, Stephen A. | 280 Congress | Investment Strategy | Investment Platform | 5/12/2008 SMD | Native (United States of America) |
| 02726 | Grohe, Christopher | 280 Congress | Investment Science | Investment Platform | 7/18/2002 SMD | Native (United States of America) |
| 03840 | Haney, Tim | 280 Congress | Investment Boutiques | Investment Platform | 8/1/2005 SMD | Native (United States of America) |
| 04351 | Haselwander, Stefan K | London | Client Group | Client Platform | 4/2/2007 SMD | Naturalized Citizen (United States of America) |
| 03035 | Havlicek, Des | 280 Congress | Client Group | Client Platform | 12/15/2003 SMD | Permanent Resident (United States of America) |
| 02195 | Hayes, Rob | 280 Congress | Investment Research | Investment Platform | 9/5/2000 SMD | Native (United States of America) |
| 02089 | Heiskell, Andrew R. | 280 Congress | Investment Research | Investment Platform | 1/1/2002 SMD | Native (United States of America) |
| 02991 | Helfer, Ray E | London | Product Development | Client Platform | 9/15/2003 SMD | Native (United States of America) |
| 01340 | Hong, Michael L | 280 Congress | Investment Boutiques | Investment Platform | 12/1/1997 SMD | Native (United States of America) |
| 06514 | Hornbuckle, Evan | 280 Congress | Investment Research | Investment Platform | 3/14/2014 SMD | Native (United States of America) |
| 04427 / 03753 | Horsey, Thomas / Hudson, Matt | London / 280 Congress | Investment Boutiques / Investment Boutiques | Investment Platform / Investment Platform | 5/29/2007 SMD / 11/28/2005 SMD | Native (United Kingdom) / Native (United States of America) |
| 02655 | Hurley, Tim | 280 Congress | Client Group | Client Platform | 7/1/2002 SMD | Native (United States of America) |
| 00539 | Hynes, Jean M | 280 Congress | Investment Research | Investment Platform | 7/22/1991 SMD | Native (United States of America) |
| 03984 | Irving, Alyssa A | 280 Congress | Investment Boutiques | Investment Platform | 6/1/2006 SMD | Native (United States of America) |
| 03629 | Iwai, Katsuhiro（岩井 美浩） | Tokyo | Investment Boutiques | Investment Platform | 7/19/2005 SMD | Native (Japan) |

| ID | Name | Location | Department | Platform | Date | Citizenship/Residency |
|---|---|---|---|---|---|---|
| 03203 | Johnston, Toby M | 280 Congress | Investment Boutiques | Investment Platform | 6/8/2004 SMD | Permanent Resident (United States of America) |
| 00794 | Jones, Chris | 280 Congress | Investment Boutiques | Investment Platform | 7/12/1994 SMD | Native (United States of America) |
| 02810 | Kibodie, Donald J | 280 Congress | Investment Boutiques | Investment Platform | 12/22/2002 SMD | Native (United States of America) |
| 02002 | Killian, Anita (キリアン　アニータ) | Tokyo | Investment Research | Investment Platform | 4/10/2000 SMD | Native (United States of America) |
| | . | | | | | . |
| 03164 | Kirk, Christopher G | 280 Congress | Investment Product & Fund Strategies | Client Platform | 6/1/2004 SMD | Permanent Resident (Hong Kong) |
| 03261 | Klar, Steve | 280 Congress | Investment Boutiques | Investment Platform | 7/12/2004 SMD | Temporary Resident (Japan) |
| 04770 | Kramer, Amy B. | 280 Congress | Investment Product & Fund Strategies | Client Platform | 1/28/2008 SMD | Permanent Resident (United States of America) |
| 01984 | LaCamera, Michael S | 280 Congress | Global Trading | Infrastructure Platform | 4/17/2000 SMD | Native (United States of America) |
| 03994 | Lambi, Eric R | 280 Congress | Investment Boutiques | Investment Platform | 1/16/2007 SMD | Native (United States of America) |
| 03873 | Lawrence, Gordy | 280 Congress | Investment Science | Investment Platform | 2/27/2006 SMD | Native (United States of America) |
| 00976 | LeBlanc, Greg J | 280 Congress | Investment Research | Investment Platform | 9/25/1995 SMD | Native (United States of America) |
| 01944 | Levering, Tom | 280 Congress | Investment Boutiques | Investment Platform | 4/24/2000 SMD | Native (United States of America) |
| 02847 | Levy, Nate S | 280 Congress | Investment Boutiques | Investment Platform | 8/18/2004 SMD | Native (United States of America) |
| 03930 | Link, Ian | London | Investment Boutiques | Investment Platform | 4/17/2006 SMD | Native (United States of America) |
| 01163 | Lopez, Scott M | 280 Congress | Global Trading | Infrastructure Platform | 2/10/1997 SMD | Naturalized Citizen (United Kingdom) |
| 03468 | MacKinnon, Bruce R | 280 Congress | Information Technology | Infrastructure Platform | 2/22/2005 SMD | Native (United States of America) |
| 03204 | Maguire, Daniel (マグワイア　ダニエル) | Tokyo | Investment Boutiques | Investment Platform | 5/23/2004 SMD | Temporary Resident (Japan) |
| 00605 | Mandel, Mark D | 280 Congress | Investment Research | Investment Platform | 8/1/1994 SMD | Native (United States of America) |
| 04657 | Manning, Tim | 280 Congress | Investment Boutiques | Investment Platform | 10/8/2007 SMD | Native (United States of America) |
| 03650 | Markland, Paul E | 280 Congress | Investment Boutiques | Investment Platform | 8/15/2005 SMD | Native (United States of America) |
| 00838 | Marrs, Cindy M | 280 Congress | Client Group | Client Platform | 11/1/1994 SMD | Native (United States of America) |
| 02951 | Marvan, Joseph F | 280 Congress | Investment Boutiques | Investment Platform | 8/4/2003 SMD | Native (United States of America) |

| ID | Name | Location | Group | Platform | Date | Residency |
|---|---|---|---|---|---|---|
| 04976 | Masdea, Michael T | 280 Congress | Investment Science | Investment Platform | 8/11/2008 SMD | Native (United States of America) |
| 05938 | Matillo, Gregory | Hong Kong | Investment Boutiques | Investment Platform | 5/28/2012 SMD | Permanent Resident (United Kingdom) |
| 04884 | Mazzola, Colin L | Marlborough | Information Technology | Infrastructure Platform | 6/23/2008 SMD | Native (United States of America) |
| 02216 | McCormack, Timothy J | 280 Congress | Investment Boutiques | Investment Platform | 10/2/2000 SMD | Native (United States of America) |
| 02429 | Meunier, Bo Z | Hong Kong | Investment Boutiques | Investment Platform | 6/4/2001 SMD | Permanent Resident (Hong Kong) |
| 06748 | Moran, Loren | 280 Congress | Investment Boutiques | Investment Platform | 8/18/2014 SMD | Native (United States of America) |
| 02100 | Morris, Halsey | 280 Congress | Investment Research | Investment Platform | 8/18/2008 SMD | Native (United States of America) |
| 01671 | Morse, Amy G | 280 Congress | Client Group | Investment Platform | 5/17/1999 SMD | Native (United States of America) |
| 02280 | Mortimer, Stephen | 280 Congress | Investment Boutiques | Investment Platform | 3/5/2001 SMD | Native (United States of America) |
| 03471 | Mulhern, Charlie | 280 Congress | Client Services | Client Platform | 2/28/2005 SMD | Native (United States of America) |
| 02551 | Murphy, Erin K | 280 Congress | Investment Strategy | Investment Platform | 11/19/2001 SMD | Native (United States of America) |
| 07324 | Murphy, Kevin | 280 Congress | Investment Boutiques | Investment Platform | 2/1/2016 SMD | Native (United States of America) |
| 01540 | Muson, Steve | 280 Congress | Client Group | Client Platform | 9/1/1998 SMD | Native (United States of America) |
| 03841 | Neely, Maura A | 280 Congress | Product Development | Client Platform | 1/30/2006 SMD | Native (United States of America) |
| 03264 | Norberg, John D | 280 Congress | Legal & Enterprise Risk | Infrastructure Platform | 6/28/2004 SMD | Native (United States of America) |
| 03407 | O'Reilly, Shanna Stonter | 280 Congress | Investment Product & Fund Strategies | Client Platform | 11/29/2004 SMD | Native (United States of America) |
| 02426 | Oh, Jun Y | Hong Kong | Investment Boutiques | Investment Platform | 2/5/2002 SMD | Permanent Resident (Hong Kong) |
| 01391 | Palmer, David W | Radnor | Investment Boutiques | Investment Platform | 2/6/1998 SMD | Native (United States of America) |
| 03774 | Parker, Jawan S | Singapore | Investment Research | Investment Platform | 12/12/2005 SMD | Temporary Resident (Singapore) |
| 04978 | Patel, Dipak | London | Client Group | Client Platform | 6/30/2008 SMD | Native (United Kingdom) |
| 03129 | Pedersen, Shaun F | 280 Congress | Investment Boutiques | Investment Platform | 4/5/2004 SMD | Native (United States of America) |
| 04088 | Penrose, Fatima E | 280 Congress | Human Resources | Infrastructure Platform | 8/14/2006 SMD | Native (United States of America) |
| 00998 | Perlmuter, Phil | London | Office of the CEO | Infrastructure Platform | 11/27/1995 SMD | Permanent Resident (United Kingdom) |
| 01948 | Pool, Gregory D | 280 Congress | Investment Boutiques | Investment Platform | 7/17/2000 SMD | Native (United States of America) |

| ID | Name | Office | Group | Platform | Date | Citizenship |
|---|---|---|---|---|---|---|
| 03538 | Pozen, Daniel J | 280 Congress | Investment Boutiques | Investment Platform | 8/28/2006 SMD | Native (United States of America) |
| 03069 | Pryshlak, Mary | 280 Congress | Investment Research | Investment Platform | 1/20/2004 SMD | Native (United States of America) |
| 00861 | Puritz, Adam T | Hong Kong | | Investment Platform | 1/9/1995 SMD | Temporary Resident (Hong Kong) |
| 01698 | Ramos, Joe | 280 Congress | Investment Boutiques | Investment Platform | 5/17/1999 SMD | Native (United States of America) |
| 00831 | Reckmeyer, William | Radnor | Investment Boutiques | Investment Platform | 10/10/1994 SMD | Native (United States of America) |
| 03391 | Rice, Jamie F | 280 Congress | Investment Boutiques | Investment Platform | 11/8/2004 SMD | Native (United States of America) |
| 03301 | Ruedi, Philip W | 280 Congress | Investment Boutiques | Investment Platform | 8/2/2004 SMD | Native (United States of America) |
| 00278 | Shakin, Jim | 280 Congress | Investment Boutiques | Investment Platform | 9/8/1986 SMD | Native (United States of America) |
| 02857 | Shannon, Molly | 280 Congress | Client Group | Client Platform | 3/3/2003 SMD | Native (United States of America) |
| 03405 | Sharp, Danny | Chicago | Client Group | Client Platform | 12/1/2004 SMD | Permanent Resident (United States of America) |
| 00767 | Sherman, Sara Lou | 280 Congress | Partnership & Special Projects | Infrastructure Platform | 5/16/1994 SMD | Native (United States of America) |
| 00681 | Shey, Valerie J | 280 Congress | Product Development | Client Platform | 10/3/2001 SMD | Native (United States of America) |
| 00826 | Shilling, Drew J | 280 Congress | Investment Boutiques | Investment Platform | 9/6/1994 SMD | Native (United States of America) |
| 04582 | Shortsleeve, Liz Howard | 280 Congress | Investment Research | Investment Platform | 11/19/2007 SMD | Native (United States of America) |
| 05180 | Simon, Tom | 280 Congress | Investment Strategy | Investment Platform | 9/8/2009 SMD | Native (United States of America) |
| 00573 | Smith, Timothy E | 280 Congress | Investment Boutiques | Investment Platform | 4/6/1992 SMD | Native (United States of America) |
| 03956 | Souias, John | 280 Congress | Investment Boutiques | Investment Platform | 5/19/2006 SMD | Permanent Resident (United States of America) |
| 01023 | Soykan, Haluk | London | Investment Boutiques | Investment Platform | 3/11/1995 SMD | Naturalized Citizen (United States of America) |
| 04338 | Sprows, David G | 100 Federal Street | Information Technology | Infrastructure Platform | 4/2/2007 SMD | Permanent Resident (United Kingdom) |
| 03939 | Srikantaiah, Murali | Singapore | Investment Boutiques | Investment Platform | 4/24/2006 SMD | Native (United Kingdom) |
| 02840 | St. John, Scott I | 280 Congress | Investment Boutiques | Investment Platform | 1/27/2003 SMD | Temporary Resident (Singapore) |
| 02059 | Stack, Mike | 280 Congress | Investment Research | Investment Platform | 6/23/2000 SMD | Native (United States of America) |
| 02051 | Staehly, Claude | 280 Congress | Investment Research | Investment Platform | 5/22/2000 SMD | Permanent Resident (United States of America) |
| 03683 | Steinborn, Ed | 100 Federal Street | Finance & Administration | Infrastructure Platform | 9/7/2005 SMD | Native (United States of America) |
| 02339 | Stephan, Justin D | 100 Federal Street | InvesTech | Infrastructure Platform | 2/14/2001 SMD | Native (United States of America) |
| 05583 | Stevenson, Jed | 280 Congress | Global Trading | Infrastructure Platform | 3/14/2011 SMD | Permanent Resident (United States of America) |
| 04798 | Stilwell, Tara Connolly | 280 Congress | Investment Boutiques | Investment Platform | 3/18/2008 SMD | Native (United States of America) |

| ID | Name | Location | Department | Platform | Date | Nationality |
|---|---|---|---|---|---|---|
| 03684 | Stoesser, Bradford | 280 Congress | Investment Research | Investment Platform | 9/8/2005 SMD | Native (United States of America) |
| 02036 | Strzepka, Matthew J | 280 Congress | Global Trading | Infrastructure Platform | 6/12/2000 SMD | Naturalized Citizen (United States of America) |
| 01640 | Sullivan, Mark H | 280 Congress | Investment Boutiques | Investment Platform | 7/26/1999 SMD | Native (United States of America) |
| 00606 | Swords, Brendan J | 280 Congress | Office of the CEO | Infrastructure Platform | 9/8/1992 SMD | Native (United States of America) |
| 03470 | Symnestvedt, Jed A | 280 Congress | Client Group | Client Platform | 2/28/2005 SMD | Native (United States of America) |
| 01611 | Taylor, Michael C | 280 Congress | Product Development | Client Platform | 2/8/1999 SMD | Native (United States of America) |
| 01174 | Thomas, Gregg | 280 Congress | Investment Strategy | Investment Platform | 5/6/2002 SMD | Native (United States of America) |
| 02518 | Thomas, Simon H | 280 Congress | Investment Boutiques | Investment Platform | 6/17/2002 SMD | Permanent Resident (United States of America) |
| 00422 | Trojan, Vera M | 280 Congress | Investment Boutiques | Investment Platform | 9/18/1989 SMD | Native (United States of America) |
| 02548 | Tunnell, Donald S | 280 Congress | Investment Science | Investment Platform | 11/19/2001 SMD | Native (United States of America) |
| 05405 | Valente, Ryan C | 280 Congress | Investment Boutiques | Investment Platform | 9/9/2013 SMD | Native (United States of America) |
| 01629 | Valone, Jim | 280 Congress | Investment Boutiques | Investment Platform | 4/19/1999 SMD | Native (United States of America) |
| 02875 | Whitaker, Mark A | 280 Congress | Investment Boutiques | Investment Platform | 8/4/2004 SMD | Native (United States of America) |
| 04005 | White, Keith E | London | Investment Boutiques | Investment Platform | 4/1/2007 SMD | Native (United States of America) |
| 04452 | Williams, Gregory L. | Chicago | Client Group | Client Platform | 5/2/2012 SMD | Temporary Resident (United Kingdom) |
| 01862 | Wrightson, Will | Radnor | Investment Boutiques | Investment Platform | 1/12/1988 SMD | Native (United States of America) |
| 05198 | Wydenbach, Robert E | London | Investment Research | Investment Platform | 11/16/2009 SMD | Native (United Kingdom) |
| 03539 | Yu, May | 280 Congress | Investment Boutiques | Investment Platform | 7/17/2006 SMD | Native (United States of America) |