UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:   1:19-11605-WGY

CHAN
Plaintiff

v.

WELLINGTON MANAGEMENT CO. LLP et al
Defendants

ORDER OF DISMISSAL

YOUNG, D.J.

After a hearing held on October 19, 2021, this Court Orders that Defendant's Motion to Dismiss is Allowed and for the reasons stated on the record the above entitled action be and hereby is Dismissed.

ROBERT M. FARRELL
Clerk

By:   /s/ Jennifer Gaudet
Deputy Clerk

December 17, 2021